AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_ RECEIVED NORTHERN ~~Western~~ Division

2006 JUN 14 P 6: 10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Patrick Lewis, Jack Richardson, Nathaniel Lamar, William Ragland, Ralo Calvin & Ervin Tarver

V.

K2 Industrial Services, Inc and Mansfield Industrial

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV497-SRW

JURY DEMAND

TO: (Name and address of Defendant)
K2 Industrial Services
Registered Agent:
The Corporation Company
2000 Interstate Park Dr.
Ste 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Byron Perkins
The Cochran Firm
505 North 20th North Street
Ste 825
Birmingham, Alabama 35203
1-205-244-1115

Prince D. Chestnut
Chestnut, Sanders, Sanders, Pettaway & Campbell
Post Office Box 1290
Selma, Alabama 36702
334-875-9264

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                  6/14/06

CLERK                                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                   *Signature of Server*

                                        _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama~~Western~~ Division__ (NORTHERN)

*2006 JUN -1 P 6:09*
*DEBRA P. HACKETT, CLK*
*U.S. DISTRICT ALA*

Patrick Lewis, Jack Richardson, Nathaniel Lamar, William Ragland, Ralo Calvin & Ervin Tarver

V.

K2 Industrial Services, Inc and Mansfield Industrial

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06CV497-SRW

JURY DEMAND

TO: (Name and address of Defendant)

Mansfield Industrial, Inc.
Registered Agent:
LexisNexis Document Solutions Inc
150 S. Perry St
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Byron Perkins
The Cochran Firm
505 North 20th North Street
Ste 825
Birmingham, Alabama 35203
1-205-244-1115

Prince D. Chestnut
Chestnut, Sanders, Sanders, Pettaway & Campbell
Post Office Box 1290
Selma, Alabama 36702
334-875-9264

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  6/14/06

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                  *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.