| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>6/14/6 |
| 1. Article Addressed to:<br><br>K2 Industrial Services<br>Reg. Agent:<br>The Corporation Company<br>2000 Interstate Park Dr.<br>Ste 204<br>Montgomery, Alabama 36109<br><br>2:06CV497-SRW | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)   7005 1820 0000 2994 5938 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540