Case 2:06-cv-00497-WKW-SRW   Document 5   Filed 06/... Page ... of ...

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mansfield Industrial, Inc.
   Reg. Agent
   LexisNexis Document Solutions
   150 S. Perry St.
   Montgomery, Alabama 36104

   2:06CV497-SRW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  D Brown
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
D Brown

C. Date of Delivery
4/15/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7005 1820 0000 2994 5945

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540