IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Patrick Lewis, Jack Richardson, Nathaniel Lamar, William Ragland, Ralo Calvin & Ervin Tarver,      Plaintiffs, <br><br> v. <br><br> K2 Industrial Services, Inc. and Mansfield Industrial, Inc.      Defendants. | Case No. <br><br> 2:06CV497-SRW |

## MOTION FOR EXTENSION OF TIME TO ANSWER

Defendants K2 Industrial Services, Inc. and Mansfield Industrial, Inc. hereby move this Court to extend the time in which the defendants have to respond to Plaintiffs' Complaint by thirty (30) days. The undersigned has only recently been retained in this matter and needs additional time to become sufficiently familiar with the underlying facts to prepare a response to the Complaint. The undersigned has consulted with counsel for Plaintiffs, and Plaintiffs consent to the requested extension of time to respond.

/s/ Natasha L. Wilson
Attorney for Defendants

OF COUNSEL:
William H. King, III (KIN029)
Natasha L. Wilson (WIL326)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

  I hereby certify that on this <u>30th</u> day of <u>June</u>, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Byron Perkins
The Cochran Firm
505 North 20th Street
Suite 825
Birmingham, AL 35203

Prince D. Chestnut, Esq.
Chestnut, Sanders, Sanders, Pettaway
 & Campbell
P.O. Box 1290
Selma, AL 36702

  And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants (if applicable):

            Respectfully submitted,


            /s/Natasha L. Wilson