IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK LEWIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-497-WKW |
| | ) | |
| K2 INDUSTRIAL SERVICES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the Court on the defendants' Motion for Extension of Time to Answer

(Doc. # 6), filed on June 30, 2006.  Upon consideration, it is hereby ORDERED that the motion is

GRANTED.  The defendants shall file a response to the plaintiffs' complaint on or before August

7, 2006.

DONE this the 6th day of July, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE