IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, JACK RICHARDSON, NATHANIEL LAMAR, WILLIAM RAGLAND, RALO COLVON [sic] & ERVIN TARVER, <br><br> **Plaintiffs,** <br><br> v. <br><br> K2 INDUSTRIAL SERVICES, INC. and MANSFIELD INDUSTRIAL COATING, Inc., a corporation <br><br> **Defendants.** | **CASE NUMBER** <br><br> **2:06-CV-497-WKW** |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on August 28, 2006, and was attended by:

**Byron R. Perkins, Esq.** for Plaintiffs Patrick Lewis, Jack Richardson, Nathaniel Lamar, William Ragland, Ralo Colvin, and Ervin Tarver; and

**William H. King, III, Esq. and Natasha L. Wilson, Esq.** for Defendants K2 Industrial Services, Inc. and Mansfield Industrial, Inc.

1. <u>Pre-Discovery Disclosures</u>. The parties will exchange by **September 22, 2006**, the information required by Fed. R. Civ. P. 26(a)(1).

2. <u>Discovery Plan</u>. Discovery will be needed on the allegations in Plaintiffs' Complaint, the defenses of Defendants, and Plaintiffs' claimed damages. The parties jointly propose to the Court the following discovery plan:

(a) All discovery commenced in time to be completed by **September 30, 2007**, unless otherwise extended by all parties in writing.

(b) Maximum of twenty-five (25) interrogatories and thirty (30) requests for admissions by each party to any other party, with responses due thirty (30) days after service.

(c) Maximum of thirty (30) requests for production by each party to any other party, with responses due thirty (30) days after service.

(d) Maximum of fifteen (15) depositions by Plaintiffs and fifteen (15) by Defendants, unless otherwise enlarged in writing by agreement of the parties. This limitation does not apply to the depositions of experts designated by the parties. Each party may seek leave of court to take additional depositions.

(e) Each deposition limited to a maximum of seven (8) hours unless extended by agreement of the parties.

(f) Reports from retained experts under Rule 26(a)(2) due:

   i. from Plaintiffs by **March 30, 2007**, with the depositions of such expert(s) to be taken no later than **May 15, 2007**.

   ii. from Defendants by **June 30, 2007**, with the depositions of such expert(s) to be taken no later than **August 15, 2007**.

Supplementations under Rule 26(e) due within 30 days of receipt of information. A party's failure to produce any expert's report by the aforementioned deadlines will be deemed as a decision not to present that expert's testimony at trial.

4.  <u>Other Items</u>.

  (a) The parties do not request a conference with the Court before entry of the scheduling order.

  (b) The parties request a pretrial conference at least thirty (30) days before trial.

  (c) Plaintiffs should be allowed until **September 29, 2006**, to join additional parties and until **September 29, 2006**, to amend the pleadings. Defendants should be allowed until **October 31, 2006**, to join additional parties and until **October 31, 2006**, to amend the pleadings.

  (d) All potentially dispositive motions should be filed by **December 21, 2007.**

  (e) Either party may ask the Court to amend or revise any portion of this Report of Parties' Meeting or any Scheduling Order entered by the Court.

  (f) The parties have agreed to mediate this case.

  (g) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:
   i.  from Plaintiffs: thirty (30) days before trial.
   ii. from Defendants: thirty (30) days before trial.

  Parties should have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

  (h) The case should be ready for trial by **February 19, 2008**, and at this time is expected to take approximately one week.

        /s/ Byron R. Perkins
        Byron R. Perkins
        Prince Chestnut
        Attorneys for Plaintiffs Patrick Lewis, Jack Richardson, Nathaniel Lamar, William Ragland, Ralo Colvin, and Ervin Tarver

OF COUNSEL:
Byron R. Perkins
THE COCHRAN FIRM
505 North 20th Street, Suite 825
The Financial Center
Birmingham, Alabama  35203
Phone:  (205) 244-1115
Fax:  (205) 244-1171

Prince Chestnut
CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, LLC
One Union Street
Post Office Box 1200
Selma, Alabama  36701
Phone:  (334) 875-9264
Fax:  (334) 875-9375


        /s/William H. King, III
        William H. King, III
        Natasha L. Wilson
        Attorneys for Defendants K2 Industrial Services, Inc. and  Mansfield Industrial, Inc.

OF COUNSEL:
William H. King, III
Natasha L. Wilson
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203
Phone:  (205) 581-0700
Fax:  (205) 581-0799