IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**PATRICK LEWIS, ET AL.,**

    Plaintiffs,

Vs.                                            Case No.: CV 06-497 WKW

**K2 INDUSTRIAL SERVICES, INC., ET AL.**

    Defendants.

_____/

**MOTION TO WITHDRAW
AND NOTICE OF APPEARANCE
OF NEW PLAINTIFF'S COUNSEL**

    Come now Plaintiffs, by and through counsel, and moves this court to withdraw Prince D. Chestnut as counsel. As grounds:

1.    Prince D. Chestnut is leaving the law firm of Chestnut, Sanders, Sanders, Pettaway & Campbell, L.L.C.

2.    Collins Pettaway, Jr. is a partner in the law firm of Chestnut, Sanders, Sanders, Pettaway & Campbell, L.L.C. Attorney Pettaway hereby enters his appearance as counsel.

    **WHEREFORE**, counsel request that this Court grant his motion.

                                      Respectfully submitted,

                                      /s/ Prince D. Chestnut
                                      Prince D. Chestnut

                                      /s/ Collins Pettaway, Jr.
                                      Collins Pettaway, Jr.(PETTC9796)

OF COUNSEL:

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
Post Office Box 1290
Selma, AL  36702-1290
(334) 875-9264

## CERTIFICATE OF SERVICE

      This is to certify that I have on this the 12th day of February 2007 served a copy of the foregoing by depositing the same in the U.S. mail properly addressed with postage prepaid upon:

William H. King, III
Natasha L. Wilson
Haley A. Andrews
LIGHTFOOT, FRANKLIN
& WHITE, L.L.C.
The Clark Building
400 N. 20th Street
Birmingham, AL 35203-3200

                                                /s/ Prince D. Chestnut
                                                OF COUNSEL