IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, JACK RICHARDSON, NATHANIEL LAMAR, WILLIAM RAGLAND, RALO COLVON [sic] & ERVIN TARVER,<br><br>　　　Plaintiffs,<br><br>v.<br><br>K2 INDUSTRIAL SERVICES, INC. and MANSFIELD INDUSTRIAL COATING, Inc., a corporation<br><br>　　　Defendants. | CASE NUMBER<br><br>2:06-CV-497-WKW |

**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE AND MOTION TO COMPEL**

Defendants, K2 Industrial Services, Inc. and Mansfield Industrial, Inc. (collectively "Mansfield" or "Defendants"), move this Honorable Court, pursuant to Fed. R. Civ. P. 41(b), to dismiss with prejudice all claims of Plaintiff Patrick Lewis and Plaintiff Ralo Colvin for their failure to prosecute the case. Defendants also move this Honorable Court, pursuant to Fed. R. Civ. P. 37(a), to compel Plaintiffs Ervin Tarver, Nathaniel Lamar, William Ragland, and Jack Richardson to provide complete and sufficient discovery responses, dates for depositions, and executed Authorizations for employee records and health information. In support of this motion, Defendants show unto the Court as follows:

Facts

1.　Plaintiffs filed their Complaint on June 1, 2006.

2.　On October 5, 2006, Mansfield wrote to plaintiffs' counsel requesting deposition dates and enclosing deposition notices. See October 5, 2006 letter, attached hereto as Exhibit A.

1

3. On November 16, 2006, Mansfield served interrogatories and requests for production on the plaintiffs. Counsel for Mansfield has since repeatedly telephoned and written to plaintiffs' counsel addressing the issue of overdue discovery responses and requesting deposition dates for the plaintiffs. See December 22, 2006, January 10, 2007, March 16, 2007, March 23, 2007, and March 26, 2007 letters attached hereto as Exhibit B.

4. In addition, on December 11, 2006, Mansfield wrote to plaintiffs' counsel and enclosed an Authorization for Release of Employee Records and an Authorization for Release of Protected Health Information for each plaintiff.[1] See December 11, 2006 letter attached hereto as Exhibit C. Plaintiffs have failed and/or refused to provide the executed authorizations.

I. **Motion to Dismiss for Failure to Prosecute as to Patrick Lewis and Ralo Colvin**

5. On March 26 and March 27, 2007, defense counsel received via email draft interrogatory responses for only four of the six plaintiffs. However, Plaintiff Patrick Lewis ("Lewis") and Plaintiff Ralo Colvin ("Colvin") have completely failed and/or refused to respond to Defendants' interrogatories and requests for production, served more than four (4) months ago.

6. In addition, Plaintiffs Lewis and Colvin have failed and/or refused to provide deposition dates and have failed and/or refused to provide the executed authorizations.

7. Almost nine (9) months have passed since the filing of this case, and more than three (3) years since any of the alleged incidents could have taken place. Plaintiffs Lewis and Colvin have taken virtually no steps toward prosecuting their case since filing the Complaint and have been unresponsive to the Defendants' efforts to conduct discovery.

---

[1] The Plaintiffs' Complaint contains a count of Outrage (Count VI). See generally Complaint. In addition, in their Complaint, Plaintiffs' seek damages for "mental distress and emotional pain and anguish." See Complaint, ¶¶ 25, 30, and 36..

## II.    Motion to Compel

8.    Defendants further request that this Court issue an Order, pursuant to Fed. R. Civ. P. 37(a), compelling Plaintiffs Ervin Tarver, Nathaniel Lamar, William Ragland, and Jack Richardson to provide complete and sufficient discovery responses, dates for the depositions of plaintiffs, and executed Authorizations for employee records and health information.

9.    As of the filing of this motion, all plaintiffs have refused to provide deposition dates and/or submit to deposition, despite the fact that deposition notices were sent out more than five (5) months ago and repeated efforts have been made to obtain deposition dates.

10.    Likewise, all plaintiffs have failed and/or refused to execute an Authorization for Release of Employee Records and an Authorization for Release of Protected Health Information.

11.    On March 26 and March 27, 2007, defense counsel received via email draft interrogatory responses for only four of the six plaintiffs – Ervin Tarver ("Tarver"), Nathaniel Lamar ("Lamar"), William Ragland ("Ragland"), and Jack Richardson ("Richardson"). These "responses" were neither signed nor verified by the respective plaintiffs or counsel, as required under the Federal Rules. See Fed. R. Civ. P. 33(b).

12.    After more than four (4) months to get it right, the draft responses for these four plaintiffs contained insufficient and non-responsive answers. For example, these four plaintiffs failed to provide proper interrogatory responses on the issue of damages. Rather, each plaintiff stated, "Attorneys will set the amount," or, "See my attorneys." Likewise, these plaintiffs failed to provide proper interrogatory responses on the issue of post-termination employment. These plaintiffs also neglected to list beginning and/or ending dates for their post-termination employment.

13.    Additionally, all of the six plaintiffs have failed and/or refused to respond to Defendants' requests for production.

## Conclusion

WHEREFORE, the foregoing premises considered, K2 Industrial Services, Inc. and Mansfield Industrial, Inc. respectfully request that this Honorable Court enter an Order: (1) dismissing all claims of Plaintiff Patrick Lewis and Plaintiff Ralo Colvin, due to a complete failure to prosecute this case; (2) requiring each plaintiff to provide sufficient and complete responses to Defendants' interrogatories by April 4, 2007. Such responses should be signed and verified, and should specifically provide complete information with regard to damages and post-termination employment; (3) requiring each plaintiff to provide sufficient and complete responses to Defendants' requests for production by April 4, 2007; (4) requiring each plaintiff to provide deposition dates by April 4, 2007. Such deposition dates should be within the agreed upon time frame of April 23 through May 4, 2007; and (5) requiring each plaintiff to provide a properly executed Authorization for Release of Employee Records and an Authorization for Release of Protected Health Information by April 4, 2007.

If this Court does not grant Defendants' Motion to Dismiss for Failure to Prosecute as to Patrick Lewis and Ralo Colvin, Defendants request that the Motion to Compel also apply to Lewis and Colvin.

                                      s/ Haley A. Andrews
                                      One of the Attorneys for Defendants
                                      K2 Industrial Services, Inc. and Mansfield
                                                   Industrial, Inc.

OF COUNSEL:
William H. King, III (KINGW5426)
Natasha L. Wilson (WILSN6654)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

5

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 28th day of March, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Collins Pettaway
CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, LLC
One Union Street
Post Office Box 1200
Selma, Alabama  36701
cpettaway@csspca.com

Byron R. Perkins
THE COCHRAN FIRM
505 North 20th Street, Suite 825
The Financial Center
Birmingham, Alabama  35203
bperkins@cochranfirm.com

        s/ Haley A. Andrews
        Of Counsel