# LIGHTFOOT FRANKLIN & WHITE LLC
## TRIAL & APPELLATE COUNSEL

SAM C. POINTER, JR.
J. GORMAN HOUSTON, JR.
WARREN B. LIGHTFOOT
SAMUEL H. FRANKLIN
JERE F. WHITE, JR.
MAC M. MOORER
JOHN M. JOHNSON
M. CHRISTIAN KING
E. GLENN WALDROP, JR.
ADAM K. PECK
HARLAN I. PRATER IV
MICHAEL L. BELL
WILLIAM H. KING III

WILLIAM S. COX III
SARA ANNE FORD
MADELINE H. HAIKALA
WILLIAM H. BROOKS
J. BANKS SEWELL III
LEE M. HOLLIS
JACKSON R. SHARMAN III
WYNN M. SHUFORD
MELODY H. EAGAN
ROBIN H. HINKLE
J. BRADLEY POWELL
WILLIAM H. MORROW
ANNE SIKES HORNSBY

STEPHEN J. ROWE
W. LARKIN RADNEY IV
JAMES F. HUGHEY III
SUZANNE A. FLEMING
STEPHANIE K. WOMACK
LANA K. ALCORN
KEVIN E. CLARK
TERRENCE W. MCCARTHY
J. CHANDLER BAILEY
S. ANDREW KELLY
DAVID R. PRUET III
NIKAA BAUGH JORDAN
ENRIQUE J. GIMENEZ

JOHN G. THOMPSON
LEE L. SHEPPARD
ANDREW S. NIX
NATASHA L. WILSON
PHILIP M. BRIDWELL
SARAH O. WARBURTON
JACOB M. TUBBS
DERRICK A. MILLS
SANFORD G. HOOPER

OF COUNSEL

IVAN B. COOPER
CRAIG R. ROSLER

Writer's Direct Dial: 205-581-1507

Writer's Direct Fax: 205-380-9107

E-Mail: nwilson@lfwlaw.com

October 5, 2006

<u>*Via Facsimile and U.S. Mail*</u>

Byron R. Perkins
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203

Prince D. Chestnut
Chestnut, Sanders, Sanders, Pettaway &
Campbell
P.O. Box 1290
Selma, AL 36702

    Re:    *Patrick Lewis, et al. v. K2 Industrial Services, Inc., et al.*
           Pending in the United States District Court, Middle District of Alabama,
           Northern Division
           Case No. 2:06-cv-497-WKW

Dear Byron and Prince:

    As you know, the deadline to exchange initial disclosures, in accordance with the agreed upon scheduling order, was September 22, 2006. My clients provided this information by the deadline. In correspondence with Byron regarding your clients' initial disclosures, it was my understanding that though we did not receive the initial disclosures by the deadline, we could expect to receive them soon after the deadline to exchange that information had passed; however, I have not yet received anything from your clients. Please provide us with your clients' initial disclosures by no later than October 11, 2006.

    Additionally, you will find enclosed deposition notices for each of the plaintiffs. Please contact me at your earliest convenience so that we may schedule the depositions of your clients. If you have any questions, please let me know.


EXHIBIT A

Byron R. Perkins
Prince D. Chestnut
October 5, 2006
Page 2

Best regards,

*[signature]*

Natasha L. Wilson

NLW:rma
Enclosure

cc:   William H. King, III
      Haley A. Andrews