# LIGHTFOOT FRANKLIN & WHITE LLC
### TRIAL & APPELLATE COUNSEL

Writer's Direct Dial: 205-581-1507
Writer's Direct Fax: 205-380-9107
E-Mail: nwilson@lfwlaw.com

December 22, 2006

*Via Facsimile and U.S. Mail*

Byron R. Perkins
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203

Prince D. Chestnut
Chestnut, Sanders, Sanders, Pettaway &
Campbell
P.O. Box 1290
Selma, AL 36702

  Re: *Patrick Lewis, et al. v. K2 Industrial Services, Inc., et al.*
    **Pending in the United States District Court, Middle District of Alabama,**
    **Northern Division**
    **Case No. 2:06-cv-497-WKW**

Dear Byron and Prince:

  As you know, plaintiffs' responses to Defendants' First Set of Interrogatories and First Set of Requests for Production of Documents, which was served on November 16, 2006 was due on December 19, 2006. As of today's date, we have not received plaintiffs' responses. As you know, these discovery responses are extremely important. Please send us plaintiffs' responses within the next seven (7) days so that we may avoid bringing this matter before the Court.

  Additionally, we served deposition notices for each of the plaintiffs on October 5, 2006. Please contact me at your earliest convenience so that we may schedule the depositions of your clients. We would like to begin in earnest in January. Right now, my calendar is open. Of course, we will need plaintiffs' discovery responses before we depose the witnesses. Therefore, it is of the utmost importance that we obtain those discovery responses within the next seven (7) days. If you have any questions, please let me know.

EXHIBIT B

Byron R. Perkins
Prince D. Chestnut
December 22, 2006
Page 2

Best regards,

Natasha L. Wilson

cc:   William H. King, III
      Haley A. Andrews

# LIGHTFOOT FRANKLIN & WHITE LLC
TRIAL & APPELLATE COUNSEL

NATASHA L. WILSON        EMAIL: NWILSON@LFWLAW.COM        DIRECT DIAL (205) 581-1507
                                                                                                                                                                                                          DIRECT FAX (205) 380-9107

January 10, 2007

*Via Facsimile and U.S. Mail*

Byron R. Perkins
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203

Prince D. Chestnut
Chestnut, Sanders, Sanders, Pettaway &
Campbell
P.O. Box 1290
Selma, AL 36702

       Re:     *Patrick Lewis, et al. v. K2 Industrial Services, Inc., et al.*
                    **Pending in the United States District Court, Middle District of Alabama,**
                    **Northern Division**
                    **Case No. 2:06-cv-497-WKW**

Dear Byron:

     I am again writing to inquire about the status of plaintiffs' responses to Defendants' First Set of Interrogatories and First Set of Requests for Production of Documents and the status of depositions dates for the plaintiffs. As you know, defendants served this discovery on November 16, 2006. Plaintiffs responses are now almost two months overdue. Additionally, defendants served deposition notices on October 5, 2006 and we are still awaiting dates. I understand from your voicemail that you have been trying to reach Prince regarding the status of this case. As you know, these cases are extremely fact sensitive. We don't want too much time to pass and witnesses to be lost due to unnecessary delay. Please let us know at your earliest convenience when the plaintiffs are available for deposition. Of course, we will need plaintiffs' discovery responses before we depose them. Therefore, it is of the utmost importance that we obtain those discovery responses as soon as possible and without the intervention of the Court. I will be in depositions today and Thursday. However, please give me a call at your earliest convenience to discuss the overdue discovery and deposition dates for the plaintiffs. I look forward to hearing from you soon.

Byron R. Perkins
Prince D. Chestnut
January 10, 2007
Page 2

Best regards,

*Natasha L. Wilson*

Natasha L. Wilson

cc:   William H. King, III
      Haley A. Andrews

# LIGHTFOOT FRANKLIN & WHITE LLC
## TRIAL & APPELLATE COUNSEL

NATASHA L. WILSON

EMAIL: NWILSON@LFWLAW.COM

DIRECT DIAL (205) 581-1507
DIRECT FAX (205) 380-9107

March 16, 2007

*Via Facsimile and U.S. Mail*

Collins Pettaway
Chestnut, Sanders, Sanders, Pettaway & Campbell
P.O. Box 1290
Selma, AL 36702

Byron R. Perkins
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203

    Re:    *Patrick Lewis, et al. v. K2 Industrial Services, Inc., et al.*
            Pending in the United States District Court, Middle District of Alabama,
            Northern Division
            Case No. 2:06-cv-497-WKW

Dear Collins:

    It was good talking with you today regarding the status of discovery in this case. This confirms our earlier conversation wherein you have agreed to provide discovery responses me by no later than Friday, March 23, 2007. You have also agreed that you will talk with your clients and find dates for their depositions during the weeks of April 23rd and April 30th. After reviewing the scheduling order, I am reminded that we have a July 2, 2007 dispositive motion deadline. Therefore, it is imperative that we receive your clients' discovery responses by March 23rd. I would also ask that you provide with me confirmed deposition dates by next Wednesday, March 21st. I am sure you can appreciate we have a lot of ground to cover in this case in a very short period of time. I look forward to your continued cooperation and hearing from you soon.

