# LIGHTFOOT FRANKLIN & WHITE LLC
### TRIAL & APPELLATE COUNSEL

Haley A. Andrews, Esquire
Writer's Direct Dial: 205-581-1519
Writer's Direct Fax: 205-380-9105
handrews@lfwlaw.com

December 11, 2006

Byron R. Perkins, Esq.
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203

Prince D. Chestnut, Esq.
Chestnut, Sanders, Sanders, Pettaway
  & Campbell
P.O. Box 1290
Selma, AL 36702

Re:   *Patrick Lewis, et al. v. K2 Industrial Services, Inc., et al.*
      **Pending in the United States District Court, Middle District of Alabama, Northern Division**
      **Case No. 2:06-cv-497-WKW**

Dear Byron and Prince:

On November 16, 2006, I mailed to you Defendants' First Set of Interrogatories to Plaintiffs and Defendants' First Requests for Production of Documents. However, I neglected to include an Authorization for Release of Employment Records and an Authorization for Release of Protected Health Information for each Plaintiff. Those Releases are enclosed. Please excuse my error and let me know if you have any questions.

Sincerely,

Haley A. Andrews

HAA/mmp
Enclosures

cc:   William H. King, III
      Natasha L. Wilson



EXHIBIT
C