IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv497-WKW |
| | ) |
| K2 INDUSTRIAL SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of defendants' motion to compel (Doc. # 15), filed March 28, 2007, and for good cause, it is

ORDERED that plaintiffs shall respond to the motion to compel on or before April 5, 2007.

DONE, this 29th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE