IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**PATRICK LEWIS, et al.,**

   Plaintiffs,

Vs.                                            Case No.: CV 06-497-WKW

**K2 INDUSTRIAL SERVICES, INC.,**

   Defendants.

_____/

## PLAINTIFFS' RESPONSE TO THE DEFENDANTS' MOTION TO COMPEL AND REQUEST FOR ADDITIONAL TIME

Come now the plaintiffs, by and through their undersigned counsel, and responds to the motion to compel, also requesting additional time, as follows:

1. Plaintiffs are construction workers and formerly worked for the defendants.

2. They were primarily represented by Attorney Prince D. Chestnut who worked at the law firm of the undersigned. Attorney Chestnut left the firm to start his own practice and the case was assigned to another associate initially. The undersigned took over the case because it involved matters that the associate was not as familiar with. The undersigned was also mistake as to the responsibility shared by co-counsel.

3. At the time, the undersigned was involved in several matters, coupled with the fact that several of the matters Attorney Chestnut left were in litigation and set for trial. The undersigned had to take them on and still handle his own caseload. Additional, the paralegal for the undersigned retired and there has been no one to take her place.

4. Some of the plaintiffs, construction workers, have relocated to find employment. The undersigned has had difficulty in contacting all of them.

5. Opposing counsel has been in communication with the undersigned and has worked with us to get the discovery requested. The undersigned explained, although tardy, that only drafts of said discovery was ready and deposition dates would be forwarded later as the undersigned has several trials scheduled. The undersigned was in a jury trial in Sumter County, AL when the drafts were sent and currently in a jury trial in Jefferson County (part of what Attorney Prince Chestnut left) that may take another week. (*Gardnyr Michael Capital v. Lowndes County, Alabama, CV 05-5532*) Counsel has not been in the office and unable to contact his clients for the last week and a half to complete the discovery request and submit deposition dates. Although opposing counsel has been patient, counsel request more time, 21 days, to comply with all request.

WHEREFORE, counsel for plaintiffs request the court to allow an additional 21 days to allow counsel to contact his clients, provide all responses and provide deposition dates as requested.

    Respectfully submitted,

    CHESTNUT, SANDERS, SANDERS,
    PETTAWAY & CAMPBELL, L.L.C.

    /s/ Collins Pettaway, Jr.
    Collins Pettaway, Jr.(PETTC9796)
    Attorney For Plaintiffs
    P. O. Box 1290
    Selma, AL  36702-1290
    (334) 875-9264

Byron R. Perkins
THE COCHRAN FIRM
505 North 20th Street, Suite 825
The Financial Center
Birmingham, AL  35203
(205) 244-4115

## CERTIFICATE OF SERVICE

    This is to certify that I have on this the 5th day of April 2007, electronically field the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon counsel of record:

Haley A. Andrews
William H. King
Natasha L. Wilson
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL  35203-3200

/s/ Collins Pettaway, Jr.
OF COUNSEL