IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv497-WKW |
| ) | |
| K2 INDUSTRIAL SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of defendants' motion to compel (Doc. #15), plaintiffs' response to the motion (Doc. # 17), and defendants' reply to the response (Doc. # 18), and for good cause, it is

ORDERED that a hearing to address the motion is scheduled for 8:30 a.m. on April 17, 2007, by telephone. Counsel for the respective parties are DIRECTED to confer (in person or by telephone, *not* by letter) prior to the hearing and shall attempt in good faith to resolve their differences or reduce the areas of dispute regarding the discovery at issue in the motion presently pending before the Court.[1] If the motion is resolved prior to the hearing, counsel shall so notify the Court.

Counsel for plaintiffs is DIRECTED to initiate the pre-hearing conference and, if the conference fails to resolve this dispute, to set up the telephone conference call with the court.

DONE, this 9th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Given the current status of discovery in this case, the court suggests that the parties also may wish to discuss settlement of the case during this conference.