IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, JACK RICHARDSON, )<br>NATHANIEL LAMAR, WILLIAM )<br>RAGLAND, RALO COLVON [sic] & )<br>ERVIN TARVER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>K2 INDUSTRIAL SERVICES, INC. and )<br>MANSFIELD INDUSTRIAL COATING, )<br>Inc., a corporation )<br>)<br>Defendants. ) | CASE NUMBER<br><br>2:06-CV-497-WKW |

## JOINT MOTION TO CANCEL HEARING

COME NOW the Plaintiffs and the Defendants and ask this Court to cancel the hearing on Defendants' Motion to Dismiss for Failure to Prosecute and Motion to Compel set for hearing on April 17, 2007, at 8:30 a.m. The parties would show unto this Court that they believe they have resolved the matters at issue. The parties have agreed to move forward with discovery and to refile the motion if necessary at a later time. The parties have agreed that the plaintiffs will provide complete and sufficiently responsive discovery responses by April 20, 2007. The parties have agreed that the plaintiffs will provide deposition dates to the defendants during the weeks of April 30, 2007 through May 11, 2007.

WHEREFORE, PREMISES CONSIDERED, the parties jointly ask this Court to cancel the Motion to Dismiss for Failure to Prosecute and Motion to Compel hearing set for Tuesday, April 17, 2007, at 8:30 a.m.

        /s/ Natasha L. Wilson
One of the Attorneys for Defendants K2 Industrial Services, Inc. and Mansfield Industrial, Inc.

OF COUNSEL:
William H. King, III (KINGW5426)
Natasha L. Wilson (WILSN6654)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

        /s/ Collins Pettaway
by Natasha L. Wilson, with express permission
One of the Attorneys for Plaintiffs Patrick Lewis, Jack Richardson, Nathaniel Lamar, William Ragland, Ralo Colvin, and Ervin Tarver

OF COUNSEL:

Collins Pettaway
CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, LLC
One Union Street
Post Office Box 1200
Selma, Alabama 36701
Phone: (334) 875-9264
Fax: (334) 875-9375

Byron R. Perkins
THE COCHRAN FIRM
505 North 20th Street, Suite 825
The Financial Center
Birmingham, Alabama 35203
Phone: (205) 244-1115
Fax: (205) 244-1171

## CERTIFICATE OF SERVICE

I hereby certify that I have on this <u>16th</u> day of <u>April</u> 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Collins Pettaway
CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, LLC
One Union Street
Post Office Box 1200
Selma, Alabama 36701
cpettaway@csspca.com

Byron R. Perkins
THE COCHRAN FIRM
505 North 20th Street, Suite 825
The Financial Center
Birmingham, Alabama 35203
bperkins@cochranfirm.com

/s/ Natasha L. Wilson
Of Counsel