IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06cv497-WKW |
| | ) |
| K2 INDUSTRIAL SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the joint motion to cancel hearing (Doc. # 20), filed April 16, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is further

ORDERED that defendants' motion to compel (#15) is DENIED as moot, without prejudice.

DONE, this 16th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE