IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>K2 INDUSTRIAL SERVICES, INC., *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:06-CV-497-WKW |

## **ORDER**

Upon consideration of the representations of the parties in their Joint Motion to Cancel Hearing (Doc. # 20), the Motion to Dismiss for Failure to Prosecute (Doc. # 15) filed by defendants is DENIED as MOOT.

DONE this the 18th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE