## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

PATRICK LEWIS, JACK RICHARDSON,  )
NATHANIEL LAMAR, WILLIAM           )
RAGLAND, RALO COLVON [sic] &       )
ERVIN TARVER                       )
                                     )
       **Plaintiffs,**           )        **Case No.**
                                     )
**v.**                              )        **2:06-CV-497-WKW**
                                     )
K2 INDUSTRIAL SERVICES, INC. and   )
MANSFIELD INDUSTRIAL, INC.         )
                                     )
       **Defendants.**          )

### NOTICE OF SERVICE

Take notice that the undersigned has, this date, served on counsel for all parties the following:

(    )     Interrogatories by _____.
(    )     Request for Production of Documents by _____
(    )     Request for Admissions filed by _____
( X )     Answers to Interrogatories filed by <u>defendant</u>.
( X )     Response to Request for Production of Documents filed by <u>defendant</u>.
(    )     Response to Request for Admissions filed by _____
(    )     Notice of Intent to Serve Non-Party Subpoena filed by _____
(    )     Notice to Serve Non-Party Subpoena filed by _____
(    )     Notice to Take Deposition of _____
(    )     Other: _____

This the 20th day of April 2007.


Respectfully submitted,

<u>/s/ Collins Pettaway, Jr.</u>
Collins Pettaway, Jr.(PET008)
Attorney for Plaintiffs
P. O. Box 1290
Selma, AL  36702-1290
(334) 875-9264

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 20th day of April 2007 electronically filed the foregoing with the Clerk of the Court using the Alafile system which will send notification of such filing upon all counsel of record.

/s/ Collins Pettaway, Jr.
OF COUNSEL