IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICK LEWIS, JACK RICHARDSON,  )
NATHANIEL LAMAR, WILLIAM         )
RAGLAND, RALO COLVON [sic] &      )
ERVIN TARVER,                     )
                                  )
     Plaintiffs,              )    Case No.
                                  )
v.                              )    2:06-CV-497-WKW
                                  )
K2 INDUSTRIAL SERVICES, INC. and  )
MANSFIELD INDUSTRIAL, INC.,     )
                                  )
     Defendants.

## DEPOSITION NOTICE
### (Plaintiff: Patrick Lewis)

Please take notice that defendants K2 Industrial Services, Inc. and Mansfield Industrial, Inc. ("Defendants") will take the deposition of **Patrick Lewis** at the offices of Chestnut, Sanders, Sanders, Pettaway, & Campbell in Selma, Alabama on Friday, May 18, 2007 at 1:00 p.m., pursuant to the Federal Rules of Civil Procedure, upon oral examination before a court reporter or other person lawfully authorized to administer oaths.   The deposition will be taken for purposes of discovery, for use as evidence in this action, and for such other purposes as permitted under the Federal Rules of Civil Procedure. A copy of Defendants' Requests for Production is attached as Exhibit A. To the extent there exist documents which have not been produced in response to Defendants' Requests, please produce those documents prior to Plaintiff's deposition.  The deposition will continue from time to time until completed.

s/ Haley A. Andrews
One of the Attorneys for Defendants
K2 Industrial Services, Inc.
Mansfield Industrial, Inc.

OF COUNSEL:
William H. King, III (KINGW5426)
Natasha L. Wilson (WILSN6654)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of May 2007, was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to:

Collins Pettaway, Esq.
Chestnut, Sanders, Sanders, Pettaway & Campbell
PO Box 1290
Selma, AL 36702

Byron Perkins, Esq.
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, Alabama  35203

s/ Haley A. Andrews_____
                           OF COUNSEL

## EXHIBIT A

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.  Any and all statements, of whatever nature, taken from any person which concern the factual allegations set forth in Plaintiffs' Complaint or any claims or issues in this lawsuit.

2.  Any and all calendars, diaries, logs, scheduling books, appointment books, electronic records or any other type of document which contain any notes taken by each Plaintiff relating to his employment with Mansfield Industrial, Inc. or any claims or issues in this lawsuit.

3.  All documents evidencing correspondence or communications (including all e-mail or other computer messages) between you and Defendants, including any documents evidencing communications or correspondence sent by or received by any agents, employees or representative(s) of Defendants.

4.  Any and all documents supporting, concerning or related to each Plaintiff's allegations or damages.

5.  All of each Plaintiff's federal and state tax returns, with all accompanying forms and attachments, including W-2 forms, for 2003, 2004, 2005, and subsequent years. This request is continuing in nature and seeks all responsive documents until the trial of this case.

6.  Any and all documents showing all employment compensation, of whatever kind (including any unemployment benefits), received by each Plaintiff since his employment with Mansfield Industrial, Inc. ended.

7. Any and all documents in your possession, custody or control, including but not limited to any document maintained on any computer, computer disk or compact disc, concerning or relating to your efforts to obtain employment since your employment at Mansfield Industrial, Inc. ended, including but not limited to, all documents regarding inquiries, job postings, cover letters, e-mail applications, interviews, etc.

8. An executed original of the enclosed Authorization for Release of Employment Records and Authorization for the Release of Protected Health Information for each Plaintiff.

9. Any and all documents that each Plaintiff submitted to, filed or otherwise gave any state and/or federal agency which relates in any way to Defendants.

10. All documents evidencing correspondence or communication (including email or other computer messages) between you and any non-party or entity concerning or relating to the allegations in Plaintiffs' Complaint.

11. All documents in the possession of you or your attorneys that were created by or emanated from Defendants.

12. All paycheck stubs for each Plaintiff from Defendants.

13. All documents evidencing any alleged retaliation and/or adverse employment action taken by Defendants regarding each Plaintiff.

14. All documents you have provided to or received from any expert witness you plan to call to testify at the trial of this matter (including all reports, summaries, work papers, notes, or other documents generated, obtained, reviewed, or otherwise relied upon by any expert witness you intend to call at the trial of this matter), and all documents consulted or relied upon by any such expert in reaching any conclusions and/or opinions in connection with those matters upon which said expert(s) will testify.

15. All documents in the file or in the possession, custody, or control of each expert who may give testimony at the time of trial, including reports (and all drafts of any reports) relating to each Plaintiff's allegations and all documents, notes, memorandum, or other writings of any kind prepared, received, gathered, or used as a reference or support for testimony.

16. Any and all documents not specifically requested which tend to prove or disprove any allegations made in Plaintiffs' Complaint or otherwise in this action.

17. Produce all demonstrative aids or other matters which may be disclosed, exhibited or shown during the trial, if any, of this matter (via supplementation if necessary).

18. For any charts, graphs or compilations to be used for or at trial, if any, produce all underlying data used to create the chart, graph or compilation (via supplementation if necessary).