IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK LEWIS, JACK RICHARDSON, NATHANIEL LAMAR, WILLIAM RAGLAND, RALO COLVON [sic] & ERVIN TARVER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NUMBER |
| v. | ) ) | 2:06-CV-497-WKW |
| K2 INDUSTRIAL SERVICES, INC. and MANSFIELD INDUSTRIAL COATING, Inc., a corporation | ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION FOR AMENDMENT OF SCHEDULING ORDER**

Plaintiffs Patrick Lewis, Jack Richardson, Nathaniel Lamar, William Ragland, Ralo Colvin and Ervin Tarver and Defendants, K2 Industrial Services, Inc. and Mansfield Industrial, Inc. (collectively "the Parties"), hereby jointly move the Court to amend the dispositive motion deadline referenced in Section 2 of the Scheduling Order. As grounds for this motion, the parties state as follows:

1. The Parties submit that good cause exists for this request. The parties are actively participating in discovery, having exchanged written discovery and scheduling numerous depositions. Because of the nature of plaintiffs' claims, the number of witnesses expected to be deposed, and discovery that remains to be conducted, the parties seek to amend the Scheduling Order and revise the dispositive motion deadline.

2. The Parties would like to avoid the potentially unnecessary costs associated with filing and/or defending a dispositive motion so early in the case and desire additional

1

time prior to the motions filing deadline to adequately complete discovery and evaluate settlement potential.

3. This Court entered the current Scheduling Order on September 20, 2006.

4. The current dispositive motion deadline is July 2, 2007.

5. Discovery closes on or before October 15, 2007. This case is set for trial on December 10, 2007.

6. The parties seek only to amend the dispositive motion deadline to **November 2, 2007**, a date after the completion of discovery (October 15, 2007), and prior to the trial setting (December 10, 2007).

7. This case has not been previously continued. The requested revision to the scheduling order does not affect the final trial date.

8. The parties are in agreement on the deadlines, trial date and other provisions of the Scheduling Order entered by the Court on September 20, 2006.

9. No party will be prejudiced by entry of the amended scheduling order.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court grant their motion to amend the dispositive motion deadline to **November 2, 2007.**

Respectfully submitted:

/s/ Collins Pettaway
One of the Attorneys for Plaintiffs
(by Natasha L. Wilson, with express permission)

OF COUNSEL:
Collins Pettaway
CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, LLC
One Union Street
Post Office Box 1200
Selma, Alabama  36701

Byron R. Perkins
THE COCHRAN FIRM
505 North 20th Street, Suite 825
The Financial Center
Birmingham, Alabama  35203

/s/ Natasha L. Wilson_____
One of the Attorneys for Defendants

OF COUNSEL:
William H. King, III (KIN029)
Natasha L. Wilson (WIL326)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)