IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**PATRICK LEWIS, ET AL.,**

    Plaintiffs,

Vs.                                                      Case No.:  CV 06-497 WKW

**K2 INDUSTRIAL SERVICES, INC., ET AL.,**

    Defendants.

_____

## MOTION TO WITHDRAW

    Come now plaintiffs by and through counsel, and moves this court to withdraw Byron R. Perkins as counsel.  As grounds:

1. Perkins was initially contacted and retained as co-counsel by Prince D. Chestnut who has since left the law firm of Chestnut, Sanders, Sanders, Pettaway & Campbell, L.L.C. and withdrawn from this litigation.

2. Since the withdrawal of Mr. Chestnut, Mr. Perkins has not had any meaningful involvement in this litigation.

3. The Plaintiffs are adequately represented by Mr. Pettway and the withdrawal of Mr. Perkins will not prejudice the plaintiffs or the defendants or any manner alter the Court's scheduling order.

    **WHEREFORE**, counsel request that this Court grant his motion.

                                  Respectfully submitted,

                                  /s/ Byron R. Perkins_____
                                  Byron R. Perkins (PER039)

OF COUNSEL:

CHESTNUT, SANDERS, SANDERS,
PETTWAY & CAMPBELL, L.L.C.
Post Office Box 1290
Selma, AL  36702-1290
(334) 875-9264

## **CERTIFICATE OF SERVICE**

       This is to certify that I have on this 27th day of June 2007 served a copy of the foregoing by depositing the same in the U.S. mail properly addressed with postage prepaid upon:

William H. King, III
Natasha L. Wilson
Haley A. Andrews
LIGHTFOOT, FRANKLIN
& WHITE, L.L.C.
The Clark Building
400 N. 20th Street
Birmingham, AL  35203-3200

                                               /s/ Byron R. Perkins\_\_\_
                                               OF COUNSEL