IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PATRICK LEWIS,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-497-WKW |
| | ) |
| **K-2 INDUSTRIAL SERVICES, INC.,** *et al.*, | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the Motion to Withdraw (Doc. # 34) filed on June 27, 2007 by Byron R. Perkins, Esq., it is ORDERED that the motion is GRANTED.

DONE this 29th day of June, 2007.

                                         /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE