IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, JACK RICHARDSON, NATHANIEL LAMAR, WILLIAM RAGLAND, RALO CALVIN & ERVIN TARVER,<br><br>PLAINTIFFS,<br><br>V.<br><br>K2 INDUSTRIAL SERVICES, INC. AND MANSFIELD INDUSTRIAL,<br><br>DEFENDANTS. | CASE NO.<br><br>2:06-CV-497-SRW |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants K2 Industrial Services, Inc.[1] and Mansfield Industrial, Inc. (collectively "Defendants" or "Mansfield") pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully move this Court to enter complete summary judgment in their favor on all of Plaintiffs' claims. As grounds for this motion, Defendants state the following:

1. This is a race discrimination case brought by six plaintiffs, Patrick Lewis ("Lewis"), Jack Richardson ("Richardson"), Nathaniel Lamar ("Lamar"), William Ragland ("Ragland"), Ralo Colvin ("Colvin"), and Ervin Tarver ("Tarver"), (collectively "Plaintiffs").

---

[1] K2 Industrial Services, Inc. ("K2") is the parent company of Mansfield Industrial, Inc. ("Mansfield"). Mansfield is a wholly-owned subsidiary of K2. At all relevant times, the Plaintiffs were solely employed by Mansfield. As the parent company, K2 does not exercise such control over Mansfield that the two corporations are essentially the same entity. K2 and Mansfield are not a single employer for purposes of Title VII, 42 U.S.C. § 2000(e). Accordingly, K2 is improperly named as a defendant in this case.

2. The Complaint was filed on June 1, 2006, two and one-half years after the last plaintiff last worked for Mansfield in December 2003. None of the Plaintiffs is currently employed by Mansfield.

3. In their Complaint, Plaintiffs makes claims for race discrimination in violation of Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981. Plaintiffs specifically claim they were subject to discrimination in the racially hostile working environment, with respect to compensation, benefits, and retaliation. Plaintiffs also assert state law claims for breach of contract; negligent training, supervision and retention; and outrage. These claims are without merit. The Plaintiffs were all terminated for legitimate non-discriminatory reasons.

4. No genuine issue of material fact exists and Defendants are entitled to summary judgment in their favor as a matter of law on all of Plaintiffs' claims.

5. In support of this motion, Defendants rely upon the following exhibits:

   Ex A    the Deposition of Plaintiff Patrick Lewis and attached defense exhibits;

   Ex B    the Deposition of Jack Richardson and attached defense exhibits;

   Ex C    the Deposition of Ralo Colvin and attached defense exhibits;

   Ex D    the Deposition of Ervin Tarver and attached defense exhibits;

   Ex E    the Deposition of William Ragland and attached defense exhibits;

   Ex F    the Deposition of Nathaniel Lamar and attached defense exhibits;

   Ex G    the Affidavit of Cecile Vezinat;

   Ex H    the Affidavit of Johnny Crutchfield;

   Ex I    the Affidavit of Ben Gayle;

   Ex J    Code of Conduct & Safe Practices: Employee Handbook;

      Ex K   Time Sheets for the G.E. jobsite;

      Ex L   Carlos Marroguin Investigation File;

      Ex M   Notices of Termination/Separation for All Plaintiffs; and

      Ex N   Charge of Discrimination for Patrick Lewis.

Defendants also rely upon the legal arguments and authority reflected in the Brief in Support of Motion for Summary Judgment, filed simultaneously herewith, and attached as Ex O.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court enter complete summary judgment in their favor with respect to all of the Plaintiffs' claims.

                                             /s/ Natasha L. Wilson
                                               One of the Attorneys for Defendants
                                               K2 Industrial Services, Inc. and
                                                       Mansfield Industrial

OF COUNSEL:
William H. King, III  (KINGW5426)
Natasha L. Wilson (WILSN6654)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Collins Pettaway
CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, LLC
One Union Street
Post Office Box 1200
Selma, Alabama  36701


/s/ Natasha L. Wilson