# DEPOSITION OF PATRICK LEWIS

**EXHIBIT A**

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CASE NUMBER:    CV-497-WKW

PATRICT LEWIS, et al.,
            Plaintiffs,
VS.

K2 INDUSTRIAL SERVICES, INC., and
MANSFIELD INDUSTRIAL, INC.,
            Defendants.
* * * * * * * * *

S T I P U L A T I O N

    IT IS STIPULATED AND AGREED by and
between the parties, through their respective
counsel, that the deposition of PATRICK LEWIS
may be taken before Kelly Gray, CSR., at the law
offices of Chestnut, Sanders, Sanders, Pettaway
& Campbell, 1 Union Street, Selma, Alabama

---

**Page 2**

1  36702, on the 18th day of May, 2007.
2      IT IS FURTHER STIPULATED AND AGREED that
3  the signature to and the reading of the
4  deposition by the witness is hereby waived, the
5  deposition to have the same force and effect as
6  if full compliance had been had with all laws
7  and rules of Court relating to the taking of
8  depositions.
9      IT IS FURTHER STIPULATED AND AGREED that
10 it shall not be necessary for any objections to
11 be made by counsel to any questions except as to
12 form or leading questions, and that counsel for
13 the parties may make objections and assign
14 grounds at the time of the trial, or at the time
15 said deposition is offered in evidence, or prior
16 thereto.
17     IT IS FURTHER STIPULATED AND AGREED that
18 the notice of filing of the deposition by the
19 Court Reporter is waived.
20
21
22
23

---

**Page 3**

1            I N D E X
2
3  WITNESS: PATRICK LEWIS
4
5  DIRECT EXAMINATION BY MR. KING..............5
6
7  CERTIFICATE PAGE.......................177
8
9
10           E X H I B I T S
11
12 DEFENDANT'S 1.............................103
13 DEFENDANT'S 2.............................106
14 DEFENDANT'S 3.............................106
15 DEFENDANT'S 4.............................130
16 DEFENDANT'S 5.............................132
17 DEFENDANT'S 6.............................133
18 DEFENDANT'S 7.............................134
19 DEFENDANT'S 8.............................137
20 DEFENDANT'S 9.............................143
21 DEFENDANT'S 10............................150
22
23

---

**Page 4**

1           A-P-P-E-A-R-A-N-C-E-S:
2
3  For the Plaintiff:  CHESTNUT, SANDERS, SANDERS,
4                      PETTAWAY & CAMPBELL
5                      By:  Mr. Collins Pettaway
6                      1 Union Street
7                      Selma, AL 36702
8
9  For the Defendant:  LIGHTFOOT, FRANKLIN & WHITE
10                     By:  Mr. William King
11                     and Ms. Haley A. Andrews
12                     The Clark Building
13                     400 20th Street North
14                     Birmingham, AL 35203
15
16 Also present:     Cecile Vezinat
17
18
19
20
21
22
23

---

1  (Pages 1 to 4)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 5

```
 1       I, KELLY GRAY, a Court Reporter of
 2   Birmingham, Alabama, acting as Commissioner,
 3   certify that on this date, as provided by the
 4   Alabama Rules of Civil Procedure and the
 5   foregoing stipulations of counsel, there came
 6   before me at the law offices of Chestnut,
 7   Sanders, Sanders, Pettaway & Campbell, 1 Union
 8   Street, Selma, Alabama 36702, beginning at 1:30
 9   p.m., PATRICK LEWIS, witness in the above cause,
10   for oral examination, whereupon the following
11   proceedings were had:
12
13           PATRICK LEWIS
14   a witness, being produced, sworn and examined on
15   behalf of the defendant, testified as follows:
16
17       BY THE REPORTER:  Same stipulations, read
18   and sign?
19       BY MR. PETTAWAY:  Yes, sir.
20       BY MR. KING:  That's fine.
21
22       DIRECT EXAMINATION
23   BY MR. KING:
```

Page 6

```
 1   Q     If you would, give me your full name
 2   please, sir.
 3   A     Patrick Deon Lewis.
 4   Q     And give me your current home address.
 5   A     3812 Norwood Lane, Mobile, Alabama.
 6   Q     And how long have you lived in Mobile?
 7   A     Two-and-a-half years.  It will be three
 8   years in September, I think.
 9   Q     All right.  Have you ever given a
10   deposition before?
11   A     No, sir.
12   Q     And what I'm going to do is ask you some
13   questions.  If I ask you something that's not
14   clear, just tell me and I'll try to clear it up.
15   If you would, instead of saying "uh-huh" or
16   "huh-uh," say "yes" or "no" since he's taking it
17   down.  Also, if you'll wait until I finish my
18   question to start answering, it's easier for the
19   Court Reporter.  Is this the first lawsuit that
20   you've ever been a party to?
21   A     Yes, sir.
22   Q     All right.  Tell me a little bit about
23   yourself, where you grow up, your family, if
```

Page 7

```
 1   you're married, children, that sort of thing.
 2   A     I grew up in Selma.  Moved, left.  I
 3   stayed in Georgia up until I was nine.  I moved
 4   back to Selma, Alabama at the age of nine, soon
 5   to be ten.  I went to school here; football,
 6   track.  I played sports.  My father owns a
 7   restaurant.  He's a carpenter, also; he's a
 8   craftsman.  My family -- my mother works on the
 9   school board.  Well, she used to work in the
10   sewing factory years ago.  My brother and
11   sister, they live here.  One sister lives out of
12   town.  Me, I'm a carpenter, painter, framer.
13   Anything dealing with woodworking and housing
14   work, I do on a professional level in Mobile
15   right now.  Other than -- I have an ex-wife; I
16   have two daughters; a horse; me, myself.  That's
17   about it, as far as my personal life, what I go
18   through.
19   Q     Who do you work for today?
20   A     I work for Patrick Lewis, Contractor.
21   Q     So you're self-employed?
22   A     Myself, I'm self-employed.
23   Q     Do you have anybody else that works with
```

Page 8

```
 1   you?
 2   A     From time-to-time.  It all depends on how
 3   many people I may need to do the tasks that I
 4   have in front of me.
 5   Q     All right.  Do you have like -- are you
 6   incorporated?
 7   A     No.  It's self-contracting.
 8   Q     Okay.
 9   A     I went to Mobile and I got up with Elon
10   Maintenance & Construction.  This is an
11   insurance company.  I met the guy, Lonnie
12   Simpson, and he looked out for me.  He just
13   brought work all my way.  He made sure I was
14   constantly busy as far as doing work in Mobile.
15   I went down when Ivan hit, Hurricane Ivan, and I
16   met him and I've been there ever since.
17   Q     How do you bill your customers?  Do you
18   do it by the hour or parts and material plus
19   labor?  How do you --
20   A     It depends on my customers.  Usually I
21   just give them a labor price, and if they want
22   me to include that in there, I go ahead and
23   include the materials in there.  The only thing
```

2  (Pages 5 to 8)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 9

1  that I don't do is pick out colors, because I
2  don't want to install colors, and then the lady
3  or the man say they don't like it. You know
4  what I mean? So I pretty much leave it to the
5  homeowners.
6  Q    What's your hourly rate that you charge
7  for labor now?
8  A    About 25, 30 bucks an hour. It all
9  depends on what I'm doing.
10  Q    Right. Do you have any relatives who
11  live --
12       BY MR. KING: Which counties was it,
13  Collins?
14       BY MR. PETTAWAY: Lowndes, Autauga,
15  Montgomery and Elmore.
16  A    Yes, I do. My daughter lives in Lowndes
17  County.
18  Q    What's her name?
19  A    Her name is Kiandra Lexis Lewis (SP).
20  Q    How old is she?
21  A    She's eight.
22  Q    Okay. And I'm really just looking for
23  relatives who are eighteen years or older who

Page 10

1  might be on the jury. That's the only reason
2  I --
3  A    My brother lives in Montgomery, and
4  that's about all I can tell you about that.
5  Q    What's his name?
6  A    His name is Michael Bennett.
7  Q    All right. Do you have any other
8  relatives who live basically just Montgomery
9  south?
10  A    No.
11  Q    Okay; all right. Tell me, Patrick, as
12  far as things that you actually heard yourself,
13  I would like to get a list of all the racial
14  slurs or racially offensive comments that you
15  heard while you were working for Mansfield.
16  A    All right. It's been like
17  three-and-a-half years ago for me, so everything
18  that I say may not be like on the paper, but
19  it's going to pertain to the same thing.
20  Q    Sure.
21  A    Johnny Crutchfield, that was our
22  superintendent. And if you all would excuse me,
23  I think he's the lowest form of a human that

Page 11

1  there ever was. I was -- me, myself, was called
2  the "arrogant nigger" by Johnny Crutchfield,
3  Johnny Reed and Robert whatever his name was.
4  Once they seen -- and also Corey. Corey got
5  under me, because he got into an incident, Corey
6  did, at the Hyundai plant with a Mexican guy.
7  And the Mexican guy was working up under me,
8  because I was one of the lead men. Corey ended
9  up pulling a knife out, and the Mexican ran up
10  there and told the front office. I think it was
11  Rust; they were the general contractors. So
12  Corey come back to me --
13       BY MR. PETTAWAY: Hold on. Are you
14  saying Corey?
15       THE WITNESS: Corey. Well, we call him
16  Corey, but -- his name was Corey, but we called
17  him Coy, because that was on his badge, was just
18  Coy, but Corey was his real name. Michael
19  Corey -- what was his name? Michael Corey
20  something, that's his real name.
21  Q    (continued by Mr. King) All right.
22  A    I can't remember Corey's last name or
23  whatever, but Corey ended up getting into an

Page 12

1  incident with a guy and I was a witness to it.
2  Corey come to me and he asked me not to, you
3  know, tell what I seen or whatever. Which I did
4  see Corey pull a knife, but I didn't see Corey
5  threaten the dude with the knife, but Corey did
6  pull a knife out, and which I told them that.
7  Mansfield corporate comes down -- I think the
8  guy's name is David -- and asked me about what
9  happened. I told them the same thing that I'm
10  telling you right now. And I also made a
11  statement to David about Johnny Crutchfield and
12  his racism and the way he treats the blacks and
13  the Mexicans. His whole demeanor of being a
14  person was totally racist for Johnny
15  Crutchfield. So David gave me his card and
16  things like that there, and if I ever have a
17  problem with Johnny Crutchfield, you know, feel
18  free to call him and this and that. Which I did
19  call the head branch. I think it's located in
20  Louisiana and they also have one -- I spoke
21  with -- I think her name is Sarah, Susan, Sylvia
22  or something like that. I spoke with this lady
23  that worked for Mansfield in the office up

3  (Pages 9 to 12)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 13

1  there.  They also have a branch located in
2  Mobile, Alabama.  But I spoke with the branch in
3  Louisiana, and I told them about Johnny
4  Crutchfield.  Johnny Crutchfield, he would put
5  me in an unsafe work environments.
6  Q     All right.  Let me stop you there.  Let
7  me get back to the question.  I want you to --
8  if you'll focus on the question -- we're going
9  to cover every bit of it, but it will go quicker
10 if we do it this way.  What I asked you was, I
11 want to know every racial slur or racially
12 offensive comment that you actually heard
13 yourself while you were working there.
14 A     Being called an arrogant nigger.
15 Q     By --
16 A     Johnny Crutchfield; Johnny Reed --
17      BY MR. PETTAWAY:  Hold on.  Let him
18 finish his question.  Listen to his question,
19 and then go ahead and answer.  That way --
20      THE WITNESS:  Right; right.
21 Q     (continued by Mr. King)  All right.  So
22 that's one.  Johnny Crutchfield called you that
23 and you heard it?

Page 14

1  A     Uh-huh.
2  Q     And Johnny Reed called you that and --
3  A     They were like we are now, all of them
4  was just sitting in their little office right
5  there and they were just discussing us, you
6  know.  And me in particular, because I was the
7  leader -- well, not really a leader, but if I
8  didn't feel that it was safe, I wasn't going to
9  do it, the job, perform whatever it was.
10 Q     All right.  So you -- you heard Johnny
11 Crutchfield and Johnny Reed having a discussion
12 about you in which one of them referred to you
13 as an arrogant nigger?
14 A     Right.
15 Q     All right.  Do you know which one of them
16 said it?
17 A     Johnny Crutchfield said that.
18 Q     Okay.  Did Johnny Reed make that comment
19 or was he just present when it was made?
20 A     He was present.
21 Q     All right.  Was there anybody else in
22 that meeting that you saw?
23 A     No, sir.

Page 15

1  Q     All right.  Was there anybody else who
2  heard the comment, other than you, Reed and
3  Crutchfield?
4  A     No, sir.
5  Q     Okay.  What's the next racial slur or
6  racially offensive comment that you heard by
7  anyone while you were at Mansfield?
8  A     Robert, he was one of the guys that was a
9  craftsman.  Being called spics, which was the
10 Spanish -- the Mexican guys that worked for us.
11 Niggers this, niggers that.  Robert was just
12 blatantly racist.
13 Q     All right.  Let's talk about the first --
14 you said he referred to Mexican employees as
15 specks?
16 A     Right; wetbacks.
17 Q     And you heard that yourself?
18 A     Myself personally, yes.
19 Q     Do you recall when?
20 A     Yes, I can, but I can't recall the date.
21 But to help you out to recall a date, we were
22 doing the tanks at GE.  This is like eleven
23 stories high.  We was doing a shutdown.  So it

Page 16

1  had to be like in October of 2004; somewhere
2  along in there.
3  Q     All right.
4  A     And we had maybe twenty, twenty-five,
5  maybe thirty Mexicans working for us at the
6  time.
7  Q     And can you tell me who was present when
8  Robert made the comment?
9  A     I, myself, and the rest was just
10 Mexicans, because Robert ran a crew and I ran a
11 crew, and our crew was Spanish; they were
12 Mexicans.
13 Q     All right.  And can you tell me how --
14 describe the conversation to me; what was said
15 before referring to Robert saying --
16 A     On the tank, I'm asking Robert, "How are
17 we going to close this top of the tank off up
18 there?"  "We're going to put the specks out
19 there," which is the Spanish.  On the tank, we
20 didn't have -- we had a catwalk, which is the
21 scaffold boards.  After you get on the scaffold
22 boards, you have to go up, which is called
23 freelancing, and tie off.  So Robert didn't want

4  (Pages 13 to 16)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

**Page 17**

```
 1   to go out there, nor did he want me to go out
 2   there, so he said, "We'll put the wetbacks out
 3   there, the Spanish people to go out and bring it
 4   down so we can be on the catwalk around the tank
 5   itself."
 6   Q     Okay.  Was that just a conversation
 7   between the two of you, or did anybody else --
 8   A     It was a conversation between the two of
 9   us.
10   Q     All right.  Do you remember any other
11   times -- you said that Robert used the "N"
12   word --
13   A     Yes, several times working at Hyundai,
14   the Hyundai plant, which was -- should be
15   recorded by Mansfield, because I made a
16   complaint about that.  So did Russ Carpet
17   (sic) -- I mean, Russ Industrial and Seagal that
18   were witnesses to hearing Robert use the "N"
19   word toward me and toward all black people.
20   Q     All right.  Just tell me what happened.
21   A     We were doing the Hyundai plant up there.
22   Robert had a level; I had a level.  Me and my
23   level was doing the work, and he wanted the
```

**Page 18**

```
 1   level to meet his level, which I didn't want to
 2   meet his level, because I wanted my work to be
 3   different from his work.  "You Niggers don't,
 4   you know, don't comply; don't want to get
 5   together with this and that."  Russ -- I mean,
 6   Seagal's foreman heard Robert use the language,
 7   and went back and told Coy, which Coy was our
 8   foreman at the time that it was happening,
 9   because Robert and I got into a heated
10   confrontation out there, which was fixing to be
11   a fist fight, because he was directing it toward
12   me.
13   Q     All right.  So you guys are working on
14   the same tank?
15   A     No.  This is at the Hyundai plant now.
16   We have left GE.
17   Q     Okay.
18   A     Mansfield had a job going at GE and they
19   had a job going on at the Hyundai plant.
20   Q     Right.
21   A     Which was during the reconstruction -- I
22   mean, building the plant up there.  We had the
23   paint job up there.  So I left -- well, you have
```

**Page 19**

```
 1   to go back.  I come from Atlanta, George with
 2   Mansfield back to GE, and then to Hyundai, to
 3   the Hyundai plant.  So I was kind of like being
 4   distributed all over the place.  So when I got
 5   to the Hyundai plant, it was Coy, Robert,
 6   Robert's son Jeff, Cindy and some other lady.  I
 7   can't recall her name, but it starts with an S.
 8   Yes, I can.  Sylvia; her name was Sylvia.  There
 9   was a couple more guys that were new that they
10   hired on.  The rest was just Mexicans, which is
11   one of the Mexican guys that Coy pulled a knife
12   out on.
13   Q     All right.  So you've got a crew; Robert
14   has a crew, and you -- he wanted you to be, I
15   guess, painting the area right next to where his
16   crew was --
17   A     To meet up, yes.
18   Q     And you didn't want to do that?
19   A     No, sir.
20   Q     And then he said --
21   A     "You niggers don't want to work together
22   or nothing," you know.
23   Q     All right.  And you heard that, and you
```

**Page 20**

```
 1   said that the supervisor from --
 2   A     Seagal Construction.  This is one of the
 3   electrical companies that were up there doing
 4   the wiring.
 5   Q     Do you remember the guy's name?
 6   A     No, but Mansfield will have it on record,
 7   because we did have a meeting about it.
 8   Q     All right.  When was the meeting?
 9   A     It was, I guess, in October or November.
10   I really can't recall, but it was during the
11   same time that I was at Hyundai.  It shouldn't
12   be a problem to find, because I did make a
13   record of it, and Seagal did report it to Russ,
14   which was the general contractor over the whole
15   Hyundai plant.  They sent Robert back to GE for
16   a couple of weeks.
17   Q     All right.  So you said that you made a
18   record of it.  What does that mean?
19   A     Well, I reported it.
20   Q     Who did you report it to?
21   A     To Coy.  Not only me.  Seagal reported it
22   first, because there was fixing to be a fight
23   between Robert and I up on the floor up there.
```

5 (Pages 17 to 20)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

**Page 21**

1  As a matter of fact, we was on the second floor
2  in Plant 5, uh, in the Paint Department, in the
3  office department, over in the Paint Department.
4  Q    All right.
5  A    So when Seagal told Coy about it, Coy
6  comes down there and asks what the problems was,
7  and he just split us up, which was to give him
8  another location to work in and I end up having
9  the whole second level and the bottom level to
10 do.
11 Q    Did you say anything to Robert before he
12 made this comment in which he used the "N" word?
13 Did you say anything -- was the argument already
14 going on, or did the argument start after he
15 used that word?
16 A    Robert and I didn't talk unless it was
17 work. He come to me and asked me to meet him in
18 this work thing that we were doing. I didn't
19 think we should meet up together, because we had
20 pedestrians in this same area right there. That
21 means what we painted, people would be tracking
22 up on or either getting it on their clothes. So
23 that's when, "You can't get together. You

**Page 22**

1  niggers don't never get together on that." This
2  is when that happened. But Robert and I -- not
3  only Robert, me, myself, several people, white,
4  black and every other color, have had relations
5  with Robert. He was just a total racist,
6  period. The white guy came over -- I tell you
7  what, I had lunch -- well, go ahead and ask the
8  question.
9  Q    All right. You said that Seagal reported
10 this to Russ. I think you said there was some
11 kind of meeting. Did you attend any kind of
12 meeting?
13 A    No. Coy and Johnny Crutchfield come out
14 there, and they just said, "You just go ahead on
15 and handle the Paint Department," and they moved
16 Robert over to another building. There was
17 nothing else being said about it; it was done.
18 Q    Okay. Well, was there a meeting or was
19 there not?
20 A    The meeting was between Coy and Seagal,
21 which was the guy that heard Robert say that.
22 You know what I mean? "This is what I allege
23 Coy said, and there won't be none of that

**Page 23**

1  happening no more on the job." But it was kind
2  of hard to keep Robert into that, because of the
3  way he believes.
4  Q    All right. And that's one specific time
5  that Robert used a racial slur directed towards
6  African-Americans or towards you and other
7  African-Americans. Can you think of any other
8  slurs that he used that you heard with your own
9  ears?
10 A    Not right off-hand, but if I could just
11 think back maybe -- you have to -- look, this is
12 three -- almost four years ago. I really just
13 can't really tell you. Robert is just a bad
14 person. He's just like Johnny Crutchfield.
15 They're the two biggest racists I've ever seen
16 in my life.
17 Q    All right. The comment that Crutchfield
18 made, where he referred to you personally as an
19 "arrogant nigger" --
20 A    Uh-huh.
21 Q    -- that was a conversation that you
22 overheard?
23 A    Right.

**Page 24**

1  Q    You weren't actually a part of it?
2  A    Right; right.
3  Q    All right. Did you ever tell Crutchfield
4  that you heard him say that?
5  A    Oh, yes.
6  Q    Okay.
7  A    Oh, yes.
8  Q    When?
9  A    It was the same day.
10 Q    All right.
11 A    It was the same day. Later on that day,
12 which I think I was -- I asked, "Why" -- because
13 Robert was back at GE -- "why can't I go back
14 over to Hyundai?" He said, "Only buzzards are
15 over there." "So what are you calling me, a
16 buzzard?" He said, "Yeah, a black buzzard."
17 This is Johnny Crutchfield. Which there was a
18 witness to hearing that, because Johnny didn't
19 know somebody was coming in his trailer.
20 Q    Who was that?
21 A    Which was Nate Lamar. Neither did I know
22 that he was in the back.
23 Q    All right. The comment -- the day that

6  (Pages 21 to 24)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

**Page 25**

1  he referred to you as an "arrogant nigger" and
2  you heard him say that --
3  A    Uh-huh.
4  Q    -- as best you can remember, Patrick,
5  when did that happen?  And if you can't give me
6  a date, can you just give me an approximation
7  based on, you know, how long after you were
8  hired?
9  A    A month before they let me go; whatever
10 month that was.  Maybe a month-and-a-half before
11 they let me go.
12 Q    All right.  So Crutchfield referred to
13 you as an "arrogant nigger" and he referred to
14 you as a "black buzzard."  The black buzzard,
15 when was that?
16 A    It was the same day.
17 Q    Same day?
18 A    Because I confronted Johnny about being
19 the "arrogant nigger."
20 Q    All right.
21 A    I wanted to leave GE and go back to
22 Hyundai, because Robert was on the same site;
23 Coy was on the same site.

**Page 26**

1  Q    Did you actually hear Crutchfield make
2  any other racial slurs while you worked there,
3  other than the two you told me about?
4  A    No, I couldn't really say.
5  Q    All right.  Johnny Reed, did you ever
6  hear Johnny Reed make a racial slur?
7  A    Oh, yes, throughout.  They would be sly,
8  sneaky racial words where he thinks you're not
9  really paying attention and he would laugh it
10 off.
11 Q    Well, let me hear them.
12 A    "Black people don't like getting up on
13 high towers; black people complain about this
14 here."  There's numerous things.
15 Q    I need specifics.
16 A    Specifics.  All right.  We didn't want to
17 go in the enclosures.  The blacks didn't go in
18 the enclosures.  It was always about the blacks
19 didn't want to go in the enclosures.  Hanging
20 off the towers, the blacks didn't want to hang
21 off the towers.  The blacks don't like wearing
22 their hard hats.  For instance, what I'm telling
23 you is, it's not leading up to Johnny and them,

**Page 27**

1  because there's so much that has led up to the
2  racism where you could see -- if I call in -- we
3  have to be at work at 7:00.  I call in at 6:30.
4  I'm ten minutes late, which would be 6:50.  I
5  get sent home, but the whites never got sent
6  home.
7  Q    We're going to talk about that.  I really
8  want you to stay with me, okay, because it's
9  Friday afternoon and I don't want to be here
10 until 8:00 at night, but I got to get all this
11 information from you.
12 A    Right.
13 Q    We're going to talk about every bit of
14 that.  What I want to know right now are racial
15 slurs that you heard yourself.
16 A    No more than what I'm telling you now.  I
17 just can't really think right now about what
18 happened then, but I can remember, say, "The
19 blacks don't want to get on the -- go in the
20 enclosures."
21 Q    Okay.
22 A    "They don't want to hang off of the
23 tanks."

**Page 28**

1  Q    Hard hats?
2  A    Hard hats.  "Don't stay -- the blacks
3  don't stay in their designated areas."
4  Q    And were these comments that he made
5  one-on-one with you, or did he make it to a
6  group of people?
7  A    Well, it would be everybody that would be
8  sitting around up under the break trailer.
9  Q    All right.  Tell me --
10 A    I'll put it this way, it would happen
11 when -- you have a volunteer -- "Now who wants
12 to go in the enclosure?"  And there were only
13 maybe six craftsmen out there, including myself.
14 So the craftsmen are pretty much like a foreman.
15 You can't really like -- just like the not going
16 in unless you figure there's an unsafe hazard.
17 And every black that was -- no one raised their
18 hand to go in the enclosures.  Only the white
19 people did, because they didn't fear the lights
20 going off.  The lights are like five seconds,
21 you're dead from the chemicals up in the plant.
22 So, no, I didn't volunteer to go in there, nor
23 did anyone else that was in the black culture

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

6fb8fe45-1829-46e8-974d-b791d7d53baf

Page 29

1 went up in there. So we were — you know, "The
2 blacks don't like going up in there. The blacks
3 are not going to do this; the blacks are not
4 going to do that."
5 Q    Are you saying that's what Johnny said or
6 are you telling me that's the truth that
7 white --
8 A    Johnny Crutchfield. No. This is Johnny
9 Crutchfield saying that we didn't do this here.
10 I can't speak for -- not Johnny Crutchfield;
11 Johnny Reed. I can't say that. The only thing
12 I can say is, Patrick wasn't going into the
13 enclosure. You can't really list me as, you
14 know, everybody else that was working out there.
15 But I knew I wasn't going in there. Nor did
16 anyone that was working under me, white or
17 black, was going to go in the enclosure, because
18 I had to be the one to look over whoever it is
19 that's going into the hole.
20 Q    Okay. Did you ever hear Johnny Reed use
21 the "N" word?
22 A    No, I can't say that.
23 Q    Did you ever hear him use any racially

Page 30

1 offensive term to describe you or
2 African-Americans as a whole?
3 A    Not African-Americans. Well, I can't
4 really think about it, but I know on the
5 Mexicans, yes.
6 Q    Okay. What did you hear him say about
7 Mexican employees?
8 A    "The Mexicans do all the scum work that
9 we don't want to do; or hang out on or get into
10 the closures or this and that. We put all the
11 wetbacks into this."
12 Q    Can you tell me the names of all the
13 people, Patrick, you remember who were present
14 when Johnny Reed made comments about, "Black
15 people don't like to get in high towers or
16 enclosures or wear hats or hang on tanks or
17 stay in designated areas?"
18 A    Yes; our whole crew.
19 Q    Who was that?
20 A    You have Ervin Tarver, Bill Ragland, Ralo
21 Colvon. We have Jack. Jack is Jack Richardson.
22 We had -- there's several white guys. God, I
23 can't recall them. I can't recall their names.

Page 31

1 But when this first happened, I do have their
2 names written down on one of those papers there,
3 as far as being able to contact — for the
4 lawyers to be able to get in contact with them.
5 I can't recall their names right now, but --
6 Q    We'll go through that, too. All right.
7 Are there any other slurs by any employee of
8 Mansfield that you can recall, other than what
9 you've told me? And I'm going to list them just
10 so we got it clear.
11 A    No more than Coy --
12 Q    Hold on; hold on. Let me finish. Johnny
13 Crutchfield referred to you as an "arrogant
14 nigger." Johnny Crutchfield referred to you the
15 same day as a "black hazard." You heard
16 Robert — I think Kimberlin is his last name.
17 Is that the same guy we're talking about,
18 Robert?
19 A    I presume so. I can't remember his last
20 name.
21 Q    I think it is. You heard a man named
22 Robert, a white male, refer to Mexican employees
23 as specks or wetbacks; and that you heard Robert

Page 32

1 use the "N" word while both of you were working
2 at Hyundai when he said, "You Niggers don't want
3 to work together." Then you heard Johnny Reed
4 make comments along the lines of, "Black people
5 don't like to get in high towers or enclosures
6 or wear hard hats or hang off tanks or stay in
7 designated areas." Can you think of any other
8 racial slurs or racially offensive comments that
9 you heard yourself while you were employed at
10 Mansfield?
11 A    No, not right off-hand.
12 Q    All right. If you think of any others
13 before we leave today, I want you to tell me,
14 please, sir. All right. The comments that
15 Johnny Reed made, do you -- can you tell me the
16 approximate date or dates that those comments
17 were made?
18 A    No, I can't. It's almost four years ago.
19 I can't remember that.
20 Q    Was it early in your employment; middle
21 of your employment; late --
22 A    I would say in the middle of my
23 employment.

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

Page 33

1  Q    All right. And what dates did you
2  work --
3  A    I would say within -- I would say --
4  because I left. They sent me out of town. I
5  would say maybe three or four months until then,
6  when I was able to work around them.
7  Q    Okay. My information is, you were hired
8  on March the 10th of 2003.
9  A    Uh-huh.
10  Q    Is that -- does that sound right?
11  A    Yes.
12  Q    All right. So you think that the
13  comments by Johnny Reed would have been made
14  sometime around the July 2003 time frame?
15  A    Yes. I think that was during the time
16  when I came back, because I was -- they sent me
17  to South Carolina for a couple of weeks, and
18  then they sent me to Atlanta for like two or
19  three months; something like that there.
20  Q    All right.
21  A    Mansfield did. So when I came back,
22  Johnny and I hooked up out at GE. This was
23  where I was working at before they sent me to

---

Page 34

1  the Hyundai plant. So we was like around each
2  other then. Johnny, he had the same title that
3  I had, which they had made him a lead man.
4  Q    So Johnny made the comments -- this was
5  at the time you worked at the GE plant?
6  A    At the GE plant, right.
7  Q    And what's your best recollection, if you
8  have one, about when you started and when you
9  finished at GE?
10  A    Well, it was like I was working in both
11  plants. It's when I would catch up at Hyundai,
12  I would go right back to GE.
13  Q    So it was back-and-forth?
14  A    It was back-and-forth.
15  Q    Okay. The comment by Robert, where he
16  used the "N" word in your presence while you
17  were working at Hyundai, can you just give me
18  even the month that you believe that happened?
19  A    Every month that he was there; that I was
20  there. I'm not trying to be funny or whatever,
21  but that was just -- he was -- that was just his
22  nature, man.
23  Q    All right. Well, again, let me make it

---

Page 35

1  clear. I want -- I don't want to know yet about
2  things that you heard second or third hand. I
3  want to know about the things you heard
4  yourself. Did you hear Robert use the "N" word
5  more than one time?
6  A    Yes.
7  Q    All right. You told me about the one
8  time at Hyundai where he said, "You Niggers
9  don't want to work together." Tell me about any
10  other specific times that you can remember.
11  A    Well, at GE, I think I already told you
12  about that one, when we was at the GE plant.
13  Robert and I have had run-ins several times,
14  numerous times at GE. I mean, I just can't
15  recall how many times he and I have had a run-in
16  together as far as at work -- being at the work
17  site there. He was just blatant with it. He
18  was -- I mean, you walk by him and he was -- it
19  was written all over him. I know you don't want
20  to hear that it's just written on somebody,
21  but --
22  Q    What I want to know is the times that you
23  heard him make racial comments that you can tell

---

Page 36

1  me about; the ones --
2  A    Towards the blacks or just in general
3  speaking about anybody?
4  Q    Anybody. But, you know, you've told me
5  about one specific that was aimed at blacks, and
6  I want to know if you remember any other
7  specific comments he made that you felt were
8  racially inappropriate or offensive aimed at
9  blacks.
10  A    You got me at a standstill here, because
11  I can't recall everything. I'm just recalling
12  the things that I can recall right offhand and
13  the things that I thought I could probably
14  overlook that he may have said. No, I can't sit
15  here and answer that, because I can't remember
16  it.
17  Q    All right. Did you take any notes or
18  keep any kind of records about comments that
19  were being made that you thought were
20  inappropriate while you were working there?
21  A    I kept a note on the incident of Coy with
22  the Mexican guy. I kept a note with Johnny --
23  with me reporting Johnny Crutchfield to David I

---

9  (Pages 33 to 36)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 37

1  kept a note on, yes.
2  Q    And where is that note?
3  A    It should be in your file right there
4  that Prince and Pettaway and them sent you or
5  whatever; where they got in touch with -- and
6  then Mansfield's corporate agreed. I mean,
7  admitted to me calling them and telling them
8  about this.
9  Q    All right.
10 A    I've read that. I also got it in the
11 mail.
12 Q    Was this a handwritten note?
13 A    It was -- I tell you what happened, David
14 come back to the job site. So when he come back
15 to the job site, I called the corporate up in
16 Louisiana. Corporate told me if I got any more
17 problems -- well, David comes back down there.
18 You should have that on that paperwork. I do
19 remember your office sending me that paper where
20 Prince was handling it; where they did get in
21 contact with Louisiana, the Mansfield people,
22 where they show where I did call. Her name was
23 Karen. She's the lady that I spoke with, Human

Page 38

1  Resources or whoever it was for -- for
2  Mansfield, and I told her about it. And she
3  told me if I have any more problems handling
4  with Johnny, to feel free to call this and that.
5  Johnny found out about all of this stuff here,
6  and this was causing a whole lot of havoc for
7  me, because he done found out that I done called
8  on him.
9  Q    All right. What I asked you was this, is
10 you said that there should be a note on it.
11 A    Yes.
12 Q    And my question is, did you make a
13 handwritten note and give it to somebody? When
14 you say there's a note on it --
15 A    What I mean is, I got in touch with their
16 office and I talked with them.
17 Q    All right. So it's just you talked. You
18 didn't actually write anything, correct?
19 A    Yeah, I did. I just can't recall where
20 it's at. I think he's going to probably get in
21 touch with Prince, and Prince probably could
22 tell you what's going on with it. But, yeah, I
23 did, and they did get a letter from me. I gave

Page 39

1  it to the Louisiana Board up here -- not the
2  Board, but their office. They sent David back
3  down to talk to me and ask me what's going on.
4  Q    Let me stop you there. I don't mean to
5  interrupt you, but you sent a letter to
6  Louisiana?
7  A    To Louisiana. I called --
8  Q    The incident involving Corey Watson and
9  the Mexican boy?
10 A    No. This is me involving Johnny
11 Crutchfield. This is after that.
12     BY MR. PETTAWAY: Hold on one second.
13 Let's go off the record for just one minute.
14
15 REPORTER'S NOTE: (At this point, an
16 off-the-record discussion was had, after which,
17 the deposition continued, as follows:)
18
19     BY MR. KING: Collins, I would like to
20 get a copy of those, especially the signed
21 statement, because I have not -- we haven't seen
22 that one before.
23     BY MR. PETTAWAY: Oh, sure.

