# MANSFIELD INDUSTRIAL

A **K2** Industrial Services Company



**EXHIBIT**

*I – LEWIS*

May 4, 2004

US Equal Employment Opportunity Commission
Birmingham District Office, Ridge Park Place
1130 22nd Street, South
Birmingham, AL 35205

Attention:    Samuel Hall

Reference:    Patrick Lewis – EEOC Charge No. 130-2004-02044

Comments to the Complaint of Patrick Lewis:

> On October 2, 2003, Paul Calais, Mansfield's District Safety Manager, took a statement from Patrick Lewis where Patrick was specifically asked if he had been party to or witnessed any harassment or racial remarks from anyone in the company. He replied that he **had not** been witness to or party to any harassment or racial remarks. Please see Attachment A.

> Mr. Calais makes frequent job sites visits as a representative of the HR/ESH Department for Mansfield. Please note that two other employees were asked the same question, and gave the same response as Patrick. All of these 3 employees were interviewed separately.

> I spoke with Patrick Lewis once on October 17, 2003. Please see Attachment B, a log of my conversations with Patrick. The most disturbing aspect of our conversation was that Patrick was inconsistent with his comments and answers. For that reason, I specifically asked that he submit his complaints in writing to me. I have not received any complaint from Patrick prior to the receipt of the "Notice of Charge of Discrimination" from the EEOC.

> In this conversation, I specifically asked if anything had changed since his October 2, 2003 statement to Paul Calais. He stated "no". Again, inconsistency.

Patrick Lewis
Page 2

In this same conversation, Mr. Lewis asked me to interview Richard Davenport, who is a minority Supervisor for Mansfield. I did contact Mr. Davenport who did not agree with Mr. Lewis' allegations and in fact stated that Mr. Lewis "tends toward trouble making on the job." Mr. Davenport also stated the Johnny Reed is a quiet fellow and does not raise his voice. Please see Attachment C, which is a statement from Richard Davenport, and Attachment C - 2, which is a log of my phone conversation with Mr. Davenport.

➢ Mr. Lewis was terminated because of insubordination toward his immediate supervisor. Please see Attachment D, which is a termination report with a statement from Johnny Reed who was his supervisor at the time of termination.

In summary, this was not a retaliation issue or a racial issue. Our Supervisors have a responsibility to man their worksite as well as maintain discipline. Patrick was late for work. Patrick had reported late to work on several occasion prior to10/20/03. Mr. Reed simply told him what would happen if he were late for work again. A verbal warning on how to improve and the consequences of not improving is a common employee-counseling tool. As stated in Mr. Reed's statement in Attachment D, Patrick became so agitated that Mr. Reed found it necessary to ask the Site Manager, Johnny Crutchfield to intervene.

We hope this is information is sufficient to bring a swift conclusion to this complaint. Please contact me at 225-752-7564 if you have further questions.

Sincerely,

Cecile Vezinat
HR Manager

Attachment A

## Mansfield Industrial

October 2, 2003

Mrs. Cecile Vevinat

Dear Mrs. Cecile;

On 10/2/03, I arrived at the Hyundai Plant in Montgomery, Al at 12:00 PM. I meat with Jonny Cruchfield and explained the reason for this visit. I was to interview four of his employees because of a compliant from a former employee.

I began the first interview in my truck with Sylvia Franco at 1:04 PM. After she wrote her statement, I read it back to her and she then signed it .I then asked her if she witnessed any form of harassment from any one in the company, and she said " No".

I began the interview with Robert Kimberlin at 1:16PM. I read it back to him and he signed his statement. He also stated that he had not witnessed any harassment or racial remarks from anyone in the company.

I began the interview with Patrick Lewis at 1:45PM. I read it back to him and he signed his statement. He also stated that he had not witnessed any harassment or racial remarks from anyone in the company.

Coy Watson gave me his statement and that concluded the interviews.

Sincerely,

Paul Calais
Gulf Coast Safety Manager

Attachment C

To Whome It may Concern.
I Richard Davenport, A supervisor of
Mansfield Industrial Coatings.
It may Come A time When Some one feels
Dis placed or Not Pleased or just Want To
Be over powering.
Such As Patrick Lewis. As His supervisor
I Encountered many of His Different Attitudes
Being A supervisor I Approched Him with
Many Actions of Job loss During His Time
with me.
To Keep Patrick Lewis from Causing
Confusion Between Coworkers Sourrounding
Workers And Caustomers.
Being At Work with Jhonney Crutchfield
Or on His Work Site with Patrick Lewis
I Had Not Encountered Any Saying By
Jhonny Crutchfield As A Supervisor.
Some Times Deadlines Need To Be met Jobs
Need To Start And End. And Mabe Patrick
Just Didn't Realized That with Richard
Davenport or Jhonny Crutchfield.

To Whome It may Concern.

I Richard Davenport, A supervisor of Mansfield Industrial Coatings,

It may Come A time When Some one feels Dis placed or Not Pleased or just WAnt To Be over powering.

Such As PActrick Lewis. As His supervisor I Encountered MAny of His Different Attudes Being A supervisor I Approched Him with Many Actions Of Job loss During His Time with me.

To Keep PActrick Lewis from CAusing Confusion Between Coworkers Sowrrounding Workers And Caustomers.

Being At Work with Jhonney Crutch fie ld Or on His work Site with PActrick lewis I Had Not Encountered Any SAying By Jhonny Crutch.fie ld As A Supervisor. Some Times Deadlines Need To Be met Jobs Need To StArt And End. And MAbe PActrick Just Ddn't ReAlized That with RichArd DAvenport or Jhonny Crutch fie ld.

Attachment C-2

Telephone Statement of Richard Davenport; Mansfield
Supervisor.

Patrick Lewis pushes toward problems
on the jobsite. Never heard Johnny Cutcliff
or Johnny Reed make racial status.
Does not know Coy. Johnny Reed is
a quiet kind of a person.

10-17-03
Taken by Cicile Veguiat

10/29/2003  08:59    3348325858            MANSFIELD                    PAGE  02

①

I Johnny Reed Foreman for Mansfield Ind.
was getting all the employees lined up
for there tasks for the day and having
safety meeting. Patrick Lewis was 5 minutes
late's and I informed him if he was
late once more we was going to let
him go and terminate his employment
with Mansfield. His comment to me
was he did not care called me a
mother fucker and a bitch. That he was
not late and what I said did make
a fuck to him cause I Johnny Reed
wasn't shit but a fuck boy. At this
time I told him we needed to go to
the office while walking to the office
he was cussing me and calling me names
the whole way (mother fucker, bitch boy etc.
when we entered the office I told him
that I have never disrespected him in
any way or called him any names. He
said bullshit that I had in the past.
He then said that I was a raceist
bitch numerous times in the corversation.
He then want on to say that and I
to him that wasn't the issue at hand
that he was late and that was the
issue at hand. Again that didn't make

(2.)

I wasn't raccist and I would not discuss
that issue with ham. He said that I
was raccist and Johnny Crutchfild
was raccist that Robert Kimberlin was
a Racist bitch and he did not give
a fuck because he had are number
and it was up and him and his
lawyer was going to handle our raccist
ass. That he had witnesses within the
company that would testify in court
(no names were disclosed. I informed
him that he needed to leave the primises
he said only Johnny Crutchfild could
do so. He then made the comment
if I kept running my mouth that
he would take care of ( He stopped
and made no comment. said he was
not going to take care of that
somebody else would. I then said the
discussion was over Johnny Crutchfild
could make a disission on what was
to be done. He then said I was
trying to break him by making him
work in the HCL Dike. Wearing a
Chemical suit. Yet he was a painter
not a laborer that was not a painter's
job. He went to work

12/29/2003  08:59   3348325858                    MANSFIELD                              PAGE  04

(3)

Johvay Crotchfield arrived and I let
him know what happened and what
was said

Johnny Reed

Johny R

10-29-03

①

I Johnny Reed Foreman for Mansfield Ind.
was getting all the employees lined up
for there tasks for the day and having
safety meeting. Patrick Lewis was 5 minutes
late's and I informed him if he was
late once more we was going to let
him go and terminate his employment
with mansfield. His comment to me
was he did not care called me a
mother fucker and a bitch. That he was
not late and what I said did make
a fuck to him cause I Johnny Reed
wasn't shit but a fuck boy. At this
time I told him we needed to go to
the office while walking to the office
he was cussing me and calling me names
the whole way (mother fucker, bitch boy etc.
When we entered the office I told him
that I have never disrespected him in
any way or called him any names. He
said bullshit that I had in the past
He then said that I was a raceist
bitch numerous times in the corversation
He then want on to say that and I
to him that wasn't the issue at hand
that he was late and that was the
issue at hand. Again that didn't make
a fuck to him. I told him that

② 

I wasn't raceist and I would not discuss
that issue with him. He said that I
was raceist and Johnny Crutchfield
was raceist that Robert Kimberlin was
a Raceist bitch and he did not give
a fuck because he had one number
and it was up and him and his
lawyer was going to handle oor raceist
ass. That he had witnesses within the
company that would testify in court
(no names were disclosed. I informed
him that he needed to leave the primises
he said only Johnny Crutchfield could
do so. He then made the comment
if I kept running my mouth that
he would take care of ( He stopped
and made no comment. Said he was
not going to take care of that
somebody else would. I then said the
discussion was over Johnny Crutchfield
could make a disission on what was
to be done. He then said I was
trying to break him by makeing him
work in the HCC Dike. Wearing a
Chemical suit. Yet he was a painter
not a laborer that was not a painter's
job. He went to work

③                                    attachment D
                                         page 3

Johnny Critchfield arrived and I let
him know what happened and what
was said

                    Johnny Reed
                    [signature]

                    10-29-03

To the File of Patrick Lewis:

The following is a log of my conversations with Patrick Lewis beginning October 17, 2003:

10/17/03:

I received a call from Patrick Lewis complaining of discrimination against him at his jobsite by Johnny Crutchfield, Coy Watson, Johnny Reed and Robert Kimberlin.

