# DEPOSITION OF JACK RICHARDSON

**EXHIBIT B**

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CASE NUMBER:   CV-497-WKW

PATRICT LEWIS, et al.,
          Plaintiffs,
VS.

K2 INDUSTRIAL SERVICES, INC., and
MANSFIELD INDUSTRIAL, INC.,
          Defendants.
* * * * * * * * *

S T I P U L A T I O N

     IT IS STIPULATED AND AGREED by and
between the parties, through their respective
counsel, that the deposition of JACK RICHARDSON
may be taken before Kelly Gray, CSR., at the law
offices of Chestnut, Sanders, Sanders, Pettaway
& Campbell, 1 Union Street, Selma, Alabama

**Page 2**

1   36702, on the 18th day of May, 2007.
2        IT IS FURTHER STIPULATED AND AGREED that
3   the signature to and the reading of the
4   deposition by the witness is hereby not waived,
5   the deposition to have the same force and effect
6   as if full compliance had been had with all laws
7   and rules of Court relating to the taking of
8   depositions.
9        IT IS FURTHER STIPULATED AND AGREED that
10  it shall not be necessary for any objections to
11  be made by counsel to any questions except as to
12  form or leading questions, and that counsel for
13  the parties may make objections and assign
14  grounds at the time of the trial, or at the time
15  said deposition is offered in evidence, or prior
16  thereto.
17       IT IS FURTHER STIPULATED AND AGREED that
18  the notice of filing of the deposition by the
19  Court Reporter is waived.
20
21
22
23

**Page 3**

1        I N D E X
2
3   WITNESS: JACK RICHARDSON
4
5   DIRECT EXAMINATION BY MR. KING...............6
6   CROSS EXAMINATION BY MR. PETTAWAY..........194
7   REDIRECT EXAMINATION BY MR. KING...........195
8   CERTIFICATE PAGE..........................197
9
10       E X H I B I T S:
11  DEFENDANT'S 1.............................121
12  DEFENDANT'S 2.............................122
13  DEFENDANT'S 3.............................126
14  DEFENDANT'S 4 & 5.........................127
15  DEFENDANT'S 6 & 7.........................128
16  DEFENDANT'S 8.............................129
17  DEFENDANT'S 9.............................130
18  DEFENDANT'S 10............................131
19  DEFENDANT'S 11............................135
20  DEFENDANT'S 12............................137
21  DEFENDANT'S 13............................148
22  DEFENDANT'S 14............................151
23  DEFENDANT'S 15............................186

**Page 4**

1        A-P-P-E-A-R-A-N-C-E-S:
2
3   For the Plaintiff:  CHESTNUT, SANDERS, SANDERS,
4                       PETTAWAY & CAMPBELL
5                       By:  Mr. Collins Pettaway
6                       1 Union Street
7                       Selma, AL 36702
8
9   For the Defendant:  LIGHTFOOT, FRANKLIN & WHITE
10                      By:  Mr. William King
11                      and Ms. Haley A. Andrews
12                      The Clark Building
13                      400 20th Street North
14                      Birmingham, AL 35203
15
16  Also present:      Cecile Vezinat
17
18
19
20
21
22
23

1 (Pages 1 to 4)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 5

1       I, KELLY GRAY, a Court Reporter of
2  Birmingham, Alabama, acting as Commissioner,
3  certify that on this date, as provided by the
4  Alabama Rules of Civil Procedure and the
5  foregoing stipulations of counsel, there came
6  before me at the law offices of Chestnut,
7  Sanders, Sanders, Pettaway & Campbell, 1 Union
8  Street, Selma, Alabama 36702, beginning at 9:50
9  a.m., JACK RICHARDSON, witness in the above
10  cause, for oral examination, whereupon the
11  following proceedings were had:
12
13       JACK RICHARDSON
14  a witness, being produced, sworn and examined on
15  behalf of the defendant, testified as follows:
16
17       BY THE REPORTER:  Usual stipulations?
18       BY MR. PETTAWAY:  We probably need to
19  read and sign, but otherwise -
20       BY MR. KING:  That's fine with me.  Other
21  than reading and signing is okay.
22
23

Page 6

1       DIRECT EXAMINATION
2  BY MR. KING:
3  Q    All right.  Would you state your name,
4  please, sir?
5  A    Jack Richardson.
6  Q    And, Mr. Richardson, we're starting at
7  9:50, and we were supposed to start about fifty
8  minutes ago.  Can you tell me why you're just
9  now getting here?
10  A    I got off work at 5:00 this morning and I
11  was still asleep.  I over slept.
12  Q    Are you -- are you okay now to testify?
13  A    Yes, sir.
14  Q    I mean, you feel good and you're ready to
15  go?
16  A    Yes, sir.
17  Q    Okay.  Tell me where you live, Jack.  Is
18  it all right if I call you Jack?
19  A    Yes, sir.
20  Q    Okay.
21  A    Right in front of Calhoun Foods.  I just
22  moved over there.  I really don't know the
23  address.  It's a little alley in front of

Page 7

1  Calhoun Foods in a duplex.
2  Q    Okay.  That's here in Selma?
3  A    Yes, sir.
4  Q    All right.  You live by yourself or does
5  somebody live there with you?
6  A    I live with friends of mine.
7  Q    Okay.  Who is that?
8  A    Mike Barley.
9  Q    Okay.  Mike doesn't have anything to do
10  with Mansfield or --
11  A    No, sir.
12  Q    -- or this lawsuit?
13  A    No, sir.
14  Q    Okay.  And tell me your date of birth and
15  your Social Security number, Jack.
16  A    2/20/84.  The Social Security is
17  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.
18  Q    And, Jack, where are you working today?
19  A    I work at Calhoun Foods.
20  Q    And what do you do for Calhoun Foods?
21  A    I'm a stock manager.
22  Q    And just tell me what your job duties are
23  as a stock manager.

Page 8

1  A    Basically, I walk around the store and
2  make sure everything's put up.  I help put
3  things up, which I'm cross trained to.  So
4  sometimes I do bagging, dairy, frozen food,
5  produce, uh, whatever is needs to be done around
6  the store to get my hours.
7  Q    All right.  And what's your normal shift
8  that you work?
9  A    I work anywhere from 3:00 to 4:00 in the
10  afternoon until like 5:00 or 6:00 in the
11  morning.
12  Q    All right.
13  A    Sometimes later.
14  Q    That's your normal hours is from 3:00 in
15  the afternoon until 5:00 or 6:00 in the morning?
16  A    Yes, sir.
17  Q    How many days a week do you work?
18  A    I can work anywhere from six to seven
19  days a week.
20  Q    So if I'm -- if my math is right, that's
21  a fourteen hour shift.  So you're averaging
22  anywhere from seventy -- if that's five days a
23  week, it would be seventy to ninety-eight hours

2  (Pages 5 to 8)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 9

1 a week?
2 A    Sometimes I get about that much, and
3 sometimes I'll get about like forty something --
4 about forty-seven hours, and sometimes like
5 sixty hours a week.
6 Q    Forty-seven to sixty, is that what you
7 said?
8 A    Yes, sir.
9 Q    Okay. And how much are you earning per
10 hour?
11 A    $6.25.
12 Q    And you get paid overtime for anything
13 over forty?
14 A    I get paid time-and-a-half.
15 Q    You said $6.25?
16 A    Yes, sir.
17 Q    Okay. And how long have you worked at
18 Calhoun?
19 A    About nine months.
20 Q    All right. Let's see. So you're
21 twenty-three-years-old, right?
22 A    Yes, sir.
23 Q    Tell me how far did you get in school,

Page 10

1 Jack?
2 A    To the eleventh grade.
3 Q    And where did you go to high school?
4 A    Dallas County.
5 Q    We came right by there coming in.
6 A    Yes, sir.
7 Q    And after -- did you drop out or quit
8 going after the eleventh grade?
9 A    Yes, sir, I dropped out.
10 Q    And have you gotten your GED or gone back
11 to school since you quit?
12 A    No, sir.
13 Q    Have you taken any kind of classes or
14 training -- you know, job training or anything
15 like that since Dallas County High School?
16 A    No, sir.
17 Q    All right. Have you ever been married?
18 A    No, sir.
19 Q    Do you have any children?
20 A    No, sir.
21 Q    Do you have any relatives who live in --
22 let's see -- let's just say that live within
23 basically the southern half of Alabama? The

Page 11

1 reason I'm asking this is for jury selection.
2     BY MR. PETTAWAY: It's actually in the
3 middle district. We're going to be in the
4 Montgomery, Elmore County or Autauga County
5 area.
6     BY MR. KING: Yeah. That's in obviously
7 Dallas County.
8     BY MR. PETTAWAY: No, Dallas County is no
9 part of it.
10     BY MR. KING: I was just trying to make
11 it just the bottom half of the state to make it
12 easier.
13     BY MR. PETTAWAY: All right.
14 A    Well, I got relatives that live here, but
15 I don't got -- other than that, they all live
16 like up north or down -- like down south.
17 Q    (continued by Mr. King) South outside
18 the State of Alabama?
19 A    Yeah, outside.
20 Q    All right. Other than Dallas County, do
21 you have any relatives in the State of Alabama?
22 A    No, sir.
23 Q    All right. What relatives do you have in

Page 12

1 Dallas County?
2     BY MR. PETTAWAY: Hold on. I'm going to
3 interpose an objection to that, relevance,
4 because --
5     BY MR. KING: I'm just asking background.
6     BY MR. PETTAWAY: I know.
7     BY MR. KING: I mean, we've been sitting
8 here waiting an hour. We should be able to ask
9 questions about his family.
10     BY MR. PETTAWAY: I know. What I'm
11 saying, they can't serve on a jury, because the
12 jury pool comes from Autauga, Elmore and
13 Montgomery County.
14     BY MR. KING: All right. If you will put
15 on the record that none of them are going to be
16 witnesses in the case and that you're certain
17 every one of them will not be in the jury pool,
18 and you'll notify me immediately if they are,
19 then that's fine.
20     BY MR. PETTAWAY: Well, I'm certain they
21 won't be in the jury pool, but I can't say about
22 witnesses.
23     BY MR. KING: Well, I guess they could

3  (Pages 9 to 12)

c6818c33-016d-4086-a498-8ec174b70651

**Page 13**

1  move between now and trial. I mean, it's not
2  like I'm going to -- I mean, we ask that in
3  every deposition.
4      BY MR. PETTAWAY: I understand, but it
5  may not be relevant. But go ahead; go ahead.
6  He wants to know about your relatives in Dallas
7  County.
8  A    I'm related to the Grays and Carters
9  and -- that's about it, just the Grays and
10  Carters around here.
11  Q    All right.
12  A    I ain't related to any Richardsons around
13  here.
14  Q    Do your folks live here, your parents?
15  A    Yes, sir.
16  Q    Is their name Richardson or a different
17  name
18  A    Richardson.
19  Q    Okay. Do you have brothers and sisters?
20  A    Yes, sir.
21  Q    Is their last name Richardson?
22  A    Delane (SP).
23  Q    Delane?

**Page 14**

1  A    Yes, sir.
2  Q    Okay. And what's your parents' names?
3  A    Ralph and Louise Richardson.
4  Q    Okay. Any other relatives?
5  A    No, sir.
6  Q    All right. From the time that you --
7  well, your first job you had -- tell me the
8  first job you had, what you did, and just come
9  forward to when you started working at
10  Mansfield.
11  A    The first job I had, I worked for Charles
12  Mosely on a horse farm for $7.00 an hour. I
13  think I worked there for a year. That was when
14  I was sixteen. When I turned seventeen, I went
15  to work for Winn-Dixie on Highland Avenue for
16  Mr. Crane. I worked with him for about two
17  years. And then after that -- yeah, that's when
18  I had quit him and I had got the job for
19  Mansfield. And then after Mansfield, after I
20  got fired from Mansfield, I went to work for --
21  I went to work for Wal-Mart in Prattville. I
22  worked up there for about a year, and then I
23  ended up moving back down here to Selma. So I

**Page 15**

1  ended up coming back to Winn-Dixie. I worked
2  there for another year. Then I had worked --
3  Q    The same Winn-Dixie store, the one on
4  Highland?
5  A    Yes, sir.
6  Q    And that's here in Selma?
7  A    Yes, sir. And then I had moved to
8  Tuscaloosa, and I worked at the Food World up
9  there for about three months, and then I had to
10  move back down here. And I had also went to the
11  Winn-Dixie on Dallas then. Then I got a job out
12  at Calhoun Foods.
13  Q    Other than Mansfield, have you been fired
14  from any of the jobs you've told me about?
15  A    No, sir.
16  Q    All those you quit on your own?
17  A    Yes, sir.
18  Q    All right. Was there any reason that you
19  had to move from Tuscaloosa back to Selma?
20  A    Family problems.
21  Q    All right. Are you taking any kind of
22  medication --
23  A    No, sir.

**Page 16**

1  Q    -- today? Are you taking anything that
2  would affect your ability to remember things?
3  A    No, sir.
4  Q    And have you had any alcohol to drink in
5  the last twenty-four hours?
6  A    No, sir.
7  Q    All right. Tell me how you first got
8  interested or heard about Mansfield.
9  A    Through my father.
10  Q    All right. I mean, just tell me -- did
11  he work for Mansfield?
12  A    No. He worked for B & K, and he knew
13  Johnny Crutchfield. He had got -- heard that
14  Johnny needed help, and he had brung up my name,
15  and Johnny told me to come talk to him at his
16  trailer. So I went to his trailer -- my dad
17  brung me to his trailer. We went and talked to
18  him, and he told me within, I think, the next
19  week I would have the job.
20  Q    And were you still working at the
21  Winn-Dixie on Highland when you went to talk to
22  Johnny Crutchfield, or were you basically out of
23  a job then?

4 (Pages 13 to 16)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

**Page 17**

1 A    No. I was still working at Winn-Dixie at
2 the time.
3 Q    Did you -- did you -- when you went to
4 meet with Crutchfield, was that at the job site
5 or was that at --
6 A    At his house -- his little mobile
7 trailer.
8 Q    Where he lived?
9 A    Yes, sir.
10 Q    Okay. Where was that; do you remember?
11 A    At the time, it was behind Selma Flea
12 Market.
13 Q    All right.
14 A    The RV park behind Selma Flea Market.
15 Q    Okay. So it was here in the Selma area?
16 A    Yes, sir.
17 Q    All right. Did you have to fill out any
18 paperwork when you met with Johnny Crutchfield?
19 A    No, sir.
20 Q    And did you know for sure that you had a
21 job after you met with him?
22 A    Yes, sir.
23 Q    And what was your understanding of what

**Page 18**

1 you were going to be doing?
2 A    Industrial painting. Basically, I was --
3 I was -- see, I didn't really know nothing about
4 it. I was supposed to just be helping out, but
5 he told me that I would be trained to be
6 painting or whatever. So he was going to go
7 ahead and give me a full-time position since my
8 dad told him that I caught on fast.
9 Q    Can you tell me what you remember, Jack,
10 about the first time you met with Crutchfield,
11 what you all talked about? Was it like an
12 interview, or did you all just -- what did you
13 all talk about?
14 A    It really wasn't like no interview. It
15 was just me and my dad went up there. We were
16 introduced to each other. He asked me did I
17 have any experience on painting. I told him I
18 had done like house -- like houses and stuff,
19 and he told me it was like the same, but it sort
20 of wasn't. And then after that, him and my dad
21 just talked about things that they did -- what
22 he was doing at work and everything,
23 conversating about the people at work and stuff

**Page 19**

1 like that. And other than that, that was it.
2 Q    Did you know anybody that was working for
3 Mansfield?
4 A    Not at the time, no, sir.
5 Q    All right. Did you know anybody who had
6 worked there before?
7 A    No, sir.
8 Q    All right. Do you remember -- the stuff
9 I have says that you filled out a lot of the
10 paperwork for Mansfield on January 8, 2003. Do
11 you remember -- did you fill out all the
12 paperwork on your first day of work?
13 A    Yeah. On my first day of work, I filled
14 it out. After I went through the orientation
15 for GE and everything, that same day, I filled
16 out the paperwork.
17 Q    All right. How long before that, the
18 first day of work, did you talk to Crutchfield?
19 A    It was about a week.
20 Q    So it would have been around the first of
21 the year?
22 A    Yes, sir.
23 Q    And did you know where you were going to

**Page 20**

1 be working?
2 A    At the site of GE; that's all I knew.
3 Q    He told you that during that first
4 meeting, Crutchfield did?
5 A    Yes, sir. He told me to be at GE on that
6 Monday at 6:00 in the morning.
7 Q    Did you interview with anyone at all,
8 other than Mr. Crutchfield, before you were
9 hired?
10 A    No, sir.
11 Q    When you got there that first day at
12 work, did you talk with anybody before you
13 actually started working?
14 A    Besides Johnny, I talked to Jeff York and
15 Johnny Crutchfield. I mean, we were just
16 conversating, because they were there while I
17 was watching the videos, and that's about it.
18 Q    All right. Let's talk about the first
19 day. You get there around 6:00 in the morning.
20 What's the first thing that you remember doing,
21 Jack?
22 A    Waiting for Johnny to get there, for him
23 to come get me outside the gate. Then he came

**5 (Pages 17 to 20)**

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 21

1  and got me out at the gate and took me inside to
2  do the orientation for GE.
3  Q    And we've got two Johnnys in this case,
4  Johnny Reed and Johnny Crutchfield. So if you
5  could remember to say Crutchfield, it will help
6  us later on when we're reading this.
7  A    All right.
8  Q    And I'll try to remind you, too.
9  A    All right.
10  Q    All right. So he comes and gets you at
11  the gate and takes you where?
12  A    Takes me into — I forgot the name of the
13  building. It's to the right when you go through
14  the gate for orientation for GE. That's so I
15  could get my ID and my badge number and stuff.
16  Q    All right. Did — was it your
17  understanding that you were going to be working
18  for Mansfield or for GE?
19  A    For Mansfield.
20  Q    All right. And the GE orientation, who
21  did that? Did Johnny Crutchfield do it or
22  somebody from —
23  A    No, sir. It was a representative from GE

Page 22

1  that did the orientation for GE.
2  Q    Do you remember who it was?
3  A    No, sir.
4  Q    All right. And what was the orientation;
5  what did it involve?
6  A    It was basically showing safety -- safety
7  tips and things that you should -- I mean,
8  safety gear you should be wearing, things you
9  should do in certain -- like if you get in a
10  certain situation, uh, the sexual harassment
11  charges.
12  Q    And this was all video or was somebody
13  talking to you?
14  A    Well, we had someone talking to us, too,
15  but most of it was video, though. And then
16  afterwards, we had like a little scrimmage test
17  or whatever, a little pre-test that we had to
18  take to make sure we paid attention and stuff
19  like that.
20  Q    During the point where they were talking
21  to you, was it GE people talking to you or did
22  anyone from Mansfield talk to you?
23  A    It was just GE.

Page 23

1  Q    All right. The sexual harassment
2  training, was that a video talking or both?
3  A    Both.
4  Q    And on that harassment, did it have
5  anything to do with racial harassment or racial
6  discrimination?
7  A    Yes, sir.
8  Q    That was included, too?
9  A    Yes, sir.
10  Q    And could you tell, was that -- on the
11  video part of that training, was that a video
12  that GE had made --
13  A    Yes, sir.
14  Q    -- or Mansfield or just somebody else, or
15  could you tell?
16  A    The video itself?
17  Q    Yeah.
18  A    It looked like it came from like the
19  company of GE.
20  Q    I mean, could you tell like this is a GE
21  plant; I can see on the video this was made --
22  A    Oh, no, sir. I don't know — it was
23  probably made by someone else.

Page 24

1  Q    Okay; all right. And do you remember --
2  what did it say about discrimination, in
3  general?
4  A    It was just saying that if you felt like
5  that you were being discriminated or stuff like
6  that, you should bring it up to your supervisor.
7  Then if they didn't handle it, come to a GE
8  representative and see if they could handle it.
9  Q    And by take it to your supervisor, did
10  you understand that to mean your Mansfield
11  supervisor?
12  A    Yes, sir.
13  Q    And then if you weren't happy with
14  that --
15  A    Then you come to a GE representative.
16  Q    Okay. And in your previous jobs before
17  Mansfield, had you had any similar training --
18  A    Yes, sir.
19  Q    -- on harassment and discrimination?
20  A    Yes, sir.
21  Q    And you understood when you started
22  working at Mansfield, Jack, that employers --
23  that they wanted to know if you felt like you or

6  (Pages 21 to 24)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 25

1  anyone you worked with was being discriminated
2  against?
3  A    You're talking about when I first talked
4  to Johnny.
5  Q    No.  When you started working at
6  Mansfield, after you got through the
7  orientation --
8  A    Yeah.
9  Q    -- you understood that Mansfield wanted
10 to know if you thought there was discrimination
11 going on?
12 A    Yes, sir.  I mean, they had a little
13 video like that, too.
14 Q    Mansfield did?
15 A    Yes, sir.
16 Q    All right.  Where did you watch that?
17 A    It was in Johnny's -- I guess you could
18 say their office at the time.
19 Q    There at the GE site?
20 A    Yes, sir.
21 Q    All right.  And did you watch that video
22 the first day you got there?
23 A    Yes, sir; yes, sir.

Page 26

1  Q    And did you have a test from GE or
2  Mansfield that included things about harassment
3  and discrimination?
4  A    On both -- both of them, GE and
5  Mansfield.
6  Q    Do you remember, as far as the Mansfield
7  video and the test, who was overseeing that or
8  who gave that to you?
9  A    Johnny gave it to me.  I mean, Mr.
10 Crutchfield.
11 Q    Okay; all right.  And you understood that
12 the discrimination, that that included
13 harassment; that if you saw somebody being
14 sexually harassed or you felt like you were
15 being harassed, that the company, Mansfield,
16 wanted you to report that right away?
17 A    Yes, sir.
18 Q    All right.  And did you understand the
19 same was true that if you saw somebody else
20 being discriminated against or harassed because
21 of their gender or because of their race, that
22 Mansfield wanted you to report that?
23 A    Yes, sir.

Page 27

1  Q    Okay.  Other than watching the Mansfield
2  and the GE videos, and then taking the test, did
3  any -- was there any other training that you
4  received on discrimination and harassment before
5  you started working for Mansfield?
6  A    No, sir.
7  Q    All right.  Did either Johnny Crutchfield
8  or the GE representatives talk to you about the
9  harassment and the discrimination policy?
10 A    GE talked about it more.  I mean, like
11 Johnny didn't -- ain't never come out and talked
12 about it.  He never talked about the video or
13 anything.  He just gave the video and you took
14 the test.  But GE, after you got done watching
15 the video, they stretched it out more, and then
16 they gave you the test.  And then they stretched
17 it out again after you got done taking the test.
18 Q    All right.  Did you take the test and
19 watch the video alone, or were there other folks
20 who were going through the orientation with you?
21 A    Which one?
22 Q    Either one.
23 A    With Ge, I watched it with other folks.

Page 28

1  And then with Mansfield, I watched it by myself.
2  Q    All right.  So there weren't any
3  Mansfield people that started the same day that
4  you did?
5  A    No, sir.
6  Q    Do you know -- did you ever talk with any
7  of your co-workers about the orientation and
8  training they had received?
9  A    No, sir.
10 Q    Did you ever hear any of the plaintiffs
11 in this lawsuit, the guys who are suing with
12 you, any of them talking about watching the
13 videos and the training they had received?
14 A    Yes, sir.
15 Q    Who did you hear talk about it?
16 A    I've heard Ervin Tarver, Bill Ragland.
17 Well, just about all of the plaintiffs.  They --
18 when I first started talking to them, they
19 talked about how -- about GE's video and
20 Mansfield's video and stuff like that.  They
21 were just basically letting me know we all had
22 to go through it, because, I mean, I was asking
23 them -- it was my first time being up there, so

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

**Page 29**

1  I was asking them if they did the same thing.
2  Q     And they all said that they did?
3  A     Yes, sir.
4  Q     And the plaintiffs are -- let me make
5  sure that that includes all of them.  It's
6  Patrick Lewis?
7  A     Yes, sir.
8  Q     Do you remember Patrick saying he had
9  been through all that?
10  A     Yes, sir.
11  Q     Jack Richardson?
12  A     That's me.
13  Q     I'm sorry.  Nathaniel Lamar?
14  A     Yes, sir.
15  Q     William Ragland?
16  A     Yes, sir.
17  Q     Ralo Colvon?
18  A     Yes, sir.
19  Q     And Ervin Tarver?
20  A     Yes, sir.
21  Q     Okay.  Do you remember anything in
22  particular about talking with Patrick Lewis
23  about the videos and the training?

**Page 30**

1  A     Well, at first -- let's see.  Mainly
2  he -- like when I first started, that's when he
3  started talking about discrimination then.  He
4  started talking about that's how he felt,
5  that -- how Mansfield was treating him.  And at
6  the time, I wasn't really sure, because I didn't
7  know him.  I mean, I didn't see anything at the
8  time, because I was just starting out.
9  Q     All right.  Did Patrick Lewis ever tell
10  you that he had watched the videos?
11  A     Yes, sir.
12  Q     Including the Mansfield video?
13  A     Yes, sir.
14  Q     When you got through the orientation,
15  Jack, what was your understanding about who you
16  should contact at Mansfield if you felt like
17  there was discrimination or harassment going on
18  at the workplace?
19  A     Johnny Crutchfield.
20  Q     Did you have any understanding about who
21  you were to contact if Johnny Crutchfield was
22  the one who was doing the discriminating?
23  A     No, sir; no, sir.

**Page 31**

1  Q     Was Johnny Crutchfield your boss when you
2  started working --
3  A     Yes, sir.
4  Q     -- or was there somebody between you and
5  him?
6  A     It was -- as far as my understanding, it
7  was Johnny Crutchfield.
8  Q     All right.  Tell me what you did when you
9  first started working there, Jack.  What was
10  your job?
11  A     Basically, they just gave me a paint
12  bucket and a paint brush and told me to start
13  painting -- they pointed out certain things for
14  me to paint, or give me a needle gun, or to
15  clean rust spots, stuff like that.
16  Q     All right.  And I see something where you
17  were hired as a helper.  Was that what you
18  understood?
19  A     I mean, it wasn't -- at the time, yes,
20  sir.  And then he told me he would still give me
21  a full-time position, but it would be as a
22  helper.  But when I got there, I didn't do no
23  helping.  It was -- they put me straight to

**Page 32**

1  work.
2  Q     You were painting, rather than just kind
3  of odd jobs?
4  A     Yes, sir.
5  Q     All right.  What kind of painting did you
6  do?
7  A     They just called it industrial painting.
8  I mean --
9  Q     All right.
10  A     Basically, we put primer on the rust
11  spots, and then after putting so many coats of
12  primer on it, we put a couple of coats of finish
13  on it.
14  Q     And what were you actually painting?
15  A     Towers.  We were painting pipes; we were
16  painting tanks.  Just anything that needed to be
17  painted.  Beams.
18  Q     Who trained you on how to do that?
19  A     Johnny Reed.
20  Q     All right.  When you started working, do
21  you remember, Jack, who else, among the
22  plaintiffs, was already working there?  Was Mr.
23  Lewis already working there, or did he come

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 33

```
1  after you?
2  A    He was already working there.
3  Q    What about Nathaniel Lamar?
4  A    He was already there.
5  Q    And William Ragland?
6  A    He started after me.
7  Q    Colvon?
8  A    He was already there.
9  Q    And Tarver?
10 A    He was already there.
11 Q    And did you work directly with any of
12 those men?
13 A    Off and on.
14 Q    Maybe a better question is, were you
15 assigned to a regular crew that you worked with?
16 A    Yes, sir.
17 Q    Who was on your crew when you first
18 started?
19 A    My crew was Robert, Jeff, Johnny Reed,
20 Cindy, Ben, and some Mexicans.  That was about
21 it, I think.
22 Q    All right.  And what's Robert's last
23 name?
```

Page 34

```
1  A    I can't remember Robert's last name.
2  Q    Is he white or black?
3  A    White.
4  Q    How old was he?
5  A    He was about forty-five, maybe
6  fifty-years-old; something between there.
7  Q    And what about Jeff, do you know his last
8  name?
9  A    Smitherman.
10 Q    And is he white or black?
11 A    White.
12 Q    And then Johnny Reed?
13 A    Yes, sir.
14 Q    Who's Cindy?
15 A    Cindy is -- she was a painter, too.
16 Q    Do you know her last name?
17 A    No, sir.
18 Q    And is she white or black?
19 A    White.
20 Q    And Ben, do you remember his last name?
21 A    No, sir.
22 Q    Is he white or black?
23 A    Black.
```

Page 35

```
1  Q    And then you said there were some Mexican
2  employees who worked on the crew?
3  A    Yes, sir.
4  Q    Do you remember how many?
5  A    About two.
6  Q    And do you remember either of their
7  names?
8  A    No, sir.
9  Q    And did this crew have like a particular
10 area or particular type of industrial equipment
11 that you all painted?
12 A    We didn't have any -- I mean, we had a
13 certain area we were in.  I think we were on
14 Plant 6.  But, I mean, as far as a certain thing
15 to paint, we ain't never had like a certain
16 thing to paint, because we -- every day it could
17 be something different.
18 Q    All right.  And did you work every day
19 when you first started out with the people on
20 this crew?
21 A    No.  When I first started out, it was --
22 we all -- everyone was together at, I think,
23 like Plant 2.  And then like later on, they
```

Page 36

```
1  divided us up.
2  Q    All right.  This crew that you just named
3  for me, when did you start working with them?
4  A    Probably two months after I started.
5  Q    During the first two months you were
6  there, did you work with the same people every
7  day or --
8  A    Yes, sir.  I worked -- that was when they
9  had all of Mansfield's crew together then.  They
10 was in Plant 2.
11 Q    And were there any employees that you
12 worked with more often during the first two
13 months?
14 A    Yogi and Ervin -- I mean, Ervin Tarver
15 and Nathaniel Lamar.
16 Q    What about Patrick Lewis?
17 A    Patrick was -- they had him like on
18 the -- it was in the same plant area, but like
19 in a different building at the time.
20 Q    And I've not been to this GE site and I'm
21 having a hard time.  When you say that Lewis was
22 working in a different building --
23 A    It's like they have like -- like we'll be
```

9  (Pages 33 to 36)

c6818c33-016d-4086-a498-8ec174b70651

Page 37

1  in -- they got different buildings all the way
2  through in each plant, and like we were all
3  together and we would all break together.  But I
4  mean, they had -- they would send us up to
5  different parts of the building or whatever to
6  do different areas so we would complete it
7  faster.
8  Q     During that first two months, did you
9  ever work in the same area as Patrick Lewis?
10  A     Yes, sir.
11  Q     How often did that happen?
12  A     About -- it happened pretty regularly.  I
13  mean, they would send me over there to where he
14  was at to help him paint in certain areas, and
15  then they would send me back over there with
16  Ervin and Nathaniel.  But mainly they kept me
17  over there where Nathaniel and Ervin was at.
18  Q     During the first two months?
19  A     Yes, sir.
20  Q     And then you started with your crew?
21  A     Yes, sir.
22  Q     And when you started with that crew,
23  pretty much every day you showed up that's the

Page 38

1  group of people you worked with the whole day?
2  A     Yes, sir.
3  Q     And were there other crews that were --
4  that you knew of, other Mansfield crews?
5  A     Yeah.  It was Ervin Tarver, Bill Ragland,
6  Nathaniel Lamar.  When Patrick was there,
7  because they would send Pat off every now and
8  then to different plants.  They had him over
9  there.  There was Ralo.  I think that was about
10  the whole crew over there.
11  Q     All right.
12  A     But they had him -- they left him at like
13  Plant 2 and we were at Plant 6 or Plant 5.
14  Q     Is that in the same complex?
15  A     Yes, sir.
16  Q     And how far apart are Plant 2 and Plant
17  6?
18  A     They're about maybe 200 yards apart.
19  Q     And when you were working with the
20  crew -- did your crew have a name or --
21  A     No, sir.
22  Q     Okay.
23  A     There wasn't no certain name.

Page 39

1  Q     When you were working with your crew in
2  Plant 6, would you even see any of the other
3  plaintiffs, Mr. Ragland, Lamar, Lewis, Tarver or
4  Colvon during the workday?
5  A     Well, every now and then like Johnny
6  would go there and ask them to come over and get
7  equipment, or maybe come over there to help us a
8  little bit.  I mean, other than that, I wouldn't
9  see them.
10  Q     All right.  How long did you work on that
11  crew?
12  A     I stayed on that crew for -- until I got
13  fired.
14  Q     All right.  So would I be correct that
15  after the first two months, as far as what
16  happened once the workday started until the
17  workday ended, that you don't have any personal
18  knowledge of what happened with Mr. Ragland, Mr.
19  Lamar, Mr. Lewis, Mr. Tarver and Mr. Colvon?
20        BY MR. PETTAWAY:  I would object to the
21  form of the question.  Go ahead and answer.  Do
22  you understand his question?
23  A     Repeat it.

Page 40

1  Q     (continued by Mr. King)  Sure.  After the
2  first two months that you were there, once you
3  started working on this crew, you don't have any
4  personal knowledge of what happened to Mr.
5  Ragland, Mr. Lamar, Mr. Lewis, Mr. Tarver or Mr.
6  Colvon during the workday, do you, because you
7  were in a different plant?
8  A     I mean, like sometimes the only knowledge
9  I would know is when they came over and worked
10  with us.
11  Q     Right.  Which you said happened
12  sometimes, but not that often --
13  A     Yes, sir.
14  Q     -- right?
15  A     Yes, sir.
16  Q     Okay.  And --
17  A     I mean, when they get assigned over
18  there, like they stay over there about a week or
19  two, though.  But I mean, that was still -- if
20  they worked over there, they would stay like
21  probably a week, and then they would be back on
22  their side.
23  Q     Okay.  Do you ever remember Mr. Ragland

10  (Pages 37 to 40)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

**Page 41**

1 being assigned to your crew?
2 A    To my crew? None of them got assigned.
3 I mean, they wasn't ever assigned to my crew.
4 They would just come and help for a week or two,
5 and then go back to their side.
6 Q    All right. Do you ever remember Mr.
7 Ragland being assigned to help out for a week or
8 two?
9 A    Yes, sir.
10 Q    All right. How many times did that
11 happen?
12 A    It probably happened frequently. I mean,
13 because we -- I mean, we come short on help most
14 of the time, and they would send Bill over
15 there. Or most of the time, they would send --
16 most of the time they would send Ralo over
17 there, because he worked faster and everything.
18 Q    And when -- when somebody was sent over
19 to help out, was that usually one person at a
20 time?
21 A    No, sir. Sometimes it would be two or
22 three. Sometimes it would be just one, or
23 sometimes they would send the whole crew over

**Page 42**

1 there.
2 Q    Okay.
3 A    It just depended on how bad we needed the
4 help.
5 Q    All right. And I don't want you to
6 guess. If you remember, I want you to tell me.
7 As far as Mr. Ragland goes -- and we'll take
8 them one-by-one -- after the first two months
9 when you were on your crew in Plant 6 and he was
10 on a different crew in Plant 2, what's your best
11 recollection of how many days or weeks --
12 however you want to describe it -- that you and
13 Mr. Ragland actually worked together during the
14 day?
15 A    For the rest of the time I was there?
16 Q    Uh-huh. Yes.
17 A    Altogether, it would be probably a month.
18 Q    All right. And the same question for Mr.
19 Lamar. After that first two month period, how
20 often did you actually work with him during the
21 day?
22 A    Lamar? About two months.
23 Q    And how about Mr. Lewis? Same question.

