ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-003

### Code of Safe Practices

Attachment Q03-B

Receipt, Acknowledgment, & Consent Form


EXHIBIT
1
Richardson

#### Substance Abuse Program

I (Print Name) _____Jack Richardson_____ have read and fully understand the Company's Substance Abuse Program and its policies and procedures. Further, I acknowledge that employment or continued employment with the Company at any project is subject to securing acceptable results on any drug screening tests for whatever the reason I was tested. I agree to be subject to future testing in accordance with this policy and understand that refusal to be tested or unacceptable test results subjects me to termination without prior notice.

| Employee Signature | | Social Security Number | Date |
|---|---|---|---|
| *Jack Richardson* | | 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 | 01-08-03 |
| Employee Supervisor (Print) | Signature | | Date |
| Johnny Crutchfield | *Crutchfield* | | 1-8-03 |

#### Consent For – Drug & Alcohol Testing

I (Print Name) _____Jack Richardson_____ do hereby give my consent to the Company and its authorized medical agent (Medical Review Officer) to collect a urine sample, blood sample, evidential breath test or other approved test and further give my consent to the Company or its authorized agent to forward the sample to an approved medical laboratory for performance of appropriate tests thereon to identify the presence of drugs or alcohol. I furthermore give the authorized laboratory my permission to release the results to the Company and/or Client if required.

| Employee Signature | | Social Security Number | Date |
|---|---|---|---|
| *Jack Richardson* | | 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 | 01-08-03 |
| Employee Supervisor (Print) | Signature | | Date |
| Johnny Crutchfield | *Crutchfield* | | 1-8-03 |

#### Receipt Acknowledgment - Employee Safety Handbook

My signature below verifies that I have received my copy of the Company Employee "Code of Safe Practices Handbook", along with orientation and testing on its contents. I shall comply with all the rules in the handbook and any other safety rules and procedures that relate to my job. Additionally, I will contact my Supervisor if I have any questions.

| Employee Signature | | Social Security Number | Date |
|---|---|---|---|
| *Jack Richardson* | | 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 | 01-08-03 |
| Employee Supervisor (Print) | Signature | | Date |
| Johnny Crutchfield | *Crutchfield* | | 1-8-03 |

*Note: This form must be filled out by new employees on the first day of employment and forwarded to the Regional ESH Office immediately for filing. If there is doubt as to whether this form is already on file, have the employee fill it out again!*

Case 2:06-cv-00497-WKW-SRW   Document 85   Filed 07/03/2007   Page 2 of 87

## Contingent Worker Background Checks: For GE Corporate

Requester Name: _Mansfield Industrial Services_

Address: _1325 W. Detroit Blvd_

City, State, Zip: _Pensacola FL 32534_     Phone: _850-477-6437_ Fax: _850-477-4473_

I would like the results via: _X_ Fax ___ Email     Email Address: _____

Applicant Name _Jack_      _T_     Date of Birth: _02/20/84_
First          MI                              MM/DD/YY

Social Security Number: _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_

Type of Background Check Requested::

| | | |
|---|---|---|
| _X_ | **Option A1:    Security Sensitive Positions** | Cost: $ 61.00 |
| | • SS# and GW List (Verification of SS# and previous addressed) | |
| | • Previous employers (7 yrs) | |
| | • Felony/misdemeanor check – **all** counties of residence for last 7 years | |

| | | |
|---|---|---|
| ___ | **Option A2:** | Cost: $ 68.50 |
| | Option A1, plus pre-employment credit check | |

**Additional Options:**

| | | |
|---|---|---|
| ___ | • Social Security / Government Watch List | Cost: $  4.00 |
| ___ | • Additional Education Checks | Cost: $  7.50 |
| ___ | • MVR (Department of Motor Vehicle Check, per state) | Cost: $  5.00* |
| ___ | • Contacting Applicant (as needed, as determined by GE) | Cost: $  5.00 |
| ___ | • County Criminal Check (per county) | Cost: $ 14.00** |
| ___ | • Credit | Cost: $  7.25 |
| ___ | • Employment Verification ( per employer, domestic only) | Cost: $  7.50 |
| ___ | • Education Verification ( per institution, domestic only) | Cost: $  7.50 |
| ___ | • Professional License | Cost: $  7.50 |
| ___ | • References (up to three) | Cost: $ 22.50 |
| ___ | • FAA License | Cost: $  8.00 |
| ___ | • FAA Drug & Alcohol Form | Cost: $  9.00 |
| ___ | • Statewide Criminal | Cost: $ 12.00* |
| ___ | • Previous GE Employment (upon submitter's request) | Cost: $  7.50 |
| ___ | • Reverification of Education | Cost: $  4.50 |

There will be an additional fee for education and/or employment outside of the U.S. Prices vary by country.
* Plus state fee
** County criminal record searches occuring within the following counties in the State of New York will be billed at $22/county due to court access fees. (Bronx, Dutchess, Erie, Kings, Nassau, New York, Orange, Putnam, Queens, Richmond, Rockland, Suffolk, Westchester)

To Expedite Processing Time:

1. Review application for completeness.
2. Keep the original employment application and fax a copy. Include a copy of the resume if available.
3. Send a completed copy of this form and signed authorization release form with the paperwork for each applicant. One form cannot be used for multiple applicants.

Signature: _Tammy Stahley_         Date: _1-14-03_

**Return To: ADREM Profiles, Inc. , 5461 West Waters Ave., Ste. 900, Tampa, FL 33634**
**Phone 800-483-9929                    Fax 888-862-3736**

**EXHIBIT**

_2_
_Richardson_

## Notification and Release

The information contained in my application for employment with _Mansfield Ind._ is true to the best of my knowledge and belief. I understand that any misrepresentation or false statement by me in connection with the application or any related documents which is deemed material by _Mansfield_ shall result in _Mansfield_ not employing me or, if employed, terminating my employment.

I understand and agree that all information furnished in my application and all attachments may be verified by _Mansfield_ or its authorized representative. I hereby authorize all individuals and organizations named or referred to in my application and any law enforcement organization to give _Mansfield_ all information relative to such verification and hereby release such individuals, organizations, and _Mansfield_ from any and all liability for may claim or damage resulting therefrom.

I hereby acknowledge that I have been informed by _Mansfield_ that _Mansfield_ may seek to obtain a consumer report and/or investigative report that will include personal information regarding me including but not limited to educational history, work references, and criminal convictions or arrest records if allowed, in order to assist _Mansfield_ in making certain employment decisions. I further acknowledge notification by _Mansfield_ that reports may be provided to _Mansfield_ by other firms subcontracted for that purpose.

I understand that if I am assigned to a customer contingent upon the results of my background checks, my assignment may be ended by _Mansfield_ if the results do not meet the customer's requirements.

rs, assigns and legal representatives, hereby release and fully discharge _Mansfield_, its parent and finiated companies and the respective officers, directors, shareholders, employees, agents of each, including subcontractors, rom any claims, monetary or otherwise, that I may have against _Mansfield_, its parent or affiliates arising out f the making, or use of, either a consumer report and/or investigative report.

List all names that you have used during the last seven (7) years (including married, maiden, and aliases):

Name (First, Middle, last)                                     Date(s) Used

_Jack    Thomas    Richardson_                        _12-26-02_

_____                        _____

_____                        _____

_____                        _____

Date of Birth (Month/Day/Year): _02-20-84_

Social Security # _424-187-8551_

Driver's License # _7094220_                      State _AL_

Applicant Name (Please print): _Jack Richardson_

Applicant Signature: _Jack Richardson_

Date: _12-26-02_

List all addresses for the past seven (7) years:

Current Address:                                    Dates Resided:

Street: _____209, Foulk Av._____                   From: _9-01-02_
City, state, zip code: _Selma AL. 36703_           To: _12-026-02_

→ Previous Address(es):

Street: _225 co. Rd. 525_                          From: _7-01-84_
City, state, zip code: _Selna AL. 3670S_           To: _5-20-99_

Street: _____           From: _____
City, state, zip code: _____            To: _____

Street: _____           From: _____
City, state, zip code: _____            To: _____

Street: _____           From: _____
City, state, zip code: _____            To: _____

Street: _____           From: _____
City, state, zip code: _____            To: _____

→ (List on separate page if necessary for additional addresses)

## Employment and Education

Starting with your current or most recent employment, list all previous employers. Include self-employment, military service, summer and part-time jobs for at least the last seven years. Include <u>at least</u> your three most recent employers, if applicable. If you need more space, continue on the back of sheet. Must be completed in full for each employer.

**Employment:**

| Company Name: WINN-Dixe | Start Date: 02-01-002 | End Date: | Position and Duties: Bag er, Produces, Stocker, Clean up |
|---|---|---|---|
| Street Address: High land Al. | Start Salary: 5.25 | End Salary: 5.75 | |
| City: Selma | State: AL | Telephone Number: (374) 872-9524 | |
| Reason For Leaving: | | Name and Title of Manager: Alvin Barnet | |

| Company Name: | Start Date: | End Date: | Position and Duties: |
|---|---|---|---|
| Street Address: | Start Salary: | End Salary: | |
| City: | State: | Telephone Number: (    ) | |
| For Leaving: | | Name and Title of Manager: | |

| Company Name: | Start Date: | End Date: | Position and Duties: |
|---|---|---|---|
| Street Address: | Start Salary: | End Salary: | |
| City: | State: | Telephone Number: (    ) | |
| Reason For Leaving: | | Name and Title of Manager: | |

| Company Name: | Start Date: | End Date: | Position and Duties: |
|---|---|---|---|
| Street Address: | Start Salary: | End Salary: | |
| City: | State: | Telephone Number: (    ) | |
| Reason For Leaving: | | Name and Title of Manager: | |

**Education:**

| School Name: Qu--10 G.E.D | Start Date: | End Date: | Degree Earned |
|---|---|---|---|
| Street Address: | | | |
| y. | State: | Telephone Number: (    ) | |

MANSFIELD INDUSTRIAL
P O Box 6205, Pensacola, FL 32503
(850) 477-6437 Phone   (850) 477-6437 Fax

**EXHIBIT**

3

Richardson

## APPLICANT'S AUTHORIZATION TO OBTAIN PAST DRUG
## AND ALCOHOL TEST RESULTS (49 CFR Part 40.25)

I, _Jack Richardson_, understand that as a condition of hire with _Mansfield Industrial_, I must give previously mentioned Company and its agent and representative Pipeline Testing Consortium, Inc. (PTC) written authorization to obtain the results of all Department of Transportation (DOT) mandated drug and/or alcohol tests - including refusals to test - from all of the companies for which I worked in a safety-sensitive position, or for which I took a pre-employment drug test during the previous two (2) years.

Below I have listed all of the companies for which I have worked or pre-employment tested during the past two years. I hereby authorize Mansfield Industrial and its designated agent to obtain from those companies, and I hereby authorize those companies, to furnish to Mansfield Industrial or its designated agent the following information concerning my drug and alcohol tests: (1) all alcohol test with results 0.04 or greater during the previous two years; (2) all positive drug test during the previous two years; (3) all instances in which I refused to submit to a DOT required drug, controlled substance and/or alcohol test (refusals include verified adulterated and/or substituted tests); (4) other violations of DOT drug and alcohol testing regulations; and (5) documentation of successful completion of DOT return-to-duty requirements, including follow-up testing, as a result of a violation of DOT drug and alcohol regulations.

| Company Name and Phone Number(Please Write Legibly) | Dates of Employment |
|---|---|
| Winn-Dixie - no clat | 01-01-02 |
|  |  |
|  |  |
|  |  |

(Use the back of this form if necessary.)

Applicant Certification:
I have carefully read and fully understand this authorization to release my previous drug and alcohol test results to Mansfield Industrial or it's designated agent. In signing below, I certify that all of the information which I have furnished on this form is true and complete, and that I have identified all of the companies for which I have worked in a DOT safety-sensitive position or pre-employment tested during the previous two (2) years.

_Jack Richardson_              _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_              _01-08-03_
(Signature of Applicant)          (Social Security Number)      (Date)

FAX FORM TO: Mansfield Industrial – (850) 477-4473
A reproduction of this Form shall be deemed as effective and valid as an original.
(Rev. 08/01)

# RULES AND REGULATIONS

All companies must have rules of conduct to govern operations and to protect both employees and the Company. Mansfield Industrial Coatings, Inc. expects all of it's employees to observe rules of honest, good conduct and fair play.and to follow generally accepted customs of conduct toward their fellow employees and the Company. Employees should not engage in conduct that would reflect adversely on fellow employees or the Company at any time or place.

These rules are example only and are not intended to be an exhaustive list of all possible reasons for disciplinary action. Each employee should clearly understand that the omission of a particular action does not prevent appropriate disciplinary action; up to and including discharge, from being taken against an employee when warranted by the circumstances.

The disciplinary action that will be imposed by the Company may vary from oral warning to immediate discharge depending upon the facts and circumstances of each particular case. Factors that will be considered by the Company include the seriousness of the offense, the employee's prior disciplinary record, and the employee's prior work record, including length of service.

1.  Theft or dishonesty in any form; falsification of time card or misrepresentation of time card or misrepresentation of records; destruction of property or records of the Company, employees, or customers; unauthorized removal or use of property or records of Company, employees or customer.
2.  Fighting on Company or customer's property.
3.  Coercing, threatening, assaulting, intimidating, or interfering with supervisors, management, employee, or customers, or any members of their family, at any time Company or customer's property.
4.  Insubordination, disrespect to, or failure to follow instructions or assignments of supervisors, management or guards.
5.  Coming within plant site boundaries while under the influence of intoxicants.or illegal drugs, or in possession or consuming of intoxicants or illegal drugs.
6.  Possession of weapons within the plant site boundaries.
7.  Inattention to job duties, including sleeping, loafing, horseplay or leaving work station before scheduled quitting time.
8.  Gambling, immoral, or obscene behavior or language on Company or customer's property
9.  Smoking in non-smoking areas.
10. Violation of safety rules or practices.
11. Improper use, treatment, or care of Company or customer's property or of the property of others while on Company or customer's property.
12. Willfully failing to abide by quality performance standards.
13. Knowing violation of Company or Customer's rules.
14. Disloyalty to the Company.
15. Except for necessary trips to the rest rooms, employees shall secure permission from their foreman before leaving their work station.
16. Absenteeism or tardiness or unexcused absenteeism or tardiness.
17. Performance of outside work that interferes with Company duties.
18. Unauthorized disclosure of confidential Company information
19. Failure to report legitimate injuries or injuries.



EXHIBIT
4
Richardson

**Margaret Edwards**

| | |
|---|---|
| **From:** | Terry McCarthy |
| **Sent:** | Friday, June 29, 2007 3:57 PM |
| **To:** | Margaret Edwards |
| **Subject:** | Smith v. CUNA |

Can you prepare the initial discovery for this case?  Copy and paste #692840, and let's do a generic plaintiff depo notice to serve on Monday.  Thanks.

# MANSFIELD INDUSTRIAL COATINGS, INC.
## SAFETY DISCIPLINE AND DISCIPLINARY ACTION SYSTEM

Mansfield Industrial Coatings, Inc. ask that each of you make every effort to protect yourself and your fellow workers. The initial responsibility of working safely is up to you. Those employees who ignore safe working practices will be disciplined.

Mansfield Industrial Coatings, Inc. has no desire to discipline unduly or cause hardship to anyone. However, Mansfield Industrial Coatings, inc. intends to use all means at our disposal to make this a safe work environment. We expect each of you to make a committed effort to assist us in meeting this goal.

Mansfield Industrial Coatings, Inc. has implemented a Reprimand Safety Violation Procedure. The following guidelines will be enforced for all projects.

A REPRIMAND is an official written notice to an employee that his or her safety performance is unacceptable.

REPRIMAND SAFETY VIOLATION PROCEDURE

Safety violations are listed in three (3) categories:

(A) Safety Violation – A Safety Violation is an act committed by an employee which does not immediately expose the employee to serious injury or death.

 1. An employee will receive a written reprimand upon his/her first violation.
 2. A combination of two (2) safety violation reprimands will result in a suspension of two (2) days without pay.
 3. A combination of three (3) safety violation reprimands shall result in termination.

(B) Serious Safety Violation – A Serious Safety Violation is an act committed by the employee which immediately exposes the employee the serious injury or death.

 1. When an employee receives one (1) serious safety violation reprimand. he/she shall be suspended for two (2) days without pay.
 2. A combination of two (2) serious safety violation reprimands shall result in termination.

(C) Major Serious Violation – A Major Serious Violation is an act committed by the employee which is inexcusable.

 1. A written reprimand does not have to be given before discharge. A violation of (C) Major Serious Violation shall result in termination.

_____ *Jack Richardson* _____     01-08-03          **EXHIBIT**
Employee Signature                        Date                  5

    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                                          *Richardson*
SS#                                      Job Title

# MANSFIELD INDUSTRIAL COATINGS, INC.
## WORKERS' COMPENSATION INFORMATION

Mansfield Industrial Coatings, Inc. provides a comprehensive workers' compensation insurance program at no cost to employees. This program covers any injury or illness sustained in the course of employment that requires medical, surgical, or hospital treatment. The management of MIC is committed to provided the best possible treatment for legitimate work related injuries. We required that employees adhere to the following:

- It is mandatory for employees who sustain any work related injury or illness to immediately inform their supervisor. Even the smallest injury if left untreated could end up to be a more serious injury. MIC management is committed to providing the best possible treatment for legitimate work related injuries.

- In keeping with this commitment, any employee who does not report an injury immediately, is subject to disciplinary action up to dismissal.

- All pre-existing workers' compensation disabilities or other disabilities must be listed on the Post Hiring Questionnaire. The purpose of this inquiry is to determine whether you currently have the physical or mental qualifications necessary to perform the job that has been offered, whether and what accommodations may be necessary, and whether you can perform the job without posing a direct threat to the health or safety of yourself or others. Failure to answer truthfully may result in forfeiture of Workers' Compensation benefits.

- Finally, a Workers' Compensation <u>fraudulent claim</u> is a crime. MIC takes an active role in investigating and prosecuting fraudulent claims. If you know of anyone who has submitted such a claim, please contact the Safety Department at the Pensacola office. Most states have reward systems in place that you may quality for.

By my signature, I agree that I fully understand the above issues. I have been given the opportunity to ask questions. I understand that any false, incomplete or misleading information given by me, regardless of when it is discovered, is sufficient cause for termination of my employment with Mansfield Industrial Coatings. Inc.

_____          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
Employee Signature                               Social Security Number

_____          1-8-02
Witness                                                  Date

EXHIBIT
Richardson

**Margaret Edwards**

| | |
|---|---|
| **From:** | Terry McCarthy |
| **Sent:** | Friday, June 29, 2007 3:57 PM |
| **To:** | Margaret Edwards |
| **Subject:** | Smith v. CUNA |

Can you prepare the initial discovery for this case?  Copy and paste #692840, and let's do a generic plaintiff depo notice to serve on Monday.  Thanks.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-003

### Code of Safe Practices



Attachment 003-A
Handbook Orientation Testing Log

Richardson

**Note:** The information contained in the "Code of Safe Practices" Handbook is only a guide to our overall program expectations, it will help support field Supervision in initial orientation of new employees to our program and quickly determine their level of basic Safety understanding of our business. Answers to all questions in the testing can not be found in the handbook, this is by design, to identify those areas of training that will naturally require more in-depth training with specific Programs, Policies and/or Procedures.

The Supervisor is expected to review all tests, discuss incorrect answers with the employee to ensure understanding, and log the results in the matrix below. Test scores of 80% or below will indicate the need for more in-depth training from the ESH Program Manual to provide an appropriate level of training required for specific types of work, i.e. Confined Space, Fall Protection, or Lead & Heavy Metals Abatement, etc..