                                Best regards,

                                  Natasha L. Wilson

cc:    William H. King, III
        Haley A. Andrews

# LIGHTFOOT FRANKLIN & WHITE LLC
## TRIAL & APPELLATE COUNSEL

NATASHA L. WILSON                EMAIL: NWILSON@LFWLAW.COM                DIRECT DIAL (205) 581-1507
                                                                          DIRECT FAX (205) 380-9107

March 23, 2007

*Via Facsimile and U.S. Mail*

Collins Pettaway
Chestnut, Sanders, Sanders, Pettaway &
Campbell
P.O. Box 1290
Selma, AL 36702

Byron R. Perkins
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203

  Re: *Patrick Lewis, et al. v. K2 Industrial Services, Inc., et al.*
    **Pending in the United States District Court, Middle District of Alabama,
    Northern Division
    Case No. 2:06-cv-497-WKW**

Dear Collins:

  This confirms our earlier conversation wherein you informed me that you have the plaintiffs' discovery responses in your office, but your secretary has not yet typed this information. Nevertheless, you have again agreed to get these discovery responses to me via facsimile and U.S. Mail, no later than Monday, March 26, 2007. As you know, the defendants served this discovery on November 16, 2006. Plaintiffs responses are now more than four months overdue.

  Additionally, defendants served deposition notices on October 5, 2006, and we are still awaiting dates. You previously agreed to talk with your clients and find dates for their depositions during the weeks of April 23rd and April 30th and provide me with responses by March 21, 2007. However, I did not hear from you. As per our conversation earlier today, you have agreed to call me on Tuesday morning, March 27th with dates for your clients.

  Almost nine (9) months have passed since the filing of this case, and more than three (3) years since any of the alleged incidents took place. To date, the plaintiffs have not had responded in any way to the defendant's discovery requests. K2 Industrial Services, Inc. and Mansfield Industrial, Inc. must prepare their defense to the allegations in the Complaint and should not be held up because plaintiffs have taken no steps toward prosecuting their case. If I

Collins-Pettaway
Byron R. Perkins
March 23, 2007
Page 2

do receive discovery responses from you on Monday, I will have no choice but to file a Motion to Compel the following Tuesday.

Best regards,

Natasha L. Wilson

cc:   William H. King, III
      Haley A. Andrews

# LIGHTFOOT FRANKLIN & WHITE LLC
## TRIAL & APPELLATE COUNSEL

NATASHA L. WILSON                EMAIL: NWILSON@LFWLAW.COM                DIRECT DIAL (205) 581-1507
                                                                         DIRECT FAX (205) 380-9107

March 26, 2007

*Via Facsimile and U.S. Mail*

Collins Pettaway
Chestnut, Sanders, Sanders, Pettaway &
Campbell
P.O. Box 1290
Selma, AL 36702

Byron R. Perkins
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203

Re: *Patrick Lewis, et al. v. K2 Industrial Services, Inc., et al.*
**Pending in the United States District Court, Middle District of Alabama,
Northern Division**
**Case No. 2:06-cv-497-WKW**

Dear Collins:

This afternoon I received via email from your secretary drafts of the interrogatory responses for only two of the six plaintiffs in this case. So, the interrogatory responses for four of the six plaintiffs remain unanswered after four months. Obviously, I did not receive any documents responsive to the requests for production for any of the six plaintiffs. Consequently, that too remains deficit.

In reviewing the two drafts of the interrogatory responses for Nathaniel Lamar and Ervin Tarver, I find these responses are insufficient, to say the least. Unfortunately, your clients leave me no choice but to seek relief from the Court. While I had hoped we could resolve this matter without court intervention, your clients leave me no choice. I will forward to you a courtesy copy of the motion we plan to file. Best of luck in your trial this week.

Best regards,

Natasha L. Wilson

Collise Pettaway
Byron R. Perkins
March 26, 2007
Page 2

cc: William H. King, III
     Haley A. Andrews