Page 40

1      BY MR. KING: I would like to make that
2  an exhibit before we leave.
3  Q    (continued by Mr. King) Okay. Patrick,
4  the note that you were talking about earlier,
5  that there should be a note of that, is that
6  something that you actually wrote out yourself?
7  A    Yes.
8  Q    Okay. Do you remember was it by hand or
9  did you --
10 A    It was by hand.
11 Q    Okay. And you gave it to?
12 A    David. He's one of the guys from
13 Mansfield that's over the -- he was the same guy
14 that come down doing the recording of the knife
15 incident.
16 Q    Got you. David Calais?
17 A    I think it is.
18     BY MR. KING: Isn't that how you
19 pronounce it, Cecile?
20 A    He's a good guy. I like him.
21     BY MS. VEZINAT: Paul.
22 Q    (continued by Mr. King) Okay. Paul
23 Calais, does that sound --

10 (Pages 37 to 40)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 41

```
 1   A    Uh-huh.
 2   Q    All right.
 3   A    David Paul Calais, is that his name?
 4   Q    Okay.
 5   A    Well, that may not be the right one,
 6   then.  I know you have a piece of paper which
 7   I've seen.  Maybe it was two, two-and-a-half
 8   years ago that they sent to this law office
 9   right here that they did get a complaint from me
10   about Johnny Crutchfield talking with David or
11   Paul or whatever his name may have been.
12   Q    Okay.  We got it cleared up, I think.
13   All right.  Patrick, can you think of any other
14   racial slurs directed towards you or other
15   African-Americans that you heard, other than the
16   ones you've already told me about?
17   A    No more than their tattoos and their
18   hats, no.
19   Q    All right.  Well, tell me about the
20   tattoos.
21   A    Oh, there's rebel flags all over their
22   arms; the rebel flag around their bandanas.
23   Q    Who is "they?"
```

Page 42

```
 1   A    Robert whatever his name may be.  Coy,
 2   Johnny Reed.  Johnny Reed also had a symbol on
 3   his truck, which was the confederate symbol on
 4   it.
 5   Q    All right.
 6   A    No one else that I can think of, because
 7   those three guys are pretty much were lead
 8   people.
 9   Q    All right.  Which one of them had the
10   tattoo -- or which ones?
11   A    Johnny Reed has one.  If I'm not
12   mistaken, Johnny Crutchfield has one.  If I'm
13   not mistaken -- well, I know Robert, and he had
14   them tattooed all over his body.
15   Q    The confederate flag?
16   A    The flag and rebel stuff, whatever the
17   emblem is that they were wearing, yes.
18   Q    Other than the flag, is there some other
19   emblem?
20   A    Uh-huh.
21   Q    What does it look like?
22   A    It looks like the flag, the confederate
23   flag.
```

Page 43

```
 1   Q    Okay.  And you said Johnny Reed or
 2   Crutchfield had something on his truck.
 3   A    Johnny Reed has a -- a company truck with
 4   a confederate flag on it at the time he was
 5   working there.  It was a black F-150, '92, '93
 6   model F-150, black, with the confederate flag on
 7   it.
 8   Q    All right.  Anything else you can think
 9   of of that nature, statements or emblems or
10   things that you saw in the workplace that were
11   racially offensive?
12   A    The head bandana was worn on the work
13   site.  The tattoos you seen only when they
14   rolled their sleeves up.  The tattoos were seen
15   only when they rolled their sleeves up.  We was
16   up under the break barn.  Because at GE, we're
17   required to wear long sleeves.  But if they pull
18   their shirt off, if they have an unbuttoned
19   shirt or a sweater or whatever, you can see the
20   tattoos on them.
21   Q    All right.  Other than Crutchfield,
22   Robert and Johnny Reed, did anyone else make any
23   racial comments in your presence, that you heard
```

Page 44

```
 1   yourself?
 2   A    Coy made them about the Mexicans.
 3   Q    Right.  We've covered that.  Any others
 4   that made comments directed towards
 5   African-Americans?
 6   A    No.  But those were Mansfield corporate.
 7   The rest of the guys were just laborers, you
 8   know.
 9   Q    All right.
10   A    These are guys that had a little
11   authority, which were lead men, journeymen and
12   supervisors.
13   Q    Did you ever use the word "nigger" when
14   you were talking to anybody at work?
15   A    I don't use the "N" word.
16   Q    You never did the whole time you worked
17   at Mansfield?
18   A    I don't use the "N" word now.
19   Q    All right.  And if one of your co-workers
20   were to testify that you used the word "nigger"
21   regularly, it was common, and that you -- when
22   you were talking in the presence of both white
23   and black employees, would that -- would that
```

11  (Pages 41 to 44)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 45

1   person not be telling the truth?
2   A    I don't think -- well, I know it wouldn't
3   be, but I don't think anyone that works with me,
4   not only from GE or Hyundai, throughout my work
5   habits, can say that I used the "N" word,
6   because I don't use the "N" word.
7   Q    Okay. Did you hear any of the other
8   plaintiffs in this lawsuit use the word "nigger"
9   or other terms that might be considered racially
10  offensive to African-Americans while you were
11  working at Mansfield; Mr. Tarver, Mr. Ragland
12  and the other plaintiffs?
13  A    If they did, I didn't pay it any
14  attention, because it was up under the break
15  trailer, you know. I'll put it this way, you
16  got the blacks and whatever white guys want to
17  come and sit at the table with us, that's fine.
18  And then you had, well, the white people over
19  here, which is all whites, you know. I can't
20  really tell you what everyone was saying,
21  because I don't tolerate the "N" word, period,
22  as far as coming from a black man or whoever
23  it's coming from.

Page 46

1   Q    All right. If you would, just listen to
2   my question, though. My question was, did you
3   ever hear Jack Richardson, Nathaniel Lamar,
4   William Ragland, Ralo Colvon or Ervin Tarver use
5   the word "nigger" at work?
6   A    No.
7   Q    Or any other term that you would consider
8   to be racially offensive to African-Americans?
9   A    No, I can't say that.
10  Q    Okay. When you were working at
11  Mansfield, were there -- let me try that again.
12  Just describe for me what your work environment
13  was like at Mansfield; as far as were you
14  working by yourself; were you always working
15  around a group of other people? And if so,
16  which employees, by name, were the ones you
17  worked the most with?
18  A    Well, I always worked with a group of
19  people. Ralo Colvon, William Ragland, Nathaniel
20  Lamar, Jack Richardson, Ervin Tarver and
21  whomever else it may have been. Those are the
22  guys that I can recall right off-hand.
23  Q    And who did you consider to be your

Page 47

1   immediate supervisor or boss?
2   A    Well, if Ervin and I was on a job, we
3   were the two craftsmen, and there was only two
4   craftsmen that were black. That was Ervin
5   Tarver and myself. So we conveyed together on
6   different things that we would be going into.
7   Q    All right. Let's go back to my question.
8   Who was your boss?
9   A    Oh, Johnny Crutchfield was my boss.
10  Q    Okay. Was there ever a time where Johnny
11  Reed, you considered him to be your boss?
12  A    Yes. If he instructed us to go to a
13  different job site, yes. So he was the lead
14  man.
15  Q    All right. So if you were working at the
16  GE site, who was your immediate boss?
17  A    Johnny Reed or Johnny Crutchfield.
18  Q    All right. Did Johnny Crutchfield stay
19  at the GE site all the time?
20  A    No, sir.
21  Q    All right. If you were at the Hyundai
22  site, who was your boss?
23  A    Corey Watson or Johnny Crutchfield.

Page 48

1   Q    All right. And what about the Atlanta
2   site?
3   A    It was a black guy. Davenport is his
4   last name. That's about the only thing that I
5   can give you.
6   Q    All right. During the -- at the GE plant
7   during an average day, how much of your time
8   were you working, let's say, within ten yards of
9   Johnny Reed? Was he there working beside you
10  guys or was he off somewhere else?
11  A    Off somewhere else, or just coming back
12  once every hour and checking on the site.
13  Q    All right. Same question for
14  Crutchfield. At the GE site, on an average day,
15  how much time did you actually spend in his --
16  where you guys were in the same place?
17  A    Ten minutes.
18  Q    All right. What about Robert Kimberlin
19  at the GE plant?
20  A    The ten hour period that we were there.
21  Q    Did he work at GE, too?
22  A    Uh-huh.
23  Q    All right. What about Hyundai, you

12  (Pages 45 to 48)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRITL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

| Page 49 |
|---|

1 worked with him at Hyundai, as well?
2 A     Uh-huh.
3 Q     Were you guys always on the same work
4 crew?
5 A     I have a crew; he has a crew.  But at the
6 same site, yes.
7 Q     Okay.  Would you take -- would your crew
8 be working most of the time in a position where
9 you could actually talk to Robert Kimberlin and
10 hear what he was saying; were you guys that
11 close to each other?
12 A     Yes.
13 Q     See, I've not been to the plant, so I
14 don't know if you would be at one end and his
15 crew would be at the other, or you guys would be
16 literally side-by-side.  Which one --
17 A     Sometimes side-by-side, yes.
18 Q     And how often did that happen?
19 A     Throughout the week, it all depends on
20 how many -- the task that was in front of us.
21 The building may be a 100 foot by a 100 foot,
22 and we were in that same building.
23 Q     You didn't care much for Mr. Kimberlin,

| Page 50 |
|---|

1 did you, for Robert?
2       BY MR. PETTAWAY:  Object to the form of
3 that question.  Hold on a moment.  I don't
4 understand the probative value of that question.
5       BY MR. KING:  Okay.
6 Q     (continued by Mr. King)  Well, you
7 certainly didn't like the way Mr. Kimberlin
8 talked about you and other African-Americans,
9 right?
10 A     I didn't like Mr. Kimberlin's whole
11 persona about anybody, period, because of the
12 way he acted.
13 Q     Okay.  And the next question is, did
14 you -- when you were leading your crew, did you
15 do what you could to try to stay away from him
16 and his crew; just to get away from them?
17 A     No, because eventually, we had to meet
18 up, and whatever he didn't finish, we would have
19 to finish.  So it wasn't like we were -- this is
20 mine and this is his, because all of us worked
21 the same job.
22 Q     When you say "meet up," does that mean
23 that your crew would start painting on one end

| Page 51 |
|---|

1 and his was on the other, and you would meet in
2 the middle?
3 A     Right.
4 Q     Would you ever start at the same point,
5 and then go out?
6 A     Right.
7 Q     So you would do both?
8 A     That's what I mean, yes.
9 Q     Were there ever times where you would
10 literally be -- your crew would be side-by-side
11 with his crew from the beginning of the day to
12 the end of the day?
13 A     Yes, the Hyundai plant.
14 Q     And what were you doing there?
15 A     We were painting.
16 Q     Painting what?
17 A     Plant 5.  This is the same time of the
18 incident with the Seagal guy.
19 Q     Right.
20 A     Yes.  Not only there; also GE.  When we
21 were doing the towers, we worked side-by-side
22 for maybe about seventy hours a week.
23 Q     Okay; all right.  What about when you

| Page 52 |
|---|

1 were in Atlanta, did you have any dealings at
2 all with Crutchfield, Reed or Robert?
3 A     No.
4 Q     Or Coy?
5 A     No.
6 Q     And do you have an estimate of how long
7 you worked in Atlanta?
8 A     A month-and-a-half; maybe two.
9 Q     All right.  Did you have any problems at
10 all when you were working in Atlanta?
11 A     Yes, I had problem with Davenport.
12 Actually, I didn't have a problem with
13 Davenport, but the equipment was breaking down,
14 and Ted, which is the owner of Atlanta
15 Engineering Steel, was wondering -- we had to do
16 at least ten a day.  We was only averaging three
17 a day.  So Ted comes to me and asks me, "What's
18 going on," instead of going to my foreman, which
19 was Davenport.  Richard Davenport, that's his
20 name.  So he asked me what was going on, and I
21 told him the equipment was a bunch of crap; they
22 didn't, you know, upgrade the equipment; and
23 because I was the one that was running the

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 53

1  equipment and doing the equipment. Davenport
2  figured that I went above -- Mansfield has a
3  record of that, too, because Davenport tried to
4  get me terminated because I stepped up over his
5  head. It wasn't that I stepped up over his
6  head, but Ted, which is the owner of the
7  company, he comes and asks me directly to my
8  face, "What's the problem?" And I told him
9  what's the problem, "Instead of investing 65,
10 $70,000.00 into the equipment that we needed to
11 do the job," which Davenport was too scared to
12 say what we need to do the job.
13 Q    All right. Does that have anything to do
14 with race discrimination? I mean, you don't
15 feel like --
16 A    No.
17 Q    Mr. Davenport wasn't discriminating
18 against you because you're African-American, was
19 he?
20 A    No. He just felt as though -- he's
21 black, also.
22 Q    My question wasn't clear. Did you have
23 any problems with race discrimination or --

Page 54

1  A    Oh, on-the-job, no.
2  Q    Okay. I should have been clear on that.
3  That's my fault. All right. Tell me what other
4  ways that you felt you were discriminated
5  against by Mansfield, other than comments or
6  hats or bandanas or --
7  A    Shipping me all over the United States
8  just to keep me from being around everybody
9  else. I was the arrogant nigger, and I was
10 considered holding all the guys together to try
11 to build something against them. They sent me
12 all over the place just to keep me from being
13 around the group.
14 Q    And in your mind -- well, strike that.
15 A    Sticking me in a hole --
16 Q    Who made the decision to move you from
17 one spot to another?
18 A    Johnny Crutchfield. Anytime I would come
19 here, back to Alabama, GE or whatever, maybe a
20 week or two, and then the next thing you knew, I
21 got to go; Patrick Lewis has to go.
22 Q    So you went to Atlanta?
23 A    Atlanta, South Carolina.

Page 55

1  Q    How long were you in South Carolina?
2  A    Two weeks.
3  Q    All right.
4  A    It was just a little small project.
5  South Pipeline Company, we worked that.
6  Q    Did anybody else from Alabama go to South
7  Carolina when you did?
8  A    No, sir.
9  Q    You were the only guy?
10 A    Only guy.
11 Q    What about Atlanta?
12 A    I was there all -- well, Mark, he left --
13 this is a white guy. He got terminated from GE
14 for working for Mansfield, which one of GE's
15 employees that works for the company of GE, Mark
16 broke in their house, and one of the employees
17 found that he was on the job site, so GE
18 themselves had Mansfield to terminate Robert.
19 Not Robert, but Mark. Once they terminated
20 Mark, that day -- two days later, Mark got
21 shipped to Atlanta with me. As a matter of
22 fact, I took Mark to Atlanta with me, which is a
23 white guy. He rode to Atlanta with me to meet

Page 56

1  Davenport, and he worked up there until he quit
2  or left or whatever he had done.
3  Q    All right. Was there anybody else from
4  Alabama who was working in the Atlanta plant
5  when you were there?
6  A    No, sir.
7  Q    All right. And then the Hyundai plant,
8  did you have a problem with being transferred
9  there?
10 A    Not really, because they was just trying
11 to alienate me from being with the people that
12 they felt that I was trying to keep from -- what
13 I'm really trying to say is, I didn't really
14 have a problem, because I was at home. I had
15 got a chance to stay around my wife and my baby
16 or whatever, but I would have preferred being
17 around the guys that I trained than having to
18 train new people every time I go to a new job
19 site. The guys that were at GE were guys that I
20 trained or worked with or started into this
21 field of work. So quite naturally, I would have
22 preferred being with them than to start training
23 with some new people.

14  (Pages 53 to 56)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 57

1  Q    All right.  But your regular crew when
2  you were at the GE plant, who was on that?
3  A    There was a variety of them, white, black
4  and all.  Everyone likes to work with me,
5  because I look out for the job site, the safety
6  of it.  Then I teach them; I make sure they
7  learn.
8  Q    Give me their names.
9  A    Jack, Mark.  Blaylock (SP), he was in
10 Mobile or Louisiana that Mansfield shipped down
11 here.  His name is Blaylock.  His son, Jeff,
12 Ralo -- Ralo Colvon, Ervin Tarver and the rest
13 of the guys.  I mean, I just worked with a
14 mass -- whoever I chose that morning, whoever
15 they assigned for me, that's who I worked with.
16 If I had a choice, I'd pick out the best ones
17 that I wanted to work for me and work with me.
18 Q    All right.  Did you have any -- do you
19 have any complaints against any of the guys who
20 were on your regular crew at the GE plant, as
21 far as race discrimination or making racial
22 slurs or inappropriate comments?
23 A    Robert, he's the only one.

Page 58

1  Q    All right.  What about at the Hyundai
2  plant?
3  A    Robert, he's the only one.
4  Q    Atlanta?
5  A    It was just only two of us.  Three with
6  Mark, but Mark left.  He maybe stayed two or
7  three weeks.
8  Q    So no one in Atlanta?
9  A    No, sir.  It was just two black guys.  It
10 was just Davenport and I --
11 Q    And South Carolina?
12 A    -- in Atlanta.
13 Q    Did you have any complaints about anybody
14 you worked with in South Carolina?
15 A    No, sir.
16 Q    Okay; all right.  I had asked you other
17 than racial slurs and racially offensive
18 language or symbols, what other ways you were
19 discriminated against, and you told me that you
20 felt like you were moved from one plant to the
21 other because of your race and to keep you from
22 being around certain people.  Are there any
23 other ways that you felt like you were

Page 59

1  discriminated against?
2  A    Right.  Coming in five minutes late and
3  being told to go home.  Rain-out time, we're
4  supposed to get paid four hours for it, but he
5  sent us home and the white guys stayed there and
6  they get four hours for it.  That was Robert,
7  Johnny Reed and the rest of them, you know.
8  They got paid for time, which all of us should
9  have got paid for time.  On safety work habits,
10 hanging thirty, forty feet off in the air, no
11 handrails, no GOG, no boom, no nothing.  And we,
12 as the black people, were told to go up there
13 and do the job.  I had a personal -- well, I
14 have a personal friend that works for GE.  He's
15 a plant supervisor there.  I go to him and bring
16 him back -- which is a white guy, also -- and
17 show him where they got us up out there.  They
18 shut the whole job down right then.
19 Q    Did you guys have any fall protection at
20 all when you were out there?
21 A    No fall protection -- well, you had a
22 lanyard, but when you hooked the lanyard up, you
23 had to go up with a ladder, a 28 foot ladder,

Page 60

1  and stroke it up to 30 feet up in the air before
2  you're able to go -- once you stand the ladder
3  up, you have to climb it.  The ladder is not
4  tied off.  You have to go up, and then tie the
5  ladder off, which is unsafe.  I wasn't going to
6  go up, and then tie a ladder off, period,
7  because the ladder wasn't tied off and plus,
8  there's no handrails; there's no guards; there's
9  no nothing.
10 Q    So did you refuse to go up and do that?
11 A    Yes, I refused, and I went and got
12 superiors so we could shut the whole job down,
13 which the whole job got shut down.
14 Q    Who asked you to do that, to go up and,
15 you know, when you thought it was unsafe?
16 A    Johnny Crutchfield.
17 Q    All right.
18 A    "It's either do that or you go home.  We
19 got to get this tank done."  I'm not going
20 to go home.  So instead, I went to GE
21 themselves, which is the company GE.  Not
22 Mansfield, because Mansfield was the
23 subcontractor for GE.  I went to GE themselves,

15 (Pages 57 to 60)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

Page 61

1  and GE went to Mansfield and had the whole job
2  shut down, closed.  There's no more working on
3  that no more until we had proper other
4  equipment, which was the GOG, the boom, to go
5  up.  The boom has a gate around it and your
6  harness and you can tie off.
7  Q    Kind of like a cherry-picker or
8  something?
9  A    It's a GOG.  It goes up like they work on
10  the telegram poles with.
11  Q    Yeah.
12  A    It goes and it swivels and it does all
13  kinds of things.  You got the 80 foot, 200 foot,
14  whatever.  So we was up in the boom, and that's
15  when the job resumed after that, because we had
16  adequate equipment to do the job.
17  Q    Was that the only time you were asked to
18  go up in that unsafe condition, that particular
19  one?
20  A    Right.  And then we had the ink plant,
21  the dye plant.  We have monitors that we have to
22  wear.
23  Q    All right.  Before you move on, do you

---

Page 62

1  know if Johnny Crutchfield asked any white
2  employees to go up and do the exact same thing
3  he had asked you to do?
4  A    No, I can't really say that.
5  Q    Okay.  Did he ask any other
6  African-American employees, other than you, to
7  do it?
8  A    Ervin Tarver, which was threatened if he
9  didn't do it; he was going to be terminated.
10  Q    Did any of them do it?
11  A    I had the job closed down.
12  Q    All right.  Okay.  Go ahead and tell me
13  about -- and do you recall when that happened?
14  A    What do you mean, what month or something
15  like that?
16  Q    Was it hot, cold, springtime --
17  A    No.  It was in the Fall.
18  Q    Of '03?
19  A    Somewhere in the Fall time.
20  Q    Okay.  Go ahead.  You were about to start
21  on something new.
22  A    Ervin Tarver and --
23       BY MR. PETTAWAY: Hold on.  Before we

---

Page 63

1  start on something new, let me take a quick
2  break.
3       BY MR. KING: Sure.
4       BY MR. PETTAWAY: Maybe five minutes.
5
6  REPORTER'S NOTE: (At this point, a brief recess
7  was taken, after which, the deposition
8  continued, as follows:)
9
10  Q    (continued by Mr. King)  All right.
11  Patrick, I think we had just finished talking
12  about moving you from one plant to another, and
13  I had asked you a question about any other ways
14  that you felt you were discriminated against
15  because of your race, and I think you were going
16  to start on a different topic.  So go ahead if
17  you're ready.
18  A    The tower I was working -- I was telling
19  you about, the unsafe tower that we were doing.
20  The whites wasn't asked to go over there and do
21  the towers.  So I think that was racist, because
22  there was nobody going to go over there and do
23  it, white or black, without being threatened.

---

Page 64

1  Q    All right.  When you say "tower," is that
2  the thing you were talking about --
3  A    No.  This is another site that we was on.
4  This was in Plant 2 that we were on.
5  Q    Who was making the -- who was the person
6  who would be asking an employee to go --
7  A    Johnny Crutchfield.
8  Q    All right.  And how do you know that he
9  never asked any white employees to do the same
10  work he asked you to do?
11  A    Because all of us are sitting around the
12  break barn in the morning.
13  Q    All right.  So as far as when you were
14  around Crutchfield, you never heard him ask any
15  white employees?
16  A    No, sir.
17  Q    All right.  As far as when you were not
18  around him, you don't know either way if he did
19  or he didn't, do you?
20  A    In the morning time when he comes in,
21  this is when we get our tasks, you know, what
22  we're going to be doing.  And when he would come
23  in, there was no whites -- you know, he never

---

16  (Pages 61 to 64)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

**Page 65**

1  mentioned a white person to go over on that
2  place over there.
3  Q     All right.  Well, when he asked you, did
4  you refuse?
5  A     Well, I didn't know what the site was,
6  because I had just came back from the Hyundai
7  plant.  And once I went over there, I was with
8  Ervin Tarver and Nathaniel Lamar, and I seen the
9  site, "I'm not going up there."
10 Q     So you did refuse?
11 A     Yes, I refused, and I told Johnny about
12 it.  "You can either do this or don't do that.
13 Hit the gate."  So instead, I went and found one
14 of GE's employees and had --
15 Q     Is that the same one you told me about
16 earlier where they shut down the job or is this
17 a different one?
18 A     No, this is the same one where they shut
19 the job down.
20 Q     Oay.  We've already covered that, so --
21 A     Well, this is what you asked me.  You
22 said has there been a place where I felt as
23 though it was racial, so that was one of the

**Page 66**

1  incidents right there.
2  Q     Yeah.  I just thought we had already --
3  you had already explained that to me.  I didn't
4  mean to cut you off.
5  A     Sticking me, as a craftsman, in a hole,
6  which is a laborer hole where a laborer at
7  $10.00 an hour guy should be doing, to try to
8  break me.  He sent me down in the hole to break
9  me.
10 Q     Where is that?
11 A     This was at the GE plant.
12 Q     At number 2?
13 A     No.  This is --
14 Q     6?
15 A     No.  This is at the ink plant, the dye
16 plant.  And this is where I got terminated from
17 at the time.  This is the hole that I was
18 working on.
19 Q     Is that like going inside a tank; is that
20 what you mean by going in a hole?
21 A     Well, it's a -- well, it could be
22 considered that.  It's like they have a tank
23 sitting here, and then this is the perimeter

**Page 67**

1  wall that holds and confines any leakage out of
2  the tank.
3  Q     So you got the tank, and then there's a
4  space outside of it --
5  A     Right, a wall.
6  Q     -- in case it leaks?
7  A     It's like a wall.
8  Q     So you're between the tank and the wall?
9  A     Right; right; right.
10 Q     How much space is there between?
11 A     Approximately, 9, 10 foot in between
12 that.
13 Q     Is it lit?  I mean, is there lights where
14 you can see?
15 A     Yes.  It was in the daytime.  So, yes, I
16 could see inside of the thing.  It was open.  It
17 has an open top to it.
18 Q     So what's -- why is that an undesirable
19 job?
20 A     Me being a craftsman, that was a
21 laborer's job.  But Patrick had just had an
22 argument with Johnny Reed.  So they're going to
23 ship me down in this hole here.  A craftsman is

**Page 68**

1  supposed to be the lead man of the whole job.
2  In other words, being the next foreman.
3  Q     When you -- when you are working in the
4  hole, what jobs -- not just you -- but what jobs
5  were the employees doing there?
6  A     Ralo and I, we have to ship, needle grind
7  the dead paint off the concrete.  We have to
8  clean it and strip it.
9  Q     Does that take any skill or training?  Is
10 that a job --
11 A     Well, it's just labor and being able to
12 reach a monitor and watching your monitor.  Your
13 monitors are for leaks.  It goes off if there is
14 a leak going on.  It was nothing too much, as
15 far as being able to use your mind on it or
16 brain on it, but if you, as a carpenter -- I
17 mean, as a craftsman or the lead man out there,
18 you know, he had more other jobs that I could
19 have been doing.
20 Q     You just felt that job was a little bit
21 below your level?
22 A     Yeah, I thought so, because I already had
23 an argument with Johnny Reed.

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 69

1  Q      Were there any white employees who were
2  working in the hole?
3  A      No, just Ralo and I.
4  Q      On that day?
5  A      No.
6  Q      Was it one day or one time?
7  A      I couldn't tell you after that, because I
8  got terminated that same day.
9  Q      All right.  So you just worked there one
10  day?
11  A      Maybe -- yeah, I think it was like one
12  day or a half a day or something like that.
13  Q      And then the next day when you came into
14  work, you and Mr. Reed had an argument and
15  that's when you were let go?
16  A      Uh-huh.
17  Q      Okay; all right.  Anything else that you
18  felt like was discriminatory?
19  A      Shipping me all over the country; all
20  over the United States.
21  Q      We've already covered that.
22  A      Well, it's just something I'm going back
23  on, that I'm thinking of now on safety work

Page 70

1  habits.  Let me I think now.  Yeah, putting us
2  in the pipe rack, up in the pipe rack.  There's
3  no whites up in the pipe rack.  It was only
4  blacks in the pipe rack.
5  Q      What about Jack Richardson?
6  A      Jack worked with the blacks, because he
7  was from -- I didn't -- I didn't witness these
8  people saying this, but --
9  Q      My question is, did Jack Richardson work
10  in the pipe rack?
11  A      Not on my crew, but I've heard that he
12  was in the pipe rack.
13  Q      All right.
14  A      On my crew, there were -- it's all blacks
15  on my crew; the crew that I was working with.
16  Q      Did you pick the crew?
17  A      No; they were assigned.
18  Q      I thought you said earlier that you would
19  pick every day.
20  A      No.  If they let me pick, I would pick
21  out my own crew.  If not, the other guys had
22  already worked with me on previous jobs, so I
23  had no problem working with them.  Johnny is not

Page 71

1  going to stick a white guy with a black crew no
2  way, unless he's Jack.  All the whites was in
3  another place doing something easy.
4  Q      Like what?
5  A      Painting poles, painting rods or
6  something, something like that, that nature.
7  Ground level work.
8  Q      All right.
9  A      Real simple, real basic.  Well, like you
10  said earlier, didn't have to use their mind.
11  Q      All right.  Any other specific
12  discrimination, that you can recall?
13  A      Yeah.  I got called into break -- in one
14  of the -- I think it was the Fluor-Daniel's
15  break trailer, because of one of the guys worked
16  at another job site out at International Paper
17  with me.  His name is Mike Barlow.  He's a white
18  guy.  He invited me to eat lunch with him.  Coy
19  thought that I went in out of the weather and
20  got in the shade, air conditioning.  So he comes
21  in -- he comes in, "Get your ass up out of here.
22  You can't come in here."  Mike Barlow, which is
23  one of the superintendents that invited me over

Page 72

1  there, he told Corey that he invited me up in
2  here to each lunch with them.  And the only
3  reason Coy done that is because I -- I didn't
4  sit outside or -- it was break; it was
5  lunchtime.  He thought he could tell me what to
6  do on my lunch break.  You got -- out there, you
7  can leave and go off the premises and go to the
8  store if you wanted to.  You know what I mean?
9  But instead, I went in there with four or five
10  other white guys, which was old co-workers of
11  mine from here in Selma, out to the
12  International Paper.  I worked with them before.
13  So they were kind of like my friends.
14  Q      So these were not Mansfield guys; these
15  were IP guys --
16  A      Yes.
17  A      -- that worked for International Paper?
18  A      Right; right.
19  Q      Okay.  Anything else?
20  A      I don't know.  Call me maybe in two weeks
21  and I'll probably recall the rest of what I've
22  forgotten about, you know.
23  Q      Collins will tell you that now would be a

18  (Pages 69 to 72)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

## Page 73

1 really good time to tell me about it. This is
2 your chance to tell me.
3 A    I'm telling you that there is just so
4 much that we endured out there. To me, every
5 day was racist to me. You know, you go around
6 Johnny and he doesn't -- you know, not that I
7 wanted anybody to speak or say anything or hold
8 their head down at you just to keep from looking
9 at you, or sending you home when you're five
10 minutes late or after you done called in.
11 Getting paid, getting docked for time that we
12 were supposed to have got paid for, but come to
13 find out, the rest of the guys, which were
14 white, they got paid for time. Which rain-out
15 means if we show up, we get four hours.
16 Q    Is it two hours or four hours?
17 A    No, we get four hours. We go in at 7:00;
18 we get off at 12:00. That's what we would
19 always get.
20 Q    Do you get paid that whether you work or
21 not?
22 A    Whether we work or not. What they try to
23 do there is, if the rain or whatever it is, or

## Page 74

1 the leakage or whatever it is, once the dog --
2 they call them the snoop dogs. If we have a
3 chemical leak, that means people come around and
4 they make sure everything is all right for us to
5 go back to work. But we as the worker, if we
6 felt, though, the job is still unsafe, we didn't
7 have to go back up there. This is one of
8 Johnny's main problems with me, because if I
9 thought -- if my monitor was going off or your
10 monitor, and you was over there and I'm working
11 and you holler down at me or radio up at me that
12 the monitor was going off, I'm shutting it down,
13 I got to go even though the dogs have came in
14 and sniffed and said it's all right, but the
15 monitor was going off every hour. And they tell
16 you when we go to briefing in the morning, 2.5
17 seconds you're dead from breathing the
18 chemicals. And if my guy that's working with me
19 falls down, I have to leave this guy. I can't
20 reach down and pick him up. I have to leave him
21 there, because chances are I'm dead before I hit
22 the gate, hit the door to get out of the
23 chemicals. And we were the only ones that, you

## Page 75

1 know, got up into this kind of thing here, which
2 were the blacks.
3 Q    All right.
4 A    Me, myself, if I felt the job was unsafe,
5 I just didn't go. And Johnny couldn't do
6 anything about it, because if he did something
7 about it, I would just go to GE or the Hyundai
8 plant, or whatever plant I may be working at.
9 We, as employees, if we think the job is unsafe,
10 even though it's been cleared, we don't have to
11 go in there until we feel comfortable. So at
12 Mansfield, what Johnny does then is go and get
13 somebody else to do the job, which would be
14 Ervin, which was the one that did relieve me to
15 do the job. So Ervin wasn't scared. He wasn't
16 afraid of what may happen or what may not
17 happen. Me, I was scared about it. So I
18 refused to go up in there. That's just one of
19 the times that --
20 Q    All right.
21 A    Just every day going there was just --
22 it was just something to do -- they was just
23 always in our face.