I asked him if he wanted to make a formal complaint and he replied yes. I told him I would need a written statement from him describing his allegations in detail.

He then began to describe things he felt was wrong on the jobsite and told me to talk to Richard Davenport, a Mansfield Supervisor who race is Black. I told him I would, but I needed a written statement from Patrick. I gave him my address in Baton Rouge and told him I would be expecting his complaint.

Patrick told me in this conversation that there is a tape recording that some employees made of a conversation that took place on the jobsite. I asked if I could have a copy of it. He was vague and evasion with his answer.

10/17/03

I called Richard Davenport. He gave me a statement over the phone. He did not substantiate Patrick's allegations. He stated that Patrick tends to make trouble on a jobsite and that Johnny Reed is a quiet spoken Supervisor. See the Patrick Lewis file for the statement.

10/18/03

Called Patrick Lewis. He was not in.

10/23/03

Tried to reach Patrick again. No answer.

10/29/03

Dean Mansfield, the Division Manager of the Mobile District called informing me that Patrick Lewis had been terminated for insubordination. He would send me a copy of the termination report.

NOTE:        I've tried repeatedly to contact Patrick Lewis.  He did not return my calls and I have never received anything from him in the mail.

Attachment B

To the File of Patrick Lewis:

The following is a log of my conversations with Patrick Lewis beginning October 17, 2003:

10/17/03:

I received a call from Patrick Lewis complaining of discrimination against him at his jobsite by Johnny Crutchfield, Coy Watson, Johnny Reed and Robert Kimberlin.

I asked him if he wanted to make a formal complaint and he replied yes. I told him I would need a written statement from him describing his allegations in detail.

He then began to describe things he felt was wrong on the jobsite and told me to talk to Richard Davenport, a Mansfield Supervisor who race is Black. I told him I would, but I needed a written statement from Patrick. I gave him my address in Baton Rouge and told him I would be expecting his complaint.

Patrick told me in this conversation that there is a tape recording that some employees made of a conversation that took place on the jobsite. I asked if I could have a copy of it. He was vague and evasion with his answer.


10/17/03

I called Richard Davenport. He gave me a statement over the phone. He did not substantiate Patrick's allegations. He stated that Patrick tends to make trouble on a jobsite and that Johnny Reed is a quiet spoken Supervisor. See the Patrick Lewis file for the statement.

10/18/03

Called Patrick Lewis. He was not in.

10/23/03

Tried to reach Patrick again. No answer.

10/29/03

Dean Mansfield, the Division Manager of the Mobile District called informing me that Patrick Lewis had been terminated for insubordination. He would send me a copy of the termination report.

Attachment B

NOTE:        I've tried repeatedly to contact Patrick Lewis.  He did not return my calls and I have never received anything from him in the mail.

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-036

Conflict, Harassment, & Violence In The Workplace Program

## Attachment 036-C
### Witness To Harassment Form

Patrick Lewis

Witnesses' Name

10-2-03

Date

You have been named as a possible witness to harassment committed against an employee, Coy Watson . Please give details of any harassment you have witnessed.

Were you a witness to an incident between Carlos Marroquin and Coy Watson on 9-29-03 at approximately 2:00 pm? If so, please describe what you witnessed.

Cory and Carlos was having words back and forward with each other about who was going to listening to who. Cory said that he is the boss and it had to be his way. Carlos said that Cory had to listening to him. Sylvie was about two foot away from Cory and Carlos. I was about 10 to 15 feet away from them.

Thank you for your cooperation in this matter. Please keep in mind that this issue is CONFIDENTIAL. DO NOT discuss this with your co-workers either on or off the job.

1:45

Paul Cales 10-2-03

Interviewer

225-445-2775

Phone number of witness

Patrick D. Lewis

Witness

EXHIBIT
2

## STATEMENT OF PATRICK LEWIS

GE's stalls in Plants 2 and 5 had the words "niggers" and "white power" on the walls. There were also Nazi symbols on the walls. Mark, a white who is now in prison, told me Johnny Crutchfield said he was an "arrogant nigger." Johnny Reed and Johnny Crutchfield had Confederate battle flag stickers on their work helmets. Robert, the white craftsman who freely used the word "nigger", wore Confederate battle flag headbands to work. Jeff Blado, a white journeyman painter with Mansfield, had a rebel flag tattoo on one of his arms.

Robert called me a "boy" and a "nigger". When I complained to Johnny Crutchfield, Crutchfield told me, "If you don't like it you can get another job!"

**This is a true and correct statement.**

_(signature)_
**Patrick Lewis**

1-/3/06
**Date**

**EXHIBIT**

3

# MANSFIELD INDUSTRIAL COATINGS, INC.

## APPLICATION

Date: 3/24/03                                     Referred by: Evan Tarvin

Position(s) Applied For: Painter

EXHIBIT

4 - Lewis

Name: Patrick D Lewis                    SS# 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

Address: 113 Furniss Ave                              Apt. #

City: Selma                    State: AL                    Zip: 36701

Telephone Number: 875-5472                    Alternate Telephone Number: 875-3544

Are you over the age of 18?  ✓ Yes ____ No

Are you able to submit proof of eligibility for employment in this country?  ✓ yes ____ no

Have you ever been employed by MIC before? ____ yes  ✓ no. If yes, when? _____

Will you travel/relocate if job requires it? ____ yes  ✓ no   When the job requires, will you work overtime?  ✓ yes ____ no

EMPLOYMENT HISTORY:  List your last 3 employers.

| EMPLOYER | Phone | Job Title & Responsibilities |
|---|---|---|
| QMI Monty | 334 265-9797 | Painter |
| I & I Insulation Selma Al | 334 872-3481 | Painter |
| Tri Tech Selma Al | 334 875-2294 | Painter |

May we contact these employers for references?  ✓ yes ____ no

QUALIFICATIONS AND SKILLS: List any special qualifications or skills which you have that prepare you for the position you have applied. Spray painting sandblassing mixing paint JLG Fortlift

EDUCATION:

| Name of High School | Did you Graduate? | If no, highest grade completed? |
|---|---|---|
| Selma High | ✓ Yes ____ No ____ GED | |
| Name of Vo-Tech Training School | What did you study? | Did you Complete Vo-Tech Training? |
| | | |
| College | Major | Degree/College Credit Earned |
| | | |

Comments: _____

MIC is a Drug Free/Alcohol Free workplace.  Pre-employment screening is a condition of employment.

This application is current for 60 days. At the end of 60 days, if you have not heard from Mansfield Industrial Coatings, Inc. and still wish to be considered for employment, it will be necessary to complete a new application.

Mansfield Industrial Coatings, Inc. is an Equal Opportunity Employer. MIC does not discriminate in employment and no question on this application is used for the purpose of limiting or excusing any applicant's consideration for employment on a basis prohibited by local, state or federal law.

I understand and agree that any misrepresentation by me in this application will be sufficient cause for cancellation of this application and/or separation form Mansfield Industrial Coatings, Inc. service if I have been employed. Also, I understand that I am free to resign at any time. MIC reserves the right to terminate my employment at any time, with or without cause and without prior notice. I understand that no representative of MIC has the authority to make any assurances to the contrary.

I give Mansfield Industrial Coatings, Inc. the right to investigate all references and to secure additional information about me, if it is related to the job. I hereby release Mansfield Industrial Coatings, Inc. and its representatives from liability for seeking such information and all other persons, corporations or organizations for furnishing such information.

_Patrick D Lewis_     _3/24/03_

Signature of Applicant     Date

03/26/2003 WED 10:05 FAX 251+653+1450 Mansfield Mobile +++ Pcola payroll    @003/004

03/25/2003 TUE 9:01 FAX 251+653+1450 Mansfield Mobile                      @001/001

**EXHIBIT**

5 - Lewis

<u>New Hire Information</u>

## PLEASE PRINT WE MUST BE ABLE TO READ!

Check District                              Date: 3-24-03

_____ Pensacola.                    _____ Roofing
___✓__ Mobile                        _____ Cleaning
_____ Baton Rouge                   _____ Georgia
_____ West Monroe

                                     _____ CDL Driver
                                     _____ Company Truck

                          Need  Employee # _2230_

Employee Name: _Patrick D. Lewis_

Address: _113 Furniss Ave_

_Selma   Al   36701_

Phone Number: _(334) 825-5472_

Social Security #: _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_

Date of Birth: _11-11-66_

Rate of Pay: _$12.50 hr_

Tax Status (W-4): _M α 9_

Position Held: _Painter α Sandblaster_      _Dept 305_

Rehire: _____

Job Name and Number: _G.E. Plastics   33002_

Start Date: _3-24-03_

Drug Test Date: _3-17-03_

Hired By: _Johnny Crutchfield_

## ETHNIC CLASSIFICATION                    **SEX**

_____ American Indian/Alaskan Native       _✓_ Male
_____ White (NOT of Hispanic Origin)       ___ Female
___✓__ Black
_____ Asian/Pacific Islander/Indian
_____ Hispanic



**EXHIBIT**

6 - Lewis

# MANSFIELD INDUSTRIAL
8430 Bellingrath Road
Theodore, AL 36582

## SUBSTANCE ABUSE POLICY STATEMENT

MANSFIELD INDUSTRIAL recognizes that our employees are our greatest asset. Our goal is to provide the best possible products and services to our customers. Our employees are the key to achieving this goal. It is important that every employee of the company understand the dangers of drug and alcohol abuse and be aware of state and federal requirements concerning substance abuse. This policy and these procedures should not be construed as a contract of employment. Mansfield reserves the right to depart from this policy and these procedures where management deems it is appropriate, and all employees are at will employees. Except where specifically prohibited by law, the guidelines contained within this document, may be changed by management at any time. Employees covered by this policy and these procedures will be informed of changes.