**Page 43**

1 A    Lewis?
2 Q    How long did you work with him, after the
3 initial two month period, where you guys were
4 actually working together during the day?
5 A    Two months.
6 Q    And Mr. Tarver?
7 A    Three months.
8 Q    And Mr. Colvon?
9 A    A month.
10 Q    So Mr. Tarver seemed to be the one he
11 would send over more?
12 A    Yes, sir.
13 Q    And then Mr. Lewis and Lamar would be
14 next?
15 A    Yes.
16 Q    And then Mr. Ragland and Mr. Colvon were
17 sent over the least among the folks who sued; is
18 that right?
19 A    Yes, sir.
20 Q    Were there other employees who were sent
21 over to help out with your crew, other than
22 those five?
23 A    They would send people from like -- like

**Page 44**

1 they got a crew out here at the hammer mill, and
2 they would send some people from out there to
3 help every now and then, too.
4 Q    All right. Do you remember any of their
5 names?
6 A    No, sir.
7 Q    Okay. Did you ever get assigned to work
8 for a different crew, Jack?
9 A    No, sir.
10 Q    And you worked in Plant 6 --
11 A    Yes, sir.
12 Q    -- until you were let go?
13 A    Yes, sir.
14 Q    All right. Did --
15 A    I mean, no, sir. When I got let go, I
16 was in Plant 2.
17 Q    Okay.
18 A    We had got done with Plant 6. So that
19 was -- we all got put back over there on Plant 2
20 at the time.
21 Q    Do you remember when that was; how long
22 before you were let go?
23 A    Before I was let go? It was a month

11 (Pages 41 to 44)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

Page 45

1 before I got let go.
2 Q    You moved back to Plant 2?
3 A    Yes, sir.
4 Q    All right. When you went back to Plant 2
5 that last month, did you still work with the
6 same crew or --
7 A    Yes, sir, I was still with the same.
8 Q    And did you have any direct contact
9 during the day -- during the workday with Mr.
10 Ragland, Mr. Lamar, Mr. Lewis, Mr. Tarver or Mr.
11 Colvon?
12 A    Yes, sir; all day.
13 Q    So would you all be -- would you be
14 working side-by-side with them during the day?
15 A    Sometimes it would side-by-side. But
16 most of the time, I would see them at break
17 time.
18 Q    Right. I figured at break and lunch --
19 A    Yes.
20 Q    -- that you may see them more. But what
21 about when you were actually working?
22 A    I mean, it would just be off-and-on,
23 really.

---

Page 46

1 Q    And did all of the Mansfield employees
2 take breaks at the same time?
3 A    Yes, sir.
4 Q    And lunch at the same time?
5 A    Yes, sir.
6 Q    And was there like a common area, a break
7 room? Would you all go outside; what would you
8 do?
9 A    It was what we call a pole barn. There
10 would be a pole barn around every area we worked
11 in, uh, to go sit under and eat, or whatever we
12 wanted to do.
13 Q    All right. When you -- the painting that
14 you were doing, was any of it done with, you
15 know, like a pressure sprayer --
16 A    Sprayer; yes, sir.
17 Q    -- or was it all done --
18 A    No. It was both, a sprayer and a paint
19 brush and roller.
20 Q    All right. Which was most common from
21 when you first started until --
22 A    Paint brush and roller.
23 Q    All right. And the areas that you all

---

Page 47

1 were painting, was there other activity going
2 on? There were other GE employees around doing
3 their regular job?
4 A    Yes, sir.
5 Q    And was it a load environment?
6 A    Yes, sir.
7 Q    Did you have to wear ear plugs?
8 A    Yes, sir.
9 Q    Tell me what all protective equipment you
10 had to wear.
11 A    You had to wear safety glasses, ear
12 plugs. In certain areas you had to wear gloves.
13 In certain areas you had to wear protective
14 suits. In some areas you had to wear --
15 Q    Why would you have to wear a protective
16 suit? What kind of area would require you to do
17 that?
18 A    Chemicals like -- like caustic acid, a
19 lot of caustic acid, they would ask you to wear
20 suits around it so you wouldn't get burnt. And
21 then you have heavy chemicals, like where it's
22 leaking real bad -- if there's anything that
23 leaks real bad, that could hurt you, they would

---

Page 48

1 make you wear suits.
2 Q    When you wore a protective suit, was that
3 something that covered your head, too?
4 A    No, sir. I mean, it just -- yeah, it
5 just come from like up here and on down. You
6 had your hard hat on and safety glasses after
7 that.
8 Q    You guys wore hard hats, too?
9 A    Yes, sir.
10 Q    All right. Were there ever any jobs that
11 you did where you had to wear earphones or
12 something that provided greater protection for
13 your ears?
14 A    No, sir. We always just used ear plugs.
15 Q    Like if you were doing sandblasting or
16 something like that, did you -- well, let me
17 back up. Did you ever do any what I call
18 sandblasting or blasting to get an area ready to
19 be painted?
20 A    I never sandblasted.
21 Q    The guys who did, did you ever see what
22 they wore?
23 A    They just wore ear plugs and safety

---

12  (Pages 45 to 48)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 49

1  glasses.
2  Q    All right.  When you guys were actually
3  out there working in this environment, you know,
4  with ear plugs and you got this machinery
5  running, did you talk to each other much?
6  A    Yes, sir.
7  Q    All right.  How could you talk to each
8  other, you know, if it's a loud background and
9  you got ear plugs in?
10  A    I mean, you just talk real -- I mean,
11  extremely loud, and then you can hear each
12  other.
13  Q    All right.  How close did you have to be
14  to somebody to be able to carry on a
15  conversation with them?
16  A    Probably about like 5 foot apart.
17  Q    All right.
18  A    It's about a distance -- I mean, unless
19  like you really scream or something like that,
20  then you can hear further.
21  Q    But certainly the work environment was
22  much different than like where we are now, where
23  you and I can just talk in a regular voice and

Page 50

1  hear each other?
2  A    Yes, sir.
3  Q    All right.  And I imagine there were a
4  lot of times where you worked for several hours
5  and probably wouldn't talk to anybody much at
6  all; is that right?
7  A    Yes, sir; yes, sir.
8  Q    Okay.  Within the crew that you worked
9  on, the one that was at Plant 6, did all of you
10  do basically the same work, the same job, or
11  were there different assignments within the
12  crew?
13  A    Basically, we did the same thing until it
14  got like to when they had to sandblast or
15  something like that.  Then they would like
16  assign them a different job.  Like the people
17  that had more experience with it, they would
18  assign them to do that while we did the
19  painting.  Basically, we did the same thing
20  every day.
21  Q    What about when you were in Plant 2?
22  A    The same thing.
23  Q    Would everybody do the same thing?

Page 51

1  A    Everyone did the same thing until we came
2  to certain things that needed to be done.  Like
3  the spray pot, whoever knew how to do the spray
4  pot better, they would assign different people
5  for different things then.  But other than that,
6  we all did the same thing.
7  Q    And were you guys always -- the work you
8  did, were you standing on the floor or were
9  you -- did you ever have to, you know, work at
10  heights or --
11  A    Heights, ladders.  We worked in what they
12  call pipe racks, uh, climbing on top of tanks,
13  beams.  It's wasn't always just standing on the
14  ground.
15  Q    All right.  And did it seem to you that
16  everybody -- that that was, you know, handed out
17  pretty evenly; that some folks did those jobs
18  some days and other folks did them other days?
19      BY MR. PETTAWAY:  Object to the form of
20  that question.  But I think you're asking him
21  what it seemed to him by that question.
22      BY MR. KING:  Yeah, what he saw with his
23  own eyes.

Page 52

1      BY MR. PETTAWAY:  Well, I think you asked
2  him for an opinion of what it seemed to him,
3  right?
4  Q    (continued by Mr. King) Let me rephrase
5  it.  As far as what you saw, did it appear that
6  the jobs were -- were assigned evenly and that
7  the -- it wasn't like certain people were
8  singled out to do one job and other people were
9  singled out to do another?
10  A    No, sir.  It felt to me -- I mean, like
11  Cindy, she had like -- she had one hand, so they
12  would always keep her on the ground.  And then
13  they had the older folks, they stayed on the
14  ground.
15  Q    When you say she had one hand, you mean
16  literally she had lost --
17  A    It was just her hand part right here, it
18  got -- it was gone (indicating).
19  Q    Okay.
20  A    And so they had her on the ground all the
21  time, because they didn't want her climbing up
22  or hurting herself.  And Ben, they had him on
23  the ground all the time.  I mean, besides -- and

13 (Pages 49 to 52)

c6818c33-016d-4086-a498-8ec174b70651

**Page 53**

1  besides them two, everyone else did --
2  basically, it was all equaled out. But them
3  two, they were always on the ground.
4  Q    Okay. The GE plant, where is it in
5  relationship to Selma? How far is it from Selma
6  to where you were working?
7  A    About thirty-three, maybe thirty-four
8  miles.
9  Q    And as I understand it, some of the folks
10 you worked with, you guys rode together to work
11 sometimes?
12 A    Yes, sir. We would car -- no. We rode
13 together every time, every day.
14 Q    And did that start the first day that you
15 were there or did it --
16 A    No, sir. It started probably about like
17 two months after I got there.
18 Q    And who were the guys that you rode
19 together with once you started doing that?
20 A    It was Ervin Tarver, Bill Ragland, Ben,
21 and Nathaniel Lamar. I think that's it.
22 Q    All right. Tarver, Lamar, Ben --
23 A    And --

**Page 54**

1  Q    I missed the first one. I didn't get the
2  first one down.
3  A    Bill Ragland.
4  Q    Ragland. What about Mr. Colvon or Mr.
5  Lewis?
6  A    They drove their own trucks, vehicles.
7  Q    All right. And did you guys take
8  turns -- the five of you take turns as far as
9  whose car?
10 A    No, sir. We always just took mine.
11 Q    Okay. Why was that?
12 A    I just felt like -- that was something I
13 just wanted to do.
14 Q    Okay. Those guys, would you go by and
15 pick them up in the morning or --
16 A    Yes, sir.
17 Q    -- would all five of you meet somewhere?
18 A    I would drive around and pick them all
19 up.
20 Q    All right.
21 A    I would go to their house and pick them
22 up.
23 Q    And did each of them have their own car

**Page 55**

1  or way to get to work?
2  A    No, sir.
3  Q    How had they gotten to work before you?
4  A    Riding with other people.
5  Q    All right. As far as you know, Mr.
6  Tarver, Mr. Lamar, Ben and Mr. Ragland, you were
7  the only way they had to get to work?
8  A    No, sir, I wasn't the only way.
9  Q    Okay. Well, if you were sick, how did
10 they get to work?
11 A    I mean, sometimes Yogi would drive his --
12 I mean, Ervin would drive his car or I would
13 drive my car down there and let them borrow my
14 car, or tell them to come get my car to drive.
15 Q    Okay. What about Mr. Lamar or Ben or Mr.
16 Ragland, did they have other ways that they
17 could get to work if you couldn't take them?
18 A    I mean, like when they -- we always
19 car-pooled. So like if I was sick, like Yogi
20 used his car or they rode with Ralo. They would
21 all get picked up.
22 Q    Okay. And did all -- you said that Mr.
23 Colvon and Mr. Lewis had their own cars.

**Page 56**

1  A    Yes, sir.
2  Q    Did they live in the Selma area?
3  A    Lewis, as far as -- I mean, Mr. Lewis, I
4  don't think he stayed in Selma at the time. I
5  think he stayed like probably a few miles away
6  from Selma. Ralo, as far as I know, he lived in
7  Selma.
8  Q    And on days where you were sick or for
9  whatever reason, Jack, you couldn't go to work,
10 how would you let those guys know that you
11 weren't coming in?
12 A    Call them and let them know.
13 Q    All right.
14 A    Or if I just didn't show up, they would
15 just come to the house and knock on the door and
16 ask me was I going or not.
17 Q    Did you live that close to them?
18 A    No, sir,
19 Q    I mean, would they drive over to your
20 house and check on you?
21 A    Yes, sir.
22 Q    All right. Who -- you've already said
23 Mr. Tarver had a vehicle that he took sometimes.

14  (Pages 53 to 56)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 57

1  What about Mr. Lamar or Ragland or Ben, did they
2  ever drive a vehicle to your house and check on
3  you why you hadn't picked them up?
4  A    No, sir.
5  Q    All right.  During the time you worked
6  for Mansfield, did you consider Mr. Crutchfield
7  to be your boss the whole time?
8  A    Yes, sir.
9  Q    Was there ever a time where there was
10  somebody who was between him and you that you
11  reported to?
12  A    No, sir.
13  Q    All right.  During the time that you
14  worked at Mansfield, did you ever see or hear
15  anything that you thought to be racial
16  discrimination or racial harassment?
17  A    Yes, sir.
18  Q    All right.  Tell me about the first thing
19  that you remember.
20  A    Well, working there or talking to Johnny
21  himself?
22  Q    Either one.  Just the first thing.
23  A    Well, when I first -- when my dad took me

Page 58

1  at first to talk to Johnny, he was just -- there
2  was racial discrimination then.  He was talking
3  about the black people that worked there.  He
4  was talking about, "All the niggers wanted to do
5  was play cards, play spades.  They always ask
6  for their check early," and he wouldn't give the
7  damn niggers a check early.  Then --
8  Q    That was during the meeting where you and
9  your dad were there?
10  A    Yes, sir.
11  Q    At his trailer?
12  A    Yes, sir.
13  Q    Do you remember how that subject came up,
14  the subject of --
15  A    It was just my dad -- him and my dad was
16  conversating.
17  Q    But do you remember who first brought up
18  the subject of African-American employees who
19  worked for Mansfield?
20  A    Crutchfield did.
21  Q    But you don't remember how -- how that
22  topic came up?  You just --
23  A    My dad was talking about people -- I

Page 59

1  mean, when he working at B & K, he had problems
2  with a couple of people -- a couple of dudes
3  that were working with him, being lazy and
4  didn't want to hardly do nothing with him, or
5  people picking on him or something like that at
6  work, and then Johnny brung that up about
7  people -- how they were reacting at his job, at
8  GE and stuff, the people that were working with
9  him.
10  Q    Okay.  And you said that he -- Mr.
11  Crutchfield used the "N" word to refer to
12  African-American workers --
13  A    Yes, sir.
14  Q    -- twice during that -- at least twice --
15  A    Yes, sir.
16  Q    -- during that first meeting?
17  A    Yes, sir.
18  Q    Do you remember him saying anything else
19  that you thought to be, you know, was racial --
20  a racial comment that was inappropriate?
21  A    No, sir.
22  Q    Do you remember anything else that Mr.
23  Crutchfield said during that first meeting,

Page 60

1  other than what you've already told me, which is
2  the racial comments, and then, you know, that he
3  told you, I think, you would be starting out as
4  a helper and would be trained to paint?
5  A    He had a conversation about someone had
6  ripped him off, and he was going to pay a black
7  dude to beat him down, because -- because he
8  owed him some money.  What he was going to do
9  was pay him like $100.00 to get him beat down.
10  Q    All right.  I didn't really follow that.
11  Mr. Crutchfield said that someone had ripped him
12  off?
13  A    Yeah, it was a white -- like a white male
14  or something that beat him -- that ripped him
15  off of like $100.00, maybe $200.00 is what he
16  was talking about.  So he was talking about then
17  that he was going to pay a black dude to go
18  and -- to go and get him beat down.
19  Q    Did he say who?
20  A    No, sir.
21  Q    And did he -- did he use that word --
22  those words, "black dude," or did he use
23  something else?

15  (Pages 57 to 60)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

**Page 61**

1  A    He used "nigger."
2  Q    Did he tell you who the person was who
3  ripped him off or what had happened?
4  A    No, sir.
5  Q    All right.  Anything else you remember
6  during that conversation?
7  A    That's about it.
8  Q    All right.  And that was just you and
9  your dad and Crutchfield?
10  A    Yes, sir.
11  Q    Nobody else was there?
12  A    No, sir.
13  Q    All right.  Once you started working at
14  the company, did you ever hear or see anything
15  that you thought was racially inappropriate or
16  racial discrimination?
17  A    Yes, sir.  I heard Robert --
18  Q    And let's -- if you would, if you can go
19  from when you first started working there and
20  come forward.
21  A    All right.
22  Q    I would like to do it that way, but --
23  well, just however you remember it, but it's

**Page 62**

1  just a little bit easier if we start at the
2  beginning and come forward.
3  A    I mean, I don't remember exactly from the
4  time I started until the time it ended, the
5  exact events and stuff like that, but I remember
6  like bits and parts.
7  Q    Okay.
8  A    I remember -- I remember Robert, when he
9  first started there, he was talking about me,
10  and then talking about the people -- I was
11  hanging out with Ervin and them; how I was
12  hanging out with black folks too much.  He
13  called me a nigger lover.  He had asked me one
14  day -- okay, he didn't know at the time that I
15  was having them car-pool with me.  Then when he
16  found out about it, he was asking me questions
17  like was my car nasty.  He was asking -- saying
18  that he bet like the tops of the seats and stuff
19  were like greasy as hell, because niggers was
20  riding in my car.  He said, "It probably
21  stinks."  I've heard Robert give me other
22  comments about the way I dress.  Like if I wear
23  a do-rag on my head, he walks around telling me

**Page 63**

1  I look like Aunt Jemima.  I've heard Robert talk
2  about Lewis a lot.  He would cuss him out and
3  call him a nigger to his face.  I've heard
4  Johnny talk about Lewis, but not in Lewis' face
5  at the time.  It was behind his back.  He was
6  calling him a nigger; calling him a black
7  vulture -- well, a black buzzard.
8  Q    Is that Johnny Crutchfield?
9  A    Yes, sir, Crutchfield.  I've seen
10  where -- like I come in late sometimes, and
11  Johnny wouldn't ever say nothing to me no matter
12  how late I was.  But like if a black person came
13  in late behind me or before me or whatever, he
14  would be waiting at the gate for them and make
15  sure -- and send them home right away.  He
16  wouldn't ever say nothing to Robert or none of
17  the white folks that were there.  No matter how
18  late they were.  They could miss two or three
19  days of work and come in, and he would let them
20  work like they ain't never missed a day.  But
21  like I've seen when Ralo has missed like one or
22  two days and came in, he sent him back home,
23  because he ain't never called in.  And then I've

**Page 64**

1  seen where Ralo would come in like two hours
2  later than I had, and he gets sent home right
3  then.  And I've come in later than like he
4  had -- like Ralo would come in at like -- oh,
5  we got to be there at 7:00; be clocked in and
6  everything at 7:00.  Ralo would come in at 8:00,
7  and I would come in like probably at 11:00.  He
8  wouldn't ever say nothing to me.  And then like
9  if Ralo ever came in that late or whatever, he
10  would send him home automatically.  I've seen
11  Robert talk about the Mexicans real bad out
12  there.  He would talk about them real bad out
13  there.  He talked about all niggers and Mexicans
14  are made for is cheap labor and slave work.
15  Anytime Johnny ever talked to me by myself, got
16  me around him by myself, anytime he talked about
17  Ervin and them, he would always call them
18  niggers.  He wouldn't never call them by name.
19  He would just call them niggers or -- he would
20  be like -- like if I was working with Bill
21  Ragland that day, he said, "Well, that nigger
22  you were working with today did this to me today
23  and pissed me off," or something like that.

16  (Pages 61 to 64)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 65

1  They would let Robert come in with like racial
2  T-shirts with rebel flags on them, that had
3  racial comments for that.  He wouldn't ever send
4  him home for that.
5  Q       What kind of racial comments were on the
6  T-shirt?
7  A       The South Will Rise Again.  I mean,
8  that's the main shirt he always wore was that
9  one.
10  Q       Okay.  Is this the same Robert that made
11  the comments to you about your car and who was
12  riding to work with you?
13  A       Yes, sir.
14  Q       Okay.  Is that Robert Kimberlin?
15  A       Yeah.  That's his last name; yes, sir.
16  Q       Okay.  Any other racial comments or
17  things that you thought were race discrimination
18  that happened while you were there?
19  A       Another thing, Johnny — Robert came in
20  drunk a lot.  I mean, you could smell the
21  alcohol off of him and everything.  I know
22  Johnny smelt it on him, and we went and told
23  Johnny about it, and Johnny would never send him

Page 66

1  home.
2  Q       That's Johnny Crutchfield?
3  A       Yes, sir.
4  Q       Okay.  Other than you, who told Johnny?
5  A       Oh, Patrick has went and told.  His own
6  son has went up there and told on him sometimes.
7  Q       All right.
8  A       Jeff.
9  Q       That's --
10  A       Jeff Smitherman.  That's his step-son.
11  Q       How often did that happen, where you saw
12  Robert where you thought he had been drinking or
13  came into work under the influence of alcohol?
14  A       About once or twice a week.
15  Q       And did you tell Johnny Crutchfield about
16  it every time?
17  A       No, sir.  I just felt like that he wasn't
18  doing nothing about it, so I just left it alone.
19  Q       Do you remember when was the first time
20  that you mentioned that to Johnny Crutchfield,
21  that you felt Robert was drunk?
22  A       No, sir, I don't remember when.
23  Q       All right.  Do you remember anything

Page 67

1  else?  Then I'm going to go back and ask you
2  some questions about each one of them.  I just
3  wanted to kind of get a list at the beginning.
4  A       All right.  One time when I was -- I
5  came -- Johnny was always supposed to pay us two
6  hours show up time.  I mean, he got to the point
7  like towards the end that he wouldn't ever pay
8  us for it.  I mean, he wouldn't let us work or
9  nothing.  He would tell us to go home.  And
10  you're supposed to get -- well, for us traveling
11  that far, you're supposed to sit there for two
12  hours when it's raining no matter whether we
13  work or not.  I mean, but you're supposed to go
14  in and actually probably like clean up around
15  the pole barn or something for the two hours so
16  you wouldn't be coming so far.  And it got to
17  the point where he wasn't doing it, and one
18  evening I pulled up and he came out -- Johnny
19  Reed had come out with Jeff Smitherman and
20  Robert.  I had asked Johnny why -- how come that
21  he would let them work their two hours, but he
22  couldn't let us work ours, and Johnny had came
23  to me and told me that if I left Ervin -- I

Page 68

1  mean, basically, all the people that was riding
2  with me at home that I could work; that I could
3  work as many hours that I wanted to on a rainy
4  day.
5  Q       The time that you came up and you saw
6  that Jeff Smitherman and Robert were there
7  working, when was that?
8  A       I can't remember the date.
9  Q       How long before you were let go did that
10  happen?
11  A       Oh, that happened on like about -- about
12  four or five months before that.
13  Q       When you first started, did it appear
14  that all employees, black or white, were treated
15  the same with regard to show up pay or rain pay?
16  A       Yes, sir.  When I first started, it did.
17  Q       When did it change?
18  A       It was like probably after I started
19  there about three months.  After I got there, it
20  just got to the point where he would tell us to
21  just go home; we wasn't getting show up time.
22  Q       Would you actually drive over there and
23  be sent home or --

17 (Pages 65 to 68)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 69

1    A    Yes, sir.  We would drive all the way
2  over there and actually be sent home.
3    Q    All right.  Tell me how -- what the
4  procedure was, Jack.  When you showed up at
5  work, what happened?
6    A    On a rainy day for this two hour show up
7  time?
8    Q    Well, let's just take a regular day like
9  today where you could work.  You get there at
10  7:00?
11    A    Yes, sir.  It's probably like 6:30,
12  because they had a bus waiting on you at first.
13  Anyways, we get there.  They would give you a
14  ride to where we're going to be working at.
15    Q    Do they have like a security guard or
16  gate?
17    A    Yes, sir.
18    Q    All right.  Did you all park inside of
19  that or outside of it?
20    A    I always parked on the outside.
21    Q    All right.  And would they let you all in
22  or did somebody have to come get you?
23    A    Oh, I mean, the badge numbers -- I mean,

Page 70

1  the badges we had, it fits in for all of GE's
2  gates.  So all we had to do is swipe our cards
3  and be checked by the security guard, and then
4  we can get in.
5    Q    All right.  So you park your car, and
6  then you walk up to the gate, swipe your card
7  --
8    A    All right.  You park your car.  Then you
9  have to walk through a guard check, and then
10  security would check you then, and then you go
11  through another door and there would be like a
12  row of turn --
13    Q    Those turn style things?
14    A    Yeah, turn style things, and then you
15  have to swipe your card, and then walk in.  I
16  mean, turn to them, and then walk in.
17    Q    But it's not -- it wasn't like all the
18  Mansfield folks waited in the parking lot and
19  went in together.  Once you got there, you
20  walked right on in.  Am I right or wrong?
21    A    Yeah.  Whenever you got there, you just
22  walk in.  You didn't have to wait for nobody or
23  whatever.  You can just walk in.

Page 71

1    Q    Okay.  And as far as when you went on the
2  clock, you know, when you started working, did
3  you guys clock in and clock out, or how did that
4  work?
5    A    For like breaks you're talking about?
6    Q    Or just the start of the day.
7    A    The start of the day, you had -- all
8  we -- as soon as you swipe your card, you're
9  clocking in.  And at the end of the day, you
10  swipe your card and that was clocking out.
11    Q    And on a rain day -- well, first of all,
12  as quick as the weather changes, how did you
13  know whether it was going to be a rain day or
14  not?
15    A    Basically, if it was raining here, we --
16  he told us to just come up there anyways.  So
17  anyways, we get up -- most time when we drove,
18  we watched the weather channel, whatever, to see
19  how it was going to be.  We drove up there
20  anyways when he was giving that two hour show up
21  time.  So we drove up there anyways.  And then
22  when you got in the parking lot, if it was still
23  raining at the time, he would tell you to sit

Page 72

1  there for two hours.  Like go in and clock in --
2  I mean, you would swipe through and go to the
3  pole barn.  Basically, you would be sitting in
4  the pole barn for two hours; like cleaning up
5  the pole barn or whatever waiting to see if it's
6  going to stop raining.
7    Q    And you're saying pole barn, right?
8    A    Yes, sir.
9    Q    Okay.  Is that like a separate building
10  or an area within a building?
11    A    That was our break area.
12    Q    Was it something that was covered and
13  inside?
14    A    Yes, sir.
15    Q    All right; okay.
16    A    We were waiting under it until it stopped
17  raining.  If it stopped raining, then we would
18  go ahead and go to work.  But if it didn't, it
19  never slacked up or anything, then he would send
20  us home, and that's how we got our two hour show
21  up time.
22    Q    Was the painting that you all were doing,
23  were you all outside or inside, or both?

18  (Pages 69 to 72)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 73

1   A    Both.
2   Q    If you were painting inside, did it
3   matter whether or not it rained?
4   A    No, sir.
5   Q    Okay.  I didn't know if there was
6   something — you know, if the humidity was a
7   certain level you couldn't paint or whatever.
8   A    I mean, if we had work to do on the
9   inside, if it was raining — it didn't matter if
10  it was raining or not.
11  Q    All right.  And what would happen if you
12  all get to work and you're working outside and
13  you work for two hours, and then it starts
14  raining?
15  A    We go sit under the pole barn for a
16  little bit and see if it's going to quit.  If it
17  don't never quit, then he sends us home.
18  Q    Okay.  But when you first started there,
19  you and everybody else, as far as you know, were
20  told even if it's raining, come on to the plant?
21  A    Yes, sir.
22  Q    All right.  And was there some point
23  while you were working there that that changed,

Page 74

1   where you were told, "If it's raining when you
2   wake up, don't bother; stay home?"
3   A    Yes, sir.  Johnny had came to me and told
4   me I was basically — he wasn't paying me the
5   two hour show up time.  He told me that anytime
6   that I woke up and it was raining in Selma, he
7   told me, "Just don't worry about coming in; just
8   stay at home."
9   Q    All right.  And did he say anything that
10  made you believe that he was telling you that
11  because you car-pooled with African-American
12  employees or hung out with them?
13  A    When he made that comment right there,
14  no, sir.  It just made me feel — I mean, at the
15  time, I thought he was going to end up telling
16  everybody that.
17  Q    And that was my next question.  As far as
18  you know, did he tell anybody, other than you,
19  that?
20  A    No, sir.
21  Q    Did he tell any of the black employees
22  who rode with you that?
23  A    No, sir.

Page 75

1   Q    All right.  So if they wake up and it's
2   raining, Mr. Tarver — and I think maybe you
3   said one of the others had a vehicle — if they
4   had wanted to go, they could have?
5   A    Yeah.  They can go on up there.  They can
6   leave by themselves and go on up there.
7   Q    Did you ever show up for a rain day where
8   you showed up and waited two hours and didn't
9   get paid for it?
10  A    No, sir.
11  Q    All right.
12  A    I mean, if we waited two hours, we most
13  of the time got paid for it.
14  Q    Do you know of any situation where an
15  African-American employee showed up on a rainy
16  day and waited around two hours and did not get
17  paid for it?
18  A    As far as I know, no, sir.
19  Q    All right.  Do you know of situations
20  where you and the guys who rode to work with you
21  showed up on a rainy day, waited two hours, and
22  all of you got paid?
23  A    All of us got paid?  Yes, sir.

Page 76

1   Q    Okay.  Do you know, after Johnny
2   Crutchfield told you, "Don't worry about coming
3   to the plant if it's raining," do you know
4   whether other employees were still showing up
5   and receiving show up pay?
6   A    As far as I know, I don't know if they
7   were or not.
8   Q    Okay.  Did any — white or black — did
9   any employees tell you, "Hey, where were you
10  guys yesterday?  You know, we all showed up and
11  got a couple hours pay?"  Did anybody ever say
12  anything similar to that?
13  A    Not to me.
14  Q    All right.  You mentioned this time
15  where — I think you said that you saw Jeff
16  Smitherman and Robert, they were coming out and
17  that Johnny Crutchfield made some comment to you
18  about if you had left those guys at home, then
19  you could have been working rain days?
20  A    Yes, sir.
21  Q    All right.  He said that?
22  A    Yes, sir.
23  Q    All right.  When did he say that?

19 (Pages 73 to 76)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 77

1  A    That was like -- that was before he
2  actually -- I mean, that was at the time when he
3  first started getting to the point where he
4  wasn't paying no one for show up time.  So like
5  when I came in -- I came in -- we came in at
6  7:00 that morning.  Johnny Reed was coming out,
7  clocking out -- I mean, swiping his card to come
8  out to come tell us that we couldn't work; let
9  us know we couldn't work.
10 Q    Uh-huh.
11 A    So when he was coming out, he had Robert
12 and them -- Robert and Jeff on the back of the
13 truck, and I asked him, I said, "Are they
14 working?"  And he said, "Yeah."  And that's when
15 I had asked him, I said, "Well, how come them
16 two can work and we can't?"  And Johnny said --
17 came up -- Johnny Reed had came to me and told
18 me, he said, "Well, if you leave Yogi and all
19 them that's riding with you at home on a rain
20 day, you can show up and work as many hours as
21 you want to like they do."  And I just told him,
22 I said, "Well, if they can't work, then I don't
23 need to work, then."

Page 78

1  Q    All right.  And was that Johnny Reed or
2  Johnny Crutchfield?
3  A    Johnny Reed.
4  Q    Okay.  I had Johnny Crutchfield.  And did
5  anybody hear that conversation where Johnny Reed
6  said that?
7  A    No, sir.  He had pulled me to the side
8  and told me that.
9  Q    All right.  And do you -- did you take --
10 well, just tell me what his comment meant to
11 you.
12 A    Basically, if I left the black folks at
13 home, then I could come into work.
14 Q    All right.  But he didn't say that, but
15 that's the way you took it?
16 A    Yes, sir.
17 Q    All right.  Is it possible that what he
18 meant by the comment was that if five or six
19 guys show up, we don't have work for everybody,
20 but if it's a lower number, we might?
21 A    No, sir.
22     BY MR. PETTAWAY:  Object to the form of
23 the question.

Page 79

1  Q    (continued by Mr. King)  Because I don't
2  know what work was to be done --
3  A    No, sir.
4  Q    -- how much work there was.
5  A    No, sir.
6  Q    So you don't think that he meant that?
7  A    No, sir.
8  Q    All right.  Other than Jeff Smitherman
9  and Robert Kimberlin on that one occasion, do
10 you know of any other time, Jack, where white
11 employees were allowed to show up and work on
12 rain days and black employees were not?
13 A    Besides that, no, sir.
14 Q    All right.  Did you ever discuss Mr.
15 Reed's comment with any of the guys who rode to
16 work with you?
17 A    Yes, sir.
18 Q    Who did you tell?
19 A    I mean, I discussed it on the way back.
20 Q    That day?
21 A    Yes, sir, with everybody.
22 Q    All right.  And you started in January of
23 '03.  What's your best judgment on when Mr. Reed

Page 80

1  made that comment to you?
2  A    About -- about the fourth or fifth month
3  that I was there.
4  Q    So around May or June of '03?
5  A    Yes, sir.
6  Q    And do you remember where the two of you
7  were when he made the comment?
8  A    At the front gate.
9  Q    Did you ever do that; did you ever go
10 over there by yourself on a rain day?
11 A    No, sir.
12 Q    Were there ever times where any of the
13 employees who rode with you, that they went on a
14 rain day and received pay where you just decided
15 for whatever reason you weren't going?
16 A    As far as I know -- I mean, like I said,
17 when they got there, if it slacked up -- I mean,
18 if Johnny had work for them to do on the inside,
19 then, yeah, they worked.  But most of the time
20 if I stayed at home, they ended up coming home
21 like an hour later.  As soon as they got there,
22 Johnny told them there wasn't no work and they
23 would send them home.