It may not be possible to go through the complete handbook in one setting and finish all testing, so it is expected that the training documentation may remain on the jobsite until completed. Once completed, the Supervisor should make a copy of the documentation for his jobsite file, and send the originals to the Regional ESH Office for filing.

| | Subject | Test Date | Testing/Instructor Supervisor | Initial Test Score | Reviewed to 100% "Initial" |
|---|---|---|---|---|---|
| 1. | Hazard Communications | 1-8-03 | J. Crutchfield | 80 | JTR |
| 2. | Personal Protective Equipment | | | 100 | JTR |
| 3. | Respiratory Protection | | | 90 | JTR |
| 4. | Fall Protection | | | 100 | JTR |
| 5. | Heat Stress | | | 100 | JTR |
| 6. | Confined Space | | | 80 | JTR |
| 7. | Scaffolds | | | 80 | JTR |
| 8. | Lead Abatement | | | 40 | JTR |
| 9. | Lock Out / Tag Out | | | 60 | JTR |

I (Print Name)_____ acknowledge by my signature below that the test answers to the test subjects listed above are my own, that the instructor has reviewed all incorrect answers with me, and that I understand the training I have received.

| Employee Signature | Social Security Number | Date |
|---|---|---|
| *Jack Richardson* | 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 | 1-8-03 |

| Employee Supervisor (Print) | Signature | Date |
|---|---|---|
| Johnny Crutchfield | *[signature]* | 1-8-03 |

Copyright Kenny Industrial Services L.L.C. 2001

Code of Safe Practices
Revision 0 – 01/01/01

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

**Code of Safe Practices**

DOC# PPP-003

**TEST-003-1**

**Hazard Communication**

SCORE: 80

Jack Richardson

Employee Name (print)

1. The Hazard Communication standard is often referred to as the Right to Know standard?

   ☑ True          ☐ False

2. MSDS's are not required on shipping containers provided they are properly labeled?

   ☑ True          ☐ False

3. Right to Know deals with avoiding chemical exposure in the workplace?

   ☑ True          ☐ False

4. A carcinogen (cancer causing agent) would be an example of a physical hazard?

   ☑ True          ☐ False

5. There are two types of chemical hazards. One is physical and the other is chemical?

   ☑ True          ☐ False

6. You will find safe handling precautions on a MSDS?

   ☑ True          ☐ False

7. Health Hazards are either considered acute or short term?

   ☑ True          ☐ False

8. A chronic effect is usually the result of one exposure incident?

   ☐ True          ☑ False

9. One required item on a label is the name of the chemical inside the container?

   ☑ True          ☐ False

10. Copies of MSDS's shall be made available to employees?

    ☑ True          ☐ False

Instructors Signature                    Date 1-8-02

EXHIBIT
Richardson

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-003

## Code of Safe Practices

TEST-003-2

### Personal Protective Equipment

| SCORE: |
|--------|
| *100* |

Employee Name (print): *Jack Richardson*

1. PPE shall be inspected before each use. Defective or worn equipment shall not be used and replaced at once.
   [✓] True          [ ] False

2. Safety glasses are only required in certain operations and conditions.
   [ ] True          [✓] False

3. Hard hats shall be worn on all Company projects regardless whether owners require hard hats or not.
   [✓] True          [ ] False

4. The Material Safety Data Sheet (MSDS) can be checked for the type of hand protection to be worn.
   [✓] True          [ ] False

5. You should avoid wearing loose, dangling cloths or hanging jewelry around moving or rotating equipment.
   [✓] True          [ ] False

6. Hard hats may be worn backwards.
   [ ] True          [✓] False

7. You are not responsible for the cleaning and maintenance of your PPE.
   [ ] True          [✓] False

8. PPE should be for its intended purpose and suitable for the working conditions.
   [✓] True          [ ] False

9. It is not required to wear an all leather durable type work shoe. A safety tennis shoe is permitted on Company projects.
   [ ] True          [✓] False

10. Hearing protection must be worn when working around high noise areas.
    [✓] True          [ ] False

Instructors Signature: *J.C.*          Date: *1-8-03*

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

Case 2:06-cv-00497-WKW-SRW   Document 36-5   Filed 07/02/2007   Page 15 of 87

## Code of Safe Practices

### TEST-003-3

**Respiratory Protective Equipment**

SCORE: 90

_Jack Richardson_
Employee Name (print)

1. All respirators shall be approved by NIOSH and MSHA?

    ☑ True     ☐ False

2. There are two types of respirators, air-purifying and air-supplied?

    ☑ True     ☐ False

3. Air-purifying respirators offer the most protection?

    ☐ True     ☑ False

4. Oil lubricated compressors used for breathing air must be equipped with in line filters and a CO monitor?

    ☑ True     ☐ False

5. It is okay to use an air purifying respirator in an oxygen deficient or IDLH atmosphere?

    ☑ True     ☐ False

6. A positive/negative pressure fit test should be done each time an air purifying respirator is put on?

    ☑ True     ☐ False

7. It is okay to wear a respirator with a beard?

    ☐ True     ☑ False

8. You must pass a training class, pulmonary function test, and fit test to wear a respirator?

    ☑ True     ☐ False

9. Your respirator shall be cleaned after each use and stored properly?

    ☑ True     ☐ False

10. Cartridges shall be replaced if you detect an odor, experience dizziness, or have difficulty breathing?

    ☑ True     ☐ False

_D. C_
Instructors Signature

_1-9-03_
Date

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

**Code of Safe Practices**

DOC# PPP-003

---

### TEST-003-4

#### Fall Protection

| SCORE: |
|---|
| *100* |

**Jack Richardson**

Employee Name (print)

1. The Company requires fall protection 100% of the time when working six (6) feet or more above a lower level?
   ☑ True          ☐ False

2. If a guardrail system is complete (has handrails, mid-rails, and toe-boards) this will serve as your fall protection?
   ☑ True          ☐ False

3. It is OK to wear safety belts on *Company Name* projects?
   ☑ True          ☐ False

4. Always anchor lanyards and lifelines to structure capable of supporting 5000 lbs?
   ☑ True          ☐ False

5. It is OK to anchor lifelines and lanyards to handrails, only if there's no other anchor point?
   ☐ True          ☑ False

6. Lifelines and lanyards shall be protected from sharp objects?
   ☑ True          ☐ False

7. Multiple workers can be attached to a vertical lifeline?
   ☐ True          ☑ False

8. Fall protection equipment shall be inspected prior to each use?
   ☑ True          ☐ False

9. Always anchor at or above the "d"-ring in the center of the back?
   ☑ True          ☐ False

10. It is OK to attach several lanyards together to make a longer lanyard?
    ☐ True          ☑ False

Instructors Signature

1-8-03

Date

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

**Code of Safe Practices**

DOC# PPP-003

TEST-003-5

**Heat Stress**

SCORE:

*100*

Employee Name (print)  ___Jack Richardson___

1. Heat stress is classified into three related illnesses: heat cramps, heat exhaustion, and heat stroke.

   ☑ True             ☐ False

2. Heat stroke is the least serious of the three types of heat related illnesses.

   ☐ True             ☑ False

3. Heat cramps are characterized by dry, red skin.

   ☐ True             ☑ False

4. Heat exhaustion is when one loses the ability to sweat and cannot cool down.

   ☐ True             ☑ False

5. Heat related illnesses can be prevented. One way is to drink plenty of water.

   ☑ True             ☐ False

6. A person gets a heat-related illness when the body loses its ability to get rid of excess heat.

   ☑ True             ☐ False

7. Heat stroke is the only heat-related illness that requires First Aid and/or medical attention.

   ☐ True             ☑ False

8. Another way to prevent heat related illness is to isolate the heat source (i.e., shut off a machine).

   ☑ True             ☐ False

9. Acclimation, is adjusting yourself to a hot environment through short exposures?

   ☑ True             ☐ False

10. It is OK to disregard possible symptoms of heat stress disorders if it doesn't seem to hot ?

   ☐ True             ☑ False

_____          1-8-03
Instructors Signature                 Date

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

#### Code of Safe Practices

DOC# PPP-003

**TEST-003-6**

Confined Space

SCORE:

80

*Jack Richardson*

Employee Name (print)

1. Monitoring of a permit required confined space shall include testing of oxygen, flammable levels, and toxins.

    ☑ True              ☐ False

2. The outside attendant in an emergency may enter a confined space.

    ☐ True              ☑ False

3. Only the entry supervisor may order an evacuation of a confined space.

    ☑ True              ☐ False

4. Everyone involved in confined space work must know what to do in the event of an emergency?

    ☑ True              ☐ False

5. The authorized entrant must read and understand all the precautions noted on the entry permit.

    ☑ True              ☐ False

6. It is not necessary to have an outside attendant while working inside a permit required confined space.

    ☐ True              ☑ False

7. A form of communication must be established and maintained between the entrant and attendant while working inside a permit required confined space.

    ☑ True              ☐ False

8. A confined space permit is no longer valid and immediately canceled when an evacuation or alarm sounds.

    ☑ True              ☐ False

9. The entrant is responsible for keeping an accurate head count of attendants inside the confined space.

    ☑ True              ☐ False

10. Never enter a permit required confined space without an entry permit and outside attendant.

    ☑ True              ☐ False

*J.C.*

Instructors Signature

1-8-03

Date

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-003

### Code of Safe Practices

TEST-003-7

Scaffolds

SCORE:

80

_Jack Richardson_
Employee Name (print)

1. All scaffolds shall be inspected before each use.
   [ ] True          [ ] False

2. Additional fall protection is required when working off a scaffold that is missing guardrails.
   [ ] True          [ ] False

3. It is an acceptable practice to climb a scaffold using the cross braces.
   [ ] True          [ ] False

4. The Company permits employees to ride on mobile scaffold provided the scaffold is on a level surface.
   [ ] True          [ ] False

5. Scaffolds shall not be operated or erected near live power lines unless the proper measures have been taken.
   [ ] True          [ ] False

6. Always keep scaffolds free of debris and slippery conditions.
   [ ] True          [ ] False

7. It is not necessary to have a separate fall arrest system while working from a suspended scaffold.
   [ ] True          [ ] False

8. Tools, equipment and materials should be hoisted and lowered from scaffolds by the use of rope, hoist or other means.
9.
   [ ] True          [ ] False

9. Adding unstable objects to a scaffold to provide additional height is prohibited.
   [ ] True          [ ] False

10. Never work off of a scaffold during high winds and storms.
    [ ] True          [ ] False

_C.C_
Instructors Signature

1-8-03
Date

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

### Code of Safe Practices

DOC# PPP-003

TEST-003-8

Lead Abatement

SCORE:

*40*

_____ Jack Richardson _____

Employee Name (print)

1. OSHA has established an allowable level of lead at 100 ug/m3 over an eight-hour period.
   - [✓] True
   - [ ] False

2. If working in an area where lead exposure exists, always wash your hands and face prior to eating, drinking, smoking, or applying cosmetics.
   - [✓] True
   - [ ] False

3. You must be removed from the lead environment when your blood level reaches 10 ug/dl.
   - [✓] True
   - [ ] False

4. Personal hygiene is very important in preventing lead poisoning.
   - [✓] True
   - [ ] False

5. In concentrations below 50 ug/m3, respiratory protection is not necessary.
   - [ ] True
   - [✓] False

6. It is okay to take home lead contaminated clothing, but it must be washed immediately.
   - [✓] True
   - [ ] False

7. As an employee you have no right to exposure monitoring results, unless they're >10 times the PEL.
   - [✓] True
   - [ ] False

8. Do not remove lead dust from protective clothing by shaking or blowing, if co-workers are within 25 ft.
   - [✓] True
   - [ ] False

9. On a lead job, all surfaces shall be maintained as free as practicable of lead dust.
   - [✓] True
   - [ ] False

10. Only tobacco products are permitted to be present or consumed in regulated areas.
    - [✓] True
    - [ ] False

_____
Instructors Signature      *J. C*

1-8-03
Date

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

**Code of Safe Practices**

DOC# PPP-003

TEST-003-9

### Lock Out / Tag Out Test

SCORE:

*60*

Employee Name (print)   *Jack Richardson*

1. Lock out, tag out, try out, is the complete isolation of energy that may create a risk to the worker?
   ☑ True          ☐ False

2. The authorized person is one who de-energizes the equipment and re-energizes the equipment?
   ☑ True          ☐ False

3. The effected employee does not have to apply lock-out devices if his supervisor does?
   ☑ True          ☐ False

4. If a lock out device is accidentally left on by an employee, they are the only one that can remove the device?
   ☐ True          ☐ False

5. A danger tag can be used instead of a lock under any given situation?
   ☐ True          ☐ False

6. Every LO/TO must include the name of the Authorized Person?
   ☑ True          ☐ False

7. Gravity is not a potential hazardous energy sources?
   ☑ True          ☐ False

8. Protection in LO/TO is provided when the Client tells the Authorized Person it is safe ?
   ☑ True          ☐ False

9. An effective Lock Out / Tag Out procedure involves the Supervisor, the Authorized Person and the Client Representative?
   ☑ True          ☐ False

10. Effected employees must understand the types of energy involved, before a Lock Out / Tag Out Procedure is performed?
    ☑ True          ☐ False

_____
Instructors Signature

*1-8-d 3*
Date

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

# MANSFIELD INDUSTRIAL COATINGS, INC.
## POST-HIRING QUESTIONNAIRE
### AN EQUAL OPPORTUNITY EMPLOYER

**EXHIBIT**
9

Richardson

Date: 01-08-03          Position(s) applied for _Helper_

Name _Jack Richardson_          SS# _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_

Address _209 Falls Av._          Apt. #

City _Selma_          State _AL_          Zip _36703_

Telephone Number ( _334_ ) _872-0173_          Best time to call _Eary_

Alternate Phone Number ( _334_ ) _872-0173_

Mailing address (If different than above address)

City _____ State _____ Zip _____

Do you have the right to work in this country? ✓ yes ____ no

(Proof of immigration status or U.S. Citizenship is required.)

Are you over 18 years of age? ✓ yes ____ no

If not, speak to the supervisor before you go any further.

Have you ever been employed by MIC before? ____ yes ✓ no   If Yes, when? _____

Date available for work? _01-08-03_

Driver's License Number (if required) _7094220_          State _AL_

Have you been convicted of a felony in the last 7 years? ____ Yes ✓ No

(Such conviction does not bar you from employment, but may be relevant if job related.)

If Yes, explain: _____

## EDUCATION

| Name of High School | Did you Graduate?        | If no, highest grade completed? |
|---------------------|--------------------------|---------------------------------|
|                     | ____ Yes ____ No ✓ GED   | 9                               |
| Name of Vo-Tech Training School | What did you study? | Did you Complete Vo-Tech Training? |
|                     |                          |                                 |
| College             | Major                    | Degree/College Credit Earned    |
|                     |                          |                                 |

## REFERENCES

List name and phone number of 3 business/work references who are not related to you and are not previous supervisors. If not applicable, list 3 personal references who are not related to you who would be willing to provide professional or character reference.

| NAME | TELEPHONE | YEARS KNOWN |
|------|-----------|-------------|
|      |           |             |
|      |           |             |
|      |           |             |

List any additional information you would like us to consider. _____

In case of an emergency, who should we notify? _Melody   my sister_

Their phone number ? ( ____ ) _412-6383_ _____

Have you ever made a claim, or been paid for any injury under Workers' Compensation, including injury during Government service? _____ Yes ___✓___ No

If your answer is Yes, answer the questions below:

| Nature of Injury | Employer When Injured | Year | Insurance Company |
|------------------|----------------------|------|-------------------|
|                  |                      |      |                   |
|                  |                      |      |                   |
|                  |                      |      |                   |

Failure to answer truthfully may result in forfeiture of Workers' Compensation benefits.

## EMPLOYMENT HISTORY

List your last 3 employers.

| NAME | TELEPHONE | JOB TITLE & RESPONSIBILITIES |
|------|-----------|------------------------------|
| Alvin Barnet |  | Bager, Stoker, Produse, and clean up |
|      |           |                              |
|      |           |                              |



# KENNY
### Industrial Services



**KENNY MANTA**
A KENNY Industrial Services Company



**GOLF CONSTRUCTION**
A KENNY Industrial Services Company

## Code of Conduct & Safe Practices

### Employee Handbook



**CANNON SLINE**
A KENNY Industrial Services Company



**KENNY INDUSTRIAL**
A KENNY Industrial Services Company



**MANSFIELD INDUSTRIAL**
A KENNY Industrial Services Company



**GENESEE INDUSTRIAL**
A KENNY Industrial Services Company

January 2001



**EXHIBIT**

10

Richardson

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Koch Industrial Services Family of Companies

Code of Safe Practices

DCCM 999-003

## Table of Contents

| Section # | Section Description | Page # |
|---|---|---|
| 1.0 | Forward | 4 |
| 2.0 | Statement ESH Policy & Program Responsibilities | 5 |
| 3.0 | Standards of Conduct | 9 |
| | Rules & Regulations | 9 |
| | Absenteeism | 10 |
| | Clothing & Appearance | 10 |
| | Emergency Evacuation Procedures | 10 |
| | Hours of Work & Overtime | 10 |
| | Property Removal | 10 |
| | Company Equipment | 11 |
| | Searches | 11 |
| | Conflict, Harassment, Violence In The Workplace Policy Statement | 11 |
| | Substance Abuse & Control | 11 |
| | Telephone Calls | 12 |
| | Worker's Compensation Information | 12 |
| | Work Stations | 12 |
| | Workplace Violence | 12 |
| | Equal Employment Opportunity Policy Statement | 13 |
| 4.0 | Code of Safe Practices | 14 |
| | Environmental Policy Statement | 14 |
| | Hazard Recognition | 14 |
| | Hazard Communication | 14 |
| | Material Safety Data Sheets (MSDS) | 15 |
| | Personal Protective Equipment | 15 |
| | General | 16 |
| | Head | 16 |
| | Eye & Face | 17 |
| | Hands | 17 |
| | Body/Protective Clothing | 17 |
| | Foot | 17 |
| | Hearing Protection | 18 |
| | Other Protective Equipment & Clothing | 18 |
| | Respiratory Protection | 18 |
| | Fall Protection, Safety Harnesses & Lanyards | 19 |
| | Material Handling | 20 |
| | Lifting | 20 |
| | Rigging | 21 |
| | Slings | 22 |

Copyright Koch Industrial Services, L.L.C. 2001
Revision 0 – 01/01/01

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kanry Industrial Service Family of Companies*

Code of Safe Practices

## Table of Contents (Cont.)

Tools & Equipment
Hand & Power Tools ... 22
Ladders ... 23
Stairways ... 23
Powder Actuated Tools ... 23
Supported Scaffolds ... 23
Suspended Scaffolds ... 24
Compressed Air & Cylinders ... 25
Compressed Gas Cylinders ... 25
Tar Pot ... 25
Vehicle Safety
Vehicles ... 25
Forklift Operating Rules ... 25
-Aerial Lifts ... 26
Fire Prevention, Extinguisher Use, Welding & Cutting
Types of Fire ... 26
Fire Extinguisher Selection, Ratings, Use ... 27
Welding & Cutting (Hot Work) ... 27
Specific Work Practices
Overhead Work ... 27
Electrical Safety ... 27
Lock Out / Tag Out ... 28
Confined Space ... 28
Process Safety Management (PSM) ... 29
Asbestos ... 29
Benzene Awareness ... 29
Excavation ... 30
Abrasive Blasting ... 31
Spray Equipment & Operations ... 31
Airless Spray Equipment ... 31
Pressure Washing Operations ... 32
Hydroblasting ... 32
Vacuuming ... 33
Hazardous Waste Management ... 33
HazWoper - First Responder ... 33
Lead & Heavy Metals Abatement ... 34
Silica Awareness ... 34
Working Over, or Near Water ... 34
Housekeeping ... 35
Emergency Procedures & First Aid
Flammable / Combustible Storage & Handling ... 35
Fire / Explosion ... 35
Injury / Illness ... 35
Heat Stress ... 35
Hazardous Materials Spill / Release ... 36
Evacuation ... 36
Insect Sting Prevention ... 36
First Aid ... 36

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kanry Industrial Service Family of Companies*

Code of Safe Practices

## Table of Contents (Cont.)

5.0 Handbook Testing & Verification
Test 003-1 Hazard Communications ... 37
Test 003-2 Personal Protective Equipment ... 39
Test 003-3 Respiratory Protection ... 41
Test 003-4 Fall Protection ... 43
Test 003-5 Heat Stress ... 45
Test 003-6 Confined Space ... 47
Test 003-7 Scaffolds ... 49
Test 003-8 Lead Abatement ... 51
Test 003-9 Lock Out / Tag Out ... 53
Attachment 003-A Handbook Orientation & Testing Log ... 55

6.0 Consent & Acknowledgement Forms
Attachment 003-B Substance Abuse Consent Form ... 57
Attachment 003-B Substance Abuse Acknowledgment Form ... 57
Attachment 003-B Code of Safe Practices "Acknowledgment Form" ... 57
Attachment 003-C Employer Medical Referral Form ... 59
Attachment 003-D Medical Authorization for Respirator Use ... 61
Attachment 003-E Employee Respirator Fit Test Record ... 63
Attachment 003-F Motor Vehicle Report Request Form ... 65
Attachment 003-G Employee – Program Participation Form ... 67

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Service Family of Companies

Code of Safe Practices

DOC# FPP-03?

## 1.0 FORWARD.

This handbook sets forth our Code of Safe Practices and Standards of Conduct guidelines and rules. It obviously cannot cover every situation and it is not intended to do so. Each job, regardless of the type of work involved, presents problems that require special alertness, awareness and good judgment on your part. In addition, you shall comply with requirements established by the particular site where the work is being performed.

This handbook will cover briefly the following areas:

• ESH Program Responsibilities
• Standards of Conduct - Rules and Regulations
• Code of Safe Practices - Policies and Procedures
• Code of Safe Practices - Personal Protection
• Code of Safe Practices – Tools & Equipment
• Code of Safe Practices – Specific Work Practices
• Employment Information
• Workman's Compensation
• Conflict, Harassment and Violence in the Workplace
• Substance Abuse & Control
• Emergency Procedures

This handbook is intended for your use and guidance during your employment with the company. We ask that you familiarize yourself with its contents and keep it readily available. It should answer many questions you may have; however, it is not intended to cover every aspect of your employment. Please feel free to ask questions. Your Supervisor, the Regional Office or the Environmental, Safety & Health, or the Human Resource Department will be more than willing to assist you. Detailed policies and procedures can be found in the companies Environmental, Safety and Health Program. A copy of specific policies and procedures shall be furnished upon request.

*NOTE: Client requirements, policies and/or procedures, if more stringent shall supersede the company requirements, policies or procedures set forth in this handbook.*

*All employees shall acknowledge receipt, by completing the Acknowledgment Form on the last page of this handbook, detailing and giving it to the person conducting your employment orientation.*

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Service Family of Companies

Code of Safe Practices

DOC# FPP-

## 2.0 Environmental, Safety & Health - Statement of Policy & Responsibilities

Kenny Industrial Services and its Family of Companies are strongly committed to the Safety and Health of all our employees, and to the protection of the Environment. To fulfill that commitment every employee must also take personal responsibility for their own safety and health, and must consider the safety and health of co-workers and others as an integral part of their work activities. It is the goal of this organization to foster a culture that instills a source of pride and duty to protect the health and welfare of all our employees, and everyone we come in contact with during our work assignments.

Although responsibility rests with every employee, higher expectations and higher accountability rest with the Management of this Organization. Leadership, at all levels, must be demonstrated to teach our employees the technical knowledge and behavioral expectations required to keep them safe. Those expectations should be reaffirmed on a regular basis, and employees failing to follow safe work practices must be dealt with immediately to reemphasize our commitment.

Line Management, by virtue of their major role in the execution of our work, must accept the highest level of responsibility and accountability for the protection of our employees and must strive to provide a workplace free of recognized hazards. The Knowledge, Experience and Leadership demonstrated by Line Management will be critical to our success. We must be observant and opportunistic in identifying and taking action to correct unsafe acts or unsafe conditions. The single most valuable tool in our ESH Program is the Job Safety Analysis (JSA). When properly used, it identifies the work steps, the hazards, and the methods to control or eliminate the hazards, along with the important benefits of improved quality and productivity. Therefore, the Job Safety Analysis must be a "Mandatory" tool in our work, and viewed by Line Management as the cornerstone for building a strong safety culture!