## Page 76

1 Q    All right. The rain pay or the rain-out
2 pay, show up pay, however you want to describe
3 it, were there ever any times where you showed
4 up on a rain day and were not paid?
5 A    Yes.
6 Q    When?
7 A    I think it was around -- we had like two,
8 three -- it was a lot of rain going on that
9 year. It was 2003. It was several times. It
10 could have been in August. It could have been
11 in August; it could have been in September.
12 Q    I don't want you to guess. If you don't
13 remember, just say you don't remember. But if
14 you can remember specific times, approximate
15 dates when it happened, I do want to know those.
16 A    You kind of got me in a hard spot. It's
17 been three-and-a-half years ago.
18 Q    All right. Do you know whether or not
19 other African-American employees received rain
20 pay or show up pay on the days that you claim
21 you --
22 A    To my knowledge, none of them got paid.
23 So we call it service pay. None of us got the

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

| Page 77 |
| --- |

```
 1   service pay.
 2   Q      All right.  What about the white
 3   employees?
 4   A      Jack received service pay; Mark received
 5   service pay; Robert received service pay.  We
 6   got another guy that's going to be an alternate
 7   witness for us, but I can't think of his name
 8   right now.  But when you brief the other guys
 9   next week or whatever, they will be able to
10   recall his name.  I just hadn't talked with him
11   in a while, and I haven't seen or heard from
12   him.
13   Q      White or black?
14   A      He's a white guy.
15   Q      Do you remember his first name?
16   A      I can't really recall it right offhand.
17   Q      His age; how tall?
18   A      Yeah, he's about -- he's about 5'8";
19   maybe about thirty-three, thirty-four.  That's
20   now, at this time.  He's about thirty-five,
21   thirty-six, somewhere along in there.  That's
22   his age now.  And he was a laborer that got
23   promoted up to a craftsman that didn't know how
```

| Page 78 |
| --- |

```
 1   to mix paint, uh, that was over craftsmen.  He
 2   was a labor guy that was over craftsmen.  He
 3   couldn't mix paint; didn't know how to run the
 4   GOGs; he couldn't comb his way through the pipe
 5   rack, but I liked him.  He was good people.  He
 6   treated his workers good.  So I had no problem
 7   with that; he was all right.
 8   Q      What about --
 9   A      He looked out for his crew.  That's one
10   thing that he did do.
11   Q      The white employees, how did you know
12   that they received pay for the show up days?
13   A      We seen the check stubs.  We asked and
14   they showed it to us.  These are the people that
15   didn't have a problem with black people.  These
16   are the three or four guys that I called that
17   showed us their check stubs, which we confronted
18   Johnny Crutchfield about.
19   Q      How many times did that happen to you
20   personally?
21   A      Maybe twice.
22   Q      And you figure that cost you four hours
23   each time, so a total of eight hours?
```

| Page 79 |
| --- |

```
 1   A      Uh-huh.
 2   Q      If you would, say "yes" or "no," because
 3   it's hard for him to take it down.
 4   A      I would say yes.  Like I say, I can't
 5   really recall, but I -- two times I know I can
 6   recall.  I just can't remember way back then of
 7   how many times this has happened.  I don't even
 8   know how many times it rained during the time
 9   that I worked there.  So probably every time it
10   rained when I worked there, you know, it
11   happened.
12   Q      So it's your testimony that you never
13   received show up pay?
14   A      Never received show up pay.
15   Q      Not once?
16   A      Not once.
17   Q      All right.  You said something a minute
18   ago about being sent home if you showed up five
19   minutes late.
20   A      Yeah.  Even though you have already
21   called --
22   Q      All right.
23   A      -- letting them know that you're late.
```

| Page 80 |
| --- |

```
 1   Q      Did that happen to you?
 2   A      Yes, it happened to me.
 3   Q      All right.  How many times?
 4   A      Once, twice.  Once or twice.
 5   Q      And who sent you home?
 6   A      Johnny Crutchfield.
 7   Q      Were there any witnesses to the
 8   conversation that you had?
 9   A      The whole crew; the whole crew, because
10   they was still up under the break barn.
11   Q      All right.  Give me the names of the
12   people who were on the crew at the time that
13   Johnny Crutchfield sent you home for being just
14   a few minutes late.
15   A      You have like six or seven of them.  I
16   would say Jack, Mark, Blaylock.  These are the
17   three new additional names.  What's the guy,
18   Robert, and whatever his last name is.  William
19   Ragland, Ralo Colvon, Nathaniel Lamar, Ben --
20   yeah, Ben Gayle, he was there too.  His name is
21   Ben Gayle.  He's an older guy.
22   Q      Right.
23   A      Now, it's starting to come back to me,
```

20  (Pages 77 to 80)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 81

1  so --
2  Q    Anyone else?
3  A    Yeah. I'm fixing to think. We had
4  another guy named Steve. God, there's so many
5  of them. That's about all I can recall right
6  now.
7  Q    All right. Can you think of any other
8  ways that you were discriminated against,
9  Patrick, other than what you've told me already?
10 A    Any other way. Yeah, I can. When Johnny
11 and I had this little altercation, Johnny Reed,
12 Robert cussed this man out, cussed Johnny Reed
13 out; Coy cussed him out. Corey -- or whatever
14 you all want to call him -- had cussed this guy
15 out. Now, Johnny Reed and I have a problem
16 about coming in with the time. He said it was
17 7:05. I said it was 7:00. He started cussing
18 me; I started cursing him back. I proceeded to
19 work. Somehow or another, Johnny went and found
20 Johnny Crutchfield, whatever his name, and told
21 him that he and I had an argument. So Johnny
22 Reed -- Johnny Crutchfield came and got me and
23 told me to come go with him. He said, "I'm not

Page 82

1  going to let you cuss this man out. You're
2  terminated." And, yeah, I think that was
3  racial; that was discrimination, because he was
4  being cursed out by the white people.
5  Q    All right. Let's talk about -- were you
6  ever present when a white employee was cursing
7  at Johnny Reed?
8  A    Yes, several of them. Johnny Crutchfield
9  himself cussed Johnny Reed out. Coy Watson
10 cussed him out. Robert whatever his name may
11 be. The last name, I can't remember. Coy.
12 Q    All right. Let's take those one-by-one.
13 Tell me what you heard Johnny Crutchfield say to
14 Johnny Reed when he cussed him out. And I want,
15 specifically as you can remember, the exact
16 words, if you can remember.
17 A    All right. "The boom won't go up in
18 there." "It's your goddamn job to make the boom
19 go up in there." This is what Johnny
20 Crutchfield told Johnny Reed.
21 Q    Is that it?
22 A    Yeah.
23 Q    All right. What about Coy or Corey?

Page 83

1  Same question, what did he say as specifically
2  as you can remember?
3  A    I was up under the break barn. You know,
4  I couldn't tell you whether or not they was
5  horsing around, playing or whatever. They was
6  just -- you know, I couldn't really -- and be
7  truthful and say -- or quote Coy or either one
8  of them, but I just heard them, you know, just
9  sitting there cussing each other out, you know.
10 Q    Let me ask you this. When Corey and
11 Johnny Reed were cursing each other
12 back-and-forth, was it your impression that they
13 were angry at each other or that they were
14 kidding around?
15 A    Well, Corey wanted -- Corey was pretty
16 much like a superintendent when Johnny Reed
17 wasn't -- I mean, Johnny Crutchfield wasn't on
18 the job site. So it was something that Johnny
19 Reed didn't want to do and Corey made him do it.
20 Q    All right.
21 A    So what job was that, you would have to
22 ask Ervin on what job site they was on when they
23 was doing that. But we was up under the break

Page 84

1  barn when they done it. And there's another
2  thing. You say what other kind of way that I
3  felt racism. GE had a red tape out, which is a
4  red barrier. Corey, you know, like I said,
5  already had lunch. They had already had lunch.
6  So now GE had put the red tape out, which is a
7  barrier that no one can come in and go out, and
8  they divide the barrier off so we could be able
9  to go to break. We were denied break, because
10 it was on the outside, so Corey says, but they
11 broke and ate lunch outside, as well as we did.
12 Well, we was attempting to eat out, but instead,
13 they had lunch and we didn't even have lunch,
14 because of a red tape barrier, which was a water
15 leak around the break barn that we have.
16 Q    Well, that's something where GE put the
17 tape out, not Mansfield?
18 A    Right.
19 Q    All right; okay. Back to your
20 termination, I want to go ahead and talk about
21 that. As far as Coy or Corey is concerned, can
22 you tell me, in your opinion, were he and Johnny
23 Reed angry with each other or were they kidding

21 (Pages 81 to 84)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 85

1 around when you heard them cursing
2 back-and-forth?
3 A    Coy wasn't complying with Johnny Reed
4 about whatever it was. So they weren't kidding
5 around. Corey wanted the job done the way that
6 he wanted it to get done.
7 Q    Okay.
8 A    Johnny had problems about doing the job
9 like that. I couldn't tell you what the jobs
10 contained or consist of or what, but Johnny Reed
11 wasn't having it, and Corey -- Johnny Reed has
12 to do what Corey says. Do you know what I mean?
13 But Johnny Reed wasn't going to do it.
14 Q    All right. Did -- do you recall any of
15 the curse words or profanity that either one of
16 them used?
17 A    "You're goddamn going to do it. If you
18 don't do it, I'm going to tell Johnny," or
19 something to that nature.
20 Q    All right. What about Robert, did you
21 hear Robert cursing at Johnny Reed?
22 A    "You sorry ass white boy." Yeah, that
23 was every day.

Page 86

1 Q    All right. Tell me --
2 A    "Trailer trash white boy. You $12.00 an
3 hour ass white boy." It was just something
4 about this and that.
5 Q    Were those things that he said, that they
6 were joking and kidding around or were they
7 arguing?
8 A    No. Johnny Reed can't stand Robert.
9 Johnny Reed couldn't stand him, but he was
10 Johnny Crutchfield's friend, because they're two
11 big rednecks.
12 Q    All right. Now, tell me -- let's talk
13 about the day of your termination. Tell me what
14 happened that day from when you first pulled up
15 into the parking lot to when you were
16 terminated.
17 A    I got to the break barn; it was 7:00.
18 Johnny Reed said it was 7:05 when I got there.
19 I told him 7:00. Everyone up under the break
20 barn told him it was 7:00 when I got there.
21 Blah this, blah that. "Man, why are you
22 harassing me?" But the thing it was, they had
23 found out about me trying to get up a lawsuit on

Page 87

1 them.
2 Q    How do you know that?
3 A    Ben Gayle somehow -- Nate Lamar slipped
4 out and told Ben Gayle. Ben Gayle went back and
5 told Johnny. This is all hearsay, which later
6 on it will come out to be true. Ben Gayle told
7 Johnny Crutchfield what was happening, and I
8 just caught pure hell after that.
9 Q    Had that happened sometime before your
10 termination?
11 A    Yeah. I mean, I was --
12 Q    In your mind, when did they first -- when
13 did you first start catching "pure hell," to use
14 your words, because they had found out?
15 A    I would say about three weeks until my
16 getting fired. I would say two to three weeks
17 from me getting fired.
18 Q    All right. When you showed up that
19 morning --
20 A    No. Let me go back. Whenever corporate
21 called Johnny and told Johnny that I called
22 Paul -- David or Paul, whatever his name was,
23 that's when I started really catching all kind

Page 88

1 of hell; once Johnny found out that I called and
2 told on him.
3 Q    All right. Now, once you and Johnny Reed
4 are in the same place on that morning, and he
5 says you're late and you say you're not, do you
6 recall what Johnny said to you?
7 A    Yeah. He's going to dock me thirty
8 minutes for being late.
9 Q    Did he tell you that if you were late one
10 more time that they were going to have to let
11 you go?
12 A    I don't know. He didn't have authority
13 to do that. He may have said it, but he didn't
14 have authority to do that.
15 Q    All right. Did you respond to that
16 comment by saying that you didn't care what
17 Johnny Reed said, and did you call him a
18 "mother-fucker" and a "bitch?"
19 A    Did I? I can't recall saying that. But
20 did I call him any names or cuss words? I told
21 him to do whatever the fuck he wanted to do.
22 Q    All right. But my question is, did you
23 or did you not call him a "mother-fucker" and a

22 (Pages 85 to 88)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 89

1  "bitch" when he told you that if you showed up
2  late one more time, they were going to have to
3  let you go?
4  A    No. No, I didn't do that, because I had
5  witnesses -- we had like twelve guys up under
6  the break barn that was a witness -- that was
7  trying to tell him that I wasn't late.
8  Q    All right.
9  A    I hear and I understand what you're
10 saying, but I couldn't really -- no, I didn't
11 say that. I told him, once he threatened me,
12 and it might be like this and that, "Do whatever
13 the fuck you want to do." Do you know what I
14 mean? That's what I told him.
15 Q    Did you tell him that it didn't make a
16 fuck to you what he did, because Johnny Reed, he
17 wasn't shit; he wasn't anything but a "fuck
18 boy?" Did you say that?
19 A    No. I didn't -- he was all right.
20 Q    Did you say anything remotely close to
21 that?
22 A    No. I told him to do whatever in the
23 fuck he wanted to do.

Page 90

1  Q    All right.
2  A    And which he did.
3  Q    And were you mad at him when you were
4  saying that?
5  A    I was -- well, I was upset. I wouldn't
6  say mad, but I went ahead on to my work site.
7  Q    Did you raise your voice when you said
8  that?
9  A    Everyone heard us.
10 Q    But did you raise your voice?
11 A    Everyone heard us.
12 Q    That's not an answer --
13 A    No more than what I'm talking about like
14 now.
15 Q    That's not an answer to the question.
16 Did you raise your voice higher than you
17 normally talk when you were cursing at him?
18 A    Yes, I would say so.
19 Q    Did Johnny Reed use any profanity towards
20 you during that conversation?
21 A    "Take your mother-fucking ass on to
22 work."
23 Q    I'm sorry?

Page 91

1  A    "Take your mother-fucking ass on to work,
2  because he and I wasn't getting anywhere.
3  Q    All right. Did he tell you, after the
4  discussion back-and-forth, that both of you
5  needed to go to the office to see Johnny
6  Crutchfield?
7  A    No. I went ahead to my work area, and
8  the first break -- ten minutes before the first
9  break, Johnny Crutchfield came and got me.
10 Q    All right. So your testimony is, is that
11 you did not go to the office to see Johnny
12 Crutchfield with Johnny Reed; that you went and
13 worked for a while before anything happened?
14 A    Right.
15 Q    All right. And so you deny walking
16 directly from the area where you got in the
17 argument to Johnny Crutchfield's office with
18 Johnny Reed; you deny that that happened?
19 A    No, that never happened.
20 Q    All right. And you deny that you were
21 cursing at Johnny Reed, calling him
22 "mother-fucker," "bitch boy," things of that
23 nature?

Page 92

1  A    No, I didn't say the "bitch" or the "boy"
2  or whatever.
3  Q    Hold on. Let me finish my question. Do
4  you deny that you were cursing Johnny Reed,
5  calling him a "mother-fucker," a "bitch" and a
6  "boy" as the two of you walked to Johnny
7  Crutchfield's office?
8  A    Walked into his office or towards it?
9  Q    Towards the office after you got in the
10 argument.
11 A    No. I do remember he and I arguing, and
12 I may have said something. But calling him a
13 "fuck boy" or this and that, no, I didn't say
14 anything like that.
15 Q    Do you recall Johnny Reed telling you
16 that he had never disrespected you in any way or
17 called you any names, and that your response was
18 that, "Bullshit. He has in the past," and that
19 he was a racist?
20 A    Yeah.
21 Q    You did say that?
22 A    I did say that. As a matter of fact,
23 getting back to that now, Johnny came up to me,

23 (Pages 89 to 92)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 93

1 because he thought I was going to GE, Johnny
2 Reed did, and he extended his hand out. I
3 refused his hand.
4 Q    All right. And did anybody see that,
5 other than you and Johnny Reed?
6 A    I think Ralo may have seen it, because
7 Ralo is the helper that I had with me at the
8 time.
9 Q    Did you call Johnny Reed a "racist bitch"
10 during the conversation?
11 A    Perhaps so. I may have. But as far as
12 me saying, yes, I did, it was heated. He and I
13 both were translating words, you know. I can't
14 recall.
15 Q    During this discussion with Johnny Reed,
16 did you tell him that he was racist and that
17 Johnny Crutchfield was racist and that Robert
18 was racist, as well, and that you didn't give a
19 fuck, because you had their number and that your
20 lawyer was going to handle it?
21 A    No, I didn't let them know anything about
22 a law case, uh, this suit or anything. This
23 thing was leaked out from Ben Gayle. I wouldn't

Page 94

1 dare have done that.
2 Q    My question was, when you were arguing
3 with Johnny Reed, did you tell him that you
4 didn't give a fuck about them, and that -- that
5 you had their number and that your lawyer was
6 going to handle their racist ass?
7       BY MR. PETTAWAY: I think he's answered
8 that already, hasn't he?
9       BY MR. KING: Let's go off.
10
11 REPORTER'S NOTE: (At this point, an
12 off-the-record discussion was had, after which,
13 the deposition continued, as follows:)
14
15 Q    (continued by Mr. King) Okay. I think
16 there was a question outstanding, but let me try
17 it again, and I'll try not to make it
18 repetitive. Are you denying, Patrick, that you
19 told Johnny Reed that day that he was a racist,
20 that Johnny Crutchfield was a racist, that
21 Robert Kimberlin was a racist bitch, and that
22 you didn't give a fuck, because you had their
23 number, and that you and your lawyer were going

Page 95

1 to handle their racist ass; did you make any
2 comment like that?
3 A    I probably -- the last part of that, no.
4 But as far as saying that he and Johnny and
5 whoever else it was was a racist, I probably --
6 I probably said that. But as far as the "F"
7 word boy or whatever it may have been, that was
8 something that he probably told Johnny
9 Crutchfield to make himself look good for the
10 argument which he started.
11 Q    Had you had any real problems with Johnny
12 Reed before this day?
13 A    Not until Johnny Crutchfield found out
14 that I -- I had no problem with Coy either. I
15 mean, until they found out that I called on
16 Johnny Crutchfield, that's when I just caught
17 pure hell.
18 Q    All right. Did you make a comment to
19 Johnny Reed that day that if he kept running his
20 mouth, that you would take care of it, or that
21 somebody else would take care of it if you
22 didn't?
23 A    No; no.

Page 96

1 Q    Did you say anything to Johnny Reed that
2 day to the effect that the company was trying to
3 break you by making you work in the HCC Dike?
4 A    Uh-huh.
5 Q    Did you make that comment?
6 A    No, because I done the job. I started
7 working -- I wasn't going to let them get to me
8 in that point there, where I could see what they
9 were trying to do. No, I wouldn't say I said
10 that, because I done the work. I didn't have to
11 do the work.
12 Q    Did you tell Johnny Reed that day that
13 that was a laborer's job, not a painter's job?
14 A    I can't really say that I did.
15 Q    Okay. Did Johnny Reed use any profanity
16 at all towards you during any of the discussions
17 you had with him the day that you were fired?
18 A    He and I both were swearing. I just
19 couldn't tell you what he said, this and that.
20 I mean, like I say, once you get through
21 interviewing -- all people that heard this could
22 probably tell you exactly what he said. All I
23 know is, it was just a heated argument, and I

24  (Pages 93 to 96)

Page 97

1  said what I had to say.  I took Ralo and went to
2  my work site.  Two-and-a-half hours later,
3  Johnny Crutchfield came and got me.
4   Q    Did you lose your temper during your
5  discussions with Johnny Reed?
6   A    No, sir.
7   Q    All right.
8   A    Define what you mean.  What do you mean
9  by losing my temper?
10   Q    Were you mad?
11   A    No, sir.  I just let him know that I
12  wasn't late.  He kept telling me that I was
13  late, blah, blah this and that kind of stuff,
14  and that was it.  Then, I'm not going to sit
15  around arguing when he's saying this and I'm
16  saying that.
17   Q    All right.
18   A    And then immediately, he terminates me
19  after the work.  I had no problem with being
20  shipped here and going there.  And also, they
21  was fixing to ship me to Virginia.  I had no
22  problem because of Johnny Crutchfield asking me
23  would I go there.  I had no problem with that

Page 98

1  kind of stuff.  So after this here, man, I end
2  up getting, you know, all this kind of stress,
3  headaches, losing your job.  I get a divorce;
4  you lose your house; you lose your family; you
5  lose everything fooling around with that kind of
6  stuff, from dealing with Johnny Crutchfield.  I
7  was working and I was doing all right.  I could
8  have been at home.
9   Q    All right.  Are you claiming in this suit
10  that Mansfield and Johnny Crutchfield are the
11  reason that you're divorced and you lost your
12  house?
13   A    That's one of the biggest reasons,
14  because if they hadn't been shipping me
15  everywhere -- which I didn't have to go
16  anywhere.  They was randomly -- I was the only
17  one getting picked out of the whole group of
18  people there.  I mean, you got to look -- they
19  was probably employing twenty or twenty-five
20  people.
21   Q    What jobs were you doing at these plants
22  you were being shipped to?  Were you doing --
23   A    Needle blasting, shot blasting,

Page 99

1  sand-blasting, spray painting, hand painting, or
2  whatever it may have been.
3   Q    The same jobs you were doing at the --
4   A    Throughout my construction jobs.  It's
5  called high pressure volume; water blasting or
6  whatever it may be.
7   Q    Same jobs you were doing at the GE and
8  the Hyundai plants?
9   A    Right.
10   Q    All right.
11   A    Instead, they sent two craftsmen to these
12  different locations.  Two craftsmen.  No
13  helpers, but two craftsmen.
14       BY MR. PETTAWAY:  Wait for a question.
15   Q    (continued by Mr. King) Tell me the
16  first time that you complained to anyone at
17  Mansfield about the racial -- any kind of racial
18  discrimination.
19   A    It was during the time when Corey pulled
20  a knife out on the Mexican guy.
21   Q    Was that the first time you had
22  complained to anybody?
23   A    Right.

Page 100

1   Q    And that was, I believe, in early October
2  of 2003?
3   A    I think so, yes.
4   Q    So that was -- and your final day was
5  October 29 --
6   A    I guess.
7   Q    -- 2003?
8   A    Yes.
9   Q    So it would have been twenty-seven days
10  before you were let go?
11   A    It could be.  It could have been a month
12  before then.  Like I say, I can't recall.
13   Q    All right.  And when you -- when you were
14  contacted or talked with somebody from Mansfield
15  about what happened with Corey and the Mexican
16  employee, did you say anything about race
17  discrimination, as far as how you felt it
18  impacted you?
19   A    Yes, I did.
20   Q    And you told this to Paul Calais?
21   A    Uh-huh.
22   Q    And tell me what you told him, the best
23  you can remember.

25  (Pages 97 to 100)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

**Page 101**

1   A    That Crutchfield, he's a racist. I'm
2   going to tell you another thing. Coy also give
3   me -- well, he didn't give me. Coy loaned me
4   thirty bucks. This was during the week of the
5   incident with the Mexican. "Patrick, you say
6   you didn't see the knife, you don't owe me the
7   thirty bucks." Well, I tell the people -- which
8   I didn't see Coy make a move to stab the guy. I
9   just said I seen Coy with the knife in his hand.
10  That was it --
11  Q    All right.
12  A    -- on that deal there. This is what I
13  told Paul. Well, whatever his name is. I told
14  them that.
15  Q    All right.
16  A    Like I say, I didn't have a problem with
17  Coy. Coy was -- Coy --
18  Q    Go ahead. I'm listening to you. I'm
19  sorry.
20  A    Coy, he was just -- he was just the --
21  Coy thought he was still with the penitentiary
22  guys up in there. You know, you can do this,
23  you can do that. He thought he could just make

**Page 102**

1   people do something. Coy was a person that I
2   could pretty much ignore about whatever he was
3   trying to do or say.
4   Q    All right.
5   A    But Johnny Crutchfield and Johnny Reed
6   and Robert was things that you couldn't -- you
7   couldn't get away from; you couldn't ignore --
8   ignore nothing about it.
9   Q    All right. I think the question I asked
10  you was, tell me what you told Paul about
11  discrimination, as far as it affected you. I
12  don't need to hear about what happened between
13  Coy and the Mexican.
14  A    The same thing I'm telling you, the work,
15  shipping me everywhere.
16  Q    All right.
17  A    The work thing; the unsafe work habits;
18  the way that he let us -- the whites come in on
19  the downtime and they get paid for it and we
20  didn't get paid for it.
21  Q    You told him all of that?
22  A    Yes. He also wrote this down. Like I
23  said, they have a record of this, because I read

**Page 103**

1   this two years ago with David or whatever his
2   name is, and it did say what I'm telling you
3   right now.
4   Q    Did you sign it?
5   A    Yeah, I signed it.
6   Q    All right.
7   A    Yeah, I signed it. I think I did. I
8   know I read it.
9   Q    Did you -- did he interview you
10  face-to-face?
11  A    Yes. Face-to-face sitting in a car, yes.
12  Q    Where was that?
13  A    At the Hyundai plant.
14  Q    Okay.
15
16  REPORTER'S NOTE: (At this point, instrument was
17  marked for identification by the Reporter as
18  Defendant's Exhibit Number 1, after which, the
19  deposition continued, as follows:)
20
21  Q    (continued by Mr. King) All right.
22  Here's Defendant's Exhibit Number 1. Have you
23  seen that document before?

**Page 104**

1   A    No.
2   Q    All right. I want you to look at the
3   third page. And it's October 2, 2003?
4   A    Uh-huh.
5   Q    A memo to Cecile Vezinat, and it's from
6   Paul Calais?
7   A    Uh-huh.
8   Q    And the next to the last paragraph says,
9   "I began the interview with Patrick Lewis at
10  1:45 p.m. I read it back to him, and he signed
11  his statement. He also stated that he had not
12  witnessed any harassment or racial remarks from
13  anyone in the company." Is that true?
14  A    No. He was talking about at the Hyundai
15  plant out there. I don't know how he wrote this
16  right here, but he wasn't talking about in the
17  whole -- he was talking about at the Hyundai
18  plant dealing with this Mexican guy. This is
19  what I was telling you. I didn't see that
20  guy -- I didn't see Coy making a motion to stab
21  this guy. This is what I said. No, I didn't --
22  this is not right. They need to reword this
23  thing. But, no.

26 (Pages 101 to 104)

6fb8fe45-1829-46e8-974d-b791d7d53baf

Page 105

1  Q    All right.  What it says was -- is that
2  you stated that you had not witnessed any
3  harassment or racial remarks from anyone in the
4  company.  So my question is, did you say that,
5  or something similar to that?
6  A    This is what I'm trying to tell you is --
7  and I know what you're trying to get me to do or
8  say.  I can't go along with that, because this
9  thing here is pertaining to the Hyundai
10  incident.  You know, I'm not going to -- I
11  refuse to answer that, because this here is
12  pertaining toward the Mexican incident; what
13  happened with them.
14  Q    My question is simply -- if you want to
15  refuse to answer it, that's fine.
16  A    Well, what I mean is --
17  Q    My question is, did you say that to Paul
18  Calais?
19        BY MR. PETTAWAY:  Answer either yes or
20  no.
21  A    No.  This is not right, though.
22        BY MR. PETTAWAY:  That's good.  We got
23  it.

Page 106

1  A    Well, I got something to say.
2        BY MR. PETTAWAY:  Hold on.
3
4  REPORTER'S NOTE:  (At this point, instruments
5  were marked for identification by the Reporter
6  as Defendant's Exhibits Numbered 2 & 3, after
7  which, the deposition continued, as follows:)
8
9  Q    (continued by Mr. King)  All right.
10  That's Exhibit Number 2.  Have you seen that
11  before?
12  A    Yes.
13  Q    Is that your handwriting?
14  A    Yes.
15  Q    And the part that's written out, did you
16  write that out yourself?
17  A    Right.  No.  You're talking about the
18  first paragraph at the top?
19  Q    No.  Where it starts, "Corey" --
20  A    Yes, I wrote that; yes.
21  Q    All right.  That's your writing?
22  A    Right.
23  Q    And at the bottom, that's your signature

Page 107

1  where it says "witness?"
2  A    Right.
3  Q    Patrick, and is it D. Lewis?
4  A    Right.
5  Q    Is there anything that was left out of
6  the part that you wrote?  Did you tell -- let me
7  try that again.  That was a bad question.  Is
8  there anything that you told Paul Calais that is
9  not included in this statement that you wrote?
10  A    Well, what I'm trying to tell you is --
11  and I'm going back to this paragraph right here
12  at the bottom right here on page 3 here -- I
13  didn't say -- I wasn't asked anything about
14  racism on that job-site.  I was just asked what
15  happened about that job right there.
16  Q    Okay.
17  A    I wasn't asked anything about racism at
18  that time.
19  Q    And that's all I'm asking you.  Did you
20  say that?  And if not, tell me what you said.
21  A    I said everything that I wrote here, yes.
22  Q    And that was it?
23  A    Right.