POLICY OBJECTIVES:

1.  To create and maintain a safe drug free working environment for all employees.

2.  To encourage any employee with a dependence on, or addiction to, alcohol or other drugs to seek help to overcome the problem.

3.  To reduce problems of absenteeism tardiness, carelessness and/or other unsatisfactory matters related to job performance.

4.  To reduce the likelihood of incidents of accidental personal injury and/or damage to customers, visitors or property.

5.  To comply with contractual obligations of customers and to met the guidelines found in 49 C.F.R. Part 40, the Omnibus Transportation Employee Testing Act of 1991, as amended, and the Alabama Drug-Free Workplace Premium Credit Program (Act 95-535), and the Florida Carrier Certified Drug Free Workplace (40.102,F.S.)

6.  To minimize the likelihood that company property will be used for illicit drug activities.

7.  To protect the reputation of the company and our employees within the community.

Substance abuse can be a serious threat to the company, our employees and customers. Though the percentage substance abusing employees may be relatively small, practical experience and research indicate that appropriate precautions by the company are necessary. It is the belief of Mansfield Industrial Coatings that the benefits derived from the policy objective outweigh the potential inconvenience to employees. The Company earnestly solicits the understanding and cooperation of all of our employees in the implementation and enforcement of this policy.

...sfield Industrial requires that all employees report to work without any alcohol or illegal or mind altering substances in their systems. No employee shall report for work or remain on duty requiring the operation of a motor vehicle, other hazardous equipment or performing job duties in a hazardous environment when the employee has consumed or is affected by alcohol or any controlled substance, except when the use is pursuant to the instructions of a physician who has advised the employee that the substance does not adversely affect the employee's ability to perform in a safe manner. No employee shall use alcohol while on duty. Mansfield also prohibits employees using, possessing, manufacturing, distributing or making arrangements to distribute illegal drugs or alcohol while at work or on company property.

Further, outside conduct of a substance abuse-related nature which affects an employee's work, the company's relationship with the government or reflects badly on Mansfield is prohibited.

Employees must inform their supervisor when they are legitimately taking medication which may affect their ability to work, in order to avoid creating safety problems and violating this Drug and Alcohol Policy.

## ENFORCEMENT

In order to enforce these rules, Mansfield reserves the right to require all employees (defined in its broadest sense as anyone working directly or indirectly on company property) to submit, at any time an employee is on duty or at any time an employee may normally be called to be on duty, to drug tests to determine the presence of prohibited substances. Mansfield is required to develop, implement and enforce a drug and alcohol policy for their employees as a condition of compliance with Omnibus Transportation Employee Act of 1991.

...uant to Mansfield's policy and regulations, applicant testing may be required. All current employees may ... required to undergo testing at scheduled physical examinations, and/or where the Company has reasonable suspicion to believe an employee has violated its Drug and Alcohol Policy; and/or on a random basis without advance notice. Employees are also required to report all injury or damage related accidents involving Company property or personnel or during Company-related activities any may be required to submit to alcohol screening within two (2) hours and to drug screening within thirty-two (32) hours of a reportable accident. Employees who return to work following rehabilitation will be required to undergo return to duty/follow up testing in addition to the general Company testing requirements.

An employee's refusal to submit immediately to an alcohol or drug test as required by this policy shall constitute an act of insubordination and will subject the employee to termination.

Violation of these rules may subject the employee to discipline, up to and including discharge. Refusal to cooperate with Mansfield Industrial Coatings in any test investigation may result in discipline, including discharge.

Any questions should be directed to the Drug Program Coordinator in the Pensacola office (850) 477-6437.

A complete copy of Mansfield's policy is available for review through the job supervisors and the main offices in Pensacola, West Monroe or Mobile.

## OVER THE COUNTER AND PRESCRIPTION DRUGS
## WHICH COULD ALTER OR AFFECT DRUG TEST RESULTS

Alcohol       All liquid medications containing ethyl alcohol (ethanol). Please read the label for alcohol content. As an example, Vick's Nyquil is 25% (50proof) ethyl alcohol, Comtrex is 20% (40 proof), Contact Severe Cold Formula Night Strength is 25% (50 proof) and Listerine is 26.9% (54proof).

Amphetamines       Desoxyn, Dexedrine, Didrex, Vick's Inhaler

Cannabinoids   Marinol (Dronabinol, THC)

Cocaine       Cocaine HCI topical solution (Roxanne)

Phencyclidine   Not legal by prescription

Methaqualone   Not legal by prescription

Opiates       Paregoric, Parepectolin, Donnagel PG, Morphine, Tylenol with Codeine, Emprin with Codeine, APAP with Codeine, Aspirin with Codeine, Robitussin AC, Guiatuss AC, Novahsistine DH, novahistine Exportorant, M-S Contin and Roxanol (morphine Sulfate), Tussi-organidin, etc.

Barbiturates   Phenobarbital, tuinal, amytal, Nembutal, Seconal, Fiorinal, Fioricet, Esgic, Butisol, Mebral, Butabarbital, Butalbital, Triad, Etc.

Benzodiazepines       Ativan, Azene, Kilonopin, Dalmane, Diazepam, Librium, Xanax, Serax, Tranxene, Valium, Halcion, Restoril, Centrax

Methadone   Dolophine

Propoxyphene   Darvocet, Darvon, Wygesic, Propacet

## MANSFIELD INDUSTRIAL COATINGS
## POLICY CONSENT/RELEASE FORM

I have read the above statement of policy and agree to abide by Mansfield Industrial Coatings' Drug and Alcohol Rules. I agree to submit to drug or alcohol tests at any time as a condition for my initial or continued employment. I authorize any laboratory or medical provider to release test results to MANSFIELD INDUSTRIAL and its Medical Review Officer. I authorize the Medical Review Officer to release final test results to Mansfield for the time period stated below.

Without limiting the authorizations stated above, also expressly authorized the Company or its MRO to release any test-related information, including positive results:

- As directed by my specific, written consent authorizing release of the information to an identified person.
- To a subsequent employer upon receipt of a written request form expressly authorized by the terms of my written request.
- To my decision maker in a lawsuit, grievance, or other proceedings initiated by or on behalf of myself.
- To the Secretary of Transportation, any DOT agency with regulatory authority, state agency with authority over the employer and other agencies including, but not limited to worker's compensation, unemployment compensation, or other proceeding related to benefit sought by myself.

I understand that this document in no way limits my right to terminate my employment or be terminated and that my employment is on an "at will" basis.

I also understand that under the requirements of Florida Carrier Certified Drug-Free Workplace (440.102, F. S.) it is my responsibility to notify the laboratory of administrative or civil action.

This consent shall remain in effect for a period of five years if I am not hired by the Company; and if I become employed, then until five years after my employment terminates.

| | | |
|---|---|---|
| _Patrick L. Lewis_ | _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_ | _03/24/03_ |
| Employee or Applicant | Social Security # | Date |
| _[signature]_ | | _3-24-03_ |
| Witness | | Date |

MANSFIELD INDUSTRIAL COATINGS, INC.
POST-HIRING QUESTIONNAIRE
AN EQUAL OPPORTUNITY EMPLOYER

**EXHIBIT**

7 - Lewis

Date: _____     Position(s) applied for _____

Name Patrick D Lewis                    SS# 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

Address 113 Furniss Ave                 Apt. # _____

City Selma             State Al          Zip 36701

Telephone Number ( 334 ) 875-5470      Best time to call 875-7544

Alternate Phone Number ( 334 ) 875-7544

Mailing address (If different than above address) _____

City _____     State _____     Zip _____

Do you have the right to work in this country? ✓ yes _____ no

(Proof of immigration status or U.S. Citizenship is required.)

Are you over 18 years of age? ✓ yes _____ no

If not, speak to the supervisor before you go any further.

Have you ever been employed by MIC before? _____ yes ✓ no    If Yes, when? _____

Date available for work? Now _____

Driver's License Number (if required) N/A              State _____

Have you been convicted of a felony in the last 7 years? _____ Yes ✓ No

(Such conviction does not bar you from employment, but may be relevant if job related.)

If Yes, explain: _____

## EDUCATION

| Name of High School | Did you Graduate? | If no, highest grade completed? |
|---|---|---|
| Selma High | ✓ Yes _____ No _____ GED | |
| Name of Vo-Tech Training School | What did you study? | Did you Complete Vo-Tech Training? |
| | | |
| College | Major | Degree/College Credit Earned |
| | | |

## REFERENCES

List name and phone number of 3 business/work references who are not related to you and are not previous supervisors. If not applicable, list 3 personal references who are not related to you who would be willing to provide professional or character reference.

| NAME | TELEPHONE | YEARS KNOWN |
|------|-----------|-------------|
| Jasper Pugh | 872-3768 | 1.5 years |
| Ruthy Simmon | 875-3590 | 25 " |
| Ralph William | 872-4761 | 30 " |

List any additional information you would like us to consider. _____

In case of an emergency, who should we notify? _Hester Taylor_

Their phone number? ( 334 ) _875-5472_

Have you ever made a claim, or been paid for any injury under Workers' Compensation, including injury during Government service? _____ Yes ___/___ No

If your answer is Yes, answer the questions below:

| Nature of Injury | Employer When Injured | Year | Insurance Company |
|------------------|-----------------------|------|-------------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Failure to answer truthfully may result in forfeiture of Workers' Compensation benefits.