20  (Pages 77 to 80)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 81

```
 1   Q      You do remember that happening?
 2   A      Yes, sir.
 3   Q      All right.  Do you remember who it had
 4   happened to?
 5   A      They had -- all of them.  I mean, because
 6   like we all car-pooled together, and if I didn't
 7   go, they still all car-pooled together.  So
 8   whenever they went up there, they went up there
 9   together.
10   Q      Did they take your car or somebody else's
11   car?
12   A      It depends.  Like if they couldn't get no
13   one's car, they would ask to get dropped off at
14   my house and use my car.  I would let them use
15   my car.
16   Q      In your experience, did you and all the
17   other employees actually have to do some work in
18   order to get show up pay?
19   A      No, sir.  When we were first there --
20   it's like when we pulled up, if it was still
21   raining, Johnny would sometimes come out and
22   just tell you to go on home, and you would get
23   two hour show up time.
```

Page 82

```
 1   Q      All right.  Was there ever a time where
 2   you felt like that the black employees were
 3   being treated differently in that regard; where
 4   white employees got paid if they showed up and
 5   didn't work and the black employees got paid
 6   only if they showed up and worked?
 7   A      No, sir.
 8   Q      Okay.  So at some point, it changed from
 9   just showing up to you had to show up and
10   actually work?
11   A      Yeah.
12   Q      And as far as what you saw yourself, that
13   was applied the same way to white and black
14   employees?
15   A      Yes, sir.
16   Q      Okay.  Mr. Kimberlin -- I'm going back to
17   the beginning of things you said were racial
18   things.  Let's talk about Mr. Kimberlin.  That's
19   Robert.  I believe we're talking about the same
20   person.
21   A      Yes, sir.
22   Q      I wrote him down as Robert.
23   A      Yes, sir.
```

Page 83

```
 1   Q      Did he ever make any of these comments in
 2   front of other people, or was it always just the
 3   two of you when he made these comments?
 4   A      It really didn't matter.
 5   Q      All right.  Do you remember any specific
 6   comments he made where there were other
 7   employees around and you believe they heard what
 8   he said?
 9   A      The one about -- I mean, Jeff, his son,
10   was around a lot of times, and he would say it
11   in front of him no matter what.
12   Q      All right.
13   A      Other than that, I really can't remember
14   if there was anyone around to hear him or not.
15   Q      All right.  Let's go -- Robert, the first
16   thing was that you said he told -- made the
17   comment to the effect that you were hanging out
18   with black folks too much.
19   A      Yes, sir.
20   Q      And he called you a nigger lover?
21   A      Yes, sir.
22   Q      Do you remember when he first made those
23   comments to you?
```

Page 84

```
 1   A      That was like probably after the first
 2   month I was there.
 3   Q      And do you remember, was there anyone
 4   present and heard him say those comments, other
 5   than you?
 6   A      For that comment?
 7   Q      Either one of those, that you were
 8   hanging around with black folks too much, and
 9   that he called you a nigger lover.
10   A      As far as him calling me a nigger lover,
11   he wouldn't ever say that in front of black
12   folks.  But as far as me hanging out with black
13   folks too much, he has said it in the pole barn
14   in front of everybody.
15   Q      All right.  Did he ever call you that in
16   front of other white employees?
17   A      Yes, sir.
18   Q      Who else heard him make the comment where
19   he called you a nigger lover or said you were
20   hanging --
21   A      He said it in front of Johnny Reed; he
22   said it in front of Johnny Crutchfield.
23   Q      Anyone else?
```

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

c6818c33-016d-4086-a498-8ec174b70651

Page 85

1   A    He said it in front of Cindy.
2   Q    Cindy?
3   A    Yes, sir.
4   Q    Who is that?
5   A    The female that I was telling you about
6   with --
7   Q    Okay.  The next thing was he was asking
8   you questions about your car, about it being
9   nasty or made some comment about the top of the
10  seats being greasy or smelling bad.  Did he make
11  those comments in front of anybody, other than
12  you?
13  A    No, sir.
14  Q    And was that something that he -- I mean,
15  obviously, I guess, he said that after you guys
16  started riding together to work?
17  A    Yes, sir.
18  Q    And was that something that he just made
19  these comments during one conversation?
20  A    Yes, sir, it was just one conversation.
21  Q    It's not something he said over and over
22  and over again?
23  A    No, sir.

Page 86

1   Q    And do you remember when that was?  I
2   know you can't remember a specific date.  Was it
3   March, April, May, June, July; do you have any
4   way of pinpointing when --
5   A    Well, we had started -- probably about
6   the fourth month, because he started -- that's
7   when he had realized then that they were riding
8   with me.
9   Q    All right.
10  A    He never seen -- we always left before he
11  got -- or we was always there still later on
12  before he -- he would leave before us.
13  Q    So probably --
14  A    And that was like the day that he
15  actually saw us get out of the car together and
16  everything.
17  Q    So it was probably May of 2003?
18  A    Yes, sir.
19  Q    The fourth month?
20  A    Yes, sir.
21  Q    And then his comments to you where you
22  had the do-rag on and he said you looked like
23  Aunt Jemima, when did he say that?

Page 87

1   A    That was like probably two months after I
2   had been there.
3   Q    So maybe around March?
4   A    Yes, sir.
5   Q    And did he say that in front of anybody
6   else?
7   A    Yes.  He said it in front of everybody in
8   the pole barn.
9   Q    Do you remember anybody in particular who
10  was there and heard him say that?
11  A    Jeff Smitherman was there; Johnny Reed
12  was there; Cindy was there.  There were other
13  employees from like other companies, but I can't
14  remember their names.
15  Q    Were any of the black employees who rode
16  with you there?
17  A    No, sir.
18  Q    Were there any black employees at all in
19  that area when he made the comment?
20  A    Yes, sir.
21  Q    Who else?  Do you remember any --
22  A    They were working for the installation
23  company.

Page 88

1   Q    All right.
2   A    They wasn't employees of Mansfield,
3   though, but there were black employees there.
4   Q    All right.  And was that the only time
5   that he made a comment like that to you?
6   A    Yes, sir.
7   Q    And I guess you took that to be a racial
8   comment?
9   A    Yes, sir.
10  Q    All right.  You said that you -- that he
11  called Patrick Lewis a nigger to his face.
12  A    Yes, sir.
13  Q    Did you actually see that?
14  A    Yes, sir, because they were in an
15  argument over something.  I don't know what had
16  started the argument, but they were arguing over
17  where we were painting those two tanks and
18  something had happened.  He came -- Robert had
19  came up at first cussing, and then Lewis came
20  following to throw his -- his harness away, and
21  then they started getting into an argument with
22  each other in the face, and he was calling him a
23  nigger and talking about he needed to get the

22  (Pages 85 to 88)

c6818c33-016d-4086-a498-8ec174b70651

Page 89

1  fuck up out of his face before he whooped his
2  fucking ass.  And we had to get up in between
3  them and split them up, and then Johnny
4  Crutchfield had came out there then and just put
5  them on two sides -- different sides of the
6  plant at the time after that, and then made them
7  calm down and keep them away from each other.
8  Q     And you don't remember what the argument
9  started over?
10  A     No, sir.  I was already at the -- where
11  we were like putting our harnesses up.  I done
12  came down before they even came down.  All I
13  know is that something happened over there, and
14  then they came over arguing.
15  Q     Where did all this happen at?
16  A     That was at Plant 6.
17  Q     All right.  And this was when you were on
18  the same crew with Robert?
19  A     Yes, sir.
20  Q     And Patrick Lewis was not on your crew?
21  A     Yes, sir.
22  Q     Was this a deal where he had been
23  assigned and was working over there or was it --

Page 90

1  A     At the time, he was assigned to work with
2  Robert and the Mexicans to do two water
3  towers -- or water tanks.
4  Q     Uh-huh.
5  A     And it was something to do with that.  I
6  was over there helping them, too, and they had
7  like -- they had Cindy and Ben doing motors on
8  the bottom ground.
9  Q     All right.  Were there a group of people
10  standing around who could hear what Robert and
11  Patrick were saying?
12  A     When they were arguing?
13  Q     Yeah.
14  A     Yes, sir.  It was -- yeah, Ervin Tarver
15  was there when that happened.  Johnny Reed was
16  standing right there when that happened.  I
17  think Bill was over there when that happened.  I
18  mean, I was over there, and then -- at the time,
19  Cindy -- that's when we were basically coming
20  down to clean up.  So just about everybody was
21  over there when we were getting ready to clean
22  up and go home at the time.
23  Q     And do you remember, was there any

Page 91

1  discussion among folks about what had happened?
2  I mean, did you talk with any white or black
3  employees about what Robert had said or what
4  Patrick had said?
5  A     No, sir.  I mean, it -- I had no idea
6  what had happened at the time.  And after that,
7  I mean -- like I say, I ain't ever rode with
8  them.  I mean, with Lewis and stuff.  So I
9  didn't -- after that day, it was like I didn't
10  see him no more or nothing.  So we ain't never
11  discussed it.
12  Q     All right.  You said that Robert used the
13  "N" word directly in his face.
14  A     Yes, sir.
15  Q     Did he say it once or more than once?
16  A     Oh, he said it more than once.  I mean,
17  they were hot and they were arguing and stuff.
18  I mean, they were about to --
19  Q     About to get in a fight?
20  A     Yes, sir.
21  Q     All right.  Did Patrick Lewis say
22  anything -- use profanity or make any --
23  A     I mean, he was cussing him, yeah.

Page 92

1  Q     What did he say; do you remember?
2  A     He was just telling him that he was going
3  to -- basically, arguing with him back telling
4  him he was going to whoop his ass.  I mean,
5  basically, they were just cussing each other
6  like that.  I mean, he was cussing him like
7  that.  I mean, he was just basically talking
8  about whooping his ass, and talking about, "If
9  you touch me, I'm going to beat your ass.  It
10  don't matter what the hell you do," and shit
11  like that.
12  Q     All right.  Did Patrick Lewis make any
13  comments that you thought were racial in nature?
14  A     No, sir.
15  Q     All right.  So the only racial comment
16  was Robert using the "N" word?
17  A     Yes, sir.
18  Q     Okay.  And do you know did -- I'm sorry
19  if you said it.  Were Johnny Reed or
20  Crutchfield, were they there when this happened?
21  A     Johnny Reed was standing there when it
22  happened, and then Johnny Crutchfield -- they
23  went and got Johnny Crutchfield to come

23  (Pages 89 to 92)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 93

1  afterwards. But Johnny Crutchfield was there
2  when they were arguing.
3  Q    And do you remember when that happened?
4  A    Oh, that probably -- that happened like
5  probably three months before I got -- before
6  they let me go.
7  Q    Okay. You said that Johnny
8  Crutchfield -- you said that you heard him call
9  Patrick Lewis a nigger and a black buzzard; is
10 that right?
11 A    Yes, sir.
12 Q    And have you heard him make any racial
13 comments directed toward any other black
14 employees?
15 A    You mean -- like I said, anytime he's
16 talked about -- like when I was around or
17 whatever, he's always called them niggers. Just
18 about anytime I've heard him talk about a black
19 person, all that has ever came out of his mouth
20 was nigger.
21 Q    All right. The comments that you heard
22 him make about Patrick Lewis, do you recall
23 the -- you know, where you were, how it came up?

Page 94

1  Was it just the two of you? Just tell me what
2  happened.
3  A    When he talked about -- I mean, when he
4  had called Patrick Lewis a black buzzard, I was
5  in like his office. You come in, and then you
6  would take a left and there's a little room, and
7  then you take a right into that little room, and
8  then his office would be right there. I was in
9  getting breathing treatments to go into the
10 phosgene plants, and I heard him over talking to
11 Johnny Reed about calling -- he was mad about
12 Lewis doing something and calling him a black
13 buzzard doing, and he was calling him a stupid
14 ass nigger that can't do shit right.
15 Q    And he wasn't saying this to you?
16 A    No.
17 Q    You just overheard him saying it?
18 A    Yes, sir.
19 Q    And Johnny Crutchfield was talking to?
20 A    Johnny Reed.
21 Q    Okay; all right. And I should have asked
22 you this as we were going along. Everything
23 that we have talked about so far, did you ever

Page 95

1  report any of it to anyone at the company before
2  you were let go?
3  A    You're talking about for Mansfield?
4  Q    Yes.
5  A    No, sir. I mean, when I first started, I
6  mean, because Johnny -- Johnny was my head
7  supervisor for all I knew, and since he was
8  doing it, I mean, I thought there really wasn't
9  nothing I could do about it.
10 Q    Okay; all right.
11 A    And then as far as --
12 Q    I know about the letter you sent in.
13 A    Yes, sir.
14 Q    And we'll talk about that in a minute.
15 So I probably should have included that in the
16 question. So we'll talk about that in a minute.
17 You said that Crutchfield would send black
18 employees home if they were late --
19 A    Yes, sir.
20 Q    -- but he never did that to you.
21 A    Yes, sir.
22 Q    Was there -- do you remember any specific
23 dates or any specific times that that happened?

Page 96

1  A    No, sir.
2  Q    Anything you can pinpoint? You know, I
3  know it was March or April, because so-and-so
4  was going on?
5  A    No, sir.
6  Q    All right. Did it make any difference,
7  as far as you understood Mansfield's rules, how
8  late you were? Was there a difference between
9  being five minutes and five hours?
10 A    No, sir.
11 Q    All right.
12 A    I mean, to me, I mean, if you were an
13 hour late, then you're supposed to get sent home
14 according to -- that's what I understood.
15 Q    Did you ever get sent home for being
16 late?
17 A    No, sir.
18 Q    And how often did you show up late?
19 A    I probably showed up probably -- probably
20 like five or six times the whole time I was
21 there.
22 Q    Out of almost a year?
23 A    Yes, sir.

24  (Pages 93 to 96)

c6818c33-016d-4086-a498-8ec174b70651

Page 97

1  Q    All right. How many -- and when you say
2  "late," I mean, do you mean --
3  A    Sometimes --
4  Q    -- one minute late?
5  A    No. I'm talking about -- what I consider
6  to be late would be like maybe an hour, two
7  hours late.
8  Q    All right. And do you know of any times
9  where you showed up late and were allowed to
10  work and on the same day a black employee showed
11  up late and was sent home?
12  A    Ralo. That one day -- as soon as I came
13  through the gate, I walked -- as soon as I got
14  to the pole barn, Ralo just came through the
15  gate right behind me, and he turned to Ralo and
16  told him to go home.
17  Q    So you guys had actually ridden to work
18  together that day?
19  A    No, sir, we wasn't riding to work
20  together. I thought he was there already.
21  Q    Colvon drove his own car?
22  A    Yeah.
23  Q    Okay. And do you know how much time

Page 98

1  passed between when you walked through and
2  when --
3  A    It probably wasn't even five or ten
4  minutes after I walked through.
5  Q    All right. So how do you know about
6  that?
7  A    I mean, when I was -- because everybody
8  was showing Ralo coming -- like walking -- they
9  were pointing him out that he was being late.
10  We were standing -- right when you -- where we
11  got our equipment at, there was a gate here, and
12  you could see where people are coming in and out
13  coming through here.
14  Q    Okay.
15  A    And I came in, and I was just standing
16  here and I was looking and I could see Ralo
17  walking, and Crutchfield had came -- pulled up
18  and talked to him and sent him home.
19  Q    All right.
20  A    Johnny was waiting at the gate waiting
21  for him to come -- waiting -- I guess he was
22  waiting for him. I thought he was waiting for
23  me, because he was standing where the turn thing

Page 99

1  was.
2  Q    How late were you that day?
3  A    I was two hours late.
4  Q    All right. Do you know what -- did Ralo
5  get fired that day or did he just get sent home
6  for being late?
7  A    I think he got just sent home for that
8  one day.
9  Q    All right. Do you remember working with
10  him again after that day?
11  A    After that day, yes, sir.
12  Q    Okay. Did that happen to anyone else,
13  that you know of; any other African-American
14  employees who were sent home when they showed up
15  late?
16  A    I've seen it done to Patrick Lewis and
17  I've seen it done to Ervin Tarver.
18  Q    And Patrick Lewis, do you recall when
19  that happened?
20  A    No, sir.
21  Q    Do you recall what happened?
22  A    I just recall he came -- he came in late
23  and they sent him home.

Page 100

1  Q    Were there -- was that a day where you
2  were on time or you were also late?
3  A    I was already there.
4  Q    How did you find out that he was late and
5  got sent home?
6  A    Because he had came to -- came into the
7  pole barn. He was going to -- he went to
8  Johnny's office to get the breathing machine,
9  and when he came back out, he grabbed his
10  helmet, and we had asked him what was going on,
11  and he said that he got sent home.
12  Q    And do you remember how late he was?
13  A    He was probably about thirty minutes
14  late.
15  Q    And did he tell you why he had been sent
16  home?
17  A    He just said because he was late.
18  Q    And that's Johnny Crutchfield or Johnny
19  Reed?
20  A    Johnny Crutchfield.
21  Q    Any other -- you said Lewis, and then you
22  said there was one more. Who else?
23  A    Ervin.

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 101

1  Q    All right. Tell me about Mr. Tarver.
2  A    He came in late with me one day, but
3  Johnny didn't know that we -- I mean, he knew
4  that we were riding together, but when we came
5  in, he went to the other side of the plant.
6  When I got to the other side to where I was at,
7  probably about thirty minutes to an hour later,
8  he came -- Ervin had came around and asked for
9  my keys and told me that he would come back and
10 pick me up. I asked him what was going on. He
11 had told me that Johnny had sent him home,
12 because we were an hour late.
13 Q    All right.
14 A    But Johnny had never came over there and
15 talked to me about it, or said anything to me or
16 anything.
17 Q    All right. Were you guys working in the
18 same area that day?
19 A    No, sir. He was working on Plant -- he
20 was at Plant 2 and I was at Plant 6.
21 Q    And you're talking about Johnny
22 Crutchfield?
23 A    Yes, sir.

Page 102

1  Q    All right. Did Johnny Crutchfield, when
2  you were working in Plant 6, did he have any way
3  of knowing when you got there that day?
4        BY MR. PETTAWAY: Object to form.
5  A    I mean, he knew that we rode together
6  anyways. And then when I came in -- I mean, as
7  far as I know -- as far as I knew, he knew that
8  I wasn't there at the time, because he checks on
9  both sides of the plant before he goes to his
10 office. And when I had got in, he done seen me
11 like later on that day. So I don't know if he
12 knew if I came in late or if someone had told
13 him or what.
14 Q    (continued by Mr. King) Where was
15 Johnny's office? Did he have an office at the
16 GE site, Johnny Crutchfield?
17 A    He had like two of them. He had one at
18 Plant 2 at the time and one at 6. One was a
19 trailer and one was like a steady build -- like
20 a stand-up building.
21 Q    Where did he spend most of his time?
22 A    He spent it over there on Plant 6 in the
23 steady building, because, I mean, most of time

Page 103

1  it was hot, and it had air conditioning in it.
2  Q    Okay. And the time that this happened
3  with Mr. Tarver, when he came and got the keys,
4  do you remember what time of year that was?
5  A    Probably July.
6  Q    Okay. You said Robert Kimberlin made a
7  comment about that all black employees and
8  Mexican employees were made for was cheap labor
9  and slave work. I know that's not the exact
10 words that you say he used. But do you remember
11 that comment?
12 A    Yes, sir.
13 Q    Was there anybody around who heard that
14 comment, other than you?
15 A    Jeff Smitherman.
16 Q    Jeff Smitherman?
17 A    Yes.
18 Q    Where were you guys when Mr. Kimberlin
19 made that comment?
20 A    We were coming down off of two water
21 tanks, and he was mad because the Mexicans
22 wasn't doing what he had told them to do, and
23 that's when he made that comment.

Page 104

1  Q    And did he single out any employees, or
2  was it just a general comment?
3  A    Just a general comment.
4  Q    All right. And do you remember which
5  employees were involved? I mean, which of the
6  Mexican employees were involved; what they were
7  supposed to be doing or any more about the
8  particulars?
9  A    No, sir, I don't know which ones it was.
10 Q    And with Robert, you say that he was
11 showing up at work and it appeared to you he had
12 been drinking once or twice a week?
13 A    Yes, sir.
14 Q    And did it ever affect his work, that you
15 saw? Were there times where he just couldn't
16 work, because he was too drunk?
17 A    No, sir. I mean, it was just he had a
18 real bad attitude when he was drunk --
19 Q    All right.
20 A    -- towards everybody.
21 Q    And you said that Mr. Kimberlin wore a
22 T-shirt or something with a rebel flag on it,
23 and there were racial comments. Other than the

26  (Pages 101 to 104)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 105

1  T-shirt with the rebel flag, did he wear
2  anything else that you thought was, you know,
3  racial in nature and shouldn't have been worn at
4  work?
5  A    No, sir.
6  Q    All right.  So we've got Mr. Crutchfield
7  and Mr. Kimberlin making racial comments, using
8  the "N" word and other racial comments.  We've
9  got Johnny Reed making the comment to you about
10  if you had left the black employees at home,
11  then you could have received pay for rain days.
12  Do you remember any other employees, white or
13  black, who used language that you thought was
14  racially offensive?
15  A    No, sir.
16  Q    All right.  Did you ever hear any black
17  employees use the "N" word in talking to each
18  other, or just in any context?
19  A    Yes, sir.
20  Q    Who?
21  A    I mean, it was just -- I mean, they don't
22  use -- just when they talk about like talking to
23  each other, they would be like, "Nigger,

Page 106

1  please," or something like that.
2  Q    And that's my question.  Do you remember
3  who said that?
4  A    I mean, no, sir.
5  Q    Have you ever heard Patrick Lewis say
6  anything like that?
7  A    Yes, sir.
8  Q    And is that something that was fairly
9  common for Mr. Lewis; just a regular
10  conversation that he would use the "N" word?
11  A    Yes, sir.
12  Q    And was that the whole time that you
13  worked with him?
14  A    Yes, sir.
15  Q    Did he ever talk like that around white
16  employees, other than you?
17  A    Yes, sir.
18  Q    And he would say that in front of black
19  employees, too?
20  A    Yes, sir.
21  Q    All right.  What about --- what about Mr.
22  Colvon, did you ever hear him talk like that,
23  use the "N" word?

Page 107

1  A    Yes, sir.
2  Q    Would the same be true for him, it was
3  fairly commonly?
4  A    Yes, sir; it was the same thing.
5  Q    And that he would say that in front of
6  white and black employees?
7  A    Yes, sir.
8  Q    All right.  And then what about Mr.
9  Tarver?
10  A    Yes, sir.
11  Q    The same is true?
12  A    Yes, sir.
13  Q    Did he have use the "N" word fairly
14  commonly and would use it in front of white and
15  black employees?
16  A    Yes, sir.
17  Q    And what about Mr. Ragland?
18  A    Yes, sir.
19  Q    The same thing is true?
20  A    Yes, sir.
21  Q    He used the "N" word fairly commonly and
22  would use it in front of white and black
23  employees?

Page 108

1  A    Yes, sir.
2  Q    And what about Mr. Lamar?
3  A    The same is true?
4  A    Yes, sir.
5  Q    What about you?
6  A    Yes, sir.
7  A    No, sir.
8  Q    All right.
9  A    I mean, to me, I wouldn't never say it in
10  front of them, because as far as the
11  discrimination case -- I mean, as far as
12  discrimination, what they showed me on the
13  videos.  And then plus on top of that, I just
14  felt very uncomfortable saying it, anyways, in
15  front of black employees or white.
16  Q    Okay.  Were there other black employees
17  who you worked with, other than the ones who are
18  in the lawsuit, who you heard, you know, speak
19  in that manner in talking to other black
20  employees, they would use the "N" word?
21  A    Like other employees that didn't work for
22  our company, yeah.
23  Q    Well, you're talking about people who

27 (Pages 105 to 108)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 109

1 worked for GE?
2 A    No, no. I mean, not necessarily for GE.
3 It was just another contracting company, but I
4 mean, I don't remember the names or anything.
5 Q    What about other Mansfield employees?
6 A    Ben said it.
7 Q    Anybody else you can remember?
8 A    That's about it.
9 Q    Well, did you enjoy working at Mansfield?
10 A    When I first got there, yes, sir.
11 Q    What about -- I mean, did that change?
12 A    Yes, sir. It just got to a point
13 where -- where I wasn't getting paid for show up
14 time. I was just getting -- they wouldn't give
15 me my raise. He was putting me -- I mean, they
16 got to the point where they put me on what they
17 call hole watch, and I really didn't like that,
18 because I wasn't doing nothing but standing
19 around. I asked him to switch me over, but he
20 wasn't going to switch me over.
21 Q    Well, you said "hole," H-O-L-E?
22 A    Yes, sir.
23 Q    What does that mean?

Page 110

1 A    It's like -- well, you got phosgene
2 tanks, and like the east door has got like a
3 little glass hole so you can watch what's going
4 on on the inside, and you got to wear a mask to
5 go in. And basically, you got to sit there and
6 look into the glass the whole time. That's all
7 you do is stand around and watch them and make
8 sure they don't pass out, or pass them equipment
9 the whole time.
10 Q    And you just -- you would rather be doing
11 something rather than just sitting there
12 watching them?
13 A    Yes, sir.
14 Q    Okay. And you mentioned something about
15 that you hadn't gotten your raise. What does
16 that mean?
17 A    I had went and talked to Johnny -- it was
18 Johnny had told me after my ninety days was up,
19 I was supposed to get a dollar raise, and I went
20 and talked to him about it, and he told me that
21 I wasn't going to get it. He said by the next
22 contract -- whenever they got a new contract, he
23 would sign me over my raise or whatever.

Page 111

1 Q    All right. And do you remember when you
2 had that talk with Johnny?
3 A    It was probably two weeks after my ninety
4 days was up.
5 Q    So it would be sometime around April or
6 May?
7 A    Yes, sir.
8 Q    And did you ever get that raise?
9 A    No, sir. I got it like probably two
10 months before I got let go.
11 Q    Okay; all right. When is the first time
12 that you ever complained to anybody about the
13 racial comments or the things that you thought
14 were racially discriminatory?
15 A    I complained -- I mean, I complained
16 about it to Yogi and all them, and I've said
17 something to Johnny about it, but Johnny is like
18 he really didn't care. And then I asked -- I
19 mean, I told Johnny that I was going to go to GE
20 employees about it, and he told me if I did that
21 I would get fired for it.
22 Q    All right.
23 A    Basically, he also has told us anytime

Page 112

1 that we had a problem or anything, we were to
2 leave GE employees alone, and if we were ever
3 caught talking to one or messing around with one
4 or whatever, then we would get fired on the
5 spot.
6 Q    All right. Do you remember the first
7 time that you had any conversations with Johnny
8 Crutchfield about the racial comments and some
9 of the racial stuff that was bothering you?
10 A    I had went in there and talked to him
11 about how Robert was talking to me about it, and
12 how he was talking down to me about the people I
13 was hanging with.
14 Q    When was that?
15 A    Probably three months into when I was
16 there.
17 Q    All right. And did you tell him what
18 Robert was saying?
19 A    Yes, sir.
20 Q    Specifically about your car, that kind of
21 stuff?
22 A    Yes, sir.
23 Q    And did Johnny do anything?

28  (Pages 109 to 112)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

**Page 113**

1  A    No, sir.
2  Q    Did Robert quit making those kind of
3  comments to you?
4  A    No, sir.
5  Q    The whole time you worked there, he never
6  stopped?
7  A    No, sir.
8  Q    All right.  Did you -- did you have --
9  did you ever keep any kind of notes or anything,
10  Jack?
11  A    No, sir.
12  Q    Or write anything down or record
13  anything?
14  A    No, sir.
15  Q    Do you know, did Patrick Lewis ever make
16  any tape recordings of anything?
17  A    I have no idea.
18  Q    Did he ever tell you that he did?
19  A    No, sir.
20  Q    All right.  You had that conversation
21  with Crutchfield, and I know you sent a letter
22  to the company in November.  Between the first
23  time you talked to Crutchfield and when you sent

---

**Page 114**

1  the letter in November, did you complain to
2  anybody else?
3  A    No, sir.
4  Q    When Johnny Crutchfield told you not to
5  complain to GE forks, where were you; where did
6  that happen?
7  A    I was in his office.
8  Q    And do you remember when that was?
9  A    Probably the third or fourth month.
10  Q    All right.
11  A    It was the same time when I went in and
12  told him about Robert and everything.
13  Q    Oh, it was during the same conversation?
14  A    Yes, sir.
15  Q    Okay; all right.  I thought that was
16  something separate.
17  A    No, sir.
18  Q    All right.  The thing with the rain pay
19  or the show up pay --
20  A    Yes, sir.
21  Q    -- when's the first time that you felt
22  unsatisfied or dissatisfied with that; that you
23  didn't think it was being handled fairly?

---

**Page 115**

1  A    When?
2  Q    Uh-huh.
3  A    It was probably about the fourth or fifth
4  month after I got there.  Because like at first,
5  he was doing it and everything, and I didn't
6  have no problem coming in and working with the
7  two hour show up.  I mean, while it was raining
8  or whatever.  I just got unsatisfied when I was
9  showing up and he would just send me home and
10  wouldn't give me the two hour show up time,
11  period.
12  Q    So you think that was sometime around
13  maybe May or June?
14  A    Yes, sir.
15  Q    All right.  Do you remember, did that
16  happen before -- let me start over.  When you
17  started becoming unhappy with the show up pay,
18  did that happen before or after you went to talk
19  to Johnny Crutchfield about the comments that
20  Robert Kimberlin had been making to you?
21  A    That was after.
22  Q    Okay.  When you first go see a lawyer
23  about this?

---

**Page 116**

1  A    About the fifth month before I got let
2  go.  I think about the fifth month before I got
3  let go.  I believe it was about the fifth or
4  sixth month before I get let go.
5  Q    Okay.  So are you saying it was five or
6  six months after you started working there or
7  five or six months before you were fired?
8  A    Before I was fired.
9  Q    So you were let go in December.  So you
10  went to see a lawyer in June or July?
11  A    Yes, sir.
12  Q    All right.  Who did you go see?
13  A    Prince Chestnut.
14  Q    And tell me how you found out about Mr.
15  Chestnut.
16  A    Radio, TV commercials, and then through
17  Bill and them; Bill and Ervin and Patrick.
18  Q    And that's Bill Ragland, Ervin Tarver and
19  Patrick Lewis?
20  A    Yes, sir.
21  Q    Did they ask you to go meet with Prince
22  Chestnut?
23  A    Yes, sir.

---

29 (Pages 113 to 116)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 117

1    Q    All right. Had you ever met Mr. Chestnut
2    before they asked you to go meet with him?
3    A    No, sir. Like I said, I heard him on the
4    radio and the TV commercials and stuff like.
5    Q    Sure. But had you or anybody in your
6    family ever been represented by him or his firm?
7    A    No, sir.
8    Q    What did Bill and Ervin and Patrick say
9    to you when they were, you know, suggesting you
10   go meet with him?
11   A    They were telling me that they were
12   coming up here for a discrimination case, and
13   since I was complaining about it, too, they
14   asked me if I wanted to come. They said if I
15   wanted to, that was fine. If I didn't want to
16   come up here, that's fine, too. It was up to
17   me. And they said they didn't want to make --
18   put it all on me and make me feel uncomfortable.
19   It was just whatever I wanted to do. So I told
20   them I wanted to come up here and talk to him
21   myself.
22   Q    Okay. And do you remember when you first
23   came and actually met with Mr. Chestnut?

Page 118

1    A    I can't remember exactly when.
2    Q    All right. When you met with him, was it
3    just the two of you, or were Patrick or Bill or
4    anybody else present?
5    A    We all showed up here at the same time,
6    but Prince had pulled me to -- I mean, he pulled
7    us in individually to talk to us individually.
8    Q    All right. Did you guys all take a day
9    off from work and come here, or was it on a
10   weekend?
11   A    A day off of work.
12   Q    Did you notify the company you were going
13   to miss work or did you just --
14   A    Yes, sir.
15   Q    Did you handle that or did somebody else?
16   A    I mean, I handled -- I told them I wasn't
17   showing up for myself.
18   Q    Was there any discussion about why?
19   A    No, sir.
20   Q    You just said, I won't be there," and no
21   questions were asked?
22   A    Yes, sir.
23   Q    And was that talking to Mr. Crutchfield?

Page 119

1    A    Yes, sir.
2    Q    All right. Jack, one more question about
3    the show up pay. I promise I'm going to leave
4    it alone. You said when you showed up that day
5    that Robert Kimberlin and Jeff Smitherman were
6    leaving. Do you remember what time it was that
7    you showed up?
8    A    You mean when Johnny had made that
9    comment about --
10   Q    I think that's the one where you said you
11   showed up and they were leaving.
12   A    No, they were coming out to tell us to
13   leave, and they were going back in.
14   Q    Okay. What time was it? I mean, did you
15   show up late or --
16   A    No, sir. We were there -- we showed up
17   there at 7:00.
18   Q    Okay. Was there anybody with you that
19   day, or was it just you?
20   A    It was just me -- all of us were there at
21   the time, because all of us rode up there at the
22   same time.
23   Q    I know I asked you this, but I can't

Page 120

1    remember the answer. Do you remember when that
2    was? Can you give me a month or as specific a
3    day as you can, so I can go back and look at the
4    time records to try to figure that out?
5    A    About probably three or four months after
6    I was there.
7    Q    After you started?
8    A    Yes, sir.
9    Q    All right. Did -- the way you saw it
10   was, you guys showed up on time, you and the
11   people who rode with you regularly?
12   A    Yes, sir.
13   Q    And you got there and it looked like that
14   Jeff and Robert were going to be allowed to
15   work --
16   A    It looked like they were already there.
17   I mean, so they done went in and clocked in or
18   whatever, and then they was coming out to tell
19   us, because we were still waiting outside to see
20   if Johnny was going to let us work or not before
21   we went in.
22   Q    Who actually told you that you weren't
23   going to be allowed to work?