The Programs and Procedures provided within this Manual, are only tools to guide a continuously improving "safety culture". These tools are only as good as the implementation by management and employees at all levels. Field implementation requires program knowledge; therefore, Supervisors and Managers at all levels are expected to know this program, as it applies to their responsibilities, and will be held accountable for the safety of their employees, as well as the effective implementation of this information. Key responsibilities for implementation of this Program are identified on the following pages, under "Responsibilities", and shall represent the expectations of accountability for the Organization.

In the final analysis, the information provided in this manual is only a guideline for conducting our work. There is no substitute for knowledge, experience, and good judgment while executing our individual jobs and responsibilities. The health and safety of all our employees must be our most sacred commitment, and considered in everything we do!

Michael Rothman
Chief Executive Officer
Kenny Industrial Services

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices
DOC# PPP-003

## ESH Program Responsibilities

Overall responsibility for implementation of this program rests with Executive Management of this Company. Compliance will be reviewed and evaluated periodically, primarily based upon input from the Vice President of Environmental, Safety & Health. Primary responsibility for the success of this Program and the protection of our employees rests with Line Management, with strong support expected from the ESH Department. All Programs, Policies and Procedures will refer to this list of responsibilities. The following breakdown of responsibilities. This document represents Executive Management's expectations of the Organization for full implementation of the Policies and Procedures of this Program.

2.1. **Management Responsibilities** – Line Management, from the Division President, Division Managers, to include the Project Manager. All management with responsibility for multiple sites, but not directly supervising site personnel other than Site Supervision.

2.1.1 Be familiar and comply with the ESH Program and specific work procedures as they apply to their area of authority.

2.1.2 Ensure that superintendents, supervisors, foremen, employees and sub-contractors under their direction are aware of and comply with Company and Client Health and Safety Policies and Procedures and/or Federal, State or Local Regulations.

2.1.3 Implement Discipline, up to and Including termination, of an individual for violations of Company or Client ESH Programs, Policies, Procedures, and/or Federal, State or Local Regulations.

2.1.4 Ensure Accident Investigations are conducted within the lineliness established in this Program.

2.1.5 Review and approval of accident investigation findings in a timely manner, validating the root cause findings, ensuring that all aspects of the incident are documented, and implementation of corrective actions is completed.

2.1.6 Ensure correction, in a timely manner, any unsafe conditions or work practices verified through auditing and/or inspection protocols.

2.1.7 Assist Site Supervision in investigating accidents and near misses incidents in a timely manner, including, documenting all aspects of incident, identifying the cause and implementing the corrective actions to prevent recurrences.

2.1.8 Preparing Pre-Job Safety Analysis for specific job under their control and reviewing high risk activities.

2.1.9 Attend training sessions as scheduled.

2.1.10 Develop required Site Specific Plans (i.e. Lead Abatement) in conjunction with Site Supervision.

2.1.11 Immediate notification of ESH Management of significant injuries, Incidents, or near misses.

2.1.12 Review and management of disciplinary action taken by site Supervision, resulting from violations of the ESH program.

2.1.13 Recommend suspension or termination for a sub-contractor for violations of Company or Client Health and Safety Policies, Procedures and/or Federal, State or Local regulations.

2.1.14 Review of Site Inspections, auditing, training documentation to ensure compliance of Site Supervision.

2.1.15 Review and Qualification of personnel designated as "Competent Persons".

2.1.16 Ensure status tracking of injured employees to facilitate "Return to Work" as soon as possible, and Restricted Duty criteria are defined and followed until release to full duty.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices
DOC# PPP-003

2.2 **Site Supervision Responsibilities** – Line Management, from the Project Manager who has responsibility for only a single site, all Site Superintendents, Supervisors and Foremen, Leadman / Operator directly supervising site personnel.

2.2.1 Be familiar and comply with the ESH Program and specific work procedures as they apply to their area of authority.

2.2.2 Attend all training sessions as scheduled.

2.2.3 Take the Lead in reporting and investigating Incidents and near misses in a timely manner, document all aspects of the incident, identifying the root cause(s) and provide recommendation for corrective actions to prevent recurrences. (Per PPP-008)

2.2.4 Immediate notification for every significant incident investigation.

2.2.5 Correct and/or support for the implementation of corrective actions or work practices as verified through an audit and/or site inspection.

2.2.6 Prepare "Mandatory" Job Safety Analysis (JSA) for specific jobs under their control.

2.2.7 Ensuring that employees and sub-contractors, under their direction, are aware of and comply with the ESH Program, Client's safety requirements and/or Federal, State or local regulations.

2.2.8 Discipline up to and Including suspension or termination of an employee, for violations of Company or Client Environmental, Safety and Health Policies, Procedures and/or State or Local regulations.

2.2.9 Recommend suspension or termination for a sub-contractor for violations of Company or Client Health and Safety Policies, Procedures and/or Federal, State or Local regulations.

2.2.10 Conduct and documenting safety meetings and training with employees under their direct supervision, and forward documentation to Regional ESH Training Manager.

2.2.11 Development and implementation of required Site Specific Plans (i.e. Lead Abatement, Fall Protection, etc.) in conjunction with Project Managers when applicable.

2.2.12 Ensure Site Safety Inspections are done, and documented daily.

2.2.13 Track status of injured employees to facilitate "Return to Work" as soon as possible, and ensure that Restricted Duty criteria is defined and followed until release to full duty.

2.3 **Employee Responsibilities** – All individuals, not supervising others, with only personal responsibility for compliance with the Program.

2.3.1 Read, understand and comply with the Code of Safe Practices. (with Signed Acknowledgement)

2.3.2 Comply with the ESH Program, as it pertains to their responsibilities as well as specific work procedures or rules and apply to that work.

2.3.3 Attend all training sessions as scheduled.

2.3.4 Report all injuries, accidents and/or near misses incidents to the Supervisor immediately.

2.3.5 Stop work if it is unsafe, or will result in any un-permitted release of hazardous material to the environment, and immediately notify the Supervisor.

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Array Industrial Services Family of Companies
Code of Safe Practices

DOC# FY9-003

**2.4 Environmental, Safety & Health Department Responsibilities – Corporate, Regional and Local ESH Personnel to include the Vice President, Regional Managers, District Managers and all ESH Representatives.**

2.4.1 Ensure that every effort is made to comply with the Laws, Rules and Regulations of Federal, State Agencies, and Local Jurisdictions in which we do business.

2.4.2 Manage Regulatory Agency Interface for site inspections, citations, and appeal processes.

2.4.3 Development, distribution, administrative over-site, and annual review of this Environmental, Safety and Health Program.

2.4.4 Conduct training for Management, Supervision and Employees as required by this ESH Program.

2.4.5 Conducting audits and inspections of company programs and job sites, to evaluate compliance with the Environmental, Safety and Health Program.

2.4.6 Administration of Worker's Compensation and General Liability claims as required.

2.4.7 Client Interface in support of Operations' to address Program differences and solutions.

2.4.8 Report to Executive Management and Line Management regarding safety compliance status, new or upcoming regulations, and other safety issues that require Management attention.

2.4.9 ESH review and approval of new safety equipment, chemicals, or other materials required by each operating division as applicable.

2.4.10 Maintaining all required documentation relating to our Environmental, Safety and Health Program.

2.4.11 Conducting an annual review of Operations Management ESH Performance for recommendations on distribution of ESH Performance Bonuses within Operations Management.

2.4.12 Review and Certify designated "Competent' Persons" as requested by Line Management.

2.4.13 Providing resource materials to support Operations' efforts to comply with this Environmental, Safety and Health Program.

2.4.14 Establish, maintain and communicate Safety Performance Indicators. These Indicators include, injury frequency and severity rates, auditing and observation findings, Employee Warning Notices, compliance with corporate safety requirements and economic impact of incidents.

2.4.15 Provide injured employees status information to Management and Site Supervision, to facilitate early return to work and management of restricted duty limitations until released to full duty.

2.4.16 Support Line management and site supervision in the investigation of Accidents.

Copyright Array Industrial Services L.L.C. 2001
Revised 0-0 01/01/01

---

# 3.0 STANDARDS OF CONDUCT

## RULES AND REGULATIONS

All companies must have rules of conduct to govern operations and to protect both employees and the company. Our Company expects all of our employees to observe rules of honesty, good conduct and fair play; and, to follow generally accepted customs of conduct toward their fellow employees, subcontractors, customers and the general public. Employees should not engage in conduct that would reflect adversely on the company, at any time or place.

These rules are not intended to be an exhaustive list of all possible reasons for disciplinary action. Each employee should clearly understand, that the omission of a particular action from this list shall not prevent appropriate disciplinary action from being taken.

The disciplinary action imposed by the company may vary from oral warning to immediate discharge, depending upon the facts and circumstances of each particular case. Factors that will be considered by the company include, the seriousness of the offense, the employee's prior work record, including, length of service.

1. Theft or dishonesty in any form;
   • falsification of time card or records;
   • misrepresentation of crime or;
   • misrepresentation of records;
   • destruction of property or records of the company, employees, or customers;
   • unauthorized removal/use of property or records of the Company, employees or customers.

2. Fighting on company or customer's property;

3. Coercing, threatening, assaulting, intimidating, or interfering with supervisors, management, customers, or any members of their family, at any time on the Company or customer's property;

4. Insubordination, disrespect, or failure to follow instructions or assignments of supervisors, management or owner's representative;

5. Report to work while under the influence of intoxicants or illegal drugs, or, in possession or consuming of intoxicants or illegal drugs; or, failure to disclose prescription medicines that would adversely effect your ability to work safely.

6. Possession of weapons within the company of customer's allies boundaries.

7. Inattention to job duties; including, sleeping, loafing, horseplay or leaving workstation before scheduled quitting time.

8. Gambling;

9. Smoking in non-smoking areas;

10. Immoral, or obscene behavior or language on Company or customer property;

11. Violation of safety rules or practices.

12. Improper use, treatment, or care of company or customer's property; or, of the property of others while on company or customer's property;

13. Willfully failing to abide by quality performance standards.

14. Knowingly violating company or customer's rules.

15. Except for necessary trips to the rest rooms, employees shall secure permission from their foreman before leaving their workstation.

16. Unexcused absenteeism or tardiness.

17. Performance of outside work that interferes with company duties, or creates a conflict of interest.

18. Unauthorized disclosure of confidential company information.

19. Failure to report injuries, accidents or incidents immediately.

Copyright Array Industrial Services L.L.C. 2001
Revised 0-0 01/01/01

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Array Industrial Services Family of Companies
Code of Safe Practices

DOC# FY9-003

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

DOC# PFP-003

## Code of Safe Practices

### ABSENTEEISM

Employee absence not only seriously interferes with job performance, but will also inconvenience and delay the work of others. In the event you have to be absent from work, notify your Supervisor, Dispatcher or Timekeeper as early as possible by calling to report your absence. Excessive absenteeism will not be tolerated and will result in disciplinary action and/or discharge.

After three consecutive days absent without notice, an employee is presumed to have voluntarily quit and his/her employment will be terminated.

Any employee who is late for work will be subject to disciplinary action, counseling and/or discharge.

### CLOTHING AND APPEARANCE

All clothing worn shall be in accordance with general construction and safety practices. Do not wear clothing that could get caught in machinery or otherwise cause an accident. Examples: dragging pants, torn or loose long sleeves, or torn clothing. Long sleeve shirts may be required by specific jobsites.

Excessive jewelry must be avoided. Rings, necklaces, visible body piercing, ear rings, etc. may get bumped, or caught in machinery and cause injury. Your Supervisor or the ESH Department will determine if that jewelry you wear represents an unacceptable risk.

Any clothing with offensive words, foul language, sexually explicit words, sexually explicit gestures and other inappropriate words, pictures or drawings is strictly prohibited from all jobsites. Any tattoos that are offensive, sexually explicit or inappropriate, must be covered at all times when on company jobsites.

### EMERGENCY EVACUATION PROCEDURES

The Emergency Evacuation Procedure for our employees 'is site specific. The plan will be at the direction of the plants, contractors and/or customer. Supervisors will ensure all employees are trained in emergency preparedness for each specific jobsite. Each employee should adhere to the following:

1. Know the evacuation alarm signals for the site, (e.g. horns, whistles, flashing lights).
2. Select two evacuation routes from your work area.
3. Know your evacuation assembly/staging area.
4. Review evacuation signals, routes and staging areas before the job starts and frequently thereafter.

### HOURS OF WORK AND OVERTIME

The work schedule is established on a project-by-project basis and is subject to changes from time to time.

Due to the nature of the construction business, it is sometimes necessary for employees to work shorter hours or longer hours, including Saturdays, Sundays and holidays. The company will schedule those work assignments in a fair manner, based on project requirements. Your Supervisor will give you as much advance notice of overtime work as possible.

Overtime is work in excess of 40 hours in a week (or per negotiated agreement), including Saturday and Sundays. It is paid at one and one half times your regularly hourly rate. Overtime may be necessary, based on the needs of the project.

### PROPERTY REMOVAL

It is not permissible to remove either the Company's or the client's property from the project for personal use. Unauthorized removal of this property will result in immediate dismissal and/or legal action. Personal tools brought on the job should be checked and shown to your immediate supervisor.

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

DOC# PFP-003

## Code of Safe Practices

### COMPANY EQUIPMENT

The Company owns or leases a variety of equipment, representing a large capital investment. This equipment shall be primarily available during normal working hours for effective business operations. Only employees who are properly trained shall use Company equipment.

Employees shall treat the equipment issued to them with respect and only use the equipment for the purpose for which it is intended. Employees shall be responsible for taking appropriate safety measures to ensure its proper use, and, to protect the equipment from vandalism, theft and misuse. All equipment remains the property of the Company and must be returned to the Company upon completion of a specific job, termination of employment, etc. Willful misuse of the equipment, theft of the equipment, or by any negligent treatment of the equipment while the equipment is in the care of the employee will result in termination and financial responsibility for the equipment. Malfunctioning equipment shall not be used, and reported to the supervisor immediately.

### SEARCHES

All employees are subject to Inspection of lunch boxes or other parcels or toolboxes upon the request of their supervisor or security guards on client's premises. Any vehicles entering or leaving the project are also subject to inspection. Refusing to allow a search is grounds for immediate termination.

### CONFLICT, HARASSMENT, VIOLENCE IN THE WORKPLACE

The Company is committed to providing a safe work environment that is free of discrimination, unlawful harassment, violence or threats of violence. Actions, words, jokes, or comments based on an individual's sex, race, ethnicity, age, religion or any other legally protected characteristic will not be tolerated. As an example, sexual harassment (both overt and subtle) is a form of employee misconduct that is demeaning to another person, undermines the integrity of the employment relationship, and is strictly prohibited.

Any employee who wants to report an incident of sexual or other unlawful harassment, intimidation, or acts of violence should promptly report the matter to his or her supervisor. If the supervisor is unavailable or the employee believes it would be inappropriate to contact that person, the or she should immediately contact the Human Resource Department or the Safety Department. As an example, sexual harassment can raise concerns and make reports without fear of reprisal. Any Supervisor or Manager who becomes aware of possible incident should advise Management Immediately. The matter will be handled in a timely manner. Information will be kept as confidential as possible and every effort will be made to limit the number of persons who need to know. Any unauthorized disclosure of acts or of violence is strictly prohibited and is subject to disciplinary consequences. (Complete Policy is addressed in PFP-030)

### SUBSTANCE ABUSE & CONTROL (Drugs and Alcohol)

The Company is committed to providing our employees a drug and alcohol free workplace. Our policy calls for screening for illegal substances in the following instances:

a) Pre-employment
b) Random
c) Reasonable cause
d) Post Accident including property damage.
e) Pre-assignment
f) Customer requests

The use of controlled substances without a prescription is expressly prohibited; and, may result in immediate termination. Any employee who takes a controlled substance (prescription medication) under instructions from his or her physician, must inform their immediate supervisor; and, must show the prescription or doctor's order. If a prescribed drug may cause dizziness, drowsiness, nausea, or affects that pose a safety hazard to you or your fellow employees, you will not be permitted to work while under the influence of the prescribed drug. (Per PFP-0005, or PFP-007 is applicable for Pipeline Work)

Refusing to submit to a substance abuse test is grounds for immediate termination. Inability to produce a specimen in a specified amount of time is considered a refusal. Once you have reported to a collection facility you may not leave until the specimen is collected. Alteration of a specimen in any way is strictly prohibited and is grounds for immediate dismissal.

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

## TELEPHONE CALLS

As on most construction sites, the work force is distributed over several areas, making it difficult to contact employees for personal calls; however, an emergency call will receive our prompt attention and you will be notified as soon as possible. All outgoing personal calls must be for emergency situations only.

Any personal phone calls that incur a toll fee are not allowed. Any calls of this nature will be deducted from your paycheck.

## WORKERS' COMPENSATION INFORMATION

The Company provides a comprehensive workers' compensation Insurance program at no cost to employees. This program covers any Injury or Illness sustained in the course of employment that requires medical, surgical, or hospital treatment. Our Management is committed to providing the best possible treatment for legitimate work related injuries. We require that employees adhere to the following:

- It is mandatory for employees who sustain any work-related injury or illness to immediately inform their supervisor. Even the smallest injury, if left untreated, could lead to a more serious condition. Our company is committed to providing the best possible treatment for legitimate work related injuries.
- In keeping with this commitment, any employee who does not report an injury immediately is subject to disciplinary action up to dismissal.
- A pre-existing workers' compensation disabilities or other disabilities must be disclosed once a conditional offer of employment has been extended. The purpose of this inquiry is to determine whether you can perform the physical or mental qualifications necessary to perform the job that has been offered. What accommodations may be necessary; and, whether you can perform the job without posing a direct threat to the health or safety of yourself or others.
- Finally, a Workers' Compensation fraudulent claim is a crime. Our Company takes an active role in investigating and prosecuting fraudulent claims. If you know of anyone who has submitted such a claim, please contact the ESH Department. Some (Work Comp monopolistic) states have reward systems in place, for which you may qualify.

## WORK STATIONS

Employees must remain in their own work areas, except when their duties require that they go to another work area or in an emergency. If you have to go to another work area for any reason, you must notify your immediate supervisor.

## WORKPLACE VIOLENCE

The safety and security of our employees and customers are very important. Threats, threatening behavior, or acts of violence against employees, subcontractors or customer's property will not be tolerated.

Any person who makes threats, exhibits threatening behavior, or engages in violent acts on Company property will be suspended pending the outcome of an investigation. Threats include, but are not limited to, threats made via the telephone, fax, electronic or conventional mail, or any other communication medium. Violations of this policy will lead to disciplinary action that may include dismissal, arrest, and prosecution. (Complete Program is addressed in PPP-008)

## EQUAL EMPLOYMENT OPPORTUNITY POLICY STATEMENT

Our Company reaffirms its policy to provide equal opportunities to all qualified applicants and employees in every phase of employment without discrimination based on race, color, religion, sex, marital status, age, national origin, physical or mental disability (unless the individual is unable to perform the essential job functions despite reasonable accommodation), ancestry, sexual preference or military discharge status.

This Equal Opportunity policy extends to recruitment, hiring, training, promotions and transfers, compensation, benefits, social and recreational activities, and all other terms and conditions of employment. This policy includes providing an atmosphere free from discrimination based on any of the above-listed considerations. Consistent with this policy, individual qualifications (i.e. skill, ability, experience, performance, education, etc.) are the sole basis for employment-related decisions.

If you feel that you have been discriminated against, you should report the incident to your supervisor immediately. If you feel that you cannot go to your supervisor, contact the EEO Officer directly at Corporate Headquarters (312-845-9000). The Company will investigate promptly and take all appropriate corrective action. Confidentiality will be protected to the extent consistent with a full investigation. We will not retaliate against any employee for submitting a complaint.

## 4.0   CODE OF SAFE PRACTICES

The importance of safety on and off the job site is considered top priority every day. We recognize the fact that employee safety is the most important consideration in the planning and operation of our company. Safety is essential for employee welfare, morale and employee relations. Responsibilities for this Program are defined in Section 2.0 of this 'Code of Safe Practices' and (Per PPP-001).

Safety is the responsibility of every employee and recognizing that fact, it is our policy that no part of our job will be so important that we cannot take time to do it safely. The injuries occurring in our type of work are preventable, and no one has to suffer an injury trying to get a job done.

Safety is a condition of your employment. Being totally committed to safety and working together, we can eliminate all accidents and injuries. If we are successful, and we will be, we will all share the benefits of a safe, accident free environment. EVERYONE accomplishes safety through effective communication, sincere desire, honest effort, common sense, and support.

### ENVIRONMENTAL POLICY STATEMENT.

The Company has established programs to comply with applicable laws, control the release of hazardous materials, properly handle waste materials, and stop the installation of any material or the execution of any work operation, if the health, safety, or environmental exposure is unacceptable. Every employee is expected to achieve to the spirit and intent of this policy. Employees have an obligation to keep informed about health, safety, and environmental risks and standards, and are to advise Management and the ES/H Department promptly of any adverse situation which may occur. (Per PPP-015)

Access to the regulation and our written program.

### BASIC HAZARD RECOGNITION
1. Be alert to your surroundings:
   • Look where you are walking.
   • Stay clear of moving machinery and/or equipment.
   • Use handrails when ascending or descending stairs.
   • Pick up all tools, clean up all spilled material.
   • Do not run or jump.

2. Plan your work:
   • Consider possible hazards that may exist.
   • Plan how to avoid them.
   • Communicate with others around you.
   • Planned work is safe work.

### HAZARD COMMUNICATION
1. Hazard communication is sometimes called employees "right to know" because employees have a right to know about: (Complete Program is addressed in PPP-005)
   • Hazardous materials in the workplace.
   • Training on hazardous materials.
   • Access to personal medical records.
   • Access to Material Safety Data Sheets.
   • Access to exposure records.

---

2. Before using hazardous materials:
   • Check with the label for contents and hazard information.
   • Review the Material Safety Data Sheet for detailed hazard information.
   • Wear the proper personal protective equipment per the MSDS.
   • If you have a question or need additional information, contact your foreman/ superintendent.
   • Anticipate a course of action in the event of a spill or release of material.