Page 108

1  Q    You didn't talk about anything else?
2  A    I told him about Johnny -- I told Paul
3  about Johnny Crutchfield.
4  Q    That's what I was going to ask you.
5  A    Yes, I told Paul about Johnny
6  Crutchfield.
7  Q    If that was important and you said it,
8  why didn't you include it in this statement?
9  A    Because I was still stuck on this thing
10  here (indicating).  On this paper here
11  (indicating)?
12  Q    Anywhere.
13        BY MR. PETTAWAY:  I object to that
14  question.  This statement, Defendant's Exhibit
15  2, does not ask stuff about Johnny Crutchfield.
16        BY MR. KING:  As much as I would like to
17  hear you testify Collins, I'm pretty sure he
18  can --
19        BY MR. PETTAWAY:  Well, don't answer that
20  question, because the question is improper; it's
21  misleading, and it has no probative value,
22  because the exhibit that you've given him,
23  Defendant's Exhibit 2, the question asked does

27  (Pages 105 to 108)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

Page 109

1  not deal with anything about Johnny Crutchfield.
2  It dealt with one specific incident that he was
3  asked about, and he answered it.
4  Q    (continued by Mr. King) Okay.  Where is
5  the note that you've referenced several times;
6  that I think you said you made a note of some
7  sort during this interview with Mr. Calais,
8  right?
9  A    Right; right.
10 Q    Where you did talk about the
11 discrimination --
12 A    But that was off on a different time
13 here.  This was not dealing with -- this is just
14 dealing in general of Johnny Crutchfield.  He
15 did not specifically say, "Well" --
16 Q    Time out.
17        BY MR. PETTAWAY: Hold on.  He just asked
18 you a question where is the note.
19 A    Well, I can't really tell you now,
20 because I know it was here or your office or
21 whoever did get a --
22 Q    Don't even -- don't even say that.  We
23 haven't seen it.

---

Page 110

1        BY MR. PETTAWAY: Stop now.  I'm
2  objecting, and I'm asking you not to argue with
3  him on that point.
4        BY MR. KING:  If he would just quit
5  interrupting me and let me ask my questions,
6  there's no reason for any of us to get
7  crossways.
8  Q    (continued by Mr. King)  I'm going to
9  give you every chance to tell your story.
10 A    Okay.
11 Q    But please don't interrupt me and please
12 listen to my question and this will go a lot
13 quicker.  And I promise you're going to get to
14 say everything you want to say, but it will just
15 go a lot quicker if you'll answer my questions.
16 All right.  When you were interviewed by Paul
17 Calais, you are clear that you told him about
18 the discrimination against African-Americans
19 that you had experienced, yes or no?
20 A    That's what I'm telling you, I can't say
21 yes or no.  I mentioned Johnny -- I know what
22 you're trying --
23 Q    I'm not trying to --

---

Page 111

1  A    Yes, I did.
2  Q    You said twenty times that you told him.
3  A    Right.
4  Q    I'm just trying to get you to say yes, so
5  that I can then ask you, did you write something
6  out?  What did you write and who did you give it
7  to?  Because I haven't seen it.
8        BY MR. KING: I'm just trying to find out
9  what he did, Collins.
10        BY MR. PETTAWAY:  And let me do this, you
11 slammed the table.
12        BY MR. KING:  I did not.  Now, don't
13 start that.  I didn't slam anything,
14        BY MR. PETTAWAY:  Wait a minute now.
15        BY MR. KING:  Don't start that.
16        BY MR. PETTAWAY:  Well, who slammed the
17 table?
18        BY MR. KING:  Nobody slammed anything.
19 I'm just -- I just really want to get an answer
20 to my question.
21        BY MR. PETTAWAY:  You just did.  And I'll
22 say, I don't want that happening here, because
23 we don't want any badgering or intimidation.

---

Page 112

1  But at the same time, I'm going to try to get
2  Mr. Lewis to go ahead and just answer the
3  question and let's be through with that.
4        BY MR. KING:  Thank you.  Please.
5        BY MR. PETTAWAY:  But at the same time, I
6  don't want you, as the attorney asking the
7  questions, to be badgering or trying to be
8  intimidating in any way.
9        BY MR. KING:  All right.  If you will
10 help me get him to answer the questions I ask --
11        BY MR. PETTAWAY:  But just answer the
12 question direct.  See, he asked you a simple
13 question.  So just answer it, "Well, yes," and
14 just leave it at that.  Let him ask the next
15 question.
16 Q    (continued by Mr. King)  And the next
17 question is, did you write anything out yourself
18 that dealt with the race discrimination that
19 you, yourself, had experienced during that
20 meeting with Mr. Calais?
21        BY MR. PETTAWAY:  Yes or no.
22 A    I keep trying to tell you guys, this is
23 two different incidents.

---

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 113

1    BY MR. PETTAWAY: I ain't talking about
2  this (indicating).
3  A    Yes. Yes, I did.
4    BY MR. KING: Collins, get that away from
5  him, because it's just distracting him.
6  Q    (continued by Mr. King) I'm not asking
7  you about what happened between Coy and the
8  other guy. I'm talking about what happened to
9  you when you told Mr. Calais. Did you write
10  something out that day?
11  A    I can't recall.
12  Q    All right. But you can recall that you
13  told him about the things that you felt were
14  discriminatory that happened to you?
15  A    Right; right.
16  Q    Okay. Do you have any recollection,
17  Patrick, of ever writing out a statement about
18  what happened to you and giving it to anyone at
19  Mansfield?
20  A    No, I didn't give it to anyone at
21  Mansfield. The guy, Paul Calais, I – I can't
22  recall; I can't recall. I just can't recall
23  anything right now.

Page 114

1  Q    Okay. And the reason that I'm asking you
2  that is just because I haven't seen it. And if
3  there is something, then I want to make sure I
4  go look for it everywhere I can. That's the
5  only reason I keep asking you that. It's just
6  because I haven't seen it if it's there. All
7  right. This was October the 2nd when – what we
8  just finished talking about happened. Did you
9  have any further involvement in this dispute
10  with Mr. Watson and Mr. Calais?
11  A    No.
12  Q    All right. Did you -- after October 2nd,
13  2003, did you complain to anyone at Mansfield
14  about race discrimination?
15  A    Yes, Paul.
16  Q    All right. Anyone else?
17  A    No.
18  Q    Did you call anyone at the corporate
19  office?
20  A    Sylvia.
21  Q    All right.
22  A    Whatever her name is. Sylvia or whoever
23  she may have been.

Page 115

1  Q    Okay. That Exhibit Number 1, if you
2  would, grab that, Patrick. If you'll look on
3  the fourth page.
4  A    Uh-huh.
5  Q    Where it says, "To the file of Patrick
6  Lewis: The following is a log of my
7  conversations with Patrick Lewis beginning
8  October 17, 2003." If you would, read that page
9  and the next page and tell me if that – if you
10  have any recollection of those conversations –
11  or that conversation. I'm sorry.
12  A    Yeah, I agree with this, but it's – no
13  one tried to give me – tried to call me or do
14  anything other than that; no one, period.
15  Q    Okay.
16  A    No mail; no nothing.
17  Q    Let's start at the beginning. The person
18  who wrote this said that you called complaining
19  of discrimination at the job site by
20  Crutchfield, Watson, Reed and Kimberlin. Do you
21  remember the person you talked to, was it a man
22  or a woman?
23  A    I think it was a female.

Page 116

1  Q    All right. And the next said, the person
2  asked you if you wanted to make a formal
3  complaint, and you said, "Yes." Do you remember
4  that happening?
5  A    I think so, yes.
6  Q    Do you remember someone asking you to
7  provide a written statement describing your
8  allegations in detail?
9  A    Yes.
10  Q    Did you ever provide that?
11  A    Yes.
12  Q    All right. Who did you send it to?
13  A    To the office in Louisiana. I guess
14  Sylvia or someone. Whatever her name may have
15  been; whoever wrote this.
16  Q    Did you keep a copy of that for yourself?
17  A    I can't recall.
18  Q    Did you write it by hand or did you do it
19  on –
20  A    By hand.
21  Q    All right. And then the next paragraph
22  says that you began to describe the things that
23  you felt were wrong and suggested the person

29 (Pages 113 to 116)

6fb8fe45-1829-46e8-974d-b791d7d53baf

Page 117

1 talk to Richard Davenport. Do you remember
2 doing that?
3 A    No.
4 Q    You did not suggest the person talk to
5 Richardson Davenport?
6 A    No.
7 Q    And then it says -- well, the person
8 again asked you for a written statement, and
9 gave you the person's address in Louisiana. And
10 you're clear that you sent the statement to
11 Mansfield?
12 A    Uh-huh.
13 Q    Do you recall what the statement said?
14 A    No, I can't recall what I may have said
15 to them. No more than what I'm telling you guys
16 now, which is going to be the same thing that I
17 wrote to them and told them about.
18 Q    Did you tell the person in that
19 conversation that you had a tape recording?
20 A    Of what? No. No, I didn't.
21 Q    Look at the paragraph. It says that
22 there is a -- I'm sorry -- I said you had it.
23 That's wrong. Did you tell the person that

Page 118

1 there was a tape recording that some employees
2 made of a conversation that took place on the
3 job site?
4 A    No.
5 Q    Do you ever remember there being any
6 taped conversation of anything that supposedly
7 happened on the job site?
8 A    May have. I can't recall.
9 Q    Well, have you ever heard anybody say
10 that, that there was a tape recording of some
11 sort that related to this lawsuit or your
12 claims?
13 A    I can't recall.
14 Q    All right.
15 A    I can't remember.
16 Q    Are you clear that you never made any
17 tape recordings?
18 A    No, I didn't make a recording. I didn't
19 have a recorder on the site. I can't recall
20 this, period. As a matter of fact, I'm lost.
21 Q    All right. Do you -- to your knowledge,
22 did this person that you spoke with in Louisiana
23 make any effort to contact you again after the

Page 119

1 one time you called them?
2 A    No.
3 Q    All right. Were you ever contacted again
4 by anyone about your complaint of
5 discrimination?
6 A    No, sir.
7 Q    When you were terminated by Mr.
8 Crutchfield, what did he tell you the reason for
9 your termination was?
10 A    For cussing Johnny Reed out.
11 Q    Anything else?
12 A    That was it.
13 Q    Okay.
14     BY MR. KING: This is the only copy I've
15 got, Collins.
16     BY MR. PETTAWAY: I can go and run a
17 copy.
18     BY MR. KING: That's all right.
19 Q    (continued by Mr. King) If you would,
20 look at that. That's the statement we saw
21 today. Do you recall why it is that you were
22 writing a statement in January of '06?
23 A    Do I recall this?

Page 120

1 Q    Yeah. And what was the occasion for you
2 to be signing a statement in January of '06?
3 A    Was there any kind of graffiti or racist
4 symbols or anything at the site and GE.
5 Q    Who did you do that for? Was that done
6 for the EEOC or somebody else?
7 A    I presume the EEOC. I can't recall. I
8 think it was the EEOC.
9 Q    Okay. And everything in that statement
10 is true?
11 A    Right.
12 Q    All right. I've asked you questions
13 about racial slurs that you heard with your own
14 ears. While you were employed at Mansfield, did
15 you hear secondhand or hearsay rumors about
16 other racial slurs being used in the workplace?
17 A    What's this guy -- Blaylock told me some
18 stuff. I can't really just go back and tell you
19 what he told me. He told me about the work --
20 the work site and why we were doing this and why
21 we wasn't doing that was because we were black.
22 I think it was Blaylock.
23 Q    Blaylock told you that who said that?

30 (Pages 117 to 120)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 121

1  A    That Blaylock said the reason that we are
2  in an unsafe place and this and that.
3  Q    Oh, he was the one who actually made the
4  comments, Blaylock?
5  A    Yeah, he's working right beside me,
6  Blaylock was. He's a white guy, and he told me
7  about Johnny Reed and Johnny Crutchfield, "Why
8  are they making us do all this and that kind of
9  stuff; putting us in unsafe job heights and
10 habits and all this and that kind of stuff?"
11 That's about all I can think of right now. I
12 can't recall. Like I said, it's been a while.
13 I just can't remember everything.
14 Q    And maybe my question wasn't clear. Did
15 anybody ever tell you, "Hey, you're not going to
16 believe what so-and-so said," and then, you
17 know, "Here's a racial comment that somebody
18 made?" I mean, you didn't actually hear it
19 yourself, but somebody told you about it?
20 A    I can't recall; I can't remember.
21 Q    Okay. If you think of any before we
22 leave, just let me know.
23 A    I'm quite sure I will.

Page 122

1  Q    All right. The other people in the
2  lawsuit with you, I think you've identified that
3  some or all of them should have witnessed some
4  of the racial comments that were made in your
5  presence. Do you remember, did Ben Gayle or
6  James Baskins or any other employees who were
7  there, did any of them witness any of these
8  racial slurs or racially offensive comments?
9  A    Yes.
10 Q    All right.
11 A    Who is James Baskins?
12 Q    That's just a name I've seen in going
13 through documents. I don't know who it is,
14 either.
15 A    First of all, I don't know who James
16 Baskins is. I probably knew him by another
17 name. But Ben Gayle, I'm quite sure he heard
18 it. He endured the same thing.
19 Q    Okay; all right. The first time that you
20 complained about any sort of harassment was
21 when -- on October 2nd when you talked to Paul
22 Calais, right?
23 A    Uh-huh.

Page 123

1  Q    And then the next time was when you made
2  the phone call to the person in Louisiana,
3  right?
4  A    Uh-huh.
5  Q    If you would, say yes.
6  A    Yes, sir; yes, sir.
7  Q    And then -- because I think you said
8  "uh-huh" on the first one. The first time that
9  you complained was October 2nd, 2003? Yes?
10 A    Yes.
11 Q    All right. And then the next time was
12 when you called the person in Louisiana, and we
13 think it's October 17, right?
14 A    Right; yes, sir.
15 Q    All right. Were there any other
16 complaints that you made to anyone before you
17 were terminated?
18 A    To Johnny Crutchfield. I was telling him
19 about Robert, yes. I made a complaint about
20 Robert, and Johnny told me if I didn't like it,
21 find another job.
22 Q    All right. And when was that?
23 A    That was during a shutdown project with

Page 124

1  the Mexicans up there. That's when he was
2  calling the Mexicans wetbacks or whatever.
3  Q    Can you give me an approximate date?
4  A    It was, I would say, April, May,
5  somewhere along in there.
6  Q    So it was before October 2nd?
7  A    Yes.
8  Q    All right. And was your complaint to
9  Crutchfield about the comments that Robert was
10 making with regard to the Mexican employees?
11 A    Right.
12 Q    Did it have anything to do with
13 African-Americans?
14 A    No, sir.
15 Q    All right. So the first time that you
16 complained about any sort of discrimination or
17 comments directed towards African-Americans was
18 October 2nd?
19 A    Right.
20 Q    Okay. Do you recall when you were
21 transferred to the Atlanta plant?
22 A    Sometime in June.
23 Q    So it was -- that transfer was before you

31  (Pages 121 to 124)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 125

1   complained to anyone about the discrimination
2   against African-Americans?
3   A    Right.
4   Q    All right.
5   A    Right.
6   Q    Was the transfer to Atlanta, at the time
7   it was made, did you know that it was a
8   temporary transfer; it was not going to be your
9   permanent job?
10  A    Right.
11  Q    And when you were working for Richard
12  Davenport, did you find him to be a good person
13  and an honest person?
14  A    Yes.  He just wouldn't speak up, but,
15  yes.
16  Q    Do you have any complaints that you were
17  discriminated against with respect to your pay,
18  other than the rain pay which we've already
19  covered?
20  A    Yes, I have a complaint about it where
21  you had laborers making the same pay that I was
22  making.
23  Q    And what were you making?

Page 126

1   A    $13.50, I think.  I can't recall that
2   either.  It was either $12.50 or $13.50.
3   Q    Who was making the same rate?
4   A    Johnny Reed, Blaylock.  No, not Blaylock.
5   Blaylock is a hell of a craftsman.  Earl, that's
6   the guy's name that I was trying to tell you
7   about.  Earl, he's a white guy.  Robert and his
8   son, Jeff, whatever their last name is, they
9   were making the same pay, also.
10  Q    And you were more qualified?
11  A    They were laborers that were made
12  craftsmen that didn't know the job.  They didn't
13  even know how to mix paint; they didn't know
14  anything.
15  Q    All right.  Were there any other
16  employees who you felt like -- white employees
17  who were -- who made the same thing that you did
18  that should not have; that you were better
19  qualified?
20  A    Earl, like I say, he was a laborer.
21  Robert, he knew something.  So I didn't have a
22  problem with what Robert made, nor Johnny Reed,
23  because they knew a little something about it.

Page 127

1   Q    So Earl would be the main one?
2   A    Uh-huh.
3   Q    Yes?
4   A    Yes, sir.
5   Q    Okay.  And was your problem that Earl
6   should have been paid less than you?
7   A    Earl should have been getting paid labor
8   pay, as well as the other people that was
9   getting labor pay.
10  Q    Right.  He should have just been knocked
11  down?
12  A    Right.
13  Q    You're not saying you should have been
14  making more.  You're saying he should have been
15  making less, correct?
16  A    Right.
17  Q    Did you understand that you -- that you
18  could be fired at anytime for any reason so long
19  as it was not a discriminatory reason?
20  A    No.  You have to have three complaints to
21  get fired from what I understood by the handbook
22  that they gave us.
23  Q    Had you looked at the handbook before you

Page 128

1   were fired?
2   A    No.  I just hit the gate.
3   Q    No.  I mean, had you read that anytime
4   before you were fired?  Not actually that same
5   day.
6   A    No, I didn't read it.  I've just been
7   doing construction for so long and, you know,
8   that's the way we always done it.  When you get
9   three complaints, you're gone.  A foreman cannot
10  fire you, nor can a foreman recommend you get
11  fired, unless he goes in there and he talks with
12  the superintendent, and what the superintendent
13  does, he takes down the notes and this and that
14  kind of stuff there, and if you have any more
15  insubordinance, then they have reason to
16  terminate you or whatever.
17  Q    Then the superintendent, in your mind,
18  would be Crutchfield?
19  A    Yes.
20  Q    All right.  And is that what you just
21  said about the foreman can't fire you and the
22  superintendent has to do it, is that based on
23  just your general experience working in

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

6fb8fe45-1829-46e8-974d-b791d7d53baf

Page 129

1 construction or is that something that you know
2 that's the way Mansfield did it?
3 A    That's in Mansfield's handbook.
4 Q    All right. When did you first know that?
5 A    When we came down here to file this thing
6 here, but I just never read the handbook,
7 because I left one job and went to that job.
8 Q    And that's my -- that was the next
9 question is, when did you first read the
10 Mansfield handbook?
11 A    When I made the -- this here lawsuit
12 coming up here.
13 Q    All right. Did you get the handbook when
14 you were hired in?
15 A    No, I didn't get a handbook.
16 Q    When did you first get a handbook?
17 A    I never received a handbook.
18 Q    All right. When you -- when you first --
19 tell me how you got interested in Mansfield.
20 Who did you hear about --
21 A    I met them when I was working at the
22 International Paper out there.
23 Q    Do you remember, did Mr. Tarver recommend

Page 130

1 or refer you to Mansfield?
2 A    Perhaps he did; he may have.
3 Q    Tell me what you remember about that.
4 A    They were needing craftsmen out there,
5 and I went to work out there. I came down and
6 talked with Johnny Reed -- I mean, Johnny
7 Crutchfield, and he hired me on.
8
9 REPORTER'S NOTE: (At this point, instrument was
10 marked for identification by the Reporter as
11 Defendant's Exhibit Number 4, after which, the
12 deposition continued, as follows:)
13
14 Q    (continued by Mr. King) That's Exhibit
15 Number 4. Is that your handwriting on this
16 application?
17 A    Right.
18 Q    And see at the top where it says
19 "referred by Evan Tarver (sic)?
20 A    Ervin Tarver, yeah.
21 Q    And did Mr. Tarver tell you it was a good
22 place to work; Mansfield was a good place to
23 work?

Page 131

1 A    GE was a good place to work?
2 Q    No. When you were applying -- this is a
3 Mansfield's application. It says you were
4 referred by Evan -- or Ervin Tarver. My
5 question is, did Mr. Tarver tell you that
6 Mansfield was a good place to work before you
7 filled out this application?
8 A    I can't recall that.
9 Q    Well, don't -- would you agree with me
10 that if he had told you it was lousy place to
11 work and the people were racist, you wouldn't
12 have filled out this application?
13 A    At the time, I was laid off. So I
14 couldn't really tell you what I would have said
15 or what, because I wasn't working anywhere.
16 Q    All right. This was filled out on March
17 24th, 2003?
18 A    Uh-huh.
19 Q    Do you recall when you actually started
20 working for Mansfield?
21 A    Sometime in March.
22 Q    All right. Look at the second page of
23 this exhibit. Is that your signature?

Page 132

1 A    Uh-huh.
2 Q    And where it says "3/24/03," is that your
3 handwriting?
4 A    Yes, sir.
5 Q    Do you remember receiving or signing this
6 document the same day you filled out the
7 application?
8 A    Now, repeat the question again.
9 Q    Do you remember signing this second page
10 the same day you filled out the application?
11 A    Right.
12 Q    Had you spoken with anyone before you
13 went in and filled out these papers on March
14 24th, 2003 about getting hired on at Mansfield?
15 A    No more than Ervin. No, sir, I can't say
16 that I did.
17 Q    You hadn't talked to Mr. Reed or Mr.
18 Crutchfield or anyone else who would be
19 interviewing you for the job?
20 A    No, sir.
21 Q    All right.
22
23 REPORTER'S NOTE: (At this point, instrument was

33 (Pages 129 to 132)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

Page 133

1  marked for identification by the Reporter as
2  Defendant's Exhibit Number 5, after which, the
3  deposition continued, as follows:)
4
5  Q    (continued by Mr. King) That's Number 5.
6  Is any of that your writing, or is that somebody
7  else's writing?
8  A    Somebody else's writing.
9  Q    All of it?
10  A    All of it.
11  Q    All right. Is that correct, the bottom
12  line says you were hired by Johnny Crutchfield?
13  Is that correct, he was the person who hired
14  you?
15  A    Correct; right.
16
17  REPORTER'S NOTE: (At this point, instrument was
18  marked for identification by the Reporter as
19  Defendant's Exhibit Number 6, after which, the
20  deposition continued, as follows:)
21
22  Q    (continued by Mr. King) And I'm just
23  going to hand you several exhibits that I really

---

Page 134

1  don't plan to ask you about. I just want to
2  make sure that it's your handwriting and that
3  you signed it on these days. That's Exhibit
4  Number 6. And I think your signature -- you can
5  take as much time as you want to to read it, but
6  the main thing is, I'm interested in the last
7  page. Is that your signature?
8  A    What's your question about this?
9  Q    Is that your signature?
10  A    Right; yes.
11  Q    All right.
12
13  REPORTER'S NOTE: (At this point, instrument was
14  marked for identification by the Reporter as
15  Defendant's Exhibit Number 7, after which, the
16  deposition continued, as follows:)
17
18  Q    (continued by Mr. King) Look at Exhibit
19  Number 7, and let's just go through it
20  page-by-page. The first page, is that your
21  handwriting?
22      BY MR. PETTAWAY: Hold on. Off the
23  record.

---

Page 135

1  REPORTER'S NOTE: (At this point, an
2  off-the-record discussion was had, after which,
3  the deposition continued, as follows:)
4
5  Q    (continued by Mr. King) Patrick, that
6  first page, is that your handwriting?
7  A    Right; yes.
8  Q    And the second page?
9  A    Yes.
10  Q    And the third page, is that your
11  signature and your handwriting where the date
12  is?
13  A    Yes.
14  Q    And then the next page and the page after
15  that -- or actually, the next page doesn't have
16  a signature.
17  A    Rules and regulations?
18  Q    Yes. Do you remember receiving that or
19  that being shown to you when you were filling
20  out your paperwork?
21  A    No.
22  Q    Do you remember anybody ever going over
23  any rules or regulations with you?

---

Page 136

1  A    No, sir.
2  Q    All right. The next page, is that your
3  signature?
4  A    Yes, sir.
5  Q    And the next page where it says
6  "Authorization to obtain past drug and alcohol
7  test results," that's your signature?
8  A    Yes.
9  Q    And if you would, just flip through the
10  rest of the pages and tell me if everywhere
11  where it says "Patrick D. Lewis," that's your
12  signature.
13  A    All right. Yes.
14  Q    All of those are your signatures?
15  A    Uh-huh.
16  Q    Patrick, do you remember taking all these
17  tests about scaffolds and lock out/tag out and
18  confined space?
19  A    I don't remember making a 50 on one,
20  though.
21  Q    Well, that's all right. I think you did
22  better than Jack did on it.
23  A    I don't remember making a 50, though.

---

34 (Pages 133 to 136)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 137

1  Q    All right. Do you remember anybody
2  giving you a copy of the employee handbook?
3  A    No, sir.
4  Q    All right. And let me show you -- I
5  think we've already got marked as an exhibit.
6  All right. This is Exhibit Number 10 to Mr.
7  Richardson's deposition. Did you ever receive
8  that handbook or something similar to it?
9  A    No.
10 Q    Did anybody ever make that available to
11 you and you just decided not to look at it?
12 A    No.
13 Q    All right.
14 A    I seen it -- when I came down here, I
15 seen this book.
16 Q    Right. But you never saw it before?
17 A    No, sir.
18 Q    Okay. Let me see that, unless you want
19 to look at it.
20 A    No; that's fine.
21
22 REPORTER'S NOTE: (At this point, instrument was
23 marked for identification by the Reporter as

Page 138

1  Defendant's Exhibit Number 8, after which, the
2  deposition continued, as follows:)
3
4  Q    (continued by Mr. King) All right. And
5  this one -- this is going to be Exhibit Number 8
6  to your deposition. Did anybody ever give you a
7  copy of that policy while you were working for
8  Mansfield?
9  A    No, sir. I can't remember -- no, sir. I
10 would say no.
11 Q    All right.
12 A    No, sir; never.
13 Q    All right. Do you ever remember anybody
14 going over a sexual or racial harassment or
15 discrimination policy with you?
16 A    No, sir.
17 Q    Did you know from your previous jobs that
18 you had, did you understand that there were --
19 it was illegal to discriminate against somebody
20 because of their race?
21 A    Yes, sir.
22 Q    And did you know that most companies have
23 policies that say, "We don't tolerate racial

Page 139

1  harassment or discrimination?"
2  A    Right.
3     BY MR. PETTAWAY: You know that?
4     THE WITNESS: Yes, sir.
5  Q    (continued by Mr. King) All right.
6  Did you --
7  A    What was that you said again? What did
8  you say now? What did you say? I was still
9  looking at this.
10    BY MR. PETTAWAY: Repeat the question,
11 please.
12 A    Now, what?
13 Q    (continued by Mr. King) The companies
14 that you had worked for, before Mansfield, did
15 they have policies against discrimination and
16 harassment on the basis of race?
17 A    Well, every company that I worked for had
18 some type of policy, yes.
19    BY MR. PETTAWAY: That's a better
20 question.
21    BY MR. KING: It was a better question.
22 And I wasn't trying to pull something. I was
23 just trying to get through faster.

Page 140

1  Q    (continued by Mr. King) All right.
2  Before you started working at Mansfield, did you
3  know that the companies you worked for in the
4  past, that they wanted you to complain or bring
5  to their attention if you felt like you or
6  someone else was being discriminated against?
7  A    Yes.
8  Q    All right. Had you ever made a complaint
9  of race discrimination at any place you worked
10 before Mansfield?
11 A    No, sir.
12 Q    Have you ever filed an EEOC charge or
13 lawsuit for race discrimination?
14 A    No, sir.
15 Q    Did you understand that Mansfield wanted
16 you to complain about race harassment or racial
17 slurs?
18 A    No, I didn't, because once I made a
19 complaint to Johnny Crutchfield, he said he
20 didn't want to hear it; find another job.
21 Q    All right. And was that in connection
22 with which complaint?
23 A    With Robert --

35  (Pages 137 to 140)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 141

1  Q     The comments about the Mexicans?
2  A     Right; right.
3  Q     All right.  Did you ever consider going
4  to anyone other than Mr. Crutchfield; such as
5  the person you called in Louisiana in October?
6  A     At the time, I didn't have a number.
7  But, no, I didn't consider it.  It was a
8  shutdown project.  You know, I wasn't going to
9  be there too long, you know.  No, I didn't
10 consider it.  But I didn't have their number,
11 also.  But I didn't consider it.
12 Q     Well, when the discrimination related to
13 you or to other African-Americans, can you tell
14 me why you didn't complain about that
15 immediately; why you waited until October?
16 A     Why I waited until October.  Because I
17 was really trying to figure these cats out,
18 whether or not they was, you know, trying to get
19 me to quit or whatever they may have been trying
20 to do.  And like I say, it was just -- it was a
21 an everyday thing that they were doing or
22 putting us in these different sites or you
23 arrogant nigger this or you buzzard that.  You

Page 142

1  know, I was humiliated; I was upset about the
2  whole thing.
3  Q     Were there periods of time, as long as a
4  month or maybe two months, where you weren't
5  subjected to any racial slurs or any racial
6  discrimination?
7  A     Let me try to put it this way.  Every day
8  that I showed up working for Mansfield, it was
9  racist; for everyone that worked out, other than
10 the white people, every day.  As far as what
11 they said or how they act, it was there every
12 day; every day.
13 Q     And that's Robert, Crutchfield --
14 A     Reed, Coy.  With me -- like with Coy, Coy
15 and I understood each other where he don't say
16 anything to Patrick, other than work, and
17 Patrick won't say nothing to him other than
18 work.
19 Q     All right.
20 A     The other guys was trying to stress their
21 dominancy of a color thing or, "Well, I'll have
22 to go see Johnny Crutchfield.  I'll make sure
23 you get this done."  You know what I mean?

Page 143

1  REPORTER'S NOTE: (At this point, instrument was
2  marked for identification by the Reporter as
3  Defendant's Exhibit Number 9, after which, the
4  deposition continued, as follows:)
5
6  Q     (continued by Mr. King) Patrick, there's
7  Number 9.  Is that your signature?
8  A     Yes.
9  Q     Did you do this for the EEOC?
10 A     I guess so; yes, sir.
11 Q     Did you prepare this or did somebody
12 prepare it for you to review?
13 A     It was prepared.
14 Q     Do you know who?
15 A     By my counsel.
16 Q     All right.  And let's just go through it.
17 It says, "I have talked on the telephone with
18 Sylvia in Mansfield's Corporate Human Resources
19 Department on several occasions about what has
20 happened with me on my job.  I have consistently
21 complained about racial problems and repeated
22 failures by the Superintendent to follow the
23 rules at work in accordance with the handbook."

Page 144

1  All right.  You make a specific reference to the
2  handbook there.  You were aware of the handbook
3  by the time you signed this, correct?
4  A     Right.
5  Q     And if I'm reading this correctly, you
6  were aware of the handbook at the time that you
7  had complained, because if I read that
8  correctly, you were complaining about the
9  failure to follow the handbook while you were
10 still employed.  Is that right or is that wrong?
11 A     That's probably just a little bit -- I
12 don't know; I can't remember.
13 Q     All right.
14 A     At the time, there probably was a whole
15 lot of chaos going on in my head when this came
16 up.  So I can't recall it.
17 Q     Well, you read this -- you read this
18 statement careful before you signed it, right,
19 since it looks like it was going to the EEOC?
20 A     Uh-huh.
21 Q     Yes?
22 A     Yes, sir.
23 Q     All right.  Then it says, "I complained

36  (Pages 141 to 144)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 145

1  about these things around the 17th or 18th of
2  October, 2003, and complained in late November
3  2003." So would those be the first and second
4  times that you complained about racial problems?
5  A    Yes.
6  Q    All right. Here's what I don't
7  understand. If your last day of employment was
8  October 29th of 2003, is that correct that you
9  complained in late November of 2003?
10 A    It could -- I don't know what was my last
11 day of termination from -- from Mansfield. What
12 day was it? What month was it? I can't really
13 tell you what it was. It could have been early
14 November. I really don't know.
15 Q    I believe it was October 29th.
16 A    Well, I have the months wrong, then.
17 Q    All right. Well, let's keep going
18 through. "I contacted the corporate office only
19 after repeated complaints to the Superintendent
20 and Foreman fell on deaf ears." As I understand
21 your testimony so far today, you never once
22 complained to Johnny Reed about anything,
23 correct?

Page 146

1  A    Correct.
2  Q    And that you complained to Johnny
3  Crutchfield about the comments that Robert made
4  about Mexican employees on one occasion and that
5  was it, correct?
6  A    Correct.
7  Q    All right.
8  A    And the time when he and I was up at the
9  Hyundai plant when, "You niggers don't get along
10 good."
11 Q    Well, that's Robert, though.
12 A    What are you talking about, Robert or
13 Johnny?
14 Q    Well, the superintendent and the foreman,
15 that's Crutchfield and Reed, right?
16 A    Right.
17 Q    Okay; All right. And then the next
18 paragraph, I think we've already covered that
19 about the buzzard painter. If you would, just
20 read that part and tell me is that accurate, the
21 discussion you had where you were referred to as
22 a buzzard painter.
23 A    Yeah. That's pretty much close, yes.