## EMPLOYMENT HISTORY

List your last 3 employers.

| NAME | TELEPHONE | JOB TITLE & RESPONSIBILITIES |
|------|-----------|------------------------------|
| OnI Monty | 334 265-9797 | Better Job |
| Tri Tech Selma | 334 874-9295 | Loss contract |
| TP Selma | 334 872-3481 | Loss contrac |

# EMPLOYEE AUTHORIZATION

I understand that employment is subject to verification of applicable lawful age, physical examination and condition and I will furnish such lawful proof as is deemed necessary to verify the same.

I hereby agree to submit to medical examination and authorize any physician who has ever examined or treated me to give Mansfield Industrial Coatings, Inc. a complete record and report of treatment.

I voluntarily grant Mansfield Industrial Coatings, Inc. the right to investigate the statements made in this questionnaire concerning my suitability for employment. I hereby authorize the release of such information in any form to other parties having a legitimate interest in it, and I do also hereby release Mansfield Industrial Coatings, Inc., from all claims arising from the furnishing of such information to an interested third party.

I certify that the information contained in this questionnaire is correct to the best of my knowledge, and understand that falsification of this application in any detail is grounds for dismissal from employment in accordance with company policy. I agree to conform to the rules and regulations of the company and understand that my employment and compensation can be terminated with or without cause and with or without notice at any time, at the option of either the company or myself. I further understand that no personnel recruiter or interviewer or other representative of the company, other than the President, has any authority to enter into any agreement for employment for any specified period of time. Any employment agreement for a specific or minimum period of time must be in writing and signed by the President.

It is mandatory that all applicants and employees undergo drug screening for prohibited substance use. The applicants and employees shall authorize the release of the test results to the employer. Only those persons who tested negative will be considered for employment.

The employer further reserves its right to require an employee to submit to medical testing if the employer has reasonable grounds to believe that the employee's faculties are affected on the job by alcohol and/or drug use, or is involved in a lost time/ recordable accident or property damage. If the employee refuses to participate in testing, the employer may discipline the employee, up to and including termination.

_____     5/24/03
Employee Signature                    Date

# RULES AND REGULATIONS

All companies must have rules of conduct to govern operations and to protect both employees and the Company. Mansfield Industrial Coatings, Inc. expects all of it's employees to observe rules of honest, good conduct and fair play and to follow generally accepted customs of conduct toward their fellow employees and the Company. Employees should not engage in conduct that would reflect adversely on fellow employees or the Company at any time or place.

These rules are example only and are not intended to be an exhaustive list of all possible reasons for disciplinary action. Each employee should clearly understand that the omission of a particular action does not prevent appropriate disciplinary action, up to and including discharge, from being taken against an employee when warranted by the circumstances.

The disciplinary action that will be imposed by the Company may vary from oral warning to immediate discharge depending upon the facts and circumstances of each particular case. Factors that will be considered by the Company include the seriousness of the offense, the employee's prior disciplinary record, and the employee's prior work record, including length of service.

1. Theft or dishonesty in any form; falsification of time card or misrepresentation of time card or misrepresentation of records; destruction of property or records of the Company, employees, or customers; unauthorized removal or use of property or records of Company, employees or customer.
2. Fighting on Company or customer's property.
3. Coercing, threatening, assaulting, intimidating, or interfering with supervisors, management, employee, or customers, or any members of their family, at any time Company or customer's property.
4. Insubordination, disrespect to, or failure to follow instructions or assignments of supervisors, management or guards.
5. Coming within plant site boundaries while under the influence of intoxicants or illegal drugs, or in possession or consuming of intoxicants or illegal drugs.
6. Possession of weapons within the plant site boundaries.
7. Inattention to job duties, including sleeping, loafing, horseplay or leaving work station before scheduled quitting time.
8. Gambling, immoral, or obscene behavior or language on Company or customer's property
9. Smoking in non-smoking areas.
10. Violation of safety rules or practices.
11. Improper use, treatment, or care of Company or customer's property or of the property of others while on Company or customer's property.
12. Willfully failing to abide by quality performance standards.
13. Knowing violation of Company or Customer's rules.
14. Disloyalty to the Company.
15. Except for necessary trips to the rest rooms, employees shall secure permission from their foreman before leaving their work station.
16. Absenteeism or tardiness or unexcused absenteeism or tardiness.
17. Performance of outside work that interferes with Company duties.
18. Unauthorized disclosure of confidential Company information
19. Failure to report legitimate injuries or injuries.

# MANSFIELD INDUSTRIAL COATINGS
## POLICY CONSENT/RELEASE FORM

I have read the above statement of policy and agree to abide by Mansfield Industrial Coatings' Drug and Alcohol Rules. I agree to submit to drug or alcohol tests at any time as a condition for my initial or continued employment. I authorize any laboratory or medical provider to release test results to MANSFIELD INDUSTRIAL and its Medical Review Officer. I authorize the Medical Review Officer to release final test results to Mansfield for the time period stated below.

Without limiting the authorizations stated above, also expressly authorized the Company or its MRO to release any test-related information, including positive results:

- As directed by my specific, written consent authorizing release of the information to an identified person.
- To a subsequent employer upon receipt of a written request form expressly authorized by the terms of my written request.
- To my decision maker in a lawsuit, grievance, or other proceedings initiated by or on behalf of myself.
- To the Secretary of Transportation, any DOT agency with regulatory authority, state agency with authority over the employer and other agencies including, but not limited to worker's compensation, unemployment compensation, or other proceeding related to benefit sought by myself.

I understand that this document in no way limits my right to terminate my employment or be terminated and that my employment is on an "at will" basis.

I also understand that under the requirements of Florida Carrier Certified Drug-Free Workplace (440.102, F. S.) it is my responsibility to notify the laboratory of administrative or civil action.

This consent shall remain in effect for a period of five years if I am not hired by the Company; and if I become employed, then until five years after my employment terminates.

_____   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   03/24/03
Employee or Applicant        Social Security #     Date

_____                   3-24-03
Witness                                      Date

# MANSFIELD INDUSTRIAL
P O Box 6205, Pensacola, FL 32503
(850) 477-6437 Phone    (850) 477-6437 Fax

## APPLICANT'S AUTHORIZATION TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS (49 CFR Part 40.25)

I, _Patrick Lewis_, understand that as a condition of hire with _Mansfield Industrial_, I must give previously mentioned Company and its agent and representative Pipeline Testing Consortium, Inc. (PTC) written authorization to obtain the results of all Department of Transportation (DOT) mandated drug and/or alcohol tests - including refusals to test - from all of the companies for which I worked in a safety-sensitive position, or for which I took a pre-employment drug test during the previous two (2) years.

Below I have listed all of the companies for which I have worked or pre-employment tested during the past two years. I hereby authorize Mansfield Industrial and its designated agent to obtain from those companies, and I hereby authorize those companies, to furnish to Mansfield Industrial or its designated agent the following information concerning my drug and alcohol tests: (1) all alcohol test with results 0.04 or greater during the previous two years; (2) all positive drug test during the previous two years; (3) all instances in which I refused to submit to a DOT required drug, controlled substance and/or alcohol test (refusals include verified adulterated and/or substituted tests); (4) other violations of DOT drug and alcohol testing regulations; and (5) documentation of successful completion of DOT return-to-duty requirements, including follow-up testing, as a result of a violation of DOT drug and alcohol regulations.

| Company Name and Phone Number(Please Write Legibly) | Dates of Employment |
|---|---|
| | |
| | |
| | |
| | |

(Use the back of this form if necessary.)

Applicant Certification:
I have carefully read and fully understand this authorization to release my previous drug and alcohol test results to Mansfield Industrial or it's designated agent. In signing below, I certify that all of the information which I have furnished on this form is true and complete, and that I have identified all of the companies for which I have worked in a DOT safety-sensitive position or pre-employment tested during the previous two (2) years.

_Patrick Lewis_                    _419-19-41.72_          _3/24/03_
(Signature of Applicant)        (Social Security Number)    (Date)

FAX FORM TO: Mansfield Industrial – (850) 477-4473
A reproduction of this Form shall be deemed as effective and valid as an original.

# MANSFIELD INDUSTRIAL COATINGS, INC.
## SAFETY DISCIPLINE AND DISCIPLINARY ACTION SYSTEM

Mansfield Industrial Coatings, Inc. ask that each of you make every effort to protect yourself and your fellow workers. The initial responsibility of working safely is up to you. Those employees who ignore safe working practices will be disciplined.

Mansfield Industrial Coatings, Inc. has no desire to discipline unduly or cause hardship to anyone. However, Mansfield Industrial Coatings, inc. intends to use all means at our disposal to make this a safe work environment. We expect each of you to make a committed effort to assist us in meeting this goal.

Mansfield Industrial Coatings, Inc. has implemented a Reprimand Safety Violation Procedure. The following guidelines will be enforced for all projects.

A <u>REPRIMAND</u> is an official written notice to an employee that his or her safety performance is unacceptable.

REPRIMAND SAFETY VIOLATION PROCEDURE

Safety violations are listed in three (3) categories:

(A) Safety Violation - A Safety Violation is an act committed by an employee which does not immediately expose the employee to serious injury or death.

    1.  An employee will receive a written reprimand upon his/her first violation.
    2.  A combination of two (2) safety violation reprimands will result in a suspension of two (2) days without pay.
    3.  A combination of three (3) safety violation reprimands shall result in termination.

(B) Serious Safety Violation - A Serious Safety Violation is an act committed by the employee which immediately exposes the employee the serious injury or death.

    1.  When an employee receives one (1) serious safety violation reprimand, he/she shall be suspended for two (2) days without pay.
    2.  A combination of two (2) serious safety violation reprimands shall result in termination.

(C) Major Serious Violation - A Major Serious Violation is an act committed by the employee which is inexcusable.