30 (Pages 117 to 120)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS

Court Reporting*Legal Videography*Trail Services

| Page 121 |
|---|

1  A    Johnny Reed.
2  Q    Okay.  But your recollection is pretty
3  clear that you guys showed up on time?
4  A    Yes, sir.
5  Q    It wasn't like you showed up late and
6  that's why you missed the pay?
7  A    No, sir.
8  Q    All right.  Let me go through some
9  documents with you real quick.  I just want to
10  make sure that your signature is on there.
11
12  REPORTER'S NOTE:  (At this point, instrument was
13  marked for identification by the Reporter as
14  Defendant's Exhibit Number 1, after which, the
15  deposition continued, as follows:)
16
17  Q    (continued by Mr. King)  Exhibit Number
18  1, if you would, just look at that and tell me
19  if you recognize any of that handwriting to be
20  yours.
21  A    Yes, sir.
22  Q    Is that your signature where it says
23  "employee's signature, Jack Richardson," in

| Page 122 |
|---|

1  three different places?
2  A    Yes, sir.
3  Q    And the part at the bottom where it says
4  that you received a copy of the Company Employee
5  Code of Safe Practices Handbook, do you remember
6  getting that?
7  A    Yes, sir.
8  Q    All right.
9
10  REPORTER'S NOTE:  (At this point, instrument was
11  marked for identification by the Reporter as
12  Defendant's Exhibit Number 2, after which, the
13  deposition continued, as follows:)
14
15  Q    (continued by Mr. King)  All right.
16  Here's Exhibit Number 2.  Jack, if you would,
17  look on the second page, I believe.  Is that
18  your signature at the bottom of the page?
19  A    Yes, sir.
20  Q    And it says there that you signed it on
21  December 26, 2002.  Is that your handwriting
22  where it says "12/26/02" at the very bottom of
23  the second page?

| Page 123 |
|---|

1  A    Yes, sir.
2  Q    And then look on the next page.  Is that
3  your handwriting where it says your current
4  address and your previous address?
5  A    Yes, sir.
6  Q    And those dates?
7  A    Yes, sir.
8  Q    All right.  And then on the last page, is
9  that your handwriting where it gives your
10  previous employment?
11  A    Yes, sir.
12  Q    All right.  And then go back to the first
13  page.  It looks like it says "Tammy Stakley."
14  Do you remember that person?
15  A    I think that was — no, sir.
16  Q    All right.  Here's the reason I ask this,
17  you testified earlier that you went and met with
18  Johnny Crutchfield.
19  A    Yes, sir.
20  Q    And he told you had a job, and then you
21  showed up on the 8th and started working and
22  filled out all this paperwork.
23  A    Yes, sir.

| Page 124 |
|---|

1  Q    What I'm curious about is the paper —
2  A    I mean, it could be the GE representative
3  that had the orientation; that could be her now.
4  Q    Well, on the second page and the third
5  page where it says "December 26" —
6  A    Yes, sir.
7  Q    — it looks to me like that you signed
8  that on the day after Christmas in 2002.
9  A    Yes, sir.
10  Q    And that's what I'm trying to figure out.
11  Does that change your recollection about going
12  in and filling out paperwork before you were
13  actually hired?
14  A    No, this wasn't before I was hired.  This
15  was the day I got hired.  I filled out all the
16  paperwork and everything the day I started.
17  Q    Okay.  But — all right.  Then — did you
18  start working the day after Christmas in 2002,
19  or did you start working in January 2003?
20  A    I think it was — I mean, yeah.  Okay.
21  See, Johnny had told me to go ahead and fill it
22  out and put this date on here, because that's
23  the day he talked to me.  But that was the day I

31  (Pages 121 to 124)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 125

1   started right there (indicating).
2   Q    All right.
3   A    I filled out this paper on the day I
4   started, though.
5   Q    Okay.  You lost me on that.  All right.
6   Exhibit number 2, on the second page, you signed
7   it and you dated it December 26, 2002?
8   A    Yeah.
9   Q    All right.  Did you go to --
10  A    I went to orientation and everything this
11  day.
12  Q    Which day?
13      BY MR. PETTAWAY:  You're pointing to
14  Exhibit 1?
15  Q    (continued by Mr. King)  You need to tell
16  me which day.
17      BY MR. PETTAWAY:  I'm sorry.  You're
18  pointing to Exhibit 2.
19  A    Exhibit 2.
20  Q    (continued by Mr. King)  But Exhibit 2
21  has two different dates on it.
22  A    Yeah.
23  Q    One is January 14 on the first page, but

Page 126

1   you signed that -- if you dated it the right
2   day, you signed it on the 26th of December,
3   2002, right?
4   A    Yes, sir.
5   Q    All right.  That's my question, do you
6   remembering going in and filling out paperwork
7   the day after Christmas?
8   A    I really can't remember, really.
9   Q    Okay.  That's fine.  I'm not sure it's a
10  big deal.
11  A    Yeah.
12  Q    I just wanted to ask you.
13
14  REPORTER'S NOTE:  (At this point, instrument was
15  marked for identification by the Reporter as
16  Defendant's Exhibit Number 3, after which, the
17  deposition continued, as follows:)
18
19  Q    (continued by Mr. King)  All right.  This
20  is going to be Exhibit 3.  Is that your
21  signature and your handwriting on the date at
22  the bottom?
23  A    Yes, sir.

Page 127

1   Q    All right.
2
3   REPORTER'S NOTE:  (At this point, instrument was
4   marked for identification by the Reporter as
5   Defendant's Exhibit Number 4, after which, the
6   deposition continued, as follows:)
7
8   Q    (continued by Mr. King)  This is going to
9   be Exhibit 4.  Do you remember receiving that
10  document as part of your orientation?
11  A    Rules and regulation, yes, sir.
12  Q    All right.  And -- okay.
13
14  REPORTER'S NOTE:  (At this point, instrument was
15  marked for identification by the Reporter as
16  Defendant's Exhibit Number 5, after which, the
17  deposition continued, as follows:)
18
19  Q    (continued by Mr. King)  This is Exhibit
20  5.  Same question, is that your signature and
21  writing at the bottom?
22  A    Yes, sir.
23

Page 128

1   REPORTER'S NOTE:  (At this point, instrument was
2   marked for identification by the Reporter as
3   Defendant's Exhibit Number 6, after which, the
4   deposition continued, as follows:)
5
6   Q    (continued by Mr. King)  And here's
7   Exhibit 6.
8   A    Yes, sir.
9   Q    That's your handwriting and signature at
10  the bottom?
11  A    Yes, sir.
12  Q    And, Jack, these documents I'm showing
13  you, is this the things you filled out and
14  signed the first day that you showed up for
15  work?
16  A    Yes, sir.
17  Q    And that's January 8, 2003?
18  A    No, this ain't -- no, sir.  Oh, yes, sir;
19  yes, sir.
20
21  REPORTER'S NOTE:  (At this point, instrument was
22  marked for identification by the Reporter as
23  Defendant's Exhibit Number 7, after which, the

32  (Pages 125 to 128)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 129

1  deposition continued, as follows:)
2
3  Q    (continued by Mr. King)  All right.
4  There's Exhibit 7.  Is that your handwriting at
5  the bottom where it says "employee's signature,
6  "Social Security," and the date?
7  A    Yes, sir.
8  Q    Do you see the -- do you remember taking
9  a bunch of tests after you went through
10  orientation?
11  A    Yes, sir.  I had to take one test after
12  GE's, and then I watched, I think, two videos
13  after Crutchfield.  And after each video, I had
14  to take a test.
15  Q    All right.
16
17  REPORTER'S NOTE:  (At this point, instrument was
18  marked for identification by the Reporter as
19  Defendant's Exhibit Number 8, after which, the
20  deposition continued, as follows:)
21
22  Q    (continued by Mr. King)  This is Exhibit
23  8.  No, we've already got eight in there, I

Page 130

1  think.  Hold on.  All right.  I'm going to mark
2  all of these as Exhibit 8.  I just want you to
3  look at those.  Are those the tests that you
4  actually took when you finished the orientation?
5  A    Yes, sir.
6  Q    All right.
7
8  REPORTER'S NOTE:  (At this point, instrument was
9  marked for identification by the Reporter as
10  Defendant's Exhibit Number 9, after which, the
11  deposition continued, as follows:)
12
13  Q    (continued by Mr. King)  There's Exhibit
14  Number 9.  Is that your handwriting, Jack, on
15  these two pages?
16  A    Yes, sir.
17  Q    All right.  And do you remember filling
18  this out on the first day you started working?
19  A    Yes, sir.
20  Q    All right.  Look at the bottom of this,
21  and it says that you went to the ninth grade and
22  that you do have a GED.  I think earlier you
23  said you went to the eleventh grade, and that

Page 131

1  you don't.  Which one of those is right?
2  A    That I went to the eleventh grade, and I
3  don't.
4  Q    Okay.
5
6  REPORTER'S NOTE:  (At this point, instrument was
7  marked for identification by the Reporter as
8  Defendant's Exhibit Number 10, after which, the
9  deposition continued, as follows:)
10
11  Q    (continued by Mr. King)  This is Exhibit
12  10.  Did you get a copy of that when you
13  started --
14  A    Yes, sir.
15  Q    -- work?
16  A    Yes, sir.
17  Q    All right.  If you would look on page 10.
18  If you'll look at the bottom, it says, 7 of 67,
19  8 of 67.
20  A    Yes.
21  Q    Go to page 10 of 67.  Did anybody go over
22  what the company's policy was for being late for
23  work or being absent from work with you?

Page 132

1  A    No, sir.  All he did was hand me the
2  rules and regulation book.
3  Q    All right.  Did you have any
4  understanding at anytime before you were let go,
5  Jack, about what the company's rules and
6  expectations were with regard to showing up for
7  work?
8  A    No, sir.
9  Q    Do you have an opinion, one way or
10  another, as to whether the company followed its
11  polices and procedures for missing work when it
12  fired you?
13  A    When they fired me, I missed -- when I
14  missed that one day -- to me, no, sir.
15  Q    All right.  Look on the same page, Jack,
16  over to the right where it says, "Conflict,
17  harassment and violence in the workplace."
18  A    Where?  Oh, okay.
19  Q    Do you see it?
20  A    Yes, sir.
21  Q    Did you ever read that policy?
22  A    No, sir.
23  Q    Did you understand that the company was

33  (Pages 129 to 132)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 133

1  committed to providing a safe work environment
2  that is free of discrimination, unlawful
3  harassment, violence or threats of violence?
4  A    I understood that, because it was in the
5  video, and they went over it with me.
6  Q    Okay. Did you understand that the
7  company wanted you and all of its employees to
8  report any acts of discrimination or unlawful
9  harassment, violence or threats of violence?
10  A    Yes, sir.
11  Q    Look at the second paragraph. Did
12  anybody ever discuss with you that if for
13  whatever reason you didn't feel that you could
14  go to your immediate supervisor with a
15  complaint, that you could go to the Human
16  Resource Department or the Safety Department at
17  the company?
18  A    From Mansfield, no, sir. I just
19  understood that I had to go to my supervisor.
20  Q    All right. Flip over to the next page,
21  please. Do you see that Equal Employment
22  Opportunity Policy statement?
23  A    Yes, sir.

Page 134

1  Q    Did you ever read that, or did anybody
2  ever review that with you?
3  A    No, sir.
4  Q    Did you ever read any part of this
5  manual?
6  A    No, sir.
7  Q    Okay. Did you have a copy of this to
8  keep as your own when you started work?
9  A    Yes, sir.
10  Q    Did you keep that?
11  A    Yes, sir.
12  Q    Did you provide that to your attorneys
13  when you first came and met with them? Do you
14  still have it?
15  A    I don't have it with me now. I know
16  longer have it, period. But at the time when we
17  came up here, one of us had one and had it
18  pointed out to him.
19  Q    Okay:
20
21  REPORTER'S NOTE: (At this point, instrument was
22  marked for identification by the Reporter as
23  Defendant's Exhibit Number 11, after which, the

Page 135

1  deposition continued, as follows:)
2
3  Q    (continued by Mr. King) This is going to
4  be Exhibit Number 11. You can just turn those
5  face down, if you want to, Jack. I think we're
6  through with them. Did you ever get this
7  Policy, the Conflict, Harassment and Violence in
8  the Workplace Program? And you can take as much
9  time as you need to look at it.
10  A    I really don't remember.
11  Q    Actually, we're missing a page on it.
12  We've just got the odd pages.
13       BY MR. PETTAWAY: The back is gone.
14       BY MR. KING: I tell you what, let's just
15  take that one out.
16  A    I don't remember this.
17
18  REPORTER'S NOTE: (At this point, instrument was
19  marked for identification by the Reporter as
20  Defendant's Exhibit Number 11, after which, the
21  deposition continued, as follows:)
22
23  Q    (continued by Mr. King) I tell you what,

Page 136

1  we'll just take that -- withdraw that as Exhibit
2  11, since he doesn't remember seeing it anyway.
3  All right. Now, this will be the real Exhibit
4  11. Have you ever seen that document, Jack?
5  A    Yes, sir.
6  Q    It's a wage scale adjustment?
7  A    Yes, sir.
8  Q    You have seen it or have not?
9  A    I have seen it.
10  Q    Okay; all right. Does that date sound
11  right, Jack, that around the middle of October,
12  you received a raise from 8 to $9.00?
13  A    You mean October -- yes, sir.
14  Q    2003?
15  A    Yes, sir.
16  Q    All right.
17  A    I mean, I really can't remember, but I
18  think it is.
19  Q    Okay. Do you remember talking with
20  anybody when you got that raise?
21  A    No, sir.
22  Q    All right.
23  A    Johnny just came up to me while I was in

34  (Pages 133 to 136)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 137

1  the workplace and told me that I finally would
2  receive my raise.
3  Q    All right.
4
5  REPORTER'S NOTE:  (At this point, instrument was
6  marked for identification by the Reporter as
7  Defendant's Exhibit Number 12, after which, the
8  deposition continued, as follows:)
9
10 Q    (continued by Mr. King)  This is going to
11 be Exhibit 12.  Have you seen that before?
12 A    Yes, sir.
13 Q    All right.  And did you write this letter
14 or did someone write it for you?
15 A    I wrote this letter.
16 Q    Did you have any assistance writing it?
17 A    No, sir.
18 Q    Had you been to -- you definitely had
19 been to meet with Mr. Chestnut by this time,
20 correct?
21 A    Yes, sir.
22 Q    And the reason I ask you the question is,
23 some of the words I see in here are words that

Page 138

1  lawyers routinely use in discrimination cases.
2  Like, "I don't want to be fired or retaliated
3  against for telling what's going on."  Are
4  you -- I want you to think back.  Are you sure
5  that you wrote this letter without the
6  assistance of anyone else?
7        BY MR. PETTAWAY:  Hold on now.  Are you
8  trying to get into conversations between he and
9  his lawyer?
10       BY MR. KING:  No.  I'm just asking him if
11 someone helped him write the letter.
12       BY MR. PETTAWAY:  Well, he's answered
13 that.  He answer that question.
14       BY MR. KING:  And all I'm doing is
15 pointing out that -- I mean, the word
16 "retaliated against," you know, as well as I do,
17 Collins, that's something that lawyers put in
18 pleadings.  I'm just asking him -- pointing out
19 that phrase, does that refresh his memory if he
20 had any help writing the letter.  That's all I'm
21 asking.
22 Q    (continued by Mr. King)  I do not want to
23 know what you talked with your lawyers about,

Page 139

1  Jack.  I'm not entitled to know that.
2  A    I had -- see, I had wrote this out and I
3  had him to type it up.
4  Q    Who is "him."
5  A    Mr. --
6        BY MR. PETTAWAY:  Hold on now.  Well, the
7  question is, you want to know did he write this
8  letter?
9        BY MR. KING:  Yeah.
10       BY MR. PETTAWAY:  Okay.  He said he wrote
11 it.
12       BY MR. KING:  Okay.
13 Q    (continued by Mr. King)  And that's my
14 next question.  Did you do this on a computer;
15 did you do it on a typewriter?
16 A    No, sir.  I had wrote -- I had wrote it
17 out on paper.
18 Q    All right.
19 A    And I had him type it up for me.
20 Q    Did any of your co-workers -- and I'm not
21 asking what you talked with your lawyer about --
22 did any of your co-workers ask you to write this
23 letter?

Page 140

1  A    No, sir.
2  Q    Did any of them give you any suggestions
3  or ideas on what to put in the letter?
4  A    No, sir; no, sir.
5  Q    And again, I'm not asking for what your
6  lawyers -- anything you talked to your lawyers
7  about at all.  Did anybody, other than yourself,
8  give you any of the ideas or information that
9  you put in this letter?
10 A    No, sir.
11 Q    All right.  How did you know who to send
12 the letter to?
13 A    Prince Chestnut had --
14       BY MR. PETTAWAY:  Hold on.  You don't
15 have to talk about what you and your lawyer
16 said.
17 Q    (continued by Mr. King)  I'm not asking
18 you to say Mr. Chestnut told me this, but if the
19 answer to the question is, I don't -- all I'm
20 asking you is, how did you know who to send it
21 to, which person, and where to send it?
22 A    Mr. Chestnut.
23 Q    All right.

35  (Pages 137 to 140)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 141

1    BY MR. PETTAWAY: Well, hold on. I want
2 to object to that answer and strike that,
3 because we're getting into conversations between
4 attorney and client. And I know -- I know your
5 question was one thing, but -- and I guess as
6 broad as it was and it leads to a certain
7 answer, and I want to object to that and move
8 that that be stricken from anything or any type
9 of use in any way.
10    BY MR. KING: Well, I can't -- I don't
11 want to get into privileged communication, but I
12 can't agree -- I disagree with you moving to
13 strike, and let me tell you why. If he writes a
14 blank letter and gives it to Prince and Prince
15 fills it in and mails it to my client, then
16 that's not privileged, because if he had that
17 information and sent it out, it's not
18 privileged. I haven't asked what they talked
19 about, but I am entitled to ask if you didn't
20 put that there, who did.
21 Q    (continued by Mr. King) I mean, as I
22 understand it, your testimony is that Paul
23 Calais and his title and his address and all

Page 142

1 that information, you did not put that on there,
2 did you?
3    BY MR. PETTAWAY: No, no. That's not
4 what he said; that's not what he's saying.
5    BY MR. KING: Well, if you want to raise
6 your right hand and testify, you can.
7    BY MR. PETTAWAY: Well, no. What I'm
8 saying, that's not what he said, though, anyway.
9 That's not what he said. You asked him how did
10 he know where to send this, like who to address
11 the letter to.
12    BY MR. KING: Okay.
13    BY MR. PETTAWAY: He's already said that
14 he wrote everything out.
15    BY MR. KING: Okay.
16    BY MR. PETTAWAY: And he had it typed up,
17 and he said that. Well, I want to be clear,
18 see, because I don't want to get into any
19 attorney/client conversations.
20    BY MR. KING: I don't think I could have
21 made that any more clear, and you feel free to
22 stop him if he gets there. But I'm entitled to
23 know where that came from. If your position is

Page 143

1 that your firm had nothing to do with drafting
2 this letter, and he can't tell me that he put
3 that information in there, I'm entitled to know
4 that. That's not privileged.
5    BY MR. PETTAWAY: Hold on.
6 Q    (continued by Mr. King) Well, let me ask
7 the question. Jack, did you get this
8 information, who to address it to, the person's
9 job title and where to send it, did you get that
10 information yourself?
11 A    No, sir.
12 Q    All right. Do you know who did?
13 A    Yes, sir.
14 Q    Who?
15    BY MR. PETTAWAY: Okay. Now, I think --
16    BY MR. KING: How can that be privileged,
17 Collins?
18    BY MR. PETTAWAY: Where he got it from.
19    BY MR. KING: I'm not asking him to say
20 anything about what he and Prince talked about.
21    BY MR. PETTAWAY: Well, you are.
22    BY MR. KING: Well, if your position is
23 that your firm had nothing to do with this

Page 144

1 letter, I'm entitled to test that. That's --
2 and I think that's what you're saying. All he's
3 saying is -- he's already made it clear he had
4 been to see Prince. He said he wrote the
5 letter.
6    BY MR. PETTAWAY: Right.
7    BY MR. KING: And all I'm trying to do is
8 just figure out did he send it himself or did
9 somebody send it for him.
10    BY MR. PETTAWAY: Well, ask him did he
11 send it himself.
12 Q    (continued by Mr. King) You did not put
13 that information in there about who it was
14 addressed to, correct?
15 A    Yeah, I put it on there, but I didn't
16 know --
17    BY MR. PETTAWAY: See, you're getting
18 into some conversations now.
19    BY MR. KING: Well, let me try it again,
20 because I'm really not trying to get into
21 anything privileged.
22 Q    (continued by Mr. King) Did you,
23 yourself, without any help from anyone else,

36 (Pages 141 to 144)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 145

1  figure out who this letter needed to be sent to?
2  A    No, sir.
3  Q    All right.  And the letter was sent by
4  whom?  Who actually mailed this letter?
5  A    I did; I mailed it off.
6  Q    Okay.  Who typed it?
7  A    Prince.
8  Q    Or someone here at the firm?
9  A    Yes, sir.
10 Q    Do you know who filled in the
11 information, Mr. Calias' name and his address
12 and his job title?
13 A    No, sir.
14 Q    Okay.  But you know you didn't do it?
15 A    Yes, sir.
16 Q    Okay.
17      BY MR. KING:  Is that fair?
18      BY MR. PETTAWAY:  Okay.
19      BY MR. KING:  I'm satisfied with that.
20 I'm not trying to get around any privilege.  I'm
21 really not trying to be difficult.
22      BY MR. PETTAWAY:  All right.
23 Q    (continued by Mr. King)  If you'll look

Page 146

1  near the bottom, there's something that's
2  underlined.  Did you underline that or was that
3  something that was done after you mailed it?
4  A    That's something I done.
5  Q    Okay.  Why did you do that?
6  A    Because I figured I wanted to stress that
7  I wanted to be confidential.  I did not want it
8  to get back to Mansfield -- I mean, back to
9  Johnny, because I didn't want him to try to fire
10 me right on the spot.  So I figured I would
11 stress it out.
12 Q    All right.  And can you tell me what --
13 when you say, "I trust that this is strictly
14 confidential," what did you mean?
15 A    Like I just said, I trust that it is.  I
16 mean, I just wanted -- I mean, when I said that,
17 I just wanted to stress that I didn't want it to
18 get back to Johnny, because I did not want to
19 get fired.
20 Q    All right.  Well, maybe another way is,
21 what did you expect the person who got this
22 letter to do?
23 A    Take into consideration -- I mean,

Page 147

1  investigate about -- to see if this was really
2  going on, and without letting him know that it
3  was like I sent the letter in or anything like
4  that.
5  Q    Okay.  So that's --
6  A    Like bringing my name into it.
7  Q    That's what you meant by "confidential?"
8  A    Yes, sir.
9  Q    Okay.  So you wanted something done about
10 it, but you just didn't want people to know that
11 you had sent the letter in?
12 A    Yes, sir.
13 Q    Got you.  Okay.  It says that you were
14 promised benefits after ninety days.
15 A    Yes, sir.
16 Q    Which is -- I don't remember you saying
17 anything about that in your previous testimony.
18 Who promised you benefits?
19 A    Johnny did.  Johnny said I would get my
20 raise after ninety days and my benefits, too.
21 Q    Johnny Crutchfield?
22 A    Yes, sir.
23 Q    All right.  Did -- do you know -- did

Page 148

1  you -- let me start over.  What did benefits
2  mean to you?
3  A    Like having Blue Cross -- medical,
4  dental, something like that.
5  Q    And were you going to have to pay for it
6  or was the company going to pay for it?
7  A    It was coming out of my paycheck.
8  Q    All right.  And was that made available
9  to you, that if you wanted to get insurance you
10 could?
11 A    No, sir.
12 Q    Never was?
13 A    No, sir.
14 Q    All right.
15
16 REPORTER'S NOTE:  (At this point, instrument was
17 marked for identification by the Reporter as
18 Defendant's Exhibit Number 13, after which, the
19 deposition continued, as follows:)
20
21 Q    (continued by Mr. King)  All right.  Let
22 me show you Exhibit 13.  Have you ever seen that
23 document before?

37 (Pages 145 to 148)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 149

1   A     No, sir.
2   Q     All right. After you sent the letter in
3   that was Exhibit 12 complaining about comments
4   and about your own -- the benefits and your
5   pay --
6   A     Yes, sir.
7   Q     -- did Mr. Crutchfield ever say anything
8   at all that made you believe he knew that you
9   had sent the letter in?
10  A     No, sir.
11  Q     What about Mr. Reed?
12  A     No, sir. Well, Reed had came around and
13  said that -- and made a comment that Johnny
14  knows about you all having a lawsuit or
15  whatever, but Johnny himself ain't never came
16  and talked to me about it, or even made a
17  comment about it.
18  Q     Okay. Reed made that comment to you or
19  to folks that just happened to be around?
20  A     Just to me.
21  Q     Just to you?
22  A     Yes, sir.
23  Q     All right. When did he make that

Page 150

1   comment?
2   A     Oh, probably two months before I got
3   fired.
4   Q     So before you sent that letter?
5   A     Yes, sir.
6   Q     Okay. Do you know -- had there been talk
7   in the workplace by you or by some of the other
8   people in this lawsuit about going to see a
9   lawyer?
10  A     I have no idea.
11  Q     Okay. Once you sent the letter, did Mr.
12  Reed or Mr. Crutchfield, after you sent that
13  letter to Mansfield, ever say anything that made
14  you believe that they knew you had sent the
15  letter?
16  A     No, sir.
17  Q     And Mr. Crutchfield, his position is that
18  at the time you were let go, he had no idea
19  about the letter. Do you have any reason to
20  disbelieve that statement?
21  A     No, sir.
22        BY MR. PETTAWAY: Object to the form of
23  that question. It calls for speculation.

Page 151

1   REPORTER'S NOTE: (At this point, instrument was
2   marked for identification by the Reporter as
3   Defendant's Exhibit Number 14, after which, the
4   deposition continued, as follows:)
5
6   Q     (continued by Mr. King) All right. Let
7   me show you -- let me show you Exhibit 14. Have
8   you seen that document before?
9   A     Yes, sir.
10  Q     All right. And it is not signed, but do
11  you -- have you ever signed this document
12  before?
13  A     Yes, sir.
14  Q     You have?
15  A     Yes, sir.
16  Q     All right.
17        BY MR. KING: Do we have a signed copy of
18  it?
19  Q     (continued by Mr. King) This is what we
20  got from the EEOC. Your memory is that you
21  actually signed this?
22  A     Yes, sir.
23  Q     All right. Did you write this out or did

Page 152

1   somebody write it out after talking with you?
2   A     I think someone wrote this up after
3   talking to me.
4   Q     Do you know who?
5   A     No, sir.
6   Q     Do you know when?
7   A     No, sir.
8   Q     Well, did you talk with someone at the
9   EEOC?
10  A     Yes, sir.
11  Q     Do you remember who?
12  A     It was a group of them that came down
13  here.
14  Q     And where were you when you talked to
15  them?
16  A     Here.
17  Q     At this law firm?
18  A     Yes, sir.
19  Q     Was that before or after you were let go?
20  A     Before.
21  Q     All right. Let's just go through this.
22  If you would, grab it. The bottom sentence in
23  the first paragraph says, "I did not receive a

38 (Pages 149 to 152)

c6818c33-016d-4086-a498-8ec174b70651

Page 153

1   raise until around November 2003, after the
2   company found out that I was talking to a
3   lawyer."
4   A    Where?
5   Q    Do you see that last sentence in the
6   first paragraph? Go back up to the top, first
7   paragraph.
8   A    Last sentence?
9   Q    Yeah.
10  A    Yes, sir.
11  Q    All right. How did you know that the
12  company had found out that you were talking to a
13  lawyer?
14  A    That's what I'm saying, when Johnny came
15  up to me and talked to me about it, that's what
16  I figured.
17  Q    All right. In your mind, did you get the
18  raise because you deserved it or you got the
19  raise because they found out you were talking to
20  a lawyer, or both?
21  A    Probably both.
22  Q    Okay; all right. Look at the next
23  paragraph. "On one occasion, I was riding

Page 154

1   around in the plant with Reed, and he asked me
2   if I thought he was a racist."
3   A    Yes, sir.
4   Q    Do you remember when that conversation
5   took place?
6   A    No, sir.
7   Q    Do you remember your response to that
8   question when he asked you that?
9   A    Yes, sir. I mean, I told him I didn't
10  think so, because -- I mean, it was Johnny Reed.
11  Johnny Reed, to me, he ain't never tried to
12  spurt it out in front of anybody; he ain't never
13  tried to put it towards anybody, and he really
14  ain't tried to say the comments towards me. If
15  he talked about Yogi or somebody, he actually
16  talked about them as a person. So to me, I told
17  him, "No."
18  Q    Okay. And is that still your belief
19  today?
20  A    Yes, sir.
21  Q    All right. So you don't believe that Mr.
22  Reed is a racist?
23  A    Yes, sir.

Page 155

1   Q    All right. What about Mr. Crutchfield?
2   A    Yes, sir, I do believe he is a racist.
3   Q    And Mr. Kimberlin?
4   A    Yes, sir.
5   Q    All right. Then the next sentence says,
6   Reed told me that Ervin Tarver and other black
7   employees were getting a lawyer."
8   A    Yes, sir.
9   Q    Is that the conversation that you were
10  talking about where --
11  A    Yes, sir.
12  Q    All right. Did he -- there's no mention
13  in there that -- about you being involved with
14  that.
15  A    Yes, sir. He didn't -- I mean, but I
16  figured since he already knew about them getting
17  one, I figured it probably involved me, too.
18  Q    Did he ever say anything about --
19  A    Pointing towards --
20  Q    -- "Jack, I know that you've been meeting
21  with the lawyers?"
22  A    No, sir.
23  Q    All right. And did Mr. Crutchfield

Page 156

1   before you were let go?
2   A    No, sir.
3   Q    Did you tell either one of them that you
4   had been meeting with the lawyers?
5   A    No, sir.
6   Q    All right. Did you ever hear anything in
7   response to the letter that you sent to the
8   company complaining? Did anybody ever get in
9   touch with you?
10  A    They -- all I got, really, was a
11  packet -- I mean, no, sir. No, sir, not from
12  that.
13  Q    No one ever called you to follow up or
14  say thanks for the letter?
15  A    No, sir.
16  Q    Nothing at all?
17  A    No, sir.
18  Q    Okay. Look at the bottom of the first
19  page. It says, "Around April 2003, I never
20  showed up when it was raining" --
21  A    Yes, sir.
22  Q    -- "and the supervisor never said
23  anything to me."

39 (Pages 153 to 156)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 157

1   A    Yes, sir.
2   Q    Is that true?
3   A    Yes, sir.
4   Q    Did that ever change?
5   A    No, sir.
6   Q    So from April until the end of your
7   employment, you never showed up when it was
8   raining?
9   A    Yes, sir.
10   Q    I'm correct?
11   A    Yes, sir.
12   Q    Okay.  Look at the next paragraph.  It
13   says, "If I showed up" -- this is the third line
14   -- it's talking about the show up pay -- "the
15   company would pay us two hours show up time on
16   days that it rained and we could not work.  If I
17   showed up for work with the black employees who
18   rode with me, I would not be paid show up time."
19   A    Yes, sir.
20   Q    Is that a true statement?
21   A    Yes, sir.
22   Q    How many times did that happen where
23   you --

Page 158

1   A    I mean, this is the way I felt, because
2   after Johnny made that comment about me -- I
3   could work if I didn't have them with me, that's
4   the reason why I made that comment.
5   Q    All right.  Did it ever actually happen?
6   A    No, sir.  I mean, it -- to me, I mean,
7   like that day when I showed up with them, I
8   couldn't work.  But I ain't never come out there
9   by myself to find out if it was going to happen
10   or not.
11   Q    All right.  I got you.  Look in the same
12   paragraph where you're talking about Robert and
13   some of the comments he made.  The next to the
14   last line, it says, "I never reported it to
15   anyone else."  What does that mean?
16   A    I mean, I didn't report it to GE or
17   anything.
18   Q    Did you report it to anybody, other than
19   the letter?
20   A    Well, I talked to Johnny about it, and he
21   never did anything about it.
22   Q    All right.  Look at the next paragraph,
23   it says, "Ace was a full-time painter."