3. Using hazardous materials:
   • Follow label, MSDS, and manufacturer's recommendations.
   • Do not eat, chew or smoke while using.
   • Use required protective equipment.
   • Immediately clean up spills.
   • DO NOT POUR MATERIALS DOWN DRAINS, ON THE GROUND OR INTO SURFACE WATER OR SEWERS.
   • Provide adequate ventilation.
   • Avoid skin contact.

4. After use and storage of hazardous materials:
   • Close containers and return to correct storage area.
   • Thoroughly clean hands, and skin, remove and label contaminated clothing.
   • Do not store food or cook food in chemical storage areas.
   • Ensure proper labeling prior to storage.

### MATERIAL SAFETY DATA SHEETS
The following is a generic list of the sections found on a MSDS. The sections may be in a different order, but the manufacturer of the chemical must have each section on the MSDS.

1. PRODUCT IDENTIFICATION
   • General product description and DOT hazard classification.

2. COMPONENTS
   • Components are listed in this section if they present a physical or health hazard and are present at or above 1% in the mixture. Exposure recommendations are given for components OSHA Permissible Exposure Limits (PELS) and American Conference of Governmental Industrial Hygienists (ACGIH), Threshold Limits Values (TLV) appear on the line with the component identification.

3. PHYSICAL DATA – The following physical data is given (as applicable):
   • Boiling Point – The temperature at which a liquid boils or turns into a gas.
   • Vapor Density – Compared to Air = 1.
   • Vapor Pressure – The pressure exerted by vapor above its own liquid in a closed container.
   • pH – A scale from 0 to 14 that represents the acidity or alkalinity of an aqueous solution. Pure water has a neutral pH of 7.0.
   • Evaporation Rate – The rate at which a material evaporates from the liquid or solid state. Butyl acetate is the normal standard (rate = 1.0).

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Family of Companies

Code of Safe Practices

DOC# ???-003

## 4. FIRE AND EXPLOSION DATA
- Flash Point – The lowest temperature at which a material will generate enough vapor to form an ignitable mixture with air. Explosion, when an ignition source is present.
- Explosion Limits – the lower and upper percent by volume in air of a material in between which ignition (fire or explosion) will occur.
- Hazardous Decomposition Products – Known or expected hazardous products resulting from heating, burning, or other reactions.
- Firefighting Procedures – Minimum equipment to protect firefighters from toxic products of vaporization, combustion, or decomposition in the fire situations.
- Special Fire and Explosion Hazards.
- NFPA Codes – Hazard ratings assigned by the National Fire Protection Association.

## 5. HEALTH HAZARD DATA
- Permissible Exposure Limit – For product.
- Threshold Limit Value – For product.
- Effects of Overexposure.

## 6. REACTIVITY DATA
- Stability/Incompatibility – Materials and conditions to avoid, to prevent hazardous reactions.

## 7. SPILL OR LEAK PROCEDURES
- Reasonable precautions to be taken and methods of containment, clean up and disposal.

## 8. PROTECTIVE EQUIPMENT TO BE USED
- Protective equipment that may be needed when handling the product.

## 9. SPECIAL PRECAUTIONS OR OTHER COMMENTS
- Covers any relevant points not previously mentioned.

## PERSONAL PROTECTIVE EQUIPMENT
You are responsible for properly wearing and maintaining your PPE. PPE is designed to meet specific hazards and should not be used for purposes it is not designed for. PPE only works when it is used properly and consistently. Always remember that it will not protect you if you don't use it!

## GENERAL
1. When working observe the following practices:
- Metal band wristwatches, rings (other than wedding band), or other jewelry (such as piercing jewelry) shall not be worn.
- Loose or ragged clothing shall not be worn.
- Long sleeve shirts are required and are always recommended.
- Long pants shall be worn.
- Appropriate footwear shall be worn, and must have closed toes "gym style" allowed).

2. When wearing personal protective equipment (PPE):
- PPE shall not be reused by another employee, except fall protection equipment, until the equipment has been cleaned and sanitized.
- All PPE must be of an "APPROVED" type and acceptable to the Safety Department.
- The employee will wear the equipment correctly.
- Inspect equipment prior to use.
- Report any defective equipment to the foreman/supervisor/hardman.
- Exercise reasonable care of company supplied equipment.
- Do not begin work without the proper PPE.

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 - 01/03/01

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Family of Companies

Code of Safe Practices

DOC# ???-003

## HEAD
1. All employees will wear hard hats as required by site conditions. Head protection is required when employees are in any area where there is potential for injury to the head.
2. Hard hats damaged by heat, force, chemicals or age will be immediately replaced.
3. Long or shoulder length hair must be contained under the hard hat.
4. Hard hats with bills shall be worn with bill over the forehead.
5. Your hard hat should not be defaced, modified or tampered with in anyway.

## EYE & FACE
1. Eye protection will be worn at all job sites (*except* offices, while performing administrative duties.)
2. Any employee exposed to hazardous chemicals, dust or inside supplied air or full-face respiratory equipment *shall not wear contact lenses*. Some types of contacts may be suitable for use in full-face respirators. Contact the ESH Department for approval prior to use.
3. Where eye protection is required:
- Safety glasses with side shields shall be worn as minimum protection.
- Goggles shall be worn when handling hazardous liquids, glass and powders.
- Face/shields, in addition to safety glasses or goggles, shall be worn when performing jobs that may injure the face such as grinding, pressure washing or handling chemicals.
- Where exposed to injurious light rays, special lenses shall be worn.
- Tinted lenses (sunglasses) shall not be worn in confined spaces, inside buildings or after dark on the job site, unless approved by the foreman/superintendent.
- Eye and face protection shall comply with the current ANSI standards.

## HANDS
1. Hand protection will be provided for employees whose work involves unusual and excessive exposure of hands to cuts, burns, harmful physical or chemical agents or radioactive materials which are encountered and capable of causing injury.

You should base your hand protection choice on the tasks being performed, conditions present, duration of use, and the hazards and potential hazards identified. An "all purpose" glove does not exist. For hand protection against chemicals, the MSDS should be referred to.

Hand protection will not be worn where there is a danger of hand protection becoming caught in moving machinery or materials.

## BODY/PROTECTIVE CLOTHING
1. Employees will be required to wear a shirt/or blouse covering the entire upper torso, with sleeves covering the shoulders and completely encircling the upper arm.
2. Shirttails must be tucked in when working around moving equipment.
3. The shirt or blouse material must be solid, (or per client policy)
4. Long sleeves must be buttoned or rolled up above the elbow when working around moving equipment. (or per client policy)
5. No one is to work without a shirt.
6. Shirts with obscenities are prohibited.
7. Full length slacks or jeans must be worn.
8. Flame Retardant Clothing (FRC) must be worn when required by the client, or for specific jobs, or facilities, deemed to represent a risk. Clothing will be provided by the Company.

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 - 01/03/01

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kemp Industrial Service Family of Companies

Code of Safe Practices

DOC# PFP-003

## FOOT

1. Employees are required to wear ANSI approved safety footwear. (Steel toe mandatory)
2. Employees exposed to hazardous materials or wet environments, shall be issued the appropriate footwear.
3. Full metatarsal protection is required when operating any pressure washing or hydroblasting equipment.
4. Foot protection shall be in good condition. Worn heels, thin or worn soles, shall not be allowed.
5. Sneakers, sandals, safety tennis shoes, or open toed shoes are forbidden.

## HEARING PROTECTION

Hearing protection shall be worn when employees are exposed to noise levels that equal or exceed an eight (8) hour time weight average (TWA) sound level of ninety (90) decibels. Check with your supervisor for specific instructions. Hearing protection shall be worn in all areas where postings require such protection.

## OTHER PROTECTIVE EQUIPMENT AND CLOTHING

Examples of other PPE that may be required on any given job are as follows:

• Welding hoods.
• Life jackets.
• Shin guards.
• Foot guards.
• Knee guards.
• Flame retardant clothing (FRC) is required in some facilities. If required, employees will be issued such clothing for use.
• Special chemical clothing shall be provided for employees who are exposed to hazardous materials.

## RESPIRATORY PROTECTION

To control occupational illnesses caused by breathing air contaminated with the potentially harmful gases, aerosols, vapors, dusts, and fumes, employees will be required to wear respirators in designated areas and certain job assignments. All respirators must be approved by the National Institute of Occupational Safety and Health (NIOSH). Also, respirators shall be used per manufacturer's instructions and in accordance with their limitations. (Per PFP-026 Respiratory Protection Policy)

All personnel performing jobs that require the use of a full face, or dust mask respirator must be properly trained, medically qualified, fit tested, and clean shaven.

Depending on the work being performed, respiratory protection may consist of:
• a dust mask (when working in a non-hazardous dust condition).
• fume mask (for welding).
• escape respirator,
• half mask, full mask,
• supplied air,
• SCBA.

At no time will personnel be allowed to wear an escape type respirator and remain in or enter into a contaminated atmosphere or area. However, if you are caught in a leak or a dust condition:
• Put on the escape respirator, and leave the area;
• Walk, never run. Running causes deep breathing; therefore, more exposure.

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kemp Industrial Service Family of Companies

Code of Safe Practices

DOC# PFP

Those Personnel issued half mask or full face respirators are required to complete following five inspections:
• **Headbands:** Check to see if the headband still has its elasticity. Inspect for breaks tears in the material, and make sure all clips fasteners and adjusters are in place a working properly.
• **Face Pieces:** Check face piece for dirt, cracks, tears or holes. Inspect the shape of face piece for possible distortion that may occur from improper storage and make sure rubber is flexible, not stiff.
• **Inhalation and exhalation valves:** Check for cracks, tears, distortion, dirt or build-up the valves. Check the valve and valve seat.
• **Cartridge holder:** Check to make sure gaskets are in place and check for cracks a damage to threads.
• **Cartridge and/or filters:** Make sure cartridges and filters are clean. Never try to clean filter or cartridge by washing it or using compressed air. Inspect cartridges for scratches or other damage, particularly the metal sealing bead around the botto Check the expiration date to ensure that the cartridge has not expired. If you are unsu about what cartridge to use, contact your supervisor.
• **Face Lens (where applicable):** Check to make sure lens is in place and n cracked, scratched or has openings.
If any of these items are found to be defective, notify your supervisor immediately.

Respirators will also be maintained as follows:
• Keep respirator clean and disinfected by using warm, soapy water and/or water with cup of bleach to one (1) gallon of water.
• Protect respirator against dust, sunlight, extreme cold, excessive moisture or dampi chambers.
• Store respirator as directed in the "Use and Care" instructions provided with the respirat by the manufacturer.
• Keep the equipment properly maintained at all times to retain its original effectiveness.

## FALL PROTECTION, SAFETY HARNESS AND LANYARDS

Personal fall arrest systems are the most commonly used fall protection devices on our project. Personal fall arrest systems include safety harnesses, lanyards, lifelines and rope-grabs. You supervisor will show you how to properly wear a safety harness. All PFA (Personal Fall Arrest) system shall be an approved type and the following must be adhered to:

1. The use of fall protection equipment shall be in compliance with (PFP-012) and applicabl regulations.
2. Full body harnesses with shock absorbing lanyards are required anytime you are working wi a fall hazard 6 feet or more (along the working platform, or adjacent surfaces and tied off to a approved anchor point (i.e. a substantial overhead structure).
3. Lanyards shall be secured; whenever, the employee is not on a completed structure.
4. Body harnesses must be worn while working from scaffolds or other temporary platforms, an shall be secured to another structure or lifeline. If the work platform is incomplete, an
5. An employee riding in, or working from a man basket or personnel lift shall wear a bo harness; and, be secured by way of a lanyard while aloft.
6. Personal fall prevention equipment must be inspected daily by the user. 100% tie off wi dual lanyards shall be used, along with a full body harness, working six (6) feet or more for ground level or any other surfaces. Lanyards used with harness must be kept as short as possible; but, in no case shall their length exceed six (6) feet of free fall distance. A lanyards used with body harness must have a double locking hook, and of the "shoc absorber" type.
7. Only three foot lanyards may be used on rope grabs.
8. Proper storage and maintenance will prolong the durable life of the unit. Storage area should be clean, dry and free of exposure to fumes or corrosive elements.

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DJCO 777-031

# MATERIAL HANDLING

## 1. LIFTING

Proper manual lifting can prevent injuries and strains. The right way to lift is the easiest and safest. Proper lifting techniques are as follows:

- Wherever practical, heavy lifts should be done with mechanical lifting devices. When manual handling is required, dollies, trucks and similar devices should be used where practical.
- Never hesitate to ask for assistance when lifting. Workers should know their physical limitations and the approximate weight of materials they are trying to lift.
- Pre-inspect your path of travel.
- Use gloves when appropriate.
- Check the load or object for sharp edges, slivers, etc.
- Unstack objects to insure good visibility.
- Take a firm grip; secure a good footing; place the feet a comfortable distance apart; bend the knees.
- Use the legs for lifting — not the back. Keep your back as straight as possible, vertical to the object.
- Avoid turning or twisting with a load.
- Set objects to prevent inadvertent shifting of the load.
- Slide loads into place rather than lift the load in an awkward position.
- Don't carry more than you can safely handle or see over.
- Lift and carry loads close to the body.
- Never pull loads towards you, push them away from you.
- Watch footing when walking on uneven ground or when walking in crowded areas.
- Never carry a load so large that it obstructs vision; or, too heavy to be safely lifted without assistance.

BEND KNEES AND LIFT
HEAD UP, LOOKING
STRAIGHT AHEAD

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DJCO 777-031

# RIGGING

1. Proper rigging can prevent injuries and equipment damage. (Per PPP-050)

- Use proper barricades around the work area.
- Control loads with a tagline.
- Stay away from suspended loads.
- Never ride on hoisting equipment; unless, the equipment is specifically approved for lifting personnel.
- Never lift or get within 20 feet of power lines without fully documented JSA (PPP-002)
- Keep rope or cable away from hot or corrosive surfaces or materials.
- Verify that all loads are within the load limit of the equipment and the slings.
- Use proper knots.



SQUARE KNOT
A safe means of fastening together the ends of two ropes of the same diameter





CLOVE HITCH



ROLLING, OR TAUT-LINE HITCH
Hitch for holding tension in a line — a snubbing hitch.





SCAFFOLD HITCH
For fastening single scaffold planks, to hang level





EYE SPLICE          RUNNING BOWLINE          ROUND TURN AND TWO HALF-HITCHES
For fastening a scaffold line to a supporting beam



HITCHES FOR HOLDING NEEDLE BEAMS

The right way to clip wire rope          The wrong way to clip wire rope

## SLINGS

1. Correct use of slings can prevent injuries and equipment damage; (Per PFP-050)

- All slings, fastening and attachments are to be inspected daily prior to use.
- Slings that are damaged or defective shall be red tagged and removed from service.
- Slings shall not be shortened with knots, bolts, or other makeshift devices.
- Slings shall not be kinked or knotted.
- Slings shall not be loaded beyond their rated capacity.
- Slings used in a basket hitch shall have the loads balanced to prevent slippage.
- Slings shall be set to avoid slippage.
- Slings shall be padded or protected from the sharp edges of their loads.
- Hands or fingers shall not be placed between the sling and its load, while the sling is being tightened around the load.
- Shock loading is prohibited.
- A sling shall not be pulled from under a load, when the load is resting on the sling and damage to the sling may result.

## HAND AND POWER TOOLS

Hand and power tools used on the job shall be in proper working order and shall be used only for their intended purposes. All power tools shall be inspected by the user prior to being placed into service and must be inspected at least monthly, (Per PFP-013)

1. The proper use, care and storage of hand, tools will increase the life and reduce potential for injury. When using hand tools:

- Tools must be properly stored and not left in the work area.
- Inspect before use, and do not use tools in poor or unsafe condition.
- Do not place tools where they may fall on other employees.
- Select the proper tool for the job.
- DO NOT lift or lower power tools by the electrical cord or pneumatic hose.
- DO NOT use electrical tools with damaged cases or cords.
- Always cut or chisel away from the body.
- Wood handles must be free of splinters, cracks, and splitting. They may not be repaired. They must be replaced.

## TOOLS AND EQUIPMENT

Copyright Savoy Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

---

## LADDERS

The proper use, care, and storage of ladders will increase the life of the equipment and reduce potential for injury. (Per PFP-048) When using ladders:

- Inspect all ladders before use. Damaged ladders will be tagged and removed from service. Ladders shall not be painted.
- All ladders will meet current ANSI and/or OSHA standards.
- Metal ladders shall not be used around electrical equipment unless, the proper measures (i.e., Lockout/Tagout) have been taken.
- Extension ladders shall have their base 1/4 of the height away from the wall.
- Extension ladders will be tied off or the support whenever possible.
- Extension ladders will extend at least three feet beyond the platform, if the employee is required to step off of the ladder.
- When ascending or descending the ladder, face the ladder.
- Do not carry tools in your hands but lower the tools in an approved container.
- Ladders should be equipped with non-slip feet and/or spikes.

## STAIRWAYS

The proper construction and use of stairways will reduce the potential for injury. (PFP-048)

- Any vertical distance greater than 19 inches must have a stairway or ladder.
- No spiral stairs will be used on a construction site.
- The platform at the top of a stairway must be large enough for the swing radius of the door plus 20 inches.
- When the stairway has four steps or is higher than 30 inches, a full guardrail (including toprail and midrail) must be used.
- When handrails are used, they must be capable of supporting 200 pounds or more in any direction.

## POWDER ACTUATED TOOLS

The proper use, care and storage of powder actuated tools will increase the life of the tool and reduce potential for injury. (PFP-New) When using these tools:

- Certification from the manufacturer is required to be carried by the user.
- Check site regulations for permit requirements.
- Eye, face and hearing protection shall be worn.
- The manufacturer's instructions shall be followed.

## SUPPORTED SCAFFOLDS

The proper use and erection of scaffolds will reduce potential for injury. When using scaffolds:

- A Company designated Competent Person MUST personally supervise the erection, dismantling or altering of a scaffold.
- All scaffolds must have an approved scaffold user training and all employees erecting, dismantling or altering scaffold must receive training from the Competent Person.
- Scaffolds MUST be visually inspected by the designated Competent Person PRIOR to each shift.
- Scaffolds shall be properly braced so the scaffold is always square, plumb and rigid.
- Scaffold legs shall be set upon approved base plates or approved rollers as determined by the Competent Person. If rollers are used, all rollers must be locked while employees are on scaffolds.
- Guardrail systems MUST be installed on scaffolds ten (10) feet or higher.
- Working surfaces shall be FULLY decked.
- Wood used for decking must be of scaffold grade lumber, free from defects and not covered by opaque coatings.
- Scaffolds shall be capable of supporting four (4) times their intended load.

Copyright Savoy Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices
DOC# FFF-003

- Scaffold shall not be higher than four (4) times the width of the base, unless they are tied into a stationary structure.
- Scaffold components shall not be closer than ten (10) feet to any electrical sources or lines, without the express authorization of the Safety Department.
- Scaffolds shall not be used in high winds or during storms. Snow, ice or slippery materials shall be removed prior to any work activity.
- No ladders or steps may be used to raise the height of the decking.
- Debris shall not be allowed to accumulate on decking.
- Scaffold ladders MUST be used for access; unless, the manufacturer has designed part of the support structure as a ladder access system.
- Areas below the scaffold must be barricaded, or the working surface screened in; so, that tools and materials cannot fall below onto others.
- ALL COMPANY SCAFFOLDS MUST BE PERMITTED. USING A COLOR-CODED THREE TAG SYSTEM, RED IS NO ACCESS, YELLOW IS FOR RESTRICTED USE AND GREEN IS NORMAL USE.
- All employees should review with the Competent Person, the intended use, limits and characteristics of the scaffold prior to starting the job so that they may start the Competent Person to any unforeseen condition of the scaffold during the progression of the work.
- In general it is a prohibited activity to ride a mobile scaffold.

## SUSPENDED SCAFFOLDS

1. The proper use, care and maintenance of suspended staging equipment will increase the life of equipment and reduce potential for injury. When using this equipment:

- If you are subject to dizziness or seizures, or are bothered by heights, you cannot operate this equipment.
- A designated Competent Person must inspect the scaffold prior to each shift.
- Ensure there is safe access to the equipment at all times.
- Check for electrical conductors in the area. If there are any that may be within ten feet, have them de-energized and locked out.
- Check the load rating for the equipment, do not exceed rated load capacity.
- Top and mid rails are to be installed, building side top rail must not be less than 36 inches, all other top rails must be 42 inches high.
- Toeboards are required on all sides and ends.
- If anyone is exposed to being under the suspended staging, the area will be properly barricaded or otherwise protected.
- Staging floor must be at least 24 inches wide and non-skid.
- Controls shall be properly marked as to their purpose.
- All moving parts and/or electrical connections that may be a hazard shall be effectively guarded.
- Wire rope must be of a type, and installed, as recommended by the manufacturer.
- Cables shall not be spliced.
- Inspect the wire rope daily for excessive wear, birdcaging, and broken strands.
- Wear and use appropriate fall protective equipment.
- Independent lifelines are required on single point and two point, single stage scaffolds.

## COMPRESSED AIR AND CYLINDERS

When using compressed air the following rules apply:
1. Never blow compressed air against your body or clothes or that of another person.
2. Do not point air hose at yourself or anyone else. Compressed air can enter your body through cuts and enter your blood stream causing internal damage or death.
3. Plant air systems shall not be used as a source of breathing air unless, certified as a breathing source.
4. Connections to air systems will not be disconnected until the connection is isolated and the line pressure dissipated.
5. Connections to air couplings shall be properly secured.
6. Hoses should be routed so not to pose tripping or other hazard.
7. When you use an air hose, grip the nozzle firmly to keep it from kicking.
8. All air hoses must have quick release shut off nozzles secured with proper bonding.