Page 147

1  Q    All right. What you said earlier was
2  that they called you "black buzzard."
3  A    It was pretty much close. It was
4  something about a buzzard. Like I said, I told
5  you then, I can't remember what all I said
6  three-and-a-half years ago, but it's going to be
7  close to whatever it was that I wrote down.
8  Q    Would you agree with me that your memory
9  of January 2004 was probably a little bit
10 fresher than sitting here today in May of 2007?
11 A    Yes, I would.
12 Q    So if what was said was that you were
13 called "buzzard painter," and that you,
14 yourself, said "the buzzard is a black bird and
15 I am black," that's --
16 A    Go ahead. I'm sorry.
17 Q    Well, I'm just -- when I read this, the
18 way I read it is, is you are the person who
19 brought the word "black" into the discussion
20 when it was talking about a "buzzard painter,"
21 which is inconsistent with what you testified
22 earlier. I'm just trying to get a handle on
23 were you referred to by someone else as a "black

Page 148

1  buzzard painter" or was that something that you
2  made that connection and you brought that point
3  up with Mr. --
4  A    No. Crutchfield said that. Johnny said
5  this, and I was standing up there. Like I said,
6  I had no idea anyone was listening besides
7  Johnny talking to me about this here. I didn't
8  know we had another -- you know, Nate was even
9  in the other part of the break room. It was
10 something pertaining to a buzzard, and I
11 couldn't -- reading this now and what I said
12 earlier today, it's all the same thing to me,
13 calling me a "buzzard" or a "black buzzard" or
14 whatever, you know.
15 Q    All right. The last paragraph talks
16 about Robert cursing people out and getting
17 drunk and --
18 A    Yeah.
19 Q    -- why were you fired and why is he still
20 there. Is it your -- is it your testimony that
21 you both should have been fired or that neither
22 one of you should have been fired? I can't
23 understand if you're saying what Robert did is

37  (Pages 145 to 148)

6fb8fe45-1829-46e8-974d-b791d7d53baf

**Page 149**

1 wrong or what he did is okay and what you did is
2 okay.
3 A   No.  What Robert done was wrong, and if I
4 should be telling Johnny Reed something, why
5 should I tell him what I'm feeling and lose my
6 job when Robert was saying what he felt and had
7 his job.  Do you get what I mean?
8 Q   Well, that's my point.  Are you saying
9 that you both should have your jobs or you both
10 should be fired, or are you saying something
11 else?
12 A   Well, we should have had a meeting on
13 that, how to talk and address Johnny Reed, how
14 he wants us to address him, instead of just
15 singling me out and having me terminated.  As
16 far as Robert, there's nothing that Robert done,
17 other than his work, that he had any right -- I
18 mean, he was just -- he was just something.  He
19 was a character, man.  He and Johnny Crutchfield
20 are two people that -- and I've worked some
21 everywhere.  Those are two people that I've
22 met -- well, they're the lowest scum of a human.
23 Q   Okay.

**Page 150**

1 REPORTER'S NOTE:  (At this point, instrument was
2 marked for identification by the Reporter as
3 Defendant's Exhibit Number 10, after which, the
4 deposition continued, as follows:)
5
6 Q   (continued by Mr. King)  This one is
7 going to be Number 10.  And it's not signed.
8 This came from the EEOC, and I want you just to
9 look at it and tell me, do you remember ever
10 signing anything similar to this for the EEOC?
11 A   All right.  What's the question?
12 Q   Do you remember ever signing an affidavit
13 exactly like this or similar to this for the
14 EEOC?
15 A   No.
16 Q   All right.  And it's not signed, so I
17 know it's not your statement.  But do you
18 remember meeting with anyone from the EEOC where
19 you discussed all of this and they were taking
20 it down?
21 A   I do.
22 Q   And do you remember when that was?
23 A   I can't recall.

**Page 151**

1 Q   All right.  Look at the bottom of the
2 second page.
3 A   Uh-huh.
4 Q   One, two, three -- it's four lines up
5 from the bottom.  It says, "Jack Richardson told
6 me that Crutchfield called me an arrogant
7 nigger."
8 A   Right.
9 Q   Is that true?
10 A   That's what he told me, yes.
11 Q   Well, you said -- is that the only way
12 that you knew that comment was made?
13 A   And Robert also -- what's his name?
14 Robert -- Robert whatever his last name is.
15 Q   All right.  The comment where Crutchfield
16 referred to you as an arrogant nigger, is that
17 something that Jack Richardson told you or you
18 heard with your own ears?
19 A   It's something that was -- I heard, yes.
20 Q   And Jack Richardson told you?
21 A   Jack and also Robert.  I don't have
22 Robert's name on here, but Robert would tell us
23 anything that Johnny Crutchfield said that

**Page 152**

1 blacks would do or whatever.
2 Q   All right.
3 A   Whenever he felt that he had power, well,
4 he would come out and relay it to us.
5 Q   Do you know when you called Louisiana and
6 spoke with a woman and made your complaint, do
7 you know if any of your co-workers were
8 interviewed as a result of your complaint?
9 A   No, sir, I don't.
10 Q   Do you know when you filed with the EEOC
11 if any of your co-workers or former co-workers
12 were interviewed?
13 A   I don't.
14 Q   Did any of them tell you that they had
15 been contacted and interviewed?
16 A   Yes.
17 Q   Who?
18 A   Several of them.
19 Q   Who?
20 A   Ralo, Ervin, William Ragland, Jack, Nate
21 Lamar, and whoever else that was on the suit.
22      BY MR. PETTAWAY:  Let's take a break.
23

38 (Pages 149 to 152)

6fb8fe45-1829-46e8-974d-b791d7d53baf

Page 153

1    REPORTER'S NOTE:  (At this point, a brief recess
2    was taken, after which, the deposition
3    continued, as follows:)
4
5    Q    (continued by Mr. King)  All right.
6    Patrick, when did you first consult with a
7    lawyer about the problems that you were having
8    with discrimination at Mansfield?
9    A    I can't really say when it was.  Maybe a
10   week; maybe two weeks after I got terminated.  I
11   really don't know.
12   Q    Did you talk to anybody before you were
13   terminated?
14   A    I can't recall.
15   Q    All right.  Because -- this is an
16   improper question, but just maybe to jog your
17   memory.  Jack testified -- Jack Richardson --
18   that it had been several months before he was
19   let go, that he and others had been consulting
20   with Mr. Pettaway.  Do you remember talking with
21   Mr. Pettaway any before you were terminated?
22   A    I can't recall.
23   Q    And was Mr. Pettaway the first attorney

Page 154

1    that you consulted with?
2    A    Right; yes.
3    Q    Did you have any talks with any of your
4    co-workers about them possibly being involved in
5    a suit, or at least talking to Mr. Pettaway
6    about being involved in a suit?
7    A    Yes, I did.
8    Q    Who did you talk to?
9    A    Several of them.  The ones that's on the
10   suit now, and three other guys that was working
11   up there.  Maybe everyone that was working up
12   there.
13   Q    Which -- other than Jack Richardson, did
14   you speak with any white employees?
15   A    Oh, yeah, Earl and Mark.  Earl left a
16   contact number for us.  Which one of the guys
17   that you're going to interview, he has his
18   number to be able to contact Earl and Mark.  I
19   think Mark is in the penitentiary, is the reason
20   why he didn't come.  I think.  But I think he's
21   in the penitentiary or something.
22   Q    All right.  And did you talk with any
23   African-American employees or former employees

Page 155

1    of Mansfield about possibly joining in the suit,
2    and they decided for whatever reason not to?
3    A    No, sir.
4    Q    Did you speak with Ben Gayle or any other
5    African-American employees?  I'm trying to think
6    of other names that aren't involved in this
7    suit.  Mr. Gayle or Mr. Davenport?
8    A    Oh, no, sir.  I spoke with no one else.
9    Q    Okay.  Would it be fair to say that you
10   were kind of the motivating force behind this;
11   that you got everything together?
12   A    Yes.
13   Q    Did you speak with Jack Richardson before
14   you spoke with other African-American employees
15   about the case, or was he --
16   A    I spoke with everyone up under the break
17   barn.
18   Q    All at the same time?
19   A    All at the same time.
20   Q    If you were to identify the bad guys, the
21   ones who you feel like discriminated against
22   you, would it be Mr. Crutchfield, Coy -- and I
23   think his last name is Watson -- Robert,

Page 156

1    Kimberlin and Johnny Reed?
2    A    Johnny Crutchfield and Robert Kimberlin.
3    The rest of them I could have tolerated with.
4    Q    Okay.  So those two are the main ones?
5    A    Right.
6    Q    All right.  Have you sat down and tried
7    to calculate how much money you think being
8    fired by Mansfield has cost you?
9    A    It cost me my marriage; my little
10   daughter; me moving to Mobile; gray hair --
11   losing hair off the top of my head.  It cost me
12   a lot.
13       BY MR. PETTAWAY: He's asking about how
14   much money --
15       THE WITNESS:  Money, yeah, I'm trying to
16   add that up.
17       BY MR. PETTAWAY:  Have you calculated it?
18       THE WITNESS:  No, but I'm trying to
19   calculate it now.  It wouldn't be a problem.
20       BY MR. PETTAWAY:  Well, you haven't done
21   it, though?
22       THE WITNESS:  Give me a minute and I
23   will.

39 (Pages 153 to 156)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 157

1  BY MR. PETTAWAY: Well, I don't know that
2  you a can calculate it in a minute. Just wait
3  for the next question.
4  A    All right. Go ahead to the next
5  question, then.
6  Q    (continued by Mr. King) The next
7  question is, will you please calculate it for
8  me?
9  A    I think I was making 28 — I would have
10 been making $28,000 a year with Mansfield.
11 Let's see. How many years do you want me to go
12 back?
13 Q    Well, just from whenever you were fired
14 coming forward.
15 A    To now? Well, it's 28 times four.
16 BY MR. PETTAWAY: Because it's hard for
17 him to do that, because, see, then he's got to
18 subtract what he's made. He can't do that right
19 now.
20 Q    (continued by Mr. King) Well, let me ask
21 you this. Have you made — since you started
22 your own contracting business, have you made
23 more money or less money than you were making at

Page 158

1  Mansfield?
2  A    Well, the first year, it was more. In
3  the last two years, it's been less.
4  Q    All right. The first year, how much more
5  did you make?
6  A    Probably $5,000.
7  Q    And in the last two years, how much less
8  did you make?
9  A    Total years, maybe about — I've lost
10 maybe about $40,000.00.
11 Q    All right. So in the first year, you
12 made 5 more; in the next two years, you made
13 $50,000 less?
14 A    Perhaps somewhere along in there.
15 Q    I'm sorry. $45,000 less.
16 BY MR. PETTAWAY: 40 less.
17 BY MR. KING: Yeah, but I just was
18 subtracting the — if he made 5 —
19 BY MR. PETTAWAY: He said 5.
20 Q    (continued by Mr. King) So it's 35? Is
21 that $35,000 what you —
22 A    Somewhere along in there, right.
23 Q    All right. So if my math is right —

Page 159

1  A    You have to look — I can't be — you
2  know, we have like shutdown time.
3  BY MR. PETTAWAY: Wait for his question.
4  A    All right. Go ahead.
5  Q    (continued by Mr. King) All right. If
6  my math is right, let's just say that that was
7  even, that you made — you lost $35,000.00 — or
8  let's say $40,000.00 in the last two years. So
9  that would be an average of 20 per year. Would
10 that be correct, that you've only made like 8 or
11 $10,000.00 a year in the last two years in your
12 contracting business?
13 A    No, that wouldn't be correct.
14 Q    Well, have you got — do you keep
15 business records of —
16 A    Yes.
17 Q    — all your receipts in your contracting
18 business and file tax returns?
19 A    Yes. Let's see. Last year I made I'd
20 say $18,000.00.
21 Q    All right. What about —
22 A    The year before that, 2006 and 2007 — I
23 mean, '04 — or 2005, I would say around

Page 160

1  $20,000.00.
2  Q    Okay. And then in 2004, you think you
3  made somewhere between —
4  A    That was during the hurricane season.
5  Yeah, somewhere along in there.
6  Q    30, $35,000?
7  A    Uh-huh.
8  Q    All right. Are you typically paid by
9  check or by cash?
10 A    Cash.
11 Q    What kind of records do you keep to keep
12 up with how much your income is?
13 A    I just go back in my notebook and
14 whatever it is, I total it up from the total of
15 all the jobs that I have, and I just add all
16 that together; the various jobs that I've done.
17 Q    All right. And do you have a separate
18 bank account that you keep for your business?
19 A    I don't have a banking account.
20 Q    Do you have one personally?
21 A    No, I don't have one at all.
22 Q    Have you had one at anytime since —
23 A    Never.

40  (Pages 157 to 160)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

Page 161

1   Q    Never?
2   A    Never.
3   Q    So if you get paid $5,000 cash for a job,
4   what do you do with it?  Do you have a safe at
5   home?
6   A    Well, I could take it to the bank and
7   they would cash it for me.  I have to go in and
8   thumb print it and this and that kind of stuff.
9   Q    No.  I'm saying if somebody gives you
10  $5,000.00 cash --
11  A    Uh-huh.
12  Q    -- what do you do with it?
13  A    Oh.
14  Q    Where do you keep it?
15  A    Well, I send some to my little girl, and
16  then I pay bills.
17  Q    All right.  And what's left over, I mean,
18  you just keep it on --
19  A    Right, you pay your employees or --
20        BY MR. PETTAWAY:  Keep it under the
21  pillowcase.
22  A    Right.  I also board for my horse.  I
23  have a boarding place for my horse.  That costs

---

Page 162

1   me $120.00 a month.
2   Q    (continued by Mr. King)  Is that
3   something you started doing since you were fired
4   by Mansfield or --
5   A    No.  I got divorced from here, and my
6   wife ended up keeping my little girl.  She
7   couldn't keep the horse, so I came back and got
8   the horse and moved the horse to Mobile with me.
9   She couldn't keep the horse.
10  Q    All right.  And I'm not trying to get
11  into your personal life, but since you said it
12  did cost you your marriage, is it your testimony
13  that you and your wife got divorced because you
14  were fired by Mansfield?
15  A    Well, I had no income coming in.  I would
16  say yeah.  Well, not really.  It was just no
17  income coming in, and I wasn't going to go
18  from -- from $12.00 to $13.00 an hour to making
19  six bucks an hour.  So I refused to do that.
20  Q    All right.
21  A    And there was no income.  She was the
22  only one working.
23  Q    Was there any other reason that the two

---

Page 163

1   of you were divorced, other than --
2   A    Several other reasons, yes.
3   Q    Were they -- did they have anything to do
4   with Mansfield and you losing your job there?
5   A    I just wasn't -- she wasn't -- I wasn't
6   doing what I was supposed to do as far as -- I
7   wasn't making enough money.  So I started
8   slacking on doing things.  And when I was making
9   the money, there was no problem to go get
10  another car.  I refuse to go get another car,
11  because I wasn't making any money.
12  Q    All right.  What is your ex-wife's name?
13  A    Her name is Alice; Alice M. Lewis.
14  Q    Is her last name still Lewis; she hasn't
15  remarried?
16  A    No, sir.
17  Q    And she lives here in Selma?
18  A    In Lowndes County, yes.
19  Q    In Lowndes County.  Do you know where in
20  Lowndes County?
21  A    Yes; Bentley.
22  Q    All right.  And does she -- does she live
23  with family or live by herself?

---

Page 164

1   A    With her mother and father.
2   Q    And what's her mother's name?
3   A    Hester Taylor; and Ed Taylor is her
4   father.
5   Q    Okay.  You said that you lost your house,
6   because you were fired from Mansfield, earlier.
7   Is that a damage or injury that you're claiming
8   in this lawsuit?
9   A    I would say yes.
10  Q    All right.  Tell me why you lost your
11  house.  What happened to cause you to lose your
12  house?
13  A    I wasn't making any money then.  I
14  exceeded myself over.
15  Q    Did you lose the house before you got
16  divorced or did you sell the house as part of
17  the divorce?
18  A    No.  It was after -- it was the divorce.
19  I would say a year later or so.
20  Q    Did you own the house or were you renting
21  it?
22  A    No.  We was just renting.
23  Q    Who were you renting it from?

---

41  (Pages 161 to 164)

6fb8fe45-1829-46e8-974d-b791d7d53baf

Page 165

```
1   A    I can't recall the old lady's name.  She
2   will tell you, though.  You can contact her.
3   Q    What was the address?
4   A    I can't recall that old lady.  She was an
5   old white lady, though.  She was a pretty good
6   lady.  I can't recall her name now, though.
7   Q    Do you remember the address?
8   A    Old Montgomery Highway.  She's got
9   several houses here.  I don't know, but I could
10  find it out for you.
11  Q    All right.  If you would, get that and
12  give it to Mr. Pettaway.  I would appreciate it.
13       BY MR. PETTAWAY:  What address are you
14  talking about now?
15       BY MR. KING:  For the house that he
16  claims that they lost because of --
17       BY MR. PETTAWAY:  Oh, he wants your old
18  home address.
19  A    That's what I'm telling you now, I --
20       BY MR. PETTAWAY:  All right.
21  Q    (continued by Mr. King)  What was your --
22  you said it was Old Montgomery Highway.  What
23  was your rent payment; how much a month was it?
```

Page 166

```
1   A    It was $385.00.
2   Q    And where is the first place that you
3   lived after that house?
4   A    It was my wife's mother and father's
5   house.
6   Q    And how long did you live there?
7   A    Maybe two years; a year; a
8   year-and-a-half.  We just started going in a
9   downfall, and I left.  I went to Mobile, and
10  everything just went gone then.  You know what I
11  mean?  I didn't -- she didn't want to be married
12  anymore, nor did I, you know.  It was over with.
13  Q    Did you live in Lowndes County when you
14  lived with her parents; that same place she's
15  living now?
16  A    Uh-huh.
17  Q    And did you pay any rent or pay her
18  parents any --
19  A    Oh, yes.  We paid rent and the light
20  bill.
21  Q    What did you pay --
22  A    And we also paid day-care.  I paid fifty
23  bucks to her mom for day-care.  The light bill
```

Page 167

```
1   ran on average about $130, $140.  The rent was
2   two-hundred bucks.  So I would average out
3   probably 400.  I also had $407.00 truck note
4   and a $333.00 car note.
5   Q    Who did you buy the truck from and when?
6   A    Victor Nissan, 2002, I think.
7   Q    Is Victor Nissan in Selma?
8   A    In Selma, Alabama.  We bought the car
9   also from there.
10  Q    So you had two cars from there?
11  A    Yeah.
12  Q    And who did you have the cars financed
13  with?
14  A    I can't recall.
15  Q    Was it a local bank or was it through
16  the -- through a car company or through the
17  dealership?
18  A    No.  It was from a bank.  I think it was
19  AmeriCredit.  I'm not sure, but I think it was
20  AmeriCredit.
21  Q    Are you still paying for either one of
22  those vehicles?
23  A    For the truck, yes.  I probably owe maybe
```

Page 168

```
1   2 or $3,000.00 on it.
2   Q    Were either one of those cars
3   repossessed?
4   A    Yeah.  Well, I totalled the truck out in
5   2005, I think.  It was never repossessed, but it
6   was on the way of repossession, because I was
7   maybe two months behind then.
8   Q    All right.  Do you have a car today?
9   A    No, sir.
10  Q    How do you get around?
11  A    I got an old beat up jeep truck that I
12  drive around.
13  Q    Is that what you drove up here for today?
14  A    No.  I got a ride.  I had someone drop me
15  off.
16  Q    From Mobile to Selma?
17  A    Uh-huh.
18  Q    All right.  But as far as your job,
19  you've got a jeep truck that you're using?
20  A    Right; right.
21  Q    And in Mobile, do you -- are you renting
22  a place or have you bought some place?
23  A    No; I rent.
```

42  (Pages 165 to 168)

Page 169

1  Q      Okay.  And does anybody live with you in
2  Mobile?
3  A      No.
4  Q      Have you suffered any kind of
5  psychological or emotional injury because of
6  being terminated?
7  A      I'm just missing my kid.  That's pretty
8  much it.
9  Q      Anything else other than that?
10  A      No, sir.
11  Q      Did you ever refer to white employees --
12  A      Oh, yeah.  Man, I tell you.  Go ahead
13  with that other question you had.
14  Q      I was going to ask you if you ever
15  referred to white employees by, you know, some
16  sort of slang term or nickname such as "Honkey"
17  or "Cracker" or anything like that?
18  A      No.
19  Q      What about any of the other plaintiffs in
20  the case, have you ever heard them -- even if it
21  was just joking around and nobody was upset by
22  it.  Did you ever hear --
23  A      I can't say that.

Page 170

1  Q      Okay.  You can't say that you heard that?
2  A      No, I can't say that I heard either one.
3  No -- I would say no, if I had to say anything.
4  I mean, getting back to the last question you
5  asked me before that, you know, hurting.  I hurt
6  every day.
7  Q      All right.
8  A      Every day that I'm not here or -- the
9  losing of my family, not being able to -- to
10  even want to be around here, because of me
11  losing my family.  To move two-hundred and some
12  miles away just to get away to settle my mind,
13  which I still can't settle.  I'm losing all of
14  my hair out of my head; getting gray hair.  I
15  can't focus really without thinking about this.
16  Do you know what I mean?
17  Q      Is the reason that you decided to set up
18  a contracting business in Mobile because of all
19  the work that was available from the damage in
20  the hurricane?
21  A      Well, the reason why I went to Mobile was
22  to get away from what was happening here in
23  Selma.

Page 171

1  Q      All right.
2  A      And at that time, the hurricanes hit.
3  That was something to keep me busy, occupy -- to
4  try to take some of the stress off my mind and
5  load off my mind with thinking about my wife and
6  my daughter and stuff like that.
7  Q      When did you move to Mobile?
8  A      I would say in September.
9  Q      Of?
10  A      Of 2005.  Either August or September.
11  Whenever Ivan hit.  It was like two weeks after
12  Ivan.
13  Q      Have you made any effort to try to patch
14  up your marriage and get back together?
15  A      Somewhat.  She's moved on now.
16  Q      I know you can't predict the future, but
17  do you anticipate that you'll stay in your
18  business as a self-employed contractor in the
19  future?
20  A      I do.
21  Q      Have you applied for a job with any
22  company or business since you were terminated by
23  Mansfield?

Page 172

1  A      I can't remember.
2  Q      All right.
3  A      I can't recall.  I can't recall hitting
4  the clock since I left Mansfield.
5  Q      You can't can recall what?
6  A      Being on the clock with someone.
7  Q      And my question is, have you even made
8  any effort to try to get a job with a -- you
9  know, with a business or company doing something
10  other than what you're doing?
11  A      Yes, I have.
12  Q      Who have you applied with?
13  A      The Hyundai plant, International Paper
14  and GE.
15  Q      And have you had any offers from any of
16  those?
17  A      None.
18  Q      And what job were you applying for?
19  A      Maintenance.
20  Q      All right.  Have you ever been charged
21  with or convicted of a crime?
22  A      DUI; yes.
23  Q      Where was that?

43 (Pages 169 to 172)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

Page 173

1    A    Ten years -- nine years ago.
2    Q    Is that the only one?
3    A    No.  I had a couple DUIs dating back
4    since -- I had one in '98 and I think one was in
5    1990.
6    Q    Is that it?
7    A    That's all I can remember, as far as --
8    Q    And were those in the State of Alabama
9    or --
10   A    State of Alabama; yes.
11   Q    Have you ever lived outside the State of
12   Alabama?
13   A    I lived in Chicago.
14   Q    How long; what years?
15   A    From '90 to '92.
16   Q    All right.  Have you -- but the DUIs are
17   the only --
18   A    No.  '92 to '94, I mean.
19   Q    The DUIs are the only criminal problems
20   you've ever had, right?
21   A    Well, little fist fights here and there,
22   but that was little misdemeanor stuff.
23   Q    But basically anything that you've been

---

Page 174

1    charged with.
2    A    Well, little misdemeanor fights; a couple
3    of fights.
4    Q    What counties?  Were you ever arrested or
5    charged with anything for that?
6    A    I think like a third degree assault.
7    Q    Was that here in Dallas County?
8    A    Yes, sir.
9    Q    And the DUIs, were they in Dallas County?
10   A    Yes, sir.
11   Q    All right.  And any criminal problems
12   that you had, have they all been in Dallas
13   County?
14   A    Correct.
15   Q    All right.  Do you have any education
16   beyond high school?
17   A    No, sir.
18   Q    Or any training -- job-specific training?
19   A    No, sir.
20   Q    And you are very clear that no one ever
21   showed you any part of the Code of Safe Practice
22   Handbook, the one that I showed you earlier, the
23   Mansfield handbook?

---

Page 175

1    A    No, sir.
2    Q    You're very clear on that, right?
3    A    Very clear; yes.
4    Q    Other than the plaintiffs in the lawsuit,
5    who do you consider to be your best friends at
6    Mansfield?
7    A    I had no best friends.  They're all
8    co-workers.  We were put there together to do a
9    job.
10   Q    Well, maybe that was a bad question.  Who
11   were you closest to?
12   A    Whoever that was working with me at the
13   time.
14   Q    Was there anybody that you just enjoyed
15   being around more than the rest of the crowd?
16   A    I just came there to work.  I trained
17   Ralo.  I also trained Ervin.  So -- and I've
18   known those cats, but once we left work, it was
19   over with.
20   Q    Okay.  I meant just like while you were
21   at work, the guys you enjoyed hanging out with
22   the most; if you had some free time or break
23   time, you would go sit with them rather than

---

Page 176

1    others.
2    A    I would just say everyone on that, but I
3    had select people that I wanted to work for me
4    or work with me at the time.
5    Q    Sure; I understand that.  Do you have any
6    information about any of the claims that the
7    other plaintiffs are making in the lawsuit?
8    A    That they endured everything that they
9    said he done, uh, witnessed, because it was an
10   everyday thing; it was an ongoing thing with
11   everyone.  It wasn't only me.  It was with
12   everyone that came forward and some of the ones
13   that didn't come forward.  Other than that, no.
14   Q    Is there any other type of discrimination
15   that you feel you were subjected to at Mansfield
16   that we haven't talked about?  It's my last
17   chance to talk to you.  I want to make sure I
18   got it all.
19   A    I can't think of anything else.
20       BY MR. KING:  That's it.  Thank you, sir.
21       BY MR. PETTAWAY:  I don't have anything.
22
23       (END OF PROCEEDINGS)

44  (Pages 173 to 176)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 177

```
 1          C E R T I F I C A T E
 2
 3   STATE OF ALABAMA )
 4                    )
 5   JEFFERSON COUNTY )
 6
 7        I hereby certify that the above and
 8   foregoing deposition was taken down by me in
 9   stenotype and the questions and answers thereto
10   were transcribed by means of computer-aided
11   transcription, and that the foregoing represents
12   a true and correct transcript of the testimony
13   given by said witness upon said hearing.
14
15        I further certify that I am neither
16   counsel, nor of kin to the parties to the
17   action, nor am I in any way interested in the
18   result of said cause.
19
20
21
22        Kelly J. Gray, C.S.R.
23
```

Page 178

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

45 (Pages 177 to 178)

6fb8fe45-1829-46e8-974d-b791d7d53baf

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 1

## A

**able** 31:3,4 33:6
60:2 68:11,15
77:9 84:8 154:18
170:9
**account** 160:18,19
**accurate** 146:20
**act** 142:11
**acted** 50:12
**acting** 5:2
**action** 177:17
**add** 156:16 160:15
**additional** 80:17
**address** 6:4 117:9
149:13,14 165:3,7
165:13,18
**adequate** 61:16
**admitted** 37:7
**affidavit** 150:12
**afraid** 75:16
**African-American**
53:18 62:6 76:19
154:23 155:5,14
**African-America...**
23:6,7 30:2,3
41:15 44:5 45:10
46:8 50:8 110:18
124:13,17 125:2
141:13
**afternoon** 27:9
**age** 7:4 77:17,22
**ago** 7:10 10:17
23:12 32:18 41:8
76:17 79:18 103:1
147:6 173:1
**agree** 115:12 131:9
147:8
**agreed** 1:18 2:2,9
2:17 37:6
**ahead** 8:22 13:19
22:7,14 62:12,20
63:16 84:20 90:6
91:7 101:18 112:2

147:16 157:4
159:4 169:12
**aimed** 36:5,8
**ain't** 113:1
**air** 59:10 60:1
71:20
**al** 1:7 4:7,14
**Alabama** 1:2,23
5:2,4,8 6:5 7:4
13:2 54:19 55:6
56:4 167:8 173:8
173:10,12 177:3
**alcohol** 136:6
**Alice** 163:13,13
**alienate** 56:11
**allegations** 116:8
**allege** 22:22
**altercation** 81:11
**alternate** 77:6
**AmeriCredit**
167:19,20
**Andrews** 4:11
**angry** 83:13 84:23
**answer** 13:19 36:15
90:12,15 105:11
105:15,19 108:19
110:15 111:19
112:2,10,11,13
**answered** 94:7
109:3
**answering** 6:18
**answers** 177:9
**anticipate** 171:17
**anybody** 7:23
14:21 15:1 17:7
36:3,4 44:14
50:11 55:6 56:3
58:13 73:7 93:4
99:22 118:9
121:15 135:22
137:1,10 138:6,13
153:12 169:1
175:14

**anymore** 166:12
**anytime** 54:18
127:18 128:3
160:22
**application** 130:16
131:3,7,12 132:7
132:10
**applied** 171:21
172:12
**applying** 131:2
172:18
**appreciate** 165:12
**approximate** 32:16
76:14 124:3
**Approximately**
67:11
**approximation**
25:6
**April** 124:4
**area** 19:15 21:20
91:7,16
**areas** 28:3 30:17
32:7
**argue** 110:2
**arguing** 86:7 92:11
94:2 97:15
**argument** 21:13,14
67:22 68:23 69:14
81:21 91:17 92:10
95:10 96:23
**arms** 41:22
**arrested** 174:4
**arrogant** 11:2
13:14 14:13 23:19
25:1,13,19 31:13
54:9 141:23 151:6
151:16
**asked** 12:2,8 13:10
21:17 24:12 38:9
52:20 58:16 60:14
61:17 62:1,3
63:13,20 64:9,10
65:3,21 78:13

102:9 107:13,14
107:17 108:23
109:3,17 112:12
116:2 117:8
120:12 170:5
**asking** 16:16 64:6
97:22 107:19
110:2 112:6 113:6
114:1,5 116:6
156:13
**asks** 21:6 52:17
53:7
**ass** 71:21 85:22
86:3 90:21 91:1
94:6 95:1
**assault** 174:6
**assign** 2:13
**assigned** 57:15
70:17
**ate** 84:11
**Atlanta** 19:1 33:18
48:1 52:1,7,10,14
54:22,23 55:11,21
55:22,23 56:4
58:4,8,12 124:21
125:6
**attempting** 84:12
**attend** 22:11
**attention** 26:9
45:14 140:5
**attorney** 112:6
153:23
**August** 76:10,11
171:10
**Autauga** 9:14
**authority** 44:11
88:12,14
**Authorization**
136:6
**available** 137:10
170:19
**average** 48:7,14
159:9 167:1,2

**averaging** 52:16
**aware** 144:2,6
**A-P-P-E-A-R-A-...**
4:1

## B

**B** 3:10
**baby** 56:15
**back** 7:4 11:12 13:7
18:7 19:1,2 20:15
23:11 24:13,13,22
25:21 33:16,21
34:12 37:14,14,17
39:2 47:7 48:11
54:19 59:16 65:6
69:22 74:5,7 79:6
80:23 81:18 84:19
87:4,20 92:23
104:10 107:11
120:18 157:12
160:13 162:7
170:4 171:14
173:3
**back-and-forth**
34:13,14 83:12
85:2 91:4
**bad** 23:13 107:7
155:20 175:10
**badge** 11:17
**badgering** 111:23
112:7
**bandana** 43:12
**bandanas** 41:22
54:6
**bank** 160:18 161:6
167:15,18
**banking** 160:19
**Barlow** 71:17,22
**barn** 43:16 64:12
80:10 83:3 84:1
84:15 86:17,20
89:6 155:17
**barrier** 84:4,7,8,14
**based** 25:7 128:22