    1.  A written reprimand does not have to be given before discharge. A violation of (C) Major Serious Violation shall result in termination.

_Patrick D Lein_       _3/24/03_
Employee Signature      Date

_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_       _Painter_
                      Job Title

# MANSFIELD INDUSTRIAL COATINGS, INC.
## WORKERS' COMPENSATION INFORMATION

Mansfield Industrial Coatings, Inc. provides a comprehensive workers' compensation insurance program at no cost to employees. This program covers any injury or illness sustained in the course of employment that requires medical, surgical, or hospital treatment. The management of MIC is committed to provided the best possible treatment for legitimate work related injuries. We required that employees adhere to the following:

- It is mandatory for employees who sustain any work related injury or illness to immediately inform their supervisor. Even the smallest injury if left untreated could end up to be a more serious injury. MIC management is committed to providing the best possible treatment for legitimate work related injuries.

- In keeping with this commitment, any employee who does not report an injury immediately, is subject to disciplinary action up to dismissal.

- All pre-existing workers' compensation disabilities or other disabilities must be listed on the Post Hiring Questionnaire. The purpose of this inquiry is to determine whether you currently have the physical or mental qualifications necessary to perform the job that has been offered, whether and what accommodations may be necessary, and whether you can perform the job without posing a direct threat to the health or safety of yourself or others. Failure to answer truthfully may result in forfeiture of Workers' Compensation benefits.

- Finally, a Workers' Compensation <u>fraudulent claim</u> is a crime. MIC takes an active role in investigating and prosecuting fraudulent claims. If you know of anyone who has submitted such a claim, please contact the Safety Department at the Pensacola office. Most states have reward systems in place that you may quality for.

By my signature, I agree that I fully understand the above issues. I have been given the opportunity to ask questions. I understand that any false, incomplete or misleading information given by me, regardless of when it is discovered, is sufficient cause for termination of my employment with Mansfield Industrial Coatings. Inc.

_____        _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_____
Employee Signature                Social Security Number

_____        _3/24/05_____
Witness                           Date

## Form W-4 (2001)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2001 expires February 18, 2002.

**Note** You cannot claim exemption from withholding if (1) your income exceeds $750 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to

income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends,

consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2001. Get Pub. 919 especially if you used the **Two-Earner/Two-Job Worksheet** on page 2 and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

| | Personal Allowances Worksheet (Keep for your records) | |
|---|---|---|
| A | Enter "1" for yourself if no one else can claim you as a dependent | A ____ |
| B | Enter "1" if: • You are single and have only one job; or • You are married, have only one job, and your spouse does not work; or • Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. | B ____ |
| C | Enter "1" for your spouse. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (Entering -0- may help you avoid having too little tax withheld.) | C ____ |
| D | Enter number of dependents (other than your spouse or yourself) you will claim on your tax return | D ____ |
| E | Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) | E ____ |
| F | Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit | F ____ |
| | (Note Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| G | Child Tax Credit (including additional child tax credit): • If your total income will be between $18,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child. • If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children. | G ____ |
| H | Add lines A through G and enter total here. (Note: This may be different from the number of exemptions you claim on your tax return.) ▶ | H ____ |

| | | |
|---|---|---|
| For accuracy, complete all worksheets that apply | • If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2. • If you are single, have more than one job, and your combined earnings from all jobs exceed $35,000, or if you are married and have a working spouse or more than one job and the combined earnings from all jobs exceed $60,000, see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld. • If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below. | |

------ Cut here and give Form W-4 to your employer. Keep the top part for your records. ------

| Form **W-4** Department of the Treasury Internal Revenue Service | **Employee's Withholding Allowance Certificate** ▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2. | OMB No. 1545-0010 **2001** |
|---|---|---|

| 1 Type or print your first name and middle initial **Patrick** | Last name **Lewis** | 2 Your social security number **419 : 19 : 4172** |
|---|---|---|

| Home address (number and street or rural route) **113 Furniss Ave** | 3 ☐ Single ☑ Married ☐ Married, but withhold at higher Single rate. Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box. |
|---|---|
| City or town, state, and ZIP code **Selma Al** | 4 If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card ▶ ☐ |

| 5 | Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) | 5 | **9** |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 | **$5** |
| 7 | I claim exemption from withholding for 2001, and I certify that I meet both of the following conditions for exemption: • Last year I had a right to a refund of all Federal income tax withheld because I had no tax liability and • This year I expect a refund of all Federal income tax withheld because I expect to have no tax liability. If you meet both conditions, write "Exempt" here ▶ | 7 | |

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or I am entitled to claim exempt status.

Employee's signature (Form is not valid unless you sign it.) ▶ **Patrick D Lewis**    Date ▶ **3/24/03**

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number |
|---|---|---|

5. Department of Justice
Immigration and Naturalization Service

Form I-9 (Rev. 11-21-91) N
Employment Eligibility Verification

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Lewis | Patrick | D | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 113 Furnis Ave | | 11-11-66 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Selma | AL | 36781 | 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 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- ☒ A citizen or national of the United States
- ☐ A Lawful Permanent Resident (Alien # A)_____
- ☐ An alien authorized to work until ___/___/___
  (Alien # or Admission #)_____

| Employee's Signature | Date (month/day/year) |
|---|---|
| Patrick D Lewis | 3/24/03 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | Patrick Lewis |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| Furnis Ave Selma AL 36701 | |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | St ID | | SS# |
| Issuing authority: _____ | | AL | | SS. Admin |
| Document #: _____ | | I323723 | | 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 |
| Expiration Date (if any): ___/___/___ | | S Alcide | | ___/___/___ |
| Document #: _____ | | | | |
| Expiration Date (if any): ___/___/___ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | Johnny Critchfield | Supt |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| Hartsfield Industrial Coatings, Inc. | P.O. Box 6205, Pensacola, FL 32503 | 3-24-03 |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____   Document #: _____   Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appears to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-003

## Code of Safe Practices

Attachment 003-A
Handbook Orientation Testing Log

Note: The information contained in the "Code of Safe Practices" Handbook is only a guide to our overall program expectations, it will help support field Supervision in initial orientation of new employees to our program and quickly determine their level of basic Safety understanding of our business. Answers to all questions in the testing can not be found in the handbook, this is by design, to identify those areas of training that will naturally require more in-depth training with specific Programs, Policies and/or Procedures.

The Supervisor is expected to review all tests, discuss incorrect answers with the employee to ensure understanding, and log the results in the matrix below. Test scores of 80% or below will indicate the need for more in-depth training from the ESH Program Manual to provide an appropriate level of training required for specific types of work, i.e. Confined Space, Fall Protection, or Lead & Heavy Metals Abatement, etc..

It may not be possible to go through the complete handbook in one setting and finish all testing, so it is expected that the training documentation may remain on the jobsite until completed. Once completed, the Supervisor should make a copy of the documentation for his jobsite file, and send the originals to the Regional ESH Office for filing.

| | Subject | Test Date | Testing/Instructor Supervisor | Initial Test Score | Reviewed to 100% "Initial" |
|---|---|---|---|---|---|
| 1. | Hazard Communications | 3-24-03 | J. Crutchfield | 80 | P.L |
| 2. | Personal Protective Equipment | | | 100 | P.L |
| 3. | Respiratory Protection | | | 90 | P.L |
| 4. | Fall Protection | | | 70 | P.L |
| 5. | Heat Stress | | | 80 | P.L |
| 6. | Confined Space | | | 70 | P.L |
| 7. | Scaffolds | | | 80 | P.L |
| 8. | Lead Abatement | | | 70 | P.L |
| 9. | Lock Out / Tag Out | | | 50 | P.L |

I (Print Name)_____ acknowledge by my signature below that the test answers to the test subjects listed above are my own, that the instructor has reviewed all incorrect answers with me, and that I understand the training I have received.

| Employee Signature | Social Security Number | Date |
|---|---|---|
| Patrick D. ___ | 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 | 3/24/03 |
| Employee Supervisor (Print) | Signature | Date |
| Johnny Crutchfield | | |

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

DOC# PPP-003

### Code of Safe Practices

TEST-003-1

Hazard Communication

SCORE: 80

Patrick D Lewis
Employee Name (print)

1. The Hazard Communication standard is often referred to as the Right to Know standard?

   ☑ True                    ☐ False

2. MSDS's are not required on shipping containers provided they are properly labeled?

   ☐ True                    ☑ False

3. Right to Know deals with avoiding chemical exposure in the workplace?

   ☑ True                    ☐ False

4. A carcinogen (cancer causing agent) would be an example of a physical hazard?

   ☑ True                    ☐ False

5. There are two types of chemical hazards. One is physical and the other is chemical?

   ☑ True                    ☐ False

6. You will find safe handling precautions on a MSDS?

   ☑ True                    ☐ False

7. Health Hazards are either considered acute or short term?

   ☑ True                    ☐ False

8. A chronic effect is usually the result of one exposure incident?

   ☑ True                    ☐ False

9. One required item on a label is the name of the chemical inside the container?

   ☑ True                    ☐ False

10. Copies of MSDS's shall be made available to employees?

    ☑ True                    ☐ False

3-24-03

Instructors Signature                    Date

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-003

## Code of Safe Practices

TEST-003-2

### Personal Protective Equipment

SCORE: *100*

Patrick Lewis
Employee Name (print)

1. PPE shall be inspected before each use. Defective or worn equipment shall not be used and replaced at once.
   [✓] True          [ ] False

2. Safety glasses are only required in certain operations and conditions.
   [ ] True          [✗] False

3. Hard hats shall be worn on all Company projects regardless whether owners require hard hats or not.
   [✓] True          [ ] False

4. The Material Safety Data Sheet (MSDS) can be checked for the type of hand protection to be worn.
   [✓] True          [ ] False