Page 159

1   A    Yes, sir.
2   Q    Do you know that person's real name?
3   A    No, sir.
4   Q    Or that may be his real name.
5   A    No, sir.  That's all I knew him by was
6   Ace.
7   Q    All right.  And then it says, "In July
8   2003, Robert cursed Reed."  Is that the same
9   Robert that made the comments -- the racial
10   comments?
11   A    Yes, sir.
12   Q    And that's Robert Kimberlin, we think.
13   A    Yes, sir.
14   Q    All right.  Tell me what you recall
15   about -- as specific as you can -- about Robert
16   Kimberlin using profanity directed at Johnny
17   Reed.
18   A    Okay.  They were -- it was -- Robert had
19   told him that he needed to take the tarps down,
20   because like we were working on two tanks and we
21   had tarps all the way around and it was hot.
22   Robert was telling him that he needed to take
23   down at least two sides, and Johnny was arguing

Page 160

1   with him that Johnny Crutchfield didn't want us
2   to do that; that he needed to get back up there
3   and work.  Anyway, they got into it, and I think
4   he had been drinking that day, and they started
5   cussing each other and got into it.  I mean,
6   they got -- I don't know what all they were
7   arguing about, but they were cussing each other.
8   They were acting like they were wanting to
9   fight.  And then Johnny had told him, then,
10   "Well, if you don't like it, go over there and
11   talk to Johnny about it, Johnny Crutchfield
12   about it."  So he went over there and talked to
13   him, and basically they just sent him on the
14   other side of the plant.
15   Q    All right.  What did Robert say to Johnny
16   Reed?
17   A    He was talking about that he was a stupid
18   mother-fucker and that he needed take his ass
19   home and get the fuck out of his face.  I
20   mean --
21   Q    That's what Robert said to Johnny Reed?
22   A    Yes, sir.
23   Q    All right.  What did Johnny Reed say back

40 (Pages 157 to 160)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 161

1  to Robert?
2  A    I mean, he was just — Johnny was
3  cussing, but he was just trying to get him to go
4  to Johnny Crutchfield; to leave him alone and go
5  directly to him and don't be coming to him about
6  it.
7  Q    All right.  And then the next line says
8  that you saw Patrick Lewis curse a Supervisor
9  Reed, and they fired him.
10 A    Yeah.
11 Q    Tell me what you saw happen between
12 Patrick Lewis and Johnny Reed.
13 A    I don't remember what they had got into
14 it about, but he was sitting over there and they
15 were arguing like that, and Patrick had cussed
16 him like Robert did.  He told him the same --
17 well, Johnny and had went and talked to
18 Crutchfield about it, and the next thing I know,
19 Patrick was heading out the gate, and Patrick
20 had -- well, as he was getting his stuff, we
21 asked him what was going on, and he said, "Well,
22 because I cussed him, they're firing me because
23 of it."  He said, "This is some real stupid ass

Page 162

1  shit, because Robert can go around here and cuss
2  everybody around here, but it don't matter.  But
3  I say it one damn time and I get fired."
4  Q    Do you remember what Patrick said to
5  Johnny Reed that day?
6  A    No, sir.
7  Q    Do you remember any of the specific --
8  A    I just knew they were arguing, and I
9  heard them cussing and just calling him a stupid
10 bitch and stuff like that.
11 Q    That's Patrick calling Johnny Reed that?
12 A    Yeah.
13 Q    Did he ever refer to him as a
14 mother-fucker and what he was going to do to
15 him?
16 A    Yeah, like mother-fucker, but, I mean, he
17 ain't never like threatened him like he was
18 going to hurt him or anything.  He was just -- I
19 mean, they were cussing and calling -- they were
20 arguing over something.  I don't know what they
21 were arguing over.
22 Q    Did you think that what happened between
23 Patrick and Johnny Reed was worse than what had

Page 163

1  happened between Johnny Reed and Robert?
2  A    No.  I think Robert and Johnny Reed was
3  worse than Patrick and Johnny Reed.
4  Q    Did you -- did you see, from start to
5  finish, what happened between Patrick Lewis and
6  Johnny Reed?
7  A    I seen them over there arguing.  I heard
8  cussing and stuff, and then I seen Patrick go to
9  the office.  Then I seen Patrick come back out,
10 because we was all sitting underneath the pole
11 barn when it happened.
12 Q    Did you see Patrick following Johnny Reed
13 when he was walking over to Johnny Crutchfield's
14 office?
15 A    Johnny Reed had went behind him.  I guess
16 like to talk to him, too.  After they got in the
17 office, I don't know what was said.
18 Q    And you don't know anything about what
19 started the argument?
20 A    No, sir.
21 Q    All right.  Look at the third page.  At
22 very top, it says, "Earl quit after cursing and
23 telling the supervisor to kiss my white ass and

Page 164

1  walked off."
2  A    Yes, sir.
3  Q    Do you remember Earl's last name?
4  A    I don't remember it.
5  Q    Who was the supervisor?
6  A    Johnny Reed.
7  Q    Okay.  The next paragraph, "Crutchfield
8  would be waiting at the gate for Ralo Colvon to
9  be late so he could say something to him."
10 A    That's what I was telling you about when
11 he came in late.
12 Q    Did that happen one time, as far as you
13 know, when Crutchfield was waiting on him?
14 A    No, sir.  I seen it like two times.
15 Q    Two?
16 A    Yes, sir.
17 Q    All right.  Did you ever see Crutchfield
18 waiting at the gate for someone else who was
19 late, white or black?
20 A    No, sir.
21 Q    And how did you know that he was waiting
22 there for Crutchfield (sic) rather than there
23 for some other reason?

41 (Pages 161 to 164)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 165

1   A    I mean, I really don't know if he was
2   waiting for him specifically.  But I mean like I
3   told you earlier, when I walked through the gate
4   that day, I was like two hours late.  And then
5   probably five -- and he didn't say nothing to
6   me.  And then five minutes later, he walks
7   through and sends him home.
8   Q    Did you have any reason or excuse for
9   being late that day?
10  A    I told him -- I mean, I told him I over
11  slept.
12  Q    All right.  Then the next thing says, "If
13  a white employee was late, nothing was said to
14  them."  You don't know that, do you?  I mean,
15  you don't really know what happened with every
16  white employee, do you?
17  A    Huh?
18  Q    You don't know what happened with every
19  white employee at the company, do you?
20  A    I don't know what happened with every
21  white employee, no.
22  Q    You know about yourself.
23  A    And I know what I've seen.

Page 166

1   Q    Okay.  So as far as you know, no white
2   employee have ever been verbally talked to
3   about being late?
4   A    As far as I know, no, sir.
5   Q    Okay; all right.  Then it says that you
6   took time off and never called in; that you were
7   off for a week without calling in and nothing
8   happened.  Is it your testimony that the company
9   should have fired you for that?
10  A    Yes, sir.  I mean, since me not calling
11  in or anything -- I mean, I told Johnny that I
12  had third degree burns on my shoulders and I
13  couldn't wear a harness, and he told me -- I
14  asked him could I have something on the ground.
15  Johnny told me no.  So I told him, "All right.
16  I'll show back up when my third degree burns are
17  healed up, then."  I didn't call in or do
18  nothing after that.  And then when I showed back
19  up, everyone was coming to me talking about that
20  he was going to say something to me, but he
21  ain't never come around to say anything to me.
22  Q    All right.  So the week that you were
23  off, you told Johnny Crutchfield before you took

Page 167

1   off --
2   A    Yeah.
3   Q    -- that you had burns on your shoulders
4   that kept you from wearing a harness?
5   A    Yes, sir.
6   Q    So he knew that?
7   A    Yes, sir.
8   Q    All right.  And the third degree burns,
9   was that something unrelated to your work?
10  A    No, sir.  It wasn't work-related.  It
11  didn't happen there, no, sir.  It happened when
12  I was doing a second job pressure washing out in
13  the sun.
14  Q    All right.  So the part about you were
15  off for a week without calling in, that's not
16  right.  You had called in to tell --
17  A    No.  I told Johnny that day when I left.
18  I had went to his office and I had talked to him
19  about giving me a ground job.
20  Q    Right.  And he said he didn't have one.
21  A    Yeah.  And I told him, "Well, I will show
22  back up after my burns are gone."
23  Q    Yeah.  So it's not like you just didn't

Page 168

1   show up, period, without --
2   A    I mean, other than that, I didn't ever
3   call in.  So -- I mean, I stayed out a whole
4   week.  I mean, it could have healed up in like
5   in two days and everything.
6   Q    Well, did it?
7   A    No, sir.  It took about like four or five
8   days before it healed up.
9   Q    But you came back as quick as you could?
10  A    Yes, sir.
11  Q    Okay.  Then it says, "December 2003, I
12  was fired because I failed to show up on a
13  Friday."  And look at that next sentence after
14  that.  Actually, the next four sentences where
15  it says, "Mansfield paid us weekly," all the way
16  to where it stops -- where it says, "Because I
17  didn't come to work that Friday."  If you would,
18  read those and tell me what that means.
19  A    On where?
20  Q    This part right here (indicating).  See
21  where it says, "I was fired.  I failed to show
22  up on a Friday?"
23  A    Okay.

42  (Pages 165 to 168)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

Page 169

1  Q    Just read the rest of that paragraph. I
2  didn't understand the part about where you said,
3  "I had no paycheck and there was a note in my
4  check about it was mandatory to work that
5  Friday." I just didn't understand all that. I
6  want you to explain it to me.
7  A    Okay. See, that week I stayed out --
8  that happened the next week after that.
9  Anyways, after I missed that week, it had rained
10 that Thursday, and we worked four tens.
11 Anyways, that Thursday it was raining. So I
12 didn't show up. I mean, usually on Thursdays, I
13 usually go up there and get my paycheck anyways,
14 but I knew I wasn't getting no paycheck. So
15 there was no reason for me to come up there. So
16 I didn't show up. Anyways, I thought we had the
17 weekend off, because every now and then, he
18 would switch it over. We would have to work
19 Friday and make up for it, and sometimes he
20 wouldn't. So I figured we had it off. And
21 Monday when I came in, I had came in and he
22 asked me why didn't I show up Thursday. I said,
23 "Because it was raining." And he said,

---

Page 170

1  "Well" -- no, he asked me why I didn't show up
2  Friday. I said, "Well, I didn't know I had to
3  work Friday." And he said, "Well, you had a
4  pink slip in everyone's check saying it was
5  mandatory to work Friday." I said, "Well, I
6  ain't talked to Yogi or none of them. And plus,
7  I didn't get a paycheck, so I wouldn't know if
8  you put one in there or not." And he said,
9  "Well, that don't matter. You need to walk to
10 the gate. You're fired."
11 Q    And that was Crutchfield?
12 A    Yes, sir.
13 Q    Was there anything else that was said
14 during that conversation?
15 A    No, sir.
16 Q    Okay. Did you talk about the fact that
17 you had been fired with anybody, other than
18 Crutchfield, before you left the job site?
19 A    Before I left? No, sir.
20 Q    Like had the other guys ridden with you
21 to work that day?
22 A    Yes, sir, they rode to work with that
23 day, but they had to get a ride from Ralo on the

---

Page 171

1  way back.
2  Q    I mean, did you go by and tell them?
3  A    Yes, sir. I mean, I went by and told
4  them. I said, "I'm leaving. I was fired." I
5  mean, yeah.
6  Q    All right.
7  A    I mean, I couldn't just let them know --
8  I mean, I had to let them know so they could
9  find a ride home.
10 Q    And do you believe that the fact that you
11 had sent that letter in to the company had
12 anything to do with you being fired?
13 A    Not just the company. I figured since he
14 probably found out I had a lawsuit against him,
15 period, that he went ahead and fired me because
16 of that.
17 Q    And that's Mr. Crutchfield?
18 A    Yes, sir.
19 Q    All right; okay. And again, you were
20 fired on the Monday --
21 A    Yes, sir.
22 Q    -- after the Friday he said you were
23 supposed to be at work?

---

Page 172

1  A    Yeah.
2  Q    All right. And there was nobody else
3  involved in you being told you were let go,
4  other than Mr. Crutchfield?
5  A    Yeah.
6  Q    Is that correct?
7  A    Yes, sir.
8        BY MR. PETTAWAY: He answered it.
9  Q    (continued by Mr. King) My question
10 wasn't phrased the right way.
11 A    Yes, sir.
12 Q    I wanted to make sure it was clear. All
13 right. Look at the last paragraph about the
14 caustic acid.
15 A    Yes, sir.
16 Q    What does that mean?
17 A    Caustic acid is -- they use it to melt
18 the plastic, keep it melted down. A lot of
19 times where they have it contained at, it builds
20 up like in chunks, white chunks around it. So
21 like if liquid or something hits it, it goes
22 with the liquid. I mean, it's like salt and
23 salt water -- I mean, water hitting salt. It's

---

43 (Pages 169 to 172)

c6818c33-016d-4086-a498-8ec174b70651

Page 173

1  going to melt.  Anyways, one day we were
2  pressure washing, and what we were pressure
3  washing had a lot of caustic acid around.  And I
4  had got a drop that hit me here (indicating) and
5  it came down my face.  Anyways, me pressure
6  washing, I thought it was just water.  So all of
7  a sudden, it started burning real bad.  I went
8  to the bathroom, and when I went to rinse it --
9  when I went to touch it, it was like real oily.
10 So I knew I had gotten into something.  I went
11 to Johnny Reed and I had told him, I said, "I
12 think -- I don't know if I got into the acid or
13 whatever it was."  He just told me, "Every
14 thirty minutes, just rinse it off," and he goes,
15 "You'll be fine."  Now, see, but when Bill and
16 Ben had got into acid themselves, he made
17 them -- I mean, Bill got burned.  I don't know
18 how bad he got burned, and I don't know how bad
19 Ben had got burned, but they had sent them to
20 the emergency room -- or the medics, the EMT,
21 and gave them a drug test and had -- I mean,
22 they went through everything with all the --
23 Q     Was their exposure to the acid worse than

Page 174

1  yours?
2  A     I have no -- I mean, when they told me
3  about it, I mean, I don't know if it was or not.
4  I don't know how bad, because --
5  Q     I mean, you know whether they got it all
6  over them or not, don't you?
7  A     I mean, it was like they sat in it or
8  something like that.  I mean, I really don't --
9  Q     Yours was just a drip?
10 A     Yeah, it hit me right here and it came
11 across (indicating).
12 Q     Did you ever -- did you go see a doctor
13 for it --
14 A     No, sir.
15 Q     -- for yours?
16 A     No, sir, because, I mean, after that day,
17 after I got finished rinsing it off, it was
18 fine.
19 Q     It was fine?
20 A     Yes, sir.
21 Q     So you didn't need to go see a doctor?
22 A     Yes, sir.
23 Q     All right.  Do you know, did Mr. Ragland

Page 175

1  have to go see a doctor about his?
2  A     Yes, sir.
3  Q     Okay; all right.  Then it says -- the
4  next to the last sentence says that you did get
5  a raise to $9.00 per hour after complaining to
6  Mansfield about the racism.  That's not correct,
7  is it?
8  A     Not about the racism.  I mean, but -- I
9  mean, that's the way I felt, that -- because I
10 complained to him, but he still didn't give me
11 my raise.  But I really feel like I got my raise
12 after I got the lawyer and stuff.
13 Q     Okay; all right.  But Mr. Crutchfield and
14 Mr. Reed, as far as you know, they never knew
15 that you, Jack Richardson, were consulting with
16 a lawyer, did they?
17       BY MR. PETTAWAY:  I'm going to object to
18 the form of that question.  It calls for
19 speculation on his part.
20       BY MR. KING:  That's a good objection.
21 Q     (continued by Mr. King)  Did Mr. Reed
22 ever say anything to you that caused you to
23 believe he knew that you, Jack Richardson, had

Page 176

1  consulted with a lawyer about a possible
2  lawsuit?
3  A     No, sir.
4  Q     Did Mr. Crutchfield --
5  A     No, sir.
6  Q     -- ever say anything to you that made you
7  believe that he knew that you, Jack Richardson,
8  had consulted with a lawyer?
9  A     No, sir.
10 Q     Okay.  Did anybody ever say anything to
11 you, Jack, that made you believe you had been
12 fired because of this letter you sent to the
13 company and because you had talked to a lawyer?
14 A     No, sir.
15 Q     All right.  After you were fired, how
16 long were you out of work before you got another
17 job?
18 A     About three or four months.
19 Q     All right.  Tell me what you did to try
20 to get a job during that time.
21 A     I tried to get unemployment.  They denied
22 my unemployment.  I was cutting grass on the
23 side trying to make a little bit of money.  I

44 (Pages 173 to 176)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 177

1    did a little paint work here and there for my
2    landlord. I mean, I was staying with my sister.
3    It was her landlord. And then my mom was
4    helping me out at the time, whatever she could,
5    and my sister was, too.
6    Q    All right. Did you -- did you have to
7    move from one place and move in with your sister
8    because you lost your job?
9    A    Yes, sir.
10   Q    Where were you living at the time that
11   you lost your job?
12   A    I was staying in an apartment over here
13   in East Selma at the time.
14   Q    What's the name of the apartment complex?
15   A    It wasn't a complex. It's a house on Old
16   Gregory Street, 11 1/2 Gregory Street?
17   Q    11 1/2 Gregory Street?
18   A    Yes, sir.
19   Q    Did you rent that house?
20   A    It was like a friend of mine, her --
21   she's got like a big house, and it's kind of
22   like divided in two, and she had no one staying
23   with her, so I was rooming with her, and then

Page 178

1    after I lost my job, I couldn't pay her, so she
2    ended up kicking me out.
3    Q    Okay. And then you moved in with your
4    sister?
5    A    Yes, sir.
6    Q    All right. Did you try to get a job with
7    Winn-Dixie or any of the folks you worked with
8    before?
9    A    I ended up getting -- I evidently got a
10   job back at Winn-Dixie. But during that time, I
11   tried to, but they just said they weren't doing
12   no hiring at the time.
13   Q    Okay. Did you have -- other than having
14   to move from one place to another, did you have
15   any sort of financial difficulty during the
16   period that you were out of work?
17   A    I mean, my car breaking down. I couldn't
18   afford to pay to get it fixed, so it sat up for
19   a while. And then after I eventually got a
20   chance to get the money to fix it, it was -- it
21   was beyond repair, because it set up for so
22   long. I mean, it was like an old car anyway.
23   The brakes was going out on it. It was rusted

Page 179

1    out. And then like the calipers -- I think
2    that's what it was -- the calipers or -- it's
3    something in the -- where the wheel is went bad
4    for the brakes. So, like, you ended up having
5    to pump it to get it stopped. So I ended up
6    trying to get a new car. So I went about like
7    another six months without a car after all that.
8    Q    All right. Tell me where all you applied
9    for jobs during that three or four months you
10   were out of work.
11   A    I tried Food World; I tried Winn-Dixie; I
12   tried Fred's; I tried --
13   Q    Which Fred's? Where in Selma is it
14   located, which one?
15   A    It's right next to the Winn-Dixie on
16   Highland. It's on Highland.
17   Q    Okay.
18   A    I tried KFC; I tried Hardee's; I tried
19   Pizza Hut; I tried working at Traveler's Inn; I
20   tried Cebco, which is an agency that -- a temp
21   agency.
22   Q    Okay.
23   A    At the time, they didn't have no

Page 180

1    openings.
2    Q    All right.
3    A    I went out trying to get a job in
4    Prattville with a friend of mine, and I couldn't
5    even get that. He was going to drive me back
6    and forth to work.
7    Q    Have you tried to sit down and figure out
8    how much money you figure you've lost in
9    earnings since you were let go by Mansfield?
10   A    You mean like back pay?
11   Q    Uh-huh.
12   A    Probably around $30,000.00.
13   Q    Okay. Have you sat down and tried to
14   figure that out yourself, or is that just a
15   guess?
16   A    Yes, sir. I mean, one day I actually did
17   sit down, and that's been like probably like the
18   year before last or whatever. But since then, I
19   ain't tried to sit down and -- the last I
20   calculated, it was about $30,000.00.
21   Q    Were you glad that you were let go from
22   Mansfield, or did you want to stay there?
23   A    Actually, I wanted to stay there, because

45 (Pages 177 to 180)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 181

1  I was making more money. I mean, I got
2  uncomfortable with what I had to do, but, I
3  mean, a lot of people get uncomfortable with
4  where they work at.
5  Q     It says in your -- the answers we got
6  from your lawyer that when you worked at
7  Winn-Dixie, that you were up to making $8.05 an
8  hour, and then you quit. Why did you quit?
9  A     Because I got a roofing job making $20.00
10 an hour.
11 Q     All right. And how long did that last?
12 A     That lasted for about four months.
13 Q     All right.
14 A     And then I got the job at Calhoun being a
15 stock manager.
16 Q     Who was the roofing company?
17 A     MidSouth Roofing.
18 Q     Is that here in Selma?
19 A     Yes, sir.
20 Q     And were you a regular employee,
21 full-time employee?
22 A     Yes, sir.
23 Q     All right.

Page 182

1  A     Well, it wasn't based on like your hours.
2  It was based on how many -- really on how many
3  squares you put up per day.
4  Q     All right. Where did that $20.00 an hour
5  figure come from?
6  A     I mean, basically, that's what I would be
7  making, because I was putting up like probably
8  anywhere from thirty to forty squares a day.
9  Q     All right. And you made -- did you make,
10 if my math's correct at $20.00 an hour,
11 basically $800.00 a week at the time you worked
12 there?
13 A     Yes, sir.
14 Q     Did you get any overtime?
15 A     I mean, yeah, I worked from sunup to
16 sundown. That's what I'm saying.
17 Q     So they paid you by the hour?
18 A     No, sir.
19 Q     Okay; all right. And then why did you
20 quit working at that job?
21 A     Because I got a job at Calhoun.
22 Q     That's what I'm saying, why would you go
23 from that kind of money to making $6.25 an hour?

Page 183

1  A     Because it was more easier and I was out
2  of the heat and I was in the cool.
3  Q     A roofing job around here this time of
4  year is pretty tough.
5  A     And then plus, he was getting slim on
6  work, too, though. I mean, we got to the point
7  where we weren't doing roofing really then. It
8  was like doing inside little odd jobs.
9  Q     Okay. And one thing we asked was to name
10 all the folks who had information about your --
11 your claims in the lawsuit. There's somebody
12 named Steve and his last name is unknown. Who
13 is that?
14 A     He was going to be in the lawsuit with
15 us, but he just changed his mind. Or he was
16 going to be a witness to it, too, but we ain't
17 seen him or heard from him in a while. So I
18 don't know. I know who he is, but I don't know
19 his last name.
20 Q     How often do you stay in touch with the
21 other folks who are in this lawsuit with you?
22 A     Just about every other weekend. Maybe
23 they come through Calhoun and we'll talk. I

Page 184

1  come to their house and talk with them; sit down
2  with them. Like probably every other day or --
3  if not every other day, it would probably be
4  about once or twice a week.
5  Q     Are you still good friends with all those
6  guys?
7  A     Yes, sir.
8  Q     Do you guys do, you know, stuff together
9  outside of work on weekends, things like that?
10 A     Yes, sir.
11 Q     Okay. Jeff Smitherman, you told me about
12 him. Ben Gayle, he's African-American, right?
13 A     Yes, sir.
14 Q     And what about Gary Gordon, who is he?
15 A     Gary?
16 Q     That's the name that's listed in here. I
17 don't recognize that one.
18 A     Gary Gordon. I really don't know.
19 Q     Okay. And there's somebody named Earl
20 Sow, S-O-W.
21 A     Yeah, that was Earl, the white dude, his
22 last name is Sow.
23 Q     That said, "Kiss my ass?"

46  (Pages 181 to 184)

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO
c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

Page 185

1    A    Yeah, that's him.
2    Q    All right. I asked -- we asked you what
3    kind of treatment that you've had for medical or
4    psychological, psychiatric, and it says that
5    you've had no medications or treatment, other
6    than over-the-counter medicine. What kind of
7    over-the-counter medicine have you had to take,
8    because you were fired?
9    A    I mean, it's just being -- like being
10   sick or whatever. I mean, from being depressed
11   or whatever. When you get depressed, like when
12   you're out in the weather and everything, you
13   get sick real easy. So it was basically just
14   treating colds or something like that, because I
15   stay -- I stayed -- like right after it
16   happened, I stayed sick with a cold for like
17   three weeks.
18   Q    You don't -- I mean, you're not blaming
19   Mansfield for having a cold, are you?
20   A    No, sir.
21   Q    Okay. Have you suffered any kind of
22   emotional distress or mental anguish because you
23   were let go?

---

Page 186

1    A    No, sir.
2    Q    All right. Other than the roofing job,
3    have you had any jobs, part-time or full-time,
4    since you were let go where you were making more
5    money than you think you would have been making
6    at Mansfield?
7    A    No, sir.
8    Q    The roofing job you did make -- that was
9    better, though?
10   A    Yeah.
11   Q    Okay. The $30,000.00 that you came up
12   with, did you actually sit down and scribble
13   something out, or is that just --
14   A    No. I added it up being $9.00 an hour,
15   working four tens, and then probably a month's
16   worth of overtime for the shutdown. What else
17   did I add in there? And I added up for how many
18   years -- I mean, for them days.
19
20   REPORTER'S NOTE: (At this point, instrument was
21   marked for identification by the Reporter as
22   Defendant's Exhibit Number 15, after which, the
23   deposition continued, as follows:)

---

Page 187

1    Q    (continued by Mr. King) Let me show you
2    this. This is your Request for Production of
3    Documents, and I just noticed something I should
4    have noticed before. This is going to be
5    Exhibit Number 15. And I'm going to turn
6    towards the back. That's something that we got
7    from your lawyers, Jack. All right. This was
8    done on looks like April 20th of 2005. Is that
9    the date that you filed -- well, this is an
10   amended charge, correct?
11   A    Yes, sir.
12   Q    All right. Do you recall why -- what led
13   to you signing this affidavit for the EEOC in
14   April of 2005?
15   A    Because I felt like I was -- I mean, I've
16   seen stuff that was going on and I felt like
17   that I needed to say something, and I felt like
18   I was being discriminated on myself for the
19   things that -- for the people I was hanging
20   with.
21   Q    And this affidavit, I can see that some
22   of it is very similar to Exhibit 14.
23   A    Yes, sir.

---

Page 188

1    Q    If you would grab that one. This is the
2    one that I showed you a minute ago?
3    A    Yes, sir.
4    Q    Do you remember, did you meet with
5    somebody from the EEOC and basically reword
6    Exhibit 14, re-write it? Because I can see some
7    things are similar and some are different.
8    A    See, this was from Prince's thing, and
9    then the EEOC came down and questioned me
10   themselves. So this is what the EEOC got from
11   me.
12   Q    Okay. Exhibit 15?
13   A    They're two different -- there was
14   questioning two different times.
15   Q    All right. So the one that was Exhibit
16   14 is -- you think this was done during the early
17   stages when --
18   A    It was done during the early stages.
19   Q    Okay.
20   A    And this was done when the EEOC came
21   down.
22   Q    All right. The one that's Exhibit 14, do
23   you know who wrote that?

---

47 (Pages 185 to 188)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 189

1    A    This one?
2    Q    Yes. Because when I saw it on the EEOC
3    paper, I assumed they wrote it, but you
4    mentioned Mr. Chestnut. If somebody else wrote
5    it --
6    A    No. It probably was them. It's just --
7    I mean, like I say, I really don't know what's
8    going on with that.
9    Q    Okay.
10   A    But --
11   Q    14?
12   A    Yeah.
13   Q    That's all right.
14   A    I mean, this could be like -- like what
15   they took from me the day they were here, and
16   that's what they came up with for a short
17   version of it.
18   Q    Grab that last one, Jack. Go back to
19   that affidavit. Look on the second page. Do
20   you see where -- is that your handwriting where
21   it says, "Did not allow?"
22   A    Yes, sir.
23   Q    All right.

Page 190

1    A    I put my initials underneath it.
2    Q    Yeah. The first one says that you were
3    allowed to go to the doctor. This one says --
4    you changed it to, "Did not allow." Which one
5    is it?
6    A    Did not allow. I mean, really, they
7    didn't send me to a doctor or anything.
8    Q    All right. Did you need to go to one?
9    A    No, I didn't need to go to one, but, I
10   mean, it could have been anything. I mean, they
11   should have sent me to the infirmary on the
12   thing, period. They didn't even send me to
13   that.
14   Q    Did you ask anybody for permission to go
15   to a doctor?
16   A    Yes, sir, and he -- I mean, he just told
17   me it would be all right; told me to get back to
18   work.
19   Q    And was he right about that, that it
20   ended up being okay?
21   A    Yeah, he's right, but I'm just saying it
22   could have been -- I mean, I could have got an
23   infection off of it just because he wouldn't

Page 191

1    send me at that time. But he was right.
2    Q    Okay. Flip over two more pages. The
3    charge is signed February 17th, 2004. And then
4    the next page it says, "EEOC particulars for
5    Jack Richardson." Do you know who wrote that?
6    A    No, sir.
7    Q    Did you write it?
8    A    Oh, this was the same thing that you
9    showed me before. I mean, them are my words. I
10   mean, no, sir, I didn't type this up.
11   Q    Do you know who did?
12   A    No, sir.
13   Q    All right. Jack, the letter you sent to
14   Mansfield where you asked him to keep it
15   strictly confidential, did you discuss that with
16   anyone?
17   A    No, sir.
18   Q    Did you tell anybody you worked with that
19   you had done that?
20   A    No, sir.
21   Q    Did Patrick Lewis or any of the other
22   guys who are in this lawsuit know that you had
23   done that?

Page 192

1    A    Did they know? Yes, sir.
2    Q    I mean, did they know -- before you were
3    fired, did you tell any of them that you sent
4    that letter?
5    A    No, sir.
6    Q    So as far as you know, you and the person
7    you sent it to were the only two people who knew
8    about the letter?
9    A    Yes, sir.
10   Q    Have you ever tried to get rehired by
11   Mansfield?
12   A    No, sir.
13   Q    Did you know that when you were let go
14   that on your form it was marked that, yes, you
15   were eligible to be considered for retire?
16   A    No, sir, I didn't know that.
17   Q    This is that one I marked a while ago,
18   Jack, that we had some pages -- the back sides
19   missing on. If you would, just look at that
20   real quick and tell me if you ever saw that
21   document while you were working for the company.
22   A    No, sir.
23   Q    All right. Jack, have you ever been

48  (Pages 189 to 192)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

---

Page 193

1  charged with or convicted of any crimes?
2  A    I got a DUI.
3  Q    When was that?
4  A    About two months ago.  I just got done
5  with it.
6  Q    All right.  Is this the only lawsuit
7  you've ever filed?
8  A    Yes, sir.
9  Q    Have you ever been sued for anything?
10 A    No, sir.
11 Q    Is this the first time that you've ever
12 given a deposition before?
13 A    Yes, sir.
14 Q    Do you go to church anywhere here
15 locally?
16 A    West End Baptist.
17 Q    All right.  Have you had any other
18 criminal problems, other than the DUI?
19 A    No, sir.
20      BY MR. KING:  That's it.  Thank you.
21      BY MR. PETTAWAY:  Hold on.
22
23

---

Page 194

1       CROSS EXAMINATION
2  BY MR. PETTAWAY:
3  Q    Jack, when you were asked about whether
4  or not your supervisors had knowledge about your
5  lawsuit or you filing a lawsuit or even your
6  letter that was supposed to be confidential that
7  was written to the company --
8  A    Yes, sir.
9  Q    -- and whether that had anything to do
10 with your termination --
11 A    Yes, sir.
12 Q    -- did not I understand from your
13 testimony earlier that one of your supervisors
14 did make a comment about some of your
15 co-plaintiffs having filed a lawsuit?
16 A    Yes, sir.
17      BY MR. KING:  Object to the form, leading
18 and misstates his testimony.
19 Q    (continued by Mr. Pettaway) Okay.
20 Explain what happened and what you meant by
21 that.
22 A    We were in the truck with Johnny --
23      BY MR. KING:  Same objection.