## COMPRESSED GAS CYLINDERS

When using, storing, or handling compressed gas cylinders the following rules shall apply:
1. All cylinders shall be labelled.
2. Cylinders shall be stored upright and secured from falling with chain.
3. Caps shall be kept in place when the cylinder is not in use.
4. Cylinders SHALL NOT be used as rollers.
5. Cylinders shall be transported on a device specially designed for transport.
6. Cylinders shall not be taken into a confined space.
7. Cylinders shall be stored in their designated area, out of direct sunlight.
8. Relief valves shall be checked, prior to use, to ensure they are not obstructed (ice buildup).

## TAR POT

Tar pot equipment shall be inspected prior to each use. Only use tar pots and associated equipment that is in safe operating condition and passes inspection. The container used for transferring hot material shall be free of water, other foreign material. The standard personal protective equipment must be worn. In addition, a leather apron, adequate hand protection, long sleeves, and a face protection shall be worn while attending the kettle. Extreme caution must be used when handling tar. Once tar is at its melting point, places no larger than 25 pounds shall be placed in the tar. Tar pot areas and equipment shall be placed in locations that will minimize danger to people or property. Pump lines shall be secured and discharged in a manner to prevent material from splashing. (Per FFP-D8)

## VEHICLES

Only when your supervisor approves, may you operate a company vehicle. (Per FFP-044 Fleet Safety & Loss Prevention Policy)

### VEHICLE SAFETY

Only Employees who possess a valid drivers license and are on the Approved Driver's List may drive company vehicles.
- Drivers are responsible for regularly inspecting and ensuring proper vehicle care, and maintenance of vehicles.
- Drivers shall not include, when carrying chemicals.
- Seat belts shall be worn at all times, by all occupants.
- Drivers must obey all safe vehicle rules, and are responsible for lawful and safe operation of equipment assigned to them.
- Motor vehicles shall never be left running unattended.
- In plant settings, check with the owner regarding safe work permits.
- Employees must use three points of contact when mounting and dismounting trucks.
- Vehicles are not to be overloaded.
- All accidents are to be reported to your superintendent/foreman or manager immediately.

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices
DOC# FFF-003

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices
DOC# PPP-003

## FORKLIFT OPERATING RULES

1. Only properly trained and authorized employees shall be allowed to operate any forklift. (Par PP-046 and certified training program)
2. Forklifts will be inspected daily prior to use, including fluid levels, and documented. Forklifts that are unsafe will be tagged and removed from service; until, an authorized mechanic repairs and rechecks the forklift.
3. The Load Limit and Load Center will be clearly marked on all forklifts and shall not be exceeded under any conditions.
4. Employees shall not pass or work under a suspended load.
5. Employees shall not be lifted on the forklift, if an approved man-basket is used.
6. Vehicles shall not exceed a safe speed and shall not be driven into areas unless proper clearance has been provided.
7. Slant driving and horseplay are prohibited.
8. Forklift shall not be running while unattended. When a forklift is left unattended, the power will be shut off, brakes set, the mast brought to the vertical position and the load/forks lowered.
9. Operators shall face in the direction of travel and shall not move a vehicle, until the load is stable and secure and that all persons are in the clear.
10. The forks shall always be carried as low as possible, consistent with safe operation. Do not obstruct view by carrying the load too high.
11. Grades shall be ascended or descended slowly, the load shall face the top of the grade and turns WILL NOT be made while on a grade. The driver shall slow down and sound the horn at aisles and other locations where vision is obstructed.

## AERIAL LIFTS

1. Only properly trained and authorized employees shall be allowed to operate any aerial lift. Equipment shall be inspected daily (prior to use) and documented on Daily Work Report or Diary.
2. Employees will inspect the ground area where the lift will travel.
3. Employees shall wear a body harness with lanyard attached to the aerial lift tie-off point:
4. On guardrail if no tie-off is available.
5. Employees shall NOT sit, climb, or stand on the basket guardrails.
6. The basket and boom loads shall not be exceeded.
7. Aerial trucks shall not be moved with boom up in the extended position.
8. All equipment shall be operated per manufacturer's recommendations and site safety requirements.
9. Aerial lifts shall not be operated within 20 feet of unguarded energized electrical power line.
10. Aerial lifts shall be operated with outriggers in the set position, fully extended and resting on a stable base.
11. Aerial lifts shall be chocked when on an incline.
12. Employees shall keep three points of contact when mounting and dismounting aerial lifts.

## FIRE PREVENTION, EXTINGUISHER USE, WELDING AND CUTTING

### FIRE PREVENTION

• DO follow all safe handling procedures and MSDS instructions on use and storage of flammables and combustibles.
• No riders.
• Do not use open flame in areas where flammable/combustible materials are used or stored.
• Don't leave solvent soaked rags in the area, store them in the safety can provided.
• Follow proper welding and cutting safety procedures.
• Check the job site for fire extinguishers and/or fire hoses prior to start of work.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices
DOC# PPP-003

## TYPES OF FIRES

• Class "A", any fire that leaves an ash, such as wood, paper, cloth.
• Class "B", a liquid fire, such as gasoline or diesel fuel.
• Class "C", a Class A and/or Class B fire, energized with electricity, (i.e. electrical equipment).
• Class "D", metals.

## FIRE EXTINGUISHER SELECTION

• Class A & C fires may be extinguished with standard ABC dry chemical extinguishers.
• Class B fires require special graphite powder extinguishers and specialized training.

## FIRE EXTINGUISHER RATINGS

Class A ratings are listed as a number. A "1A" rated extinguisher has extinguishing capacity of 1.25 gallons of water. A "5A" rated extinguisher has extinguishing capacity of 6.25 gallons of water.

Class B ratings are listed in square feet of the fuel surface to be extinguished by a novice user.

A Class C rating designates the extinguisher is safe to use on an electrically energized fire.

## FIRE EXTINGUISHER USE

1. In general, the following rules apply to fire extinguishers:
• Use portable fire extinguishers only as a last resort, leaving the area of a fire and promptly reporting is the first priority.
• Fire extinguishers shall not be used for any purpose other than fire fighting.
• Do not block access to fire extinguishers or any other fire fighting equipment.
• Do not use client equipment; unless, authorized to do so.
• Do not pre-charge or break the seal on a fire extinguisher; unless, it is to be used immediately.
• Do not remove fire extinguishers from designated areas to use for fire watch.

2. Fire extinguisher operation; P.A.S.S.
P - Pull out the locking pin breaking the seal.
A - Aim nozzle or hose, just in front of the base of the fire.
S - Squeeze the trigger handle all the way.
S - Sweep discharge from the side-to-side, moving front to back across the base of the fire.

## WELDING AND CUTTING (HOT WORK)

1. Follow site specific Hot Work procedures.
2. Plan work with all involved: including site prep, permit completion and gas testing. Have designated fire watch with the required fire extinguisher or hose.
3. Do not use welding and cutting equipment; unless, trained and authorized to do so.
4. Wear required protective equipment.
5. Inspect all equipment before use. Red tag and report defective equipment.

## OVERHEAD WORK

### SPECIFIC WORK PRACTICES

1. Protect the people and the area below by:
• Roping off or barricading.
• Use warning signs; "DANGER - WORK ABOVE."
• Do not drop material from above.
• Use hard line to move small tools, materials, etc. between the ground and work platforms.
• Remove all loose objects from above when work is done.
• Small tools that can slip should be secured.

## ELECTRICAL SAFETY

1. Electrical equipment and wiring:
   - Consider all electrical circuits as "live".
   - Follow lockout rules.
   - While standing on wet or damp surfaces.
   - Never tamper with any wiring or equipment.
   - Without isolating and locking out equipment.

2. Don't make electrical repairs:
   - Unless trained and authorized to do so.
   - Inspect equipment before use, red tag and report defective equipment to your foreman.

3. Use an approved wooden or fiberglass ladder. DO NOT USE METAL LADDERS.

4. Electrical equipment:
   - Extension cords.
   - Electric hand tools.
   - Electrical equipment.

5. Worn wiring, overloaded circuits, defective equipment and equipment that is not approved must not be used.

## LOCKOUT / TAGOUT

1. Lockout / Tagout is the de-energizing and securing of all energy sources of equipment in a safe position before beginning work; to protect you from the unexpected operation of the equipment.

2. Follow all site specific lockout / tagout procedures and permits, and PPP-011 Company LOTO Policy.

3. Do not close valves or turn off switches owned by the client.

4. Lockout / tagout before making repairs or adjustments.

5. Identify all energy sources:
   - Electrical
   - Stored / Gravity
   - Pneumatic
   - Thermal
   - Hydraulic
   - Radiation

6. Who must lockout:
   - The Supervisor or Competent Person will lock out the part(s) of the equipment where employees are assigned to work.

7. How to lockout:
   - Disconnect, turn off, close, open, shut, purge, drain, de-pressure, block, blank, bleed.
   - Secure lock and/or tag.
   - Check it - try/test controllers, test for pressure, gas, etc. before starting.

8. When you have completed your work:
   - Check for safety of all persons before operating the machinery or equipment.
   - Remove the lock and/or tag, etc.

## CONFINED SPACE

A confined space is an area that has limited openings for entry or exit, is large enough for you to fit inside and is not designed for continuous human occupancy. These spaces may or may not have a possibility for containing various hazards, including hazardous atmosphere. (all work to Comply with PPP-010 Confined Space Program and PPP-011 Lockout / Tagout Policy)

1. Follow company and site specific confined space entry procedures.
2. Plan and discuss the work with all involved personnel, to include site prep, gas testing, etc.
3. Never go into a confined space unless:
   - Tests are done and proper measures are taken for Oxygen Deficiency/ Enrichment, Carbon Monoxide, Combustible Gas, Hydrogen Sulfide, and other toxic gases.
   - A valid permit is issued.
   - A trained, designated stand-by is available and properly equipped.
   - All entrants and attendants have been properly trained.
4. Never enter an unmarked confined space or disregard warning signs such as "Do Not Enter".
5. Warning: When there is a confined space, treat the work area as a confined space.
6. The complete Confined Space Procedure can be found in the Company's ESH Program Manual.
7. All confined space entries will be reviewed by a Safety Representative PRIOR to the entry. All confined space will be covered by partial permits, that is, the Company Confined Space Entry Permit PPP-010 Attachment 010-B shall be used, in addition to customer required permits.

## PROCESS SAFETY MANAGEMENT

Process Safety Management or PSM is an OSHA requirement for plants that use or manufacture toxic, reactive, flammable or explosive chemicals. The intent of the program is to prevent or minimize the consequences of catastrophic releases of these chemicals. The standard affects the Company as a contractor and you as a contract employee. As an employee you shall perform any work until you have received the proper training. As part of PSM you are required to adhere to the Company and owner safety rules and procedures. Always be familiar with the process you are working in, the potential fire, explosion, or toxic releases hazards and the emergency action plan. If you feel that the work you are to do presents a hazard, advise your supervisor before continuing. (PPP-015 PSM Policy)

## ASBESTOS

Company employees involved in the abatement of Asbestos Containing Material (ACM) or Possible Asbestos Containing Materials (PACM) must be trained and according to OSHA and EPA regulations. You cannot participate in activities involving asbestos; until you have received the training. If anytime there are doubts about whether or not a material may contain asbestos, or a material containing asbestos may become damaged in the course of a job assignment, notify your supervisor immediately. Never enter an area where asbestos abatement is being performed.

## BENZENE AWARENESS

Benzene is a highly flammable, clear, colorless to light yellow liquid with an aromatic odor. It is found in the oil and gas drilling industries, production and servicing operations, and coke oven batteries. Poisoning occurs most commonly through inhalation of vapors and sometimes can be absorbed or ingested. Company employees shall stay out of benzene regulated areas unless authorized by supervision. (Employees must be trained to PPP-025 prior to assignment on any Benzene Project)

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

DOC# PPP-023

## EXCAVATIONS

1. Follow site-specific procedures and permits.
2. A designated "Competent" person shall inspect the excavation site daily.
3. Site requirements:
   - Soil must be stored at least two feet from the edge of the excavation.
   - Barricade or rope off.
   - Use warning lights at night.
   - Shore/slope requirements to prevent cave-in.
   - At least two ladders must be in place for exit from excavations four feet deep or more.
   - Excavations are considered confined spaces for the purpose of notifying Safety Department.



20' Max.

20' Max.

4' Max.

4' Max.

This bench allowed in cohesive soil only.

Multiple Bench



Support or shield system

Vertically Sided Portion

10' Min.

Total height of vertical side

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

DOC# 1

## ABRASIVE BLASTING

1. The proper use, care and storage of abrasive blasting equipment will increase the li[fe] of the equipment and reduce potential for injury. When using the equipment:
   - Inspect and wear the correct personal protective equipment to include: hearing, respira[tory], gloves, and body protection.
   - Prior to starting, inspect all hoses, hose fittings, and couplings. Any damaged or excess[ive] worn equipment must be replaced.
   - Pay special attention to hose-to-hose connections. Check for proper fit, avoid mixing br[ands] of couplings. If screw need replacement, replace with identical type and size, replace v[...] distorted or cut gaskets, secure couplings securely. Use same connections shall have checks properly attached. "Chicago" type couplings shall be used and both halves secured. NOTE: Some work sites may require only pins be used and both halves secured.
   - Never use undersized hose or oversize couplings.
   - Repairs shall be made by qualified, trained personnel.
   - Secure blast hose to staging, so hose weight can be safely handled by the blaster.
   - Always hold blast hose with a hand-line when working on staging/scaffolds, (do not carry in ha[nd]) Warning! Dead man control is required and be used by the blaster and shall not be wire[d] the "on" position. Note: Diesel or gasoline compressors used for breathing air requi[re] calibrated continual carbon monoxide monitor inline.

## SPRAY EQUIPMENT AND OPERATIONS

1. The proper operation, care and storage of spray equipment will increase the life of the equipme[nt] and prevent injuries. When using the equipment:
   - Provide for adequate ventilation either natural or mechanical.
   - Wear the proper personal protective equipment, (eye, face, body, and respiratory). Expo[sed] skin shall be covered by adequate cloth material or barrier cream.
   - Post warning signs in the work areas.
   - The spray area must be at least 25 feet from ignition sources; such as, open flames, elec[...] motors, sparks, etc.
   - Locate the proper type and size fire extinguisher in or near the spraying area.
   - The spray area must be free of combustible materials.
   - All equipment operating manuals must be at the site.
   - All equipment is to be inspected before use. Include electrical cords, plugs, air and f[...] hoses, couplings, and spray tips. Replace all damaged or excessively worn parts.
   - Do not begin spray operations until authorized to do so by the Project Superintendent.
   - Check the spray equipment's safety shut-off valve and pressure gauge. Equipment [...] adequately protected from over pressure shall not be used. DO NOT CLOSE THE SAFE[...] SHUT OFF VALVE WHILE EQUIPMENT IS IN USE.
   - Do not exceed the manufacturer's recommended working pressure.
   - All equipment repairs shall be made by a trained and qualified employee. The power sour[ce] must be disconnected and the unit de-pressurized before starting equipment repairs.

## AIRLESS SPRAY EQUIPMENT

1. In addition to general spray equipment and operations, take these additional precautions wh[en] using airless spray equipment.
   - When spray gun is not in use, set the gun's safety latch in the "closed" or "safe" position.
   - Do not remove or modify any part of the spray gun.
   - Check the diffuser operation by using the lowest possible spray pressure with the [...] removed.
   - Check the operation of all gun devices before use.
   - Do not exceed the maximum working pressure rating of the pump.
   - Never modify the equipment.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Xerox Industrial Services Family of Companies

**Code of Safe Practices**

DUCF PPF-033

- Never use tape or any device to mend hose. Replace damaged hose.
- When cleaning the tip, engage the trigger safety lock and carefully remove the tip.
- Relieve the pressure and disable the power; before, servicing any other part of the gun, line, or pump.
- All equipment being sprayed must be properly grounded. Spray guns must be grounded through hose connections. Gun ground continuity in hose shall be checked periodically.
- New filters shall not be allowed to operate this equipment without Division Manager approval.
- Follow the manufacturer's procedures for flushing the equipment.

## 1. PRESSURE WASHING OPERATIONS

Pressure washers must be used in strict accordance with the manufacturer's recommended operating instructions.

- Proper personal protective equipment shall be worn (e.g. Head/Eye & Face, Hand/Respiratory/Body, Hearing and Foot) (rubber boots w/ full metatarsal.)
- Site specific requirements may not allow for use of gasoline powered equipment.
  NOTE: Adequate ventilation must be used to preclude from carbon monoxide accumulation.
- Inspect unit, all hoses, and the gun prior to use daily.
- Barricade work area and pick up all loose objects.
- Cover or de-energize anything electrical in the area.
- Use lowest pressure setting for completing work.
- Small, loose objects to be blasted shall never be held by the operator or another person; but, securely held by mechanical means.
- No repairs shall be made while system is pressurized.
- Never leave pressurized system unattended or relocate with system pressurized.

## HYDROBLASTING

1.0 Hydroblast pumps must be used in strict accordance with the manufacturer's recommended operating instructions, and (PPP-043 Hydroblasting Policy)

- Proper personal protective equipment shall be worn (e.g. Head/Eye & Face, Hand/Respiratory/Body, Hearing and Foot.) Eye protection shall include safety glasses with side shields, or impact rated goggles under a full face shield. Foot protection shall include steel-toed (not fiber-glass) rubber boots with full metatarsal cup or guards.
- High pressure guns must have a safety shroud a minimum of two feet long.
- High pressure guns shall be a minimum of 48 inches long. Use of Shorter gun barrels require prior "Variance" approval of the ESH Department.
- Do not tie back or wedge object to hold trigger in ON position.
- A 36" inch stinger or flextance guard shall always be used on flextance or line moling.
- The person controlling flextance must also control foot pedal. Any exceptions must be approved by a "Variance" through the ESH Department.
- Use of "black iron" pipe on high pressure systems is prohibited. All fittings and piping must be stainless steel and rated for the working and burst pressure in use.
- Barricade work area and pick up all loose objects.
- Cover or de-energize anything electrical in the area.
- Flush entire system prior to installing nozzle.
  NOTE: Never direct a water jet stream towards yourself or another person.
- Small, loose objects to be blasted shall never be held by the operator or another person; but, securely held by mechanical means.
- No repairs shall be made while system is pressurized.
- Never leave pressurized system unattended to accommodate large amounts of waste-water.
- Adequate drainage shall be established to accommodate large amounts of waste-water.
- Working overhead, be aware of work activities below.

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Xerox Industrial Services Family of Companies

**Code of Safe Practices**

DUCF PPF-

- All high pressure hose connections shall have whip checks rated for 10,000 psi or greater.
- Ultra-High Pressure gun barrels shall be a minimum of 52 inches long; nozzle to should stock.
- Always winterize equipment immediately after use during cold weather (below 40° F) to avoid ice plugging and pump damage or injuries from trying to get ice out of systems.

NOTE: No attachments or modifications to hydroblast pumps or equipment shall be allowed.

## VACUUMING

1.0 Vacuum Equipment must be operated in strict accordance with the manufacturer's recommended operating instructions, and (PPP-042 Vacuum System Operations)

- Only trained personnel shall operate vacuum loading equipment and supervise the training of new employees.
- A Safety "T" shall be used on all jobs and placed close to the suction end. Any exception must be through an approved "Variance" by the ESH Department.
- The employee operating the hose (or a designated standby person) must be able to release the Safety "T" immediately. The standby person must be able to visually see the operator or the vacuum hose. At no time is any part of the body allowed to cover the suction end of the hose.
- A safety handle or equivalent control method must be attached to the end of the hose.
- All vacuum equipment shall be properly grounded to reduce the risk of static electricity.
- All vacuum equipment shall have its rear wheels chocked to prevent movement.
- Never raise the collector body without the unit being on firm level ground. Never raise the collector body all the way while it is full.
- Confined space entry procedures are required to enter the collector body.
  HAZWOPER training is required if hazardous materials are present.
- Gas tests should be taken in all areas where flammable products exist, before entering with vacuum equipment, since truck engine can be an ignition source.
- Always refer to an MSDS to know the characteristics of the products to be vacuumed; (e.g. flammable, toxic, combustible, corrosive) prior to start of the job.
- (1) Hand pound fire extinguisher must be maintained outside of the cab of the vacuum truck. Flame Retardant Clothing (FRC) shall be worn when working with or near flammable or combustible materials, (e.g. coal dust, flammable vapors etc.)
- Unloading of collector body shall occur gradually without any part of the equipment being rapidly or violently shifted.

## HAZARDOUS WASTE MANAGEMENT

If you generate hazardous waste at your jobsite there are EPA requirements that need to be followed. Hazardous waste laws require that all hazardous waste containers be in good condition and properly labeled. Labels are to be placed on containers as soon as material is placed inside the containers. This labels should also be marked with the date of the first day waste was generated. Be certain that all hazardous waste containers are covered and secured. Always handle waste containers with care. Ask your supervisor if hazardous waste will be an issue on the job. (follow PPP-008)

## HAZWOPER — Emergency Response

If you discover a hazardous substance release, and are properly trained, there are several things that you should do as a first responder. First you want to identify the chemical. When doing this, maintain a safe distance. Assume the unknown chemical(s) are hazardous and determine if the chemical is a solid, liquid, or gas. Next, evacuate and barricade the area. Inform your supervisor and the proper authorities so they can initiate an emergency response. Remember, during any release of a hazardous material, your own safety must be your first concern.

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Acuny Industrial Services Family of Companies*

Code of Safe Practices

DOC# PPP-031

## LEAD & HEAVY METALS ABATEMENT

Lead and other heavy metals which may often be found in coatings, which may require removal. On a heavy metals abatement job, the most important way to protect yourself is to wear the correct personal protective equipment (PPE), practice good personal hygiene, and keep your work area clean. As a worker on a lead or heavy metals project you must normally comply, and pass a lead and/or heavy metals abatement class. (Trained to PPP-028 and follow site specific plan)

Your PPE shall be inspected and in good condition, designated areas and placed in labeled and covered containers. Removal of your PPE should take place in a heavy metals at or above a certain level. Exposure monitoring may also be performed. You will be informed or the results of each test.

Food, beverage and tobacco shall not be present, or consumed within regulated areas. If you are working in an area where exposure exists, always wash your hands and face prior to eating, drinking, smoking, or applying cosmetics. Showering is required at the end of your shift.