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

basic 71:9
basically 10:8
   173:23
basis 139:16
Baskins 122:6,11
   122:16
beat 168:11
began 104:9 116:22
beginning 5:8
   51:11 115:7,17
behalf 5:15
believe 34:18 100:1
   121:16 145:15
believes 23:3
Ben 80:19,20,21
   87:3,4,4,6 93:23
   122:5,17 155:4
Bennett 10:6
Bentley 163:21
best 25:4 34:7
   57:16 100:22
   175:5,7
better 126:18
   136:22 139:19,21
beyond 174:16
big 86:11
biggest 23:15 98:13
bill 8:17 30:20
   166:20,23
bills 161:16
bird 147:14
Birmingham 4:14
   5:2
bit 6:22 13:9 27:13
   68:20 144:11
   147:9
bitch 88:18 89:1
   91:22 92:1,5 93:9
   94:21
black 17:19 22:4
   24:16 25:14,14
   26:12,13 28:17,23
   29:17 30:14 31:15

32:4 43:5,6 44:23
45:22 47:4 48:3
53:21 57:3 58:9
59:12 63:23 71:1
77:13 78:15
120:21 147:2,14
147:15,19,23
148:13
blacks 12:12 26:17
   26:18,20,21 27:19
   28:2 29:2,2,3 36:2
   36:5,9 45:16 70:4
   70:6,14 75:2
   152:1
blah 86:21,21
   97:13,13
blasting 98:23,23
   99:5
blatant 35:17
blatantly 15:12
Blaylock 57:9,11
   80:16 120:17,22
   120:23 121:1,4,6
   126:4,4,5
board 7:9 39:1,2
   161:22
boarding 161:23
boards 16:21,22
body 42:14
book 137:15
boom 59:11 61:4,5
   61:14 82:17,18
boss 47:1,8,9,11,16
   47:22
bottom 21:9 106:23
   107:12 133:11
   151:1,5
bought 167:8
   168:22
boy 39:9 85:22 86:2
   86:3 89:18 91:22
   92:1,6,13 95:7
brain 68:16

branch 12:19 13:1
   13:2
break 28:8 43:16
   45:14 63:2 64:12
   66:8,8 71:13,15
   72:4,6 80:10 83:3
   83:23 84:9,9,15
   86:17,19 89:6
   91:8,9 96:3 148:9
   152:22 155:16
   175:22
breaking 52:13
breathing 74:17
brief 63:6 77:8
   153:1
briefing 74:16
bring 17:3 59:15
   140:4
broke 55:16 84:11
brother 7:10 10:3
brought 8:13
   147:19 148:2
bucks 9:8 101:4,7
   162:19 166:23
   167:2
build 54:11
building 4:12 18:22
   22:16 49:21,22
Bullshit 92:18
bunch 52:21
business 157:22
   159:12,15,18
   160:18 170:18
   171:18,22 172:9
busy 8:14 171:3
buy 167:5
buzzard 24:16,16
   25:14,14 141:23
   146:19,22 147:2,4
   147:13,14,20
   148:1,10,13,13
buzzards 24:14
_____
C

C 177:1,1
Calais 40:16,23
   41:3 100:20 104:6
   105:18 107:8
   109:7 110:17
   112:20 113:9,21
   114:10 122:22
calculate 156:7,19
   157:2,7
calculated 156:17
call 11:15 12:18,19
   27:2,3 37:22 38:4
   72:20 74:2 76:23
   81:14 88:17,20,23
   93:9 114:18
   115:13 123:2
called 11:1,16
   13:14,22 14:2
   15:9 16:22 37:15
   38:7 39:7 71:13
   73:10 78:16 79:21
   87:21,21 88:1
   92:17 95:15 99:5
   115:18 119:1
   123:12 141:5
   147:2,13 151:6
   152:5
calling 24:15 37:7
   91:21 92:5,12
   124:2 148:13
Campbell 1:23 4:4
   5:7
car 103:11 163:10
   163:10 167:4,8,16
   168:8
card 12:15
care 49:23 88:16
   95:20,21
careful 144:18
Carolina 33:17
   54:23 55:1,7
   58:11,14
carpenter 7:7,12

68:16
Carpet 17:16
cars 167:10,12
   168:2
case 1:5 67:6 93:22
   155:15 169:20
cash 160:9,10
   161:3,7,10
catch 34:11
catching 87:13,23
cats 141:17 175:18
catwalk 16:20 17:4
caught 87:8 95:16
cause 5:9 164:11
   177:18
causing 38:6
Cecile 4:16 40:19
   104:5
certain 58:22
certainly 50:7
CERTIFICATE
   3:7
certify 5:3 177:7,15
chance 56:15 73:2
   110:9 176:17
chances 74:21
chaos 144:15
character 149:19
charge 9:6 140:12
charged 172:20
   174:1,5
check 78:13,17
   160:9
checking 48:12
chemical 74:3
chemicals 28:21
   74:18,23
cherry-picker 61:7
Chestnut 1:22 4:3
   5:6
Chicago 173:13
children 7:1
choice 57:16

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 3

chose 57:14
Cindy 19:6
Civil 5:4
claim 76:20
claiming 98:9
  164:7
claims 118:12
  165:16 176:6
Clark 4:12
clean 68:8
clear 6:14,14 31:10
  35:1 53:22 54:2
  110:17 117:10
  118:16 121:14
  174:20 175:2,3
cleared 41:12 75:10
climb 60:3
clock 172:4,6
close 16:17 49:11
  89:20 146:23
  147:3,7
closed 61:2 62:11
closest 175:11
closures 30:10
clothes 21:22
Code 174:21
cold 62:16
Collins 4:5 9:13
  39:19 72:23
  108:17 111:9
  113:4 119:15
color 22:4 142:21
colors 9:1,2
Colvon 30:21 46:4
  46:19 57:12 80:19
comb 78:4
come 11:12 12:2
  19:1 21:17 22:13
  37:14,14 40:14
  45:17 54:18 64:22
  71:22 73:12 74:3
  80:23 81:23 84:7
  87:6 102:18 152:4

154:20 176:13
comes 12:7 21:6
  37:17 52:17 53:7
  64:20 71:20,21
comfortable 75:11
coming 24:19 45:22
  45:23 48:11 59:2
  81:16 129:12
  157:14 162:15,17
comment 13:12
  14:18 15:2,6 16:8
  21:12 23:17 24:23
  34:15 88:16 95:2
  95:18 96:5 121:17
  151:12,15
comments 10:14
  28:4 30:14 32:4,8
  32:14,16 33:13
  34:4 35:23 36:7
  36:18 43:23 44:4
  54:5 57:22 121:4
  122:4,8 124:9,17
  141:1 146:3
Commissioner 5:2
common 44:21
companies 20:3
  138:22 139:13
  140:3
company 8:11 43:3
  53:7 55:5,15
  60:21 96:2 104:13
  105:4 139:17
  167:16 171:22
  172:9
complain 26:13
  114:13 140:4,16
  141:14
complained 99:16
  99:22 122:20
  123:9 124:16
  125:1 143:21
  144:7,23 145:2,4
  145:9,22 146:2

complaining
  115:18 144:8
complaint 17:16
  41:9 116:3 119:4
  123:19 124:8
  125:20 140:8,19
  140:22 152:6,8
complaints 57:19
  58:13 123:16
  125:16 127:20
  128:9 145:19
compliance 2:6
comply 18:4
complying 85:3
computer-aided
  177:10
concerned 84:21
concrete 68:7
condition 61:18
conditioning 71:20
confederate 42:3
  42:15,22 43:4,6
confined 136:18
confines 67:1
confrontation
  18:10
confronted 25:18
  78:17
connection 140:21
  148:2
consider 46:7,23
  141:3,7,10,11
  175:5
considered 45:9
  47:11 54:10 66:22
consist 85:10
consistently 143:20
constantly 8:14
construction 8:10
  20:2 99:4 128:7
  129:1
consult 153:6
consulted 154:1

consulting 153:19
contact 31:3,4
  37:21 118:23
  154:16,18 165:2
contacted 100:14
  119:3 145:18
  152:15
contained 85:10
continued 11:21
  13:21 39:17 40:3
  40:22 50:6 63:8
  63:10 94:13,15
  99:15 103:19,21
  106:7,9 109:4
  110:8 112:16
  113:6 119:19
  130:12,14 133:3,5
  133:20,22 134:16
  134:18 135:3,5
  138:2,4 139:5,13
  140:1 143:4,6
  150:4,6 153:3,5
  157:6,20 158:20
  159:5 162:2
  165:21
contracting 157:22
  159:12,17 170:18
contractor 7:20
  20:14 171:18
contractors 11:11
conversation 16:14
  17:6,8 23:21 80:8
  90:20 93:10
  115:11 117:19
  118:2,6
conversations
  115:7,10
conveyed 47:5
convicted 172:21
copy 39:20 116:16
  119:14,17 137:2
  138:7
Corey 11:4,4,5,8,12

11:14,15,16,16,18
  11:19,19,23 12:2
  12:4,4,5 39:8
  47:23 72:1 81:13
  82:23 83:10,15,15
  83:19 84:4,10,21
  85:5,11,12 99:19
  100:15 106:19
Corey's 11:22
corporate 12:7
  37:6,15,16 44:6
  87:20 114:18
  143:18 145:18
correct 38:18
  127:15 133:11,13
  133:15 144:3
  145:8,23 146:1,5
  146:6 159:10,13
  174:14 177:12
correctly 144:5,8
cost 78:22 156:8,9
  156:11 162:12
costs 161:23
counsel 1:20 2:11
  2:12 5:5 143:15
  177:16
counties 9:12 174:4
country 69:19
County 9:17
  163:18,19,20
  166:13 174:7,9,13
  177:5
couple 19:9 20:16
  33:17 173:3 174:2
Court 1:1 2:7,19
  5:1 6:19
cover 13:9
covered 44:3 65:20
  69:21 125:19
  146:18
Coy 11:17,18 18:7
  18:7 19:5,11
  20:21 21:5,5

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

22:13,20,23 25:23
31:11 36:21 42:1
44:2 52:4 71:18
72:3 81:13 82:9
82:11,23 83:7
84:21 85:3 95:14
101:2,3,8,9,17,17
101:17,20,21
102:1,13 104:20
113:7 142:14,14
142:14 155:22
co-workers 44:19
72:10 152:7,11,11
154:4 175:8
Cracker 169:17 .
craftsman 7:8 15:9
66:5 67:20,23
68:17 77:23 126:5
craftsmen 28:13,14
47:3,4 78:1,2
99:11,12,13
126:12 130:4
crap 52:21
crew 16:10,11,11
19:13,14,16 30:18
49:4,5,5,7,15
50:14,16,23 51:10
51:11 57:1,20
70:11,14,15,15,16
70:21 71:1 78:9
80:9,9,12
crime 172:21
criminal 173:19
174:11
crossways 110:7
crowd 175:15
Crutchfield 10:21
11:2 12:11,15,17
13:4,4,16,22
14:11,17 15:3
22:13 23:14,17
24:3,17 25:12
26:1 29:8,9,10

31:13,14 36:23
39:11 41:10 42:12
43:2,21 47:9,17
47:18,23 48:14
52:2 54:18 60:16
62:1 64:7,14
78:18 80:6,13
81:20,22 82:8,13
82:20 83:17 87:7
91:6,9,12 93:17
94:20 95:9,13,16
97:3,22 98:6,10
101:1 102:5 108:3
108:6,15 109:1,14
115:20 119:8
121:7 123:18
124:9 128:18
130:7 132:18
133:12 140:19
141:4 142:13,22
146:3,15 148:4
149:19 151:6,15
151:23 155:22
156:2
Crutchfield's 86:10
91:17 92:7
CSR 1:21
culture 28:23
current 6:4
curse 85:15
cursed 82:4
cursing 81:18 82:6
83:11 85:1,21
90:17 91:21 92:4
148:16
cuss 82:1 88:20
cussed 81:12,12,13
81:14 82:9,10,14
cussing 81:17 83:9
119:10
customers 8:17,20
cut 66:4
CV-497-WKW 1:5

C.S.R 177:22

**D**

D 3:1 107:3 136:11
Dallas 174:7,9,12
damage 164:7
170:19
dare 94:1
date 5:3 15:20,21
25:6 32:16 124:3
135:11
dates 32:16 33:1
76:15
dating 173:3
daughter 9:16
156:10 171:6
daughters 7:16
Davenport 48:3
52:11,13,19,19
53:1,3,11,17 56:1
58:10 117:1,5
125:12 155:7
David 12:8,11,15
36:23 37:13,17
39:2 40:12,16
41:3,10 87:22
103:1
day 2:1 24:9,11,11
24:23 25:16,17
31:15 48:7,14
51:11,12 52:16,17
55:20 69:4,6,8,10
69:12,12,13 70:19
73:5 75:21 76:4
85:23 86:13,14
94:19 95:12,19
96:2,12,17 100:4
113:10 128:5
132:6,10 142:7,10
142:12,12 145:7
145:11,12 170:6,8
days 55:20 76:20
78:12 100:9 134:3
daytime 67:15

day-care 166:22,23
dead 28:21 68:7
74:17,21
deaf 145:20
deal 101:12 109:1
dealership 167:17
dealing 7:13 98:6
104:18 109:13,14
dealings 52:1
dealt 109:2 112:18
decided 137:11
155:2 170:17
decision 54:16
defendant 4:9 5:15
Defendants 1:13
Defendant's 3:12
3:13,14,15,16,17
3:18,19,20,21
103:18,22 106:6
108:14,23 130:11
133:2,19 134:15
138:1 143:3 150:3
Define 97:8
degree 174:6
demeanor 12:13
denied 84:9
deny 91:15,18,20
92:4
denying 94:18
Deon 6:3
department 21:2,3
21:3 22:15 143:19
depends 8:2,20 9:9
49:19
deposition 1:20 2:4
2:5,15,18 6:10
39:17 63:7 94:13
103:19 106:7
130:12 133:3,20
134:16 135:3
137:7 138:2,6
143:4 150:4 153:2
177:8

depositions 2:8
describe 16:14 30:1
46:12 76:2 116:22
describing 116:7
designated 28:3
30:17 32:7
detail 116:8
different 18:3 47:6
47:13 63:16 65:17
99:12 109:12
112:23 141:22
Dike 96:3
direct 3:5 5:22
112:12
directed 23:5 41:14
44:4 124:17
directing 18:11
directly 53:7 91:16
discriminate
138:19
discriminated 54:4
58:19 59:1 63:14
81:8 125:17 140:6
155:21
discriminating
53:17
discrimination
53:14,23 57:21
71:12 82:3 99:18
100:17 102:11
109:11 110:18
112:18 114:14
115:19 119:5
124:16 125:1
138:15 139:1,15
140:9,13 141:12
142:6 153:8
176:14
discriminatory
69:18 113:14
127:19
discussed 150:19
discussing 14:5

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

discussion 14:11
  39:16 91:4 93:15
  94:12 135:2
  146:21 147:19
discussions 96:16
  97:5
dispute 114:9
disrespected 92:16
distracting 113:5
distributed 19:4
DISTRICT 1:1,2
divide 84:8
DIVISION 1:3
divorce 98:3
  164:17,18
divorced 98:11
  162:5,13 163:1
  164:16
dock 88:7
docked 73:11
document 103:23
  132:6
documents 122:13
dog 74:1
dogs 74:2,13
doing 8:14 9:9
  15:22,23 17:21,23
  20:3 21:18 40:14
  51:14,21 53:1
  63:19 64:22 66:7
  68:5,19 71:3
  83:23 85:8 98:7
  98:21,22 99:3,7
  117:2 120:20,21
  128:7 141:21
  162:3 163:6,8
  172:9,10
dominancy 142:21
door 74:22
downfall 166:9
downtime 102:19
drive 168:12
drop 168:14

drove 168:13
drug 136:6
drunk 148:17
dude 12:5
DUI 172:22
DUIs 173:3,16,19
  174:9
dye 61:21 66:15

——————— E ———————
E 3:1,10 177:1,1
Earl 126:5,7,20
  127:1,5,7 154:15
  154:15,18
earlier 40:4 65:16
  70:18 71:10 147:1
  147:22 148:12
  164:6 174:22
early 32:20 100:1
  145:13
ears 23:9 120:14
  145:20 151:18
easier 6:18
easy 71:3
eat 71:18 84:12
Ed 164:3
education 174:15
EEOC 120:6,7,8
  140:12 143:9
  144:19 150:8,10
  150:14,18 152:10
effect 2:5 96:2
effort 118:23
  171:13 172:8
eight 9:21 78:23
eighteen 9:23
either 21:22 60:18
  64:18 65:12 83:7
  85:15 95:14
  105:19 122:14
  126:2,2 167:21
  168:2 170:2
  171:10
electrical 20:3

eleven 15:22
Elmore 9:15
Elon 8:9
else's 133:7,8
emblem 42:17,19
emblems 43:9
emotional 169:5
employed 32:9
  120:14 144:10
employee 31:7 64:6
  82:6 100:16 137:2
employees 15:14
  30:7 31:22 44:23
  46:16 55:15,16
  62:2,6 64:9,15
  65:14 68:5 69:1
  75:9 76:19 77:3
  78:11 118:1 122:6
  124:10 126:16,16
  146:4 154:14,23
  154:23 155:5,14
  161:19 169:11,15
employing 98:19
employment 32:20
  32:21,23 145:7
enclosure 28:12
  29:13,17
enclosures 26:17
  26:18,19 27:20
  28:18 30:16 32:5
ended 11:8,23
  162:6
endured 73:4
  122:18 176:8
Engineering 52:15
enjoyed 175:14,21
environment 46:12
environments 13:5
equipment 52:13
  52:21,22 53:1,1
  53:10 61:4,16
Ervin 30:20 46:4
  46:20 47:2,4

57:12 62:8,22
  65:8 75:14,15
  83:22 130:20
  131:4 132:15
  152:20 175:17
especially 39:20
estimate 52:6
et 1:7
Evan 130:19 131:4
eventually 50:17
everybody 28:7
  29:14 54:8
everyday 141:21
  176:10
evidence 2:15
exact 62:2 82:15
exactly 96:22
  150:13
examination 3:5
  5:10,22
examined 5:14
exceeded 164:14
excuse 10:22
exhibit 40:2 103:18
  103:22 106:10
  108:14,22,23
  115:1 130:11,14
  131:23 133:2,19
  134:3,15,18 137:5
  137:6 138:1,5
  143:3 150:3
exhibits 106:6
  133:23
experience 128:23
experienced 110:19
  112:19
explained 66:3
extended 93:2
ex-wife 7:15
ex-wife's 163:12

——————— F ———————
F 95:6 177:1
face 53:8 75:23

face-to-face 103:10
  103:11
fact 21:1 55:22
  92:22 118:20
factory 7:10
failure 144:9
failures 143:22
fair 155:9
fall 59:19,21 62:17
  62:19
falls 74:19
family 6:23 7:8
  98:4 163:23 170:9
  170:11
far 7:17 8:14 10:12
  31:3 35:16 45:22
  46:13 57:21 64:13
  64:17 68:15 84:21
  93:11 95:4,6
  100:17 102:11
  142:10 145:21
  149:16 163:6
  168:18 173:7
faster 139:23
father 7:6 164:1,4
father's 166:4
fault 54:3
fear 28:19
feel 12:17 14:8 38:4
  53:15 75:11
  155:21 176:15
feeling 149:5
feet 59:10 60:1
fell 145:20
felt 36:7 53:20 54:4
  56:12 58:20,23
  63:14 65:22 68:20
  69:18 74:6 75:4
  84:3 100:17
  113:13 116:23
  126:16 140:5
  149:6 152:3
female 115:23

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 6

**field** 56:21
**fifty** 166:22
**fight** 18:11 20:22
**fights** 173:21 174:2 174:3
**figure** 28:16 78:22 141:17
**figured** 53:2
**file** 37:3 115:5 129:5 159:18
**filed** 140:12 152:10
**filing** 2:18
**filled** 131:7,12,16 132:6,10,13
**filling** 135:19
**final** 100:4
**financed** 167:12
**find** 20:12 73:13 111:8 123:21 125:12 140:20 165:10
**fine** 5:20 45:17 105:15 137:20
**finish** 6:17 13:18 31:12 50:18,19 92:3
**finished** 34:9 63:11 114:8
**fire** 128:10,21
**fired** 87:16,17 96:17 127:18,21 128:1,4,11 148:19 148:21,22 149:10 156:8 157:13 162:3,14 164:6
**first** 6:19 15:13 20:22 31:1 77:15 86:14 87:12,13 91:8,8 99:16,21 106:18 122:15,19 123:8,8 124:15 129:4,9,16,18 134:20 135:6

145:3 153:6,23 158:2,4,11 166:2
**fist** 18:11 173:21
**five** 28:20 59:2 63:4 72:9 73:9 79:18
**fixing** 18:10 20:22 81:3 97:21
**flag** 41:22 42:15,16 42:18,22,23 43:4 43:6
**flags** 41:21
**flip** 136:9
**floor** 20:23 21:1
**Fluor-Daniel's** 71:14
**focus** 13:8 170:15
**follow** 143:22 144:9
**following** 5:10 115:6
**follows** 5:15 39:17 63:8 94:13 103:19 106:7 130:12 133:3,20 134:16 135:3 138:2 143:4 150:4 153:3
**fooling** 98:5
**foot** 49:21,21 59:23 61:13,13 67:11
**football** 7:5
**force** 2:5 155:10
**foregoing** 5:5 177:8 177:11
**foreman** 18:6,8 28:14 52:18 68:2 128:9,10,21 145:20 146:14
**forgotten** 72:22
**form** 2:12 10:23 50:2
**formal** 116:2
**former** 152:11 154:23

**forty** 59:10
**forward** 157:14 176:12,13
**found** 38:5,7 55:17 65:13 81:19 86:23 87:14 88:1 95:13 95:15
**four** 23:12 32:18 33:5 59:4,6 72:9 73:15,16,17 78:16 78:22 151:4 157:15
**fourth** 115:3
**frame** 33:14
**framer** 7:12
**FRANKLIN** 4:9
**free** 12:18 38:4 175:22
**freelancing** 16:23
**fresher** 147:10
**Friday** 27:9
**friend** 59:14 86:10
**friends** 72:13 175:5 175:7
**front** 8:4 11:10 49:20
**fuck** 88:21 89:13 89:16,17,23 92:13 93:19 94:4,22
**full** 2:6 6:1
**funny** 34:20
**further** 2:2,9,17 114:9 177:15
**future** 171:16,19
**F-150** 43:5,6

_____

**G**

**gate** 61:5 65:13 74:22 128:2
**Gayle** 80:20,21 87:3,4,4,6 93:23 122:5,17 155:4,7
**GE** 15:22 18:16,18 19:2 20:15 24:13

25:21 33:22 34:5 34:6,9,12 35:11 35:12,14 43:16 45:4 47:16,19 48:6,14,19,21 51:20 54:19 55:13 55:15,17 56:19 57:2,20 59:14 60:20,21,23,23 61:1 66:11 75:7 84:3,6,16 93:1 99:7 120:4 131:1 172:14
**general** 11:11 20:14 36:2 109:14 128:23
**George** 19:1
**Georgia** 7:3
**getting** 11:23 21:22 26:12 73:11,11 87:16,17 91:2 92:23 98:2,17 127:7,9 132:14 148:16 170:4,14
**GE's** 55:14 65:14
**girl** 161:15 162:6
**give** 6:1,4 8:21 21:7 25:5,6 34:17 38:13 48:5 57:8 80:11 93:18 94:4 94:22 101:2,3 110:9 111:6 113:20 115:13 124:3 138:6 156:22 165:12
**given** 6:9 108:22 177:13
**gives** 161:9
**giving** 113:18 137:2
**go** 7:17 8:22 13:9 13:19 16:22 17:1 17:1,3 19:1 22:7 22:14 24:13 25:9

25:11,21 26:17,17 26:19 27:19 28:12 28:18,22 29:17 31:6 34:12 39:13 47:7,12 51:5 54:21,21 55:6 56:18 59:3,12,15 59:23 60:2,4,6,10 60:14,18,20 61:4 61:18 62:2,12,20 63:16,20,22 64:6 65:1 69:15 72:7,7 73:5,17 74:5,7,13 74:16 75:5,7,11 75:12,18 81:23 82:17,19 84:7,9 84:20 87:20 88:11 89:3 91:5,11 94:9 97:23 98:15 100:10 101:18 105:8 110:12,15 112:2 114:4 119:16 120:18 134:19 142:22 143:16 147:16 153:19 157:4,11 159:4 160:13 161:7 162:17 163:9,10 169:12 175:23
**God** 30:22 81:4
**goddamn** 82:18 85:17
**goes** 61:9,12 68:13 128:11
**GOG** 59:11 61:4,9
**GOGs** 78:4
**going** 6:12 10:19 13:8 14:8 16:17 16:18 18:18,19 21:14 27:7,13 28:15,20 29:2,3,4 29:12,15,17,19

31:9 38:20,22
39:3 47:6 52:18
52:18,20 60:5,19
62:9 63:15,22
64:22 65:9 66:19
66:20 67:22 68:14
69:22 71:1 74:9
74:12,15 75:21
76:8 77:6 82:1
85:13,17,18 88:7
88:10 89:2 93:1
93:20 94:6,23
96:7 97:14,20
101:2 105:10
107:11 108:4
110:8,13 112:1
117:16 121:15
122:12 125:8
133:23 135:22
138:5,14 141:3,8
144:15,19 145:17
147:6 150:7
154:17 162:17
166:8 169:14
**good** 40:20 73:1
78:5,6 95:9
105:22 125:12
130:21,22 131:1,6
146:10 165:5
**grab** 115:2
**graffiti** 120:3
**gray** 1:21 5:1
156:10 170:14
177:22
**grew** 7:2
**grind** 68:6
**Ground** 71:7
**grounds** 2:14
**group** 28:6 46:15
46:18 54:13 98:17
**grow** 6:23
**guards** 60:8
**guess** 19:15 20:9

76:12 100:6
116:13 143:10
**guy** 8:11 11:6,7
12:1 22:6,21
31:17 36:22 40:13
40:20 48:3 51:18
55:9,10,13,23
59:16 66:7 71:1
71:18 74:18,19
77:6,14 78:2
80:17,21 81:4,14
99:20 101:8
104:18,20,21
113:8,21 120:17
121:6 126:7
**guys** 15:8,10 18:13
19:9,11 30:22
40:12 42:7 44:7
44:10 45:16 46:22
48:10,16 49:3,10
49:15 54:10 56:17
56:19,19 57:13,19
58:9 59:5,19
70:21 71:15 72:10
72:14,15 73:13
77:8 78:16 89:5
101:22 112:22
117:15 142:20
154:10,16 155:20
175:21
**guy's** 12:8 20:5
126:6

**H**

**H** 3:10
**habits** 45:5 59:9
70:1 102:17
121:10
**hair** 156:10,11
170:14,14
**Haley** 4:11
**half** 69:12
**hand** 28:18 35:2
40:8,10 93:2,3

99:1 101:9 116:18
116:20 133:23
**handbook** 127:21
127:23 129:3,6,10
129:13,15,16,17
137:2,8 143:23
144:2,2,6,9
174:22,23
**handle** 22:15 93:20
94:6 95:1 147:22
**handling** 37:20
38:3
**handrails** 59:11
60:8
**handwriting**
106:13 130:15
132:3 134:2,21
135:6,11
**handwritten** 37:12
38:13
**hang** 26:20 27:22
30:9,16 32:6
**hanging** 26:19
59:10 175:21
**happen** 25:5 28:10
49:18 75:16,17
78:19 80:1
**happened** 12:9
17:20 22:2 27:18
31:1 34:18 37:13
62:13 76:15 79:7
79:11 80:2 86:14
87:9 91:13,18,19
100:15 102:12
105:13 107:15
113:7,8,14,18
114:8 118:7
143:20 164:11
**happening** 18:8
23:1 87:7 111:22
116:4 170:22
**harassing** 86:22
**harassment** 104:12

105:3 122:20
138:14 139:1,16
140:16
**hard** 23:2 26:22
28:1,2 30:16 32:6
76:16 79:3 157:16
**harness** 61:6
**hats** 26:22 28:1,2
30:16 32:6 41:18
54:6
**havoc** 38:6
**hazard** 28:16 31:15
**HCC** 96:3
**head** 12:19 43:12
53:5,6 73:8
144:15 156:11
170:14
**headaches** 98:3
**hear** 26:1,6,11
29:20,23 30:6
35:4,20 45:7 46:3
49:10 85:21 89:9
102:12 108:17
120:15 121:18
129:20 140:20
169:22
**heard** 10:12,15
13:12,23 14:10
15:2,6,17 18:6
19:23 22:21 23:8
24:4 25:2 27:15
31:15,21,23 32:3
32:9 35:2,3,23
41:15 43:23 64:14
70:11 77:11 82:13
83:8 85:1 90:9,11
96:21 118:9
120:13 122:17
151:18,19 169:20
170:1,2
**hearing** 17:18
24:18 177:13
**hearsay** 87:5

120:15
**heated** 18:9 93:12
96:23
**heights** 121:9
**hell** 87:8,13 88:1
95:17 126:5
**help** 15:21 112:10
**helper** 93:7
**helpers** 99:13
**Hester** 164:3
**Hey** 121:15
**high** 15:23 26:13
30:15 32:5 99:5
174:16
**higher** 90:16
**Highway** 165:8,22
**hired** 19:10 25:8
33:7 129:14 130:7
132:14 133:12,13
**hit** 8:15 65:13
74:21,22 128:2
171:2,11
**hitting** 172:3
**hold** 11:13 13:17
31:12,12 39:12
50:3 62:23 73:7
92:3 106:2 109:17
134:22
**holding** 54:10
**holds** 67:1
**hole** 29:19 54:15
66:5,6,8,17,20
67:23 68:4 69:2
**holler** 74:11
**home** 6:4 27:5,6
56:14 59:3,5
60:18,20 73:9
79:18 80:5,13
98:8 161:5 165:18
**homeowners** 9:5
**honest** 125:13
**Honkey** 169:16
**hooked** 33:22 59:22

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 8

horse 7:16 161:22
  161:23 162:7,8,8
  162:9
horsing 83:5
hot 62:16
hour 8:18 9:8 48:12
  48:20 66:7 74:15
  86:3 162:18,19
hourly 9:6
hours 12:5 52 59:4,6
  73:15,16,16,17
  78:22,23 97:2
house 55:16 98:4
  98:12 164:5,11,12
  164:15,16,20
  165:15 166:3,5
houses 165:9
housing 7:13
huh-uh 6:16
human 10:23 37:23
  143:18 149:22
humiliated 142:1
hurricane 8:15
  160:4 170:20
hurricanes 171:2
hurt 170:5
hurting 170:5
Hyundai 11:6
  17:13,14,21 18:15
  18:19 19:2,3,5
  20:11,15 24:14
  25:22 32:2 34:1
  34:11,17 35:8
  45:4 47:21 48:23
  49:1 51:13 56:7
  58:1 65:6 75:7
  99:8 103:13
  104:14,17 105:9
  146:9 172:13

_____ I _____

idea 148:6
identification
  103:17 106:5

130:10 133:1,18
  134:14 137:23
  143:2 150:2
identified 122:2
identify 155:20
ignore 102:2,7,8
illegal 138:19
illegally 47:1,16
immediate 47:1,16
immediately 97:18
  141:15
impacted 100:18
important 108:7
impression 83:12
improper 108:20
  153:16
inappropriate 36:8
  36:20 57:22
incident 11:5 12:1
  36:21 39:8 40:15
  51:18 101:5
  105:10,12 109:2
incidents 66:1
  112:23
include 8:22,23
  108:8
included 107:9
including 28:13
income 160:12
  162:15,17,21
inconsistent 147:21
incorporated 8:6
indicating 108:10
  108:11 113:2
Industrial 1:11,12
  17:17
information 27:11
  33:7 176:6
injury 164:7 169:5
ink 61:20 66:15
inside 66:19 67:16
install 9:2
instance 26:22
instructed 47:12

instrument 103:16
  130:9 132:23
  133:17 134:13
  137:22 143:1
  150:1
instruments 106:4
insubordinance
  128:15
insurance 8:11
interested 129:19
  134:6 177:17
International
  71:16 72:12,17
  129:22 172:13
interrupt 39:5
  110:11
interrupting 110:5
interview 103:9
  104:9 109:7
  154:17
interviewed 110:16
  152:8,12,15
interviewing 96:21
  132:19
intimidating 112:8
intimidation
  111:23
investing 53:9
invited 71:18,23
  72:1
involved 154:4,6
  155:6
involvement 114:9
involving 39:8,10
IP 72:15
Ivan 8:15,15
  171:11,12