5. You should avoid wearing loose, dangling cloths or hanging jewelry around moving or rotating equipment.
   [✓] True          [ ] False

6. Hard hats may be worn backwards.
   [ ] True          [✗] False

7. You are not responsible for the cleaning and maintenance of your PPE.
   [ ] True          [✓] False

8. PPE should be for its intended purpose and suitable for the working conditions.
   [✓] True          [ ] False

9. It is not required to wear an all leather durable type work shoe. A safety tennis shoe is permitted on Company projects.
   [ ] True          [✓] False

10. Hearing protection must be worn when working around high noise areas.
    [✓] True          [ ] False

Instructors Signature _____        Date  3-29-03

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

Case 2:06-cv-00497-WKW-SRW    Document 30-5    Filed 07/02/2007    Page 39 of 59

### Code of Safe Practices

TEST-003-3

Respiratory Protective Equipment

SCORE:

*90*

*Patrick Lewis*
Employee Name (print)

1. All respirators shall be approved by NIOSH and MSHA?

   ☑ True          ☐ False

2. There are two types of respirators, air-purifying and air-supplied?

   ☑ True          ☐ False

3. Air-purifying respirators offer the most protection?

   ☒ True          ☑ False

4. Oil lubricated compressors used for breathing air must be equipped with in line filters and a CO monitor?

   ☑ True          ☐ False

5. It is okay to use an air purifying respirator in an oxygen deficient or IDLH atmosphere?

   ☐ True          ☒ False

6. A positive/negative pressure fit test should be done each time an air purifying respirator is put on?

   ☐ True          ☒ False

7. It is okay to wear a respirator with a beard?

   ☐ True          ☒ False

8. You must pass a training class, pulmonary function test, and fit test to wear a respirator?

   ☑ True          ☐ False

9. Your respirator shall be cleaned after each use and stored properly?

   ☑ True          ☐ False

10. Cartridges shall be replaced if you detect an odor, experience dizziness, or have difficulty breathing?

    ☑ True          ☐ False

_____
Instructors Signature          *Q.C.*

*3-24-03*
Date

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-003

### Code of Safe Practices

TEST-003-4

Fall Protection

SCORE:

*Patrick Lewis*
_____
Employee Name (print)

70

1. The Company requires fall protection 100% of the time when working six (6) feet or more above a lower level?
   ☑ True            ☐ False

2. If a guardrail system is complete (has handrails, mid-rails, and toe-boards) this will serve as your fall protection?
   ☐ True            ☑ False

3. It is OK to wear safety belts on *Company Name* projects?
   ☑ True            ☐ False

4. Always anchor lanyards and lifelines to structure capable of supporting 5000 lbs?
   ☑ True            ☐ False

5. It is OK to anchor lifelines and lanyards to handrails, only if there's no other anchor point?
   ☑ True            ☐ False

6. Lifelines and lanyards shall be protected from sharp objects?
   ☑ True            ☐ False

7. Multiple workers can be attached to a vertical lifeline?
   ☐ True            ☑ False

8. Fall protection equipment shall be inspected prior to each use?
   ☑ True            ☑ False

9. Always anchor at or above the "d"-ring in the center of the back?
   ☑ True            ☐ False

10. It is OK to attach several lanyards together to make a longer lanyard?
    ☐ True            ☑ False

_____
Instructors Signature

*3-24-03*
_____
Date

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-003

### Code of Safe Practices

TEST-003-5

Heat Stress

SCORE:

80

Patrick Lewis

Employee Name (print)

1. Heat stress is classified into three related illnesses: heat cramps, heat exhaustion, and heat stroke.

   ☑ True        ☐ False

2. Heat stroke is the least serious of the three types of heat related illnesses.

   ☐ True        ☑ False

3. Heat cramps are characterized by dry; red skin.

   ☐ True        ☑ False

4. Heat exhaustion is when one loses the ability to sweat and cannot cool down.

   ☑ True        ☐ False

5. Heat related illnesses can be prevented.  One way is to drink plenty of water.

   ☑ True        ☐ False

6. A person gets a heat-related illness when the body loses its ability to get rid of excess heat.

   ☑ True        ☐ False

7. Heat stroke is the only heat-related illness that requires First Aid and/or medical attention.

   ☑ True        ☐ False

8. Another way to prevent heat related illness is to isolate the heat source (i.e., shut off a machine).

   ☑ True        ☐ False

9. Acclimation, is adjusting yourself to a hot environment through short exposures?

   ☑ True        ☐ False

10. It is OK to disregard possible symptoms of heat stress disorders if it doesn't seem to hot ?

   ☐ True        ☑ False

_____        3-24-03

Instructors Signature        Date

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

· Code of Safe Practices

DOC# FPP-003

TEST-003-6

Confined Space .

SCORE:

70

*Patrick Lewis*

Employee Name (print)

1. Monitoring of a permit required confined space shall include testing of oxygen, flammable levels, and toxins.
   ☑ True          ☐ False          _ _ _ _ _

2. The outside attendant in an emergency may enter a confined space.
   ☐ True          ☑ False

3. Only the entry supervisor may order an evacuation of a confined space.
   ☑ True          ☐ False

4. Everyone involved in confined space work must know what to do in the event of an emergency?
   ☑ True          ☐ False

5. The authorized entrant must read and understand all the precautions noted on the entry permit.
   ☑ True          ☐ False

6. It is not necessary to have an outside attendant while working inside a permit required confined space.
   ☐ True          ☑ False

7. A form of communication must be established and maintained between the entrant and attendant while working inside a permit required confined space.
   ☑ True          ☐ False

8. A confined space permit is no longer valid and immediately canceled when an evacuation or alarm sounds.
   ☐ True          ☑ False

9. The entrant is responsible for keeping an accurate head count of attendants inside the confined space.
   ☑ True          ☐ False

10. Never enter a permit required confined space without an entry permit and outside attendant.
    ☑ True          ☐ False

_____          3-24-03
Instructors Signature                    Date

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-003

### Code of Safe Practices

TEST-003-7

Scaffolds

SCORE:

80

*Patrick Lewis*

Employee Name (print)

1. All scaffolds shall be inspected before each use.
   ☑ True          ☐ False

2. Additional fall protection is required when working off a scaffold that is missing guardrails.
   ☑ True          ☐ False

3. It is an acceptable practice to climb a scaffold using the cross braces.
   ☐ True          ☑ False

4. The Company permits employees to ride on mobile scaffold provided the scaffold is on a level surface.
   ☑ True          ☐ False

5. Scaffolds shall not be operated or erected near live power lines unless the proper measures have been taken.
   ☑ True          ☐ False

6. Always keep scaffolds free of debris and slippery conditions.
   ☑ True          ☐ False

7. It is not necessary to have a separate fall arrest system while working from a suspended scaffold.
   ☐ True          ☑ False

8. Tools, equipment and materials should be hoisted and lowered from scaffolds by the use of rope, hoist or other means.
9.
   ☑ True          ☐ False

9. Adding unstable objects to a scaffold to provide additional height is prohibited.
   ☐ True          ☑ False

10. Never work off of a scaffold during high winds and storms.
    ☑ True          ☐ False

Instructors Signature

Date   3-24-03

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

## Code of Safe Practices

DOC# PPP-003

TEST-003-8

**Lead Abatement**

SCORE: 7𝛿

**Patrick Lewis**

Employee Name (print)

1. OSHA has established an allowable level of lead at 100 ug/m3 over an eight-hour period.
   [X] True          [ ] False

2. If working in an area where lead exposure exists, always wash your hands and face prior to eating, drinking, smoking, or applying cosmetics.
   [X] True          [ ] False

3. You must be removed from the lead environment when your blood level reaches 10 ug/dl.
   [X] True          [ ] False

4. Personal hygiene is very important in preventing lead poisoning.
   [X] True          [ ] False

5. In concentrations below 50 ug/m3, respiratory protection is not necessary.
   [ ] True          [X] False

6. It is okay to take home lead contaminated clothing, but it must be washed immediately.
   [X] True          [ ] False

7. As an employee you have no right to exposure monitoring results, unless they're >10 times the PEL.
   [ ] True          [X] False

8. Do not remove lead dust from protective clothing by shaking or blowing, if co-workers are within 25 ft.
   [X] True          [ ] False

9. On a lead job, all surfaces shall be maintained as free as practicable of lead dust.
   [X] True          [ ] False

10. Only tobacco products are permitted to be present or consumed in regulated areas.
    [ ] True          [X] False

_____          3-24-03
Instructors Signature                    Date

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-003

Code of Safe Practices

TEST-003-9

Lock Out / Tag Out Test

SCORE:

85-0

Patrick Lewis
Employee Name (print)

1. Lock out, tag out, try out, is the complete isolation of energy that may create a risk to the worker?
☑ True          ☐ False

2. The authorized person is one who de-energizes the equipment and re-energizes the equipment?
☑ True          ☐ False

3. The effected employee does not have to apply lock-out devices if his supervisor does?
☐ True          ☑ False

4. If a lock out device is accidentally left on by an employee, they are the only one that can remove the device?
☐ True          ☑ False

5. A danger tag can be used instead of a lock under any given situation?
☐ True          ☑ False

6. Every LO/TO must include the name of the Authorized Person?
☑ True          ☐ False

7. Gravity is not a potential hazardous energy sources?
☐ True          ☑ False

8. Protection in LO/TO is provided when the Client tells the Authorized Person it is safe?
☑ True          ☐ False

9. An effective Lock Out / Tag Out procedure involves the Supervisor, the Authorized Person and the Client Representative?
☑ True          ☐ False

10. Effected employees must understand the types of energy involved, before a Lock Out / Tag Out Procedure is performed?
☑ True          ☐ False

_____QC_____
Instructors Signature

3-29-03
Date

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

Mansfield Industrial, Inc.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

DOC# PPP-036

## Conflict, Harassment, & Violence In The Workplace Program

### Table of Contents

| Section # | Section Description | Page # |
|---|---|---|
| 1.0 | Purpose | 2 |
| 2.0 | Scope | 2 |
| 3.0 | Standards of Conduct | 2 |
| 4.0 | Recognizing Threatening Behavior | 2 |
| 5.0 | Reporting Inappropriate or Threatening Behavior | 3 |
| 6.0 | Handling Situations of Threatening Behavior | 3 |
| 7.0 | Recognizing Harassing Behavior | 4 |
| 8.0 | Reporting Harassing Actions | 4 |
| 9.0 | Responding to Harassing Actions or Complaints | 5 |
| 10.0 | Attachments | 5 |
| | Attachment 036-A    Conflict / Harassment / Violent Behavior Report | 7 |
| | Attachment 036-B    Harassment Complaint Form | 8 |
| | Attachment 036-C    Witness to Harassment Form | 9 |



EXHIBIT

8 - Lewis

### Conflict, Harassment, & Violence In The Workplace Program

**1.0    Purpose**

1.1    To state the Company's commitment to a safe and secure working environment, free from serious conflicts, harassment, intimidation, violence, or threats of violence, and to set forth the procedures for reporting. This program supplements our "Code of Safe Practices" on these issues, and is intended to establish clarity and expectations for "Standards of Conduct" for all employees and sub-contractors of our company.