---

Page 195

1  Q    (continued by Mr. Pettaway) Go ahead.
2  A    -- with Johnny Crutchfield -- not
3  Crutchfield, but Johnny Reed, and Johnny Reed
4  had told me that he had heard that Ervin Tarver
5  and Bill Ragland had a lawsuit against Johnny
6  Crutchfield, and he asked me did I know anything
7  about it, and I had told him no.
8  Q    Okay.  Now, who was in the truck now?
9  A    Johnny Reed.
10 Q    Just the two of you?
11 A    Yes, sir.
12 Q    And this was about when; what time?
13 A    It was probably -- I don't remember what
14 date, but it was probably about lunchtime.
15 Q    Okay.  How long, in relation to your
16 termination, was this?
17 A    About three months before the
18 termination.
19 Q    Okay.
20      BY MR. PETTAWAY:  That's all.
21
22      REDIRECT EXAMINATION
23 BY MR. KING:

---

Page 196

1  Q    So it was three months before your
2  termination.  That would have been September,
3  which was two months before you had even sent
4  the letter in, right?
5  A    Yes, sir.
6      BY MR. KING:  Okay.  That's it.
7
8      (END OF PROCEEDINGS)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

---

49  (Pages 193 to 196)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 197

1          C E R T I F I C A T E
2
3    STATE OF ALABAMA )
4                     )
5    JEFFERSON COUNTY )
6
7        I hereby certify that the above and
8    foregoing deposition was taken down by me in
9    stenotype and the questions and answers thereto
10   were transcribed by means of computer-aided
11   transcription, and that the foregoing represents
12   a true and correct transcript of the testimony
13   given by said witness upon said hearing.
14
15       I further certify that I am neither
16   counsel, nor of kin to the parties to the
17   action, nor am I in any way interested in the
18   result of said cause.
19
20
21
22          Kelly J. Gray, C.S.R.
23

Page 198

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

50 (Pages 197 to 198)

c6818c33-016d-4086-a498-8ec174b70651

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 1

**A**

**ability** 16:2
**able** 12:8 49:14
**absent** 131:23
**Ace** 158:23 159:6
**acid** 47:18,19
  172:14,17 173:3
  173:12,16,23
**acting** 5:2 160:8
**action** 197:17
**activity** 47:1
**acts** 133:8
**add** 186:17
**added** 186:14,17
**address** 6:23 123:4
  123:4 141:23
  142:10 143:8
  145:11
**addressed** 144:14
**adjustment** 136:6
**affect** 16:2 104:14
**affidavit** 187:13,21
  189:19
**afford** 178:18
**African-American**
  58:18 59:12 74:11
  75:15 99:13
  184:12
**afternoon** 8:10,15
**agency** 179:20,21
**ago** 6:8 188:2
  192:17 193:4
**agree** 141:12
**AGREED** 1:18 2:2
  2:9,17
**ahead** 13:5,5 18:7
  39:21 72:18
  124:21 171:15
  195:1
**ain't** 13:12 27:11
  35:15 63:20,23
  91:7,10 128:18
  149:15 154:11,12

154:14 158:8
162:17 166:21
170:6 180:19
183:16
**air** 103:1
**al** 1:7 4:7,14
**Alabama** 1:2,23
  5:2,4,8 10:23
  11:18,21 197:3
**alcohol** 16:4 65:21
  66:13
**alley** 6:23
**allow** 189:21 190:4
  190:6
**allowed** 79:11 97:9
  120:14,23 190:3
**Altogether** 42:17
**amended** 187:10
**Andrews** 4:11
**anguish** 185:22
**answer** 39:21 120:1
  138:13 140:19
  141:2,7
**answered** 138:12
  172:8
**answers** 181:5
  197:9
**anybody** 19:2,5
  20:12 50:5 74:18
  76:11 78:5 85:11
  87:5,9 103:13
  109:7 111:12
  114:2 117:5 118:4
  119:18 131:21
  133:12 134:1
  136:20 140:7
  154:12,13 156:8
  158:18 170:17
  176:10 190:14
  191:18
**anytime** 64:15,16
  74:5 93:15,18
  111:23 132:4

**anyway** 136:2
  142:8 160:3
  178:22
**anyways** 69:13
  71:16,17,20,21
  102:6 108:14
  169:9,11,13,16
  173:1,5
**apart** 38:16,18
  49:16
**apartment** 177:12
  177:14
**appear** 52:5 68:13
**appeared** 104:11
**applied** 82:13
  179:8
**April** 86:3 96:3
  111:5 156:19
  157:6 187:8,14
**area** 11:5 17:15
  35:10,13 36:18
  37:9 46:6,10
  47:16 48:18 56:2
  72:10,11 87:19
  101:18
**areas** 37:6,14 46:23
  47:12,13,14
**arguing** 88:16
  89:14 90:12 91:17
  92:3 93:2 159:23
  160:7 161:15
  162:8,20,21 163:7
**argument** 88:15,16
  88:21 89:8 163:19
**asked** 18:16 52:1
  62:13 67:20 77:13
  77:15 94:21
  100:10 101:8,10
  109:19 111:18
  117:2,14 118:21
  119:23 141:18
  142:9 154:1,8
  161:21 166:14

169:22 170:1
183:9 185:2,2
191:14 194:3
195:6
**asking** 11:1 12:5
  28:22 29:1 51:20
  62:16,17 85:7
  138:10,18,21
  139:21 140:5,17
  140:20 143:19
**asleep** 6:11
**ass** 89:2 92:4,8,9
  94:14 160:18
  161:23 163:23
  184:23
**assign** 2:13 50:16
  50:18 51:4
**assigned** 33:15
  40:17 41:1,2,3,7
  44:7 52:6 89:23
  90:1
**assignments** 50:11
**assistance** 137:16
  138:6
**assumed** 189:3
**attention** 22:18
**attitude** 104:18
**attorney** 141:4
**attorneys** 134:12
**attorney/client**
  142:19
**Aunt** 63:1 86:23
**Autauga** 11:4
  12:12
**automatically**
  64:10
**available** 148:8
**Avenue** 14:15
**averaging** 8:21
**A-P-P-E-A-R-A-...**
  4:1
**a.m** 5:9

**B**

**B** 3:10 16:12 59:1
**back** 10:10 14:23
  15:1,10,19 37:15
  40:21 41:5 44:19
  45:2,4 48:17 63:5
  63:22 67:1 77:12
  79:19 82:16 92:3
  100:9 101:9
  119:13 120:3
  123:12 135:13
  138:4 146:8,8,18
  153:6 160:2,23
  163:9 166:16,18
  167:22 168:9
  171:1 178:10
  180:5,10 187:6
  189:18 190:17
  192:18
**background** 12:5
  49:8
**bad** 42:3 47:22,23
  64:11,12 85:10
  104:18 173:7,18
  173:18 174:4
  179:3
**badge** 21:15 69:23
**badges** 70:1
**bagging** 8:4
**Baptist** 193:16
**Barley** 7:8
**barn** 46:9,10 67:15
  72:3,4,5,7 73:15
  84:13 87:8 97:14
  100:7 163:11
**based** 182:1,2
**basically** 8:1 10:23
  16:22 18:2 22:6
  28:21 31:11 32:10
  50:10,13,19 53:2
  68:1 71:15 72:3
  74:4 78:12 90:19
  92:3,5,7 110:5
  111:23 160:13

182:6,11 185:13
188:5
**bathroom** 173:8
**beams** 32:17 51:13
**beat** 60:7,9,14,18
92:9
**becoming** 115:17
**beginning** 5:8 62:2
67:3 82:17
**behalf** 5:15
**belief** 154:18
**believe** 74:10 82:19
83:7 116:3 122:17
149:8 150:14
154:21 155:2
171:10 175:23
176:7,11
**Ben** 33:20 34:20
52:22 53:20,22
55:6,15 57:1 90:7
109:6 173:16,19
184:12
**benefits** 147:14,18
147:20 148:1
149:4
**best** 42:10 79:23
**bet** 62:18
**better** 33:14 51:4
186:9
**beyond** 178:21
**big** 126:10 177:21
**Bill** 28:16 38:5
41:14 53:20 54:3
64:20 90:17
116:17,17,18
117:8 118:3
173:15,17 195:5
**Birmingham** 4:14
5:2
**birth** 7:14
**bit** 39:8 62:1 73:16
176:23
**bitch** 162:10

**bits** 62:6
**black** 34:2,10,18,22
34:23 58:3 60:6
60:17,22 62:12
63:6,7,12 68:14
74:21 76:8 78:12
79:12 82:2,5,13
83:18 84:8,11,12
87:15,18 88:3
91:2 93:9,13,18
94:4,12 95:17
97:10 103:7
105:10,13,16
106:18 107:6,15
107:22 108:15,16
108:19 155:6
157:17 164:19
**blaming** 185:18
**blank** 141:14
**blasting** 48:18
**Blue** 148:3
**book** 132:2
**borrow** 55:13
**boss** 31:1 57:7
**bother** 74:2
**bothering** 112:9
**bottom** 11:11 90:8
122:3,18,22
126:22 127:21
128:10 129:5
130:20 131:18
146:1 152:22
156:18
**brakes** 178:23
179:4
**break** 37:3 45:16
45:18 46:6 62:13
**breaking** 178:17
**breaks** 46:2 71:5
**breathing** 94:9
100:8
**bring** 24:6
**bringing** 147:6

**broad** 141:6
**brothers** 13:19
**brought** 58:17
**brung** 16:14,17
59:6
**brush** 31:12 46:19
46:22
**bucket** 31:12
**build** 102:19
**building** 4:12 21:13
36:19,22 37:5
72:9,10 102:20,23
**buildings** 37:1
**builds** 172:19
**bunch** 129:9
**burned** 173:17,18
173:19
**burning** 173:7
**burns** 166:12,16
167:3,8,22
**burnt** 47:20
**bus** 69:12
**buzzard** 63:7 93:9
94:4,13

---
**C**

**C** 197:1,1
**Calais** 141:23
**calculated** 180:20
**Calhoun** 6:21 7:1
7:19,20 9:18
15:12 181:14
182:21 183:23
**Calias** 145:11
**calipers** 179:1,2
**call** 6:18 46:9 48:17
51:12 56:12 63:3
64:17,18,19 84:15
93:8 109:17
166:17 168:3
**called** 32:7 62:13
63:23 83:20 84:9
84:19 88:11 93:17
94:4 156:13 166:6

167:16
**calling** 63:6,6 84:10
88:22 94:11,12,13
162:9,11,19 166:7
166:10 167:15
**calls** 150:23 175:18
**calm** 89:7
**Campbell** 1:23 4:4
5:7
**car** 53:12 54:9,23
55:12,13,14,14,20
62:17,20 65:11
70:5,8 81:10,11
81:13,14,15 85:8
86:15 97:21
112:20 178:17,22
179:6,7
**card** 70:6,15 71:8
71:10 77:7
**cards** 58:5 70:2
**care** 111:18
**carry** 49:14
**cars** 55:23
**Carters** 13:8,10
**car-pool** 62:15
**car-pooled** 55:19
74:11 81:6,7
**case** 1:5 12:16 21:3
108:11 117:12
**cases** 138:1
**caught** 18:8 112:3
**cause** 5:10 197:18
**caused** 175:22
**caustic** 47:18,19
172:14,17 173:3
**Cebco** 179:20
**Cecile** 4:16
**certain** 12:16,20
22:9,10 31:13
35:13,14,15 37:14
38:23 47:12,13
51:2 52:7 73:7
141:6

**certainly** 49:21
**CERTIFICATE**
3:8
**certify** 5:3 197:7,15
**chance** 178:20
**change** 68:17
109:11 124:11
157:4
**changed** 73:23 82:8
183:15 190:4
**changes** 71:12
**channel** 71:18
**charge** 187:10
191:3
**charged** 193:1
**charges** 22:11
**Charles** 14:11
**cheap** 64:14 103:8
**check** 56:20 57:2
58:6,7 70:9,10
169:4 170:4
**checked** 70:3
**checks** 102:8
**chemicals** 47:18,21
**Chestnut** 1:22 4:3
5:6 116:13,15,22
117:1,23 137:19
140:13,18,22
189:4
**children** 10:19
**Christmas** 124:8
124:18 126:7
**chunks** 172:20,20
**church** 193:14
**Cindy** 33:20 34:14
34:15 52:11 85:1
85:2 87:12 90:7
90:19
**Civil** 5:4
**claims** 183:11
**Clark** 4:12
**classes** 10:13
**clean** 31:15 67:14

90:20,21
cleaning 72:4
clear 121:3 142:17
  142:21 144:3
  172:12
client 141:4,15
climbing 51:12
  52:21
clock 71:2,3,3 72:1
clocked 64:5
  120:17
clocking 71:9,10
  77:7
close 49:13 56:17
coats 32:11,12
Code 122:5
cold 185:16,19
colds 185:14
Collins 4:5 138:17
  143:17
Colvon 29:17 33:7
  39:4,19 40:6 43:8
  43:16 45:11 54:4
  55:23 97:21
  106:22 164:8
come 14:8 16:15
  20:23 24:7,15
  27:11 32:23 39:6
  39:7 41:4,13 48:5
  55:14 56:15 61:20
  62:2 63:10,19
  64:1,3,4,6,7 65:1
  67:19,20 69:22
  71:16 73:20 77:7
  77:8,15 78:13
  81:21 92:23 94:5
  98:21 101:9
  117:14,16,20
  118:9 158:8 163:9
  166:21 168:17
  169:15 182:5
  183:23 184:1
comes 12:12 21:10

coming 10:5 15:1
  56:11 67:16 74:7
  76:2,16 77:6,11
  80:20 90:19 98:8
  98:12,13 103:20
  115:6 117:12
  119:12 120:18
  148:7 161:5
  166:19
comment 59:20
  74:13 76:17 78:10
  78:18 79:15 80:1
  80:7 83:17 84:6
  84:18 85:9 87:19
  88:5,8 92:15
  103:7,11,14,19,23
  104:2,3 105:9
  119:9 149:13,17
  149:18 150:1
  158:2,4 194:14
comments 60:2
  62:22 65:3,5,11
  65:16 83:1,3,6,23
  84:4 85:11,19
  86:21 92:13 93:13
  93:21 104:23
  105:7,8 111:13
  112:8 113:3
  115:19 149:3
  154:14 158:13
  159:9,10
commercials
  116:16 117:4
Commissioner 5:2
committed 133:1
common 46:6,20
  106:9
commonly 107:3
  107:14,21
communication
  141:11
companies 87:13
company 23:19

26:15 61:14 87:23
  95:1 108:22 109:3
  113:22 118:12
  122:4 132:10,23
  133:7,17 148:6
  153:2,12 156:8
  157:15 165:19
  166:8 171:11,13
  176:13 181:16
  192:21 194:7
company's 131:22
  132:5
complain 114:1,5
complained 111:12
  111:15,15 175:10
complaining
  117:13 149:3
  156:8 175:5
complaint 133:15
complete 37:6
complex 38:14
  177:14,15
compliance 2:6
computer 139:14
computer-aided
  197:10
conditioning 103:1
confidential 146:7
  146:14 147:7
  191:15 194:6
Conflict 132:16
  135:7
consider 57:6 97:5
consideration
  146:23
considered 192:15
consulted 176:1,8
consulting 175:15
contact 30:16,21
  45:8
contained 172:19
context 105:18
continued 11:17

40:1 52:4 79:1
  102:14 121:15,17
  122:13,15 125:15
  125:20 126:17,19
  127:6,8,17,19
  128:4,6 129:1,3
  129:20,22 130:11
  130:13 131:9,11
  135:1,3,21,23
  137:8,10 138:22
  139:13 140:17
  141:21 143:6
  144:12,22 145:23
  148:19,21 151:4,6
  151:19 172:9
  175:21 186:23
  187:1 194:19
  195:1
contract 110:22,22
contracting 109:3
conversating 18:23
  20:16 58:16
conversation 49:15
  60:5 61:6 78:5
  85:19,20 106:10
  113:20 114:13
  154:4 155:9
  170:14
conversations
  112:7 138:8 141:3
  142:19 144:18
convicted 193:1
cool 183:2
copy 122:4 131:12
  134:7 151:17
correct 39:14
  137:20 144:14
  157:10 172:6
  175:6 182:10
  187:10 197:12
counsel 1:20 2:11
  2:12 5:5 197:16
County 10:4,15

11:4,4,7,8,20 12:1
  12:13 13:7 197:5
couple 32:12 59:2,2
  76:11
Court 1:1 2:7,19
  5:1
covered 48:3 72:12
co-plaintiffs 194:15
co-workers 28:7
  139:20,22
Crane 14:16
crew 33:15,17,19
  35:2,9,20 36:2,9
  37:20,22 38:10,20
  38:20 39:1,11,12
  40:3 41:1,2,3,23
  42:9,10 43:21
  44:1,8 45:6 50:8
  50:12 89:18,20
crews 38:3,4
crimes 193:1
criminal 193:18
cross 3:6 8:3 148:3
  194:1
Crutchfield 16:13
  16:22 17:4,18
  18:10 19:18 20:4
  20:8,15 21:4,5,21
  26:10 27:7 30:19
  30:21 31:1,7 57:6
  58:20 59:11,23
  60:11 61:9 63:8,9
  66:2,15,20 76:2
  76:17 78:2,4
  84:22 89:4 92:20
  92:22,23 93:1,8
  94:19 95:17 98:17
  100:18,20 101:22
  102:1,16 105:6
  112:8 113:21,23
  114:4 115:19
  118:23 123:18
  129:13 147:21

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

149:7 150:12,17
155:1,23 160:1,11
161:4,18 164:7,13
164:17,22 166:23
170:11,18 171:17
172:4 175:13
176:4 195:2,3,6
**Crutchfield's**
163:13
**CSR** 1:21
**curious** 124:1
**current** 123:3
**curse** 161:8
**cursed** 159:8
**cursing** 163:22
**cuss** 63:2 162:1
**cussed** 161:15,22
**cussing** 88:19 91:23
92:5,6 160:5,7
161:3 162:9,19
163:8
**cutting** 176:22
**CV-497-WKW** 1:5
**C.S.R** 197:22

**D**

**D** 3:1
**dad** 16:16 18:8,15
18:20 57:23 58:9
58:15,15,23 61:9
**dairy** 8:4
**Dallas** 10:4,15 11:7
11:8,20 12:1 13:6
15:11
**damn** 58:7 162:3
**date** 5:3 7:14 68:8
86:2 124:22
126:21 129:6
136:10 187:9
195:14
**dated** 125:7 126:1
**dates** 95:23 123:6
125:21
**day** 2:1 19:12,13,15

19:18 20:11,19
25:22 28:3 35:16
35:18 36:7 37:23
38:1 42:14,21
43:4 45:9,12,14
50:20 53:13,14
62:14 63:20 64:21
68:4 69:6,8 71:6,7
71:9,11,13 75:7
75:16,21 77:20
79:20 80:10,14
86:14 91:9 97:10
97:12,18 99:2,5,8
99:10,11 100:1
101:2,18 102:3,11
118:8,11 119:4,19
120:3 124:8,15,16
124:18,23,23
125:3,11,12,16
126:2,7 128:14
130:18 132:14
158:7 160:4 162:5
165:4,9 167:17
170:21,23 173:1
174:16 180:16
182:3,8 184:2,3
189:15
**days** 8:17,19,22
42:11 51:18,18
56:8 63:19,22
76:19 79:12
105:11 110:18
111:4 147:14,20
157:16 168:5,8
186:18
**deal** 89:22 126:10
**December** 116:9
122:21 124:5
125:7 126:2
168:11
**decided** 80:14
**defendant** 4:9 5:15
**Defendants** 1:13

**Defendant's** 3:11
3:12,13,14,15,16
3:17,18,19,20,21
3:22,23 121:14
122:12 126:16
127:5,16 128:3,23
129:19 130:10
131:8 134:23
135:20 137:7
148:18 151:3
186:22
**definitely** 137:18
**degree** 166:12,16
167:8
**Delane** 13:22,23
**denied** 176:21
**dental** 148:4
**Department** 133:16
133:16
**depended** 42:3
**depends** 81:12
**deposition** 1:20 2:4
2:5,15,18 13:3
121:15 122:13
126:17 127:6,17
128:4 129:1,20
130:11 131:9
135:1,21 137:8
148:19 151:4
186:23 193:12
197:8
**depositions** 2:8
**depressed** 185:10
185:11
**describe** 42:12
**deserved** 153:18
**difference** 96:6,8
**different** 13:16
35:17 36:19,22
37:1,5,6 38:8 40:7
42:10 44:8 49:22
50:11,16 51:4,5
89:5 122:1 125:21

188:7,13,14
**differently** 82:3
**difficult** 145:21
**difficulty** 178:15
**direct** 3:5 6:1 45:8
**directed** 93:13
159:16
**directly** 33:11
91:13 161:5
**disagree** 141:12
**disbelieve** 150:20
**discriminated** 24:5
25:1 26:20 187:18
**discriminating**
30:22
**discrimination**
23:6 24:2,19
25:10 26:3,12
27:4,9 30:3,17
57:16 58:2 61:16
65:17 108:11,12
117:12 133:2,8
138:1
**discriminatory**
111:14
**discuss** 79:14
133:12 191:15
**discussed** 79:19
91:11
**discussion** 91:1
118:18
**dissatisfied** 114:22
**distance** 49:18
**distress** 185:22
**district** 1:1,2 11:3
**divided** 36:1
177:22
**DIVISION** 1:3
**doctor** 174:12,21
175:1 190:3,7,15
**document** 127:10
136:4 148:23
151:8,11 192:21

**documents** 121:9
128:12 187:3
**doing** 18:1,22
20:20 30:22 46:14
47:2 48:15 53:19
66:18 67:17 72:22
90:7 94:12 95:8
103:22 104:7
109:18 110:10
115:5 138:14
167:12 178:11
183:7,8
**dollar** 110:19
**door** 56:15 70:11
110:2
**do-rag** 62:23 86:22
**drafting** 143:1
**dress** 62:22
**drink** 16:4
**drinking** 66:12
104:12 160:4
**drip** 174:9
**drive** 54:18 55:11
55:12,13,14 56:19
57:2 68:22 69:1
180:5
**drop** 10:7 173:4
**dropped** 10:9 81:13
**drove** 54:6 71:17
71:19,21 97:21
**drug** 173:21
**drunk** 65:20 66:21
104:16,18
**dude** 60:7,17,22
184:21
**dudes** 59:2
**DUI** 193:2,18
**duplex** 7:1
**duties** 7:22

**E**

**E** 3:1,10 197:1,1
**ear** 47:7,11 48:14
48:23 49:4,9

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 5

Earl 163:22 184:19 184:21
earlier 123:17 130:22 165:3 194:13
early 58:6,7 188:16 188:18
Earl's 164:3
earning 9:9
earnings 180:9
earphones 48:11
ears 48:13
easier 11:12 62:1 183:1
east 110:2 177:13
easy 185:13
eat 46:11
EEOC 151:20 152:9 187:13 188:5,9,10,20 189:2 191:4
effect 2:5 83:17
eight 129:23
either 27:7,22 35:6 57:22 84:7 156:3
eleventh 10:2,8 130:23 131:2
eligible 192:15
Elmore 11:4 12:12
else's 81:10
emergency 173:20
emotional 185:22
employee 75:15 97:10 122:4 165:13,16,19,21 166:2 181:20,21
employees 35:2 36:11 43:20 46:1 47:2 58:18 68:14 74:12,21 76:4,9 79:11,12 80:13 81:17 82:2,4,5,14 83:7 84:16 87:13

87:15,18 88:2,3 91:3 93:14 95:18 99:14 103:7,8 104:1,5,6 105:10 105:12,17 106:16 106:19 107:6,15 107:23 108:15,16 108:20,21 109:5 111:20 112:2 133:7 155:7 157:17
employee's 121:23 129:5
employers 24:22
employment 123:10 133:21 157:7
EMT 173:20
ended 14:23 15:1 39:17 62:4 80:20 178:2,9 179:4,5 190:20
enjoy 109:9
entitled 139:1 141:19 142:22 143:3 144:1
environment 47:5 49:3,21 133:1
Equal 133:21
equaled 53:2
equipment 35:10 39:7 47:9 98:11 110:8
Ervin 28:16 29:19 36:14,14 37:16,17 38:5 53:20 55:12 62:11 64:17 67:23 90:14 99:17 100:23 101:8 116:17,18 117:8 155:6 195:4
et 1:7
evening 67:18

evenly 51:17 52:6
events 62:5
eventually 178:19
everybody 50:23 51:16 73:19 74:16 78:19 79:21 84:14 87:7 90:20 98:7 104:20 162:2
everyone's 170:4
everything's 8:2
evidence 2:15
evidently 178:9
exact 62:5 103:9
exactly 62:3 118:1
examination 3:5,6 3:7 5:10 6:1 194:1 195:22
examined 5:14
excuse 165:8
Exhibit 121:14,17 122:12,16 125:6 125:14,18,19,20 126:16,20 127:5,9 127:16,19 128:3,7 128:23 129:4,19 129:22 130:2,10 130:13 131:8,11 134:23 135:4,20 136:1,3 137:7,11 148:18,22 149:3 151:3,7 186:22 187:5,22 188:6,12 188:15,22
expect 146:21
expectations 132:6
experience 18:17 50:17 81:16
explain 169:6 194:20
exposure 173:23
extremely 49:11
eyes 51:23

_____
F

F 197:1
face 63:3,4 88:11 88:22 89:1 91:13 135:5 160:19 173:5
fact 170:16 171:10
failed 168:12,21
fair 145:17
fairly 106:8 107:3 107:13,21 114:23
family 12:9 15:20 117:6
far 9:23 26:6 31:6 35:14 38:16 39:15 42:7 52:5 53:5 54:8 55:5 56:3,6 67:11,16 71:1 73:19 74:17 75:18 76:6 80:16 82:12 84:10,12 94:23 95:11 96:7 102:7 102:7 108:10,11 164:12 166:1,4 175:14 192:6
farm 14:12
fast 18:8
faster 37:7 41:17
father 16:9
February 191:3
feel 6:14 74:14 117:18 133:13 142:21 175:11
felt 24:4,23 26:14 30:4,16 52:10 54:12 66:17,21 82:2 108:14 114:21 158:1 175:9 187:15,16 187:17
female 85:5
fifth 80:2 115:3 116:1,2,3
fifty 6:7

fifty-years-old 34:6
fight 91:19 160:9
figure 120:4 124:10 144:8 145:1 180:7 180:8,14 182:5
figured 45:18 146:6 146:10 153:16 155:16,17 169:20 171:13
filed 187:9 193:7 194:15
filing 2:18 194:5
fill 17:17 19:11 124:21
filled 19:9,13,15 123:22 124:15 125:3 128:13 145:10
filling 124:12 126:6 130:17
fills 141:1
finally 137:1
financial 178:15
find 100:4 158:9 171:9
fine 5:20 12:19 117:15,16 126:9 173:15 174:18,19
finish 32:12 163:5
finished 130:4 174:17
fire 146:9
fired 14:20 15:13 39:13 99:5 111:21 112:4 116:7,8 132:12,13 138:2 146:19 150:3 161:9 162:3 166:9 168:12,21 170:10 170:17 171:4,12 171:15,20 176:12 176:15 185:8 192:3

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

firing 161:22
firm 117:6 143:1
    143:23 145:8
    152:17
first 14:7,8,11 16:7
    18:10 19:12,13,18
    19:20 20:3,11,18
    20:20 25:3,22
    28:18,23 30:1,2
    31:9 33:17 35:19
    35:21 36:5,12
    37:8,18 39:15
    40:2 42:8,19
    46:21 53:14 54:1
    54:2 57:18,22,23
    58:1,17 59:16,23
    61:19 62:9 66:19
    68:13,16 69:12
    71:11 73:18 77:3
    81:19 83:15,22
    84:1 88:19 95:5
    109:10 111:11
    112:6 113:22
    114:21 115:4,22
    117:22 123:12
    125:23 128:14
    130:18 134:13
    152:23 153:6,6
    156:18 190:2
    193:11
fits 70:1
five 8:22 43:22 54:8
    54:17 68:12 78:18
    96:9,9,20 98:3
    116:5,7 165:5,6
    168:7
fix 178:20
fixed 178:18
flag 104:22 105:1
flags 65:2
Flea 17:11,14
Flip 133:20 191:2
floor 51:8

folks 13:14 27:19
    27:23 43:17 51:17
    51:18 52:13 53:9
    62:12 63:17 70:18
    78:12 83:18 84:8
    84:12,13 91:1
    149:19 178:7
    183:10,21
follow 60:10
    156:13
followed 132:10
following 5:11
    88:20 163:12
follows 5:15 121:15
    122:13 126:17
    127:6,17 128:4
    129:1,20 130:11
    131:9 135:1,21
    137:8 148:19
    151:4 186:23
food 8:4 15:8
    179:11
Foods 6:21 7:1,19
    7:20 15:12
foot 49:16
force 2:5
foregoing 5:5 197:8
    197:11
forgot 21:12
forks 114:5
form 2:12 39:21
    51:19 78:22 102:4
    150:22 175:18
    192:14 194:17
forth 180:6
forty 9:3,13 182:8
forty-five 34:5
forty-seven 9:4,6
forward 14:9 61:20
    62:2
found 62:16 116:14
    153:2,12,19
    171:14

four 68:12 120:5
    168:7,14 169:10
    176:18 179:9
    181:12 186:15
fourteen 8:21
fourth 80:2 86:6,19
    114:9 115:3
FRANKLIN 4:9
Fred's 179:12,13
free 133:2 142:21
frequently 41:12
Friday 168:13,17
    168:22 169:5,19
    170:2,3,5 171:22
friend 177:20 180:4
friends 7:6 184:5
front 6:21,23 80:8
    83:2,11 84:11,14
    84:16,21,22 85:1
    85:11 87:5,7
    106:18 107:5,14
    107:22 108:10,15
    154:12
frozen 8:4
fuck 89:1 160:19
fucking 89:2
full 2:6
full-time 18:7
    31:21 158:23
    181:21 186:3
further 2:2,9,17
    49:20 197:15

_____ G _____
Gary 184:14,15,18
gate 20:23 21:1,11
    21:14 63:14 69:16
    70:6 80:8 97:13
    97:15 98:11,20
    161:19 164:8,18
    165:3 170:10
gates 70:2
Gayle 184:12
Ge 19:15 20:2,5

21:2,14,18,20,23
    22:1,21,23 23:12
    23:19,20 24:7,15
    25:19 26:1,4 27:2
    27:8,10,14,23
    36:20 47:2 53:4
    59:8 102:16 109:1
    109:2 111:19
    112:2 114:5 124:2
    158:16
gear 22:8
GED 10:10 130:22
gender 26:21
general 24:3 104:2
    104:3
getting 6:9 68:21
    77:3 88:21 90:21
    94:9 109:13,14
    122:6 141:3
    144:17 155:7,16
    161:20 169:14
    178:9 183:5
GE's 28:19 70:1
    129:12
give 18:7 31:14,20
    58:6 62:21 69:13
    109:14 115:10
    120:2 140:2,8
    175:10
given 193:12
    197:13
gives 123:9 141:14
giving 71:20 167:19
glad 180:21
glass 110:3,6
glasses 47:11 48:6
    49:1
gloves 47:12
go 6:15 10:3 13:5,5
    18:6 21:13 28:22
    39:6,21 41:5
    44:12,15,22,23
    45:1 46:7,11

54:14,21 56:9
    60:17,18 61:18
    67:1,9,13 68:9,21
    70:10 72:1,2,18
    72:18 73:15 75:4
    75:5,6 80:9 81:7
    81:22 83:15 90:22
    93:6 94:9 95:2
    97:16 110:5
    111:10,19 115:22
    116:2,3,4,9,12,21
    117:2,10 120:3
    121:8 123:12
    124:21 125:9
    131:21,21 132:4
    133:14,15,19
    150:18 152:19,21
    153:6 156:1
    160:10 161:3,4
    162:1 163:8
    169:13 171:2
    172:3 174:12,21
    175:1 180:9,21
    182:22 185:23
    186:4 189:18
    190:3,8,9,14
    192:13 193:14
    195:1
goes 42:7 102:9
    172:21 173:14
going 10:8 11:3
    12:2,15 13:2 18:1
    18:6 19:23 21:17
    25:11 27:20 30:17
    47:1 56:16 60:6,8
    60:17 67:1 69:14
    71:13,19 72:6
    73:16 74:15 80:15
    82:16 92:2,4,9
    94:22 96:4 100:7
    100:10 101:10
    109:20 110:3,21
    111:19 118:12

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

119:3,13 120:14
120:20,23 124:11
126:6,20 127:8
130:1 135:3
137:10 138:3
147:2 148:5,6
150:8 158:9
161:21 162:14,18
166:20 173:1
175:17 178:23
180:5 183:14,16
187:4,5,16 189:8
**good** 6:14 175:20
184:5
**Gordon** 184:14,18
**gotten** 10:10 55:3
110:15 173:10
**grab** 152:22 188:1
189:18
**grabbed** 100:9
**grade** 10:2,8
130:21,23 131:2
**grass** 176:22
**Gray** 1:21 5:1
197:22
**Grays** 13:8,9
**greasy** 62:19 85:10
**greater** 48:12
**Gregory** 177:16,16
177:17
**ground** 51:14 52:12
52:14,20,23 53:3
90:8 166:14
167:19
**grounds** 2:14
**group** 38:1 90:9
152:12
**guard** 69:15 70:3,9
**guess** 12:23 25:17
42:6 85:15 88:7
98:21 141:5
163:15 180:15
**gun** 31:14

**guys** 28:11 43:3
48:8,21 49:2 51:7
53:10,18 54:7,14
56:10 71:3 75:20
76:10,18 78:19
79:15 85:15 97:17
101:17 103:18
118:8 120:10
121:3 170:20
184:6,8 191:22

---

### H

**H** 3:10
**Haley** 4:11
**half** 10:23 11:11
**hammer** 44:1
**hand** 52:11,15,17
132:1 142:6
**Handbook** 122:5
**handed** 51:16
**handle** 24:7,8
118:15
**handled** 114:23
118:16
**handwriting**
121:19 122:21
123:3,9 126:21
128:9 129:4
130:14 189:20
**hanging** 62:11,12
83:17 84:8,12,20
112:13 187:19
**happen** 37:11
41:11 66:11 68:10
73:11 89:15 99:12
114:6 115:16,18
157:22 158:5,9
161:11 164:12
167:11
**happened** 37:12
39:16,18 40:4,11
41:12 61:3 65:18
68:11 69:5 81:4
88:18 89:13 90:15

90:16,17 91:1,6
92:20,22 93:3,4
94:2 95:23 99:19
99:21 103:2
149:19 162:22
163:1,5,11 165:15
165:18,20 166:8
167:11 169:8
185:16 194:20
**happening** 81:1
**happy** 24:13
**harassed** 26:14,15
26:20
**harassment** 22:10
23:1,4,5 24:19
26:2,13 27:4,9
30:17 57:16
132:17 133:3,9
135:7
**hard** 36:21 48:6,8
**Hardee's** 179:18
**harness** 88:20
166:13 167:4
**harnesses** 89:11
**hat** 48:6
**hats** 48:8
**head** 48:3 62:23
95:6
**heading** 161:19
**healed** 166:17
168:4,8
**hear** 28:10,15
49:11,20 50:1
57:14 61:14 78:5
83:14 90:10
105:16 106:22
156:6
**heard** 16:8,13
28:16 61:17 62:21
63:1,3 83:7 84:4
84:18 87:10 93:8
93:12,18,21 94:10
103:13 106:5

108:18 117:3
162:9 163:7
183:17 195:4
**hearing** 197:13
**heat** 183:2
**heavy** 47:21
**heights** 51:10,11
**hell** 62:19 92:10
**helmet** 100:10
**help** 8:2 16:14 21:5
37:14 39:7 41:4,7
41:13,19 42:4
43:21 44:3 138:20
144:23
**helped** 138:11
**helper** 31:17,22
60:4
**helping** 18:4 31:23
90:6 177:4
**Hey** 76:9
**high** 10:3,15
**Highland** 14:15
15:4 16:21 179:16
179:16
**hired** 20:9 31:17
124:13,14,15
**hiring** 178:12
**hit** 173:4 174:10
**hits** 172:21
**hitting** 172:23
**hold** 12:2 130:1
138:7 139:6
140:14 141:1
143:5 193:21
**hole** 109:17,21
110:3
**home** 63:15,22 64:2
64:10 65:4 66:11
67:9 68:2,21,23
69:2 72:20 73:17
74:2,8 76:18
77:19 78:13 80:20
80:20,23 81:22

90:22 95:18 96:13
96:15 97:11,16
98:18 99:5,7,14
99:23 100:5,11,16
101:11 105:10
115:9 160:19
165:7 171:9
**horse** 14:12
**hot** 91:17 103:1
159:21
**hour** 8:21 9:10 12:8
14:12 69:6 71:20
72:20 74:5 80:21
81:23 96:13 97:6
101:7,12 115:7,10
175:5 181:8,10
182:4,10,17,23
186:14
**hours** 8:6,14,23 9:4
9:5 16:5 50:4
64:1 67:6,12,15
67:21 68:3 72:1,4
73:13 75:8,12,16
75:21 76:11 77:20
96:9 97:7 99:3
157:15 165:4
182:1
**house** 17:6 18:18
54:21 56:15,20
57:2 81:14 177:15
177:19,21 184:1
**houses** 18:18
**Huh** 165:17
**Human** 133:15
**humidity** 73:6
**hung** 74:12
**hurt** 47:23 162:18
**hurting** 52:22
**Hut** 179:19
**H-O-L-E** 109:21

---

### I

**ID** 21:15
**idea** 91:5 113:17

150:10,18
ideas 140:3,8
identification
  121:13 122:11
  126:15 127:4,15
  128:2,22 129:18
  130:9 131:7
  134:22 135:19
  137:6 148:17
  151:2 186:21
imagine 50:3
immediate 133:14
immediately 12:18
inappropriate
  59:20 61:15
included 23:8 26:2
  26:12 95:15
includes 29:5
Including 30:12
indicating 52:18
  125:1 168:20
  173:4 174:11
individually 118:7
  118:7
industrial 1:11,12
  18:2 32:7 35:10
infection 190:23
infirmary 190:11
influence 66:13
information 140:8
  141:17 142:1
  143:3,8,10 144:13
  145:11 183:10
initial 43:3
initials 190:1
Inn 179:19
inside 21:1 69:18
  72:13,23 73:2,9
  80:18 110:4 183:8
installation 87:22
instrument 121:12
  122:10 126:14
  127:3,14 128:1,21

129:17 130:8
131:6 134:21
135:18 137:5
148:16 151:1
186:20
insurance 148:9
interested 16:8
  197:17
interpose 12:3
interview 18:12,14
  20:7
introduced 18:16
investigate 147:1
involve 22:5
involved 104:5,6
  155:13,17 172:3