Periodic medical testing shall be provided to you at no cost. If you are exposed to lead or other heavy metals at or above a certain level. Exposure monitoring may also be performed. You will be informed of the results of each test.

## SILICA AWARENESS

Silica is the term used when referring to silicon dioxide. Silica is the second most common mineral found in the Earth's crust. Silicon exposure occurs at our Company can result from abrasive blasting, sandblasting, cutting, drilling, grinding and chipping on concrete or masonry surfaces. We provide several methods to reduce your exposure to silica. These methods include; substituting silica with a less hazardous material; building enclosures to contain the silica; using ventilation systems to remove high concentrations of dust; using wetting methods for dust suppression; and employee rotations. (PPP-031 Silica Policy)

If you are exposed to silica above the PEL, or to unknown concentrations, the Company will provide you with protective clothing, respiratory protection and medical surveillance. Your exposure to silica should be monitored through air sampling on a regular basis.

Having good personal hygiene habits and utilizing properly functioning PPE are the best ways to minimize your exposure to silica. Your respirator will protect you from inhaling silica dust. Protective clothing will keep dust off your skin. You should never bring your protective clothing home. Do not remove dust by blowing, shaking, or other methods that disperse silica into the air. Always use a HEPA vacuum to remove dusts from clothing and other surfaces. Also, never take food, drinking, smoking or applying cosmetics or skin medications. When provided, use the hygiene facilities and follow the procedures and procedures that accompany them.

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Acuny Industrial Services Family of Companies*

Code of Safe Practices

DOC# PPP-031

## HOUSEKEEPING

Good housekeeping prevents accidents and is a continual process. Please place trash and unwanted material in approved containers and dispose of it on a regular basis. All work area's including storage areas and trailers shall be kept neat and orderly. Jobsites shall have designated areas for tools, equipment and supplies. Hoses, cords, leads, extension cords, air lines, etc., shall be coiled and hung neatly. Never block aisles, walkways, skits, emergency apparatus, or overhead to eliminate tripping hazards. Protruding nails in lumber shall be removed or a spill vital equipment in a certain level. When provided use the hygiene should occur please clean it up immediately. You are responsible for keeping your work area clean.

## FLAMMABLE / COMBUSTIBLE STORAGE AND HANDLING

In our industry you will work with many different flammables. Paints, thinners, solvents, alcohols, and fuel oils are just a few. The difference between flammable and combustible is its flash point; however, for this purpose we will just use the term flammable. You can recognize a flammable material by either a red placard with white letters reading "Flammable" and the NFPA 704 system. When you store flammable materials, store them in approved metal safety cans and in safe locations. Never place flammable inside a room or a building in quantities greater than 25 gallons; unless, stored in fireproof cabinets. Flammable materials should not be stored in the same place as other materials that are kept. Flammables also cannot be used or stored within 50 feet of any source of ignition.

While working with flammables, ventilation is a must to keep vapors at acceptable levels. Be certain your job has explosive proof equipment when required. When transferring flammables, containers must be bounded and grounded. Always use approved dispensing nozzles or pumps to transfer liquids. Never siphon a flammable liquid. When not in immediate use, flammables must be covered. Use ground cover or containment to prevent accidental spills. Finally, be sure that all proper signs are posted and that smoking rules are obeyed. (follow PPP-008 Environmental Management Policy)

## FIRES / EXPLOSIONS

1. Immediately report all fires and explosions per the site procedure.
2. Extinguish small fires; if, properly trained; and if, it can be done safely.
3. Learn the emergency number for reporting fires and explosions at your job site.

## INJURY / ILLNESS

1. Report all injuries and illnesses to your foreman or superintendent immediately.
2. Learn the emergency number for the medical attention at your job site.
3. Immediately call for help if someone collapses or is injured.

## EMERGENCY PROCEDURES AND FIRST AID

## HEAT STRESS

Heat exhaustion can occur when you are subjected to hot environments and fall to take in enough fluids, salts, or both. And even worse, this can lead to a life threatening condition known as a heat stroke. Sun stroke or heat stroke happens when the body's internal mechanism fails to regulate its core temperature. So, it's critical to recognize when you are suffering from a Heat Stress Disorder.

* **Heat Cramps** – Symptoms are painful spasms of the muscles. Heat cramps are caused when workers consume large quantities of water; but, fail to take in enough salt to replace the salt their body lost through sweating. Tired muscles are most susceptible to heat cramps.
* **Heat Exhaustion** – Symptoms for this disorder are moist, clammy, pale skin; profuse sweating; extreme weakness or fatigue; dry mouth; dizziness; fast pulse; rapid breathing; muscle cramps and nausea.
* **Heat/Sun Stroke** – Symptoms are a very high body temperature (104 degrees F or higher); lack of sweat; mental confusion, delirium, or hallucinations; deep breathing and rapid pulse; hot, dry, red or mottled skin; and dilated pupils. Seek medical help at once for this condition.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kemy Industrial Services Family of Companies

Code of Safe Practices

DOC# 777-003

## TIPS FOR PREVENTION OF HEAT RELATED DISORDERS:

- **Acclimatization** - Adjust yourself to the heat through short exposure periods, followed by longer exposure until your body is accustomed to the heat. It may take 5-7 days of hot weather before the body undergoes changes that make heat more bearable.
- Drink lots of Water/Liquids - Replenish the fluid that your body is losing through sweating. Not only water, but critical electrolytes such as sodium, potassium and calcium are lost through sweating, so consider using electrolyte drinks to combat heat related disorders.
- Education - Know the signs and symptoms of heat stress disorders and act quickly!
- Use Your Head - Do not ignore possible symptoms of heat stress disorder. If you feel very hot, dizzy, nauseous and/or your muscles cramp, stop and cool off!

## HAZARDOUS MATERIAL RELEASE/SPILL

1. Immediately report all hazardous material release/spills per the site procedure. (Per PPP, JOB)
2. Prevent material from discharging to a sewer or waterway.
3. Wear the appropriate protective equipment when responding to spilled/released materials.

## EVACUATION

1. Know the evacuation alarm signals for the site, (e.g., horns, whistles, flashing lights.)
2. Select two evacuation routes from the work area.
3. Know your evacuation assembly/staging area.
4. Review evacuation signals, routes and staging areas before job starts and frequently thereafter.

## INSECT STING PREVENTION

Avoid wearing heavy perfumes, colognes or cosmetics that have a strong fragrance when outdoors. Wear light colored clothing, since insects tend to by toward dark colored objects when angered or frightened. If you are stung, apply ice to your immediate injury.

## FIRST AID

The Company does not require any employee to put themselves at risk as a result of rendering first aid. If you choose to help a coworker, the following guidelines should be followed:

- Do not call Emergency Assistance (911 or site emergency number).
- Do not move the victim unless he is in imminent danger.
- Stay with the victim and periodically reassure him help has been called.

### INJURY/ILLNESS

#### SHOCK

**SIGNS AND SYMPTOMS**
1. Pale skin or burn, cold to burn.
2. Weakness.
3. Rapid pulse (over 100)
4. Rate of breathing usually increases; may be shallow or deep and irregular.

**FIRST AID**
1. Keep victim down.
2. Cover them up to keep from losing body heat.
3. Get medical help as soon as possible.

#### HEAT ATTACK

**Two principle symptoms:**
1. Acute pain in chest, upper abdomen, or down the left arm and shoulder.
2. Extreme shortness of breath.
3. Absence of pulse and breathing in an unconscious person

**FIRST AID**
1. Keep victim down.
2. Wait/t for shock.
3. Get medical help.

Place victim in comfortable position, usually sitting up. If not breathing, give artificial respiration. If no pulse, administer CPR. Call for medical help. DO NOT give fluids to unconscious victims.

#### FRACTURES & DISLOCATIONS

1. Pain and tenderness
2. May have difficulty moving injured part.
3. Obvious deformity - swelling and discoloration

Place victim in comfortable position, and splint injured joints form moving (splint).

#### LOSS OF CONSCIOUSNESS

1. Unresponsive

Keep victim warm and lying down, body turned on side. Send for medical help. If breathing stops, give artificial respiration. Never give an unconscious person food or liquids.

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kemy Industrial Services Family of Companies

Code of Safe Practices

TEST-0003-1
Hazard Communication

SCORE:

Employee Name (print)

1. The Hazard Communication standard is often referred to as the Right to Know standard?

   ☐ True     ☐ False

2. MSDS's are not required on shipping containers provided they are properly labeled?

   ☐ True     ☐ False

3. Right to Know deals with avoiding chemical exposure in the workplace?

   ☐ True     ☐ False

4. A carcinogen (cancer causing agent) would be an example of a physical hazard?

   ☐ True     ☐ False

5. There are two types of chemical hazards. One is physical and the other is chemical?

   ☐ True     ☐ False

6. You will find safe handling precautions on a MSDS?

   ☐ True     ☐ False

7. Health Hazards are either considered acute or short term?

   ☐ True     ☐ False

8. A chronic effect is usually the result of one exposure incident?

   ☐ True     ☐ False

9. One required item on a label is the name of the chemical inside the container?

   ☐ True     ☐ False

10. Copies of MSDS's shall be made available to employees?

   ☐ True     ☐ False

Instructor Signature                                        Date

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Sany Industrial Services Family of Companies
Code of Safe Practices

DOC# FPP-003

This Page Intentionally Left Blank!

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Sany Industrial Services Family of Companies
Code of Safe Practices

**TEST-003-2**

**Personal Protective Equipment**

SCORE: [       ]

Employee Name (print)

1. PPE shall be inspected before each use. Defective or worn equipment shall not be used replaced at once.
   ☐ True        ☐ False

2. Safety glasses are only required in certain operations and conditions.
   ☐ True        ☐ False

3. Hard hats shall be worn on all Company projects regardless whether owners require hard hat or not.
   ☐ True        ☐ False

4. The Material Safety Data Sheet (MSDS) can be checked for the type of hand protection to worn.
   ☐ True        ☐ False

5. You should avoid wearing loose, dangling cloths or hanging jewelry around moving or rota equipment.
   ☐ True        ☐ False

6. Hard hats may be worn backwards.
   ☐ True        ☐ False

7. You are not responsible for the cleaning and maintenance of your PPE.
   ☐ True        ☐ False

8. PPE should be for its intended purpose and suitable for the working conditions.
   ☐ True        ☐ False

9. It is not required to wear an all leather durable type work shoe. A safety tennis shoe is permitt on Company projects.
   ☐ True        ☐ False

10. Hearing protection must be worn when working around high noise areas.
   ☐ True        ☐ False

Instructors Signature _____    Date _____

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kemy Industrial Services Family of Companies

Code of Safe Practices

DOC# F99-001

This Page Intentionally Left Blank!

Copyright Kemy Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kemy Industrial Services Family of Companies

Code of Safe Practices

DOC# F99-001

## TEST-003-3
## Respiratory Protective Equipment

SCORE:

Employee Name (print)

1. All respirators shall be approved by NIOSH and MSHA?
   ☐ True   ☐ False

2. There are two types of respirators, air-purifying and air-supplied?
   ☐ True   ☐ False

3. Air-purifying respirators offer the most protection?
   ☐ True   ☐ False

4. Oil lubricated compressors used for breathing air must be equipped with in line filters and a CO monitor?
   ☐ True   ☐ False

5. It is okay to use an air purifying respirator in an oxygen deficient or IDLH atmosphere?
   ☐ True   ☐ False

6. A positive/negative pressure fit test should be done each time an air purifying respirator is put on?
   ☐ True   ☐ False

7. It is okay to wear a respirator with a beard?
   ☐ True   ☐ False

8. You must pass a training class, pulmonary function test, and fit test to wear a respirator?
   ☐ True   ☐ False

9. Your respirator shall be cleaned after each use and stored properly?
   ☐ True   ☐ False

10. Cartridges shall be replaced if you detect an odor, experience dizziness, or have difficulty breathing?
    ☐ True   ☐ False

Instructors Signature _____   Date _____

Copyright Kemy Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DOC# FP-003

This Page Intentionally Left Blank!

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DOC# FP-

TEST-003-4
Fall Protection

SCORE:

Employee Name (print) _____

1. The Company requires fall protection 100% of the time when working six (6) feet or more above lower level?
☐ True    ☐ False

2. If a guardrail system is complete (has handrails, mid-rails, and toe-boards) this will serve as y fall protection?
☐ True    ☐ False

3. It is OK to wear safety belts on Company Name projects?
☐ True    ☐ False

4. Always anchor lanyards and lifelines to structure capable of supporting 5000 lbs?
☐ True    ☐ False

5. It is OK to anchor lifelines and lanyards to hand-rails, only if there's no other anchor point?
☐ True    ☐ False

6. Lifelines and lanyards shall be protected from sharp objects?
☐ True    ☐ False

7. Multiple workers can be attached to a vertical lifeline?
☐ True    ☐ False

8. Fall protection equipment shall be inspected prior to each use?
☐ True    ☐ False

9. Always anchor at or above the "d"-ring in the center of the back?
☐ True    ☐ False

10. It is OK to attach several lanyards together to make a longer lanyard?
☐ True    ☐ False

Instructor's Signature _____    Date _____

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

This Page Intentionally Left blank!

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

TEST-003-5
Heat Stress

SCORE:

Employee Name (print)

1. Heat stress is classified into three related illnesses: heat cramps, heat exhaustion, and heat stroke.
   ☐ True     ☐ False

2. Heat stroke is the least serious of the three types of heat related illnesses.
   ☐ True     ☐ False

3. Heat cramps are characterized by dry, red skin.
   ☐ True     ☐ False

4. Heat exhaustion is when one loses the ability to sweat and cannot cool down.
   ☐ True     ☐ False

5. Heat related illnesses can be prevented. One way is to drink plenty of water.
   ☐ True     ☐ False

6. A person gets a heat-related illness when the body loses its ability to get rid of excess heat.
   ☐ True     ☐ False

7. Heat stroke is the only heat-related illness that requires First Aid and/or medical attention.
   ☐ True     ☐ False

8. Another way to prevent heat related illness is to isolate the heat source (i.e., shut off a machine
   ☐ True     ☐ False

9. Acclimation, is adjusting yourself to a hot environment through short exposures?
   ☐ True     ☐ False

10. It is OK to disregard possible symptoms of heat stress disorders if it doesn't seem to hot.?
   ☐ True     ☐ False

Instructors Signature                                    Date

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*
Code of Safe Practices

DOC# PPP-003

This Page Intentionally Left blank

Copyright Kenny Industrial Services LL.C. 2001
Revision 0 – 01/01/01

Page 46 of 67

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*
Code of Safe Practices

DOC# PPP-003

**TEST-03-6**

**Confined Space**

SCORE:

Employee Name (print)

1. Monitoring of a permit required confined space shall include testing of oxygen, flammable levels, and toxins.
   ☐ True   ☐ False

2. The outside attendant in an emergency may enter a confined space.
   ☐ True   ☐ False

3. Only the entry supervisor may order an evacuation of a confined space.
   ☐ True   ☐ False

4. Everyone involved in confined space work must know what to do in the event of an emergency?
   ☐ True   ☐ False

5. The authorized entrant must read and understand all the precautions noted on the entry permit.
   ☐ True   ☐ False

6. It is not necessary to have an outside attendant while working inside a permit required confined space.
   ☐ True   ☐ False

7. A form of communication must be established and maintained between the entrant and attendant while working inside a permit required confined space.
   ☐ True   ☐ False

8. A confined space permit is no longer valid and immediately canceled when an evacuation or alarm sounds.
   ☐ True   ☐ False

9. The entrant is responsible for keeping an accurate head count of attendants inside the confined space.
   ☐ True   ☐ False

10. Never enter a permit required confined space without an entry permit and outside attendant.
    ☐ True   ☐ False

Instructors Signature _____    Date _____

Copyright Kenny Industrial Services LL.C. 2001
Revision 0 – 01/01/01

Page 47 of 67

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Army Industrial Service Family of Companies

Code of Safe Practices

DOC# FYY-033

This Page Intentionally Left blank]

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Army Industrial Service Family of Companies

Code of Safe Practices

DOC# FYY-

TEST-003-7

Scaffolds

SCORE: _____

Employee Name (print) _____

1. All scaffolds shall be inspected before each use.
☐ True    ☐ False

2. Additional fall protection is required when working off a scaffold that is missing guardrails.
☐ True    ☐ False

3. It is an acceptable practice to climb a scaffold using the cross braces.
☐ True    ☐ False

4. The Company permits employees to ride on mobile scaffold provided the scaffold is on a level surface.
☐ True    ☐ False

5. Scaffolds shall not be operated or erected near live power lines unless the proper measures have been taken.
☐ True    ☐ False

6. Always keep scaffolds free of debris and slippery conditions.
☐ True    ☐ False

7. It is not necessary to have a separate fall arrest system while working from a suspended scaffold.
☐ True    ☐ False

8. Tools, equipment and materials should be hoisted and lowered from scaffolds by the use of rope, hoist or other means.
☐ True    ☐ False

9. 
☐ True    ☐ False

9. Adding unstable objects to a scaffold to provide additional height is prohibited.
☐ True    ☐ False

10. Never work off of a scaffold during high winds and storms.
☐ True    ☐ False

Instructors Signature _____    Date _____

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Asray Industrial Services Family of Companies

Code of Safe Practices

DOC# PPP-403

This Page Intentionally Left Blank!

Copyright Asray Industrial Services LLC, 2001
Revision 0 - 01/01/01

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Asray Industrial Services Family of Companies

Code of Safe Practices

DOC# PPP-

TEST-003-8
Lead Abatement

SCORE:

Employee Name (print)

1. OSHA has established an allowable level of lead at 100 ug/m3 over an eight-hour period.
   ☐ True    ☐ False

2. If working in an area where lead exposure exists, always wash your hands and face prior to eating, drinking, smoking, or applying cosmetics.
   ☐ True    ☐ False

3. You must be removed from the lead environment when your blood level reaches 10 ug/dl.
   ☐ True    ☐ False

4. Personal hygiene is very important in preventing lead poisoning.
   ☐ True    ☐ False

5. In concentrations below 50 ug/m3, respiratory protection is not necessary.
   ☐ True    ☐ False

6. It is okay to take home lead contaminated clothing, but it must be washed immediately.
   ☐ True    ☐ False

7. As an employee you have no right to exposure monitoring results, unless they're >10 times the PEL.
   ☐ True    ☐ False

8. Do not remove lead dust from protective clothing by shaking or blowing, if co-workers are within 25 ft.
   ☐ True    ☐ False

9. On a lead job, all surfaces shall be maintained as free as practicable of lead dust.
   ☐ True    ☐ False

10. Only tobacco products are permitted to be present or consumed in regulated areas.
    ☐ True    ☐ False

Instructors Signature _____    Date _____

Copyright Asray Industrial Services LLC, 2001
Revision 0 - 01/01/01

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DOC# ???-??

This Page Intentionally Left blank!

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DOC# ???-??

## TEST-003-9
## Lock Out / Tag Out Test

SCORE:

Employee Name (print)

1. Lock out, tag out, try out, is the complete isolation of energy that may create a risk to the worker?
☐ True    ☐ False

2. The authorized person is one who de-energizes the equipment and re-energizes the equipment?
☐ True    ☐ False

3. The effected employee does not have to apply lock-out devices if his supervisor does?
☐ True    ☐ False

4. If a lock out device is accidentally left on by an employee, they are the only one that can remove the device?
☐ True    ☐ False

5. A danger tag can be used instead of a lock under any given situation?
☐ True    ☐ False

6. Every LO/TO must include the name of the Authorized Person?
☐ True    ☐ False

7. Gravity is not a potential hazardous energy sources?
☐ True    ☐ False

8. Protection in LO/TO is provided when the Client tells the Authorized Person it is safe ?
☐ True    ☐ False

9. An effective Lock Out / Tag Out procedure involves the Supervisor, the Authorized Person and the Client Representative?
☐ True    ☐ False

10. Effected employees must understand the types of energy involved, before a Lock Out / Tag Out Procedure is performed?
☐ True    ☐ False

Instructors Signature                    Date

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

This Page Intentionally Left blank!

DOC# 999-003

Copyright Kenny Industrial Services LLC, 2001
(Revision 0 — 01/01/01)

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

DOCR 999-

## Attachment 003-A
## Handbook Orientation Testing Log

Note: The information contained in the "Code of Safe Practices" Handbook is only a guide to our overall program expectations. It will help support field Supervision in initial orientation of new employees to our program, and quickly determine their level of basic Safety understanding of our business. Answers to all questions in the testing can not be found in the handbook, this is by design, to identify these areas of training that will nature require more in-depth training with specific Programs, Policies and/or Procedures.

The Supervisor is expected to review all tests, discuss incorrect answers with the employee to ensure understanding, and log the results in the matrix below. Test scores of 80% or below will indicate this need for more in-depth training from the ESH Program Manual to provide an appropriate level of training required for specific types of work, i.e. Confined Space, Fall Protection, or Lead & Heavy Metals Abatement, etc.

It may not be possible to go through the complete handbook in one setting and finish all testing, so it is expected that the training documentation may remain on the jobsite until completed. Once completed, the Supervisor should make a copy of the documentation for his jobsite file, and send the originals to the Region ESH Office for filing.

| | Subject | Test Date | Testing/Instructor Supervisor | Initial Test Score | Review to 100% "Initial" |
|---|---|---|---|---|---|
| 1. | Hazard Communications | | | | |
| 2. | Personal Protective Equipment | | | | |
| 3. | Respiratory Protection | | | | |
| 4. | Fall Protection | | | | |
| 5. | Heat Stress | | | | |
| 6. | Confined Space | | | | |
| 7. | Scaffolds | | | | |
| 8. | Lead Abatement | | | | |
| 9. | Lock Out / Tag Out | | | | |

I (Print Name), _____ acknowledge by my signature below that the test answers to the test subjects listed above are my own, that the instructor has reviewed all incorrect answers with me, and that I understand the training I have received.

| Employee Signature | | | Date |
|---|---|---|---|
| Employee Supervisor (Print) | | Social Security Number | |
| | Signature | | Date |

Copyright Kenny Industrial Services LLC, 2001
(Revision 0—01/01/01)

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

DCCA FFF-402

This Page Intentionally Left blank!