_____ J _____

J 177:22
Jack 30:21,21,21
  46:3,20 57:9 70:5
  70:6,9 71:2 77:4
  80:16 136:22

151:5,17,20,21
  152:20 153:17,17
  154:13 155:13
James 122:6,11,15
January 119:22
  120:2 147:9
jeep 168:11,19
Jeff 19:6 57:11
  126:8
JEFFERSON
  177:5
job 14:9 18:18,19
  18:23 23:1 37:14
  37:15 47:2,13
  50:21 53:11,12
  55:17 56:18 57:5
  59:13,18 60:12,13
  61:1,15,16 62:11
  65:16,19 67:19,21
  68:1,10,20 71:16
  74:6 75:4,9,13,15
  82:18 83:18,21,22
  85:5,8 96:6,13,13
  98:3 107:15
  115:19 118:3,7
  121:9 123:21
  125:9 126:12
  129:7,7 132:19
  140:20 143:20
  149:6,7 161:3
  163:4 168:18
  171:21 172:8,18
  175:9
jobs 68:4,4,18
  70:22 85:9 98:21
  99:3,4,7 138:17
  149:9 160:15,16
job-site 107:14
job-specific 174:18
jog 153:16
Johnny 10:21 11:2
  11:3 12:11,14,17
  13:3,4,16,16,22

14:2,10,11,17,18
  22:13 23:14 24:17
  24:18 25:18 26:5
  26:6,23 29:5,8,8
  29:10,11,20 30:14
  31:12,14 32:3,15
  33:13,22 34:2,4
  36:22,23 38:4,5
  39:10 41:10 42:2
  42:2,11,12 43:1,3
  43:22 47:9,10,17
  47:17,18,23 48:9
  54:18 59:7 60:16
  62:1 64:7 65:11
  67:22 68:23 70:23
  73:6 75:5,12
  78:18 80:6,13
  81:10,11,12,15,19
  81:20,21,22 82:7
  82:8,9,13,14,19
  82:20 83:11,16,17
  83:18 84:22 85:3
  85:8,10,11,13,18
  85:21 86:8,9,10
  86:18 87:5,7,21
  87:21 88:1,3,6,17
  89:16 90:19 91:5
  91:9,11,12,17,18
  91:21 92:4,6,15
  92:23 93:1,5,9,15
  93:17 94:3,19,20
  95:4,8,11,13,16
  95:19 96:1,12,15
  97:3,5,22 98:6,10
  102:5,5 108:2,3,5
  108:15 109:1,14
  110:21 119:10
  121:7,7 123:18,20
  126:4,22 130:6,6
  133:12 140:19
  142:22 145:22
  146:2,13 148:4,7
  149:4,13,19

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

151:23 156:1,2
**Johnny's** 74:8
**joining** 155:1
**joking** 86:6 169:21
**journeymen** 44:11
**July** 33:14
**June** 124:22
**jury** 10:1

---

**K**

**Karen** 37:23
**keep** 23:2 36:18
54:8,12 56:12
58:21 73:8 112:22
114:5 116:16
145:17 159:14
160:11,11,18
161:14,18,20
162:7,9 171:3
**keeping** 162:6
**Kelly** 1:21 5:1
177:22
**kept** 36:21,22 37:1
95:19 97:12
**Kiandra** 9:19
**kid** 169:7
**kidding** 83:14
84:23 85:4 86:6
**Kimberlin** 31:16
48:18 49:9,23
50:7 94:21 115:20
156:1,2
**Kimberlin's** 50:10
**kin** 177:16
**kind** 19:3 22:11,11
23:1 36:18 61:7
72:13 75:1 76:16
84:2 87:23 97:13
98:1,2,5 99:17
120:3 121:8,10
128:14 155:10
160:11 161:8
169:4
**kinds** 61:13

**King** 3:5 4:10 5:20
5:23 9:12 11:21
13:21 39:19 40:1
40:3,18,22 50:5,6
63:3,10 94:9,15
99:15 103:21
106:9 108:16
109:4 110:4,8
111:8,12,15,18
112:4,9,16 113:4
113:6 119:14,18
119:19 130:14
133:5,22 134:18
135:5 138:4 139:5
139:13,21 140:1
143:6 150:6 153:5
157:6,20 158:17
158:20 159:5
162:2 165:15,21
176:20
**knew** 29:15 54:20
122:16 126:21,23
151:12
**knife** 11:9 12:4,5,6
19:11 40:14 99:20
101:6,9
**knocked** 127:10
**know** 9:3 12:3,17
13:11 14:6,15
18:4 19:22 22:22
24:19,21 25:7
27:14 29:1,14
30:4 35:1,3,19,22
36:4,6 41:6 42:13
44:8 45:2,15,19
49:14 52:22 59:7
60:15 62:1 64:8
64:18,21,23 65:5
68:18 72:8,20,22
73:5,6 75:1 76:15
76:18 77:23 78:3
78:11 79:5,8,10
79:23 83:3,6,8,9

84:4 85:12 87:2
88:12 89:13 93:13
93:21 96:23 97:11
98:2 101:22 103:8
104:15 105:7,10
109:20 110:21
121:17,22 122:13
122:15 125:7
126:12,13,13
128:7 129:1,4
138:17,22 139:3
140:3 141:8,9,18
142:1,23 143:14
144:12 145:10,14
148:8,8,14 150:17
152:5,7,10 153:11
157:1 159:2
163:19 165:9
166:10,12 169:15
170:5,16 171:16
172:9
**knowledge** 76:22
118:21
**known** 175:18
**K2** 1:11

---

**L**

**L** 1:16
**labor** 8:19,21 9:7
68:11 78:2 127:7
127:9
**laborer** 66:6,6
77:22 126:20
**laborers** 44:7
125:21 126:11
**laborer's** 67:21
96:13
**ladder** 59:23,23
60:2,3,5,6,7
**lady** 9:2 12:22 19:6
37:23 165:4,5,6
**lady's** 165:1
**laid** 131:13
**Lamar** 24:21 46:3

46:20 65:8 80:19
87:3 152:21
**Lane** 6:5
**language** 18:6
58:18
**lanyard** 59:22,22
**late** 27:4 32:21 59:2
73:10 79:19,23
80:14 88:5,8,9
89:2,7 97:12,13
145:2,9
**laugh** 26:9
**law** 1:21 5:6 41:8
93:22
**laws** 2:6
**lawsuit** 6:19 45:8
86:23 118:11
122:2 129:11
140:13 164:8
175:4 176:7
**lawyer** 93:20 94:5
94:23 153:7
**lawyers** 31:4
**lead** 11:8 34:3 42:7
44:11 47:13 68:1
68:17
**leader** 14:7,7
**leading** 2:12 26:23
50:14
**leak** 68:14 74:3
84:15
**leakage** 67:1 74:1
**leaked** 93:23
**leaks** 67:6 68:13
**learn** 57:7
**leave** 9:4 25:21
32:13 40:2 72:7
74:19,20 112:14
121:22
**led** 27:1
**left** 7:2 18:16,23
33:4 55:12 56:2
58:6 107:5 129:7

154:15 161:17
166:9 172:4
175:18
**letter** 38:23 39:5
**letting** 79:23
**let's** 15:13 39:13
47:7 48:8 82:5,12
86:12 94:9 112:3
115:17 134:19
143:16 145:17
152:22 157:11
159:6,8,19
**level** 7:14 17:22,22
17:23 18:1,1,2
21:9,9 68:21 71:7
**Lewis** 1:7,20 3:3
5:9,13 6:3 7:20
9:19 54:21 104:9
107:3 112:2 115:6
115:7 136:11
163:13,14
**Lexis** 9:19
**life** 7:17 23:16
162:11
**light** 166:19,23
**LIGHTFOOT** 4:9
**lights** 28:19,20
67:13
**liked** 78:5
**likes** 57:4
**line** 133:12
**lines** 32:4 151:4
**list** 10:13 29:13
31:9
**listen** 13:18 46:1
110:12
**listening** 101:18
148:6
**lit** 67:13
**literally** 49:16
51:10
**little** 6:22 14:4
44:10 55:4 68:20

---

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 10

81:11 126:23 144:11 147:9 156:9 161:15 162:6 173:21,22 174:2
**live** 7:11 9:11 10:8 163:22,23 166:6 166:13 169:1
**lived** 6:6 166:3,14 173:11,13
**lives** 7:11 9:16 10:3 163:17
**living** 166:15
**load** 171:5
**loaned** 101:3
**local** 167:15
**located** 12:19 13:1
**location** 21:8
**locations** 99:12
**lock** 136:17
**log** 115:6
**long** 6:6 25:7 43:17 52:6 55:1 127:18 128:7 141:9 142:3 166:6 173:14
**Lonnie** 8:11
**look** 23:11 29:18 42:21 57:5 95:9 98:18 104:2 114:4 115:2 117:21 119:20 131:22 134:18 137:11,19 150:9 151:1 159:1
**looked** 8:12 78:9 127:23
**looking** 9:22 73:8 139:9
**looks** 42:22 144:19
**lose** 97:4 98:4,4,5 149:5 164:11,15
**losing** 97:9 98:3 156:11 163:4 170:9,11,13

**lost** 98:11 118:20 158:9 159:7 164:5 164:10 165:16
**lot** 38:6 76:8 86:15 110:12,15 144:15 156:12
**Louisiana** 12:20 13:3 37:16,21 39:1,6,7 57:10 116:13 117:9 118:22 123:2,12 141:5 152:5
**lousy** 131:10
**lowest** 10:23 149:22
**Lowndes** 9:14,16 163:18,19,20 166:13
**lunch** 22:7 71:18 72:2,6 84:5,5,11 84:13,13
**lunchtime** 72:5

———————————
**M**
———————————
**M** 163:13
**mad** 90:3,6 97:10
**mail** 37:11 115:16
**main** 74:8 127:1 134:6 156:4
**Maintenance** 8:10 172:19
**making** 57:21 64:5 96:3 104:20 121:8 124:10 125:21,22 125:23 126:3,9 127:14,15 136:19 136:23 157:9,10 157:23 162:18 163:7,8,11 164:13 176:7
**male** 31:22
**man** 9:3 31:21 34:3 34:22 45:22 47:14 68:1,17 81:12

82:1 86:21 98:1 115:21 149:19 169:12
**Mansfield** 1:12 10:15 12:7,23 15:7 17:15 18:18 19:2 20:6 31:8 32:10 33:21 37:21 38:2 40:13 44:6 44:17 45:11 46:11 46:13 53:2 54:5 55:14,18 57:10 60:22,22 61:1 72:14 75:12 84:17 98:10 99:17 100:14 113:19,21 114:13 117:11 120:14 129:2,10 129:19 130:1,22 131:6,20 132:14 138:8 139:14 140:2,10,15 142:8 145:11 153:8 155:1 156:8 157:10 158:1 162:4,14 163:4 164:6 171:23 172:4 174:23 175:6 176:15
**Mansfield's** 37:6 129:3 131:3 143:18
**March** 33:8 131:16 131:21 132:13
**Mark** 55:12,15,19 55:20,22,22 57:9 58:6,6 77:4 80:16 154:15,18,19
**marked** 103:17 106:5 130:10 133:1,18 134:14 137:5,23 143:2 150:2

**marriage** 156:9 162:12 171:14
**married** 7:1 166:11
**mass** 57:14
**material** 8:18
**materials** 8:23
**math** 158:23 159:6
**matter** 21:1 55:21 92:22 118:20
**mean** 9:4 17:17 18:5,22 20:18 22:22 35:14,18 37:6 38:15 39:4 50:22 51:8 53:14 57:13 62:14 66:4 66:20 67:13 68:17 72:8 83:17 85:12 87:11 89:14 95:15 96:20 97:8,8,14 98:18 105:16 121:18 128:3 130:6 142:23 149:7,18 159:23 161:17 166:11 170:4,16 173:18
**means** 21:21 73:15 74:3 177:10
**meant** 175:20
**meet** 18:1,2 19:17 21:17,19 50:17,22 51:1 55:23
**meeting** 14:22 20:7 20:8 22:11,12,18 22:20 112:20 149:12 150:18
**memo** 104:5
**memory** 147:8 153:17
**men** 11:8 44:11
**mentioned** 65:1 110:21
**met** 8:11,16 129:21 149:22

**Mexican** 11:6,7,9 15:10,14 19:11 30:7 31:22 36:22 39:9 99:20 100:15 101:5 102:13 104:18 105:12 124:10 146:4
**Mexicans** 12:13 16:5,10,12 19:10 30:5,8 44:2 124:1 124:2 141:1
**Michael** 10:6 11:18 11:19
**middle** 1:2 32:20 32:22 51:2
**Mike** 71:17,22
**miles** 170:12
**mind** 54:14 68:15 71:10 87:12 128:17 170:12 171:4,5
**mine** 50:20 72:11
**minute** 39:13 79:17 111:14 156:22 157:2
**minutes** 27:4 48:17 59:2 63:4 73:10 79:19 80:14 88:8 91:8
**misdemeanor** 173:22 174:2
**misleading** 108:21
**missing** 169:7
**mistaken** 42:12,13
**mix** 78:1,3 126:13
**Mobile** 6:5,6 7:14 8:9,14 13:2 57:10 156:10 162:8 166:9 168:16,21 169:2 170:18,21 171:7
**model** 43:6
**mom** 166:23

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

**moment** 50:3
**money** 156:7,14,15
   157:23,23 163:7,9
   163:11 164:13
**monitor** 68:12,12
   74:9,10,12,15
**monitors** 61:21
   68:13
**Montgomery** 9:15
   10:3,8 165:8,22
**month** 25:9,10
   34:18,19 62:14
   100:11 142:4
   145:12 162:1
   165:23
**months** 33:5,19
   142:4 145:16
   153:18 168:7
**month-and-a-half**
   25:10 52:8
**morning** 57:14
   64:12,20 74:16
   87:19 88:4
**mother** 7:8 164:1
   166:4
**mother's** 164:2
**mother-fucker**
   88:18,23 91:22
   92:5
**mother-fucking**
   90:21 91:1
**motion** 104:20
**motivating** 155:10
**mouth** 95:20
**move** 54:16 61:23
   101:8 170:11
   171:7
**moved** 7:2,3 22:15
   58:20 162:8
   171:15
**moving** 63:12
   156:10

_____ N _____

**N** 1:16 3:1 17:11,18
   21:12 29:21 32:1
   34:16 35:4 44:15
   44:18 45:5,6,21
**name** 6:1 9:18,19
   10:5,6 11:3,16,18
   11:19,20,22 12:8
   12:21 19:7,8 20:5
   31:16,20 37:22
   41:3,11 42:1
   46:16 48:4 52:20
   57:11 71:17 77:7
   77:10,15 80:18,20
   81:20 82:10,11
   87:22 101:13
   103:2 114:22
   116:14 122:12,17
   126:6,8 151:13,14
   151:22 155:23
   163:12,13,14
   164:2 165:1,6
**named** 31:21 81:4
**names** 30:12,23
   31:2,5 57:8 80:11
   80:17 88:20 92:17
   155:6
**Nate** 24:21 87:3
   148:8 152:20
**Nathaniel** 46:3,19
   65:8 80:19
**naturally** 56:21
**nature** 34:22 43:9
   71:6 85:19 91:23
**necessary** 2:10
**need** 8:3 26:15
   53:12 102:12
   104:22
**needed** 53:10 91:5
**needing** 130:4
**needle** 68:6 98:23
**neither** 24:21
   148:21 177:15
**never** 22:1 27:5

44:16 64:9,14,23
   79:12,14 91:19
   92:16 118:16
   129:6,17 137:16
   138:12 145:21
   160:23 161:1,2
   168:5
**new** 19:9 56:18,18
   56:23 62:21 63:1
   80:17
**nickname** 169:16
**nigger** 11:2 13:14
   14:13 23:19 25:1
   25:13,19 31:14
   44:13,20 45:8
   46:5 54:9 141:23
   151:7,16
**niggers** 15:11,11
   18:3 19:21 22:1
   32:2 35:8 146:9
**night** 27:10
**nine** 7:3,4 173:1
**Nissan** 167:6,7
**normally** 90:17
**North** 4:13
**NORTHERN** 1:3
**Norwood** 6:5
**note** 36:21,22 37:1
   37:2,12 38:10,13
   38:14 39:15 40:4
   40:5 63:6 94:11
   103:16 106:4
   109:5,6,18 130:9
   132:23 133:17
   134:13 135:1
   137:22 143:1
   150:1 153:1 167:3
   167:4
**notebook** 160:13
**notes** 36:17 128:13
**notice** 2:18
**November** 20:9
   145:2,9,14

**number** 1:5 66:12
   93:19 94:5,23
   103:18,22 106:10
   115:1 130:11,15
   133:2,5,19 134:4
   134:15,19 137:6
   138:1,5 141:6,10
   143:3,7 150:3,7
   154:16,18
**Numbered** 106:6
**numerous** 26:14
   35:14

_____ O _____

**O** 1:16
**Oay** 65:20
**object** 50:2 108:13
**objecting** 110:2
**objections** 2:10,13
**obtain** 136:6
**occasion** 120:1
   146:4
**occasions** 143:19
**occupy** 171:3
**October** 16:1 20:9
   100:1,5 104:3
   114:7,12 115:8
   122:21 123:9,13
   124:6,18 141:5,15
   141:16 145:2,8,15
**offensive** 10:14
   13:12 15:6 30:1
   32:8 36:8 43:11
   45:10 46:8 58:17
   122:8
**offered** 2:15
**offers** 172:15
**offhand** 36:12
   77:16
**office** 11:10 12:23
   14:4 21:3 37:19
   38:16 39:2 41:8
   91:5,11,17 92:7,8
   92:9 109:20

114:19 116:13
   145:18
**offices** 1:22 5:6
**off-hand** 23:10
   32:11 46:22
**off-the-record**
   39:16 94:12 135:2
**Oh** 24:5,7 26:7
   39:23 41:21 47:9
   54:1 121:3 154:15
   155:8 161:13
   165:17 166:19
   169:12
**okay** 8:8 9:22 10:11
   14:18 15:5 17:6
   18:17 22:18 24:6
   27:8,21 29:20
   30:6 33:7 34:15
   40:3,8,11,22 41:4
   41:12 43:1 45:7
   46:10 47:10 49:7
   50:5,13 51:23
   54:2 58:16 62:5
   62:12,20 69:17
   72:19 84:19 85:7
   94:15 96:15
   103:14 107:16
   109:4 110:10
   113:16 114:1
   115:1,15 119:13
   120:9 121:21
   122:19 124:20
   127:5 137:18
   146:17 149:1,2,23
   155:9 156:4 160:2
   164:5 169:1 170:1
   175:20
**old** 9:20 72:10
   165:1,4,5,8,17,22
   168:11
**older** 9:23 80:21
**once** 11:4 48:12
   55:19 60:2 65:7

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

74:1 79:15,16
80:4,4 88:1,3
89:11 96:20
140:18 145:21
175:18
**ones** 36:1 41:16
42:10 46:16 57:16
74:23 154:9
155:21 156:4
176:12
**one-by-one** 82:12
**one-on-one** 28:5
**ongoing** 176:10
**on-the-job** 54:1
**open** 67:16,17
**opinion** 84:22
**oral** 5:10
**outside** 67:4 72:4
84:10,11 173:11
**outstanding** 94:16
**out/tag** 136:17
**overheard** 23:22
**overlook** 36:14
**owe** 101:6 167:23
**owner** 52:14 53:6
**owns** 7:6

**P**

**P** 1:16
**page** 3:7 104:3
107:12 115:3,8,9
131:22 132:9
134:7,20 135:6,8
135:10,14,14,15
136:2,5 151:2
**pages** 136:10
**page-by-page**
134:20
**paid** 59:4,8,9 73:11
73:12,14,20 76:4
76:22 102:19,20
127:6,7 160:8
161:3 166:19,22
166:22

**paint** 18:23 21:2,3
22:15 68:7 78:1,3
126:13
**painted** 21:21
**painter** 7:12 146:19
146:22 147:13,20
148:1
**painter's** 96:13
**painting** 19:15
50:23 51:15,16
71:5,5 99:1,1
**paper** 10:18 37:19
41:6 71:16 72:12
72:17 108:10
129:22 172:13
**papers** 31:2 132:13
**paperwork** 37:18
135:20
**paragraph** 104:8
106:18 107:11
116:21 117:21
146:18 148:15
**parents** 166:14,18
**parking** 86:15
**part** 24:1 95:3
106:15 107:6
146:20 148:9
164:16 174:21
**particular** 14:6
61:18
**parties** 1:19 2:13
177:16
**parts** 8:18
**party** 6:20
**patch** 171:13
**Patrick** 1:20 3:3
5:9,13 6:3 7:20
10:11 25:4 29:12
30:13 40:3 41:13
54:21 63:11 67:21
81:9 94:18 101:5
104:9 107:3
113:17 115:2,5,7

135:5 136:11,16
142:16,17 143:6
153:6
**PATRICT** 1:7
**Paul** 40:21,22 41:3
41:11 87:22,22
100:20 101:13
102:10 104:6
105:17 107:8
108:2,5 110:16
113:21 114:15
122:21
**pay** 45:13 76:1,2,2
76:20,20,23 77:1
77:4,5,5 78:12
79:13,14 125:17
125:18,21 126:9
127:8,9 161:16,19
166:17,17,21
**paying** 26:9 167:21
**payment** 165:23
**pedestrians** 21:20
**penitentiary**
101:21 154:19,21
**people** 8:3 17:3,19
21:21 22:3 26:12
26:13 28:6,19
30:13,15 32:4
37:21 42:8 45:18
46:15,19 56:11,18
56:23 58:22 59:12
70:8 74:3 78:5,14
78:15 80:12 82:4
96:21 98:18,20
101:7 102:1 122:1
127:8 131:11
142:10 148:16
149:20,21 176:3
**perform** 14:9
**perimeter** 66:23
**period** 22:6 45:21
48:20 50:11 60:6
115:14 118:20

**periods** 142:3
**permanent** 125:9
**person** 12:14 23:14
45:1 64:5 65:1
102:1 115:17,21
116:1,23 117:4,7
117:18,23 118:22
123:2,12 125:12
125:13 133:13
141:5 147:18
**persona** 50:11
**personal** 7:17
59:13,14 162:11
**personally** 15:18
23:18 78:20
160:20
**person's** 117:9
**pertain** 10:19
**pertaining** 105:9
105:12 148:10
**Pettaway** 1:22 4:4
4:5 5:7,19 9:14
11:13 13:17 37:4
39:12,23 50:2
62:23 63:4 94:7
99:14 105:19,22
106:2 108:13,19
109:17 110:1
111:10,14,16,21
112:5,11,21 113:1
119:16 134:22
139:3,10,19
152:22 153:20,21
153:23 154:5
156:13,17,20
157:1,16 158:16
158:19 159:3
161:20 165:12,13
165:17,20 176:21
**phone** 123:2
**pick** 9:1 57:16
70:16,19,20,20
74:20

**picked** 98:17
**piece** 41:6
**pillowcase** 161:21
**pipe** 70:2,2,3,4,10
70:12 78:4
**Pipeline** 55:5
**place** 19:4 48:16
54:12 65:2,22
71:3 88:4 118:2
121:2 130:22,22
131:1,6,10 140:9
161:23 166:2,14
168:22,22
**Plaintiff** 4:3
**plaintiffs** 1:8 45:8
45:12 169:19
175:4 176:7
**plan** 134:1
**plant** 11:6 17:14,21
18:15,19,22 19:3
19:5 20:15 21:2
28:21 34:1,5,6
35:12 48:6,19
49:13 51:13,17
56:4,7 57:2,20
58:2,20 59:15
61:20,21 63:12
64:4 65:7 66:11
66:15,16 75:8,8
103:13 104:15,18
124:21 146:9
172:13
**plants** 34:11 98:21
99:8
**played** 7:6
**playing** 83:5
**please** 6:2 32:14
110:11,11 112:4
139:11 157:7
**plus** 8:18 60:7
**point** 39:15 51:4
63:6 94:11 96:8
103:16 106:4

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

110:3 130:9
132:23 133:17
134:13 135:1
137:22 143:1
148:2 149:8 150:1
153:1
poles 61:10 71:5
policies 138:23
139:15
policy 138:7,15
139:18
position 49:8
possibly 154:4
155:1
power 152:3
Practice 174:21
predict 171:16
preferred 56:16,22
premises 72:7
prepare 143:11,12
prepared 143:13
presence 34:16
43:23 44:22 122:5
present 4:16 14:19
14:20 16:7 30:13
82:6
pressure 99:5
presume 31:19
120:7
pretty 9:4 28:14
42:7 83:15 102:2
108:17 146:23
147:3 165:5 169:7
previous 70:22
138:17
price 8:21
Prince 37:4,20
38:21,21
print 161:8
prior 2:15
probably 36:13
38:20,21 72:21
79:9 95:3,5,6,8

96:22 98:19
122:16 144:11,14
147:9 158:6 167:3
167:23
probative 50:4
108:21
problem 12:17
20:12 52:11,12
53:8,9 56:8,14
70:23 78:6,15
81:15 95:14 97:19
97:22,23 101:16
126:22 127:5
156:19 163:9
problems 21:6
37:17 38:3 52:9
53:23 74:8 85:8
95:11 143:21
145:4 153:7
173:19 174:11
Procedure 5:4
proceeded 81:18
proceedings 5:11
176:23
produced 5:14
profanity 85:15
90:19 96:15
professional 7:14
project 55:4 123:23
141:8
promise 110:13
promoted 77:23
pronounce 40:19
proper 61:3
protection 59:19,21
provide 116:7,10
provided 5:3
psychological
169:5
pull 12:4,6 43:17
139:22
pulled 19:11 86:14
99:19

pulling 11:9
pure 87:8,13 95:17
put 13:4 16:18 17:2
28:10 30:10 45:15
84:6,16 142:7
175:8
putting 70:1 121:9
141:22
p.m 5:9 104:10

## Q

qualified 126:10,19
question 6:18 13:7
13:8,18,18 22:8
38:12 46:2,2 47:7
48:13 50:3,4,13
53:22 63:13 70:9
83:1 88:22 90:15
92:3 94:2,16
99:14 102:9 105:4
105:14,17 107:7
108:14,20,20,23
109:18 110:12
111:20 112:3,12
112:13,15,17
121:14 129:9
131:5 132:8 134:8
139:10,20,21
150:11 153:16
157:3,5,7 159:3
169:13 170:4
172:7 175:10
questions 2:11,12
6:13 110:5,15
112:7,10 120:12
177:9
quick 63:1
quicker 13:9
110:13,15
quit 56:1 110:4
141:19
quite 56:21 121:23
122:17
quote 83:7

## R

R 177:1
race 53:14,23 57:21
58:21 63:15
100:16 112:18
114:14 138:20
139:16 140:9,13
140:16
racial 10:13 13:11
15:5 23:5 26:2,6,8
27:14 32:8 35:23
41:14 43:23 57:21
58:17 65:23 82:3
99:17,17 104:12
105:3 120:13,16
121:17 122:4,8
138:14,23 140:16
142:5,5 143:21
145:4
racially 10:14
13:11 15:6 29:23
32:8 36:8 43:11
45:9 46:8 58:17
122:8
racism 12:12 27:2
84:3 107:14,17
racist 12:14 15:12
22:5 63:21 73:5
92:19 93:9,16,17
93:18 94:6,19,20
94:21 95:1,5
101:1 120:3
131:11 142:9
racists 23:15
rack 70:2,2,3,4,10
70:12 78:5
radio 74:11
Ragland 30:20
45:11 46:4,19
80:19 152:20
rain 73:23 76:1,4,8
76:19 125:18
rained 79:8,10

rain-out 59:3 73:14
76:1
raise 90:7,10,16
raised 28:17
Ralo 30:20 46:4,19
57:12,12 68:6
69:3 80:19 93:6,7
97:1 152:20
175:17
ran 11:9 16:10,10
167:1
randomly 98:16
rate 9:6 126:3
reach 68:12 74:20
read 5:17 37:10
102:23 103:8
104:10 115:8
128:3,6 129:6,9
134:5 144:7,17,17
146:20 147:17,18
reading 2:3 144:5
148:11
ready 63:17
real 11:18,20 71:9
71:9 95:11
really 9:22 14:7
20:10 23:12,13
26:4,9 27:7,17
28:15 29:13 30:4
45:20 56:10,13,13
62:4 73:1 77:16
79:5 83:6 87:23
89:10 96:14
109:19 111:19
120:18 131:14
133:23 141:17
145:12,14 153:9
153:11 162:16
170:15
reason 10:1 72:3
98:11 110:6 114:1
114:5 119:8 121:1
127:18,19 128:15

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 14

154:19 155:2
162:23 170:17,21
**reasons** 98:13
163:2
**rebel** 41:21,22
42:16
**recall** 15:19,20,21
19:7 20:10 30:23
30:23 31:5,8
35:15 36:11,12
38:19 46:22 62:13
71:12 72:21 77:10
77:16 79:5,6 81:5
85:14 88:6,19
92:15 93:14
100:12 113:11,12
113:22,22,22
116:17 117:13,14
118:8,13,19
119:21,23 120:7
121:12,20 124:20
126:1 131:8,19
144:16 150:23
153:14,22 165:1,4
165:6 167:14
172:3,3,5
**recalling** 36:11
**receipts** 159:17
**receive** 137:7
**received** 76:19 77:4
77:4,5 78:12
79:13,14 129:17
**receiving** 132:5
135:18
**recess** 63:6 153:1
**recollection** 34:7
113:16 115:10
**recommend** 128:10
129:23
**reconstruction**
18:21
**record** 20:6,13,18
39:13 53:3 102:23

134:23
**recorded** 17:15
**recorder** 118:19
**recording** 40:14
117:19 118:1,10
118:18
**recordings** 118:17
**records** 36:18
159:15 160:11
**red** 84:3,4,6,14
**rednecks** 86:11
**Reed** 11:3 13:16
14:2,11,18 15:2
26:5,6 29:11,20
30:14 32:3,15
33:13 42:2,2,11
43:1,3,22 47:11
47:17 48:9 52:2
59:7 67:22 68:23
69:14 81:11,12,15
81:22 82:7,9,14
82:20 83:11,16,19
84:23 85:3,10,11
85:13,21 86:8,9
86:18 88:3,17
89:16 90:19 91:12
91:18,21 92:4,15
93:2,5,9,15 94:3
94:19 95:12,19
96:1,12,15 97:5
102:5 115:20
119:10 121:7
126:4,22 130:6
132:17 142:14
145:22 146:15
149:4,13 156:1
**refer** 31:22 130:1
169:11
**reference** 144:1
**referenced** 109:5
**referred** 14:12
15:14 23:18 25:1
25:12,13 31:13,14

130:19 131:4
146:21 147:23
151:16 169:15
**referring** 16:15
**refuse** 60:10 65:4
65:10 105:11,15
163:10
**refused** 60:11
65:11 75:18 93:3
162:19
**regard** 124:10
**regular** 57:1,20
**regularly** 44:21
**regulations** 135:17
135:23
**related** 118:11
141:12
**relating** 2:7
**relations** 22:4
**relatives** 9:10,23
10:8
**relay** 152:4
**relieve** 75:14
**remarks** 104:12
105:3
**remarried** 163:15
**remember** 11:22
17:10 20:5 25:4
27:18 30:13 31:19
32:19 35:10 36:6
36:15 37:19 40:8
76:13,13,14 77:15
79:6 82:11,15,16
83:2 92:11 100:23
115:21 116:3,6
117:1 118:5,15
121:13,20 122:5
129:23 130:3
132:5,9 135:18,22
136:16,19,23
137:1 138:9,13
144:12 147:5
150:9,12,18,22

153:20 165:7
172:1 173:7
**remotely** 89:20
**rent** 165:23 166:17
166:19 167:1
168:23
**renting** 164:20,22
164:23 168:21
**repeat** 132:8
139:10
**repeated** 143:21
145:19
**repetitive** 94:18
**report** 20:13,20
**reported** 20:19,21
22:9
**Reporter** 2:19 5:1
5:17 6:19 103:17
106:5 130:10
133:1,18 134:14
137:23 143:2
150:2
**REPORTER'S**
39:15 63:6 94:11
103:16 106:4
130:9 132:23
133:17 134:13
135:1 137:22
143:1 150:1 153:1
**reporting** 36:23
**repossessed** 168:3
168:5
**repossession** 168:6
**represents** 177:11
**required** 43:17
**Resources** 38:1
143:18
**respect** 125:17
**respective** 1:19
**respond** 88:15
**response** 92:17
**rest** 16:9 19:10
44:7 57:12 59:7