1.2    It must be clearly understood that the confidentiality of these investigations is of the utmost importance. Anyone violating this clause will be subject to disciplinary actions up to discharge.

**2.0    Scope**

2.1    To assist in identifying any behavior that might make a person feel threatened, fearful for their personal safety or the safety of others or harassed with respect to Federal discrimination laws. These may include;

2.1.1    Direct, or indirect, verbal or written threats to harm another person or someone else's property;

2.1.2    Any behavior or action that could reasonably be interpreted as harassment.

2.1.3    A threat of violence, or any act of physical assault against another person.

2.2    Management will take every reported threat or complaint seriously by promptly assessing the situation and taking the appropriate level of action.

**3.0    Standards of Conduct**

3.1    The company is committed to providing a safe and secure work environment for its employees and others with which we conduct business. We expect employees and especially Leadmen, Foremen, and Supervisors to take precautions to prevent antagonistic or violent behavior in the workplace. We also require employees (anonymously if they chose) to immediately report (to their immediate Supervisor) any of the following:

3.1.1    Incidents of serious conflict that could lead to threats, or acts of violence:

3.1.2    Threatened acts, including intimidation, harassment, coercive or abusive actions.

3.1.3    Possession of firearms, explosives, or other weapons anywhere on company or client property or being transported in company vehicles, or private vehicles on company or client property.

3.1.4    Willful destruction of company property or the property of others. Information on individuals who deliberately make false reports.

3.2    Employees exhibiting any of the above listed behaviors will be subject to immediate disciplinary action, which for most cases would begin with immediate suspension, pending further investigation. Discipline may include dismissal, even for a first offense.

**4.0    Recognizing Threatening Behavior**

4.1    There are many activities that can and do generate conflict in the workplace. It is a natural process in human nature which, if not properly managed can potentially result in threats of violence, or violence in the workplace. Each employee has a personal responsibility to manage their anger or frustration in a manner that is not threatening or intimidating to other employees. Field Supervision must play the key role in identifying and diffusing the issues that lead to these high levels of anger or frustration in employees or themselves. Signs that indicate actual or potential conflicts or violent behavior include:

Mansfield Industrial, Inc.
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

DOC# PPP-036

Conflict, Harassment, & Violence In The Workplace Program

4.1.1   Obsessive behaviors such as holding an intense grudge, unwanted and persistent romantic interest in another, fascination with weapons or violent acts committed by others.

4.1.2   Certain physical actions such as trying to intimidate others, displaying a weapon to test reactions, trying to gain access to areas that are "off limits".

4.1.3   Direct or indirect physical assaults or threats such as striking or threatening an individual with a fist, weapon or other object.

4.1.4   Direct or indirect verbal or written threats such as "bad things are going to happen to you or to so-and-so".

4.1.5   A history of aberrant, atypical, aggressive or violent behavior coupled with any of the above signs.

4.2   Employees witnessing unusual behaviors need to consult with their Supervisor, they should not attempt to diagnose the problem.

## 5.0   Reporting Inappropriate or Threatening Behavior

5.1   All situations of conflicts, actual violent behavior, or threats of violence must be reported immediately to your Supervisor and if/or where appropriate to local security or police. When making the report, the following information should be provided to your Supervisor or authorities:

5.1.1   What happened?

5.1.2   When it happened (i.e., date and time)?

5.1.3   Where it happened (i.e., site location, customer location, job site, meeting, etc. with street address, city, and state)?

5.1.4   Who was involved, and relationship between the involved persons?

5.1.5   Knowledge of any previous incidents leading up to problem?

5.1.6   The exact wording of any verbal threats?

5.2   The Company's Human Resources or ESH Safety Personnel and the involved Division Manager will investigate all reported incidents of serious conflict, alleged threats of violence or violence in the work place to determine appropriate disciplinary action.

5.3   Reports should be made to the employee's immediate Supervisor, and can also be made to the Corporate Human Resources or ESH Department. No adverse action will be taken against anyone who in good faith and on the basis of reasonable belief makes such a report.

## 6.0   Handling Situations of Threatening Behavior

6.1   No two situations involving conflict, harassment or violence, whether actual or potentially serious, are ever the same. Consequently, each incident needs to be addressed cautiously on a case-by-case basis. Consideration must be given to how the employee normally interacts with others, and whether the situation at hand poses an immediate threat to life and or property.

6.2   In situations posing an immediate threat to the safety and well being of employees or other personnel (i.e., someone with a weapon), move to a safe area and notify a Supervisor immediately. If time or circumstances do not permit, call available security or local police to assist in handling the situation. If the situation does not appear to pose an immediate threat to the safety of employees or other personnel or property, then standard Protocol steps for Supervisor notification should be as follows:

Mansfield Industrial, Inc.
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
DOC# PPP-036

## Conflict, Harassment, & Violence In The Workplace Program

6.2.1   Employee observing a co-worker exhibiting any sign(s) that suggests harassment, serious conflict or a potential for violent behavior will immediately notify their Supervisor.

6.2.2   Given the difficulty of these situations, every effort should be made to avoid escalation. The Supervisor is directed to immediately escort the employees out of the field environment and conduct a preliminary investigation to determine the immediate action, pending further investigation. (For serious incidents, the Supervisor must separate and suspend employee(s) pending further investigation). Under no circumstances is it expected that supervision is to physically interact in separation of any employees. The Supervisor must notify their immediate Supervisor in all cases, even if determined that further investigation is not warranted. If the Supervisor is personally involved in the incident, he must call the next level of Management immediately to get assistance, and resolve the issue.

6.2.3   An Assessment Team will be developed to help investigate the incident, if necessary.

6.2.4   The Supervisor will fill out the attached report form "Attachment 036-A", "Conflict / Harassment / Violent Behavior Report Form" to provide notification facts of the incident to Management. The Supervisor will present the completed form to the Corporate Safety Department within 12 hours.

## 7.0   Recognizing Harassing Behavior

7.1   Harassment based on a protected status is a form of discrimination. Although sexual harassment is the most common and widely discussed type of harassment, discrimination laws prohibit harassment based on any protected status, such as race, national origin, disability or age.

7.2   Protected status that are protected by Federal laws are:
7.2.1   Race/Skin color
7.2.2   National Origin
7.2.3   Religion (both beliefs and practices)
7.2.4   Sex or gender
7.2.5   Age (40 years of age or older)
7.2.6   Disability (Physical and mental)
7.2.7   Military Status
7.2.8   Parental Status (Some state laws protect this group.)
7.2.9   Sexual orientation

## 8.0   Reporting Harassing Actions

8.1   Any employee who wants to report an incident of sexual or other unlawful harassment behavior should promptly report the matter to his or her supervisor. If the supervisor is unavailable or the employee believes it would be inappropriate to contact that person, they should immediately contact the Manager the Supervisor answers to or the Safety or Human Resources Department. Any supervisor or manager who becomes aware of possible harassment activities should promptly advise the Human Resource or ESH Department. Employees can raise concerns and make reports without fear of reprisal.

Mansfield Industrial, Inc.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

Conflict, Harassment, & Violence In The Workplace Program

DOC# PPP-036

---

**9.0    Responding To Harassing Actions or Complaints**

9.1    The Supervisor or Manager will be the first point of contact for a complaint. Your investigation should begin with a private interview with the person filing the complaint. The following guidelines should be adhered to:

9.1.1    DON'T IGNORE the complaint. "It will go away on its own if I don't respond" does not work. Ignoring the problem implies permission to act in discriminatory ways.

9.1.2    DON'T MAKE EXCUSES for the offender.

9.1.3    DON'T BE SCARED TO TAKE ACTION - making a mistake is far less serious than not acting at all.

9.1.4    DON'T impose consequences before finding out exactly what happened from those involved.

9.1.5    DON'T focus entirely on applying consequences to the offender while ignoring the feelings of the victim.

9.1.6    DON'T humiliate the attacker when imposing consequences.

9.1.7    DON'T embarrass either party publicly.

9.1.8    DO deal with the situation immediately utilizing the attached forms.

9.1.9    DO confirm that the particular type of abuse is hurtful and harmful and will not be tolerated.

9.1.10    DO explain that the company will promptly investigate the allegation in a fair and expeditious manner.

9.1.11    DO value the feeling of others by active, sensitive listening.

9.1.12    DO take those involved aside to discuss the incident.

9.1.13    DO promote mutual respect among individuals.

9.2    If there are witnesses, have them complete the "Witness to Harassment Form" (Attachment 036-C).

9.3    Contact your immediate Supervisor and the Human Resources or ESH Department. The COMPLAINT will be investigated. The person alleged to have committed the harassment will be given an opportunity to respond.