_____ J _____
J 197:22
Jack 1:20 3:3 5:9
  5:13 6:5,17,18
  7:15,18 10:1 18:9
  20:21 24:22 29:11
  30:15 31:9 32:21
  44:8 56:9 69:4
  79:10 113:10
  119:2 121:23
  122:16 128:12
  130:14 132:5,15
  135:5 136:4,11
  139:1 143:7
  155:20 175:15,23
  176:7,11 187:7
  189:18 191:5,13
  192:18,23 194:3
January 19:10
  79:22 124:19
  125:23 128:17
Jeff 20:14 33:19
  34:7 66:8,10
  67:19 68:6 76:15
  77:12 79:8 83:9
  87:11 103:15,16
  119:5 120:14

184:11
JEFFERSON
  197:5
Jemima 63:1 86:23
job 7:22 10:14 14:7
  14:8,11,18 15:11
  16:19,23 17:4,21
  31:10 47:3 50:10
  50:16 52:8 59:7
  123:20 143:9
  145:12 167:12,19
  170:18 176:17,20
  177:8,11 178:1,6
  178:10 180:3
  181:9,14 182:20
  182:21 183:3
  186:2,8
jobs 15:14 24:16
  32:3 48:10 51:17
  52:6 179:9 183:8
  186:3
Johnny 16:13,14
  16:15,22 17:18
  20:14,15,22 21:4
  21:4,21 25:4 26:9
  27:7,11 30:19,21
  31:1,7 32:19
  33:19 34:12 39:5
  57:20 58:1 59:6
  63:4,8,11 64:15
  65:19,22,23,23
  66:2,4,15,20 67:5
  67:18,20,22 74:3
  76:1,17 77:6,16
  77:17 78:1,2,3,4,5
  80:18,22 81:21
  84:21,22 87:11
  89:3 90:15 92:19
  92:21,22,23 93:1
  93:7 94:11,19,20
  95:6,6 98:20
  100:18,18,20
  101:3,11,14,21

102:1,16 105:9
110:17,18 111:2
111:17,17,19
112:7,23 114:4
115:19 119:8
120:20 121:1
123:18 124:21
136:23 146:9,18
147:19,19,21
149:13,15 153:14
154:10,11 158:2
158:20 159:16,23
160:1,9,11,11,15
160:21,23 161:2,4
161:12,17 162:5
162:11,23 163:1,2
163:3,6,12,13,15
164:6 166:11,15
166:23 167:17
173:11 194:22
195:2,3,3,5,9
Johnnys 21:3
Johnny's 25:17
  100:8 102:15
judgment 79:23
July 86:3 103:5
  116:10 159:7
June 80:4 86:3
  115:13 116:10
jury 11:1 12:11,12
  12:17,21

_____ K _____
K 16:12 59:1
keep 52:12 89:7
  113:9 134:8,10
  172:18 191:14
Kelly 1:21 5:1
  197:22
kept 37:16 167:4
keys 101:9 103:3
KFC 179:18
kicking 178:2
Kimberlin 65:14

79:9 82:16,18
103:6,18 104:21
105:7 115:20
119:5 155:3
159:12,16
kin 197:16
kind 10:13 15:21
  32:2,5 47:16 65:5
  67:3 112:20 113:2
  113:9 177:21
  182:23 185:3,6,21
King 3:5,7 4:10
  5:20 6:2 11:6,10
  11:17 12:5,7,14
  12:23 40:1 51:22
  52:4 79:1 102:14
  121:17 122:15
  125:15,20 126:19
  127:8,19 128:6
  129:3,22 130:13
  131:11 135:3,14
  135:23 137:10
  138:10,14,22
  139:9,12,13
  140:17 141:10,21
  142:5,12,15,20
  143:6,16,19,22
  144:7,12,19,22
  145:17,19,23
  148:21 151:6,17
  151:19 172:9
  175:20,21 187:1
  193:20 194:17,23
  195:23 196:6
kiss 163:23 184:23
knew 16:12 20:2
  38:4 51:3 95:7
  101:3 102:5,7,7
  102:12 149:8
  150:14 155:16
  159:5 162:8 167:6
  169:14 173:10
  175:14,23 176:7

192:7
**knock** 56:15
**know** 6:22 10:14
  12:6,10 13:6
  17:20 18:3 19:2,5
  19:23 23:22 24:23
  25:10 28:6,21
  30:7 34:7,16 40:9
  46:15 49:3,8 51:9
  51:16 55:5 56:6
  56:10,12 59:9
  60:2 62:14 65:21
  71:2,13 73:5,6,19
  74:18 75:14,18,19
  76:1,3,6,6,10 77:9
  79:2,10 80:16
  86:2 88:15 89:13
  92:18 93:23 95:12
  96:2,3 97:8,23
  98:5 99:4,13
  101:3 102:7,11
  103:9 104:9 105:2
  108:18 113:15,21
  117:9 119:23
  134:15 138:16,23
  139:1,7 140:11,20
  141:4,4 142:10,23
  143:3,12 144:16
  145:10,14 147:2
  147:10,23 150:6
  152:4,6 153:11
  155:20 159:2
  160:6 161:18
  162:20 163:17,18
  164:13,21 165:1
  165:14,15,18,20
  165:22,23 166:1,4
  170:2,7 171:7,8
  173:12,17,18
  174:3,4,5,23
  175:14 183:18,18
  183:18 184:8,18
  188:23 189:7

**L**

191:5,11,22 192:1
192:2,6,13,16
195:6
**knowing** 102:3
**knowledge** 39:18
  40:4,8 194:4
**knows** 149:14
**K2** 1:11

**L**

**L** 1:16
**labor** 64:14 103:8
**ladders** 51:11
**Lamar** 29:13 33:3
  36:15 38:6 39:3
  39:19 40:5 42:19
  42:22 43:13 45:10
  53:21,22 55:6,15
  57:1 108:2
**landlord** 177:2,3
**language** 105:13
**lasted** 181:12
**late** 63:10,12,13,18
  64:9 95:18 96:8
  96:13,16,18 97:2
  97:4,6,7,9,11 98:9
  99:2,3,6,15,22
  100:2,4,12,14,17
  101:2,12 102:12
  119:15 121:5
  131:22 164:9,11
  164:19 165:4,9,13
  166:3
**law** 1:21 5:6 152:17
**laws** 2:6
**lawsuit** 7:12 28:11
  108:18 149:14
  150:8 171:14
  176:2 183:11,14
  183:21 191:22
  193:6 194:5,5,15
  195:5
**lawyer** 115:22
  116:10 138:9

139:21 140:15
150:9 153:3,13,20
155:7 175:12,16
176:1,8,13 181:6
**lawyers** 138:1,17
  138:23 140:6,6
  155:21 156:4
  187:7
**lazy** 59:3
**leading** 2:12 194:17
**leads** 141:6
**leaking** 47:22
**leaks** 47:23
**leave** 75:6 77:18
  86:12 112:2 119:3
  119:13 161:4
**leaving** 119:6,11
  171:4
**led** 187:12
**left** 38:12 66:18
  67:23 76:18 78:12
  86:10 94:6 105:10
  167:17 170:18,19
**letter** 95:12 113:21
  114:1 137:13,15
  138:5,11,20 139:8
  139:23 140:3,9,12
  141:14 142:11
  143:2 144:1,5
  145:1,3,4 146:22
  147:3,11 149:2,9
  150:4,11,13,15,19
  156:7,14 158:19
  171:11 176:12
  191:13 192:4,8
  194:6 196:4
**letting** 28:21 147:2
**let's** 9:20 10:22,22
  20:18 30:1 61:18
  69:8 82:18 83:15
  135:14 152:21
**level** 73:7
**Lewis** 1:7 29:6,22

30:9 32:23 36:16
36:21 37:9 39:3
39:19 40:5 42:23
43:1,13 45:10
54:5 55:23 56:3,3
63:2,4,4 88:11,19
89:20 91:8,21
92:12 93:9,22
94:4,12 99:16,18
100:21 106:5,9
113:15 116:19
161:8,12 163:5
191:21
**LIGHTFOOT** 4:9
**line** 157:13 158:14
  161:7
**liquid** 172:21,22
**list** 67:3
**listed** 184:16
**literally** 52:16
**little** 6:23 17:6
  22:16,17 25:12
  39:8 62:1 73:16
  94:6,7 110:3
  176:23 177:1
  183:8
**live** 6:17 7:4,5,6
  10:21,22 11:14,15
  13:14 56:2,17
**lived** 17:8 56:6
**living** 177:10
**load** 47:5
**locally** 193:15
**located** 179:14
**long** 9:17 19:17
  39:10 43:2 44:21
  68:9 176:16
  178:22 181:11
  195:15
**longer** 134:16
**look** 63:1 110:6
  120:3 121:18
  122:17 123:2

130:3,20 131:17
131:18 132:15
133:11 135:9
145:23 153:22
156:18 157:12
158:11,22 163:21
168:13 172:13
189:19 192:19
**looked** 23:18 86:22
  120:13,16
**looking** 98:16
**looks** 123:13 124:7
  187:8
**lost** 52:16 125:5
  177:8,11 178:1
  180:8
**lot** 19:9 47:19 50:4
  63:2 65:20 70:18
  71:22 83:10
  172:18 173:3
  181:3
**loud** 49:8,11
**Louise** 14:3
**lover** 62:13 83:20
  84:9,10,19
**lower** 78:20
**lunch** 45:18 46:4
**lunchtime** 195:14

**M**

**machine** 100:8
**machinery** 49:4
**mad** 94:11 103:21
**mailed** 145:4,5
  146:3
**mails** 141:15
**main** 65:8
**making** 105:7,9
  113:2 115:20
  181:1,7,9 182:7
  182:23 186:4,5
**male** 60:13
**manager** 7:21,23
  181:15

mandatory 169:4
170:5
manner 108:19
Mansfield 1:12
  7:10 14:10,19,19
  14:20 15:13 16:8
  16:11 19:3,10
  21:18,19 22:22
  23:14 24:10,17,22
  25:6,9,14 26:2,5,6
  26:15,22 27:1,5
  28:1,3 30:5,12,16
  38:4 46:1 57:6,14
  58:19 70:18 88:2
  95:3 109:5,9
  133:18 146:8
  150:13 168:15
  175:6 180:9,22
  185:19 186:6
  191:14 192:11
Mansfield's 28:20
  36:9 96:7
manual 134:5
March 86:3 87:3
  96:3
mark 130:1
marked 121:13
  122:11 126:15
  127:4,15 128:2,22
  129:18 130:9
  131:7 134:22
  135:19 137:6
  148:17 151:2
  186:21 192:14,17
Market 17:12,14
married 10:17
mask 110:4
math 8:20
math's 182:10
matter 63:11,17
  67:12 73:3,9 83:4
  83:11 92:10 162:2
  170:9

mean 6:14 12:7
  13:1,2 16:10
  20:15 22:7 23:20
  24:10 25:12 26:9
  27:10 28:22 30:7
  31:19 32:8 35:12
  35:14 36:14 37:4
  37:13 39:8 40:8
  40:17,19 41:3,12
  41:13 44:15 45:22
  48:4 49:10,10,18
  52:10,15,23 55:11
  55:12,18 56:3,19
  59:1 62:3 65:7,20
  67:6,8,13 68:1
  69:23,23 70:16
  72:2 73:8 74:14
  75:12 77:2,7
  79:19 80:16,17
  81:5 83:9 85:14
  90:18 91:2,5,7,8
  91:16,18,23 92:4
  92:6,7 93:15 94:3
  95:5,6,8 96:12,12
  97:2,2 98:7 101:3
  102:5,6,23 104:5
  104:17 105:21,21
  106:4 108:9,11
  109:2,4,11,15,23
  110:16 111:15,19
  115:7 118:6,16
  119:8,14 120:17
  124:2,20 136:13
  136:17 138:15
  141:21 146:8,14
  146:16,16,23
  148:2 154:9,10
  155:15 156:11
  158:1,6,6,15,16
  160:5,20 161:2
  162:16,19 165:1,2
  165:10,14 166:10
  166:11 168:2,3,4

169:12 171:2,3,5
  171:7,8 172:16,21
  172:23 173:17,21
  174:2,3,5,7,8,16
  175:8,9 177:2
  178:17,22 180:10
  180:16 181:1,3
  182:6,15 183:6
  185:9,10,18
  186:18 187:15
  189:7,14 190:6,10
  190:10,16,22
  191:9,10 192:2
means 168:18
  197:10
meant 78:10,18
  79:6 147:7 194:20
medical 148:3
  185:3
medication 15:22
medications 185:5
medicine 185:6,7
medics 173:20
meet 17:4 54:17
  116:21 117:2,10
  137:19 188:4
meeting 20:4 58:8
  59:16,23 155:20
  156:4
melt 172:17 173:1
melted 172:18
memory 138:19
  151:20
men 33:12
mental 185:22
mention 155:12
mentioned 66:20
  76:14 110:14
  189:4
messing 112:3
met 17:18,21 18:10
  117:1,23 118:2
  123:17 134:13

Mexican 35:1
  103:8 104:6
Mexicans 33:20
  64:11,13 90:2
  103:21
middle 1:2 11:3
  136:11
MidSouth 181:17
Mike 7:8,9
miles 53:8 56:5
mill 44:1
mind 153:17
  183:15
mine 7:6 54:10
  177:20 180:4
minute 95:14,16
  97:4 188:2
minutes 6:8 96:9
  98:4 100:13 101:7
  165:6 173:14
missed 54:1 63:20
  63:21 121:6
  132:13,14 169:9
missing 132:11
  135:11 192:19
misstates 194:18
mobile 17:6
mom 177:3
Monday 20:6
  169:21 171:20
money 60:8 176:23
  178:20 180:8
  181:1 182:23
  186:5
Montgomery 11:4
  12:13
month 42:17,19
  43:3,9 44:23 45:5
  80:2 84:2 86:6,19
  114:9 115:4 116:1
  116:2,4 120:2
months 9:19 15:9
  36:4,5,13 37:8,18

39:15 40:2 42:8
  42:22 43:5,7
  53:17 68:12,19
  87:1 93:5 111:10
  112:15 116:6,7
  120:5 150:2
  176:18 179:7,9
  181:12 193:4
  195:17 196:1,3
month's 186:15
morning 6:10 8:11
  8:15 20:6,19
  54:15 77:6
Mosely 14:12
mother-fucker
  160:18 162:14,16
motors 90:7
mouth 93:19
move 13:1 15:10,19
  141:7 177:7,7
  178:14
moved 6:22 15:7
  45:2 178:3
moving 14:23
  141:12

---
N
---
N 1:16 3:1 59:11
  91:13 92:16 105:8
  105:17 106:10,23
  107:13,21 108:20
name 6:3 13:16,17
  13:21 16:14 21:12
  33:23 34:1,8,16
  34:20 38:20,23
  64:18 65:15
  145:11 147:6
  159:2,4 164:3
  177:14 183:9,12
  183:19 184:16,22
named 36:2 183:12
  184:19
names 14:2 35:7
  44:5 87:14 109:4

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

**nasty** 62:17 85:9
**Nathaniel** 29:13
  33:3 36:15 37:16
  37:17 38:6 53:21
**nature** 92:13 105:3
**near** 146:1
**necessarily** 109:2
**necessary** 2:10
**need** 5:18 77:23
  125:15 135:9
  170:9 174:21
  190:8,9
**needed** 16:14 32:16
  42:3 51:2 88:23
  145:1 159:19,22
  160:2,18 187:17
**needle** 31:14
**needs** 8:5
**neither** 197:15
**never** 27:11,12
  35:15 48:20 63:20
  63:23 64:18 65:23
  72:19 73:17 86:10
  91:10 95:20
  101:14 108:9
  113:5 148:12
  149:15 154:11,12
  156:19,22 157:7
  158:8,14,21
  162:17 166:6,21
  175:14
**new** 110:22 179:6
**nigger** 61:1 62:13
  63:3,6 64:21
  83:20 84:9,10,19
  88:11,23 93:9,20
  94:14 105:23
**niggers** 58:4,7
  62:19 64:13,18,19
  93:17
**nine** 9:19
**ninety** 110:18
  111:3 147:14,20

**ninety-eight** 8:23
**ninth** 130:21
**normal** 8:7,14
**north** 4:13 11:16
**NORTHERN** 1:3
**note** 121:12 122:10
  126:14 127:13,4
  128:1,21 129:17
  130:8 131:6
  134:21 135:18
  137:5 148:16
  151:1 169:3
  186:20
**notes** 113:9
**notice** 2:18
**noticed** 187:3,4
**notify** 12:18 118:12
**November** 113:22
  114:1 153:1
**number** 1:5 7:15
  21:15 78:20
  121:14,17 122:12
  122:16 125:6
  126:16 127:5,16
  128:3,23 129:19
  130:10,14 131:8
  134:23 135:4,20
  137:7 148:18
  151:3 186:22
  187:5
**numbers** 69:23

**O**

**O** 1:16
**object** 39:20 51:19
  78:22 102:4 141:2
  141:7 150:22
  175:17 194:17
**objection** 12:3
  175:20 194:23
**objections** 2:10,13
**obviously** 11:6
  85:15
**occasion** 79:9

153:23
**October** 136:11,13
**odd** 32:3 135:12
  183:8
**offensive** 105:14
**offered** 2:15
**office** 25:18 94:5,8
  100:8 102:10,15
  102:15 114:7
  163:9,14,17
  167:18
**offices** 1:22 5:6
**off-and-on** 45:22
**oh** 23:22 64:4 66:5
  68:11 69:23 91:16
  93:4 114:13
  128:18 132:18
  150:2 191:8
**oily** 173:9
**okay** 5:21 6:12,17
  6:20 7:2,7,9,14
  9:9,17 13:19 14:2
  14:4 17:10,15
  24:1,16 26:11
  27:1 29:21 38:22
  40:16,23 42:2
  44:7,17 50:8
  52:19 53:4 54:11
  54:14 55:9,15,22
  59:10 62:7,14
  65:10,14,16 66:4
  71:1 72:9,15 73:5
  73:18 76:1,8 78:4
  82:8,16 85:7
  92:18 93:7 94:21
  95:10 97:23 98:14
  99:12 103:2,6
  108:16 110:14
  111:11 114:15
  115:22 116:5
  117:22 119:14,18
  121:2 124:17,20
  125:5 126:9

127:12 131:4
**132:18 133:6
134:7,19 136:10
136:19 139:10,12
142:12,15 143:15
145:6,14,16,18
146:5 147:5,9,13
149:18 150:6,11
153:22 154:18
156:18 157:12
159:18 164:7
166:1,5 168:11,23
169:7 170:16
171:19 175:3,13
176:10 178:3,13
179:17,22 180:13
182:19 183:9
184:11,19 185:21
186:11 188:12,19
189:9 190:20
191:2 194:19
195:8,15,19 196:6**
**old** 34:4 177:15
  178:22
**older** 52:13
**once** 39:16 40:2
  53:19 61:13 66:14
  70:19 91:15,15,16
  104:12 150:11
  184:4
**ones** 104:9 108:17
**one's** 81:13
**one-by-one** 42:8
**openings** 180:1
**opinion** 52:2 132:9
**Opportunity**
  133:22
**oral** 5:10
**order** 81:18
**orientation** 19:14
  21:2,14,20 22:1,4
  25:7 27:20 28:7
  30:14 124:3

125:10 127:10
129:10 130:4
**outside** 11:17,19
  20:23 46:7 69:19
  69:20 72:23 73:12
  120:19 184:9
**overheard** 94:17
**overseeing** 26:7
**overtime** 9:12
  182:14 186:16
**over-the-counter**
  185:6,7
**owed** 60:8

**P**

**P** 1:16
**packet** 156:11
**page** 3:8 122:17,18
  122:23 123:2,8,13
  124:4,5 125:6,23
  131:17,21 132:15
  133:20 135:11
  156:19 163:21
  189:19 191:4
**pages** 130:15
  135:12 191:2
  192:18
**paid** 9:12,14 22:18
  75:9,13,17,22,23
  82:4,5 109:13
  157:18 168:15
  182:17
**paint** 31:11,12,14
  35:15,16 37:14
  46:18,22 60:4
  73:7 177:1
**painted** 32:17
  35:11 48:19
**painter** 34:15
  158:23
**painting** 18:2,6,17
  31:13 32:2,5,7,14
  32:15,16 46:13
  47:1 50:19 72:22

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

73:2 88:17
**paper** 124:1 125:3
  139:17 189:3
**paperwork** 17:18
  19:10,12,16
  123:22 124:12,16
  126:6
**paragraph** 133:11
  152:23 153:6,7,23
  157:12 158:12,22
  164:7 169:1
  172:13
**parents** 13:14 14:2
**park** 17:14 69:18
  70:5,8
**parked** 69:20
**parking** 70:18
  71:22
**part** 11:9 23:11
  52:17 122:3
  127:10 134:4
  167:14 168:20
  169:2 175:19
**particular** 29:22
  35:9,10 87:9
**particulars** 104:8
  191:4
**parties** 1:19 2:13
  197:16
**parts** 37:5 62:6
**part-time** 186:3
**pass** 110:8,8
**passed** 98:1
**Pat** 38:7
**Patrick** 29:6,8,22
  30:9 36:16,17
  37:9 38:6 66:5
  88:11 89:20 90:11
  91:4,21 92:12
  93:9,22 94:4
  99:16,18 106:5
  113:15 116:17,19
  117:8 118:3 161:8

161:12,15,19,19
  162:4,11,23 163:3
  163:5,8,9,12
  191:21
**PATRICT** 1:7
**Paul** 141:22
**pay** 60:6,9,17 67:5
  67:7 68:15,15
  76:5,11 80:14
  81:18 105:11
  114:18,19 115:17
  119:3 121:6 148:5
  148:6 149:5
  157:14,15 178:1
  178:18 180:10
**paycheck** 148:7
  169:3,13,14 170:7
**paying** 74:4 77:4
**people** 18:23 22:21
  28:3 35:19 36:6
  38:1 43:23 44:2
  50:16 51:4 52:7,8
  55:4 58:3,23 59:2
  59:5,7,8 62:10
  68:1 83:2 90:9
  98:12 108:23
  112:12 120:11
  147:10 150:8
  181:3 187:19
  192:7
**period** 42:19 43:3
  115:11 134:16
  168:1 171:15
  178:16 190:12
**permission** 190:14
**person** 41:19 61:2
  63:12 82:20 93:19
  123:14 140:21
  146:21 154:16
  192:6
**personal** 39:17
  40:4
**person's** 143:8

159:2
**Pettaway** 1:22 3:6
  4:4,5 5:7,18 11:2
  11:8,13 12:2,6,10
  12:20 13:4 39:20
  51:19 52:1 78:22
  102:4 125:13,17
  135:13 138:7,12
  139:6,10 140:14
  141:1 142:3,7,13
  142:16 143:5,15
  143:18,21 144:6
  144:10,17 145:18
  145:22 150:22
  172:8 175:17
  193:21 194:2,19
  195:1,20
**phosgene** 94:10
  110:1
**phrase** 138:19
**phrased** 172:10
**pick** 54:15,18,21
  101:10
**picked** 55:21 57:3
**picking** 59:5
**pink** 170:4
**pinpoint** 96:2
**pinpointing** 86:4
**pipe** 51:17
**pipes** 32:15
**pissed** 64:23
**Pizza** 179:19
**place** 154:5 177:7
  178:14
**places** 122:1
**Plaintiff** 4:3
**plaintiffs** 1:8 28:10
  28:17 29:4 32:22
  39:3
**plant** 23:21 35:14
  35:23 36:10,18
  37:2 38:13,13,13
  38:16,16 39:2

40:7 42:9,10
  44:10,16,18,19
  45:2,4 50:9,21
  53:4 73:20 76:3
  89:6,16 101:5,19
  101:20,20 102:2,9
  102:18,22 154:1
  160:14
**plants** 38:8 94:10
**plastic** 172:18
**play** 58:5,5
**pleadings** 138:18
**please** 6:4 106:1
  133:21
**plugs** 47:7,12 48:14
  48:23 49:4,9
**plus** 108:13 170:6
  183:5
**point** 22:20 67:6,17
  68:20 73:22 77:3
  82:8 109:12,16
  121:12 122:10
  126:14 127:3,14
  128:1,21 129:17
  130:8 131:6
  134:21 135:18
  137:5 148:16
  151:1 183:6
  186:20
**pointed** 31:13
  134:18
**pointing** 98:9
  125:13,18 138:15
  138:18 155:19
**pole** 46:9,10 67:15
  72:3,4,5,7 73:15
  84:13 87:8 97:14
  100:7 163:10
**polices** 132:11
**policy** 27:9 131:22
  132:21 133:22
  135:7
**pool** 12:12,17,21

**position** 18:7 31:21
  142:23 143:22
  150:17
**possible** 78:17
  176:1
**pot** 51:3,4
**Practices** 122:5
**Prattville** 14:21
  180:4
**present** 4:16 84:4
  118:4
**pressure** 46:15
  167:12 173:2,2,5
**pretty** 37:12,23
  51:17 121:2 183:4
**previous** 24:16
  123:4,10 147:17
**pre-test** 22:17
**primer** 32:10,12
**Prince** 116:13,21
  118:6 140:13
  141:14,14 143:20
  144:4 145:7
**Prince's** 188:8
**prior** 2:15
**privilege** 145:20
**privileged** 141:11
  141:16,18 143:4
  143:16 144:21
**probably** 5:18
  23:23 36:4 40:21
  41:12 42:17 49:16
  50:5 53:16 56:5
  62:20 64:7 67:14
  68:18 69:11 84:1
  86:5,13,17 87:1
  93:4,5 95:15
  96:19,19,19 98:3
  100:13 101:7
  103:5 111:3,9
  112:15 114:9
  115:3 120:5 150:2
  153:21 155:17

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

165:5 171:14
180:12,17 182:7
184:2,3 186:15
189:6 195:13,14
**problem** 112:1
115:6
**problems** 15:20
59:1 193:18
**procedure** 5:4 69:4
**procedures** 132:11
**proceedings** 5:11
196:8
**produce** 8:5
**produced** 5:14
**Production** 187:2
**profanity** 91:22
159:16
**Program** 135:8
**promise** 119:3
**promised** 147:14
147:18
**protection** 48:12
**protective** 47:9,13
47:15 48:2
**provide** 134:12
**provided** 5:3 48:12
**providing** 133:1
**psychiatric** 185:4
**psychological**
185:4
**pulled** 67:18 78:7
81:20 98:17 118:6
118:6
**pump** 179:5
**put** 8:2,2 12:14
31:23 32:10,12
44:19 89:4 109:16
117:18 124:22
138:17 140:3,9
141:20 142:1
143:2 144:12,15
154:13 170:8
182:3 190:1

**putting** 32:11 89:11
109:15 182:7

_____
### Q

**question** 33:14
39:21,22 42:18,23
51:20,21 74:17
78:23 95:16 106:2
119:2 126:5
127:20 137:22
138:13 139:7,14
140:19 141:5
143:7 150:23
154:8 172:9
175:18
**questioned** 188:9
**questioning** 188:14
**questions** 2:11,12
12:9 62:16 67:2
85:8 118:21 197:9
**quick** 71:12 121:9
168:9 192:20
**quit** 10:7,11 14:18
15:16 73:16,17
113:2 163:22
181:8,8 182:20

_____
### R

**R** 197:1
**race** 26:21 65:17
**racial** 23:5,5 57:15
57:16 58:2 59:19
59:20 60:2 61:16
65:1,3,5,16 82:17
88:7 92:13,15
93:12 104:23
105:3,7,8 111:13
112:8,9 159:9
**racially** 61:15
105:14 111:14
**racism** 115:6,8
**racist** 154:2,22
155:2
**racks** 51:12

**radio** 116:16 117:4
**Ragland** 28:16
29:15 33:5 38:5
39:3,18 40:5,23
41:7 42:7,13
43:16 45:10 53:20
54:3,4 55:6,16
57:1 64:21 107:17
116:18 174:23
195:5
**rain** 68:15 71:11,13
75:7 76:19 77:19
79:12 80:10,14
105:11 114:18
**rained** 73:3 157:16
169:9
**raining** 67:12 71:15
71:23 72:6,17,17
73:9,10,14,20
74:1,6 75:2 76:3
81:21 115:7
156:20 157:8
169:11,23
**rainy** 68:3 69:6
75:15,21
**raise** 109:15 110:15
110:19,23 111:8
136:12,20 137:2
142:5 147:20
153:1,18,19 175:5
175:11,11
**Ralo** 29:17 38:9
41:16 55:20 56:6
63:21 64:1,4,6,9
97:12,14,15 98:8
98:16 99:4 164:8
170:23
**Ralph** 14:3
**reacting** 59:7
**read** 5:19 132:21
134:1,4 168:18
169:1
**reading** 2:3 5:21

21:6
**ready** 6:14 48:18
90:21
**real** 47:22,23 49:10
64:11,12 104:18
121:9 136:3 159:2
159:4 161:23
173:7,9 185:13
192:20
**realized** 86:7
**really** 6:22 18:3,14
30:6 45:23 49:19
60:10 83:4,13
95:8 109:17
111:18 126:8,8
135:10 136:17
144:20 145:21
147:1 154:13
156:10 165:1,15
174:8 175:11
182:2 183:7
184:18 189:7
190:6
**reason** 11:1 15:18
56:9 80:15 123:16
133:13 137:22
150:19 158:4
164:23 165:8
169:15
**rebel** 65:2 104:22
105:1
**recall** 93:22 99:18
99:21,22 159:14
187:12
**receive** 137:2
152:23
**received** 27:4 28:8
28:13 80:14
105:11 122:4
136:12
**receiving** 76:5
127:9
**recognize** 121:19

184:17
**recollection** 42:11
121:2 124:11
**record** 12:15
113:12
**recordings** 113:16
**records** 120:4
**REDIRECT** 3:7
195:22
**Reed** 21:4 32:19
33:19 34:12 67:19
77:6,17 78:1,3,5
79:23 84:21 87:11
90:15 92:19,21
94:11,20 100:19
105:9 121:1
149:11,12,18
150:12 154:1,10
154:11,22 155:6
159:8,17 160:16
160:21,23 161:9
161:12 162:5,11
162:23 163:1,2,3
163:6,12,15 164:6
173:11 175:14,21
195:3,3,9
**Reed's** 79:15
**refer** 59:11 162:13
**refresh** 138:19
**regard** 68:15 82:3
132:6
**regular** 33:15 47:3
49:23 69:8 106:9
181:20
**regularly** 37:12
120:11
**regulation** 127:11
132:2
**rehired** 192:10
**related** 13:8,12
**relating** 2:7
**relation** 195:15
**relationship** 53:5

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

relatives 10:21
  11:14,21,23 13:6
  14:4
relevance 12:3
relevant 13:5
remember 16:2
  17:10 18:9 19:8
  19:11 20:20 21:5
  22:2 24:1 26:6
  29:8,21 32:21
  34:1,20 35:4,6
  40:23 41:6 42:6
  44:4,21 57:19
  58:13,17,21 59:18
  59:22 61:5,23
  62:3,5,8,8 66:19
  66:22,23 68:8
  80:6 81:1,3 83:5
  83:13,22 84:3
  86:1,2 87:9,14,21
  89:8 90:23 92:1
  93:3 95:22 99:9
  100:12 103:4,10
  104:4 105:12
  106:2 109:4,7
  111:1 112:6 114:8
  115:15 117:22
  118:1 119:6 120:1
  120:1 122:5
  123:14 126:8
  127:9 129:8
  130:17 135:10,16
  136:2,17,19
  147:16 152:11
  154:4,7 161:13
  162:4,7 164:3,4
  188:4 195:13
remembering
  126:6
remind 21:8
rent 177:19
repair 178:21
Repeat 39:23

rephrase 52:4
report 26:16,22
  95:1 133:8 158:16
  158:18
reported 57:11
  158:14
Reporter 2:19 5:1
  5:17 121:13
  122:11 126:15
  127:4,15 128:2,22
  129:18 130:9
  131:7 134:22
  135:19 137:6
  148:17 151:2
  186:21
REPORTER'S
  121:12 122:10
  126:14 127:3,14
  128:1,21 129:17
  130:8 131:6
  134:21 135:18
  137:5 148:16
  151:1 186:20
representative
  21:23 24:8,15
  124:2
representatives
  27:8
represented 117:6
represents 197:11
Request 187:2
require 47:16
Resource 133:16
respective 1:19
response 154:7
  156:7
rest 42:15 169:1
result 197:18
retaliated 138:2,16
retire 192:15
review 134:2
reword 188:5
re-write 188:6

Richardson 1:20
  3:3 5:9,13 6:5,6
  13:16,18,21 14:3
  29:11 121:23
  175:15,23 176:7
  191:5
Richardsons 13:12
ridden 97:17
  170:20
ride 69:14 170:23
  171:9
riding 55:4 62:20
  65:12 68:1 77:19
  85:16 86:7 97:19
  101:4 153:23
right 6:3,18,21 7:4
  8:7,12,20 9:20,21
  10:5,17 11:13,20
  11:23 12:14 13:11
  14:6 15:18,21
  16:7,10 17:13,17
  19:5,8,17 20:18
  21:7,9,10,13,16
  21:20 22:4 23:1
  24:1 25:16,21
  26:11,16,18 27:7
  27:18 28:2 30:9
  31:8,16 32:5,9,20
  33:22 35:18 36:2
  38:11 39:10,14
  40:11,14 41:6,10
  42:5,18 43:18
  44:4,14 45:4,18
  46:13,20,23 48:10
  49:2,7,13,17 50:3
  50:6 51:15 52:3
  52:17 53:22 54:7
  54:20 55:5 56:13
  56:22 57:5,13,18
  60:10 61:5,8,13
  61:21 63:15 64:2
  66:7,23 67:4 69:3
  69:18,21 70:5,8

70:20,20 72:7,15
  73:11,22 74:9,13
  75:1,11,19 76:14
  76:21,23 78:1,9
  78:14,17 79:8,14
  79:22 81:3 82:1
  83:5,12,15 84:15
  86:9 88:1,4,10
  89:17 90:9,16
  91:12,21 92:12,15
  93:10,21 94:7,8
  94:14,21 95:10
  96:6,11 97:1,8,15
  98:5,10,19 99:4,9
  101:1,13,17 102:1
  104:4,19 105:6,16
  106:21 107:8
  108:8 111:1,11,22
  112:6,17 113:8,20
  114:10,15,18
  115:15 116:12
  117:1 118:2,8
  119:2 120:9 121:8
  122:8,15 123:8,12
  123:16 124:17
  125:1,2,5,9 126:1
  126:3,5,19 127:1
  127:12 129:3,15
  130:1,6,17,20
  131:1,17 132:3,15
  132:16 133:20
  136:3,10,11,16,22
  137:3,13 139:18
  140:11,23 142:6
  143:12 144:6
  145:3,22 146:10
  146:12,20 147:23
  148:8,14,21 149:2
  149:23 151:6,10
  151:16,23 152:21
  153:11,17,22
  154:21 155:1,5,12
  155:23 156:6