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

DCCA FFF-40C

Attachment 003-B

Receipt, Acknowledgment, & Consent Form

## Substance Abuse Program

I, _____ (Print Name), _____ have read and fully understand the Company's Substance Abuse Program and its policies and procedures. Further, I acknowledge that employment or continued employment with the Company at any project is subject to securing acceptable results on any drug screening tests for whatever the reason I was tested. I agree to be subject to future testing in accordance with this policy and understand that refusal to be tested or unacceptable test results subjects me to termination without prior notice.

| Employee Signature | Social Security Number | Date |
|---|---|---|
|  |  |  |
| Employee Supervisor (Print) | Signature | Date |
|  |  |  |

## Consent For – Drug & Alcohol Testing

I (Print Name) _____ do hereby give my consent to the Company and its authorized medical agent (Medical Review Officer) to collect a urine sample, blood sample, evidential breath test, or other approved test and further give my consent to the Company or its authorized agent to forward the sample to an approved medical laboratory for performance of appropriate tests thereon to identify the presence of drugs or alcohol. I furthermore give the authorized laboratory my permission to release the results to the Company and/or Client if required.

| Employee Signature | Social Security Number | Date |
|---|---|---|
|  |  |  |
| Employee Supervisor (Print) | Signature | Date |
|  |  |  |

## Receipt Acknowledgment - Employee Safety Handbook

My signature below verifies that I have received my copy of the Company Employee "Code of Safe Practices Handbook", along with orientation and testing on its contents. I shall comply with all the rules in the handbook and any other safety rules and procedures that relate to my job. Additionally, I will contact my Supervisor if I have any questions.

| Employee Signature | Social Security Number | Date |
|---|---|---|
|  |  |  |
| Employee Supervisor (Print) | Signature | Date |
|  |  |  |

*Note: This form must be filled out by new employees on the first day of employment and forwarded to the Regional ES&H Office immediately for filing. If there is doubt as to whether this form is already on file, have the employee fill it out again.*

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DCCI ???-033

This Page Intentionally Left Blank

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DCCI ???-034

## Attachment 003-C
### Employer Medical Referral Form

Company Name:

Employee Name: (Please Print)

Employee Signature:

Employee S.S.#: _____ Company Authorization Signature: _____ Date:

Reason For:

_____ D.O.T. Physical          _____ Hearing Test:          _____ Respiratory Qualification

Blood Lead Level and ZPP Testing:          _____ Base-line          _____ Follow-up          _____ Close-Out

_____ All Drug and Alcohol Testing should be submitted on Medical Services Network Form.

Forward this form and test results to the following address, checked in the box below.
Direct questions to the below Substance Abuse Coordinator (Only) at the number indicated.

| Check this box for: | Check this box for: |
|---|---|
| Kenny Manta Industrial Services, P.O. Box 1009 Hammond, IN 46325 (219)-937-6162) Attention: Substance Abuse Coordinator | Cannon Sline Industrial Services 213 Jones Boulevard - Suite 106 Pottstown, PA. 19464 (215)-724-4000) Attention: Substance Abuse Coordinator |

| Check this box for: | Check this box for: |
|---|---|
| Genesee Painting Company, G-3060 North Center Road Flint MI. 48506 (810)-736-0990) Attention: Substance Abuse Coordinator | Mansfield Industrial Coatings 1325 West Detroit Blvd. (32534) P.O. box 6205 Brent Station Pensacola, FL. 32503 (850)-477-6437) Attention: Substance Abuse Coordinator |

| Check this box for: | Phone #: |
|---|---|
| Kenny Manta Industrial Services, 1411 Gaylord Street Long Beach, CA. 90813 (562)-983-5191) Attention: Substance Abuse Coordinator | |

Designated Alternate Employer Representatives: Regional Manager of Environmental, Safety and Health

_____ Check this box for Other, fill in Address

Name and Address of Facility Used:

Facility Contact: _____ Phone #:

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DOC# FPP-003

This Page Intentionally Left blank!

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DOC# FPP-1

## Attachment 003-D
## Medical Authorization for Respirator Use

Name: _____    Company: _____

SSN: _____    Job Site: _____

Date: _____

_____ Air Purifying Respirator (cartridge)

_____ PAPR (power air purifying respirator)

_____ Supplied Air Respirator (airline or SCBA)
This type operates in a positive pressure mode, air is supplied to the face piece even when employee does not inhale.

_____ All Types of Respirators

_____ May not wear any respirator

_____          _____
Physician's signature                    Date

Please return this form to the employee, so that he may return it to the site supervisor.

The employee must bring this completed form back to the job site to be released to work that requires respiratory.

Code of Safe Practices

Copyright Keevy Industrial Services LLC 2001
Revision 0 – 01/01/01

Page 62 of 67

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Keevy Industrial Services Family of Companies
Code of Safe Practices

Attachment 003-E
Employee Respirator Fit Test Record

This Page Intentionally Left Blank!

DOCO FFP-03

---

Code of Safe Practices

Copyright Keevy Industrial Services LLC 2001
Revision 0 – 01/01/01

Page 63 of 67

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Keevy Industrial Services Family of Companies
Code of Safe Practices

Attachment 003-E
Employee Respirator Fit Test Record

| Employee Name (Print) | | | | Date |
|---|---|---|---|---|
| Social Security Number: | | Job Title/Description: | | |

| # | Respirator Selected | Manufacturer | Model # | Size |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**Conditions Which Could Affect Respirator Fit** (Place an "X" in Box to Indicate Test Type and results)

| | | |
|---|---|---|
| Clean Shaven | | Facial Scarring |
| Facial Hair | | Dentures (Absent) |
| Wrinkles | | Glasses |

Comments:

| Fit Test | Respirator # (From Above - All) | #1 | #2 | #3 | #4 |
|---|---|---|---|---|---|
| Negative Pressure | | | | | |
| Positive Pressure | | | | | |
| Irritant Smoke | | | | | |
| Pass | | | | | |
| Fail | | | | | |
| Not Done | | | | | |
| Quantitative >>>> Indicate Fit Factor # | | | | | |

**Acknowledgment of Test Results**

| # | Respirator Assigned | Manufacturer | Model # | Size |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

Comments

| Employee Signature: | Date: |
|---|---|
| Test Conducted By: | Date: |

DOCO FFP-4

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Koray Industrial Services Family of Companies

Code of Safe Practices

This Page Intentionally Left Blank!

DOC 797-003

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Koray Industrial Services Family of Companies

Code of Safe Practices

Attachment 003-F
Motor Vehicle Report Request Form

The Koray Industrial Services Family of Companies

**MVR REQUEST FORM**

Company Name: _____

IN ACCORDANCE WITH OUR VEHICLE POLICY, IF YOU ARE OR WILL BE OPERATING ONE OF OUR COMPANY VEHICLES, A COPY OF YOUR MOTOR VEHICLE RECORD MUST BE REVIEWED BY THE SAFETY DIRECTOR.

WE WOULD LIKE YOUR AUTHORIZATION TO OBTAIN A COPY OF THIS REPORT. PLEASE PROVIDE THE INFORMATION REQUESTED AND SIGN THE FORM BELOW. RETURN THIS PAGE TO:

*ESH Regional Manager or ESH Representative*

NOTE: PLEASE PRINT LEGIBLY - FORM MUST BE COMPLETE OR INVALID

Exact name on Driver's License: _____

Licensed in the State of: _____

Driver's License Number: _____

CDL License: (Please Circle)   Yes / No      Class: _____   Endorsements _____

Date of Birth: _____

Social Security Number: _____

Division: _____

Supervisor: _____

I certify that all the above information is correct to the best of my knowledge and that my Motor Vehicle Report will be obtained by my employer.

Signature: _____      Date: _____

DOC 797

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

DOCU FPP-003

This Page Intentionally Left Blank!

Copyright Kenny Industrial Services LLC. 2001
Revision 0 – 01/01/01

Code of Safe Practices

Page 66 of 87

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

DOCU FPP-003

### Attachment 003-G

### Employee – Program Participation Form

The purpose of this form is to provide every employee the opportunity to express their interest in improving the "Safety Culture" of the Organization by sharing their thoughts and ideas. The information can remain confidential if so desired, and can be sent directly to the Vice President of Environmental, Safety & Health at the address below. Or it can be handed directly to your Supervisor or a member of the ESH Department to be reviewed and acted upon.

Employee Name (Optional) _____    Phone # _____    Date _____

Company (or Division) _____    Job Site _____

Supervisor's Name (Optional) _____    Division Manager's Name (Optional) _____

Please Check Those That Apply:

☐ Unsafe or Unhealthy Work Environment    ☐ Unreported Near Miss Incident
☐ Suggestion for Policy or Procedure Improvement    ☐ Suggestion for Improved Operating Practices
☐ Unreported Accident or Incident    ☐ Complaint
☐ Harassment or Threat of Violence at Work    ☐ Other:

Please describe your interest or concern: _____
_____
_____
_____

Please describe ideas for implementation, prevention, or solution: _____
_____
_____
_____

Where other people involved? _____

If yes, in what way: _____
_____

This form can be mailed directly to:  Vice President – Environmental, Safety & Health
Kenny Industrial Services
141 141ˢᵗ Street
Hammond, IN 46327 (219-933-1100)

Copyright Kenny Industrial Services LLC. 2001
Revision 0 – 01/01/01

Code of Safe Practices

Page 67 of 87



# MANSFIELD INDUSTRIAL COATINGS, INC.

## WAGE SCALE ADJUSTMENT

Date _10 -16~03_

Employee Name: _Jack Richardson_          SS# _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_

Job Description: _Painter_

Present Job Name and Number: _G.E. Plastics   33082-004_

Present Wage Per Hour: _8.00_

Adjustment: _1.00_

New Rate: _9.00_

Effective Week Ending: _10 - 26~03_  /_pc_

Comments: _He is a Good worker._

_____

_____

_____

Submitted by: _Johnny Crutchfield_

Approved by: _____

Authorized by: _____

**EXHIBIT**

_Richardson_

(904) 477-6437
(904) 477-8670
FAX

P. O. Box 6205 Brent Station Pensacola. FL 32503

November 5, 2003



/ 2
Richardson

Paul Calias, Human Resources Director
Mansfield Industrial, Corporate Office
1029 La Crete
Baton Rouge, LA 70810

Dear Mr. Calias:

I am being treated unfairly because I am friendly with black people on the job at GE. I have been working since January but I still do not have benefits. I was promised benefits after 90 days. I also did not get the raise I was promised after 90 days. I wasn't given a raise until last week. Other white guys who got paid for show up time, but me and the black guys were not paid our show up time.

I don't agree with the racist talk about black people and Mexicans at the job and I wish these other guys would keep that stuff to themselves. I was told that I should not let black guys ride with me because they would get dirt and grease in my car. Some of the other white guys get together and say racist stuff and I don't want any part of it. A foreman and a superintendent take part in this racist stuff. The black guys get in trouble for doing things and when the white guys do the same things they let it slide.

If you could cut out some of that negative racist stuff everybody would be more productive and we could get this job done. I trust that this is strictly confidential because I don't want to be fired or retaliated against for telling what's going on. I am complaining because I want the workplace to operate better and for people to get along.

Sincerely,

Jack Richardson

Jack Richardson

12/11/2003 TUE 10:06  FAX 251-653-1450 Mansfield Mobile

## Mansfield Industrial Coatings, Inc.
## Notice of Termination/Separation

Job Site: _G. E Plastics_          Job # _3300 2_

Employee Name: _Jack Richardson_    S.S.# _____

Position: _Painter_              Last Day Worked: _12-4-03_

### REASON - (Check if applicable):

| | |
|---|---|
| **Resigned** | _____ Illness |
| | _____ Accepted Another Job |
| | _____ Dissatisfied |
| | _____ Gave No Reason |
| | _____ Other: _____ |
| **Laid Off** | _____ Job Canceled |
| | _____ Reduction in Force |
| | _____ Other: _____ |
| **Discharged** | ✓ Absenteeism |
| | _____ Tardiness |
| | _____ Poor Performance/Quality of Work |
| | _____ Insubordination |
| | _____ Safety Violation |
| | _____ Leaving Work Area |
| | _____ Misconduct |
| | _____ Other: _____ |

Comments: (Give details and attach documentation) _____
_____
_____
_____

Recommended Rehire?        (Yes)        No

**EXHIBIT** 13 Richardson

Employee Signature _____        _12-9-03_
                                          Date

Supervisor/Foreman   (This Must Be Signed)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205-2881
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105

# AFFIDAVIT

My name is Jack Richardson, my race is white, and I live at 2449 Rutherford Circle, Duncanville, Alabama 35456. I was hired by Mansfield Industrial Coating Corporation ("Mansfield") in January 2003 as a helper at $8.00 per hour. My duties as a helper included climbing ladders, painting, mixing paint, cleaning and pressure washing. I did not have any painting experience before being hired by Mansfield. I just started painting and was told by supervisor Johnny Reed (race/white) that I was doing a good job. Reed was the foreman and Johnny Crutchfield, Superintendent, was Reed's supervisor. I did not receive a raise until around November 2003, after the company found out that I was talking to a lawyer.

On one occasion, I was riding around the General Electric ("G.E.") job site plant with Reed picking up garbage when Reed asked me if I thought that he was a racist. Reed told me that Ervin Tarver (race/black) and other black employees were getting a lawyer. I met with Attorney Prince Chestnut about racism at the job site. I was friends with Tarver and other black employees. I was white and they were black. I voiced my concerns to Attorney Chestnut and I mailed the company a letter about the racism, but I never heard anything from them.

I usually drove to work. Black employees Nathaniel Lamar, William Ragland, Tarver and Ben LNU rode with me. I was late for work once or twice, but I was never written up for being late. Tarver and the other black employees told me that had conferences for being late or absent, but nothing was said to me. Around April 2003, I never showed up when it was raining and the

1


EXHIBIT
14
Richardson

supervisor never said anything to me. On one incident, I missed a day along with the black employees who rode with me. They were told that they would be sent home, but nothing was said to me.

I worked for Mansfield at the G.E. job site and was assigned to work in G.E. Plants 1 and 2. The company would pay us two hours show up time on days that it rained and we could not work. If I showed up for work with the black employees who rode with me, I would not be paid "show-up" time. In June or July 2003, the company hired Robert LNU and he was a racist. He would use the term ignorant "niggers." He stated that he hated to work with "niggers" and Mexicans. He stated that the only thing they are good for is cheap labor. He referred to blacks as stupid "niggers." He would make these statements around Supervisor Reed and Superintendent Crutchfield and nothing was said to him. They would laugh. I tried to stay away from them. They found out that a number of black employees were riding to work with me and they called me a "nigger" lover. They said that I probably had grease on all my seats because the black employees were riding with me. Also, they said that my car was trash and dirty. I would just walk off because I did not want to lose my job. Robert was a little bit bigger than I was. I heard Crutchfield talking with my father, when he said that he would not give them "dumb ass niggers" their checks because all they wanted to do was play cards. He would give them the checks after they got off. I never reported it to anyone else. I was threatened that I would lose my job, if we talked to G.E. personnel.

Ace LNU (race/white), was hired as a full time painter. However, he was afraid of heights and would not go up ladders. In July 2003, Robert LNU (race/white) cursed Reed. Reed reported the cursing to Crutchfield. Robert was not punished. Robert comes to work drunk and cursing, but nothing happens to him. I saw Patrick Lewis (race/black) curse a supervisor, Reed, and they fired

him. There is a lot of cursing at the site practically everyday. Earl (race/white), quit after cursing and telling the supervisor to "kiss my white ass" and walked off.

Crutchfield would be waiting at the gate for Ralo Colvin (race/black) to be late, so that he could say something to him. If a white employee was late, nothing was said to them. I have took time off and never called in. I was off for a week without calling in and nothing happened. In December 2003, I was fired because I failed to show up on a Friday. Mansfield paid us weekly and pay days are every Thursday. On this particular Thursday I had no paycheck because I had missed work the week before, so I did not come in that Thursday because it was raining. The supervisor had included a note in my check that it was mandatory to work that Friday. They allege that they fired me because I didn't come to work that Friday. I feel that they fired me because of this pending discrimination case. I missed so many days before complaining of the racial discrimination and nothing happened. After I complained, Mansfield fired me on the spot.

Another thing that happened, Ragland sit in caustic acid and they made him take a drug test. I got in acid and they did not give me a drug test and allowed me to go to the doctor. This incident occurred after I came to Attorney Chestnut. Mansfield never gave me insurance benefits. However, I did get a raise to $9.00 per hour after complaining to Mansfield about the racism.

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge and belief.

_____

JACK RICHARDSON

3

DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**EXHIBIT**

*15*
*Richardson*

PATRICK LEWIS, JACK RICHARDSON, )
NATHANIEL LAMAR, WILLIAM )
RAGLAND, RALO COLVON [sic] & )
ERVIN TARVER )
 )
    Plaintiffs, )
 )
v. )
 )
K2 INDUSTRIAL SERVICES, INC. and )
MANSFIELD INDUSTRIAL, INC. )
 )
    Defendants. )

Case No.

2:06-CV-497-WKW

### PLAINTIFF JACK RICHARDSON'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now Plaintiff Jack Richardson, by and through counsel and respond to defendants first request for production as follows:

1. Any and all statements, of whatever nature, taken from any person which concern the factual allegations set forth in Plaintiffs' Complaint or any claims or issues in this lawsuit.

RESPONSE: None in my possession. EEOC has what was filed with them. My attorney has my communication (privileged) with him.

2. Any and all calendars, diaries, logs, scheduling books, appointment books, electronic records or any other type of document which contain any notes taken by each Plaintiff relating to his employment with Mansfield Industrial, Inc. or any claims or issues in this lawsuit.

RESPONSE: None.

3. All documents evidencing correspondence or communications (including all e-mail or other computer messages) between you and Defendants, including any documents evidencing communications or correspondence sent by or received by any agents, employees or representative(s) of Defendants.

RESPONSE: None.

4. Any and all documents supporting, concerning or related to each Plaintiff's allegations or damages.

RESPONSE: None, other pay stubs which have to be located. The company has better records.

5. All of each Plaintiff's federal and state tax returns, with all accompanying forms and attachments, including W-2 forms, for 2003, 2004, 2005, and subsequent years. This request is continuing in nature and seeks all responsive documents until the trial of this case.

RESPONSE: Provided IRS transcripts for 2000, 2001, 2002 and 2005.

6. Any and all documents showing all employment compensation, of whatever kind (including any unemployment benefits), received by each Plaintiff since his employment with Mansfield Industrial, Inc. ended.

RESPONSE: None in my possession. Trying to get it from the state.

7. Any and all documents in your possession, custody or control, including but not limited to any document maintained on any computer, computer disk or compact disc, concerning or relating to your efforts to obtain employment since your employment at Mansfield Industrial, Inc. ended, including but not limited to, all documents regarding injuries, job postings, cover letters, e-mail applications, interviews, etc.

RESPONSE: None in my possession. The state kept it in their computer.

8. An executed original of the enclosed Authorization for Release of Employment Records and Authorization for the Release of Protected Health Information for each Plaintiff.

RESPONSE: Will comply.

9. Any and all documents that each Plaintiff submitted to filed or otherwise gave any state and/or federal agency, which relates in anyway to Defendants.

RESPONSE: I do not have them. Please see EEOC.

10. All documents evidencing correspondence or communication (including email or other computer messages) between you and any non-party or entity concerning or relating to the allegations in Plaintiffs' complaint.

RESPONSE: None, other than EEOC.

11. All documents in the possession of you or your attorneys that were created by or emanated from Defendants.

4. Any and all documents supporting, concerning or related to each Plaintiff's allegations or damages.

RESPONSE: None, other pay stubs which have to be located. The company has better records.

5. All of each Plaintiff's federal and state tax returns, with all accompanying forms and attachments, including W-2 forms, for 2003, 2004, 2005, and subsequent years. This request is continuing in nature and seeks all responsive documents until the trial of this case.

RESPONSE: Provided IRS transcripts for 2002, 2003, 2004 and 2005.

6. Any and all documents showing all employment compensation, of whatever kind (including any unemployment benefits), received by each Plaintiff since his employment with Mansfield Industrial, Inc. ended.

RESPONSE: None in my possession. Trying to get it from the state.

7. Any and all documents in your possession, custody or control, including but not limited to any document maintained on any computer, computer disk or compact disc, concerning or relating to your efforts to obtain employment since your employment at Mansfield Industrial, Inc. ended, including but not limited to, all documents regarding injuries, job postings, cover letters, e-mail applications, interviews, etc.

RESPONSE: None in my possession. The state kept it in their computer.

8. An executed original of the enclosed Authorization for Release of Employment Records and Authorization for the Release of Protected Health Information for each Plaintiff.

RESPONSE: Will comply.

9. Any and all documents that each Plaintiff submitted to filed or otherwise gave any state and/or federal agency, which relates in anyway to Defendants.

RESPONSE: I do not have them. Please see EEOC.

10. All documents evidencing correspondence or communication (including email or other computer messages) between you and any non-party or entity concerning or relating to the allegations in Plaintiffs' complaint.

RESPONSE: None, other than EEOC.

11. All documents in the possession of you or your attorneys that were created by or emanated from Defendants.

**RESPONSE:** My attorney will respond. Only the EEOC documents are present.

12. All paycheck stubs for each Plaintiff from Defendants.

**RESPONSE:** I have provided what I have.

13. All documents evidencing any alleged retaliation and/or adverse employment action taken by Defendants regarding each Plaintiff.

**RESPONSE:** I do not understand.

14. All documents you have provided to or received from any expert witness you plan to call to testify at the trial of this matter (including all reports, summaries, work papers, notes, or other documents generated, obtained, reviewed, or otherwise relied upon by any expert witness you intend to call at the trial of this matter), and all documents consulted or relied upon by any such expert in reaching any conclusions and/or opinions in connection with those matters upon which said experts) will testify.