72:21 73:13
136:10 156:3
175:15
**restaurant** 7:7
**result** 152:8 177:18
**results** 136:7
**resumed** 61:15
**returns** 159:18
**review** 143:12
**reword** 104:22
**Richard** 52:19
117:1 125:11
**Richardson** 30:21
46:3,20 70:5,9
117:5 151:5,17,20
153:17 154:13
155:13
**Richardson's** 137:7
**ride** 168:14
**right** 6:9,22 7:15
8:5 9:10 10:7,11
10:16 11:21 12:10
13:6,20,20,21
14:4,10,14,15,21
15:1,13,16 16:3
16:13 17:10,20
18:13,20 19:13,15
19:23 20:8,17
21:4,20 22:9 23:4
23:10,17,23 24:2
24:2,3,10,23
25:12,20 26:5,16
27:12,14,17 28:9
31:5,6 32:11,12
32:14 33:1,10,12
33:20 34:6,12,23
35:7 36:12,17
37:3,9 38:9,17
41:2,5,9,13,19
42:5,9 43:8,21
44:3,9,19 46:1,22
47:7,15,18,21
48:1,6,13,18,23

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

50:9 51:3,6,19,23
52:9 53:13 54:3
55:3 56:3,7 57:1
57:18 58:1,16
59:2,18 60:17
61:20,23 62:12
63:10 64:1,8,13
64:17 65:3 66:1
67:5,9,9,9 69:9,17
70:13 71:8,11
72:18,18 74:4,14
75:3,20 76:1,18
77:2,8,16 78:7
79:17,22 80:3,11
80:22 81:5,7 82:5
82:12,17,23 83:20
84:18,19 85:14,20
86:1,12 87:18
88:3,15,22 89:8
89:19 90:1 91:3
91:10,14,15,20
93:4 95:18 97:7
97:17 98:7,9 99:9
99:10,23 100:13
101:11,15 102:4,9
102:16 103:3,6,21
104:2,16,22 105:1
105:21 106:9,17
106:21,22 107:2,4
107:11,12,15,23
109:8,9,9 110:16
111:3 112:9
113:12,15,15,23
114:7,12,16,21
116:1,12,21
118:14,21 119:3
119:18 120:11,12
121:5,11 122:1,10
122:19,22 123:3
123:11,13,14,15
123:22 124:8,11
124:15,19 125:3,4
125:5,10 126:15

127:10,12,16
128:20 129:4,13
129:18 130:17
131:16,22 132:11
132:21 133:11,15
134:10,11 135:7
136:2,13,21 137:1
137:4,6,13,16
138:4,11,13 139:2
139:5 140:1,8,21
141:2,2,3 142:19
143:16 144:1,4,10
144:13,18,23
145:6,17 146:7,15
146:16,17 147:1
148:15 149:17
150:11,16 151:1,8
151:15 152:2
153:5,15 154:2,22
156:5,6 157:4,18
158:4,11,22,23,23
159:4,5,6,21
160:8,17 161:17
161:19,22 162:10
162:20 163:12,22
164:10 165:11,20
168:8,18,20,20
170:7 171:1 172:2
172:20 173:16,20
174:11,15 175:2
**Robert** 11:3 15:8
15:11 16:8,10,15
16:16,23 17:11,18
17:22 18:6,9 19:5
19:13 20:15,23
21:11,16 22:2,3,5
22:16,21 23:2,5
23:13 24:13 25:22
31:16,18,22,23
34:15 35:4,13
42:1,13 43:22
48:18 49:9 50:1
52:2 55:18,19

57:23 58:3 59:6
77:5 80:18 81:12
82:10 85:20,21
86:8 93:17 94:21
102:6 123:19,20
124:9 126:7,21,22
140:23 142:13
146:3,11,12
148:16,23 149:3,6
149:16,16 151:13
151:14,14,21,22
155:23 156:2
**Robert's** 19:6
151:22
**rode** 55:23
**rods** 71:5
**rolled** 43:14,15
**room** 148:9
**rules** 2:7 5:4
135:17,23 143:23
**rumors** 120:15
**run** 78:3 119:16
**running** 52:23
95:19
**run-in** 35:15
**run-ins** 35:13
**Russ** 17:16,17 18:5
20:13 22:10
**Rust** 11:11

_____
**S**
_____

**S** 1:16 3:10 19:7
**safe** 14:8 161:4
174:21
**safety** 57:5 59:9
69:23
**Sanders** 1:22,22
4:3,3 5:7,7
**sand-blasting** 99:1
**Sarah** 12:21
**sat** 156:6
**saw** 14:22 43:10
119:20 137:16
**saying** 6:15 11:14

16:15 29:5,9
45:20 49:10 70:8
88:16,19 89:10
90:4 93:12 95:4
97:15,16 127:13
127:14 148:23
149:6,8,10 161:9
**says** 84:10 85:12
88:5 104:8 105:1
107:1 115:5
116:22 117:7,21
130:18 131:3
132:2 133:12
136:5,11 143:17
144:23 151:5
**scaffold** 16:21,21
**scaffolds** 136:17
**scared** 53:11 75:15
75:17
**school** 7:5,9 174:16
**scum** 30:8 149:22
**Seagal** 17:17 20:2
20:13,21 21:5
22:9,20 51:18
**Seagal's** 18:6
**season** 160:4
**second** 21:1,9 35:2
39:12 131:22
132:9 135:8 145:3
151:2
**secondhand** 120:15
**seconds** 28:20
74:17
**see** 12:4,4 27:2
43:19 49:13 67:14
67:16 91:5,11
93:4 96:8 101:6,8
104:19,20 112:12
130:18 137:18
142:22 157:11,17
159:19
**seen** 11:4 12:3
23:15 39:21 41:7

43:13,14 65:8
77:11 78:13 93:6
101:9 103:23
106:10 109:23
111:7 114:2,6
122:12 137:14,15
**select** 176:3
**self-contracting**
8:7
**self-employed** 7:21
7:22 171:18
**sell** 164:16
**Selma** 1:23 4:7 5:8
7:2,4 72:11
163:17 167:7,8
168:16 170:23
**send** 116:12 161:15
**sending** 37:19 73:9
**sent** 20:15 27:5,5
33:4,16,18,23
37:4 39:2,5 41:8
54:11 59:5 66:8
79:18 80:5,13
99:11 117:10
**separate** 160:17
**September** 6:8
76:11 171:8,10
**service** 76:23 77:1
77:4,5,5
**SERVICES** 1:11
**set** 170:17
**settle** 170:12,13
**seven** 80:15
**seventy** 51:22
**sewing** 7:10
**sexual** 138:14
**shade** 71:20
**ship** 67:23 68:6
97:21
**shipped** 55:21
57:10 97:20 98:22
**shipping** 54:7
69:19 98:14

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

102:15
shirt 43:18,19
shit 89:17
shot 98:23
show 37:22 59:17
  73:15 76:2,20
  78:12 79:13,14
  137:4
showed 76:3 78:14
  78:17 79:18 87:18
  89:1 142:8 174:21
  174:22
shown 135:19
shut 59:18 60:12,13
  61:2 65:16,18
shutdown 15:23
  123:23 141:8
  159:2
shutting 74:12
sic 17:17 130:19
side-by-side 49:16
  49:17 51:10,21
sign 5:18 103:4
signature 2:3
  106:23 131:23
  134:4,7,9 135:11
  135:16 136:3,7,12
  143:7
signatures 136:14
signed 39:20 103:5
  103:7 104:10
  134:3 144:3,18
  150:7,16
signing 120:2 132:5
  132:9 150:10,12
similar 105:5 137:8
  150:10,13
simple 71:9 112:12
simply 105:14
Simpson 8:12
singling 149:15
sir 5:19 6:2,11,21
  14:23 15:4 19:19

32:14 47:20 55:8
  56:6 58:9,15
  64:16 97:6,11
  119:6 123:6,6,14
  124:14 127:4
  132:4,15,20 136:1
  136:4 137:3,17
  138:9,9,12,16,21
  139:4 140:11,14
  143:10 144:22
  152:9 155:3,8
  163:16 168:9
  169:10 174:8,10
  174:17,19 175:1
  176:20
sister 7:11,11
sit 36:14 45:17 72:4
  97:14 175:23
site 25:22,23 35:17
  37:14,15 43:13
  47:13,16,19,22
  48:2,12,14 49:6
  55:17 56:19 57:5
  64:3 65:5,9 71:16
  83:18,22 90:6
  97:2 115:19 118:3
  118:7,19 120:4,20
sites 141:22
sitting 14:4 28:8
  64:11 66:23 83:9
  103:11 147:10
six 28:13 80:15
  162:19
skill 68:9
slacking 163:8
slam 111:13
slammed 111:11,16
  111:18
slang 169:16
sleeves 43:14,15,17
slipped 87:3
slur 13:11 15:5
  23:5 26:6

slurs 10:14 23:8
  26:2 27:15 31:7
  32:8 41:14 57:22
  58:17 120:13,16
  122:8 140:17
  142:5
sly 26:7
small 55:4
sneaky 26:8
sniffed 74:14
snoop 74:2
somebody 24:19
  35:20 38:13 75:13
  95:21 100:14
  120:6 121:17,19
  133:6,8 138:19
  143:11 161:9
Somewhat 171:15
son 19:6 57:11
  126:8
soon 7:4
sorry 85:22 90:23
  101:19 115:11
  117:22 147:16
  158:15
sort 7:1 109:7
  118:11 122:20
  124:16 169:16
sound 33:10 40:23
south 10:9 33:17
  54:23 55:1,5,6
  58:11,14
so-and-so 121:16
SP 9:19 57:9
space 67:4,10
  136:18
Spanish 15:10
  16:11,19 17:3
speak 29:10 73:7
  125:14 154:14
  155:4,13
speaking 36:3
specific 23:4 35:10

36:5,7 71:11
  76:14 109:2 144:1
specifically 82:15
  83:1 109:15
specifics 26:15,16
specks 15:15 16:18
  31:23
spend 48:15
spics 15:9
split 21:7
spoke 12:20,22
  13:2 37:23 118:22
  152:6 155:8,14,16
spoken 132:12
sports 7:6
spot 54:17 76:16
spray 99:1
springtime 62:16
stab 101:8 104:20
stand 60:2 86:8,9
standing 148:5
standstill 36:10
start 6:18 21:14
  50:23 51:4 56:22
  62:20 63:1,16
  87:13 111:13,15
  115:17
started 34:8 56:20
  81:17,18 87:23
  95:10 96:6 131:19
  140:2 157:21
  162:3 163:7 166:8
starting 80:23
starts 19:7 106:19
State 173:8,10,11
  177:3
stated 104:11 105:2
statement 12:11
  39:21 104:11
  107:9 108:8,14
  113:17 116:7
  117:8,10,13
  119:20,22 120:2,9

144:18 150:17
statements 43:9
States 1:1 54:7
  69:20
stay 27:8 28:2,3
  30:17 32:6 47:18
  50:15 56:15
  171:17
stayed 7:3 58:6
  59:5
Steel 52:15
stenotype 177:9
stepped 53:4,5
Steve 81:4
stick 71:1
Sticking 54:15 66:5
STIPULATED
  1:18 2:2,9,17
stipulations 5:5,17
stop 13:6 39:4
  110:1
store 72:8
stories 15:23
story 110:9
Street 1:23 4:6,13
  5:8
stress 98:2 142:20
  171:4
strike 54:14
strip 68:8
stroke 60:1
stubs 78:13,17
stuck 108:9
stuff 38:5 42:16
  97:13 98:1,6
  108:15 120:18
  121:9,10 128:14
  161:8 171:6
  173:22
subcontractor
  60:23
subjected 142:5
  176:15

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 17

subtract 157:18
subtracting 158:18
suffered 169:4
suggest 117:4
suggested 116:23
suit 93:22 98:9
  152:21 154:5,6,10
  155:1,7
superintendent
  10:22 83:16
  128:12,12,17,22
  143:22 145:19
  146:14
superintendents
  71:23
superiors 60:12
supervisor 20:1
  47:1 59:15
supervisors 44:12
supposed 59:4 68:1
  73:12 163:6
supposedly 118:6
sure 8:13 10:20
  39:23 57:6 63:3
  74:4 108:17 114:3
  121:23 122:17
  134:2 142:22
  167:19 176:5,17
Susan 12:21
swearing 96:18
sweater 43:19
swivels 61:12
sworn 5:14
Sylvia 12:21 19:8,8
  114:20,22 116:14
  143:18
symbol 42:2,3
symbols 58:18
  120:4

_____
          T
_____
T 1:16,16 3:10
  177:1,1
table 45:17 111:11

111:17
take 36:17 49:7
  63:1 68:9 79:3
  82:12 90:21 91:1
  95:20,21 134:5
  152:22 161:6
  171:4
taken 1:21 63:7
  153:2 177:8
takes 128:13
talk 15:13 21:16
  27:7,13 39:3 49:9
  82:5 84:20 86:12
  90:17 108:1
  109:10 117:1,4
  149:13 153:12
  154:8,22 176:17
talked 38:16,17
  50:8 77:10 100:14
  115:21 122:21
  130:6 132:17
  143:17 176:16
talking 31:17 40:4
  41:10 44:14,22
  63:11 64:2 90:13
  104:14,16,17
  106:17 113:1,8
  114:8 146:12
  147:20 148:7
  153:20 154:5
  165:14
talks 128:11 148:15
  154:3
tall 77:17
tank 16:16,17,19
  17:4 18:14 60:19
  66:19,22 67:2,3,8
tanks 15:22 27:23
  30:16 32:6
tape 84:3,6,14,17
  117:19 118:1,10
  118:17
taped 118:6

Tarver 30:20 45:11
  46:4,20 47:5
  57:12 62:8,22
  65:8 129:23
  130:19,20,21
  131:4,5
task 49:20
tasks 8:3 64:21
tattoo 42:10
tattooed 42:14
tattoos 41:17,20
  43:13,14,20
tax 159:18
Taylor 164:3,3
teach 57:6
Ted 52:14,17 53:6
telegram 61:10
telephone 143:17
tell 6:14,22 10:4,11
  12:3 16:7,13
  17:20 22:6 23:13
  24:3 28:9 30:12
  32:13,15 35:9,23
  37:13 38:22 41:19
  45:20 54:3 62:12
  69:7 72:5,23 73:1
  73:2 74:15 82:13
  83:4 84:22 85:9
  85:18 86:1,12,13
  88:9 89:7,15 91:3
  93:16 94:3 96:12
  96:19,22 99:15
  100:22 101:2,7
  102:10 105:6
  107:6,10,20
  109:19 110:9
  112:22 115:9
  117:18,23 119:8
  120:18 121:15
  126:6 129:19
  130:3,21 131:5,14
  136:10 141:13
  145:13 146:20

149:5 150:9
  151:22 152:14
  164:10 165:2
  169:12
telling 12:10 26:22
  27:16 29:6 37:7
  45:1 63:18 73:3
  92:15 97:12
  102:14 103:2
  104:19 110:20
  117:15 123:18
  149:4 165:19
temper 97:4,9
temporary 125:8
ten 7:5 27:4 48:8,17
  48:20 52:16 91:8
  173:1
term 30:1 46:7
  169:16
terminate 55:18
  128:16
terminated 53:4
  55:13,19 62:9
  66:16 69:8 82:2
  86:16 119:7
  123:17 149:15
  153:10,13,21
  169:6 171:22
terminates 97:18
termination 84:20
  86:13 87:10 119:9
  145:11
terms 45:9
test 136:7
testified 5:15
  147:21 153:17
testify 44:20 108:17
testimony 79:12
  91:10 145:21
  148:20 162:12
  177:12
tests 136:17
Thank 112:4

176:20
thereto 2:16 177:9
thing 7:1 8:23
  10:19 12:9 21:18
  29:11 48:4 54:20
  62:2 64:2 67:16
  75:1 78:10 84:2
  86:22 93:23 101:2
  102:14,17 104:23
  105:9 108:9
  117:16 122:18
  126:17 129:5
  134:6 141:21
  142:2,21 148:12
  176:10,10
things 10:12 12:16
  26:14 35:2,3
  36:12,13 43:10
  47:6 61:13 86:5
  91:22 102:6
  113:13 116:22
  145:1 163:8
think 6:8 10:23
  11:10 12:7,19,21
  21:19 22:10 23:7
  23:11 24:12 27:17
  30:4 31:16,21
  32:7,12 33:12,15
  35:11 38:20 40:17
  41:12,13 42:6
  43:8 45:2,3 63:11
  63:15,21 69:11
  70:1 71:14 75:9
  76:7 77:7 81:3,7
  82:2 93:6 94:7,15
  100:3 102:9 103:7
  109:6 115:23
  116:5 120:8,22
  121:11,21 122:2
  123:7,13 126:1
  134:4 136:21
  137:5 146:18
  154:19,20,20

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 18

155:5,23 156:7
157:9 160:2 167:6
167:18,19 168:5
173:4 174:6
176:19
**thinking** 69:23
170:15 171:5
**thinks** 26:8
**third** 35:2 104:3
135:10 174:6
**thirty** 16:5 59:10
88:7 101:4,7
**thirty-five** 77:20
**thirty-four** 77:19
**thirty-six** 77:21
**thirty-three** 77:19
**thought** 36:13,19
60:15 66:2 68:22
70:18 71:19 72:5
74:9 93:1 101:21
101:23
**threaten** 12:5
**threatened** 62:8
63:23 89:11
**three** 6:7 23:12
33:5,19 42:7
52:16 58:5,7 76:8
78:16 80:17 87:15
87:16 127:20
128:9 151:4
154:10
**three-and-a-half**
10:17 76:17 147:6
**thumb** 161:8
**tie** 16:23 60:4,6
61:6
**tied** 60:4,7
**time** 2:14,14 16:6
18:8 20:11 23:4
33:14,15 34:5
35:5,8 43:4 44:16
47:10,19 48:7,15
49:8 51:17 56:18

59:3,8,9 61:17
62:19 64:20 66:17
69:6 73:1,11,14
77:20 78:23 79:8
79:9 80:12 81:16
88:10 89:2 93:8
99:16,19,21
107:18 109:12,16
112:1,5 119:1
122:19 123:1,8,11
124:15 125:6
131:13 134:5
141:6 142:3 144:3
144:6,14 146:8
155:18,19 159:2
171:2 175:13,22
175:23 176:4
**times** 17:11,13
35:10,13,14,15,22
51:9 75:19 76:3,9
76:14 78:19 79:5
79:7,8 80:3 109:5
111:2 145:4
157:15
**time-to-time** 8:2
**title** 34:2
**today** 7:19 32:13
119:21 145:21
147:10 148:12
168:8,13
**told** 11:10 12:6,9
13:3 18:7 21:5
26:3 31:9 35:7,11
36:4 37:16 38:2,3
41:16 52:21 53:8
58:19 59:3,12
65:11,15 72:1
81:9,20,23 82:20
86:19,20 87:4,5,6
87:21 88:2,20
89:1,11,14,22
94:19 95:8 100:20
100:22 101:13,13

102:10,21 107:8
108:2,2,5 110:17
111:2 113:9,13
117:17 120:17,19
120:19,23 121:6
121:19 123:20
131:10 147:4
151:5,10,17,20
**tolerate** 45:21
138:23
**tolerated** 156:3
**top** 16:17 67:17
106:18 130:18
156:11
**topic** 63:16
**total** 22:5 78:23
158:9 160:14,14
**totalled** 168:4
**totally** 12:14
**touch** 37:5 38:15
38:21
**tower** 63:18,19
64:1
**towers** 26:13,20,21
30:15 32:5 51:21
63:21
**town** 7:12 33:4
**track** 7:6
**tracking** 21:21
**trailer** 24:19 28:8
45:15 71:15 86:2
**train** 56:18
**trained** 56:17,20
175:16,17
**training** 56:22 68:9
174:18,18
**transcribed** 177:10
**transcript** 177:12
**transcription**
177:11
**transfer** 124:23
125:6,8
**transferred** 56:8

124:21
**translating** 93:13
**trash** 86:2
**treated** 78:6
**treats** 12:12
**trial** 2:14
**tried** 53:3 115:13
115:13 156:6
**truck** 42:3 43:2,3
167:3,5,23 168:4
168:11,19
**true** 87:6 104:13
120:10 151:9
177:12
**truth** 29:6 45:1
**truthful** 83:7
**try** 6:14 46:11
50:15 54:10 66:7
73:22 94:16,17
107:7 112:1 142:7
171:4,13 172:8
**trying** 34:20 56:10
56:12,13 86:23
89:7 96:2,9 102:3
105:6,7 107:10
110:22,23 111:4,8
112:7,22 126:6
139:22,23 141:17
141:18,19 142:20
147:22 155:5
156:15,18 162:10
**twelve** 89:5
**twenty** 16:4 98:19
111:2
**twenty-five** 16:4
98:19
**twenty-seven** 100:9
**twice** 78:21 80:4,4
**two** 7:16 17:7,8
23:15 26:3 33:18
41:7 47:3,3 52:8
54:20 55:2,20
58:5,6,9 72:20

73:16 76:7 79:5
86:10 87:16 92:6
99:11,12,13 103:1
112:23 142:4
149:20,21 151:4
153:10 156:4
158:3,7,12 159:8
159:11 162:23
166:7 167:10
168:7 171:11
**two-and-a-half** 6:7
41:7 97:2
**two-hundred** 167:2
170:11
**type** 139:18 176:14
**typically** 160:8

**U**

**U** 1:16
**uh** 21:2 78:1 93:22
176:9
**uh-huh** 6:15 14:1
23:20 25:3 33:9
41:1 42:20 48:22
49:2 69:16 79:1
96:4 100:21 104:4
104:7 115:4
117:12 122:23
123:4,8 127:2
131:18 132:1
136:15 144:20
151:3 160:7
161:11 166:16
168:17
**unbuttoned** 43:18
**understand** 50:4
89:9 127:17
138:18 140:15
145:7,20 148:23
176:5
**understood** 127:21
142:15
**undesirable** 67:18
**Union** 1:23 4:6 5:7

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 19

United 1:1 54:7 69:20
unsafe 13:5 28:16 60:5,15 61:18 63:19 74:6 75:4,9 102:17 121:2,9
upgrade 52:22
upset 90:5 142:1 169:21
use 17:18 18:6 29:20,23 32:1 35:4 44:13,15,18 45:6,8 46:4 68:15 71:10 87:13 90:19 96:15
Usually 8:20

**V**
value 50:4 108:21
variety 57:3
various 160:16
vehicles 167:22
Vezinat 4:16 40:21 104:5
Victor 167:6,7
Virginia 97:21
voice 90:7,10,16
volume 99:5
volunteer 28:11,22
VS 1:9

**W**
wait 6:17 99:14 111:14 157:2 159:3
waited 141:15,16
waived 2:4,19
walk 35:18
walked 92:6,8
walking 91:15
wall 67:1,5,7,8
want 8:21 9:2 13:7 13:11 16:23 17:1 18:1,4 19:18,21

26:16,19,20 27:8 27:9,14,19,22 30:9 32:2,13 35:1 35:1,3,9,19,22 36:6 45:16 76:2 76:12,15 81:14 82:14 83:19 84:20 89:13 104:2 105:14 110:14 111:19,22,23 112:6 114:3 134:1 134:5 137:18 140:20 150:8 157:11 166:11 170:10 176:17
wanted 17:23 18:2 19:14 25:21 57:17 72:8 73:7 83:15 85:5,6 88:21 89:23 116:2 140:4 140:15 176:3
wants 28:11 149:14 165:17
wasn't 14:8 29:12 29:15 50:19 53:5 53:17,22 60:5,7 63:20 75:15,15 83:17,17 85:3,11 85:13 89:7,17,17 91:2 96:7 97:12 104:16 107:13,17 120:21 121:14 131:15 139:22 141:8 162:17 163:5,5,5,7,11 164:13 176:11
watching 68:12
water 84:14 99:5
Watson 39:8 47:23 82:9 114:10 115:20 155:23
way 8:13 12:12 13:10,19 23:3

28:10 45:15 50:7 50:12 64:18 71:2 78:4 79:6 81:10 84:2 85:5 92:16 102:18 112:8 128:8 129:2 142:7 147:18 151:11 168:6 177:17
ways 54:4 58:18,23 63:13 81:8
wear 30:16 32:6 43:17 61:22
wearing 26:21 42:17
weather 71:19
week 49:19 51:22 54:20 77:9 101:4 153:10
weeks 20:16 33:17 55:2 58:7 72:20 87:15,16 153:10 171:11
went 7:5 8:9,15 18:7 29:1 53:2 54:22 60:11,20,23 61:1 65:7,13 71:19 72:9 81:19 87:4 90:6 91:7,12 97:1 129:7 130:5 132:13 166:9,10 170:21
weren't 24:1 85:4 142:4
wetbacks 15:16 17:2 30:11 31:23 124:2
We'll 17:2 31:6
we're 13:8 16:18 27:7,13 31:17 43:16 59:3 64:22
we've 44:3 65:20 69:21 125:18 137:5 146:18

white 4:9 22:3,6 28:18 29:7,16 30:22 31:22 44:22 45:16,18 55:13,23 57:3 59:5,16 62:1 63:23 64:9,15 65:1 69:1 71:1,17 72:10 73:14 77:2 77:13,14 78:11 82:4,6 85:22 86:2 86:3 121:6 126:7 126:16 142:10 154:14 165:5 169:11,15
whites 27:5 45:19 63:20 64:23 70:3 71:2 102:18
wife 56:15 162:6,13 171:5
wife's 166:4
William 4:10 46:4 46:19 80:18 152:20
wiring 20:4
witness 2:4 3:3 5:9 5:14 11:15 12:1 13:20 24:18 70:7 77:7 89:6 107:1 122:7 139:4 156:15,18,22 177:13
witnessed 104:12 105:2 122:3 176:9
witnesses 17:18 80:7 89:5
woman 115:22 152:6
wondering 52:15
woodworking 7:13
word 17:12,19 21:12,15 29:21 32:1 34:16 35:4 44:13,15,18,20

45:5,6,8,21 46:5 95:7 147:19
words 26:8 68:2 82:16 85:15 87:14 88:20 93:13
work 7:9,14,19,20 8:13,14 13:5 17:23 18:2,3 19:21 21:8,17,18 27:3 30:8 32:3 33:2,6 35:9,16,16 43:12 44:14 45:4 46:5,12 48:21 49:3 56:21 57:4 57:17,17 59:9 61:9 64:10 69:14 69:23 70:9 71:7 73:20,22 74:5 81:19 90:6,22 91:1,7 96:3,10,11 97:2,19 102:14,17 102:17 120:19,20 130:5,22,23 131:1 131:6,11 142:16 142:18 143:23 149:17 170:19 175:16,18,21 176:3,4
worked 12:23 15:10 26:2 34:5 44:16 46:17,18 49:1 50:20 51:21 52:7 55:5 56:1,20 57:13,15 58:14 69:9 70:6,22 71:15 72:12,17 79:9,10 91:13 139:14,17 140:3,9 142:9 149:20
worker 74:5
workers 78:6
working 10:15 11:7 13:13 16:5 17:13

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 20

| | | | | |
|---|---|---|---|---|
| 18:13 29:14,16 32:1 33:23 34:10 34:17 36:20 43:5 45:11 46:10,14,14 47:15 48:8,9 49:8 52:10 55:14 56:4 61:2 63:18 66:18 68:3 69:2 70:15 70:23 74:10,18 75:8 96:7 98:7 121:5 125:11 128:23 129:21 131:15,20 138:7 140:2 142:8 154:10,11 162:22 175:12 | X 3:1,10 | $20,000.00 160:1 | 18th 2:1 145:1 | 4 3:15 130:11,15 |
| **workplace** 43:10 120:16 | **Y** | $28,000 157:10 | 1990 173:5 | 40 158:16 |
| **works** 7:8,23 45:3 55:15 59:14 | **yards** 48:8 | $3,000.00 168:1 | | 400 4:13 167:3 |
| **worn** 43:12 | **yeah** 24:16 38:19 38:22 61:11 66:2 68:22 69:11 70:1 71:13 77:18 79:20 80:20 81:3,10 82:2,22 85:22 87:11 88:7 92:20 103:5,7 115:12 120:1 121:5 130:20 146:23 148:18 154:15 156:15 158:17 160:5 162:16 167:11 168:4 169:12 | $333.00 167:4 | **2** | **5** |
| **wouldn't** 45:2 90:5 93:23 96:9 125:14 131:11 156:19 159:13 | | $35,000 158:21 160:6 | 2 3:13 64:4 66:12 104:3 106:6,10 108:15,23 168:1 | 5 3:5,16 21:2 51:17 133:2,5 158:12,18 158:19 |
| **write** 38:18 106:16 111:5,6 112:17 113:9 116:18 | | $35,000.00 159:7 | **2nd** 114:7,12 122:21 123:9 124:6,18 | 5'8 77:18 |
| **writing** 106:21 113:17 119:22 133:6,7,8 | | $385.00 166:1 | **2.5** 74:16 | 50 136:19,23 |
| **written** 31:2 35:19 35:20 106:15 116:7 117:8 | | $40,000.00 158:10 159:8 | **20** 159:9 | **6** |
| **wrong** 116:23 117:23 144:10 145:16 149:1,3 | | $407.00 167:3 | **20th** 4:13 | 6 3:17 66:14 133:19 134:4 |
| **wrote** 40:6 102:22 104:15 106:20 107:6,9,21 115:18 116:15 117:17 147:7 | **year** 76:9 157:10 158:2,4,11 159:9 159:11,19,22 164:19 166:7 | $45,000 158:15 | **200** 61:13 | 6:30 27:3 |
| | **years** 6:7,8 7:10 9:23 10:17 23:12 32:18 41:8 76:17 103:1 147:6 157:11 158:3,7,9 158:12 159:8,11 166:7 173:1,1,14 | $5,000 158:6 161:3 | **2002** 167:6 | 6:50 27:4 |
| | | $5,000.00 161:10 | **2003** 33:8,14 76:9 100:2,7 104:3 114:13 115:8 123:9 131:17 132:14 145:2,3,8 145:9 | 65 53:9 |
| | | $50,000 158:13 | | **7** |
| | | $70,000.00 53:10 | | 7 3:18 134:15,19 7:00 27:3 73:17 81:17 86:17,19,20 |
| | **year-and-a-half** 166:8 | **0** | **2004** 16:1 147:9 160:2 | 7:05 81:17 86:18 |
| | | 03 62:18 | **2005** 159:23 168:5 171:10 | **8** |
| | **$** | 04 159:23 | **2006** 159:22 | 8 3:19 138:1,5 159:10 |
| | $10,000.00 159:11 | 06 119:22 120:2 | **2007** 2:1 147:10 159:22 | 8:00 27:10 |
| | $10.00 66:7 | **1** | **24th** 131:17 132:14 | 80 61:13 |
| | $12.00 86:2 162:18 | 1 1:23 3:12 4:6 5:7 103:18,22 115:1 | **25** 9:8 | **9** |
| | $12.50 126:2 | 1:30 5:8 | **28** 59:23 157:9,15 | 9 3:20 67:11 143:3 143:7 |
| | $120.00 162:1 | 1:45 104:10 | **29** 100:5 | 90 173:15 |
| | $13.00 162:18 | 10 3:21 67:11 137:6 150:3,7 | **29th** 145:8,15 | 92 43:5 173:15,18 |
| | $13.50 126:1,2 | 10th 33:8 | **3** | 93 43:5 |
| | $130 167:1 | 100 49:21,21 | 3 3:14 106:6 107:12 | 94 173:18 |
| | $140 167:1 | 103 3:12 | 3/24/03 132:2 | 98 173:4 |
| | $18,000.00 159:20 | 106 3:13,14 | 30 9:8 60:1 160:6 | |
| **X** | | 12:00 73:18 | 35 158:20 | |
| | | 130 3:15 | 35203 4:14 | |
| | | 132 3:16 | 36702 2:1 4:7 5:8 | |
| | | 133 3:17 | 3812 6:5 | |
| | | 134 3:18 | | |
| | | 137 3:19 | **4** | |
| | | 143 3:20 | | |
| | | 150 3:21 | | |
| | | 17 115:8 123:13 | | |
| | | 17th 145:1 | | |
| | | 177 3:7 | | |