**10.0    Attachments**

10.1    Attachment 036-A Conflict / Harassment / Violent Behavior Report

10.2    Attachment 036-B   Harassment Complaint Form

10.3    Attachment 036-C   Witness to Harassment Form

Mansfield Industrial, Inc.
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
DOC# PPP-036

Conflict, Harassment, & Violence In The Workplace Program

This Page Intentionally Left Blank!

Copyright KZ Environmental, Safety & Health Alliance 2003

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

**Conflict, Harassment, & Violence In The Workplace Program**

DOC# PPP-036

Attachment 036-A
Conflict / Harassment / Violent Behavior Report

Instructions: This form is to be filled out by the Field Supervisor in as much detail as possible to record any serious conflict, threat or act of violence to, or between employees, customers, or other personnel in the workplace (even if not an employee). Notification must be made to appropriate management as soon as the incident occurs. (PPP-009 will guide the Investigation process) (For represented employees, consider contact with Union Representative as appropriate.)

Location of the Incident: _____

Date of Incident: _____ Time: _____ AM / PM

Supervisor Making Notification:_____ Time: _____ AM / PM

Employee Reporting Incident: _____ Time: _____ AM / PM

Other Witnesses & Contact Telephone Number:

_____    _____
_____    _____
_____    _____

Description of Incident:

| | |
|---|---|
| Who initiated the incident? | |
| Who was threatened or attacked? | |
| What is the relationship between the parties? | |
| What was said or done? (Exact words of verbal threat and/or actions) | |
| Was a tool or weapon used? | |
| How did the incident conclude? (Actions of Supervisor or others)? | |
| Were there any injuries or damage sustained? | |
| Other information? (Attach any other documentation) | |

Supervisor Signature: _____ Date: _____

Mansfield Industrial, Inc.
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM                        DOC# PPP-036

### Conflict, Harassment, & Violence In The Workplace Program

**Attachment 036-B**
**Complaint Form**

Complainant's Name _____     Date _____

Phone Number _____

_____
Complaint Against (Employee Name allegedly committing harassment)

Please state your complaint in detail:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

List any witnesses: _____

_____     _____
Employee Signature                            Interviewer's Signature

**Forward to: Mansfield HR Dept., 1029 LaCrete Rd., Baton Rouge, LA  70810 or Fax to: (225) 752-5765 or call (225) 752-7564 or (225) 445-6418**

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM                    DOC# PPP-036

**Conflict, Harassment, & Violence In The Workplace Program**

---

**Attachment 036-C**
**Witness To Harassment Form**

_____          _____
Witnesses' Name                             Date


You have been named as a possible witness to harassment committed against an employee,
_____. Please give details of any harassment you have witnessed.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____


Thank you for your cooperation in this matter.  Please keep in mind that this issue is
CONFIDENTIAL.  DO NOT discuss this with your co-workers either on or off the job.


_____          _____
Signature of Witness                        Interviewer's Signature

**Mansfield Industrial, Inc.**
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

036                                                                                      DOC# PPP-

**Conflict, Harassment, & Violence In The Workplace Program**

### Attachment 004-B
### Safety Training / Meeting Documentation Form

| Type of Training/Meeting: | Training | x | Tool Box Meeting | | | Other | |
|---|---|---|---|---|---|---|---|

| Location:  Mansfield Industrial | | Date: | |
|---|---|---|---|

| Trainer(s)/Instructor(s): | Subject(s)/Topic(s):          Conflict, Harassment & Violence in the Workplace Program |
|---|---|
| | |
| | |
| | |

**Key Points:**   Standards of Conduct; Recognizing Threatening Behavior, Reporting Inappropriate or Threatening Behavior; Recognizing Harassing Behavior; Reporting Harassing Actions; Responding to Harassing Actions or Complaints

**Employee Suggestions, Concerns:**

### Attendance List

| | Print Name | SS# | Signature | Division | |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |

Instructor's Signature: _____       (Additional Signatures Over

**EXHIBIT**

9 - Lewis

January 13, 2004



EEOC

Particulars:

I have talked on the telephone with Sylvia in Mansfield's Corporate Human Resources Department on several occasions about what has happened with me on the job. I have consistently complained about racial problems and repeated failures by the Superintendent to follow the rules at work in accordance with the handbook. I complained about these things around the 17th or 18th of October 2003 and complained in late November 2003. I contacted the corporate office only after repeated complaints to the Superintendent and Foreman fell on deaf ears. Also, the Superintendent and Foreman are part of the racial problem.

Superintendent Johnny Crutchfield told me he was transferring me. When I asked him why he replied that he was getting rid of the buzzard painter. I told him that a buzzard was black bird and I am black. He then said yes, the buzzard painter. I am more than offended that he can make these racist remarks and that no one does anything when I complain. The word nigger is used freely by some of the whites at the job site and the Superintendent condones it. I have been referred to as an arrogant nigger. I am offended, embarrassed and hurt by such behavior.

I was fired not long after I complained. There is a white man named Robert who curses people out, gets drunk and goes to work and says racist things with the knowledge of Superintendent Johnny Crutchfield. Why is he still with Mansfield Industrial? Why was I fired? There are other instances where I know that blacks and I are treated unfair while are white counterparts are treated better. I believe I have been discriminated against on the basis of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

Truly, *Patrick D Lewis*

Patrick Lewis



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205-2881
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105

**EXHIBIT**

10 - Lewis

# AFFIDAVIT

My name is Patrick Lewis. I am a Black male and live at 113 Furniss Avenue, Selma, Alabama 36701. I was hired by Mansfield Industrial Coating Corporation ("Mansfield") on March 10, 2003. I was hired as a journeyman painter at $12.50 per hour. I did not have a card, but I did have 16 years experience as an industrial painter when hired. I was assigned by Mansfield to work at Plant 2 on the General Electric ("G.E.") job site. K-2 and Mansfield are interrelated companies. K-2 issued some of my checks. My job duties as a journeyman painter included painting structured steel, pipe racking, and metal pipes. All of the painting jobs were up high and required safety tie offs. The helpers on the job could not paint and could not mix paints. Earl (race/white) (LNU), a painter, and Johnny Reed (race/white), a foreman, did not know painting. They were hired four or five months before I was hired. I was assigned the more difficult jobs. Out of about ten employees, I was the only black employee assigned to Plant 2 at the G.E. job site.

In May 2003, I was working in Plant 2 and Robert (race/white), a journeyman painter, called me a "black bastard" after I refused to put three Mexican employees in an unsafe working condition. Robert called the Mexicans "wet back scum." Reed, a supervisor, heard Robert and did not say anything. However, I was sent home. On the following day I went to Superintendent Johnny Crutchfield and told him what happened between Robert and I. Crutchfield told me that if I did not like the job, just quit. I went to corporate and talked to Sylvia. On June 1, 2003, I was transferred to Atlanta, Georgia to work.

In May or June 2003,[1] I came in one day and it was raining. I saw the white employees, Reed, Robert and Jeff, working. Reed would not let me work. Employees were suppose to be paid two hours show up time when it rained and we could not work. They paid the white workers for show up time but would not pay the black workers show up pay. On another day, it began lightening and Reed sent me out in the rain to work. He told me to go out into the rain, paint, or don't come back in the morning. White employees were sitting there and were not made to go out into the rain.

On September 9, 2003, I was assigned to work at the Hyundai plant in Montgomery, Alabama. Robert (LNU) and I were the journeyman painters at the site. Robert asked me why black people want to bitch all the time. I told Robert not to talk like that around me. Robert and I got into an altercation. Michael Watson (race/white), a supervisor, heard Robert's statement and did not do anything. During that same month, Watson pulled his knife on a Mexican employee who was working at the Hyundai job site. The Rust Company was the primary contractor on this job. Rust investigated the incident. The company sent Paul Calais to investigate racial problems at the job site. Calais interviewed employees and I told him what was going on. After I told Calais, I was transferred back to the G.E. job site. I asked why I was transferred. I was told that I was transferred to get rid of the "buzzard painter." Nathaniel Lamar witnessed the "buzzard" comment by [2]. I told the other black employees about what was going on and Crutchfield found out about it. Sylvia in Corporate told me that Crutchfield would not make any additional racial slurs. Jack Richardson (race/white) told me that Crutchfield called me an arrogant "nigger." Mansfield started assigning me to unsafe working environments, tanks and chemicals.

Johnny Reed (race/white), Supervisor, and I were cursing about me being late, even though,

---

[1] Need to pinpoint this date with CP.

[2] Who made the "buzzard" comment?

I was not late. I was fired for the cursing incident. Robert cursed Reed and nothing was done to him.

Also, Ace[3], and other black and white employees cursed Reed and nothing was done to them. I was the only one to complain about the racial discrimination. Richardson was asked by Robert if he had grease on his car seats because he allowed Blacks to ride to work with him. Watson knew that Robert was drinking on the job and nothing was done to him. During the latter part of September 2003, James Johnson, G.E. safety man, closed down the job site after I was transferred to Plant 5 and assigned an unsafe job. I refused to do the unsafe job. After I refused, I was transferred back to Plant 2. I was not disciplined for refusing the job and I did not file a complaint with OSHA

White employees also were offered insurance benefits and black employees were not. I had worked eight months and was not offered insurance. Reed, Earl and Robert, all white employees, had been given their insurance papers.

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge and belief.

PATRICK LEWIS
_____

DATE
_____

_____

[3] Who is Ace?