158:5,11,22 159:7
  159:14 160:15,23
  161:7 163:21
  164:17 165:12
  166:5,15,22 167:8
  167:14,16,20
  168:20 171:6,19
  172:2,10,13
  174:10,23 175:3
  175:13 176:15,19
  177:6 178:6 179:8
  179:15 180:2
  181:11,13,23
  182:4,9,19 184:12
  185:2,15 186:2
  187:7,12 188:15
  188:22 189:13,23
  190:8,17,19,21
  191:1,13 192:23
  193:6,17 196:4
rinse 173:8,14
rinsing 174:17
ripped 60:6,11,14
  61:3
Rise 65:7
Robert 33:19 61:17
  62:8,21 63:1,16
  64:11 65:1,10,14
  65:19 66:12,21
  67:20 68:6 76:16
  77:11,12 79:9
  82:19,22 83:15
  88:18 89:18 90:2
  90:10 91:3,12
  92:16 103:2
  104:10 112:11,18
  113:2 114:12
  115:20 119:5
  120:14 158:12
  159:8,9,12,15,18
  159:22 160:15,21
  161:1,16 162:1
  163:1,2

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Robert's 33:22
34:1
rode 53:10,12,18
55:20 74:22 75:20
79:15 80:13 87:15
91:7 102:5 119:21
120:11 157:18
170:22
roller 46:19,22
roofing 181:9,16,17
183:3,7 186:2,8
room 46:7 94:6,7
173:20
rooming 177:23
routinely 138:1
row 70:12
rules 2:7 5:4 96:7
127:11 132:2,5
running 49:5
rust 31:15 32:10
rusted 178:23
RV 17:14

**S**
S 1:16 3:10
safe 122:5 133:1
safety 22:6,6,8
47:11 48:6,23
133:16
salt 172:22,23,23
sandblast 50:14
sandblasted 48:20
sandblasting 48:15
48:18
Sanders 1:22,22
4:3,3 5:7,7
sat 174:7 178:18
180:13
satisfied 145:19
saw 26:13,19 51:22
52:5 66:11 68:5
76:15 82:12 86:15
104:15 120:9
161:8,11 189:2

192:20
saying 12:11 24:4
29:8 59:18 62:17
72:7 90:11 94:15
94:17 108:14
112:18 116:5
142:4,8 144:2,3
147:16 153:14
170:4 182:16,22
190:21
says 19:9 121:22
122:3,20,22 123:3
123:13 124:5
129:5 130:21
131:18 132:16
147:13 152:23
155:5 156:19
157:13 158:14,23
159:7 161:7
163:22 165:12
166:5 168:11,15
168:16,21 175:3,4
181:5 185:4
189:21 190:2,3
191:4
scale 136:6
school 9:23 10:3,11
10:15
scream 49:19
scribble 186:12
scrimmage 22:16
seats 62:18 85:10
second 122:17,23
124:4 125:6
133:11 167:12
189:19
security 7:15,16
69:15 70:3,10
129:6
see 9:20 10:22 18:3
23:21 24:8 30:1,7
31:16 39:2,9
45:16,20 48:21

57:14 61:14 71:18
72:5 73:16 88:13
91:10 98:12,16
115:22 116:10,12
120:19 124:21
129:8 132:19
133:21 137:23
139:2 142:18
144:4,17 147:1
150:8 153:5 163:4
163:12 164:17
168:20 169:7
173:15 174:12,21
175:1 187:21
188:6,8 189:20
seeing 136:2
seen 63:9,21 64:1
64:10 86:10 99:16
99:17 102:10
136:4,8,9 137:11
148:22 151:8
163:7,8,9 164:14
165:23 183:17
187:16
selection 11:1
Selma 1:23 4:7 5:8
7:2 14:23 15:6,19
17:11,14,15 53:5
53:5 56:2,4,6,7
74:6 177:13
179:13 181:18
send 37:4,13,15
38:7 41:14,15,16
41:23 43:11,23
44:2 63:15 64:10
65:3,23 72:19
80:23 95:17 115:9
140:11,20,21
142:10 143:9
144:8,9,11 190:7
190:12 191:1
sends 73:17 165:7
sent 41:18 43:17,20

63:22 64:2 68:23
69:2 95:12 96:13
96:15 97:11 98:18
99:5,7,14,23
100:5,11,15
101:11 113:21,23
141:17 145:1,3
147:3,11 149:2,9
150:4,11,12,14
156:7 160:13
171:11 173:19
176:12 190:11
191:13 192:3,7
196:3
sentence 152:22
153:5,8 155:5
168:13 175:14
sentences 168:14
separate 72:9
114:16
September 196:2
serve 12:11
SERVICES 1:11
set 178:21
seven 8:18
seventeen 14:14
seventy 8:22,23
sexual 22:10 23:1
sexually 26:14
shift 8:7,21
shirt 65:8
shit 92:10 94:14
162:1
short 41:13 189:16
shoulders 166:12
167:3
show 56:14 67:6
68:15,21 69:6
71:20 72:20 74:5
75:7 76:5 77:4,20
78:19 79:11 81:18
81:23 82:9 96:18
109:13 114:19

115:7,10,17 119:3
119:15 148:22
151:7,7 157:14,15
157:18 166:16
167:21 168:1,12
168:21 169:12,16
169:22 170:1
187:1
showed 37:23 69:4
75:8,15,21 76:10
82:4,6 96:19 97:9
97:10 99:14
108:12 118:5
119:4,7,11,16
120:10 121:3,5
123:21 128:14
156:20 157:7,13
157:17 158:7
166:18 188:2
191:9
showing 22:6 76:4
82:9 98:8 104:11
115:9 118:17
128:12 132:6
shutdown 186:16
sic 164:22
sick 55:9,19 56:8
185:10,13,16
side 40:22 41:5
78:7 101:5,6
160:14 176:23
sides 89:5,5 102:9
159:23 192:18
side-by-side 45:14
45:15
sign 5:19 110:23
signature 2:3
121:10,22,23
122:18 126:21
127:20 128:9
129:5
signed 122:20
124:7 125:6 126:1

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

126:2 128:14
151:10,11,17,21
191:3
**signing** 5:21 187:13
**similar** 24:17 76:12
187:22 188:7
**single** 104:1
**singled** 52:8,9
**sir** 6:4,13,16,19 7:3
7:11,13 8:16 9:8
9:16,22 10:6,9,12
10:16,18,20 11:22
13:15,20 14:1,5
15:5,7,15,17,23
16:3,6 17:9,16,19
17:22 19:4,7,22
20:5,10 21:23
22:3 23:7,9,13,22
24:12,18,20 25:12
25:15,20,23,23
26:17,23 27:6
28:5,9,14 29:3,7
29:10,14,16,18,20
30:11,13,23,23
31:3,20 32:4
33:16 34:13,17,21
35:3,8 36:8 37:10
37:19,21 38:2,15
38:21 40:13,15
41:9,21 43:12,19
44:6,9,11,13,15
45:3,7,12 46:3,5
46:16 47:4,6,8
48:4,9,14 49:6
50:2,7,7 52:10
53:12,16 54:10,16
55:2,8 56:1,18,21
57:4,8,12,17
58:10,12 59:13,15
59:17,21 60:20
61:4,10,12,17
63:9 65:13,15
66:3,17,22 68:16

69:1,11,17 72:8
72:14 73:4,21
74:3,14,20,23
75:10,18,23 76:20
76:22 78:7,16,21
79:3,5,7,13,17,21
80:5,11 81:2,19
82:7,15,21,23
83:19,21 84:17
85:3,13,17,20,23
86:18,20 87:4,17
87:20 88:6,9,12
88:14 89:10,19,21
90:14 91:5,14,20
92:14,17 93:11
94:18 95:5,13,19
95:21 96:1,5,10
96:17,23 97:19
99:11,20 101:19
101:23 103:12
104:9,13,17 105:5
105:15,19 106:4,7
106:11,14,17,20
107:1,4,7,10,12
107:16,18,20
108:1,3,5,7
109:10,12,22
110:13 111:7,9
112:19,22 113:1,4
113:7,11,14,19
114:3,14,17,20
115:14 116:11,20
116:23 117:3,7
118:14,19,22
119:1,16 120:8,12
121:4,7,21 122:2
122:7,19 123:1,5
123:7,11,15,19,23
124:6,9 126:4,23
127:11,22 128:8
128:11,16,18,18
128:19 129:7,11
130:5,16,19

131:14,16 132:1,8
132:14,20,22
133:10,18,23
134:3,6,9,11
136:5,7,13,15,21
137:12,17,21
139:16 140:1,4,4
140:10 143:11,13
145:2,9,13,15
147:8,12,15,22
148:11,13 149:1,6
149:10,12,22
150:5,16,21 151:9
151:13,15,22
152:5,7,10,18
153:10 154:3,6,9
154:20,23 155:2,4
155:8,11,15,22
156:2,5,11,11,15
156:17,21 157:1,3
157:5,9,11,19,21
158:6 159:1,3,5
159:11,13 160:22
162:6 163:20
164:2,14,16,20
166:4,10 167:5,7
167:10,11 168:7
168:10 170:12,15
170:19,22 171:3
171:18,21 172:7
172:11,15 174:14
174:16,20,22
175:2 176:3,5,9
176:14 177:9,18
178:5 180:16
181:19,22 182:13
182:18 184:7,10
184:13 185:20
186:1,7 187:11,23
188:3 189:22
190:16 191:6,10
191:12,17,20
192:1,5,9,12,16

192:22 193:8,10
193:13,19 194:8
194:11,16 195:11
196:5
**sister** 177:2,5,7
178:4
**sisters** 13:19
**sit** 46:11 67:11
71:23 73:15 110:5
180:7,17,19 184:1
186:12
**site** 17:4 20:2 25:19
36:20 102:16
170:18
**sitting** 12:7 72:3
110:11 161:14
163:10
**situation** 22:10
75:14
**situations** 75:19
**six** 8:18 78:18
96:20 116:6,7
179:7
**sixteen** 14:14
**sixth** 116:4
**sixty** 9:5,6
**slacked** 72:19
80:17
**slave** 64:14 103:9
**slept** 6:11 165:11
**slim** 183:5
**slip** 170:4
**smell** 65:20
**smelling** 85:10
**smelt** 65:22
**Smitherman** 34:9
66:10 67:19 68:6
76:16 79:8 87:11
103:15,16 119:5
184:11
**Social** 7:15,16
129:6
**somebody** 7:5

21:22 22:12 23:14
26:13,19 31:4
41:18 49:14 57:10
69:22 81:10
118:15 144:9
152:1 154:15
183:11 184:19
188:5 189:4
**son** 66:6 83:9
**soon** 71:8 80:21
97:12,13
**sorry** 29:13 92:18
125:17
**sort** 18:19 178:15
**sound** 136:10
**south** 11:16,17 65:7
**southern** 10:23
**Sow** 184:20,22
**so-and-so** 96:3
**SP** 13:22
**spades** 58:5
**speak** 108:18
**specific** 83:5 86:2
95:22,23 120:2
159:15 162:7
**specifically** 112:20
165:2
**speculation** 150:23
175:19
**spend** 102:21
**spent** 102:22
**split** 89:3
**spot** 112:5 146:10
**spots** 31:15 32:11
**spray** 51:3,3
**sprayer** 46:15,16
46:18
**spurt** 154:12
**squares** 182:3,8
**stages** 188:17,18
**Stakley** 123:13
**stand** 110:7
**standing** 51:8,13

90:10,16 92:21
98:10,15,23
109:18
stand-up 102:20
start 6:7 31:12 36:3
53:14 62:1 71:6,7
115:16 124:18,19
148:1 163:4
started 14:9 20:13
24:21 25:5 27:5
28:3,18 30:2,3,4
31:2,9 32:20 33:6
33:18 35:19,21
36:4 37:20,22
39:16 40:3 46:21
53:16,19 61:13,19
62:4,9 68:13,16
68:18 71:2 73:18
77:3 79:22 85:16
86:5,6 88:16,21
89:9 95:5 115:17
116:6 120:7
123:21 124:16
125:1,4 130:18
131:13 134:8
160:4 163:19
173:7
starting 6:6 30:8
60:3
starts 73:13
state 6:3 11:11,18
11:21 197:3
statement 133:22
150:20 157:20
STATES 1:1
stay 40:18,20 74:2
74:8 180:22,23
183:20 185:15
stayed 39:12 52:13
56:4,5 80:20
168:3 169:7
185:15,16
staying 177:2,12,22

steady 102:19,23
stenotype 197:9
step-son 66:10
Steve 183:12
stinks 62:21
STIPULATED
1:18 2:2,9,17
stipulations 5:5,17
stock 7:21,23
181:15
stop 72:6 142:22
stopped 72:16,17
113:6 179:5
stops 168:16
store 8:1,6 15:3
straight 31:23
Street 1:23 4:6,13
5:8 177:16,16,17
stress 146:6,11,17
stretched 27:15,16
stricken 141:8
strictly 146:13
191:15
strike 141:2,13
stuff 18:18,23 19:8
21:15 22:18 24:5
28:20 31:15 59:8
62:5,18 91:8,17
112:9,21 117:4
161:20 162:10
163:8 175:12
184:8 187:16
stupid 94:13
160:17 161:23
162:9
style 70:13,14
subject 58:13,14,18
sudden 173:7
sued 43:17 193:9
suffered 185:21
suggesting 117:9
suggestions 140:2
suing 28:11

suit 47:16 48:2
suits 47:14,20 48:1
sun 167:13
sundown 182:16
sunup 182:15
supervisor 24:6,9
24:11 95:7 133:14
133:19 156:22
161:8 163:23
164:5
supervisors 194:4
194:13
supposed 6:7 18:4
67:5,10,11,13
96:13 104:7
110:19 171:23
194:6
sure 8:2 17:20
22:18 29:5 30:6
40:1 63:15 110:8
117:5 121:10
126:9 138:4
172:12
swipe 70:2,6,15
71:8,10 72:2
swiping 77:7
switch 109:19,20
169:18
sworn 5:14
S-O-W 184:20

_____
T
_____
T 1:16,16 3:10
197:1,1
take 22:18 24:9
27:18 42:7 46:2
54:7,8 55:17 69:8
78:9 81:10 94:6,7
118:8 129:11,14
135:8,15 136:1
146:23 159:19,22
160:18 185:7
taken 1:21 10:13
197:8

takes 21:11,12
talk 16:15,21 18:13
19:18 20:12,18
22:22 27:8 28:6
28:15 49:5,7,10
49:23 50:5 58:1
63:1,4 64:11,12
82:18 91:2 93:18
95:14,16 105:22
106:15,22 111:2
115:18 117:20
118:7 140:15
150:6 152:8
160:11 163:16
170:16 183:23
184:1
talked 16:17 18:11
18:21 20:14 25:3
27:10,11,12 28:19
64:13,15,16 93:16
94:3,23 98:18
101:15 110:17,20
112:10 113:23
124:23 138:23
139:21 140:6
141:18 143:20
149:16 152:14
153:15 154:15,16
158:20 160:12
161:17 166:2
167:18 170:6
176:13
talking 22:13,14,20
22:21 23:2 25:3
28:12,18 29:22
30:3,4 57:20 58:2
58:4,23 60:16,16
62:9,10 71:5
82:19 88:23 92:7
92:8 94:10,19
95:3 97:5 101:21
105:17,22 108:19
108:23 112:3,11

112:12 118:23
136:19 152:1,3
153:2,12,19
155:10 157:14
158:12 160:17
166:19
Tammy 123:13
tanks 32:16 51:12
88:17 90:3 103:21
110:2 159:20
tape 113:16
tarps 159:19,21
Tarver 28:16 29:19
33:9 36:14 38:5
39:3,19 40:5 43:6
43:10 45:10 53:20
53:22 55:6 56:23
75:2 90:14 99:17
101:1 103:3 107:9
116:18 155:6
195:4
tell 6:8,17 7:14,22
9:23 14:7 16:7,10
18:9 23:10,15,20
30:9 31:8 42:6
47:9 55:14 57:18
61:2 66:15 67:9
68:20 69:3 71:23
74:18,21 76:9
77:8 78:10 79:18
81:22 94:1 100:15
101:1 112:17
113:18 116:14
119:12 120:18
121:18 125:15
135:14,23 141:13
143:2 146:12
156:3 159:14
161:11 167:16
168:18 171:2
176:19 179:8
191:18 192:3,20
telling 62:23 74:10

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 18

74:15 85:5 92:2,3
117:11 138:3
159:22 163:23
164:10
**temp** 179:20
**ten** 98:3
**tens** 169:10 186:15
**termination** 194:10
195:16,18 196:2
**test** 22:16 26:1,7
27:2,14,16,17,18
129:11,14 144:1
173:21
**testified** 5:15
123:17
**testify** 6:12 142:6
**testimony** 141:22
147:17 166:8
194:13,18 197:12
**tests** 129:9 130:3
**Thank** 193:20
**thanks** 156:14
**thereto** 2:16 197:9
**thing** 20:20 29:1
35:14,16 50:13,19
50:22,23 51:1,6
57:18,22 65:19
83:16 85:7 98:23
107:4,19 114:18
141:5 161:18
165:12 183:9
188:8 190:12
191:8
**things** 8:3 16:2
18:21 22:7,8 26:2
31:13 51:2,5
65:17 70:13,14
82:17,18 111:13
128:13 184:9
187:19 188:7
**think** 14:13 16:18
33:21 35:13,22
38:9 51:20 52:1

53:21 56:4,5 60:3
75:2 76:15 79:6
90:17 99:7 114:23
115:12 116:2
119:10 123:15
124:20 129:12
130:1,22 135:5
136:18 138:4
142:20 143:15
144:2 152:2
154:10 159:12
160:3 162:22
163:2 173:12
179:1 186:5
188:16
**third** 114:9 124:4
157:13 163:21
166:12,16 167:8
**thirty** 100:13 101:7
173:14 182:8
**thirty-four** 53:7
**thirty-three** 53:7
**thought** 25:10
57:15 59:19 61:15
65:17 66:12 74:15
92:13 95:8 97:20
98:22 105:2,13
111:13 114:15
154:2 169:16
173:6
**threatened** 162:17
**threats** 133:3,9
**three** 15:9 41:22
43:7 63:18 68:19
93:5 112:15 120:5
122:1 176:18
179:9 185:17
195:17 196:1
**throw** 88:20
**Thursday** 169:10
169:11,22
**Thursdays** 169:12
**time** 2:14,14 14:6

17:2,11 18:10
19:4 25:18 28:23
30:6,8 31:19
36:19,21 41:14,15
41:16,20 42:15
44:20 45:16,17
46:2,4 52:21,23
53:13 56:4 57:5,7
57:9,13 62:4,4,14
63:5 66:16,19
67:4,6 68:5,21
69:7 71:17,21,23
72:21 74:5,15
75:13 76:14 77:2
77:4 79:10 80:19
81:23 82:1 88:4
89:6 90:1,18,22
91:6 96:20 97:23
100:2 102:8,18,21
102:23 103:2,4
106:12 109:14
110:6,9 111:11
112:7 113:5,23
114:11,21 115:10
118:5 119:6,14,21
119:22 120:4,10
121:3 134:16
135:9 137:19
150:18 157:15,18
162:3 164:12
166:6 176:20
177:4,10,13
178:10,12 179:23
182:11 183:3
191:1 193:11
195:12
**times** 41:10 50:4
80:12 83:10 95:23
96:20 97:8 104:15
157:22 164:14
172:19 188:14
**time-and-a-half**
9:14

**tips** 22:7
**title** 141:23 143:9
145:12
**today** 7:18 16:1
64:22,22 69:9
154:19
**told** 15:14 16:15,18
18:5,8,17,19 20:3
20:5 31:12,20
60:1,3 65:22 66:4
66:5,6 67:23
71:16 73:20 74:1
74:3,5,7 76:2
77:17,21 78:8
80:22 83:16 97:16
101:9,11 102:12
103:22 110:18,20
111:19,20,23
114:4,12 117:19
118:16 120:22
123:20 124:21
137:1 140:18
154:9,16 155:6
159:19 160:9
161:16 165:3,10
165:10 166:11,13
166:15,15,23
167:17,21 171:3
172:3 173:11,13
174:2 184:11
190:16,17 195:4,7
**top** 51:12 85:9
108:13 153:6
163:22
**topic** 58:22
**tops** 62:18
**touch** 92:9 156:9
173:9 183:20
**tough** 183:4
**towers** 32:15 90:3
**trailer** 16:16,16,17
17:7 58:11 102:19
**trained** 8:3 18:5

32:18 60:4
**training** 10:14,14
23:2,11 24:17
27:3 28:8,13
29:23
**transcribed** 197:10
**transcript** 197:12
**transcription**
197:11
**Traveler's** 179:19
**traveling** 67:10
**treated** 68:14 82:3
**treating** 30:5
185:14
**treatment** 185:3,5
**treatments** 94:9
**trial** 2:14 13:1
**tried** 154:11,13,14
176:21 178:11
179:11,11,12,12
179:18,18,18,19
179:20 180:7,13
180:19 192:10
**truck** 77:13 194:22
195:8
**trucks** 54:6
**true** 26:19 107:2,11
107:19 108:4
157:2,20 197:12
**trust** 146:13,15
**try** 21:8 120:4
144:19 146:9
176:19 178:6
**trying** 11:10 124:10
138:8 144:7,20
145:20,21 161:3
176:23 179:6
180:3
**turn** 70:12,13,14,16
98:23 135:4 187:5
**turned** 14:14 97:15
**turns** 54:8,8
**Tuscaloosa** 15:8,19

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

TV 116:16 117:4
twenty-four 16:5
twenty-three-yea... 9:21
twice 59:14,14 66:14 104:12 184:4
two 14:16 21:3 35:5 36:4,5,12 37:8,18 39:15 40:2,19 41:4,8,21 42:8,19 42:22 43:3,5 53:1 53:3,17 63:18,22 64:1 67:5,11,15 67:21 69:6 71:20 72:1,4,20 73:13 74:5 75:8,12,16 75:21 77:16 80:6 81:23 83:3 87:1 88:17 89:5 90:2 94:1 97:6 99:3 102:17 103:20 111:3,9 115:7,10 118:3 125:21 129:12 130:15 150:2 157:15 159:20,23 164:14 164:15 165:4 168:5 177:22 188:13,14 191:2 192:7 193:4 195:10 196:3
type 35:10 139:3,19 141:8 191:10
typed 142:16 145:6
typewriter 139:15
T-shirt 65:6 104:22 105:1
T-shirts 65:2

_____ U _____

U 1:16
uh 8:5 22:10 46:11 51:12

Uh-huh 42:16 77:10 90:4 115:2 180:11
uncomfortable 108:14 117:18 181:2,3
underline 146:2
underlined 146:2
underneath 163:10 190:1
understand 13:4 24:10 26:18 39:22 53:9 132:23 133:6 141:22 169:2,5 194:12
understanding 17:23 21:17 30:15 30:20 31:6 132:4
understood 24:21 25:9 26:11 31:18 96:7,14 133:4,19
unemployment 176:21,22
unhappy 115:17
Union 1:23 4:6 5:7
UNITED 1:1
unknown 183:12
unlawful 133:2,8
unrelated 167:9
unsatisfied 114:22 115:8
use 60:21,22 81:14 81:14 91:22 105:17,22 106:10 106:23 107:13,14 107:22 108:20 138:1 141:9 172:17
Usual 5:17
usually 41:19 169:12,13

_____ V _____

vehicle 56:23 57:2

75:3
vehicles 54:6
verbally 166:2
version 189:17
Vezinat 4:16
video 22:12,15 23:2 23:11,11,16,21 25:13,21 26:7 27:12,13,15,19 28:19,20 30:12 129:13 133:5
videos 20:17 27:2 28:13 29:23 30:10 108:13 129:12
violence 132:17 133:3,3,9,9 135:7
voice 49:23
VS 1:9
vulture 63:7

_____ W _____

wage 136:6
wait 70:22
waited 70:18 75:8 75:12,16,21
waiting 12:8 20:22 63:14 69:12 72:5 72:16 98:20,20,21 98:22,22 120:19 164:8,13,18,21 165:2
waived 2:4,19
wake 74:2 75:1
walk 8:1 70:6,9,15 70:16,22,23 170:9
walked 70:20 97:13 98:1,4 164:1 165:3
walking 98:8,17 163:13
walks 62:23 165:6
Wal-Mart 14:21
want 42:5,6,12 52:21 59:4 77:21

117:15,17 121:9 130:2 135:5 138:2 138:4,22 139:7 141:1,7,11 142:5 142:17,18 146:7,9 146:17,18 147:10 160:1 169:6 180:22
wanted 24:23 25:9 26:16,22 46:12 54:13 58:4 67:3 68:3 75:4 117:14 117:15,19,20 126:12 133:7 146:6,7,16,17 147:9 148:9 172:12 180:23
wanting 160:8
wants 13:6
washing 167:12 173:2,3,6
wasn't 18:14,20 30:6 31:19 38:23 41:3 51:13 52:7 55:8 66:17 67:17 68:21 70:17 74:4 77:4 80:22 88:2 94:15 95:8 97:19 98:3 102:8 103:22 109:13,18,20 110:21 118:16 121:5 124:14 167:10 169:14 172:10 177:15 182:1
watch 25:16,21 27:19 109:17 110:3,7
watched 27:23 28:1 30:10 71:18 129:12
watching 20:17 27:1,14 28:12

110:12
water 90:2,3 103:20 172:23,23 173:6
way 37:1 55:1,7,8 61:22 62:22 69:1 78:15 79:19 82:13 86:4 102:2 120:9 132:9 141:9 146:20 158:1 159:21 168:15 171:1 172:10 175:9 197:17
ways 55:16
wear 47:7,10,11,12 47:13,14,15,19 48:1,11 62:22 105:1 110:4 166:13
wearing 22:8 167:4
weather 71:12,18 185:12
week 8:17,19,23 9:1,5 16:19 19:19 40:18,21 41:4,7 66:14 104:12 166:7,22 167:15 168:4 169:7,8,9 182:11 184:4
weekend 118:10 169:17 183:22
weekends 184:9
weekly 168:15
weeks 42:11 111:3 185:17
went 14:14,20,21 15:10 16:16,17,21 17:3 18:15 19:14 45:4 65:22 66:5,6 70:19 71:1 80:13 81:8,8 92:23 100:7 101:5 110:17,19 112:10

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

Page 20

114:11 115:18
116:10 120:17,21
123:17 125:10
129:9 130:21,23
131:2 133:5
160:12 161:17
163:15 167:18
171:3,15 173:7,8
173:9,10,22 179:3
179:6 180:3
weren't 24:13 28:2
56:11 80:15
120:22 178:11
183:7
West 193:16
we'll 36:23 42:7
95:14,16 136:1
183:23
we're 6:6 11:3 21:6
69:14 82:19 135:5
135:11 141:3
we've 12:7 21:3
105:6,8 129:23
135:12
wheel 179:3
when's 114:21
white 4:9 34:2,3,10
34:11,18,19,22
60:13,13 63:17
68:14 76:8 79:10
82:4,13 84:16
91:2 105:12
106:15 107:6,14
107:22 108:15
163:23 164:19
165:13,16,19,21
166:1 172:20
184:21
whoop 92:4
whooped 89:1
whooping 92:8
William 4:10 29:15
33:5

Winn-Dixie 14:15
15:1,3,11 16:21
17:1 178:7,10
179:11,15 181:7
withdraw 136:1
witness 2:4 3:3 5:9
5:14 183:16
197:13
witnesses 12:16,22
woke 74:6
word 59:11 60:21
91:13 92:16 105:8
105:17 106:10,23
107:13,21 108:20
138:15
words 60:22 103:10
137:23,23 191:9
wore 48:2,8,22,23
65:8 104:21
work 6:10 7:19 8:8
8:9,17,18 14:15
14:20,21 16:11
18:22,23 19:12,13
19:18 20:12 32:1
33:11 35:18 36:6
37:9 39:10 42:20
43:2 44:7 45:5
49:21 50:10 51:7
51:9 53:10 55:1,3
55:7,10,17 56:9
59:6 63:19,20
64:14 65:12 66:13
67:8,13,21,22
68:2,3 69:5,9 71:4
72:18 73:8,12,13
75:20 77:8,9,16
77:20,22,23 78:13
78:19 79:2,4,11
79:16 80:18,22
81:17 82:5,10
85:16 90:1 97:10
97:17,19 103:9
104:11,14,16

105:4 108:21
118:9,11,13
120:15,20,23
128:15 131:15,23
131:23 132:7,11
133:1 134:8
157:16,17 158:3,8
160:3 167:9
168:17 169:4,18
170:3,5,21,22
171:23 176:16
177:1 178:16
179:10 180:6
181:4 183:6 184:9
190:18
workday 39:4,16
39:17 40:6 45:9
worked 9:17 14:11
14:13,16,22 15:1
15:2,8 16:12 19:6
25:1 33:15 35:2
36:8,12 38:1 40:9
40:20 41:17 42:13
44:10 46:10 50:4
50:8 51:11 53:10
57:5,14 58:3,19
80:19 82:6 106:13
108:17 109:1
113:5 169:10
178:7 181:6
182:11,15 191:18
workers 59:12
working 7:18 14:9
16:20 17:1 19:2
20:1,13 21:17
24:22 25:5 27:5
31:2,9 32:20,22
32:23 33:2 36:3
36:22 38:19 39:1
40:3 43:4 45:14
45:21 49:3 53:6
57:20 59:1,3,8
61:13,19 64:20,22

68:7 69:14 71:2
73:12,23 76:19
77:14 87:22 89:23
99:9 101:17,19
102:2 109:9 115:6
116:6 123:21
124:18,19 130:18
159:20 179:19
182:20 186:15
192:21
workplace 30:18
132:17 135:8
137:1 150:7
work-related
167:10
World 15:8 179:11
worn 105:3
worry 74:7 76:2
worse 162:23 163:3
173:23
worth 186:16
wouldn't 39:8
47:20 50:5 58:6
63:11,16 64:8,18
65:3 67:7,8,16
84:11 108:9
109:14 115:10
169:20 170:7
190:23
write 113:12
137:13,14 138:11
139:7,22 151:23
152:1 191:7
writes 141:13
writing 127:21
137:16 138:20
written 194:7
wrong 70:20
wrote 82:22 137:15
138:5 139:2,10,16
139:16 142:14
144:4 152:2
188:23 189:3,4

191:5

X

X 3:1,10

Y

yards 38:18
yeah 11:6,19 14:17
19:13 23:17 25:8
38:5 48:4 51:22
60:13 65:15 70:14
70:21 75:5 77:14
80:19 82:11 90:13
90:14 91:23 97:22
108:22 124:20
125:8,22 126:11
139:9 144:15
153:9 161:10
162:12,16 167:2
167:21,23 171:5
172:1,5 174:10
182:15 184:21
185:1 186:10
189:12 190:2,21
year 14:13,22 15:2
19:21 96:22 103:4
180:18 183:4
years 14:17 186:18
yesterday 76:10
Yogi 36:14 55:11
55:19 77:18
111:16 154:15
170:6
York 20:14

$

$100.00 60:9,15
$20.00 181:9 182:4
182:10
$200.00 60:15
$30,000.00 180:12
180:20 186:11
$6.25 9:11,15
182:23

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trail Services

**$7.00** 14:12
**$8.05** 181:7
**$800.00** 182:11
**$9.00** 136:12 175:5
　186:14

___

**0**

**03** 79:23 80:4

___

**1**

**1** 1:23 3:11 4:6 5:7
　121:14,18 125:14
**1/2** 177:16,17
**10** 3:18 131:8,12,17
　131:21
**11** 3:19 134:23
　135:4,20 136:2,4
　177:16,17
**11:00** 64:7
**12** 3:20 137:7,11
　149:3
**12/26/02** 122:22
**121** 3:11
**122** 3:12
**126** 3:13
**127** 3:14
**128** 3:15
**129** 3:16
**13** 3:21 148:18,22
**130** 3:17
**131** 3:18
**135** 3:19
**137** 3:20
**14** 3:22 125:23
　151:3,7 187:22
　188:6,16,22
　189:11
**148** 3:21
**15** 3:23 186:22
　187:5 188:12
**151** 3:22
**17th** 191:3
**18th** 2:1
**186** 3:23

**194** 3:6
**195** 3:7
**197** 3:8

___

**2**

**2** 3:12 35:23 36:10
　38:13,16 42:10
　44:16,19 45:2,4
　50:21 101:20
　102:18 122:12,16
　125:6,18,19,20
**2/20/84** 7:16
**20th** 4:13 187:8
**200** 38:18
**2002** 122:21 124:8
　124:18 125:7
　126:3
**2003** 19:10 86:17
　124:19 128:17
　136:14 153:1
　156:19 159:8
　168:11
**2004** 191:3
**2005** 187:8,14
**2007** 2:1
**26** 122:21 124:5
　125:7
**26th** 126:2

___

**3**

**3** 3:13 126:16,20
**3:00** 8:9,14
**35203** 4:14
**36702** 2:1 4:7 5:8

___

**4**

**4** 3:14 127:5,9
**4:00** 8:9
**400** 4:13
**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** 7:17

___

**5**

**5** 3:14 38:13 49:16
　127:16,20

**5:00** 6:10 8:10,15

___

**6**

**6** 3:5,15 35:14
　38:13,17 39:2
　42:9 44:10,18
　50:9 89:16 101:20
　102:2,18,22 128:3
　128:7
**6:00** 8:10,15 20:6
　20:19
**6:30** 69:11
**67** 131:18,19,21

___

**7**

**7** 3:15 128:23 129:4
　131:18
**7:00** 64:5,6 69:10
　77:6 119:17

___

**8**

**8** 3:16 19:10 128:17
　129:19,23 130:2
　131:19 136:12
**8th** 123:21
**8:00** 64:6

___

**9**

**9** 3:17 130:10,14
**9:50** 5:8 6:7

___