**RESPONSE:** No expert identified at this time.

15. All documents in the file or in the possession, custody, or control of each expert who may give testimony at the time of trial, including reports (and all drafts of any reports) relating to each Plaintiff's allegations and all documents, notes, memorandum, or other writings of any kind prepared, received, gathered, or used as a reference or support for testimony.

**RESPONSE:** N/A

16. Any and all documents not specifically requested which tend to prove or disprove any allegations made in Plaintiffs' complaint or otherwise in this action.

**RESPONSE:** I have provided what I have. My attorney will follow-up.

17. Produce all demonstrative aids or other matters which maybe disclosed, exhibited or shown during the trial, if any, of this matter (via supplementation if necessary).

**RESPONSE:** My attorney will provide.

18. For any charts, graphs or compilations to be used for or at trial, if any, produce all underlying data used to create the chart, graph or compilation (via supplementation if necessary).

**RESPONSE:** My attorney will provide.

Respectfully submitted,

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.

_____
Collins Pettaway, Jr.(PET008)
Attorney for Plaintiffs
P. O. Box 1290
Selma, AL  36702-1290
(334) 875-9264

Bryon R. Perkins
Attorney for Plaintiffs
THE COCHRAN FIRM
505 N. 20th Street, Ste. 825
The Financial Center
Birmingham, AL 35203

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 20th day of _____ 2007
served a copy of the foregoing answers by depositing the same in the U.S. mail properly
addressed with postage prepaid upon:

William H. King
Natasha L. Wilson
Haley A. Anderson
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 N. 20th Street
Birmingham, AL  35203-3200

OF COUNSEL

# Internal Revenue Service
DEPARTMENT OF THE TREASURY ———— e-services ————

| This Product Contains Sensitive Taxpayer Data |
|---|

## Account Transcript

Request Date: 12-15-2006
Response Date: 12-15-2006
IRS Employee Number: VLPJB
Tracking Number: 100011228498

FORM NUMBER: 1040EZ          TAX PERIOD: Dec. 31, 2002

TAXPAYER IDENTIFICATION NUMBER:   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

JACK T RICHARDSON

9794 RIVER RD LOT 30

SELMA, AL 36703-8504-301

Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: May  02, 2005 |
| ACCRUED PENALTY: | 0.00 | AS OF: May  02, 2005 |

ACCOUNT BALANCE
PLUS ACCRUALS:                    0.00

| | | |
|---|---|---|
| ** EXEMPTIONS: | 00 | ** FILING STATUS: Single |
| ** ADJUSTED GROSS INCOME: | 6,930.00 | |
| ** TAXABLE INCOME: | 2,230.00 | |
| TAX PER RETURN: | 224.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 2003

PROCESSING DATE: Apr. 07, 2003

| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|

| 150 | RETURN FILED AND TAX ASSESSED | 20031308 | 04-07-2003 | $224.00 |
| | 49207-068-38132-3 | | | |
| 806 | WITHHOLDING CREDIT | | 04-15-2003 | -$461.00 |
| 846 | REFUND | | 04-07-2003 | $237.00 |

This Product Contains Sensitive Taxpayer Data

 # Internal Revenue Service
DEPARTMENT OF THE TREASURY ———— e-services ————————————

| This Product Contains Sensitive Taxpayer Data |
| --- |

## Tax Return Transcript

Request Date: 12-15-2006
Response Date: 12-15-2006
IRS Employee Number: VLPJB
Tracking Number: 100011228498

SSN Provided:      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
Tax Period Ending: Dec. 31, 2003

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

SSN: 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        SPOUSE SSN:
NAME(S) SHOWN ON RETURN: JACK T RICHARDSON

ADDRESS:            209 FAULK AVE
                   SELMA, AL 36703-7612-096

FILING STATUS:      Single
FORM NUMBER:        1040EZ
CYCLE POSTED:       20040908
RECEIVED DATE:      Apr.15, 2004
REMITTANCE:         0.00
EXEMPTION NUMBER:   1
PREPARER SSN:
PREPARER EIN:

## Income

WAGES, SALARIES, TIPS, ETC:                              $ 12,587.00
TAXABLE INTEREST INCOME: SCH B:                              $ 0.00
TAX-EXEMPT INTEREST:                                        $ 0.00
UNEMPLOYMENT COMPENSATION:                                   $ 0.00

## Adjustments to Income

ADJUSTED GROSS INCOME:                                   $ 12,587.00
ADJUSTED GROSS INCOME PER COMPUTER:                      $ 12,587.00
DEPENDENT ON ANOTHER TP:                                           0
FORM 1040EZ DEDUCTION AND EXEMPTION PER COMPUTER:        $ 7,800.00

## Tax and Credits

TAXABLE INCOME:                                           $ 4,787.00
TAXABLE INCOME PER COMPUTER:                              $ 4,787.00

## Other Taxes

TOTAL TAX LIABILITY TP FIGURES:                            $ 478.00

TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:                    $ 478.00

## Payments

FEDERAL INCOME TAX WITHHELD:                                    $ 1,363.00
EARNED INCOME CREDIT:                                           $ 0.00
EARNED INCOME CREDIT PER COMPUTER:                             $ 0.00
TOTAL PAYMENTS:                                                 $ 1,363.00
TOTAL PAYMENTS PER COMPUTER:                                    $ 1,363.00

## Refund or Amount Owed

REFUND AMOUNT:                                                  $ -885.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                    $ -885.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                      $ -885.00

## Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:
AUTHORIZATION INDICATOR:                                        0
THIRD PARTY DESIGNEE NAME:
THIRD PARTY DESIGNEE PHONE NUMBER:

| This Product Contains Sensitive Taxpayer Data |

 **Internal Revenue Service**
DEPARTMENT OF THE TREASURY                                    ─ e-services ─────────────────

```
┌─────────────────────────────────────────────────────────────────────┐
│           This Product Contains Sensitive Taxpayer Data               │
└─────────────────────────────────────────────────────────────────────┘
```

## Tax Return Transcript

Request Date: 12-15-2006
Response Date: 12-15-2006
IRS Employee Number: VLPJB
Tracking Number: 100011228498

SSN Provided:       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
Tax Period Ending: Dec. 31, 2004

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

SSN: 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          SPOUSE SSN:
NAME(S) SHOWN ON RETURN: JACK T RICHARDSON

ADDRESS:               9794 RIVER RD LOT 30
                       SELMA, AL 36703-8504-301


FILING STATUS:         Single
FORM NUMBER:           1040EZ
CYCLE POSTED:          20051608
RECEIVED DATE:     Apr.15, 2005
REMITTANCE:            0.00
EXEMPTION NUMBER:         1
PREPARER SSN:
PREPARER EIN:


## Income

WAGES, SALARIES, TIPS, ETC:                                    $ 5,346.00
TAXABLE INTEREST INCOME: SCH B:                                $ 0.00
TAX-EXEMPT INTEREST:                                           $ 0.00
UNEMPLOYMENT COMPENSATION:                                     $ 0.00

## Adjustments to Income

ADJUSTED GROSS INCOME:                                         $ 5,346.00
ADJUSTED GROSS INCOME PER COMPUTER:                            $ 5,346.00
DEPENDENT ON ANOTHER TP:                                          .0
FORM 1040EZ DEDUCTION AND EXEMPTION PER COMPUTER:              $ 7,950.00

## Tax and Credits

TAXABLE INCOME:                                                $ 0.00
TAXABLE INCOME PER COMPUTER:                                   $ 0.00

## Other Taxes

TOTAL TAX LIABILITY TP FIGURES:                                $ 0.00

```
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:                        $ 0.00
```

## Payments

```
FEDERAL INCOME TAX WITHHELD:                                    $ 457.36
EARNED INCOME CREDIT:                                             $ 0.00
EARNED INCOME CREDIT PER COMPUTER:                               $ 0.00
NONTAXABLE COMBAT PAY ELECTION:                                  $ 0.00
TOTAL PAYMENTS:                                                 $ 457.36
TOTAL PAYMENTS PER COMPUTER:                                    $ 457.36
```

## Refund or Amount Owed

```
REFUND AMOUNT:                                                $ -457.36
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                  $ -457.36
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                    $ -457.36
```

## Third Party Designee

```
THIRD PARTY DESIGNEE ID NUMBER:
AUTHORIZATION INDICATOR:                                             0
THIRD PARTY DESIGNEE NAME:
THIRD PARTY DESIGNEE PHONE NUMBER:
```

```
This Product Contains Sensitive Taxpayer Data
```

 **Internal Revenue Service** ——— e-services ———
DEPARTMENT OF THE TREASURY

| This Product Contains Sensitive Taxpayer Data |
| --- |

## Tax Return Transcript

Request Date: 12-15-2006
Response Date: 12-15-2006
IRS Employee Number: VLPJB
Tracking Number: 100011228498

SSN Provided:        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
Tax Period Ending: Dec. 31, 2005

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

SSN: 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          SPOUSE SSN:
NAME(S) SHOWN ON RETURN: JACK T RICHARDSON

ADDRESS:                 9794 RIVER RD LOT 30
                         SELMA, AL 36703-8504-301

FILING STATUS:        Single
FORM NUMBER:          1040EZ
CYCLE POSTED:         20061008
RECEIVED DATE:     Apr.15, 2006
REMITTANCE:            0.00
EXEMPTION NUMBER:         1
PREPARER SSN:
PREPARER EIN:

## Income

WAGES, SALARIES, TIPS, ETC:                              $ 12,837.00
TAXABLE INTEREST INCOME: SCH B:                          $ 0.00
TAX-EXEMPT INTEREST:                                     $ 0.00
UNEMPLOYMENT COMPENSATION:                               $ 0.00

## Adjustments to Income

ADJUSTED GROSS INCOME:                                   $ 12,837.00
ADJUSTED GROSS INCOME PER COMPUTER:                      $ 12,837.00
DEPENDENT ON ANOTHER TP:                                          N
FORM 1040EZ DEDUCTION AND EXEMPTION PER COMPUTER:        $ 8,200.00

## Tax and Credits

TAXABLE INCOME:                                          $ 4,637.00
TAXABLE INCOME PER COMPUTER:                             $ 4,637.00

## Other Taxes

TOTAL TAX LIABILITY TP FIGURES:                          $ 463.00

```
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:                              $ 463.00
```

## Payments

```
FEDERAL INCOME TAX WITHHELD:                                           $ 1,118.00
EARNED INCOME CREDIT:                                                      $ 0.00
EARNED INCOME CREDIT PER COMPUTER:                                        $ 0.00
PRIOR YEAR EARNED INCOME:                                                 $ 0.00
NONTAXABLE COMBAT PAY ELECTION:                                           $ 0.00
TOTAL PAYMENTS:                                                        $ 1,118.00
TOTAL PAYMENTS PER COMPUTER:                                           $ 1,118.00
```

## Refund or Amount Owed

```
REFUND AMOUNT:                                                          $ -655.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                            $ -655.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                              $ -655.00
```

## Third Party Designee

```
THIRD PARTY DESIGNEE ID NUMBER:
AUTHORIZATION INDICATOR:                                          NOT AUTHORIZED
THIRD PARTY DESIGNEE NAME:
```

This Product Contains Sensitive Taxpayer Data

November 5, 2003

Paul Calias, Human Resources Director
Mansfield Industrial, Corporate Office
1029 La Crete
Baton Rouge, LA 70810

Dear Mr. Calias:

I am being treated unfairly because I am friendly with black people on the job at GE. I have been working since January but I still do not have benefits. I was promised benefits after 90 days. I also did not get the raise I was promised after 90 days. I wasn't given a raise until last week. Other white guys who got paid for show up time, but me and the black guys were not paid our show up time.

I don't agree with the racist talk about black people and Mexicans at the job and I wish these other guys would keep that stuff to themselves. I was told that I should not let black guys ride with me because they would get dirt and grease in my car. Some of the other white guys get together and say racist stuff and I don't want any part of it. A foreman and a superintendent take part in this racist stuff. The black guys get in trouble for doing things and when the white guys do the same things they let it slide.

If you could cut out some of that negative racist stuff everybody would be more productive and we could get this job done. I trust that this is strictly confidential because I don't want to be fired or retaliated against for telling what's going on. I am complaining because I want the workplace to operate better and for people to get along.

Sincerely,

Jack Richardson

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| | FEPA | |
| X | EEOC | MANSFIELD AMENDED CHARGE |

and EEOC

_____ State or local Agency, if any _____

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Jack Richardson | (205) 247-5793 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 9794 River Road Lot #30 | Selma, Alabama 36703 | 02/20/84 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME Mansfield Industry Coating Corporation | NUMBER OF EMPLOYEES, MEMBERS More than 50 | TELEPHONE (Include Area Code) (225) 752-7564 |
|---|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1029 La Crete | Baton Rouge, Louisiana 70810 | Parish |

| NAME K2 Industrial Services, Inc. | TELEPHONE NUMBER (Include Area Code) (312) 645-7770 |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 414 N Orleans | Chicago, Illinois 60610 | Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

| | | | | | | DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA)    LATEST (ALL) |
|---|---|---|---|---|---|---|
| [ ] RACE | [ ] COLOR | [ ] SEX | [ ] RELIGION | [ ] AGE | | September 2003—December 15, 200 |
| [X] RETALIATION | [ ] NATIONAL ORIGIN | [ ] DISABILITY | [ ] OTHER (Specify) | | | [ ] CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

OTHER EMPLOYER/AGENCY WHO DISCRIMINATED AGAINST ME:

**NAME**

General Electric Company

**TELEPHONE**

(518) 433-4308

**STREET ADDRESS**

1 River Road

**CITY, STATE AND ZIP**

Schenectady, New York 12345

SEE ATTACHMENT FOR THE PARTICULARS:

| I want this charge filed with both the EEOC and the State or local Agency, if any I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 4-20-05 *[signature]* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| D.        Charging Party (Signature) | |

EEOC FORM 5 (10/94)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place, Suite2000
1130 22nd Street South
Birmingham, Alabama 35205-2881
(205) 731-0082
TTY (205) 731-0175
FAX (205) 731-2101

# AFFIDAVIT                J.T.R

9794 River Road Lot #30 Selma,

My name is Jack Richardson and I live at 2449 Rutherford Circle Duncanville, Alabama. I am a White male and was hired by Mansfield Industry Coating Corporation in January 2003 as a helper at $8.00 per hour. My duties as a helper included climbing ladders, painting, mixing paint, cleaning and pressure washing. I did not have any painting experience before being hired by Mansfield I just started painting and was told by supervisor Johnny Reed that I was doing a good job. Johnny Reed was the foreman and Cruthfield was over him. I did not receive a raise until around November 2003, after the company found out that I was talking to a lawyer.

On one occasion, I was riding around the plant with Johnny Reed picking up garbage when he asked me if I thought that he was a racist. Reed told me that Yogi and them were getting a lawyer. I came to Attorney Prince about racism around the job site. I was hanging with Yogi and them. I was White and they were Black. Attorney Prince mailed the company a letter about the racism, but I never heard anything from them. They never gave me insurance, but I did get a raise to $9.00 per hour after Prince mailed the letter.

I usually drove to work. Blacks Nat, Bill Ragland, Yogi, and Ben rode with me. I was late for work once or twice. I was never written up for being late. Yogi and them told me that had conferences for being late or absent, but nothing was said to me. Around April 2003, I never showed up when it was raining and the supervisor never said anything to me.  On one incident, I missed a day along with the Blacks who rode with me. They were told that they would be sent home, nothing was said to me.

I worked for Mansfield at the G.E. plant and was assigned to work in plants 1 and 2. The company would pay us two hours show up time on days that it rained and we could not work. If I showed up for work with the Blacks who wrote with me, I would not be paid show up time

In June or July 2003, the company hired Robert and he was a racist. He would use the term ignorant "niggers". He stated that he hated to work with "niggers" an Mexicans, the only thing they are good for is cheap labor. He referred to Blacks as stupid "niggers". He would make these statements around Supervisor Reed and Superintendent Cruthfield and nothing was said to him. They would laugh. I tried to stay away from them. They found out that Yogi was riding with me and called me a "nigger" lover. They said that I probably had grease all my seats because they were riding with me. Also, they said that my car was trash and dirty. I would just walk off because I did not want to lose my job. Robert was a little bit bigger than I was. I heard Johnny Cruthfield talking with my dad , when he said that he would not give them dumb "ass niggers" their checks because all they wanted to do was play cards. He would give them the checks after they got off. I never reported it to anyone else. I was threatened that I would loose my job, if we talked to G.E.. personnel.

Ace, White, was hired as a full time painter. However, he was afraid of heights and would not go up ladders. In July 2003, Robert, White, cursed Johnny Reed. Reed reported the cursing to Cruthfield. Robert was not punished. Robert comes in drunk and cursing, nothing happens to him. I saw Pat, Black, curse a supervisor and they fired him. There is a lot of cursing at the site practically everyday. Earl, White, quit after cursing and telling the supervisor to kiss my White" ass" and walked off.

Johnny would be waiting at the gate for Ralo to be late, so that he could say something to him. If a White employee is late, nothing is said to them. I have took time off and never called in. I was off for a week without calling in and nothing happened. In December 2003, I was fired because I failed to show up on a Friday. The supervisor had included a note in my check that it was mandatory to work that Friday. I feel that they fired me because of this pending discrimination case. I missed so many days before and nothing happened. After the case, they just fired me on the spot. Another thing that happened, Bill sit in caustic acid and they made him take a drug test. I got in acid and they did not give me a drug test and ~~allowed~~ me to go to the doctor. This incident occurred after I came to Attorney Prince. *did not allow J.T.R*

*Job Richardson* 4/14/05

SWORN TO AND SUBSCRIBED before me this the 14th day of
APRIL 2005.

NOTARY PUBLIC
MY COMMISSION EXPIRES: 07/27/08
(SEAL)

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

☐ FEPA

☐ EEOC

_____ and EEOC

*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Jack Richardson | (205) 247-5793 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2449 Rutherford Circle | Duncanville, Alabama 35456 | 02/20/84 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME  Mansfield Industry | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Coating Corporation | More than 50 | (225) 752-7564 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1029 La Creter | Baton Rouge, LA  70810 | Parish |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| K2 Industrial Services, Inc. | (312) 645-7770 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 414 N Orleans | Chicago, Illinois 60610 | Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE

☒ RETALIATION   ☐ NATIONAL   ☐ DISABILITY   ☐ OTHER (Specify)
ORIGIN

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)     LATEST (ALL)

September 2003—December 2003

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHMENT

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
|  | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 2/17/04            *Jack Richardson*    Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (Test 10/94)

EEOC Particulars for Jack Richardson:

I was treated unfairly because I was friendly with black people on the job at GE. I started working in January 2003 but I did not have benefits as of November 2003. I was promised benefits after 90 days. I also did not get the raise I was promised after 90 days. I wasn't given a raise until around the beginning of November 2003. Other white guys who got paid for show up time, but me and the black guys were not paid our show up time.

I did not agree with the racist talk about black people and Mexicans at the job and expressed my displeasure with it in a letter to the corporate office in November 2003. While on the job, I have been told that I should not let black guys ride with me because they would get dirt and grease in my car. Some of the other white guys get together and say racist stuff and I don't want any part of it. A foreman and a superintendent take part in this racist stuff. The black guys get in trouble for doing things and when the white guys do the same things they let it slide. I was fired about a week or two before Christmas.

I was fired or retaliated against for telling what's going on. I was retaliated against because I complained of racial discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Birmingham District Office

2000 Ridge Park Place
1130 South 22nd Street
Birmingham, AL 35205
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105

EEOC Charge No.: 130-2004-2045
Jack Richardson v. Mansfield Industrial

Jack Richardson
9794 River Road, Lot 30
Selma, Alabama 36703

Dear Mr. Richardson:

The Equal Employment Opportunity Commission has determined that efforts to conciliate the above referenced charge as required by Title VII of the Civil Rights Act of 1964, as amended, have been unsuccessful. This letter constitutes the notice required by Section 1601.25 of the Equal Employment Opportunity Commission's Procedural Regulations which provides that the Commission shall notify a Charging Party in writing when it determines that further conciliation efforts would be futile or nonproductive.

No further efforts to conciliate this case will be made by the Equal Employment Opportunity Commission. Accordingly, your case has been referred to EEOC's Birmingham District Office Legal Unit for review to determine whether EEOC will bring a civil action in Federal District Court against the above-named Respondent. A determination should be forthcoming in the near future.

If EEOC decides to bring a civil action under Title VII, you have the right to seek to intervene in such an action. If EEOC decides that it will not bring a civil action, you will be notified and will receive a Notice of Right to Sue, which will entitle you to sue the Respondent.

On Behalf of the Commission:

**9 MAR 2006**
_____
Date

_Beverly S. Hinton for_
_____
Bernice Williams-Kimbrough
~~District Director~~



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

2000 Ridge Park Place
1130 South 22nd Street
Birmingham, AL 35205
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105

Charge No.:   130-2004-02045

Jack Richardson                                    Charging Party
9794 River Road, Lot 30
Selma, Alabama 36703

Mansfield Industrial                               Respondent
1029 LaCrete Road
Baton Rouge, Louisiana 70810

DETERMINATION

I issue the following determination on the merits of this charge:

Respondent is an employer within the meaning of the Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et. seq. (Title VII).  Timeliness and all other requirements for coverage have been met.

Charging Party alleges that he was subjected to harassment based upon the race (Black) of his coworkers/friends and retaliated against because he reported discrimination.  He further alleges that he and Black coworkers/friends were denied benefits given to other White employees, all in violation of Title VII.

The Respondent denies that the Charging Party has been a victim of discrimination and contends that he was discharged for absenteeism.

Investigation revealed that the racial epithets were used at the worksite and the Charging Party complained about discrimination prior to filing this charge.  I find reasonable cause to believe that Charging Party was subjected to a racially hostile environment and retaliatory discharge for reporting discrimination, in violation of Title VII.

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. If the Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the District Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission.  A Commission representative will contact each party in the near future to begin conciliation.

You are reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law.  Discrimination

against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

On Behalf of the Commission:

_September 8, 05_
Date

Bernice Williams-Kimbrough
District Director