# DEPOSITION OF RALO COLVIN

**EXHIBIT C**

Exhibit C.tif

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICK LEWIS, JACK RICHARDSON,
NATHANIEL LAMAR, WILLIAM RAGLAND, RALO
COLVIN, and ERVIN TARVER,
    Plaintiffs,

vs.     CIVIL ACTION NO. 2:06-CV-497-WKW

K2 INDUSTRIAL SERVICES, INC., and
MANSFIELD INDUSTRIAL, INC.,
    Defendants.
        *    *    *    *    *    *

    DEPOSITION OF RALO COLVIN, taken
pursuant to notice and stipulation on
behalf of the Defendants, at One Union
Street, Selma, Alabama, before
Bridgette Mitchell, Shorthand Reporter
and Notary Public in and for the State
of Alabama at Large, on June 7, 2007,
commencing at 2:53 p.m.

**Page 2**

1        APPEARANCES
2
3
4   FOR THE PLAINTIFFS:
5   Collins Pettaway, Esquire
6   CHESTNUT, SANDERS, SANDERS, PETTAWAY
7     and CAMPBELL
8   One Union Street
9   Selma, Alabama 36702
10
11
12  FOR THE DEFENDANTS:
13  Natasha L. Wilson, Esquire
14  LIGHTFOOT, FRANKLIN & WHITE
15  The Clark Building
16  400 20th Street North
17  Birmingham, Alabama 35203
18
19
20
21
22
23

**Page 3**

1        STIPULATIONS
2        It is hereby stipulated and
3   agreed by and between counsel
4   representing the parties that the
5   deposition of RALO COLVIN is taken
6   pursuant to notice and stipulation on
7   behalf of the Defendants; that all
8   formalities with respect to procedural
9   requirements are waived; that said
10  deposition may be taken before
11  Bridgette Mitchell, Shorthand Reporter
12  and Notary Public in and for the State
13  of Alabama at Large, without the
14  formality of a commission; that
15  objections to questions, other than
16  objections as to the form of the
17  questions, need not be made at this
18  time, but may be reserved for a ruling
19  at such time as the deposition may be
20  offered in evidence or used for any
21  other purpose as provided for by the
22  Civil Rules of Procedure for the State
23  of Alabama.

**Page 4**

1        It is further stipulated and
2   agreed by and between counsel
3   representing the parties in this case
4   that the filing of the deposition of
5   RALO COLVIN is hereby waived and that
6   said deposition may be introduced at
7   the trial of this case or used in any
8   other manner by either party hereto
9   provided for by the Statute, regardless
10  of the waiving of the filing of same.
11       It is further stipulated and
12  agreed by and between the parties
13  hereto and the witness that the
14  signature of the witness to this
15  deposition is hereby waived.
16
17       INDEX
18
19  EXAMINATION        Page
20  By Ms. Andrews.................... 6
21
22
23

                            1 (Pages 1 to 4)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 5

1  EXHIBITS:            Page
2  Defendants' Exhibit #1 ........... 48
3  Defendants' Exhibit #2 ........... 49
4  Defendants' Exhibit #3 ........... 147
5  Defendants' Exhibit #4 ........... 150
6  Defendants' Exhibit #5 ........... 169
7  Defendants' Exhibit #6 ........... 174
8  Defendants' Exhibit #7 ........... 185
9  Defendants' Exhibit #8 ........... 187
10 Defendants' Exhibit #9 ........... 195
11
12
13       COURT REPORTER:  Usual
14 stipulations?
15       MR. PETTAWAY:  That's fine.
16       RALO COLVIN, having first been
17 duly sworn or affirmed to speak the
18 truth, the whole truth, and nothing but
19 the truth, testified as follows:
20
21
22
23

Page 6

1        EXAMINATION
2   BY MS. WILSON:
3   Q. Mr. Colvin, how are you?
4   A. I'm okay.
5   Q. My name is Natasha Wilson and I
6     represent Mansfield Industrial and K2
7     Industrial Services, the companies that
8     have been sued in your lawsuit.  And
9     you understand you're here today and
10    I'm going to ask you some questions as
11    it relates to the claims that you've
12    made against Mansfield; is that
13    correct?
14  A. (Witness nods head.)
15  Q. Have you ever had your deposition taken
16    before?
17  A. No, not that I know of.
18       MR. PETTAWAY:  You have to
19  speak up a little louder.
20  Q. And the reason we say that is because
21    the court reporter is taking down
22    everything that we say --
23  A. Okay.

Page 7

1   Q. -- for the record.
2   A. All right.
3   Q. And that's going to be a part of the
4     court record.
5   A. Okay.
6   Q. The testimony you're giving today would
7     be as if you were giving sworn
8     testimony in the courtroom.  Do you
9     understand that?
10  A. Yes.
11  Q. And so when we're talking, just like I
12    keep doing, uh-huh, we have to be
13    mindful not to say those words.
14    Specifically, if I ask you a question,
15    try to say yes and no --
16  A. Okay.
17  Q. -- when appropriate as opposed to
18    uh-huh and uh-uh.  We just want to make
19    sure that the correct answer is
20    being --
21  A. Yes.
22  Q. -- recorded.  And, also, I have a
23    tendency to do this a lot.  Let's try

Page 8

1    not to talk over each other.  You
2    may -- I may ask a question and you may
3    think, from the way I'm starting the
4    question, that you know what I'm
5    getting ready to ask and then you'll
6    start answering.  If you do that, then
7    the record is going to show that you
8    were answering the question that I
9    finished, even though you started
10   answering before I finished.  And that
11   might not be your answer.  And so let's
12   be sure to not talk over each other so
13   we can make sure the record is clear.
14       Also, at times I may ask you
15   questions -- and I'm sure your attorney
16   has probably already talked to you
17   about this.  I may ask you things and
18   in your mind you may be thinking about
19   a certain thing and that information
20   may have come from your attorney or
21   from your previous attorney,
22   Mr. Chestnut.  So when you listen to
23   the question, if you're thinking you're

2  (Pages 5 to 8)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 9

1    getting ready to get in that area,
2    before you answer, you might want to be
3    clear with your attorney just so that
4    you won't inadvertently spill something
5    out.
6    A. (Witness nods head.)
7    Q. If I ask you a question and you don't
8    understand it, then you can ask me to
9    rephrase it and I will try my best to
10   fix the question so that you can
11   understand it because I don't want to
12   mislead you or mischaracterize your
13   testimony in any way. Is that fair?
14   A. Yeah.
15   Q. Okay. What's your date of birth?
16   A. November 2, '76.
17   Q. Okay. And where were you born?
18   A. Here in Selma.
19   Q. Where do you currently live?
20   A. In Atlanta.
21   Q. How long have you lived in Atlanta?
22   A. Six months.
23   Q. So you moved there in January or

---

Page 10

1    December?
2    A. January.
3    Q. Are you currently working?
4    A. Yes.
5    Q. Where are you working?
6    A. At a barbershop.
7    Q. A barbershop in Atlanta?
8    A. Yes.
9    Q. What's the name of it?
10   A. J's Barbershop.
11   Q. J-A-Y?
12   A. Just J, J's.
13   Q. Where is that located?
14   A. Memorial Drive, Cobb County.
15   Q. Are you the owner or proprietor of the
16   shop?
17   A. No.
18   Q. Who else works in the shop?
19   A. A guy, M.C. Razor, and J, the owner of
20   the barbershop.
21   Q. Do you know J's name?
22   A. I just know him by M.C. Razor. We just
23   got names like that.

---

Page 11

1    Q. Are you saying as M.C. as it --
2    A. M.C. Razor.
3    Q. M, period, C?
4    A. Yes.
5    Q. R-A-Z-O-R?
6    A. Yes.
7    Q. Is that his real name?
8    A. No, that's not his real name. No, his
9    name is Michael, but I don't know his
10   last name.
11       MR. PETTAWAY: M.C. Razor.
12   Q. He's one of the barbers in the --
13   A. Yes.
14   Q. -- shop? And did you say there was
15   someone else that works in the shop?
16   A. J.
17   Q. J?
18   A. Yes. He's the owner.
19   Q. But you don't know J's real name?
20   A. No. His name is J.
21   Q. What's the telephone number there?
22   A. I have a card, but it's not -- it's
23   like everybody have their own

---

Page 12

1    individual line. Everybody got their
2    own number, their own customer.
3    Q. So there's not a main number to J's?
4    A. No. Just each personal phone.
5    Q. How long have you been working at J's?
6    A. Four months now.
7    Q. Since February?
8    A. Yes.
9    Q. If we can -- let me ask you, where did
10   you go to school?
11   A. At Southside.
12   Q. Is that here in Selma?
13   A. Yes.
14   Q. Southside High School?
15   A. Yes.
16   Q. Did you graduate?
17   A. Yes.
18   Q. When was this?
19   A. In 2005-2006, class of 2006.
20   Q. Were you working while you were in high
21   school?
22   A. Part-time as a barber.
23   Q. So you worked part-time as a barber

---

3 (Pages 9 to 12)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 13

1  even then. Did you have your license
2  then?
3  A. No.
4  Q. When did you get your license?
5  A. I've got six more months before I get
6  my license.
7  Q. So you're acting as an apprentice right
8  now at J's?
9  A. Yes.
10  Q. Do you have your own clientele?
11  A. Yes.
12  Q. How many customers would you say you
13  have?
14  A. I don't have a set amount of customers
15  right now because I'm really just
16  building my clientele, so it just
17  varies.
18  Q. Okay. When did you start working
19  toward your barber's license?
20  A. In February.
21  Q. This February?
22  A. Yes.
23  Q. And how much more time do you say you

Page 14

1  have before you get it?
2  A. Six more months.
3  Q. So by the end of the year you --
4  A. Yes.
5  Q. -- should have your license? So you
6  graduated from Southside in 2006. And
7  while you were in high school was the
8  only part-time job you had as a barber?
9  A. Yes.
10  Q. Okay. Were there any other jobs after
11  high school?
12  A. No, not immediately after high school.
13  After high school I went, I'd say, 2003
14  and 2004 -- 2004, I went to Wallace and
15  took up a night class of welding.
16  Q. Let me back up. I think I may be
17  confused. When did you graduate from
18  high school?
19  A. 2005.
20  Q. 2005? So these jobs --
21  A. I'm sorry. 1996, I graduated. I'm way
22  out.
23  (Off-the-record discussion.)

Page 15

1  A. I'm sorry about that. That's 1996.
2  Q. So 1996 you graduated from Southside?
3  A. Yes.
4  Q. Okay. So you were a part-time barber
5  while you were in high school?
6  A. Yeah.
7  Q. So after 1996, once you graduated, what
8  was the first job that you had?
9  A. Barber.
10  Q. Okay. So barber. Where were you a
11  barber?
12  A. Kurl Korner.
13  Q. Care Corner?
14  A. Kurl Korner.
15  Q. Kurl Korner?
16  A. With a K.
17  Q. Both of them, Kurl and Korner, with a
18  K?
19  A. Yes.
20  Q. And where is Kurl Korner?
21  A. It's on Jeff Davis.
22  Q. Here?
23  A. Yes.

Page 16

1  Q. How long were you there?
2  A. I was doing, like, four years until --
3  five years. It was five years at the
4  Kurl Korner.
5  Q. So until 2001, do you think?
6  A. Yes.
7  Q. Did you have another job while you were
8  working at Kurl Korner?
9  A. No, not at the time.
10  Q. Okay. So after 2001, where did you go?
11  A. I went to Sanitary Barbershop. It's on
12  Alabama.
13  Q. Can you spell it?
14  A. Sanitary like sanitize.
15  Q. Just like it sounds. Sanitary
16  Barbershop?
17  A. Yes.
18  Q. And where is it again, you say?
19  A. On Alabama.
20  Q. Alabama Street?
21  A. Yeah.
22  Q. Here in Selma?
23  A. Yes.

4 (Pages 13 to 16)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 17

1    MR. PETTAWAY: Water.
2  A. Yeah, Water. It's Water.
3  Q. Is it street?
4  A. Avenue.
5  Q. Water Avenue. Okay. At Kurl Korner,
6     who was your supervisor? You told me
7     at your current job that's J —
8  A. Yes.
9  Q. -- the owner. And at Kurl Korner who
10    was your supervisor?
11 A. Frank Chestnut.
12 Q. Was he the owner of Kurl Korner?
13 A. Yes.
14 Q. Is he still the owner? Do you know?
15 A. Yes.
16 Q. At Sanitary, who was your supervisor?
17 A. Joe. I don't remember Joe's last name.
18 Q. Do you know if Joe was the owner?
19 A. Yeah, he's the owner.
20 Q. So how long were you at Sanitary?
21 A. About two years.
22 Q. So you think up until 2003?
23 A. Yeah, 2003.

---

Page 18

1  Q. When you were working at these
2     barbershops, did you pay a booth rent?
3  A. Yes.
4  Q. So that's how it works even for the
5     apprentices?
6  A. Yes.
7  Q. Because you were still an apprentice at
8     Kurl Korner and at Sanitary?
9  A. Well, basically, you don't have to have
10    a license here in Alabama, so you were
11    just a barber.
12 Q. So there is not a license requirement
13    here in Alabama for barbers?
14 A. Yes. There's not.
15 Q. Okay. So how -- did you go to school
16    for barber -- to be a barber here in
17    Alabama?
18 A. Well, actually, it was, like -- at
19    Southside, it was, like, the shuttle
20    where you can take, like, welding,
21    brick mason, and stuff like that. And
22    barber was, like, you can use that as,
23    like, a selective. So we used to,

---

Page 19

1     like — we had, like, four classes when
2     you're a senior. You had, like, four
3     classes and the rest of the period you
4     can pick whatever you wanted to do, so
5     I picked barber. They let you leave
6     school and I went and took barbershop.
7     And I got credit for that.
8  Q. Okay. But it wasn't a licensing
9     program?
10 A. No.
11 Q. It was like a vocational job?
12 A. Yes.
13 Q. Okay. So when you left Sanitary in
14    2003, where did you go?
15 A. Well, at the same time I was working at
16    Sanitary I was working at International
17    Paper, so I was working both jobs.
18 Q. When did you start at International
19    Paper?
20 A. Around 2002.
21 Q. What did you do at International Paper?
22 A. Painter.
23 Q. Was that the only position you had at

---

Page 20

1     International Paper?
2  A. Yes.
3  Q. And when did you leave International
4     Paper?
5  A. It was 2003.
6  Q. Do you remember what month?
7  A. I don't know exactly when.
8  Q. So it would have been the beginning of
9     2003, before you started at Mansfield?
10 A. Yeah, it was before that.
11 Q. Who was your supervisor at
12    International Paper?
13 A. David Whitten.
14 Q. W-H-I-T-T-E-N, you think?
15 A. Yes.
16 Q. And when you were at International
17    Paper, did they give you any kind of
18    orientation or training when you
19    started?
20 A. Yes.
21 Q. What kind of orientation and training
22    did you have at International Paper?
23 A. We took -- before you started working

---

5  (Pages 17 to 20)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 21

1 we took an apparatus test, check your
2 breathing and whatnot. You train to
3 operate a forklift and you train -- you
4 get trained to operate -- you wasn't a
5 sandblaster, you was just trained to
6 load the sand into the sandblaster.
7 They show you how to do that and they
8 show you how to change the hoses to the
9 sandblaster. Other than that, you were
10 just -- I was just a helper. I was
11 just starting to paint.
12 Q. So you were a helper when you first
13 started at International Paper?
14 A. Yes.
15 Q. And then you became a painter?
16 A. Yes.
17 Q. Were you promoted?
18 A. Yes.
19 Q. Is that how you got the change in job
20 title?
21 A. I was trained on the job how to do what
22 the journeymen do because the company
23 that we worked with you could only be a

Page 22

1 helper for so long. So they keep
2 you -- whoever you was working up under
3 helping, they would train you also how
4 to do more than just what you be doing
5 because sooner or later you would have
6 to do it because otherwise you were
7 going to have to go. We were all about
8 advancing. You're not about just -- a
9 supervisor always felt like you could
10 do better, you can do more, like the
11 rest of the guys that you were helping.
12 But some people stay right there as
13 helper and don't want to do more. I
14 advanced to spraying and sandblasting
15 before I left.
16 Q. Why did you leave International Paper?
17 A. Well, International Paper, their
18 contract was up for the -- I think it
19 was a four-year contract, three-year
20 contract, but it was up at this time.
21 And they had left town to go to Baton
22 Rouge, Louisiana, and I didn't travel
23 with them.

Page 23

1 Q. Okay. Let me ask you a question
2 because I think that we may be talking
3 about two different things. Did you
4 actually work for International Paper
5 or was there some other --
6 A. It was a subtractors -- subcontractor
7 that International Paper had,
8 Insulation Incorporated. It was an
9 insulation company that had painters
10 also.
11 Q. Okay. So who did you work for?
12 A. International -- not International
13 Paper but -- hold up. Not
14 International Paper, but Insulation
15 Incorporated is the company that I
16 worked for.
17 Q. Insulation?
18 A. They was subcontracted for
19 International.
20 Q. So you actually worked for Insulation
21 Contractor?
22 A. Yes.
23 Q. Is that the name of it?

Page 24

1 A. Insulation Incorporated.
2 Q. Insulation Incorporated?
3 A. Yes.
4 Q. And what exactly does Insulation
5 Incorporated do?
6 A. Well, it's basically the same thing
7 with Mansfield. It's, like, a
8 contractor, do work for -- they take
9 jobs from the company that get them
10 things to do, and that's basically how
11 it works for contractors.
12 Q. And David Whitten was your supervisor.
13 Did he work for Insulation
14 Incorporated?
15 A. He was the supervisor with Insulation
16 Incorporated.
17 Q. Okay. So you didn't actually work for
18 International Paper?
19 A. No.
20 Q. International Paper was the job site?
21 A. Yes.
22 Q. How much were you making at Insulation
23 Incorporated as a painter? Well, let

6 (Pages 21 to 24)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 25

1  me ask you, what did you start out
2  making at Insulation Incorporated?
3  A. Ten dollars.
4  Q. Ten dollars an hour. That was as a
5  helper?
6  A. Yeah. It was 10.50.
7  Q. Ten-fifty as a helper?
8  A. Yes.
9  Q. When you became a painter, what did you
10  make?
11  A. Basically, when I started off as a
12  helper he started me off at painter
13  pay. He started me off at painter pay
14  because I -- like, I can do the job. I
15  feel like I can paint. I was doing
16  painting, industrial -- not industrial,
17  but house painting. So he hired me as
18  a painter, but I ended up being
19  somebody's helper until I can learn the
20  field of what they were doing. It
21  wasn't like paint houses. We were
22  painting tanks and pipes and machines
23  and things like that.

Page 26

1  Q. So you were --
2  A. I would say out of thirty days -- after
3  my ninety days was up and I got my
4  raise, I wasn't a helper. I was a
5  painter.
6  Q. So what was your raise after ninety
7  days?
8  A. I was making eleven dollars.
9  Q. And so the reason you left that job was
10  because Insulation Incorporated, their
11  contract ended --
12  A. Yes.
13  Q. -- at International Paper and they
14  moved somewhere else?
15  A. Yes.
16  Q. But you didn't want to go where they
17  were going?
18  A. Yes.
19  Q. Okay. Do you remember when that would
20  have ended? You said early 2003, but
21  do you remember exactly when or around
22  when it ended? If not --
23  A. It was around -- I can't really say I

Page 27

1  remember the date it was or month, but
2  I think it was the summertime, about
3  June or July, something like that. I'm
4  not quite sure. It's been so long.
5  I've done worked so many other jobs.
6  Q. Are you guessing? Is that what you're
7  doing?
8  A. Yes.
9  Q. Because I'm going to represent to you
10  that you started working at Mansfield
11  on March 31, 2003. So would you have
12  been working those two jobs at the same
13  time?
14  A. No, I wasn't working two jobs, not
15  those two jobs.
16  Q. So we just know you would have been
17  working at the beginning of 2003,
18  before you started working at
19  Mansfield?
20  A. Yes.
21  Q. Okay. So we'll talk in detail about
22  Mansfield in a minute, but I wanted to
23  follow up -- get employment after you

Page 28

1  left Mansfield. So you started around
2  March -- on or about March 31, 2003.
3  Does that sound correct to you?
4  A. Yes.
5  Q. And then you were laid off December 14,
6  2003; is that correct?
7  A. Yes. For good.
8  Q. What?
9  A. For good.
10  Q. December 14, 2003. That's the time
11  period you were at Mansfield?
12  A. Yes.
13  Q. So after you left Mansfield in December
14  2003, where did you next work?
15  A. I -- I continued to work at the
16  barbershop full-time and I went back to
17  school.
18  Q. You say you continued to work. Were
19  you working at the barbershop while
20  working at Mansfield?
21  A. Yes.
22  Q. Which one was that? That wasn't
23  Crazy -- no, it's not Kurl Korner --

7 (Pages 25 to 28)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 29

1   Sanitary Barbershop –
2   A. Yes.
3   Q. -- is where you working throughout the
4       time that you were working at
5       Mansfield?
6   A. Yes.
7   Q. So when you said you left Sanitary –
8   A. No. Throughout the time I was working
9       at Sanitary, I was working – I also
10      worked at International – out at
11      International Paper.
12  Q. Okay. And what I was trying to be
13      clear about is, we just talked about
14      the timeframe that you were at
15      Mansfield and you said, I continued to
16      work at the barbershop. I was trying
17      to make sure –
18  A. Yes. It was, like, basically just four
19      hours – four days a week, ten hours a
20      day. So I had Fridays and Saturdays
21      was the more busy days, so I'd go to
22      the barbershop Fridays and Saturdays.
23  Q. So this was still at Sanitary?

Page 30

1   A. No. We moved to Team Work then. See,
2       this is another job here, the Team
3       Work.
4   Q. What did –
5   A. We haven't got to that yet.
6   Q. When did you start at Team Work?
7   A. In 2003 – since 2003.
8   Q. Do you remember when in 2003 you
9       started with Team Work?
10  A. No, not exactly. Not exactly.
11  Q. Would it have been – let's see. You
12      didn't tell me when you finished at
13      Sanitary. You said it was 2003. Do
14      you remember when?
15  A. It was 2003 because I left Sanitary
16      and went back to Kurl Korner. Kurl
17      Korner – well, my other guys, my other
18      coworkers, friends we had grew up
19      cutting hair, got their own shop, so I
20      returned to work with those guys. And
21      I left Sanitary during the same time.
22      It was, like, within the same day, just
23      go from this barbershop to that

Page 31

1   barbershop.
2   Q. Do you remember --
3   A. And I was still working the same job at
4       International -- out at International
5       Paper.
6   Q. What I'm trying to figure out, do you
7       remember if it was in the spring or the
8       fall or winter that you left Sanitary
9       and went right back to Kurl Korner?
10  A. Had to been the summertime or the fall,
11      right up in there.
12  Q. The Summer or Fall of 2003 you left
13      Sanitary and went back to Kurl Korner?
14  A. Like, I think it was about to get
15      summer or something like that.
16  Q. Okay.
17  A. I can't really recall that.
18  Q. Okay. So when you were employed at
19      Mansfield from March of 2003 to
20      December 2003, which barbershop were
21      you working at?
22  A. Team Work.
23  Q. The entire time that you were working

Page 32

1       at Mansfield is Team Work; is that
2       correct?
3   A. (Witness nods head.)
4   Q. Is that correct?
5   A. Yes.
6   Q. We just need to make sure --
7   A. Okay. Yes.
8   Q. And where is Team Work located?
9   A. Team Work is located on Jeff Davis,
10      too.
11  Q. And who was your supervisor at Team
12      Work?
13  A. Nathaniel Johnson.
14  Q. Is he the owner?
15  A. Yes.
16  Q. And were you also paying him a booth
17      rent --
18  A. Yes.
19  Q. -- at Team Work? In the barber
20      business, it may be a little different
21      than women. But in the barber
22      business, if you pay a booth rent, do
23      you also have to pay them a portion of

8  (Pages 29 to 32)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 33

```
1    your —
2    A. No.
3    Q. — income?
4    A. No.
5    Q. You just pay a flat booth rent?
6    A. Flat booth.
7    Q. And whatever you make with your
8       customers is yours?
9    A. Yes.
10   Q. And so we were talking about at the end
11      of 2003 when you would have been laid
12      off at Mansfield you were still working
13      at Team Work?
14   A. Yes.
15   Q. Did you start working there full-time?
16   A. Yes.
17   Q. Was this your only job after you left
18      Mansfield?
19   A. Yeah.
20   Q. How long did you work full-time at Team
21      Work?
22   A. Up until January of this year — or
23      December last year, 2006. I moved to
```

Page 34

```
1    Atlanta in 2006, so until that time.
2    Q. So from December 2003 to December 2006,
3       you were working at --
4    A. Team Work.
5    Q. -- team Work full-time?
6    A. Full-time.
7    Q. Then you moved to Atlanta --
8    A. Yes.
9    Q. -- December -- or around December,
10      January of this year?
11   A. Yes.
12   Q. Okay. I think we established that you
13      started in January of this year at J's
14      Barbershop?
15   A. Yes.
16   Q. All right. Are there any other places
17      of employment that we haven't talked
18      about?
19   A. Yes. When I was -- I went to Wallace
20      at night during full-time period as a
21      barber.
22   Q. At Team Work?
23   A. Yeah. So I became a welder at Bush
```

Page 35

```
1    Hog.
2    Q. Wallace Community College?
3    A. Yes.
4    Q. When were you at Wallace Community
5       College?
6    A. In 2003.
7    Q. For how long? From when in 2003 to
8       when?
9    A. It was an eleven-month class, but I
10      only did, like, five months and I --
11      and I got the job at Bush Hog. So I
12      was doing both, barber and welding.
13   Q. You got a job at -- what's the name of
14      the place?
15   A. Bush Hog.
16   Q. Bush Hog?
17   A. Yes.
18   Q. Is that the name of a company?
19   A. Yes.
20   Q. Is that here in Selma?
21   A. Yes.
22   Q. Bush Hog? What does Bush Hog do?
23   A. They make cutters for John Deeres and
```

Page 36

```
1    different type of — you know what a
2    bush hog — bush hog is something that
3    cuts down trees and stuff like that.
4    We make the ones that you can pull
5    behind the John Deeres and cut big
6    fields and whatnot. So you're welding
7    on them.
8    Q. So more so like the farming equipment?
9    A. Yes.
10   Q. The big bush hogs that you see on the
11      side of the highway?
12   A. Yeah.
13   Q. Bush Hog Company makes bush hogs.
14   A. Bush hogs.
15   Q. Okay. You were saying you were at
16      Wallace Community College for five
17      months getting a welding — did you get
18      a certificate?
19   A. No. I didn't complete the class.
20   Q. Okay. You were just there for five
21      months?
22   A. Yes.
23   Q. And you learned what you needed to
```

9 (Pages 33 to 36)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 37

1 learn?
2 A. Yes.
3 Q. Did you get the job at Bush Hog before
4 you completed or did you just decide
5 not to finish the class?
6 A. Well, when I got the chance to come and
7 take the welding test at Bush Hog, I
8 was still in class. So my welding
9 instructor was, like, if you think you
10 can go and pass it, go and try it.
11 Because I had a family, and he said,
12 You need to take care of your family.
13 So I was like -- well, that's what I
14 did and I passed it. So if you want to
15 continue, just come back to school and
16 go on and take up my piping work. I
17 was successful in what -- in the MIG
18 area, so I stuck with that.
19 Q. The MIG area, what is that?
20 A. That's a term you use for the type of
21 wiring -- the machine that you're using
22 on the structure you were building and
23 whatnot.

Page 38

1 Q. I see. So when did you start at Bush
2 Hog?
3 A. In 2003.
4 Q. Do you remember when?
5 A. Not 2003, but -- let's see. I worked
6 there twice. I was working there
7 before I went to Atlanta and I was
8 working there in 2003 to -- it was
9 2003, just that year, and 2005 and
10 2006, I believe.
11 Q. 2005 to 2006?
12 A. Yes.
13 Q. When would you have been at Wallace
14 Community College? Maybe that would
15 help to clarify it.
16 A. I was at Wallace in the fall. It was
17 the Fall semester, the Fall semester
18 right before Christmas.
19 Q. The Fall of 2005?
20 A. Yes.
21 Q. Okay. That's when you started, Fall
22 2005?
23 A. Right.

Page 39

1 Q. And before the eleven-month program was
2 up, you took the test at Bush Hog and
3 started in 2005?
4 A. Yes.
5 Q. So you think you started in the Fall of
6 2005 at Bush Hog?
7 A. Yes.
8 Q. So you were there from 2005 to 2006.
9 Is this the first time you were at Bush
10 Hog, 2005 to 2006, or is there another
11 time period?
12 A. Yes, that was the first time.
13 Q. When did you go back to Bush Hog?
14 A. Last year. It was two months I went
15 there.
16 Q. Why did you leave in 2006 from Bush
17 Hog?
18 A. Because I took another job in Atlanta.
19 Q. And which one is that?
20 A. That was Iron Ideas. I always work two
21 jobs.
22 Q. Okay. So when were you at Iron Ideas
23 in Atlanta?

Page 40

1 A. Up until the last time I came here.
2 What's the last date that I was here?
3 Until last month sometime. Up until
4 last month on the day that we -- it was
5 canceled, though. It was that day.
6 Q. So that was the last day that you were
7 at --
8 A. Iron Ideas. Because I was on my ninety
9 days and I really couldn't miss no
10 days. So I really had to, you know,
11 just -- it was, like, I couldn't go
12 back to work for missing that day.
13 Q. Okay. Were you terminated or did you
14 just decide not to go back?
15 A. Well, I was terminated because I was
16 working up under this fellow, this
17 Express Personnel thing they hire you
18 through. And they give you like a
19 thirty-day or sixty-day no days missed
20 on the job.
21 Q. That was a temp service?
22 A. Yes. And you sign on to it.
23 Q. What's the name of the temp service

10  (Pages 37 to 40)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 41

1    again, Federal Express Temp Service?
2  A. No. Express Personnel.
3  Q. Express Personnel. They're out of
4    Atlanta?
5  A. Yes.
6  Q. So you were hired to be a temp employee
7    at Iron Ideas --
8  A. Yes.
9  Q. -- through Express Personnel?
10 A. Exactly.
11 Q. When did you start that Iron Ideas job
12   through Express Personnel?
13 A. In January.
14 Q. Of 2007?
15 A. Yes.
16 Q. Okay. So from January to May of
17   2007 -- well, this entire year you've
18   been living in Atlanta?
19 A. Yes, basically.
20 Q. Okay. Any other jobs?
21 A. That's about it.
22 Q. Okay. This brings us forward. We're
23   going to go back in detail about the

Page 42

1    Mansfield job now that we've got all
2    these. Let me ask you, are you
3    married?
4  A. No.
5  Q. Have you ever been married?
6  A. I've been engaged.
7  Q. Okay. But never married?
8  A. Never married, no.
9  Q. Do you have any children?
10 A. Yes.
11 Q. How many children do you have?
12 A. Five.
13 Q. What are their ages?
14 A. Three of them ten, one five, and one is
15   six.
16 Q. Do you have triplets?
17 A. No. It's just different people.
18 Q. So the three oldest are ten?
19 A. Yes.
20 Q. Okay. What are their names, if you
21   know?
22 A. Joseph -- Joseph De'Rago, Sharannce
23   Haynes.

Page 43

1  Q. Joseph De'Rago, is De'Rago his last
2    name?
3  A. De'Rago is his last name.
4  Q. How do you spell De'Rago?
5  A. D-E -- it's, like, D-E, slash, R-A and
6    G-O, De'Rago.
7  Q. He's ten?
8  A. Yes.
9  Q. Does he live here in Selma?
10 A. He stays in Birmingham.
11     MR. PETTAWAY: Is that a slash
12   or an apostrophe?
13     THE WITNESS: It's just a D-E
14   and then slash.
15 Q. Like this or like this (indicating)?
16 A. Well, when I write it, I just put it
17   like this (indicating).
18 Q. So that's an apostrophe?
19 A. Yes.
20     MR. PETTAWAY: I'm trying to
21   help her out.
22     THE WITNESS: Okay.
23 Q. So Joseph De'Rago, he lives in

Page 44

1    Birmingham?
2  A. Yes.
3  Q. And what's the next ten-year-old?
4  A. Sharannce Haynes.
5  Q. How do you spell that?
6  A. Sharannce, S-H-A-R-A-N-N-C-E.
7  Q. Haynes, H-A-Y-N-E-S?
8  A. Yes.
9  Q. And where does she live?
10 A. She lives in Montgomery, Alabama.
11 Q. And the next ten-year-old?
12 A. Renier Colvin -- Reneir Jermaine
13   Colvin.
14 Q. How do you spell Renier?
15 A. R-E-E-N -- R-E-N-E -- R-E-N-I-E-R.
16 Q. R-E-N-I-E-R. Colvin?
17 A. Jermaine Colvin.
18 Q. Would you spell the last name Colvin?
19 A. C-O-L-V-I-N.
20 Q. So he has your last name?
21 A. Yes.
22 Q. And you said there were two more?
23 A. Yes.

11 (Pages 41 to 44)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 45

1  Q. Who is the next one?
2  A. Let's see which one is next. We have
3     Renier, Joseph. We've got Ralo
4     Jermaine Colvin, Jr.
5  Q. How old is he?
6  A. Five.
7  Q. And the baby?
8  A. Shaiyale Colvin.
9  Q. How do you spell Shaiyale?
10 A. S-H -- S-H-A-I-Y-A-L-E.
11 Q. Renier, where does he live?
12 A. With me.
13 Q. In Atlanta?
14 A. Yes.
15 Q. What about Ralo and Shaiyale?
16 A. Ralo and Shaiyale and Shamirika are
17    sister and brother, so they stay in
18    Montgomery all together, the same
19    residence.
20 Q. Okay. Have you ever been arrested
21    before?
22 A. For -- not for no felons or nothing
23    like that, but just for not showing up

Page 46

1     for to court for a ticket.
2  Q. For a ticket?
3  A. Yes.
4  Q. And when was this?
5  A. This is about -- it's been a long time
6     since I've had a ticket. Let's see.
7     2000, 2002, something like that.
8  Q. Somewhere around then?
9  A. Yes. But it was out of town. It was
10    in Lowndes County. I had got a ticket
11    in Lowndes County.
12 Q. Where were you arrested?
13 A. In Lowndes County.
14 Q. Anything else?
15 A. That's it.
16 Q. Any criminal or other domestic --
17 A. No.
18 Q. -- suits? Have you ever been involved
19    with any other lawsuits?
20 A. No.
21 Q. You started at Mansfield in March 2003;
22    is that correct?
23 A. Yes.

Page 47

1  Q. Do you remember it being on or about
2     March 31, 2003?
3  A. It was in March.
4  Q. It was in March?
5  A. Uh-huh.
6  Q. How do you know?
7  A. It was either before or after my son's
8     birthday. I don't remember.
9  Q. When you started, do you recall if you
10    received any kind of training or
11    orientation at Mansfield when you
12    started?
13 A. Well, it wasn't -- the orientation was,
14    like -- I don't remember orientation --
15    I remember just coming -- you was hired
16    if you passed the drug test, you came
17    to work and was a painter. Orientation
18    was where you watched tapes about
19    safety and going through things about
20    the safety material that you wear, the
21    PPE, and things about lock out/tag out
22    and things about areas that you
23    shouldn't go in that -- or where you

Page 48

1     couldn't go in and how to keep up with
2     the people that's in your crew, that
3     you're working with, keep a list of
4     things if something was to happen, like
5     what would you do or where would you go
6     and how would you keep up with the men,
7     like keep a count of who's working in
8     that area on a list or whatnot. Other
9     than that, that was the only thing that
10    consisted of the orientation.
11        (Defendants' Exhibit 1 was
12        marked for identification.)
13 Q. I'm going to show --
14 A. Safety.
15 Q. I'm sorry. Go ahead. What were you
16    saying?
17 A. Safety, as far as safety goes.
18 Q. I'm going to show you what I've marked
19    as Defendants' Exhibit 1. And this is
20    the Code of Conduct and Safe Practices
21    Employee Handbook. Have you ever seen
22    that before?
23        (Witness reviews document.)

12 (Pages 45 to 48)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 49

1  A. No.
2  Q. You don't recall ever receiving that
3     handbook?
4  A. (Witness shakes head.)
5  Q. You were just talking about some tests
6     that you say you received or you would
7     have taken; is that right?
8  A. Yes.
9         (Defendants' Exhibit 2 was
10        marked for identification.)
11 Q. I'll show you what's been marked
12    Defendants' Exhibit 2. And these are
13    some -- a compilation of documents from
14    your personnel file. The document on
15    top is your application; is that
16    correct?
17 A. Yes.
18 Q. Do you remember filling this out --
19 A. Yes.
20 Q. -- when you started at Mansfield? On
21    the second page, is that your signature
22    dated March 31, 2003?
23 A. Yes.

Page 50

1  Q. On page 4 -- if you flip through that
2     document, you'll see a page at the
3     bottom, page 4. It's entitled,
4     Mansfield Industrial Coatings Policy
5     Consent/Release Form. Is that your
6     signature on that page?
7  A. Yes, it is.
8  Q. Look at the next page.
9         (Witness complies)
10 Q. Is that your signature on the drug
11    testing and your worker's compensation
12    coverage notice?
13 A. Yes, it is.
14 Q. And look at -- go over to the next page
15    or to the -- flip to the next couple of
16    pages. It's not dated, but it's
17    entitled Post-Hiring Questionnaire. I
18    think you may have gone too far. It
19    should be one page over from the last
20    page you looked at where your signature
21    was. Yes.
22 A. Okay.
23 Q. Is that entitled Post-Hiring

Page 51

1     Questionnaire?
2  A. Yes.
3  Q. Is that your handwriting on that page?
4  A. Yes, it is.
5  Q. Okay. Why would you have been asked to
6     fill this post-hiring questionnaire
7     out, do you recall, if you've already
8     filled out an application, why you
9     would fill out a post-hiring
10    questionnaire?
11 A. No, ma'am.
12 Q. The next page, is that your handwriting
13    as well?
14 A. Yes.
15 Q. How did you learn of the job at
16    Mansfield?
17 A. Patrick Lewis, who I worked with
18    before.
19 Q. Where did you work with Patrick Lewis
20    before?
21 A. Insulation Incorporated.
22 Q. Did you work with him -- or when did he
23    leave? Do you know when he left

Page 52

1     Insulated Incorporated?
2  A. We both left at the same time.
3  Q. You left at the same time?
4  A. When the contract was up.
5  Q. What did he tell you about Mansfield
6     Industrial?
7  A. Mansfield was -- they were out at
8     International Paper where we were.
9     They had a contract out there also.
10    And I guess they got another contract
11    just like Insulation Incorporated got a
12    contract. I guess it was up at GE.
13    And I guess he heard about it and heard
14    they was hiring or whatever and told me
15    I might want to look into it if I
16    wanted to continue be -- I wanted to
17    continue my painting career. So that's
18    what we both did.
19 Q. Do you know if he was already employed
20    at Mansfield --
21 A. Yes.
22 Q. -- before you started? He was?
23 A. Yes.

13 (Pages 49 to 52)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 53

1  Q. And did he say anything about the work
2     environment at Mansfield when he
3     recommended Mansfield to you?
4  A. Yes. Yes and no. Kind of like he's --
5     whatever you make of it. It's not --
6     it wasn't like where we was from. It
7     wasn't nothing like that as far as the
8     ride and different -- it wasn't like
9     what we come from. From the mill, it
10    wasn't like that because it was more
11    isolated so you don't -- you know, it
12    wasn't like before. It was like he was
13    dealing with something that he just had
14    to do. And he knew I had kids and I
15    was, like, well, if you're going to do
16    it, then just come on. I was going
17    through times and needed another job,
18    so that's what I did.
19  Q. Do you remember anything specifically
20    that he said? That's what I'm trying
21    to find out from you.
22  A. No. It wasn't -- it wasn't -- he had
23    just started working there himself, so

Page 54

1     it wasn't really much he could explain
2     to me about it. As far as it was just
3     about a lot of heights and a lot -- it
4     wasn't the same type of painting, more
5     so up in the pipe racks and whatnot.
6     We never had been in pipe racks or
7     whatever. It was all ground work over
8     there and whatnot.
9  Q. What I'm trying to figure out is did he
10    say to you, Man, this is an okay place
11    to work. Did he say anything like that
12    when he was recommending Mansfield to
13    you? How did he describe the work
14    environment to you? Not the job.
15  A. Well, dealing with painting, the
16    painting itself in industrial, it's
17    always a headache because it's not a
18    clean job itself. So it's, like, if
19    you want to get back in to doing that,
20    it was -- it's not nothing to tell
21    nobody to convince them to want to work
22    doing painting in industrial, it's just
23    they got to want to do it. I just

Page 55

1     wanted to do it.
2  Q. Okay. The next page, is that your
3     signature at the bottom of the employee
4     authorization?
5  A. Yes.
6  Q. Do you recall receiving the next page,
7     the rules and regulations?
8  A. Yes.
9  Q. Did you read this information?
10  A. Yes.
11  Q. So you understood the rules and
12    regulations --
13  A. Yes.
14  Q. -- on this page? The next page is the
15    applicant's authorization to obtain
16    past drug and alcohol test results. Is
17    that your signature on --
18  A. Yes.
19  Q. -- that page as well?
20  A. Yes.
21  Q. What about the next page, the safety
22    discipline and disciplinary action
23    system sheet, is that your signature at

Page 56

1     the bottom?
2  A. Yes.
3  Q. The next form is a worker's
4     compensation information form. Is that
5     your signature as well?
6  A. Yes, ma'am.
7  Q. Okay. You can skip the next page,
8     which is information about taxes. What
9     I want you to look at is the document
10    Attachment 003-A, Handbook Orientation
11    Testing Log. Does this look familiar
12    to you?
13  A. Yes.
14  Q. Will you flip through the remaining
15    pages and see if those remaining
16    documents look familiar to you?
17  A. Yes.
18  Q. I'm going to let you look through all
19    of them to make sure you are familiar
20    with them.
21        (Witness reviews document.)
22  Q. Is that your signature and/or
23    handwriting on each of those pages that

---

14  (Pages 53 to 56)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 57

1    comprise exhibits regarding testing
2    and/or tests that were taken or that
3    you took on or about March 31, 2003?
4    A. Yes.
5    Q. Okay. And I know you were saying
6    earlier you remember this test because
7    you started talking about it before I
8    even showed you this exhibit.
9    A. Yes.
10   Q. What was the orientation like? Was
11   there somebody that gave you a book and
12   said read this book and then I'm going
13   to give you a series of questions? How
14   did the orientation go? How was it
15   conducted?
16   A. It was a series of movies, videotapes
17   that was put in different -- different
18   tests. Some movies had answers for the
19   next test or whatnot, but it just
20   carried on and on and on. If you paid
21   attention, you could really just put it
22   all together. But it was just you in
23   there watching TV and paying attention.

Page 58

1    Nobody was going to make you watch it
2    because -- then you don't know you're
3    about to take a test.
4    Q. So you didn't know that you were going
5    to be tested afterwards?
6    A. No.
7    Q. Who else was in the room with you when
8    you reviewed these videos on these
9    various topics?
10   A. Only me.
11   Q. You were the only one in the trailer?
12   A. (Witness nods head.)
13   Q. Was Johnny Crutchfield in there or do
14   you recall?
15   A. No. He was in the field. He was in
16   the field. He'd come back and ask
17   me -- he'll see the tape is done and
18   then he'll give me a test and whatnot
19   and I'd take the test. He'll ask me
20   questions about it, make sure I
21   understood about various things that I
22   missed and whatnot and correct me on
23   those and go -- continue from there.

Page 59

1    Q. So you'd go to another tape, you'd
2    watch it, he'd leave, he'd come back
3    and give you a test. And is it your
4    testimony -- I just want to make sure.
5    I don't want to put words in your
6    mouth. Were you saying that he would
7    ask you questions about whether or not
8    you understood it?
9    A. Yes.
10   Q. And then you'd ask more questions if
11   you didn't understand it?
12   A. Yes.
13   Q. During this orientation that day that
14   you were watching these tests --
15   watching these videos, at any point
16   during your orientation did you receive
17   any kind of harassment or
18   discrimination training?
19   A. There was tape, if I can recall, of
20   harassment, but I -- just a tape about
21   harassment.
22   Q. I'm sorry. You said you --
23   A. I don't recall a tape on harassment or

Page 60

1    whatever. Sexual harassment or
2    whatever? I think there was a tape
3    about harassment or he talked about
4    harassment or whatever. It was
5    something about harassment that we went
6    over.
7    Q. Do you remember Johnny Crutchfield
8    talking to you about harassment? Is
9    that what you're saying?
10   A. Yes.
11   Q. Was that the same day that you would
12   have been tested on these materials?
13   A. Yes.
14   Q. Do you remember what he said?
15   A. It was concerning -- it was concerning
16   the people of GE, that you're not to
17   speak to them or to -- like when you go
18   to the cafeteria, you're not to say
19   nothing to ladies or disrespect ladies
20   or whatnot. This is basically just
21   you're a contractor and you don't work
22   for GE, so you shouldn't be associating
23   with GE people. So that was just what

15 (Pages 57 to 60)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 61

1  he told me when I first started.
2  Q. Did he tell you anything about
3    harassment or discrimination and how to
4    conduct yourself with your employees at
5    Mansfield?
6  A. No.
7  Q. He just told you about harassment --
8  A. Sexual harassment towards lady.
9  Q. Sexual harassment.
10 A. But not harassment about guys or being
11   around a bunch of guys. I guess they
12   figure you're a man, you should be able
13   to -- you're a man, you can handle
14   being around a guy.
15 Q. Do you recall if you received any kind
16   of harassment or discrimination
17   training through GE when you started at
18   GE -- when you started this job for GE?
19 A. No.
20 Q. Okay. When you started working at
21   Mansfield, what was your title? Do
22   you --
23 A. Painter.

Page 62

1  Q. -- recall? You started in as a
2    painter?
3  A. Yes.
4  Q. Do you remember what you started at
5    pay? What was your pay rate when you
6    started?
7  A. It was ten dollars, 10.50, ten dollars,
8    somewhere between there.
9  Q. Okay. Did your title ever change from
10   the time that you worked --
11 A. No.
12 Q. -- at Mansfield? You were always a
13   painter?
14 A. (Witness nods head.)
15 Q. Did your salary ever change?
16 A. No.
17 Q. Were you ever interested in any other
18   positions at Mansfield?
19 A. Yes.
20 Q. What were you interested in?
21 A. Sandblaster.
22 Q. You wanted to be a sandblaster?
23 A. Yes.

Page 63

1  Q. Did you let anyone know you wanted to
2    sandblast?
3  A. Yes. All the time.
4  Q. Who did you tell?
5  A. Johnny Reed.
6  Q. What did you tell him?
7  A. Ask him -- it was -- it was a period of
8    time before I started asking him about
9    being a sandblaster. But it was, like,
10   they had -- he was, like, Well, Robert
11   is a sandblaster and we don't need a
12   sandblaster. So I don't want to keep
13   asking him. I don't want to keep
14   asking him because he said Robert was
15   the sandblaster.
16 Q. Was there only one position for a
17   sandblaster?
18 A. That's -- that's the way he had it.
19   Nobody else could do the sandblaster.
20 Q. So I'm trying to figure out if you knew
21   or not whether there were other
22   positions available for sandblasters?
23 A. No.

Page 64

1  Q. Do you have to have a certain
2    certification to be a sandblaster?
3  A. No.
4  Q. You don't?
5  A. No.
6  Q. Okay. Did you have any other kinds of
7    licensing or certifications that we
8    didn't talk about earlier? I know you
9    said you had your -- or you were going
10   to school to get your welding
11   certificate and you didn't finish it.
12   Were there any other certifications or
13   any sort of certification you would
14   have gotten as it pertains to painting
15   or sandblasting or --
16 A. During the period of time I was at
17   Mansfield?
18 Q. Or before. Was there any -- at any
19   point in time that you would have
20   received any kind of certification that
21   would have qualified you for a
22   particular job?
23 A. No.

16  (Pages 61 to 64)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 65

1  Q. So what made you think that you were
2     qualified to do the sandblasting?
3  A. Because I had done it before.  At
4     International Paper I'd done it.
5  Q. Did you have your forklift license —
6  A. Yes.
7  Q. -- or certificate to drive a forklift?
8  A. (Witness nods head.)
9  Q. Did you ever drive a forklift for the
10    man --
11 A. Manlift?
12 Q. -- lift at --
13 A. Scissor lift.
14 Q. The manlift or the scissor lift at
15    Mansfield?
16 A. Yes.
17 Q. Do you have a copy of your forklift
18    license?
19 A. No.  Because the license that I had
20    from -- for to drive a forklift, I got
21    it from Sunbelt when I was at
22    International Paper and it was valid
23    for -- up until 2005, I believe.  And

Page 66

1     at the time it was still valid, but it
2     wasn't from Mansfield.  But I was able
3     to drive the scissor lift and the JLGs
4     just to get up to the paints and
5     whatnot.  I was able to do that.  Other
6     than that . . .
7  Q. How did you come to be able to -- were
8     you given the responsibility to drive
9     the manlift and scissor lift?
10 A. It came with the job that we was
11    working.  At the time that everybody
12    was being shipped to Hyundai, it
13    came -- the job -- because I was
14    painting a tank, it was just necessary
15    that you use an LG.
16 Q. Did you tell them that you had this
17    license or did they ask you?
18 A. Yes, he knew.
19 Q. That's what I'm trying to figure out.
20 A. Because when I was hired, I just told
21    them I was able to operate one because
22    he asked me.
23 Q. So when you were hired, you told him

Page 67

1     this.  Did you start driving
2     immediately?
3  A. No.  I never really drove the forklift.
4     I drove the scissor lift and the LG.
5     But nobody else really wanted to drive
6     the forklift because it was a headache
7     to drive the forklift.  Johnny Reed
8     drove the forklift all the time.
9  Q. Okay.  But you didn't want to drive the
10    forklift?
11 A. (Witness shakes head.)
12 Q. Is that a no?
13 A. No.
14 Q. Okay.  You drove the scissor lift and
15    the -- what's the other one?
16 A. The LG.
17 Q. The LG.  Were you driving the scissor
18    lift and the LG from the time you
19    started working there?
20 A. No.
21 Q. When did you start driving the scissor
22    lift and the LG?
23 A. After a period of time.  After he seen

Page 68

1     that I can do the work and that I was
2     mature enough to handle the crew
3     without nobody being around.  And he
4     pretty much just put me over with two
5     guys and I was, like, well, you mix all
6     the paint and you go up high and they
7     stay down low.
8  Q. So when you started in March 2003,
9     March 31, 2003, who was on your crew?
10 A. It was this guy named Joey and --
11    what's his name — Jeff Smitherman.
12 Q. Do you know Joey's last name?
13 A. I don't remember Joey's last name.
14    Joey left.  He left the job some period
15    of -- during some period of time.
16 Q. Okay.  And who else was on your crew?
17 A. Sometimes Jack would come over.
18 Q. Where were you at GE at this time?
19    Were you at one and two, plant one and
20    two, or plant five?
21 A. I was at plant two.  I was only sent to
22    plant five -- I don't -- I don't know.
23    I was rarely sent to plant five.

17  (Pages 65 to 68)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 69

1  Q. You primarily worked at plant one and
2    two?
3  A. Yes.
4  Q. You said Jack. Jack Richardson?
5  A. Yes.
6  Q. He would come over sometimes and be a
7    part of your crew?
8  A. Yes.
9  Q. Why would he come over sometimes?
10 A. Because during the course -- when we
11   was needle gunning the pipes to get the
12   rust off of it, Jack would be --
13   primarily be -- basically, what he'd
14   do. So he comes over when we're doing
15   a lot of needle gunning and he'd be a
16   part of the crew, too. And everybody
17   was needle gunning.
18 Q. Who was the supervisor of this crew?
19 A. Johnny Reed.
20 Q. Johnny Reed?
21 A. Yes.
22 Q. Was there anybody else that was on the
23   crew besides you, Joey, Jeff

Page 70

1    Smitherman, and sometimes Jack
2    Richardson?
3  A. That's about it.
4  Q. Among these three -- five people with
5    Johnny Reed being the supervisor, were
6    you the only African-American employee?
7  A. Yes.
8  Q. Did you ever feel, when you were
9    working with this crew, plant one and
10   two, that things may have happened that
11   you thought were discriminatory?
12 A. Yes.
13 Q. Tell me what happened.
14 A. It was -- it was a safety hazard that
15   went on with Jeffery Smitherman. We
16   was in the pipe rack needle gunning --
17   and I was over the crew -- and I had
18   caught him asleep. And I was, like, If
19   you're sleepy, you need to go down.
20   And I told Johnny Reed. Because we was
21   up high -- don't know if he was tied
22   off or not, but he was just sitting
23   there like this asleep and I woke him

Page 71

1    up. I caught him asleep again and I
2    told Johnny Reed about it and Johnny
3    Reed called him down and told him to go
4    home for the day.
5  Q. How is that discriminatory against you,
6    though, is what I'm trying to figure
7    out?
8  A. Because if I was asleep on the job,
9    they was going to send me home. But he
10   would sleep around so much hazardous
11   stuff like that. I mean, we're up high
12   and we was -- they had different types
13   of gases that go through those pipes.
14   And I had a beeper, a monitor, on me
15   that goes off if something gets loose.
16   He was asleep and I was, like, if he
17   was asleep, I don't like -- it wasn't
18   going to be my responsibility if I
19   couldn't get him down.
20 Q. But did you just tell me, though, that
21   Johnny Reed sent him home, sent -- who
22   was it, Jeff -- home, Jeff Smitherman?
23 A. Yes. Told him to get some rest.

Page 72

1  Q. So he sent him home?
2  A. Yes.
3  Q. And you don't think that that was right
4    or fair?
5  A. It wasn't fair because he said he's
6    supposed to fire him.
7  Q. You thought he should have fired him as
8    opposed to just sending him home?
9  A. Yes.
10 Q. Well, tell me any other incidents.
11 A. I mean, it's not my call to make, but
12   as a -- the condition -- because he had
13   a warning. He had a warning. And the
14   second time, I didn't tell him he was
15   asleep. The second time Johnny Reed
16   caught him asleep himself.
17 Q. Okay.
18 A. And he called him down and told him to
19   go home and get some sleep. I thought
20   he was fired, but he came to work the
21   next day.
22 Q. You said you were -- because you were
23   over him you told him to wake up. Were

18 (Pages 69 to 72)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 73

1    you his, like, supervisor?
2 A. No.
3 Q. What do you mean when you say you were
4    "over him"?
5 A. It's, like, I filled out the paperwork
6    on where we're working at and what
7    we're working on and what we're going
8    to be using. And everybody's name
9    that's over there, I had to put their
10    name down. And I was the only one that
11    could mix paint — well, was able to
12    mix the paint. Because there was --
13    the supervisor told me, you watch over
14    them. Because he was, like, had to go
15    here, had to go there. So he left me
16    responsible like that. Well, you need
17    to go down — you go down and just
18    paint, you run the airlines. I
19    couldn't tell nobody, well, you can't
20    go to the bathroom or nothing.
21    Everybody was for theirself, but I was
22    over the main thing.
23 Q. That's what I'm trying to figure out.

Page 74

1    So Johnny Reed told you, When I have to
2    step away from this job, I want you to
3    oversee these employees?
4 A. Yeah. Just make sure nobody just do
5    crazy — it was a lot of immature
6    things that was going on. And I wasn't
7    the one that tell on everybody, but I
8    was the one that if I'm working,
9    everybody will work. You know what I
10    mean? Everybody will work around me,
11    because that's like a team. I bring
12    everybody like a team. But everybody
13    wouldn't do it all the time.
14 Q. Right. I just want to make sure --
15 A. Johnny Reed seen that I was a leader
16    like that. He just left me in charge
17    sometimes, not just saying, Well, you
18    take my job. But I just told him that
19    he was asleep.
20 Q. He left you. That's what I want to
21    make sure. So you're saying that
22    Johnny Reed would leave you in charge
23    at times when he would have to go on

Page 75

1    other jobs, yes or no?
2 A. Yes.
3 Q. Okay. And you witnessed Jeff
4    Smitherman, somebody you were
5    overseeing at the time, asleep?
6 A. Yes.
7 Q. You reported him, and Johnny Reed sent
8    him home for the day?
9 A. I told him -- I told him to wake up.
10 Q. You told him to wake up?
11 A. Yes.
12 Q. And then the next time he dozed off –
13 A. The next time he dozed off, Johnny Reed
14    caught him asleep. And he was just
15    standing up under looking at the pipe
16    rack like this (indicating). I mean,
17    he had the needle gun like this
18    (indicating) asleep.
19 Q. So tell me about the next -- or any
20    other incidents where you were at plant
21    one and two that you consider
22    discriminatory.
23 A. Well, when I was at plant two, from the

Page 76

1    time I got there I didn't -- I didn't
2    even know there were other black guys
3    working there. I thought it was just
4    me and those -- that crew. I didn't
5    know there was other guys from
6    Mansfield working at other plants. And
7    then one day it rained and he was,
8    like, Everybody just sit up under the
9    break shed until it slacks off a little
10    bit. But the guys down at plant five,
11    they was painting on structure on the
12    outside and we was painting inside. So
13    we were, like, well -- we was going to
14    go inside that day. So the guys that
15    was painting on the structure that day
16    on the other side, there were some
17    black guys. So that was my first time
18    seeing them, when they came over there
19    and asked Johnny would they be able to
20    work that day. And when I saw them, I
21    didn't know if they worked for us or
22    not, because they didn't -- they had
23    paint on them that looked like it had

19  (Pages 73 to 76)

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 77

1 been on them for two or three days.
2 And I was like -- and they had paint
3 all over their clothes, their paint
4 suits. They had old paint suits. I
5 was, like, we get paint suits every
6 other two days. We get gloves every
7 other two days, you know, we need them.
8 We had paint or everything we needed.
9 So I guess -- because I seen -- I
10 knew Pat worked there, but I didn't
11 know where he worked at. I didn't know
12 it was, like, a whole crew of y'all
13 just over -- just isolated from
14 everybody else. And I was the only one
15 that was with the white guys, so I had
16 everything right. So that day when
17 they came and sat up there, they said,
18 Why you get this? But they didn't
19 know. They didn't know. So they was,
20 like, get me some gloves, man, if you
21 can get me some gloves. So during
22 certain times, I'd just hand them some
23 gloves or something like that. It got

Page 78

1 back to Johnny that I was giving them
2 stuff like that, so he put me over
3 there with them after a while.
4 Q. So where would you get the gloves and
5 the equipment that you say they did not
6 have access to?
7 A. That was in our joe box where we -- it
8 was in our joe box every morning. It
9 was always there
10 Q. What's a joe box?
11 A. It's a tool box. It's the tool box
12 where you put all your harnesses and
13 all your gloves and things like that.
14 But, see, I guess they said that plant
15 five was so far away. It's like a mile
16 and a half walk to get from plant five
17 to plant two.
18 Q. Who puts the materials in the joe box?
19 A. Well, Johnny do it. Johnny does the
20 box because Johnny looks at it that was
21 his crew.
22 Q. Johnny Reed or Johnny Crutchfield?
23 A. Johnny Reed. He gave -- he said that

Page 79

1 the people down in plant five don't
2 know how to use them. He said they
3 used up too much stuff so he's just
4 rationing out to them. Not like he'll
5 ration it out to us.
6 Q. Are you saying that you think all these
7 other people were all African-Americans
8 on this other crew?
9 A. They were.
10 Q. Where was Jack Richardson coming from?
11 A. He was coming from plant five when he
12 come over there with us.
13 Q. Where was this all black crew? Where
14 were they working, to your knowledge?
15 A. On the -- it was plant five in the --
16 on the steel beam structure. They were
17 painting the structure.
18 Q. So Jack Richardson wasn't a part of
19 that team? Is that what you were
20 saying?
21 A. Yeah, he were. He were. But he
22 wasn't, like, all the time. He was
23 just there because he rode to work with

Page 80

1 them every morning.
2 Q. But weren't --
3 A. So he --
4 Q. I'm sorry. Go ahead.
5 A. What were you saying?
6 Q. Well, weren't there other employees who
7 moved about, depending on where they
8 were needed in the plant -- at the job
9 sites, rather?
10 A. From plant two there were. You from
11 plant two, you were -- me and the other
12 guy, we were in the plant. We were all
13 over the plant. But those guys in
14 plant five, they didn't get a chance to
15 go and be all through the plant like we
16 was. They was, like, on the outside
17 all the time, over on the structure.
18 From my knowledge and being there --
19 from my time of being there, they were
20 over there. And they wanted like -- we
21 had different job orders. Like we'll
22 have the job order in the inside of the
23 building. When it's raining sometimes,

20 (Pages 77 to 80)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 81

1    it keeps us from going home.
2    Q. What I'm trying to establish is, if you
3    know that there weren't any white
4    employees that worked at plant five
5    during this time.
6    A. Do I know?
7    Q. Do you know that there were not?  So
8    are you saying --
9    A. There were.
10   Q. -- there were not any white employees?
11   A. There were.  There were, but they
12   wasn't -- they was painters.  They was
13   more, like, helpers.  That wasn't a
14   main factor of the team.  Like, for
15   instance, Jack was really a helper, but
16   he was a painter.  He wasn't a good
17   painter so he wouldn't put him in the
18   inside of the building so all the GE
19   people can see he's not a good painter
20   so he'd just put him on the outside to
21   paint steel structures.  And you're
22   just doing -- was doing a lot of
23   cutting in.  He wasn't really painting.

Page 82

1    He was just cutting in so the guys can
2    come through with the rolling and do
3    the actual painting.  And it was him
4    and this white girl Cindy.  Cindy had
5    one hand.
6    Q. Let me make -- I want to ask you
7    questions because you're going a little
8    long.  But that's fine.  So you're
9    saying that Jack Richardson also worked
10   with that group of black people?
11   A. Yes.
12   Q. Okay.  So there were white employees
13   that were over there with --
14   A. Yes.
15   Q. -- that crew?
16   A. Yes.
17   Q. But you just said earlier that it was
18   an all African-American crew?
19   A. Yeah.  It was a majority.
20   Q. But that's not the same thing is what I
21   want to be clear on the record.
22   A. Okay.
23   Q. So there were white employees that

Page 83

1    worked with this group of African-
2    Americans that you saw for the first
3    time at some point when you were
4    working at GE; is that correct?
5    A. Yes.
6    Q. They just happened to work outside.
7    And you were saying that Jack worked
8    outside, to your estimation, because he
9    wasn't a good painter; is that correct?
10   A. Yes.
11   Q. He was a helper?
12   A. Yes.  They said he was a helper.
13   Q. Was Cindy also a helper, to your
14   knowledge?
15   A. Yes.
16   Q. And Cindy is a white female; is that
17   correct?
18   A. Yes.
19   Q. Were there any other white employees
20   that worked with those African-
21   Americans that you're talking about you
22   saw for the first time?
23   A. No.

Page 84

1    Q. Well, who are those African-Americans
2    you say you saw for the first time?
3    A. It's Bill Ragland.
4    Q. Who else?
5    A. Nathaniel -- I think -- his name is
6    Nathaniel.  I can't recall his last
7    name.
8    Q. Is it Nathaniel Lamar?
9    A. Yeah.
10   Q. Who else?
11   A. Yoger -- Yogi.
12   Q. Who is Yogi?  Do you know his real
13   name?
14   A. No.
15   Q. Okay.  Who else?
16   A. There's -- there's one other guy
17   that worked there, but he ended up
18   leaving.  He ended up leaving.  I can't
19   think of his name.
20   Q. Is he a black guy?
21   A. Yes.
22   Q. Is he older or younger?
23   A. He was older.  He was an older guy.

21  (Pages 81 to 84)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 85

1  Q. Was it Ben Gayle?
2  A. Yeah, Ben.
3  Q. Okay. So these people comprised --
4    Bill, which is William Ragland,
5    Nathaniel Lamar, Yogi, Ben Gayle,
6    Cindy -- do you remember her last name?
7  A. No.
8  Q. -- and Jack Richardson that were a part
9    of this crew; is that right?
10 A. Yes.
11 Q. Okay. When is it that you say you
12   first saw them for the first time?
13 A. One morning it was drizzling rain and
14   we was waiting and getting -- we were
15   about to get ready to go into the plant
16   and start painting and they came over
17   wanting to know was they going to be
18   able to work or not that day.
19 Q. I'm sorry. I was asking when in terms
20   of what time or what date?
21 A. I don't know the actual date.
22 Q. Okay.
23 A. I don't remember the actual date.

Page 86

1  Q. Okay. So you're saying that that's
2    another instance --
3  A. It was some time that -- when I was
4    working there, between -- it was some
5    time. I had been working there some
6    time, though, about two or three months
7    at that time.
8  Q. So that was the second instance you
9    were telling me earlier when you
10   thought that you witnessed or
11   experienced a discriminatory incident?
12 A. Toward me is where when he asked me
13   about it and I said, Yeah, I gave him
14   some gloves and some thinner. And he
15   said -- well, the next day I ended up
16   over there with them. So I say that
17   was discrimination against me because
18   now I'm -- now I'm over there with all
19   y'all. Now -- I was over there and I
20   was -- and I tried to help y'all and
21   get y'all things that y'all couldn't
22   get, now I'm over here with y'all.
23 Q. Do you know why you were moved to plant

Page 87

1    five?
2  A. Yes.
3      MR. PETTAWAY: He just answered
4    that.
5  A. I just -- because I was giving them
6    things. I was giving them gloves.
7  Q. Okay.
8  A. Not, like, on a regular basis, like
9    here go some gloves. It was whenever
10   they needed gloves. Like sometimes the
11   paint gets on your gloves they get so
12   hard that, you know, they can't use
13   them. Man, I need some gloves
14   tomorrow. So I'd just look out for
15   them and get them some gloves and some
16   thinner.
17 Q. I think a better question I should have
18   posed was, why did Mansfield -- who
19   told you to go to plant five?
20 A. Johnny Crutchfield.
21 Q. Why did he say go to plant five?
22     MR. PETTAWAY: He didn't give a
23   reason.

Page 88

1  A. He didn't give a reason.
2  Q. He didn't --
3  A. I took the reason as to myself is my
4    actions of giving the other guys
5    things.
6  Q. Did you ask him why you were being
7    moved to plant five?
8  A. No. I didn't have to. It was self-
9    explanatory why I was going.
10 Q. My question is, did you ask him and
11   he --
12 A. No.
13 Q. And you're saying in your mind the
14   reason was what you've articulated
15   earlier, you said --
16 A. Yes.
17 Q. -- you were giving the materials from
18   the boxes?
19 A. Yes.
20 Q. And how long did you work with that
21   crew at plant five?
22 A. I wasn't long. I would say it's
23   probably about two or three weeks and I

22 (Pages 85 to 88)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 89

1   came back.
2   Q. Why did you come back to plant two?
3   A. Because he had needed me. I was – I
4   was always on top of the tank. I
5   wasn't scared to get on top of the
6   tank. It was a tank. We was waiting
7   on them to get through with the
8   scaffold. When they build the scaffold
9   up, it was ready to be painted. So we
10  got to the top of it and started
11  painting. So it was just, like, a two-
12  or three-week thing being over there.
13  But I wasn't used to being over there
14  with them because I wasn't, you know,
15  used to that outside up in the air
16  like – like that, hanging off. They
17  were used to.
18  Q. So what did you -- what job did you
19  perform when you were at plant five?
20  A. Painting beams. Like the same job they
21  were doing.
22  Q. Who was your supervisor for those two
23  or three weeks?

Page 90

1   A. Johnny Reed, same guy.
2   Q. So Johnny Reed was a supervisor for two
3   crews?
4   A. Yeah. He'd be just back and forth all
5   day.
6   Q. Okay. When you went back to your other
7   crew at plant two, earlier you
8   testified that Johnny Reed would tell
9   you, I want you to be the supervisor of
10  these guys while I'm over here?
11  A. I wouldn't say it in those words. He
12  wouldn't say it in those words. He
13  would just --
14  Q. What would he say?
15  A. -- say, I'm going to leave you to take
16  care of it. Don't let nobody else mix
17  up no paint. Because he don't want no
18  paint to get mixed up wrong. He'll
19  tell me -- the paperwork to fill out,
20  when the GE inspector comes and wants
21  to know who all is in that area and
22  what are we doing in that area, it's
23  wrote on that paper. I was in charge

Page 91

1   of doing that, which I really wasn't
2   supposed to be doing but he let me do
3   it because I could do it. He trust me
4   to do it and I did it.
5   Q. And did you like having that
6   responsibility, that added
7   responsibility?
8   A. It wasn't a problem. Wasn't a problem.
9   Q. Did you consider it a good thing to be
10  given that added responsibility?
11  A. No.
12  Q. You didn't want that added
13  responsibility?
14  A. I wasn't getting paid for it. I was
15  still -- they were making more than me.
16  But I didn't know. They were --
17  Q. Who is "they"?
18  A. Jeffery. Jeffery and Joey. They was
19  making more than me. They was making
20  $12. I was making ten.
21  Q. How do you know they were making more
22  than you?
23  A. Jeff said it.

Page 92

1   Q. Jeff Smitherman told you how much he
2   was making?
3   A. (Witness nods head.)
4   Q. Do you know how long Jeff Smitherman
5   had been there?
6   A. He was there before me. I don't know
7   how long he had been there. He was
8   there before me.
9   Q. What was his job title?
10  A. His job title was the same as mine. We
11  was doing the same thing.
12  Q. But you don't know how long he had been
13  there or if he had received any raises
14  or anything else?
15  A. He had just said -- that's when he told
16  me, he got his raise. That's when he
17  was, like, you're making that much?
18  And it kind of discouraged me
19  because -- it just discouraged me
20  because they knew it. They knew he was
21  making more than me. But y'all done
22  put me over him and I had to show him?
23  Q. So when you went back to plant two

23  (Pages 89 to 92)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 93

1  after the two or three weeks, how long
2  were you at plant two after that?
3  A. Just for a while. I was there for a
4  while.
5  Q. Did you move to another plant or to
6  another --
7  A. Well, we went to another plant, me
8  and -- me and this other -- Richard. I
9  think his name was Richard. He was
10  from Mobile or Atlanta or somewhere.
11  But he --
12  Q. Is he black or white?
13  A. He's black. He assigned me and him
14  to go to another plant to do a pipe
15  that -- it was a water pipe we were
16  doing. It was a water pipe.
17  Q. Who assigned you and Richard to go to
18  Atlanta?
19  A. No. Richard is from Atlanta. He
20  assigned us to go to another plant to
21  do a job. It was just me and him.
22  Q. That's what I'm trying to figure out.
23  Who assigned you and Richard to go to

Page 94

1  another plant?
2  A. Johnny Crutchfield assigned everybody.
3  Johnny Crutchfield is the one that told
4  Johnny Reed who to assign to certain
5  jobs.
6  Q. Right. So where did you and Richard go
7  and work?
8  A. It was plant three. It think it was
9  plant three.
10  Q. And you and Richard alone went to plant
11  three?
12  A. Just us two.
13  Q. And you said Richard is African-
14  American?
15  A. Yeah.
16  Q. What did you do at plant three? What
17  job did you perform at plant three?
18  A. Painting.
19  Q. What did you paint at plant three?
20  A. It was a water pipe that ran from,
21  like, four floors down. We had to
22  start at the top and paint all the way
23  down to the bottom floor. It ran

Page 95

1  through -- you see it running through.
2  Q. How long were you at plant three?
3  A. It took us about -- if I can recall --
4  it didn't take us long, but it took,
5  like, almost a month or two to get that
6  pipe.
7  Q. Was it just you and Richard working on
8  this pipe the whole two months, month
9  or two?
10  A. Yeah.
11  Q. Who was your supervisor when you and
12  Richard were working at plant three?
13  A. Richard.
14  Q. Richard was the supervisor?
15  A. Yes.
16  Q. And did anything occur at plant three
17  that you consider discriminatory or
18  racially motivated?
19  A. No. We were away from everybody. It
20  was just me and him. Every morning we
21  just would sign to take all our
22  equipment to that plant. So that's
23  where we would go that morning. We

Page 96

1  were away from everybody.
2  Q. But you don't remember what time frame
3  it was that you would have been at
4  plant three, do you?
5  A. Uh-uh. (Witness shakes head.)
6  Q. After you left plant three, where did
7  you go?
8  A. Back to plant two.
9  Q. Plant two. Were you back with your
10  original crew, which was Jeffery
11  Smitherman, Joey, and sometimes Jack
12  Richardson with Johnny Reed being your
13  supervisor?
14  A. (Witness nods head.)
15  Q. When you went back to plant two at that
16  point in time, did anything that you
17  can recall happen that you considered
18  racially motivated or discriminatory in
19  any way?
20  A. I don't remember exactly the date, but
21  I know when I came -- when I came back
22  over there and Johnny came over and he
23  was like -- he was like -- they said

24  (Pages 93 to 96)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 97

1  that he was mad because Jack didn't
2  call in for work and he didn't come in.
3  He was mad at him about it.
4  Q. Was he mad at you?
5  A. No. With Jack. Jack didn't call in
6  for work. And Jack normally would
7  bring the other crew, the other three
8  guys, with him, but he didn't call in.
9  It caused -- those other guys didn't
10 come to work and he was mad because
11 there wasn't no progress being made
12 over there on the structure. He was
13 mad about that and he was mad about
14 Jack not calling in and saying nothing.
15 And for some reason or another, I can't
16 recall, I think the next day I was late
17 for work. And I had called him and
18 told him. And when I got to work and
19 got to the gate, Jack was at the
20 gate. And he told me to go back home
21 for the day and think about whether I
22 want to come to work or not.
23 Q. Do you remember when this happened?

---

Page 98

1  A. I don't know the actual date. It was
2  after I came from plant three.
3  Q. After you came from plant three?
4  A. Yes.
5  Q. Okay. Tell me about any other
6  incidents. So this is when you left
7  plant three and went to plant two.
8  A. When I went back home, I was
9  discouraged about him sending me all
10 the way back home because I rode, like,
11 forty-five minutes. So I was
12 discouraged about him sending me all
13 the way home. So when I came back to
14 work that next day, after I stayed --
15 and was sent back home and I came back
16 to work that next day, that's when Jack
17 came back to work. And I was, like,
18 I'm going to see if he's going to make
19 Jack go back home today if he be late.
20 He was mad at him about not calling in
21 or whatever. I didn't say nothing
22 about it. I waited until the end of
23 the day and I asked Jack, I said, What

---

Page 99

1  did they do to you about not calling in
2  yesterday? He said, I don't know how
3  you know, but I sure ain't called in,
4  but he didn't say nothing to me. I
5  said, Oh, yeah?
6  Q. Do you know that Jack was terminated in
7  December of 2003, before you were laid
8  off?
9  A. I don't know exactly when he was
10 terminated because I don't think I was
11 there when he got terminated. I don't
12 think I was there.
13 Q. You think you had left before he did?
14 A. I think I did.
15 Q. Okay. Have you since been told or
16 learned why he was terminated?
17 A. No.
18 Q. So now you're back at plant two?
19 A. Yes.
20 Q. And you just told me about that
21 incident that occurred when you were
22 sent home. Were there any people that
23 witnessed this incident?

---

Page 100

1  A. Yeah. Everybody that -- Jeffery -- all
2  of them witnessed the incident about
3  Jack, when he --
4  Q. And I'm trying to determine your -- the
5  incident you told me about where you
6  were sent home. When you say "all of
7  them," who is all of them?
8  A. Oh, everybody -- nobody else didn't
9  witness me getting sent back home
10 because I didn't never get a chance to
11 come through the gate. He was at the
12 gate already.
13 Q. So it was just you and Johnny Reed?
14 A. Yes.
15 Q. No other employees were around?
16 A. It was just me and him when I was
17 coming through the gate.
18 Q. So tell me the next thing you remember
19 happening.
20 A. It was just -- me and Johnny
21 Crutchfield was in the truck one time
22 and he was, like, he's going to have to
23 get rid of a buzzard because he's

---

25  (Pages 97 to 100)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 101

1  starting up too much mess or something.
2  He didn't like his attitude. But he
3  wouldn't tell me no name or exactly who
4  he was talking about. But I guess in,
5  like, another week or so they had
6  shipped Patrick to Atlanta or somewhere
7  out of town, Patrick and Richard
8  Davenport. That's his last name,
9  Davenport. They assigned him somewhere
10 on a job far away. I remember Pat was
11 quite upset about that because he was
12 trying -- Pat was saying he has no --
13 he has no reason to fire him or nothing
14 like that, but he just wanted away from
15 the plant so he sent him away on a job
16 to keep from firing him or whatever.
17 But that was just on his behalf.
18 Q. What do you mean that was on his
19    behalf?
20 A. I mean, that was — that's just
21    something that I think he probably
22    feels like was racist to him.
23 Q. You're talking about Pat?

Page 102

1  A. But I was just paying attention to what
2     was going on because just a week ago he
3     told me he was going to rid of a
4     buzzard.
5  Q. Who else was in the truck with you
6     when --
7  A. Just me and him.
8  Q. So it's just you and Johnny
9     Crutchfield. When he said "buzzard,"
10    what was he talking about?
11 A. I didn't know.
12 Q. Did you ask him, what do you mean?
13 A. No, I didn't.
14 Q. Did you say anything in response to
15    what he said?
16 A. I said -- well, I asked him, I said,
17    Where you sending him? What you going
18    to do with him? I thought he was
19    talking about a real buzzard. I didn't
20    what he was talking about back then.
21    He said he had to get rid of a buzzard.
22    He always say things. You know what
23    I'm saying? They wouldn't probably be

Page 103

1  concerning you, but it wasn't my place
2  to question — I don't never question
3  Johnny about nothing he say.
4  Q. Well, tell me exactly what you heard.
5     I want to know exactly the things that
6     you heard talking --
7  A. He got in the truck one day after he
8     got off the radio. I was already
9     getting in the truck with him. I was
10    waiting to get a ride to the other
11    plant. I believe we were going to get
12    some thinner or something or a
13    five-gallon thing of thinner or
14    something. And he jumps in the truck
15    mad as hell. I just -- I don't like
16    his attitude. I want to get rid of the
17    buzzard. He didn't say no name or
18    whatnot, but a week or two later that's
19    when Patrick was gone.
20 Q. That's what we were just talking about?
21 A. Yes.
22 Q. Any other instances where you heard
23    Johnny Crutchfield say some — use a

Page 104

1  racial slur in any way?
2  A. No. It wasn't — it was the workers.
3     Johnny -- Johnny — it was the workers.
4     Robert -- the word's not -- the word
5     nigger was said from Robert. That was
6     Robert and Jeffery Smitherman, him and
7     his stepson. That was something else.
8  Q. Do you remember Robert's last name?
9  A. Robert's last name? Robert's last name
10    wasn't Smitherman. Jeffery Smitherman
11    is Jeffery Smitherman because his dad.
12 Q. Right. I'm asking you do you remember
13    what Robert's last name is?
14 A. No, I don't.
15 Q. I know Jeffery Smitherman, that's his
16    last name.
17 A. Right. But Robert, I don't know his
18    last name.
19 Q. So you said Robert and Jeffery
20    Smitherman you've heard them use racial
21    slurs?
22 A. Yes.
23 Q. Who else?

26 (Pages 101 to 104)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 105

1    A. Just those two guys.
2    Q. Tell me what you heard Robert say.
3    A. Well, the first time Robert said a
4       racial slur pertaining to me, when I
5       was -- me and Jeffery -- me and his
6       stepson was sitting there having break
7       together and he had this duck caller,
8       what you call ducks with, and he was
9       blowing it. And I said, What was that?
10      What you doing that for? He's, like,
11      these my ducks. He had three of them.
12      They make different sounds. And he
13      was, like, This will call a male and
14      this will call and this -- and he was
15      blowing. I was, like, Man, I ought to
16      come down there and go hunting with you
17      sometime. And that when his dad, his
18      stepdad, told him, he said, No, you
19      don't want to come down there hunting
20      where we stay because you might end up
21      being hunted.
22   Q. And this was Robert that said that?
23   A. Robert was telling me that while I was

Page 106

1       talking to his son, his stepson.
2    Q. Jeffery Smitherman is his stepson?
3    A. Yes.
4    Q. Okay. That's the dad-son relationship
5       you're talking about?
6    A. (Witness nods head.)
7    Q. Okay. You were talking to Jeff
8       Smitherman?
9    A. Yes. And I asked him when I'm going to
10      come down there and go hunting with
11      him. And his stepdad heard me and him
12      talking about going hunting and he
13      said, No, you don't want to come down
14      there and go hunting because you might
15      end up getting hunted.
16   Q. Was he joking or was he serious when he
17      said that?
18   A. Well, I was -- me, at the time, I took
19      it as offensive because I was, like,
20      well, I didn't worry about nobody
21      hunting me or killing me, especially
22      you. You know what I'm saying? I said
23      that back to him. He just started

Page 107

1       laughing and walked off.
2    Q. What did Jeffery say?
3    A. He said, Don't pay him no attention.
4    Q. He told you not to pay him no
5       attention?
6    A. He said, Don't pay him no attention
7       because he's probably drunk. All he do
8       is drink.
9    Q. And anybody else hear this besides
10      Robert and Jeff?
11   A. Joey heard it.
12   Q. Joey. But you don't know Joey's last
13      name?
14   A. No.
15   Q. What did Joey say about it?
16   A. He didn't say nothing.
17   Q. You said Jeff said some things as well?
18   A. Jeff -- Jeff always -- with me, he
19      never tried to just aggravation towards
20      me because I was the only black over
21      there and there wasn't no need to be at
22      me. But they had their way of not
23      conversating with me. You know what

Page 108

1       I'm saying? We didn't have lunch -- I
2       had lunch right here, they had lunch
3       down there. It was like -- it wasn't
4       just no conversation between us, I
5       would say.
6    Q. So you think that that was racially
7       motivated, the fact that they wouldn't
8       have lunch sitting right beside you?
9    A. Maybe.
10   Q. I'm asking you. I want to know what
11      you think.
12   A. Do I think it was?
13   Q. No.
14   A. It was just isolation of them being --
15      I'm isolated myself. I'm not going to
16      just go over there and say, Can I have
17      lunch with y'all today or whatnot? I
18      would just go over there and sit down
19      if I wanted to. But to keep from all
20      that, I just came to work. It's not
21      about just coming to pick up on what's
22      being racist and what's not. I just
23      come to work. I come to work and do my

27  (Pages 105 to 108)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 109

1  job. I don't care if they don't say
2  nothing to me.
3  Q. What I was trying to get at when I
4  asked you who else made racial slurs,
5  you said Robert and Jeff. And I wanted
6  to make sure that you told me all of
7  what you heard Jeff say.
8  A. Jeff never said nothing racist towards
9  me.
10  Q. Okay. He didn't make any racial slurs?
11  A. No. It was his stepdad during a
12  conversation that we were having. It
13  wasn't, like, every day. It was things
14  that he wore, like the little Nazi sign
15  he's got right here on his hand.
16  Q. He's got a tattoo on his hand or --
17  A. He's got a hand -- he's got a Nazi
18  symbol right here (indicating).
19  Q. What else?
20  A. And then his dad would wear the
21  T-shirts, you know, they love -- you
22  know, the Dixie flags that you wear?
23  They wear those to work.

Page 110

1  Q. Bandanna?
2  A. Yeah.
3  Q. And just so the record is clear, you
4  keep saying "his dad." Will you just
5  refer --
6  A. Robert.
7  Q. -- to him as Robert so we'll know who
8  you're talking about?
9  A. Yeah, Robert.
10  Q. And Jeff, when you say "his son" say
11  Jeff --
12  A. Yes.
13  Q. -- so we can be clear?
14  A. Okay.
15  Q. Okay. So you say Robert had a Swastika
16  tattoo on his hand?
17  A. Yeah, right here (indicating).
18  Q. Do you remember which one, if it's his
19  left or right?
20      (No immediate response given.)
21  Q. If you don't remember, that's fine.
22  A. I don't remember, but it's there.
23  Q. It's one of them?

Page 111

1  A. Yes.
2  Q. You said Robert would wear bandannas
3  around his head?
4  A. Yeah. That's what he worked in. He
5  works in his little red flag. That's
6  what he'd work in every day.
7  Q. What else?
8  A. Sometimes he'll wear these little
9  T-shirts with stuff on it, little The
10  South Will Rise, things like that.
11  Things that people don't really pay
12  attention to that really just civilized
13  people don't pay attention to unless
14  you really just want to indulge and ask
15  him why you wear it. I didn't never
16  really just come to work to get
17  involved in all those things.
18  Q. Who else did you hear make a racial
19  slur while you were employed at
20  Mansfield?
21  A. That's about it.
22  Q. Okay. Were there any other incidents
23  while you were employed at Mansfield

Page 112

1  that you can think of that you consider
2  discriminatory or --
3  A. There this one incident where Patrick
4  was working down in a pit and where it
5  was -- it was nonskid. I think it was
6  about twenty mils of nonskid on the
7  floor of this place where acid run
8  down. So it would be special type of
9  paint that you have to put down so the
10  acid wouldn't eat up the sidewalk or
11  nothing, just keep eating up on stuff.
12  So what he did, it had a lock out/tag
13  out thing. And so I guess he got upset
14  with Pat and he put Pat on the job by
15  himself to do it. And you have to put
16  this suit on. It's this plastic suit
17  that you have to wear. Pat was in
18  there, it was about -- it was about 95
19  to 100 degrees outside and he was in
20  there by himself doing the floor. He
21  kept requesting that he needed help
22  over there. He requested one time that
23  I come over to help him get all -- help

28 (Pages 109 to 112)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 113

1  him get the floor clean, because it's
2  not like — it's just real cpoxic-like
3  paint.  It gets real hard and it's hard
4  to come off and he had to clean all of
5  that up.  And he got halfway through
6  with it — he got, like, halfway — to
7  about 25 percent of it still needed to
8  be did, but he had did the biggest of
9  it.  And right at the end, he had
10 called me over there and told me to
11 help him.  And Pat felt like that was
12 being racist towards him because him
13 and Johnny had just had words, and I
14 guess Johnny was trying to make him
15 quit and he put him into the pit by
16 himself.
17     And then after we got halfway
18 through with it and he seen I was
19 halfway through with it, he asked me on
20 the outside, he said, Can you handle
21 this by yourself?  And I was, like,
22 Yeah, I guess, thinking I was just
23 about finished with it.  No.  We were

Page 114

1  vacuuming.  We were vacuuming all the
2  little chips out.
3  Q. Who asked you if you could handle it by
4     yourself?
5  A. Johnny.
6  Q. Johnny Reed or Crutchfield?
7  A. Johnny Crutchfield.
8  Q. Johnny Crutchfield asked you if you
9     could handle that job?
10 A. Could I handle vacuuming all the stuff
11    that we had vacuum up by myself.  And
12    that's when I told him yeah.  We're
13    just vacuuming it up.  We're done now.
14    So he was, like, okay.  And then about
15    thirty minutes later he came back and
16    got Patrick and that's when Patrick
17    said they had got rid of him.
18 Q. Do you remember when this was?
19 A. That was after they had laid me off and
20    called me back two days later.
21 Q. So this was in November?
22 A. Yes.
23 Q. Okay.  So in November, this incident

Page 115

1  occurred when Patrick asked you to come
2  in and help him and you went and helped
3  him?
4  A. No.  He asked — he referred [sic] some
5     help because he couldn't do it hisself.
6  Q. Right.  That's what I'm trying to
7     figure out.  Who referred some help?
8  A. Patrick.
9  Q. Patrick?
10 A. Referred me as some help over there
11    with him in the pit.
12 Q. So you helped him with this pit job?
13 A. No.  Not at the time that he —
14 Q. What do you mean by "referred," then?
15 A. He asked could he have some help over
16    there.  And he told them that he didn't
17    have nobody that could help at the
18    time; he had to do it by himself.  So
19    he had to continue to do it by himself
20    until he got about halfway — to about
21    25 percent of — 75 percent of it was
22    done.  So that's when he told me to go
23    over and help him.

Page 116

1  Q. Who?  Johnny Reed?
2  A. Johnny Reed.
3  Q. Johnny Reed told you to go over and
4     help him?
5  A. Yes.
6  Q. So you went over and helped him?
7  A. Yes.  And when we got done, Johnny
8     Crutchfield came and that's when he
9     asked can I finish it by myself.  I
10    said, Yeah.  We're just about finished
11    with it.  I told Patrick to come out,
12    come out of the pit, so he climbed out.
13    And that's when, I guess, they got rid
14    of Pat, or whatever.
15 Q. So you consider that, just that
16    incident, discriminatory in nature?
17 A. It was — it was a complaint that he
18    was having that I really would — felt
19    like a part of it was discrimination,
20    because you never put nobody to work in
21    such an environment like that by
22    yourself because he could have fell out
23    and nobody would have known.  You can't

29  (Pages 113 to 116)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 117

1  see him.
2  Q. Were you offended by the incident?
3  That's what I'm trying to figure out.
4  A. Yes. I wouldn't have done it by
5  myself. He just needed — he needed
6  the job. And I guess, like, he just
7  had to do it.
8  Q. You were a painter the entire time you
9  were at Mansfield; is that right?
10  A. (Witness nods head.)
11  Q. Was there ever an opportunity for you
12  to change positions? Is it helper,
13  painter, journeyman? Is that the
14  hierarchy?
15  A. (Witness nods head.)
16  Q. Is that yes?
17  A. Yes.
18  Q. Was there ever an opportunity for you
19  to become a journeyman or did you want
20  to become a journeyman?
21  A. I wanted to become a journeyman. I was
22  doing — I was learning all the
23  procedures to become a journeyman.

Page 118

1  Everything that the journeyman did, I
2  done it at a lower pay just to learn.
3  And when it was time for me to get my
4  raise, and I knew of those things, I
5  didn't get what was promised to me. It
6  wasn't, say, just an all-out promise,
7  but it was his word in ninety days that
8  we might get a raise.
9  Q. Who said that in ninety days you --
10  A. Johnny Reed — I mean Johnny
11  Crutchfield, the one that hired me.
12  Because I asked him about that. I
13  asked him about the ten dollar pay,
14  does it go up or anything. He said, In
15  ninety days, everybody gets entitled to
16  a raise. That's what it was.
17  Q. That's what he told you the first day
18  you were hired?
19  A. That was the first day.
20  Q. But you said after ninety days you
21  didn't receive a raise?
22  A. No.
23  Q. Are you also complaining that you were

Page 119

1  not -- did not receive pay on rain-out
2  days?
3  A. Never.
4  Q. You never did receive —
5  A. Probably once. I think it was probably
6  once, after we brought it to his
7  attention that everybody — did I — I
8  don't think I ever received show-up pay
9  for rain, because when it rained we
10  were at work. When it rained, the
11  people at plant five — I was with the
12  other guys.
13  Q. Yeah. That's what I'm trying to figure
14  out.
15  A. So if it rained, it wasn't no bother to
16  me because I wouldn't have to go home
17  in the rain. If I went home, everybody
18  went home.
19  Q. What I'm trying to make sure I
20  understand -- because earlier when you
21  were telling me that story about when
22  you first realized that there were
23  other African-Americans at the plant,

Page 120

1  you said it was raining outside and
2  they were sitting outside trying to
3  wait and see if they could work because
4  they did outside work.
5  A. Yes.
6  Q. You were inside and you did inside
7  work. But even though it was raining
8  outside, you were still working that
9  day; is that right?
10  A. (Witness nods head.)
11  Q. Is that yes?
12  A. Yes.
13  Q. Did you work the entire day that day?
14  A. Yes.
15  Q. Did you get paid that day?
16  A. Yes.
17  Q. Okay. Were there ever times when
18  you --
19  A. I got paid for that day, but not on
20  that day.
21  Q. Right. You got paid for that day?
22  A. Yes.
23  Q. Were there ever days when you worked

30 (Pages 117 to 120)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 121

1   inside and it was raining outside,
2   other than that one time you told me
3   about?
4   A. Yes.
5   Q. Yes. The two to three weeks that you
6     said you worked with plant -- with the
7     plant five people, that crew --
8   A. Yes.
9   Q. -- did it ever rain when you worked
10    with that crew of people? Do --
11  A. Yes.
12  Q. -- you recall?
13  A. Yes.
14  Q. Did you ever show up to work when it
15    was raining?
16  A. Yes.
17  Q. Okay. Did you stay and work that
18    entire day?
19  A. No.
20  Q. Okay. Did you stay there and do any
21    chores --
22  A. No.
23  Q. -- that day? Do you know what the

Page 122

1   procedure was as it pertains to
2   rain-out days?
3   A. It was no -- it wasn't brung to our
4     attention. A rain-out day was just we
5     rained out. If we wake up in the
6     morning and have to be at work at six
7     and you woke up at five in the rain,
8     we'll call and we'll -- because Johnny,
9     he'll be there. We'll call him, ask
10    him should we come in today. And so
11    just wait and see. Don't worry about
12    it. Don't come in or something like
13    that. Other than that, it wasn't --
14    you just don't make a call -- wake up
15    and see it's raining and don't come to
16    work, you know. You just show up. You
17    just still show up. So we show up.
18    And he'll come to the gate sometimes
19    and say, Well, we ain't going to work
20    today. Y'all can go back home. And
21    we'll go back home.
22  Q. Okay. Did anyone ever tell you if it's
23    raining outside don't come at all?

Page 123

1   A. No.
2   Q. You always showed up?
3   A. Yes.
4   Q. Did you drive yourself to work?
5   A. (Witness nods head.)
6   Q. So you never rode with Jack and the
7     other crew members?
8   A. No.
9   Q. Did anybody ever ride with you?
10  A. No.
11  Q. When you would go home if it rained
12    outside and you showed up anyway to see
13    if you were going to work -- and this
14    was -- is this -- I'll just be clear.
15    Is this only when you were working at
16    plant five?
17  A. See, you can work at plant five. You
18    can work at plant two. Wherever you're
19    going to work at, the rain is not going
20    to consider where you're going to work
21    at. It's just probably the job that we
22    were working on at that time. They had
23    us in the inside. It's not

Page 124

1   necessarily -- whatever plant you're
2   working, if you're working on two,
3   three, or five, you wake up and it's
4   raining, that don't mean you don't come
5   to work or don't call.
6   Q. But I think -- I thought you had
7     described to my earlier that you only
8     worked with that crew at plant five for
9     about two to three weeks; is that
10    correct?
11  A. For the first time? Yes.
12  Q. Did you ever work with them again?
13  A. Yes.
14  Q. When was that?
15  A. Off and on. If somebody didn't show up
16    for work and they were short-handed or
17    something, he wouldn't tell me -- just
18    make me go over there. Like he did the
19    first time, he was, like, well, if you
20    wanted to, and we ain't got too much to
21    do, you can go over there and help. It
22    was sometimes just on me, you know what
23    I mean, to do that. I always did it

31 (Pages 121 to 124)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 125

1  because it wasn't — I would just go
2  and do it.
3  Q. So sometimes you would just go over to
4  plant five or to other crews and help
5  out if you were finished on your job?
6  A. Low on — yeah. But other than that,
7  just for them to come over there,
8  that's a no. They couldn't come over
9  there.
10 Q. Did other employees do that besides —
11 I know you told me earlier about Jack
12 sometimes moving from crew to crew.
13 A. Yes.
14 Q. Did other employees move around from
15 crew to crew to help out?
16 A. Uh-uh.
17 Q. It was just rarely —
18 A. Patrick came over once. That's when he
19 was in that pit that time. Other than
20 that, they come over — they come
21 over — they only come to help start
22 off a tank, just the needle gun, not to
23 just do no actual — really paint. You

Page 126

1  wouldn't see them a whole lot through
2  the day. You wouldn't see them.
3  Q. Well, let me ask you this. On the days
4  that it would rain and you would go in
5  to work and they said there's no work
6  today, when you would leave, what would
7  you do with the rest of your day?
8  A. I'd go to the barbershop. That's what
9  I would do. I don't know what the
10 other guys did.
11 Q. I'm just worried about you. What would
12 you do?
13 A. I would go to the barbershop.
14 Q. Would you work at the barbershop?
15 A. Yes.
16 Q. Okay. When you would have these rain
17 days, how would you — did you have to
18 log in or check in or make a notation
19 in some kind of way to show you
20 actually showed up?
21 A. Well, when you show up, it's like —
22 it's like once you come through the
23 gate, it's like a quarter mile to get

Page 127

1  to the — to get to the office anyway.
2  Once you come through the gate, you
3  still got to walk across the track and
4  all that before you — you're still not
5  at work yet.
6  Q. Right.
7  A. So once you come through that first
8  gate, that don't mean you're at work.
9  That was the rules. Because you come
10 through the first gate at seven
11 o'clock, that don't mean you're at work
12 on time. That means — once you come
13 through the construction gate, that's
14 when you're on time.
15 Q. What I'm —
16 A. When you come to work — if you come to
17 work, regardless if it's raining or
18 not, he's going to be on the outside of
19 that gate. You know what I'm saying?
20 It could be Johnny Crutchfield. It can
21 be Johnny Reed sometimes. You never
22 know. It's not like it's raining all
23 the time. But when it's raining, you

Page 128

1  just come to work.
2  Q. Okay.
3  A. Because probably once you get to work,
4  it's probably not even raining on 80.
5  It's probably just raining where you're
6  staying at.
7  Q. Right. Because what I'm trying to
8  figure out is, when you got there, when
9  you got to the gate, did you have to
10 clock in at the gate or did you clock
11 in somewhere else?
12 A. Once you — once you come through the
13 gate, it's all on a computer. Once you
14 clock in the front gate, you're clocked
15 in. You're on the job site.
16 Q. Okay.
17 A. But Mansfield, if you ain't at the gate
18 where the construction site is, where
19 Mansfield's trailer is, you're late,
20 you know, regardless if you're walking
21 or not. So it's just like — just the
22 same, just showing up. Just show up.
23 Still show up, regardless if it's

32 (Pages 125 to 128)

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

**Page 129**

1 raining or not.
2 Q. Were you ever aware of a policy where
3    if you showed up, if you did light
4    chores around the job site you were
5    given two hours of pay for showing up?
6 A. No.
7 Q. You never heard of that?
8 A. I never heard of that at those times.
9    At that time, we never heard of that.
10   None of the guys -- none of the guys
11   were aware of that until the day --
12   until that one day it was raining and
13   it was -- it wasn't -- we didn't know
14   about it because everybody was in the
15   parking lot. And I'm trying -- what
16   was the one's name? Richard. I think
17   his name was Richard. But he was --
18   everybody was sitting in the parking
19   lot and we was, like, man, it's
20   raining. We were about to go. He was,
21   like, Man, I'm going to sit right here
22   because I'm going to get my show-up
23   time. I didn't come up all the way

**Page 130**

1    down the road for that. We were, like,
2    What do you mean? What's show-up time?
3    Because we all a crew, so we want to
4    know what we're going to do today.
5    Everybody just can't leave and just one
6    person still standing. We're, like,
7    Why you still standing here? And he
8    was, like, I'm going to get my show-up
9    time. We're, like, What show-up time?
10   He said, Man, every time it rains and
11   you come up, you get show-up time.
12 Q. Was Richard a Mansfield employee?
13 A. Yes.
14 Q. Was Richard black or white?
15 A. He's white. He was with my crew.
16 Q. At two, plant two?
17 A. Yes.
18 Q. But you don't remember his last name?
19 A. No.
20 Q. So that's how you first learned of
21   show-up time?
22 A. Show-up time. But it had been times
23   before then that those guys, even after

**Page 131**

1    they were sent home, they didn't get
2    show-up time.
3 Q. And when was it that Richard said this
4    and you first learned of show-up time?
5 A. Around about -- around about -- had to
6    been about -- between September and
7    October or something like that.
8 Q. September-October of 2003; is that
9    correct?
10 A. Yes.
11 Q. Okay. Are there any other instances
12   you can think of where you feel that
13   you were discriminated against that you
14   can think of?
15 A. Just in -- after -- I asked Johnny, I
16   was like -- we were in the office one
17   day and it was at the end of the day
18   and we had just completed this big job
19   and I had done well on it. He had told
20   me I had done well on it and that he
21   appreciated it. But -- and I asked him
22   and he was, like, your ninety days are
23   about to be up, so you'll -- you know,

**Page 132**

1    my ninety days was up, so just keep --
2    keep it good and it was going to be all
3    right for me, just don't give up. So I
4    asked him about a month or so later,
5    around about November, around about
6    that time, I think, I asked him for a
7    raise, and he told me I wasn't getting
8    a raise right now because he got so
9    much other stuff going on and everybody
10   fixing to get ready to go to the
11   Hyundai plant or whatever, so to get a
12   raise now wouldn't be doing me no good.
13 Q. And that's when the job at GE was
14   winding down?
15 A. Yes.
16 Q. That contract was ending?
17 A. Yes.
18 Q. Were you offered the option to transfer
19   to the Hyundai job site?
20 A. Yes. After -- it was -- he laid me off
21   and he called me -- he laid me off that
22   Thursday and he called --
23 Q. From the GE job?

33 (Pages 129 to 132)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 133

1  A. Yes. He called me back, like, that
2  next Sunday and told me if I wanted to
3  I could come back to work Monday.
4  Q. At the GE job?
5  A. No -- yeah, at the GE job.
6  Q. To complete the GE job?
7  A. Yes. So when I got to work, I asked --
8  well, I was joking with him a little
9  bit. I said, You called me back to
10 work. You must be getting me a raise.
11 And that's when he looked up at me and
12 told me just to be glad that you're
13 back. And I just walked out of the
14 office laughing. I was, like, he's
15 something else.
16 Q. So what I'm -- what I was asking you
17 about --
18 A. Yes.
19 Q. -- you were offered the job to transfer
20 to Hyundai?
21 A. Yeah.
22 Q. Is that yes?
23 A. They laid me off again. Because that

Page 134

1  was in December, about December
2  sometime. And that was my last day I
3  worked, when he was, like, we ain't
4  going -- we can't give you no raise or
5  nothing like that, but if you want to,
6  you can -- you can go to the Hyundai
7  plant. And I asked him, I was like --
8  because it was time for me to get my
9  raise. He was, like, I can't give you
10 no raise, but what I can do is you can
11 work an extra day. I'm, like, I would
12 have to think about it, because I just
13 couldn't work -- do that type of work
14 for him no more for ten dollars and
15 then you want me to go to the Hyundai
16 and that's twenty more miles away from
17 where we're at. That's seventy miles
18 from home for me for ten dollars an
19 hour. I'm really putting all my money
20 back in to gas.
21 Q. But what I'm asking you is, at the GE
22 job, the contract was coming to an end;
23 is that correct? As far as you knew --

Page 135

1  A. As far as I knew, yes.
2  Q. -- the contract was coming to an end.
3  Did he tell you that you were being
4  laid off because they -- there was a
5  lack of work at the GE job because it
6  was coming to an end?
7  A. No.
8  Q. You weren't told that?
9  A. No.
10 Q. Did you stay and work and complete the
11 GE job?
12 A. I believe, yes.
13 Q. So you finished the GE job?
14 A. Yeah.
15 Q. But you didn't want to go to the
16 Hyundai job?
17 A. I wanted to, but I didn't want to go
18 for ten dollars, because Robert and
19 Jeffery was there and they was making
20 twelve and thirteen dollars and I was
21 making ten dollars. So I asked him was
22 he going to give me my raise. If he
23 was going to give me my raise, I was

Page 136

1  going to go. But he told me he just
2  couldn't give me no raise, so I was
3  like -- it wasn't going to add up.
4  Q. So yes or no, did you refuse to go to
5  work at the Hyundai job?
6  A. Yes.
7  Q. Okay. Did you ever complain -- let me
8  ask you this before I do that. Were
9  there any other incidents that you can
10 think of -- because this is at the end
11 of your job now. Were there any
12 other -- other than the ones you've
13 already told me about, any other
14 incidents that you think were racially
15 motivated or discriminatory in some way
16 against you? Not anybody else, against
17 you.
18 A. No. Just not giving me my insurance
19 and my raise. Because I was injured on
20 job. I had got some caustic on me
21 through my paint suit.
22 Q. Tell me about that.
23 A. Me and Bill Ragland, we was pressure

34  (Pages 133 to 136)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 137

1  washing a tank that holds caustic.
2  Caustic is -- it's -- I can't explain
3  it to you.
4  Q. That's fine.  You don't have to explain
5  it.
6  A. It's like if it gets on your skin, it
7  eats the layer of your skin off.
8  Q. Okay.
9  A. And what happened was, we was pressure
10  washing the tank.  And I guess it got
11  on his back and it got on me.  It went
12  down my back and down into my pocket
13  area.  And it was on my paint suit, but
14  my paint suit, I guess on break when I
15  sat down it just absorbed through my
16  pants and through my underwear and it
17  just, like, ate a piece of meat off of
18  my rear.  So when I got home, I had to
19  get my old lady just to keep putting
20  Vaseline or petroleum jell on it.  So
21  when I got to work that next day and I
22  told him about it, so he sent us to the
23  medics, me and Bill.  I didn't know

Page 138

1  Bill was the same way until I got to
2  work.  I was, like, Man, look what
3  happened to me.  We had to go to the
4  medics and they gave us some stuff,
5  some cream and whatnot, to put on there
6  and washed it all off.  Because it's,
7  like, once you put water on it, it
8  turns slimy, so it's not really coming
9  off, you're really spreading it.
10  You've got to just pat it off with some
11  other type lotion that she had.  I
12  can't recall what it was.  And that day
13  she said that --
14  Q. Who is "she"?
15  A. The nurse at the medic place at the GE
16  place, that nurse.  And she said that
17  we should have to take a day or two off
18  to get a scab or just to let it start
19  drying a little bit.  So when I told
20  Crutchfield about it, he told me that
21  he needed us at work, so we need to be
22  at work.  So we had to work like that.
23  And I didn't have no insurance -- when

Page 139

1  I got home and found out I was in that
2  condition -- to go to the hospital.  I
3  just treat myself.  And that's when I
4  started getting concerned about my
5  insurance, because I didn't have no
6  insurance.
7  Q. Did you know that you were considered a
8  casual employee?  Do you know what that
9  means?
10  A. Yes.
11  Q. What does that mean to you?
12  A. I read it.
13  Q. At the time that you were employed, did
14  you know that you were considered a
15  casual employee?
16  A. No.
17  Q. Okay.  Do you consider that incident
18  discriminatory in some way?  Is that
19  what you're saying?
20  A. Yes.
21  Q. Why, exactly, is that?
22  A. Because he didn't concern my health at
23  the time.  He wasn't concerned about my

Page 140

1  health, because I wouldn't -- I had to
2  sleep on my stomach.  I really couldn't
3  drive to work, but I still did because
4  I needed the job.  But at the time, the
5  nurse said that we shouldn't come to
6  work, it needed air.  And we had to
7  wear underwear, pants, and paint suit.
8  Q. Tell me what you had on at the time of
9  this accident.  Did all the employees
10  wear some kind of protective clothing
11  or did you just wear your own clothes
12  and paint with your own clothes on?
13  A. No.
14  Q. What did you have on?  Did you have on
15  your own clothes and then something
16  else?
17  A. You had your own clothes on and then
18  you had whatever PPE that's required
19  for you to work on that tank.  I mean,
20  it was, like --
21  Q. What is a PE?
22  A. Proper protective equipment.
23  Q. Okay.

35  (Pages 137 to 140)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 141

1   A. And that's what we put on to pressure
2   wash the tank. But you couldn't -- you
3   couldn't stop the caustic from coming.
4   There's only but so much you can -- you
5   know what I'm saying? But once you're
6   pressure washing something and water is
7   coming where it's hard to control, it's
8   coming down and hitting you. But it's
9   so much of it, it will eat your skin
10  off.
11  Q. Did you have to wear a helmet?
12  A. Yes.
13  Q. You wore a helmet every day?
14  A. A face shield.
15  Q. You wore a face shield?
16  A. That fits on your helmet -- on your
17  hard hat.
18  Q. That clear thing?
19  A. Yes.
20  Q. So you wore a helmet with a face
21  shield?
22  A. Yes.
23  Q. Did you have to wear ear plugs?

Page 142

1   A. Yes.
2   Q. Did you wear those every day?
3   A. Yes.
4   Q. Did you have to wear gloves --
5   A. Yes.
6   Q. -- on your job? Did you have to wear a
7   special kind of shoes on your job?
8   A. Well, yes, some water boots that you
9   have on.
10  Q. You wore water boots?
11  A. (Witness nods head.)
12  Q. And they're, like, thick, hard, black
13  boots?
14  A. Yeah. I mean, everything was handled
15  accordingly, but just some kind of way
16  it got on us. And we didn't know. You
17  don't really know until you start
18  sweating.
19  Q. Are you still suffering any injury as a
20  result of this?
21  A. No.
22  Q. Can you think of anything else, any
23  other incidents or instances?

Page 143

1   A. No.
2   Q. Have you ever heard any black employees
3   use the N-word at work?
4   A. Not the time when I was around them. I
5   wasn't around too much. I wasn't
6   around that much to just hear them
7   screaming out that.
8   Q. If there were other witnesses that
9   testified that you used the N-word,
10  that you would call other black
11  employees nigger, hey, nigger, nigger
12  this or nigger that, if there were
13  other witnesses that would testify that
14  you did use the N-word at work, would
15  they be telling a lie?
16  A. Yes.
17  Q. They would be lying?
18  A. Yes.
19  Q. Did you ever refer to other African-
20  Americans as boy when you were employed
21  at Mansfield?
22  A. I don't know. I use a lot of slang,
23  though. I use a lot of slang at home.

Page 144

1   I just call -- I don't remember calling
2   nobody a boy.
3   Q. Okay.
4   A. Or nigger, honestly.
5   Q. You never called anybody black nigger?
6   A. No.
7   Q. Okay. What about references to white
8   employees, did you ever call any white
9   employees honkey or cracker?
10  A. Never.
11  Q. Did you ever use any terms that could
12  be considered racial slurs when you
13  were employed there?
14  A. No.
15  Q. And I think you answered this, but I'm
16  not sure. If there is anybody that's
17  going to say Ralo used the N-word at
18  work or other racial slurs while he was
19  at work, they would be lying; is that
20  correct?
21  A. Yes.
22  Q. Okay. Did you ever complain to anyone
23  at Mansfield about these incidents that

36 (Pages 141 to 144)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

Page 145

```
 1    you say are -- you consider racially
 2    motivated or discriminatory in nature?
 3  A. Yes. I told -- I told Johnny one time
 4    about Robert. When I first got hired,
 5    I was sitting in the back up under the
 6    break room and then Johnny came out
 7    giving everybody else an assignment.
 8    And I'm new.
 9  Q. Crutchfield or Reed?
10  A. Johnny Reed. He come out with the
11    assignments every morning, let you know
12    where you're going to be going or where
13    you'll be stationed at.
14  Q. Okay.
15  A. So he's telling Robert where he's going
16    and Robert said -- said out loud to
17    him, I'm not going up today. I thought
18    that's what you hired the niggers for.
19    That was the first time I heard him say
20    nigger or just get offensive towards a
21    supervisor.
22  Q. When was this? Do you recall?
23  A. Probably, like, a week after I was
```

Page 146

```
 1    hired. I hadn't been there long.
 2  Q. Okay. So this is another incident
 3    you're telling me about?
 4  A. Yeah.
 5  Q. And I'm asking you, did you ever
 6    complain to anybody at Mansfield?
 7  A. Yes. I told --- I told Johnny that he
 8    said that. That was, like, two or
 9    three weeks after I was hired. I said,
10    So he ain't got to go up high? He
11    thinks all the black guys got to go up
12    high? He said, Man, Robert don't want
13    to work nothing, man. He don't want to
14    work no way. But Johnny, he wasn't --
15    with me, he wasn't a harsh-type guy.
16  Q. Johnny Reed?
17  A. Johnny Reed. Because he knew I'll
18    work. But he would -- he would tell me
19    about different people's ways and just
20    tell me just don't pay them no
21    attention, you know. And that was just
22    how that went, you know, because he
23    talked to him like that. He talked
```

Page 147

```
 1    to -- he talked to Johnny Reed like
 2    that, Robert does. Robert's older than
 3    Johnny Reed, so he talks to him any
 4    kind of way, tell him what he ain't
 5    going to do.
 6  Q. And did you complain to anyone else?
 7  A. No. Just Johnny Reed.
 8  Q. And what did Johnny say?
 9  A. Tell me don't pay him no attention
10    because he talks like that anyway.
11        (Defendants' Exhibit 3 was
12        marked for identification.)
13  Q. Were you satisfied with him telling you
14    that?
15  A. No. But me just having my new job, I
16    was excited. I just don't pay him no
17    attention because if he talks to them
18    both -- talks like that to everybody
19    all day. That's what he do.
20  Q. Did you ever consider talking to anyone
21    above Johnny Reed or ask Johnny
22    Crutchfield? Did you ever think about
23    complaining to him --
```

Page 148

```
 1  A. No.
 2  Q. -- at any point in time when you were
 3    hired -- when you were employed there?
 4  A. That wasn't on a regular basis. I
 5    figured he wouldn't say nothing else
 6    like that. He just wasn't used to me
 7    being around. He wasn't used to no
 8    black guys being up under there.
 9    Because I was just new. He was just
10    used to being him and just throwing the
11    word around like that. I still didn't
12    say nothing. But I told Johnny about
13    it. He told me don't pay him no
14    attention, said he had to deal with him
15    every morning.
16  Q. You said this happened a couple of
17    weeks after you were hired?
18  A. Yes.
19  Q. So this would have been in mid-April
20    sometime, is that correct, if you
21    were --
22  A. Up there.
23  Q. -- hired on March 31?
```

37  (Pages 145 to 148)

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 149

1  A. Yes.
2  Q. And at that time you said you told
3     Johnny Reed what Robert said?
4  A. Yes.
5  Q. Were you telling him this to let him
6     know what Robert said or were you
7     telling him this because you found what
8     he said offensive and you were --
9  A. Yes.
10 Q. -- complaining to Robert?
11 A. Yes. That's why I talked to him.
12 Q. So you were complaining to Johnny?
13 A. I was offended. It offended me because
14    I felt like he wasn't -- he wasn't
15    aware of me being right there, that's
16    why he said it. So I was hoping he'll
17    go and tell him, Don't use that. Don't
18    do me like that, because I'm just new
19    there. So don't make him feel out of
20    place.
21 Q. I'm showing you what's been marked as
22    Defendants' Exhibit 3, which is your --
23    which is the charge of discrimination.

Page 150

1     You look at that and let me know if you
2     recognize that.
3        (Witness reviews document.)
4  Q. Does this look familiar to you,
5     Mr. Colvin?
6  A. Yes.
7  Q. Is that your signature at the bottom --
8  A. Yes.
9  Q. -- of the document?
10 A. Yes.
11 Q. Dated 4/20/2004?
12 A. Yes.
13 Q. Would you look at the second page as
14    well?
15       (Witness complies)
16 Q. Is that your signature at the bottom?
17 A. Yes.
18       (Defendants' Exhibit 4 was
19        marked for identification.)
20 Q. I'm giving you what I'm marking as
21    Defendants' Exhibit 4. I'm going to
22    let you look at that one. And tell me
23    if you recognize this as well,

Page 151

1     Mr. Colvin.
2        (Witness reviews document.)
3  Q. Does this look familiar to you?
4  A. Yes. Yes.
5  Q. Is that a yes, sir?
6  A. Yes.
7  Q. At the bottom of the page, is that your
8     signature along the line where it's
9     dated April 14, 2005?
10 A. Yes, ma'am.
11 Q. And the affidavit that's attached to
12    it, the last page, is that your
13    signature?
14 A. Yes, ma'am.
15 Q. It's also dated April 14, 2005?
16 A. Yes.
17 Q. Do you know why or -- why you amended
18    your charge of discrimination in April
19    2005 after your initial charge, which
20    was dated a year earlier in April 2004?
21 A. I don't really recall.
22 Q. Okay. Would you look at the affidavit,
23    page 2 and 3 of --

Page 152

1  A. Of 4?
2  Q. The last one I gave you, yes, sir.
3  A. Okay.
4  Q. Do you know who typed this up? Did you
5     type it up, is the better question.
6     Did you type this up?
7  A. No, I never typed this up.
8  Q. You're looking at the particulars page;
9     is that correct?
10 A. Yes.
11 Q. Okay. Do you know who did type it up?
12 A. I believe my attorney did.
13 Q. Okay. How did they get the
14    information? Did you tell them --
15 A. Yes.
16 Q. -- this? Did you write anything down
17    at any point about these incidents and
18    gave it to them?
19 A. I were. I were at the time. It was
20    all written. It was all written. I
21    wrote the whole -- everything that
22    was -- all this.
23 Q. For the particulars page, you're

38  (Pages 149 to 152)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 153

1  telling me you handwrote something and
2  they typed it up?  Is that what
3  happened?
4  A. Yes.
5  Q. And then flip to the second page, the
6  next page, the affidavit portion.
7      (Witness complies)
8  A. Yes.
9  Q. How did this information come to be
10  typed up?  Do you know?
11  A. I don't have -- I don't know.
12  Q. Do you know who gave it to you to sign?
13  Do you recall?
14  A. I think it was the attorney.  The
15  attorney gave it to me to sign up here,
16  I believe.
17  Q. Was it Mr. Chestnut or Mr. Gaines?
18  A. Yes, it was Chestnut.  Two of them.
19  There was three guys.
20  Q. Did you ever have an occasion to meet
21  with someone from the EEOC?
22  A. Yes.
23  Q. Do you remember when that was?

---

Page 154

1  A. I don't know exact dates.
2  Q. Was it in 2003 or in 2004?
3  A. I think it was 2004.  I think it was
4  2004.
5  Q. So it would have been after you were
6  laid off at GE?
7  A. Yes.
8  Q. Okay.  Do you remember who you met with
9  at the EEOC?
10  A. I don't remember exact name.
11  Q. Was it a man or a woman?
12  A. Two men.
13  Q. Two men from the EEOC?
14  A. Yes.
15  Q. Okay.  Did they interview you?
16  A. Yes.
17  Q. Did you meet them here at the office?
18  A. Yes.
19  Q. Okay.  Was there anybody in the room
20  with you and the EEOC officers when you
21  met?
22  A. Just -- just me and I think it was one
23  or two other guys that was there.

---

Page 155

1  Q. When you say "one or two other guys" --
2  A. It was me and the two guys.  I think
3  they're from Birmingham.
4  Q. Two guys from the EEOC?
5  A. Yes.
6  Q. It was just the three of you in the
7  room?
8  A. Yes.
9  Q. Did they ask you to write this
10  information out or did they tape record
11  you?
12  A. I think it was both.  I had already
13  wrote some of it prior to getting here
14  just to keep from the dates that I was
15  keeping from the job and things that
16  were happening.  And when I got here, I
17  just kind of, like, put it all
18  together.  I just wrote it down.
19  Q. When you just said the dates and things
20  that you were keeping from the job, did
21  you keep notes or a diary or --
22  A. I had a cell phone at the time.  What I
23  would do, as stuff happened, I'd just

---

Page 156

1  record it.  And at the time I had that
2  phone -- and I wrote some of the things
3  from that phone down.  And when they
4  got here it was just, like, just
5  translating it from what I wrote from
6  that phone onto that paper and other
7  things that had happened out there.
8  Q. Did anybody tell you to tape record
9  things that were going on at work?
10  A. No.
11  Q. Are you saying that -- because you just
12  told me you think you met with them in
13  2004, but you weren't working for
14  Mansfield in 2004.
15  A. No.  I mean 2004 was when -- after they
16  laid me off we was like -- it wasn't
17  during the process of me working with
18  them that I was talking to lawyers and
19  things.  It wasn't nothing like that.
20  Q. Well, that's what I'm -- I'm trying to
21  figure out the exact order in which
22  events occurred.  You were laid off
23  December --

---

39  (Pages 153 to 156)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 157

1  A. 2003.
2  Q. You were laid off December 14, 2003?
3  A. Yes.
4  Q. At this point, before you left
5    Mansfield, had you met with an attorney
6    to talk about your concerns --
7  A. Yes.
8  Q. -- at Mansfield?
9  A. Yes.
10  Q. When did you do that?
11  A. I think it was in 2004 because -- in
12    December sometime. I'm not really
13    sure.
14  Q. Okay.
15  A. But I know it's around -- between those
16    times.
17  Q. And that's what I'm trying to get
18    clear. But you were laid off in
19    December of 2003, December 14,
20    specifically --
21  A. Yes.
22  Q. -- 2003. Okay. So before you left
23    Mansfield, had you met with an

Page 158

1    attorney?
2  A. Yes.
3  Q. Okay. Do you remember when you would
4    have met with an attorney?
5  A. No, I don't remember.
6  Q. Was it earlier in the year or in the
7    fall? Or was it close in time -- close
8    in time when you left?
9  A. It was close in time when I left,
10    because it was after that -- after the
11    fact that -- I left when I seen the
12    CO [sic]. But the actual complaint
13    came -- I was there, but everybody else
14    was gone. I was still working there.
15    But the other guys, they were gone.
16    They were, like, Well, you're still
17    there.
18  Q. So you met with an attorney while you
19    were still employed at Mansfield; is
20    that correct?
21  A. (Witness nods head.)
22  Q. Okay. Was that Mr. Chestnut?
23  A. Yes.

Page 159

1  Q. Did anybody else come to this meeting
2    with you when you met Mr. Chestnut?
3  A. Yes.
4  Q. Who was that?
5  A. Me, Patrick, Nathaniel. All of us.
6    Everybody -- everybody that was -- that
7    felt like they had been discriminated
8    against.
9  Q. Was it everybody that's in the lawsuit?
10  A. Yes.
11  Q. Were there any other employees who met
12    or came up for this meeting that are
13    not in the lawsuit now?
14  A. Not that I know. It was this one guy,
15    but I don't know what happened with
16    him. He's --
17  Q. What's his name?
18  A. His name is Steve. But he stayed out
19    of town, so I don't know what happened
20    with him.
21  Q. Do you know his last name?
22  A. No.
23  Q. Okay. So looking at Exhibit 4, the

Page 160

1    affidavit that's right there in front
2    of you.
3  A. Okay.
4  Q. You were saying -- you wrote some
5    things out. And did you give them to
6    the two guys that you met with from the
7    EEOC? Did you give them your
8    handwritten notes?
9  A. Yes. We talked about them. We
10    discussed them. It was --
11  Q. Did you give them a copy or did you
12    give them the only document that you
13    had of your handwritten notes?
14  A. Yes.
15  Q. Yes, you gave them your only copy?
16  A. (Witness nods head.)
17  Q. You said that you had the cell phone
18    you kept notes and recordings in. Do
19    you still have that cell phone?
20  A. No.
21  Q. Okay. Did you keep any notes or
22    notations of any of these things
23    somewhere else?

40  (Pages 157 to 160)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 161

1   A. The ones that I did that -- the ones
2      that I did keep a copy of -- I really
3      just brung it all. I brung everything
4      that I had, that I -- from the tape --
5      from the cell phone here and just put
6      it in words. Because I was -- it was
7      just where, Today I'm getting sent back
8      home, you know. The dates were already
9      on the phone. You just have to listen
10     on your recording. It will tell you
11     whatever date it was. But it's been so
12     long, man.
13  Q. Well, let me ask you a question.
14     Looking at that affidavit -- did you
15     read this before you signed it?
16  A. Yes.
17  Q. Okay. Would you agree that if
18     something happened in 2003, you would
19     probably remember it better in 2003 or
20     shortly thereafter than you would as
21     time goes by and time goes further on?
22  A. Can you say that again?
23  Q. What I'm trying to ask you is, if an

Page 162

1      incident occurs today, would you agree
2      that you will better remember it today
3      and shortly after today as opposed to,
4      maybe, weeks and months after --
5   A. Yes.
6   Q. -- today?
7   A. Yes.
8   Q. You'll agree to that?
9   A. Yes.
10  Q. Okay. The bottom of that page, in that
11     last paragraph, about down in the
12     middle -- you were looking at the front
13     page. Yes, sir. It says -- do you see
14     the line where it says, John Reed told
15     me that Pat -- it's toward the end in
16     the middle. Right here (indicating).
17     Do you see where it says, Johnny Reed
18     told me that Pat, who is black -- I
19     guess that's Patrick Lewis?
20  A. Yes.
21  Q. -- is playing on a monkey peel and is
22     going to get rid of him?
23  A. Yes.

Page 163

1   Q. What does that mean? Tell me about
2      that incident, because you didn't tell
3      me about that earlier.
4   A. Yeah. Johnny Reed -- Pat -- Pat was --
5      he always considered Pat as arrogant
6      and want to know more than he should,
7      so --
8   Q. So you heard him say, Is playing on a
9      monkey peel?
10  A. Yes.
11  Q. Did you know what that meant?
12  A. Yeah. He was about to get -- he was on
13     his way out. He was on his way out the
14     door. He was fixing to get fired.
15     He's about to fall down.
16  Q. Have you heard somebody say somebody's
17     playing on a monkey peel before? Have
18     you heard that phrase before?
19  A. (Witness shakes head.)
20  Q. So how did you know that that's what
21     that meant?
22  A. Because that was -- that was the whole
23     thing about, they wanted to get rid of

Page 164

1      Pat. That's just the bottom line. Not
2      just to say -- it was just -- well, it
3      came about, this whole incident, that
4      morning that made him say it. That
5      wouldn't have just came out and this
6      was how he felt about it. It was just
7      the way things were going for Pat at
8      the time concerning the company. That
9      was just his way of saying that Pat is
10     about to get fired if he keep it up,
11     you know.
12  Q. And earlier when I asked you if you had
13     heard -- if you knew what -- if you had
14     heard before somebody say "playing on a
15     monkey peel," you shook your head. You
16     didn't answer verbally. So I was just
17     wanting you to answer verbally for the
18     record.
19  A. Yes.
20  Q. You have heard somebody saying "playing
21     on a monkey peel" before?
22  A. Yes.
23  Q. Who have you heard saying that before?

41  (Pages 161 to 164)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 165

1  A. John Reed said that.
2  Q. Right. I'm asking --
3  A. We were in the truck one day when he
4     said it.
5  Q. Right. But what I was asking you --
6     and you started shaking your head, but
7     you didn't say anything.
8  A. I don't recall you asking me that,
9     though. If you did, I'm sorry.
10 Q. No. I just wanted to make sure that
11    the record is clear, because you didn't
12    say anything, then you just started
13    talking about the incident. And what I
14    was asking you was, you said that
15    Johnny Reed told you this that day and
16    you knew what he meant. What I was
17    asking you is, how did you know what he
18    meant? Had you heard the phrase
19    playing on a monkey peel before?
20 A. No, not until that point. I heard it,
21    but I never heard it as using as a way
22    of somebody about to get fired or
23    somebody about to lose their bearings

Page 166

1     on what they're getting into. But it
2     came about, the whole situation that
3     morning, when Johnny Reed asked him to
4     do a certain job and he said that he
5     didn't have the proper PPE to do that
6     job and he wasn't going to do it. And
7     Johnny said, Well, I'll do it myself,
8     then.
9  Q. Okay.
10 A. And that was the argument. And then
11    that's when he's talking in the truck
12    saying he's slipping on a banana peel,
13    he's on his way out.
14 Q. Okay. Did he say he was stepping on a
15    banana peel?
16 A. Slipping. He's slipping on a banana
17    peel. I mean, I don't -- as far as I'm
18    concerned, that's just what he said
19    about it. You know what I mean?
20 Q. Right. What I'm asking -- I want to
21    make sure that I understand the correct
22    phrase or exactly what you think you
23    heard him say. Was it you heard Johnny

Page 167

1     Reed say he's playing on a monkey peel
2     or did you hear Johnny Reed say he's
3     slipping on a banana peel, as you just
4     said?
5  A. Yeah.
6  Q. Which one is it?
7  A. Both of them.
8  Q. So he said both of them?
9  A. That's what he told me, he's slipping
10    on a banana peel, he's playing on a
11    banana peel. He said he's about to go
12    on the way out the door. That's what
13    he told Pat -- that's what he told me
14    about Patrick at the time. I mean, it
15    was no concern to me. I was doing my
16    job. I was working on trying to get my
17    journeyman certificate. I just wanted
18    to get my raise, step up in the
19    painting business. That's all I was
20    trying to do. I wasn't trying to cause
21    no conflict. I will -- I listen, but I
22    don't talk. I don't talk. I listen.
23    I don't got no comment about what he

Page 168

1     said about it, so I just listen. I
2     never talk to him or just gave my
3     statement or back biter, don't say
4     nothing about it. But he knew that I
5     knew that Patrick had -- was on the
6     borderline of being one of their
7     targets, or wanting to get rid of,
8     because they say he's arrogant and
9     didn't like his attitude. So I just
10    took it all as one, that he was saying
11    he's on his way out.
12 Q. Okay. The second sentence you say,
13    Jack Richardson told me that
14    Superintendent Crutchfield told him
15    that he was going to get rid of these
16    buzzards at the Hyundai plant. Earlier
17    you told me that Johnny Crutchfield
18    told you that directly. So is it that
19    Jack Richardson told you that or is it
20    that you heard Crutchfield say he was
21    going to get rid of these buzzards?
22 A. Jack Richardson? No, Jack didn't tell
23    me that. Johnny said that himself.

42 (Pages 165 to 168)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 169

1  Q. Johnny said that to you directly?
2  A. Yeah. He said it himself.
3  Q. So this is incorrect where it says Jack
4     Richardson told me that Superintendent
5     Crutchfield told him that he was going
6     to get rid of these buzzards at the
7     Hyundai plant?
8  A. That might be incorrect, because I
9     heard him say it himself.
10 Q. Okay.
11        (Defendants' Exhibit 5 was
12        marked for identification.)
13 Q. I want you to look at what I've marked
14    as Defendants' Exhibit 5. And tell me
15    if you recognize that.
16        (Witness reviews document.)
17 A. Yes.
18 Q. Is that your signature on that page?
19 A. Yes.
20 Q. That's dated 12/21/2005?
21 A. Yes.
22 Q. Do you know why you wrote this up on
23    December 2005?

Page 170

1  A. Yes. Because in the bathroom -- well,
2     in the bathroom for the construction
3     workers, when you go in there, they'll
4     have things on the wall like the south
5     will rise again and, you know, white
6     power and nigger, you know. Actually,
7     it was on the bathroom. You sit down
8     to use the bathroom and you can see it.
9  Q. Did somebody tell you to write this up
10    in December of 2005?
11 A. No. It was -- it was just brung about
12    in questioning on -- about anything
13    that I would see around there that I
14    considered as being racist that I
15    wouldn't see in a normal, clean work
16    facility, so I brung up that. That's
17    what I seen on the walls in the
18    bathroom.
19 Q. Right.
20 A. That's where that comes from.
21 Q. What I'm asking is, this was written in
22    December 2005, two years after you were
23    terminated. So is it that you

Page 171

1     remembered this in December 2005 but
2     you didn't remember this when you wrote
3     your initial statement in 2004?
4  A. Because it was -- it wasn't -- it
5     wasn't primarily the concern in
6     Mansfield. To me it's more so as GE's
7     property. That's not none of
8     Mansfield's stalls. It was GE's thing
9     that you go and use. It was only for
10    the construction workers.
11 Q. So did you write this up because you
12    were concerned about it -- about GE's
13    problem? Did you consider this was
14    GE's problem?
15 A. I was considering that it was a problem
16    on both behalf. I mean, if -- if
17    Mansfield's a part of it and GE's a
18    part of it, too, if they're going to go
19    in the bathroom and see racial slurs on
20    the wall and not have time to -- we're
21    painters. We can paint over them. Why
22    not just send the painters over there
23    to paint over it?

Page 172

1  Q. That's a good idea. Did you suggest
2     that to anybody?
3  A. It wasn't my position to go and do such
4     a thing. If it would have crossed my
5     mind to do something like that. But it
6     was there way before my time.
7  Q. Were you offended by these racist slurs
8     that you say were written on the stalls
9     in the GE toilets in plant two and
10    five?
11 A. No, not -- not really. Not really.
12    But it was just the fact that they were
13    there and didn't nobody pay attention
14    to them, not to think to take them off
15    or nothing.
16 Q. Okay. You see right there where
17    there's some handwriting? It's middle
18    ways down, Joey or, and then there's
19    Jeffery that's written in, and then at
20    the end of Smith there's some
21    handwriting written in.
22 A. Yes.
23 Q. Is that your handwriting?

43  (Pages 169 to 172)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 173

1   A. No, that's not my handwriting.
2   Q. Did somebody else write that in?
3   A. Yes. Because that's wrong. It's not
4      Joseph Smith. It's not Joseph Smith.
5   Q. Right.
6   A. Joseph Smith is a prophet from the book
7      of Mormons.
8   Q. What I'm asking you is, who hand wrote
9      Jeffery and scratched out Joseph? Did
10     you do that?
11  A. No, ma'am.
12  Q. Okay. Did you read this statement
13     before you signed it?
14  A. Yes. That wasn't the correction I had
15     to come in, I believe.
16  Q. That correction wasn't there when you
17     signed it?
18  A. The correction was there before I
19     signed it. After I read it and I seen
20     that the Joseph Smith was wrong, he
21     wrote it. I guess the CO or the
22     attorneys, whoever that was at the
23     time, they rewrote it. But it's

Page 174

1      Jeffery Smitherman.
2   Q. When you say CO, you're meaning EEOC?
3   A. Yes.
4   Q. Okay. So you're saying maybe somebody
5      from the EEOC or one your attorneys
6      wrote this, but you don't really know?
7   A. Yes.
8   Q. But it was written there before you
9      signed your name; is that correct?
10  A. Yes.
11  Q. Okay. I just wanted to make sure of
12     when that was written on there.
13        (Defendants' Exhibit 6 was
14        marked for identification.)
15  Q. I'm going to show you what's
16     Defendants' Exhibit 6. I want you
17     to just look at that and tell me if
18     you recognize or have seen that
19     before.
20        (Witness reviews document.)
21  Q. That exhibit that I just gave you,
22     Defendants' Exhibit 6, are documents
23     that we obtained from the EEOC file.

Page 175

1         MR. PETTAWAY: Look through all
2      of them.
3         (Conversation between Attorney
4         Pettaway and the witness
5         outside the hearing of the
6         court reporter.)
7   A. Yeah. I remember.
8   Q. What did you say?
9   A. I remember.
10  Q. Okay. You remember this?
11  A. Yeah.
12  Q. What do you remember about this? And
13     I'm not asking you if you remember all
14     the facts.
15  A. What specifically you —
16  Q. No. What I'm asking you is -- this is
17     something that I got from the EEOC
18     file. And the copy that I — the
19     attachment that I've given to you, the
20     exhibit, the top affidavit appears to
21     be one. These appear to be -- the last
22     two appear to be exactly alike. So
23     these all appear to be drafts of

Page 176

1      affidavit statements.
2   A. Yes.
3   Q. And what I wanted to know from you is,
4      if you know who would have written
5      these up, who would have made these
6      drafts?
7   A. CO — CO must have did it.
8   Q. Do you know one way or the other? I
9      don't want to trick you. Do you know
10     one way or the other, is all I'm
11     asking.
12  A. No. Not at this time I don't.
13  Q. What do you mean not at the time you
14     don't? Not right now you mean you
15     don't?
16  A. (Witness shakes head.)
17  Q. Okay. What I was wanting to know was,
18     we looked at Defendants' Exhibit -- the
19     amended charge, which was dated 4/14,
20     Defendants' Exhibit 4. And behind that
21     is an affidavit from the EEOC. And
22     this one you've signed. And I'm
23     wondering if at some point did you sit

44 (Pages 173 to 176)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 177

1  down with the EEOC and they made other
2  versions of that document or do you
3  know?
4  A. Talking about without me being there?
5  Q. I don't know. I'm just saying, was
6  there ever a time -- this affidavit
7  that was written up that you signed
8  that's a part of your amended charge to
9  the EEOC, did you meet with them one
10 time or were there several meetings
11 that you met with the EEOC?
12 A. Like two or three times, because we
13 signed -- three -- three times.
14 Q. About three times that you met with
15 them before the one dated 4/14/2005,
16 before you signed off on this one?
17 A. I can't -- I can't remember.
18 Q. Okay. And that's fine. That's just
19 what I want to know. But you said you
20 met with them two or three times, the
21 two gentlemen from the EEOC?
22 A. Yes.
23 Q. Was is it the same two guys each time?

Page 178

1  A. No. I think one time it was just one
2  came down, just one guy came down.
3  Q. Did they come down and meet with each
4  of the plaintiffs individually each
5  time --
6  A. Yeah.
7  Q. -- that you met with them? And each
8  time that you met with them, do you
9  remember when you would have met with
10 them?
11 A. I can't remember dates.
12 Q. Okay. When you met with them on those
13 two or three occasions, did they meet
14 with you as a group or individually?
15 A. Well, they talked to everybody about
16 their own case, you know, and then --
17 Q. That's what I'm asking, was it as a
18 group or individually?
19    MR. PETTAWAY: Let him finish.
20 Go ahead.
21 Q. He's saying just go ahead.
22 A. And as we started to come up with what
23 happened with this individual and his

Page 179

1  complaint, then my complaint, then we
2  all got in the room and just came
3  together with just the whole little
4  thing that was going on in the plant
5  all at once. It was just, like, well,
6  he had this little thing that went on
7  and I had my little statement that I
8  had going on. And then we just, like,
9  all came together.
10 Q. Okay. So did you -- it was initially
11 individually, then you came together as
12 a group?
13 A. Yeah.
14 Q. Was this each time you met with the
15 EEOC they met with you individually,
16 then you came together as a group?
17 A. We was a group either way it go, but
18 everybody had -- everybody didn't go
19 through the same thing. Everybody
20 didn't really get -- except the other
21 guys that was at plant five, they
22 mostly had the same story. But, see,
23 me on the other hand, I didn't really

Page 180

1  get too much of the treatment like what
2  they got because I was with the guys
3  that was getting all -- getting
4  everything, so I didn't have to just go
5  through everything that they went
6  through. So they have, like, a
7  different -- a whole lot of things that
8  was just put on them that just wasn't
9  right to them.
10    Other than that, as far as just
11 being together in the room, we have,
12 but it was everybody had their own
13 little thing about what happened to
14 them.
15 Q. Right. And, see, that's what I'm
16 not -- I'm asking you something
17 different than what you're answering
18 when you say that at the end. I know
19 that each of you had individual and
20 different instances and observances of
21 what happened. And that's what you're
22 saying; right?
23 A. (Witness nods head.)

45 (Pages 177 to 180)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 181

1  Q. You had your own --
2  A. Yes.
3  Q. -- different thing?
4  A. But -- go ahead.
5  Q. No. You go ahead. But what?
6  A. But just to get all the dates and
7     different things just to get it all in
8     proper perspective, it really just took
9     all of us just helping each other on
10    what happened. It was just, like, you
11    can't remember all of it by yourself.
12    But some guy just remembers more about
13    what happened to you on that day than
14    you probably would yourself because you
15    have more going on in your life than
16    just that, you know.
17 Q. Okay. And so back to these different
18    drafts. At the time did -- when the
19    EEOC met with you on these two or three
20    different occasions, did they ask you
21    to write things out when you were
22    individuals?
23 A. Yes.

Page 182

1  Q. Did they ask you to write things out
2     when you came back together?
3  A. Yes.
4  Q. Who would you give those handwritten
5     notes to?
6  A. To our attorney, to Chestnut, I
7     believe.
8  Q. Was Mr. Chestnut --
9  A. He got them and he read over
10    everybody's, you know. He just really
11    just -- before he just really just --
12    basically what a lawyer would do, just
13    see what kind of case, what is the
14    complaint about. He can't just listen
15    to what I've got to say and listen to
16    what he's got to say then listen to
17    what he's got to say. He's just, like,
18    Write it down and try to remember the
19    best and the dates of everything you
20    can.
21 Q. What I wanted to know is, the EEOC
22    asked you to write this stuff out or
23    your attorney asked you to write this

Page 183

1     stuff out?
2  A. The attorney.
3  Q. Mr. Chestnut?
4  A. Yes.
5  Q. And when you were meeting with the
6     EEOC, your attorney said, Y'all write
7     that out to the EEOC. Or did the EEOC
8     say -- question you and ask you to
9     write these things out?
10 A. Write what out?
11 Q. When we were talking earlier, you said
12    that you all would meet individually
13    and then you would come together to
14    help each other out. Is that not what
15    you said?
16 A. It was, like, on dates. Do you
17    remember what date. Because I know,
18    like, a lot of things that happened
19    with Patrick, like he -- he remembered
20    the dates to a lot of things because he
21    really was taking notes. But I didn't
22    remember a lot of things or the dates
23    that were happening to me because I

Page 184

1     didn't really take it as, you know what
2     I'm saying, something that I wanted to
3     be doing for the rest of my life or
4     have to deal with for the rest of my
5     life.
6  Q. So when you came back together and you
7     wrote certain notes out -- that's what
8     happened; right?
9  A. Yes.
10 Q. Okay. Who did you give those notes to?
11    Was it the EEOC person that was sitting
12    in the room with you?
13 A. The EEOC person, he wasn't -- he wasn't
14    there at the time. He wasn't there.
15 Q. Who was there?
16 A. At the time -- the attorney.
17 Q. Okay.
18 A. But when they came, all of that was
19    just -- all our statements and all of
20    that were just about already wrote when
21    they got here. When they come, they
22    was already did. They were just
23    reading over what we had. Other than

46 (Pages 181 to 184)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 185

1    that, there wasn't nothing else to be
2    added or taken away.
3  Q. Mr. Colvin, I'll show you Defendants'
4    Exhibit 7.
5        (Defendants' Exhibit 7 was
6        marked for identification.)
7  Q. Did you ever have occasion to see this
8    deposition notice? Did your attorney
9    show you the deposition notice?
10 A. Yes.
11 Q. Did you see the document requests that
12   were attached to the deposition notice?
13   Did you see that?
14       (Witness reviews document.)
15 A. Yes.
16 Q. Do you have any additional documents to
17   provide? There were some documents
18   that we received from you, which were
19   only the EEOC file. Have you looked
20   to see if you have any of these
21   documents?
22       MR. PETTAWAY: Only the EEOC
23 file?

---

Page 186

1        MS. WILSON: The ones that I
2  received from -- Mr. Colvin, we did not
3  get any interrogatory responses and the
4  documents that were attached.
5        MR. PETTAWAY: You should have.
6  A. I don't understand. My W-2 forms?
7        MS. WILSON: This is all I
8  have, saying formal request follow --
9  formal responses to follow. We didn't
10 have any of his discovery beyond the
11 EEOC file.
12       MR. PETTAWAY: You should have
13 gotten the answers to interrogatories
14 in the request for production. We
15 mailed that out on May 22.
16       (Off-the-record discussion.)
17 Q. Mr. Colvin, I'm going to show you what
18 I'm marking Defendants' Exhibit 8,
19 which is Plaintiff Ralo Colvin
20 answer -- Colvin's Answers to
21 Defendants' First Set of
22 Interrogatories. I'll ask you if you
23 have seen that before.

---

Page 187

1        (Defendants' Exhibit 8 was
2        marked for identification.)
3  A. Yes.
4  Q. Are you sure you have?
5  A. Yes.
6  Q. Okay. On page 5 of those
7    interrogatories, is that your
8    signature, sir?
9  A. Yes.
10 Q. Okay. On page 1 we asked for you to
11   identify all persons with knowledge of
12   any facts that support or relates any
13   of the allegations contained in
14   complaint and describe the subject of
15   their knowledge. You've listed a
16   number of people and some folks that we
17   haven't talked about today. And I'm
18   just going to ask you, you mentioned
19   Gary Gordon. Who was Gary Gordon?
20 A. Gary?
21 Q. Are you looking on page 2?
22 A. Yes.
23 Q. At the top where it says answer?

---

Page 188

1  A. William Ragland.
2  Q. I'm looking at the names of people that
3    you haven't told me about today.
4  A. Okay.
5  Q. At the end of that answer there's Gary
6    Gordon.
7  A. Okay.
8  Q. Who is Gary Gordon?
9  A. That was a guy that was working there
10   at the time, but he ended up leaving.
11 Q. Is he black or white?
12 A. He was white.
13 Q. He's white?
14 A. Yeah.
15 Q. What knowledge or facts would he have
16   about the allegations that you've made
17   in the complaint?
18 A. He knew -- he knew that I was being --
19   he felt like I was being underpaid all
20   the time, because he felt like that
21   from what I knew and from what I was
22   doing on the job -- he came there after
23   I did. And he was, like, Well, you

---

47 (Pages 185 to 188)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 189

1  should be making what those guys are
2  making. He was just somebody that
3  just -- more like a job drifter or
4  something. He would just come and work
5  a little while and go. He wasn't
6  nobody permanent like us, going to be
7  there. I don't know where -- where he
8  went to or nothing like that, but he
9  was there at the time when he made me
10  go to the other plant. They were
11  like -- then the work got harder for
12  them on the other side, so he was,
13  like -- just one or two incidents, you
14  know, with Gary that I know of.
15  Q. Which incident is that? You said when
16  you had to go work at plant five?
17  A. Yes.
18  Q. So the first time you had to go work at
19  plant five with the crew that you
20  considered majority African-Americans.
21  Is that the time you're talking about,
22  he would have known about that?
23  A. (Witness nods head.) Uh-huh.

Page 190

1  Q. But that was also the crew that you
2  said Cindy and Jack Richardson worked
3  on as well?
4  A. Yes.
5  Q. At plant five?
6  A. (Witness nods head.)
7  Q. What does Ben Gayle know?
8  A. Well, Ben Gayle, he pretty much know
9  everything that went on. You know what
10  I'm saying? But he's more so of an
11  older type of a guy, so he really
12  much -- he didn't really care for -- he
13  was more so -- me and him were more,
14  like, on the same page but not on the
15  same page as far as coming to work and
16  do our job and go home.
17  Q. What does that mean?
18  A. That was like -- that's what we did.
19  I'd come to work and do my job and go
20  home. I wouldn't pay attention to what
21  they wear or what's on them or nothing
22  like that. I didn't ask them why or
23  nothing like that. But he would just

Page 191

1  take it on and -- he just took the job
2  on like I took it on. It wasn't so
3  much a discrimination on him because it
4  was okay with him. I mean, he's there
5  working every day or whatnot. He
6  didn't care. He didn't care. It
7  didn't matter to him.
8  Q. And when you say y'all were on the same
9  page but really not, what do you mean
10  by you were not on the same page?
11  A. Because he would -- he would, like,
12  know he wasn't able to work and wasn't
13  conditioned to work in certain areas
14  and he would go and work there. And he
15  had real bad knees because he was
16  bull-legged. And he knows he wasn't
17  supposed to go up so high and he'll go
18  anyway because the boss come around.
19  And then when he leaves, he'll get to
20  complaining about his knees hurting.
21  You know, they just told him one day,
22  just told him, Don't go back up no
23  more. Don't go up no more. I guess

Page 192

1  that's when he just really just -- it
2  wasn't no problem with Ben, though. It
3  wasn't a problem.
4  Q. You said they told him not to go up.
5  Who is "they"?
6  A. Crutchfield.
7  Q. Told him not to go up high anymore?
8  A. Yeah, don't go up no ladders no more.
9  Q. Because of his problem knees?
10  A. Yes.
11  Q. What facts does he have about your
12  claims that you've made in the lawsuit?
13  A. Ben?
14  Q. What knowledge does he have about that?
15  A. He would have -- he knows that I popped
16  up down there in plant five all of a
17  sudden. He didn't know I was working
18  there. But other than that, he wasn't
19  even around me. He was down at plant
20  five, basically, most of the time. So
21  he wouldn't have no knowledge of what's
22  really going on with me but beside the
23  point I used to give them gloves and

48  (Pages 189 to 192)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 193

1  send them little -- the drink bottles
2  with thinner in it over there to clean
3  their hands with. But other than that,
4  he would just come to work, appreciate
5  what I'd do for him.
6     I was the only one that would give
7  him stuff, because I can get it in the
8  morning. If I get an extra pair of
9  gloves or two or three pair of gloves,
10  I would give it to them. And they told
11  me they couldn't get those things.
12  They had to wear the whole -- a pair of
13  gloves that whole week.
14  Q. And you've got Steve unknown. Is this
15  the Steve you were telling me about
16  earlier that was the other black
17  employee that started out or initially
18  came to meet with the attorney but you
19  don't know what happened to him?
20  A. Well, he never did. The attorney
21  wanted to meet with him because he was
22  aware of the things that was going on.
23  And he was one of the black guys that

Page 194

1  was hired on after me. And I guess --
2  after a while, I guess he just didn't
3  want to do it no more.
4  Q. So to be clear, Steve was not a part
5  of the group that came to meet with
6  Mr. Chestnut?
7  A. I mean, he were.
8  Q. He was here?
9  A. No. He want -- he wanted -- he should
10  have been because it was things done to
11  him. But you know -- because he's
12  supposed to be getting paid per diem.
13  He used to drive, like, seventy miles
14  every morning to get to work, you know.
15  Q. But my question was, was he here --
16  A. No.
17  Q. -- when you met --
18  A. No, no, no.
19  Q. He was not. Okay.
20  A. No.
21  Q. But you say that's the same guy. Is
22  that what you're saying?
23  A. Yes.

Page 195

1  Q. Okay. You've got William Ragland,
2  Nathinel Lamar, Jack Richardson,
3  Patrick Lewis, Ervin Tarver. Those are
4  all the other plaintiffs; is that
5  correct?
6  A. Yes.
7  Q. Okay. Have you ever filed a charge
8  claiming employment discrimination
9  before?
10  A. No.
11  Q. Okay.
12     (Defendants' Exhibit 9 was
13     marked for identification.)
14  Q. Let me show you what's been marked as
15  Defendants' Exhibit 9, which is a copy
16  of the complaint to this lawsuit. Have
17  you ever seen this before, Mr. Colvin?
18  A. I'm not sure. I don't think I've seen
19  this.
20  Q. Okay. What I just wanted to ask you
21  is, in the complaint, you and the
22  plaintiffs asked for certain damages.
23  You asked for certain relief from the

Page 196

1  court in terms of ways that you can be
2  compensated for the -- the alleged
3  wrongs that you say Mansfield and
4  certain employees have committed
5  against you. And I wanted to ask you
6  about those. Specifically, you asked
7  for back pay. Do you know what that
8  means, back pay?
9  A. Yes.
10  Q. Okay. Have you had a chance to sit
11  down and/or think about how much you
12  could be compensated or should be
13  compensated by Mansfield for any back
14  pay that you claim you've lost?
15  A. Not really.
16  Q. You haven't had a chance to do so?
17  A. No.
18  Q. What about front pay, have you had a
19  chance to think about any front pay
20  that you think you should be
21  compensated by Mansfield to make you
22  whole?
23  A. If I was still working with them up

49  (Pages 193 to 196)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 197

1  until now, up to this point right now,
2  or just from that time?  Because if
3  they were still here and I still was
4  working for them, how much I would have
5  made up until now if I was still
6  working for them?
7      MR. PETTAWAY:  Back pay.
8  Q. So you were still talking about back
9  pay or front pay?
10     MR. PETTAWAY:  No.  You asked
11  him about front pay, but he's
12  describing back pay.
13 Q. I'm talking about front pay.  Have you
14  had a chance to think about that in
15  terms of sit down and think about how
16  much Mansfield should pay you to make
17  you whole for the things that you've
18  alleged they've done?
19 A. Yeah.
20 Q. You have?
21 A. Yeah.
22 Q. How --
23 A. It crossed my mind.  But just to sit

Page 198

1  down and just say da, da, da, da and
2  come up with numbers, I haven't really
3  done that.  But just to be frank with
4  you, I would say about 85,000, $90,000
5  back pay or something, front pay.
6  Q. Collectively you're saying back pay and
7  front pay $85,000?
8  A. Yeah, 85,000 or $90,000.
9  Q. So for back pay and for front pay you
10  would say 85,000 or $90,000?
11 A. (Witness nods head.)
12 Q. How do you come up with that number?
13 A. Because -- it's a number of reasons.
14  But to give you one good reason I do is
15  because at the time of my life with the
16  things that I was going through and how
17  hard I was trying to make it and the
18  things I sacrificed to do things at
19  that time and me losing a whole lot of
20  things.  I'd say that not because of
21  what happened, just the condition that
22  it's left me in and made me want to go
23  back to school and don't want to paint

Page 199

1  no more.  And I loved the painting.  I
2  still paint now.  But it just made me
3  not want to do it no more, made me want
4  to do something else other than --
5  that's why I went back to school and
6  took up welding, because I didn't want
7  to paint no more because I felt like
8  that's what all painting was about.  It
9  wasn't fair.  They can undermine you
10  even though you know -- well, you know
11  what we can't say, whether you're
12  going -- position is locked up.  So I
13  felt like it was used to their benefit,
14  not mine.
15 Q. But didn't you go to welding school
16  before you started working for -- no.
17  I'm sorry.  That was after.  You're
18  right.  That was in 2005; is that
19  right?
20 A. Yes.
21 Q. Do you believe you were denied health
22  benefits?
23 A. Yes.

Page 200

1  Q. Any other benefits you believe you were
2  denied?
3  A. I was denied unemployment after I was
4  laid off for some reason and I -- they
5  say my wages wasn't sent in yet or
6  something.  But I had to get in touch
7  with Mansfield's corporate people to
8  get my wages sent to the unemployment
9  office because Johnny Crutchfield had
10  never done it.  He hadn't done it, so
11  they had to get it to them.  And then I
12  had to -- it just took a process of me
13  having the bills falling behind because
14  I'm not working and then waiting on
15  unemployment was another thing.  So
16  after I really got to the point where I
17  can get me a loan and catch up on my
18  bills and go to school, that's what I
19  did.
20 Q. Do you remember when you did start
21  receiving unemployment benefits?
22 A. I think it was -- it was when I was in
23  school, though.  It was when I was in

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 201

1   school.
2   Q. When you were in welding school?
3   A. Yes.
4   Q. So in 2005? It was not until 2005 that
5      you started getting unemployment
6      benefits?
7   A. Yep. It was -- no. 2004.
8   Q. Okay.
9   A. Because I wasn't in school in 2005. I
10     was already welding. I was in school
11     in 2003. I got laid off 2003. I
12     know --
13  Q. Which school? Are you talking about
14     Wallace Community College?
15  A. Wallace, yes.
16  Q. Earlier you told me that it was the
17     Fall of 2005 that you were at Wallace
18     Community College, before you even
19     started working at Bush Hog in 2005?
20  A. Yeah. That's when I went. And I was
21     trying to get unemployment. I know I
22     couldn't get unemployment for, like,
23     two or three months. Because every

---

Page 202

1   time I tried, they'll tell me my wage
2   wasn't -- my wages for my -- some
3   period they were saying wasn't up to
4   paying, wasn't up to where I could get
5   unemployment. They said whoever I was
6   working for didn't send in my wages. I
7   can't remember because I was drawing
8   unemployment so long.
9   Q. But you left -- you were laid off at
10     Mansfield in December 2003; is that
11     correct?
12  A. Yes.
13  Q. And you said it was about two or three
14     months before you got unemployment. Or
15     you mean 2004?
16  A. Yeah. It was that next year before I
17     got unemployment.
18  Q. It was 2004?
19  A. Yes.
20  Q. Earlier you had said 2005 when you were
21     at Wallace State.
22  A. Yeah. I was just trying to get the
23     date. I know I was using money from

---

Page 203

1   somewhere because I was just going to
2   the barbershop and leaving the
3   barbershop in the evenings going to
4   school. So that was cutting out of my
5   barbershop time. So I was getting
6   money from unemployment or something.
7   I know it was like -- it wasn't much.
8   Q. Do you remember -- so you remember it
9      being 2004 when you got unemployment?
10  A. Up to 2004-2005 when I got
11     unemployment.
12  Q. But you don't remember when?
13  A. It was 2003 when I got laid off,
14     though.
15  Q. Right. Because that was in December of
16     2003, when you got laid off.
17  A. Yes. It was, like, that next year, and
18     I had to wait for -- it was two or
19     three months before I would get my
20     unemployment, because I had just
21     stopped trying at one time.
22  Q. So you just told me about health
23     benefits and unemployment benefits are

---

Page 204

1   the benefits that you think you've
2   lost. Any other benefits that you
3   think you've lost?
4   A. Well, I had a '91 Lincoln Town Car at
5      the time I had just got. I'm just
6      kidding.
7          MR. PETTAWAY: Are you playing.
8   A. I did have a '91 Lincoln Town Car that
9      I had got, but I wasn't using it to get
10     back and forth to work with. After the
11     job, I still had it. It didn't tear up
12     or nothing.
13  Q. So you're not saying that -- are you
14     saying that whatever happened to your
15     Lincoln Town Car you feel you lost in
16     some kind of way?
17  A. No. That was my choice. That wasn't
18     nobody's choice but mine. I was just
19     playing with you, just throwing a
20     little curve ball and it came back.
21     Just a little inside thing. It wasn't
22     nothing to do with nothing else.
23  Q. Okay. So what do you think would be

---

51 (Pages 201 to 204)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 205

1    the reasonable value — have you
2    thought about what's a reasonable value
3    to place on the benefits that you say
4    you've lost as a result of the alleged
5    discrimination you suffered at
6    Mansfield? Have you thought about that
7    in terms of numbers?
8    A. I'd say about 150,000.
9    Q. And how do you come to that number?
10   A. Because I feel like — I come up with
11   that number because I feel like that's
12   what I feel like it will take for me to
13   get my life, I guess, and my kids' life
14   to exactly where I was trying to get at
15   that time and where I'm trying to get
16   it now. I still work hard. I still
17   work hard now. So it will just be a
18   burden off my back I don't have to deal
19   with no more. Honestly, man, where I
20   work now, it's — I mean, it don't have
21   nothing to do with nothing else. But
22   just referring to this case, where I
23   work now, I work for this guy Mark,

Page 206

1    Mark Richardson, and he's just one of
2    the nicest white guys that you would
3    want to meet. So it's just — just
4    being out there in the world just
5    showed me that everybody ain't really
6    racist. Most people are, man. So that
7    makes me see from that perspective,
8    there's a lot of things that — what
9    happened out there at GE shouldn't have
10   never happened. It could have been
11   handled way better. It could have been
12   a nice work area for a lot of people,
13   lot of young guys.
14   Q. Where does Mr. Richardson work?
15   A. Mark Richardson?
16   Q. Uh-huh.
17   A. Iron Ideas. He owns Iron Ideas.
18   Q. He works with you at Iron Ideas?
19   A. Yes. He's the owner.
20   Q. But I thought you said you don't work
21   there anymore?
22   A. Yeah. But that's the guy that I was
23   working for when I got to Atlanta for

Page 207

1    the welding. But it's like he can't —
2    you don't work for him, but you work
3    for the Express Personnel people. And
4    he just -- you work for him, but you're
5    working through Express Personnel. And
6    it's their policy that if you miss a
7    day within thirty days that you can't
8    work.
9    Q. So you don't work at Iron Ideas
10   through —
11   A. No, not right now. I'm a barber
12   full-time right now.
13   Q. Okay. Mark Richardson was --
14        MR. PETTAWAY: You lost the job
15   for the deposition?
16        THE WITNESS: Yeah, that one
17   day.
18   A. That's why I asked him, please don't do
19   me. Not right now. But he -- we sat
20   down and we talked about it and he told
21   me that I can come back sooner or
22   later, just don't go through the temp
23   service no more. He's going to hire me

Page 208

1    back, but I ain't going to go through
2    the temp service. I just told him I
3    have a lot of back and forth because I
4    don't stay here no more and I come down
5    here to stay with my brother.
6    Q. And you also ask for other damages,
7    including punitive damages. Do you
8    know what that means?
9    A. Help me out with it so I won't be wrong
10   and I have a clear conscious about it.
11   I don't want to be —
12   Q. And Collins may help me out, too. But
13   punitive damages are the damages that
14   you are asking to be awarded in
15   addition to these other things that
16   we've already talked about, which will
17   be awarded to -- because of the conduct
18   is so bad and so egregious and also
19   because you want to deter the bad act
20   or from doing that bad thing again. So
21   if you had to -- if you've thought of a
22   number as it relates to punitive
23   damages -- let me ask you, have you

52 (Pages 205 to 208)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 209

1    thought of a number as it relates to
2    punitive damages?
3    A. Yes.
4    Q. And what number is that?
5    A. I'd say about $250,000 a piece for each
6     individual that is in that.
7    Q. So you've thought about it as it
8     relates to each employee?
9    A. Everybody.
10   Q. And how did you come up with $250,000
11    in punitive damages for each employee?
12   A. How did I come up with that? I thought
13    about if I had a paint company myself
14    and I ran it accordingly, like the book
15    say run it, and keep all things down to
16    a max as far as rules go, I feel like
17    you can run -- you can have a million-
18    or billion-dollar business there if you
19    run it accordingly, if you handle the
20    business right. That's not -- it
21    shouldn't be no problem, if I was
22    running that business. If I was over
23    Mansfield myself, to put myself and not

Page 210

1    have to deal with such and such
2    situation to keep it from happening
3    again, I'll just have to make sure. I
4    am the supervisor of supervisors
5    because, man, it's not really
6    everybody's fault. It's just one
7    individual that won't speak up for
8    everybody in a crew. You know what I
9    mean? I mean, I want everybody to get
10   along. I feel like together us guys
11   can run a paint company together and
12   not have to deal with this, the
13   Mexicans and whites and blacks. We all
14   can work together. Not just say, Well,
15   y'all go over here and work together,
16   and just not separate. Because right
17   now, that's what I work with. I'm the
18   only -- that's what I was working with
19   with Mark. I was the only black
20   working with Mexicans and whites and we
21   all get along, even though I ain't all
22   that good in Spanish. They help me.
23   It ain't like we'll talk over his head

Page 211

1    all day and say, well -- and what he
2    just say? They're going to tell you
3    what you just said and you can use it.
4    Q. Do you know what at-will employees --
5     an at-will employment means?
6    A. At-will --
7    Q. Yes.
8    A. -- employment. This is a guess. If
9     you're hiring somebody at their own
10    risk, they're willing to do the job.
11    That's all I know.
12   Q. Do you know if you were an at-will
13    employee at Mansfield or do you know if
14    you were under at-will employment at
15    Mansfield?
16        MR. PETTAWAY: I don't know if
17    he's understood the first question.
18   Q. Did you --
19        MR. PETTAWAY: The earlier one.
20   A. At will? Are you saying at my own
21    will?
22   Q. No. What I was asking you is, have you
23    ever heard the phrase at-will

Page 212

1    employment?
2    A. No.
3    Q. Did you think that -- when you were
4     hired at Mansfield, did you sign a
5     contract or an agreement for employment
6     with Mansfield?
7    A. My application. I figured that was
8     my -- when I filled out the
9     application, I was willing to do the
10    job that was before me. I knew what
11    painting was about. So, you know, he
12    wasn't going to hire you if you had no
13    paint experience at all. So I guess
14    just to fill you in, it's up to you if
15    you really want to do it. That's what
16    I was saying when you was asking me
17    earlier about when Patrick told me
18    about the job. I mean, you know -- you
19    know what you're about to be doing.
20    You know it's not going to be a doctors
21    or lawyers office-type job. You ain't
22    going to be talking about no air
23    conditioner sitting down all day.

53  (Pages 209 to 212)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 213

1  Q. But what I'm asking you is, did you
2     think -- you were saying that when you
3     signed the application. Did you think
4     your application was a contract?
5  A. No.
6  Q. Okay.
7  A. It's an agreement saying that you will
8     follow rules and you're willing to take
9     random drug tests or whatnot.
10 Q. So you don't think that you signed a
11    contractual agreement with Mansfield?
12 A. Yes.
13 Q. You think you did sign a contractual
14    agreement with Mansfield?
15 A. (Witness nods head.)
16 Q. What document was that?
17 A. Well, not necessarily. No, I didn't.
18    No, I didn't. It was just the
19    application and other rules that —
20    that they want you to abide by. Other
21    than that, as far as just signing a
22    contract, the contract was the contract
23    itself of them being there. As far as

Page 214

1     I was concerned, I was just a part of
2     what they wanted to get done.
3  Q. I'm sorry. I missed a couple of words
4     that you said in there.
5  A. The contract was the contract that I
6     look at was the job, like they had a
7     contract just to do whatever job that
8     they had us doing. So they had the
9     contract.
10 Q. Okay.
11 A. I was just a part of their contract.
12 Q. Okay. You're talking about the
13    contract with Mansfield and GE?
14 A. Yes.
15 Q. Okay.
16        MS. WILSON: I don't think I
17    have anything else, Collins. Do you
18    have any questions?
19        MR. PETTAWAY: I don't have
20    anything.
21    (The deposition of Ralo Colvin
22    concluded at 6:09 p.m. on June 7,
23    2007.)

Page 215

1     * * * * * * * * * * * *
2        REPORTER'S CERTIFICATE
3     * * * * * * * * * * * *
4     STATE OF ALABAMA
5     COUNTY OF MONTGOMERY
6        I hereby certify that the above
7  and foregoing proceeding was taken down
8  by me by stenographic means, and that
9  the content herein was produced in
10 transcript form by computer aid under
11 my supervision, and that the foregoing
12 represents, to the best of my ability,
13 a true and correct transcript of the
14 proceedings occurring on said date at
15 said time.
16       I further certify that I am
17 neither of counsel nor of kin to the
18 parties to the action; nor am I in
19 anywise interested in the result of
20 said case.
21
22
       Bridgette Mitchell
23     Reporter and Notary Public

54 (Pages 213 to 215)

d6536d9e-4694-448c-96bd-80936721a62e

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 1

**A**

abide 213:20
ability 215:12
able 61:12 66:2,5,7
  66:21 73:11 76:19
  85:18 191:12
absorbed 137:15
access 78:6
accident 140:9
acid 112:7,10
act 208:19
acting 13:7
action 1:10 55:22
  215:18
actions 88:4
actual 82:3 85:21
  85:23 98:1 125:23
  158:12
add 136:3
added 91:6,10,12
  185:2
addition 208:15
additional 185:16
advanced 22:14
advancing 22:8
affidavit 151:11,22
  153:6 160:1
  161:14 175:20
  176:1,21 177:6
affirmed 5:17
African 83:1,20
  94:13 143:19
African-American
  70:6 82:18
African-America...
  79:7 84:1 119:23
  189:20
ages 42:13
aggravation 107:19
ago 102:2
agree 161:17 162:1
  162:8
agreed 3:3 4:2,12

agreement 212:5
  213:7,11,14
ahead 48:15 80:4
  178:20,21 181:4,5
aid 215:10
ain't 99:3 122:19
  124:20 128:17
  134:3 146:10
  147:4 206:5 208:1
  210:21,23 212:21
air 89:15 140:6
  212:22
airlines 73:18
Alabama 1:2,19,22
  2:9,17 3:13,23
  16:12,19,20 18:10
  18:13,17 44:10
  215:4
alcohol 55:16
alike 175:22
allegations 187:13
  188:16
alleged 196:2
  197:18 205:4
all-out 118:6
amended 151:17
  176:19 177:8
American 94:14
Americans 83:2,21
  143:20
amount 13:14
Andrews 4:20
and/or 56:22 57:2
  196:11
answer 7:19 8:11
  9:2 164:16,17
  186:20 187:23
  188:5
answered 87:3
  144:15
answering 8:6,8,10
  180:17
answers 57:18

186:13,20
anybody 69:22
  107:9 123:9
  136:16 144:5,16
  146:6 154:19
  156:8 159:1 172:2
anymore 192:7
  206:21
anyway 123:12
  127:1 147:10
  191:18
anywise 215:19
apostrophe 43:12
  43:18
apparatus 21:1
appear 175:21,22
  175:23
**APPEARANCES**
  2:1
appears 175:20
applicant's 55:15
application 49:15
  51:8 212:7,9
  213:3,4,19
appreciate 193:4
appreciated 131:21
apprentice 13:7
  18:7
apprentices 18:5
appropriate 7:17
April 151:9,15,18
  151:20
area 9:1 37:18,19
  48:8 90:21,22
  137:13 206:12
areas 47:22 191:13
argument 166:10
arrested 45:20
  46:12
arrogant 163:5
  168:8
articulated 88:14
asked 51:5 66:22

76:19 86:12 98:23
  102:16 106:9
  109:4 113:19
  114:3,8 115:1,4
  115:15 116:9
  118:12,13 131:15
  131:21 132:4,6
  133:7 134:7
  135:21 164:12
  166:3 182:22,23
  187:10 195:22,23
  196:6 197:10
  207:18
asking 63:8,13,14
  85:19 104:12
  108:10 133:16
  134:21 146:5
  165:2,5,8,14,17
  166:20 170:21
  173:8 175:13,16
  176:11 178:17
  180:16 208:14
  211:22 212:16
  213:1
asleep 70:18,23
  71:1,8,16,17
  72:15,16 74:19
  75:5,14,18
assign 94:4
assigned 93:13,17
  93:20,23 94:2
  101:9
assignment 145:7
assignments
  145:11
associating 60:22
ate 137:17
Atlanta 9:20,21
  10:7 34:1,7 38:7
  39:18,23 41:4,18
  45:13 93:10,18,19
  101:6 206:23
attached 151:11

185:12 186:4
attachment 56:10
  175:19
attention 57:21,23
  102:1 107:3,5,6
  111:12,13 119:7
  122:4 146:21
  147:9,17 148:14
  172:13 190:20
attitude 101:2
  103:16 168:9
attorney 8:15,20,21
  9:3 152:12 153:14
  153:15 157:5
  158:1,4,18 175:3
  182:6,23 183:2,6
  184:16 185:8
  193:18,20
attorneys 173:22
  174:5
at-will 211:4,5,6,12
  211:14,23
authorization 55:4
  55:15
available 63:22
Avenue 17:4,5
awarded 208:14,17
aware 129:2,11
  149:15,193:22

**B**

baby 45:7
back 14:16 28:16
  30:16 31:9,13
  37:15 39:13 40:12
  40:14 41:23 54:19
  58:16 59:2 78:1
  89:1,2 90:4,6
  92:23 96:8,9,15
  96:21 97:20 98:8
  98:10,13,15,15,17
  98:19 99:18 100:9
  102:20 106:23
  114:15,20 122:20

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 2

122:21 133:1,3,9
133:13 134:20
137:11,12 145:5
161:7 168:3
181:17 182:2
184:6 191:22
196:7,8,13 197:7
197:8,12 198:5,6
198:9,23 199:5
204:10,20 205:18
207:21 208:1,3
**bad** 191:15 208:18
208:19,20
**ball** 204:20
**banana** 166:12,15
166:16 167:3,10
167:11
**Bandanna** 110:1
**bandannas** 111:2
**barber** 12:22,23
14:8 15:4,9,10,11
18:11,16,16,22
19:5 32:19,21
34:21 35:12
207:11
**barbers** 11:12
18:13
**barbershop** 10:6,7
10:10,20 16:11,16
19:6 28:16,19
29:1,16,22 30:23
31:1,20 34:14
126:8,13,14 203:2
203:3,5
**barbershops** 18:2
**barber's** 13:19
**basically** 18:9 24:6
24:10 25:11 29:18
41:19 60:20 69:13
182:12 192:20
**basis** 87:8 148:4
**bathroom** 73:20
170:1,2,7,8,18

171:19
**Baton** 22:21
**beam** 79:16
**beams** 89:20
**bearings** 165:23
**beeper** 71:14
**beginning** 20:8
27:17
**behalf** 1:18 3:7
101:17,19 171:16
**believe** 38:10 65:23
103:11 135:12
152:12 153:16
173:15 182:7
199:21 200:1
**Ben** 85:1,2,5 190:7
190:8 192:2,13
**benefit** 199:13
**benefits** 199:22
200:1,21 201:6
203:23,23 204:1,2
205:3
**best** 9:9 182:19
215:12
**better** 22:10 87:17
152:5 161:19
162:2 206:11
**beyond** 186:10
**big** 36:5,10 131:18
**biggest** 113:8
**Bill** 84:3 85:4
136:23 137:23
138:1
**billion-dollar**
209:18
**bills** 200:13,18
**Birmingham** 2:17
43:10 44:1 155:3
**birth** 9:15
**birthday** 47:8
**bit** 76:10 133:9
138:19
**biter** 168:3

**black** 76:2,17 79:13
82:10 84:20 93:12
93:13 107:20
130:14 142:12
143:2,10 144:5
146:11 148:8
162:18 188:11
193:16,23 210:19
**blacks** 210:13
**blowing** 105:9,15
**book** 57:11,12
173:6 209:14
**booth** 18:2 32:16
32:22 33:5,6
**boots** 142:8,10,13
**borderline** 168:6
**born** 9:17
**boss** 191:18
**bother** 119:15
**bottles** 193:1
**bottom** 50:3 55:3
56:1 94:23 150:7
150:16 151:7
162:10 164:1
**box** 78:7,8,10,11,11
78:18,20
**boxes** 88:18
**boy** 143:20 144:2
**break** 76:9 105:6
137:14 145:6
**breathing** 21:2
**brick** 18:21
**Bridgette** 1:20 3:11
215:22
**bring** 74:11 97:7
**brings** 41:22
**brother** 45:17
208:5
**brought** 119:6
**brung** 122:3 161:3
161:3 170:11,16
**build** 89:8
**building** 2:15 13:16

37:22 80:23 81:18
**bull-legged** 191:16
**bunch** 61:11
**burden** 205:18
**bush** 34:23 35:11
35:15,16,22,22
36:2,2,10,13,13
36:14 37:3,7 38:1
39:2,6,9,13,16
201:19
**business** 32:20,22
167:19 209:18,20
209:22
**busy** 29:21
**buzzard** 100:23
102:4,9,19,21
103:17
**buzzards** 168:16,21
169:6

_____
**C**
_____

**C** 11:3
**cafeteria** 60:18
**call** 72:11 97:2,5,8
105:8,13,14 122:8
122:9,14 124:5
143:10 144:1,8
**called** 71:3 72:18
97:17 99:3 113:10
114:20 132:21,22
133:1,9 144:5
**caller** 105:7
**calling** 97:14 98:20
99:1 144:1
**CAMPBELL** 2:7
**canceled** 40:5
**Car** 204:4,8,15
**card** 11:22
**care** 15:13 37:12
90:16 109:1
190:12 191:6,6
**career** 52:17
**carried** 57:20
**case** 4:3,7 178:16

182:13 205:22
215:20
**casual** 139:8,15
**catch** 200:17
**caught** 70:18 71:1
72:16 75:14
**cause** 167:20
**caused** 97:9
**caustic** 136:20
137:1,2 141:3
**cell** 155:22 160:17
160:19 161:5
**certain** 8:19 64:1
77:22 94:4 166:4
184:7 191:13
195:22,23 196:4
**certificate** 36:18
64:11 65:7 167:17
215:2
**certification** 64:2
64:13,20
**certifications** 64:7
64:12
**certify** 215:6,16
**chance** 37:6 80:14
100:10 196:10,16
196:19 197:14
**change** 21:8,19
62:9,15 117:12
**charge** 74:16,22
90:23 149:23
151:18,19 176:19
177:8 195:7
**check** 21:1 126:18
**Chestnut** 2:6 8:22
17:11 153:17,18
158:22 159:2
182:6,8 183:3
194:6
**children** 42:9,11
**chips** 114:2
**choice** 204:17,18
**chores** 121:21

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 3

129:4
Christmas 38:18
Cindy 82:4,4 83:13
   83:16 85:6 190:2
Civil 1:10 3:22
civilized 111:12
claim 196:14
claiming 195:8
claims 6:11 192:12
clarify 38:15
Clark 2:15
class 12:19 14:15
   35:9 36:19 37:5,8
classes 19:1,3
clean 54:18 113:1,4
   170:15 193:2
clear 8:13 9:3
   29:13 82:21 110:3
   110:13 123:14
   141:18 157:18
   165:11 194:4
   208:10
clientele 13:10,16
climbed 116:12
clock 128:10,10,14
clocked 128:14
close 158:7,7,9
clothes 77:3 140:11
   140:12,15,17
clothing 140:10
Coatings 50:4
Cobb 10:14
Code 48:20
Collectively 198:6
College 35:2,5
   36:16 38:14
   201:14,18
Collins 2:5 208:12
   214:17
Colvin 1:7,16 3:5
   4:5 5:16 6:3
   44:12,13,16,17,18
   45:4,8 150:5

151:1 185:3 186:2
186:17,19 195:17
214:21
Colvin's 186:20
come 8:20 37:6,15
   53:9,16 58:16
   59:2 66:7 68:17
   69:6,9 79:12 82:2
   89:2 97:2,10,22
   100:11 105:16,19
   106:10,13 108:23
   108:23 111:16
   112:23 113:4
   115:1 116:11,12
   122:10,12,15,18
   122:23 124:4
   125:7,8,20,20,21
   126:22 127:2,7,9
   127:12,16,16
   128:1,12 129:23
   130:11 133:3
   140:5 145:10
   153:9 159:1
   173:15 178:3,22
   183:13 184:21
   189:4 190:19
   191:18 193:4
   198:2,12 205:9,10
   207:21 208:4
   209:10,12
comes 69:14 90:20
   170:20
coming 47:15 79:10
   79:11 100:17
   108:21 134:22
   135:2,6 138:8
   141:3,7,8 190:15
commencing 1:23
comment 167:23
commission 3:14
committed 196:4
Community 35:2,4
   36:16 38:14

201:14,18
companies 6:7
company 21:22
   23:9,15 24:9
   35:18 36:13 164:8
   209:13 210:11
compensated 196:2
   196:12,13,21
compensation
   50:11 56:4
compilation 49:13
complain 136:7
   144:22 146:6
   147:6
complaining
   118:23 147:23
   149:10,12 191:20
complaint 116:17
   158:12 179:1,1
   182:14 187:14
   188:17 195:16,21
complete 36:19
   133:6 135:10
completed 37:4
   131:18
complies 50:9
   150:15 153:7
comprise 57:1
comprised 85:3
computer 128:13
   215:10
concern 139:22
   167:15 171:5
concerned 139:4,23
   166:18 171:12
   214:1
concerning 60:15
   60:15 103:1 164:8
concerns 157:6
concluded 214:22
condition 72:12
   139:2 198:21
conditioned 191:13

conditioner 212:23
conduct 48:20 61:4
   208:17
conducted 57:15
conflict 167:21
confused 14:17
conscious 208:10
Consent/Release
   50:5
consider 75:21 91:9
   95:17 112:1
   116:15 123:20
   139:17 145:1
   147:20 171:13
considered 96:17
   139:7,14 144:12
   163:5 170:14
   189:20
considering 171:15
consisted 48:10
construction
   127:13 128:18
   170:2 171:10
contained 187:13
content 215:9
continue 37:15
   52:16,17 58:23
   115:19
continued 28:15,18
   29:15
contract 22:18,19
   22:20 26:11 52:4
   52:9,10,12 132:16
   134:22 135:2
   212:5 213:4,22,22
   213:22 214:5,5,7
   214:9,11,13
contractor 23:21
   24:8 60:21
contractors 24:11
contractual 213:11
   213:13
control 141:7

conversating
   107:23
conversation 108:4
   109:12 175:3
convince 54:21
copy 65:17 160:11
   160:15 161:2
   175:18 195:15
Corner 15:13
corporate 200:7
correct 6:13 7:19
   28:3,6 32:2,4
   46:22 49:16 58:22
   83:4,9,17 124:10
   131:9 134:23
   144:20 148:20
   152:9 158:20
   166:21 174:9
   195:5 202:11
   215:13
correction 173:14
   173:16,18
counsel 3:3 4:2
   215:17
count 48:7
County 10:14
   46:10,11,13 215:5
couple 50:15
   148:16 214:3
course 69:10
court 1:1 5:13 6:21
   7:4 46:1 175:6
   196:1
courtroom 7:8
coverage 50:12
coworkers 30:18
cracker 144:9
crazy 28:23 74:5
cream 138:5
credit 19:7
crew 48:2 68:2,9,16
   69:7,16,18,23
   70:9,17 76:4

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 4

77:12 78:21 79:8
79:13 82:15,18
85:9 88:21 90:7
96:10 97:7 121:7
121:10 123:7
124:8 125:12,12
125:15,15 130:3
130:15 189:19
190:1 210:8
**crews** 90:3 125:4
**criminal** 46:16
**crossed** 172:4
197:23
**Crutchfield** 58:13
60:7 78:22 87:20
94:2,3 100:21
102:9 103:23
114:6,7,8 116:8
118:11 127:20
138:20 145:9
147:22 168:14,17
168:20 169:5
192:6 200:9
**current** 17:7
**currently** 9:19 10:3
**curve** 204:20
**customer** 12:2
**customers** 13:12,14
33:8
**cut** 36:5
**cuts** 36:3
**cutters** 35:23
**cutting** 30:19 81:23
82:1 203:4
**C-O-L-V-I-N** 44:19

**D**
**da** 198:1,1,1,1
**dad** 104:11 105:17
109:20 110:4
**dad-son** 106:4
**damages** 195:22
208:6,7,13,13,23
209:2,11

**date** 9:15 27:1 40:2
85:20,21,23 96:20
98:1 161:11
183:17 202:23
215:14
**dated** 49:22 50:16
150:11 151:9,15
151:20 169:20
176:19 177:15
**dates** 154:1 155:14
155:19 161:8
178:11 181:6
182:19 183:16,20
183:22
**Davenport** 101:8,9
**David** 20:13 24:12
**Davis** 15:21 32:9
**day** 29:20 30:22
40:4,5,6,12 59:13
60:11 71:4 72:21
75:8 76:7,14,15
76:20 77:16 85:18
86:15 90:5 97:16
97:21 98:14,16,23
103:7 109:13
111:6 118:17,19
120:9,13,13,15,19
120:20,21 121:18
121:23 122:4
126:2,7 129:11,12
131:17,17 134:2
134:11 137:21
138:12,17 141:13
142:2 147:19
165:3,15 181:13
191:5,21 207:7,17
211:1 212:23
**days** 26:2,3,7 29:19
29:21 40:9,10,19
77:1,6,7 114:20
118:7,9,15,20
119:2 120:23
122:2 126:3,17

**131:** 22 132:1
207:7
**deal** 148:14 184:4
205:18 210:1,12
**dealing** 53:13 54:15
**December** 10:1
28:5,10,13 31:20
33:23 34:2,2,9,9
99:7 134:1,1
156:23 157:2,12
157:19,19 169:23
170:10,22 171:1
202:10 203:15
**decide** 37:4 40:14
**Deeres** 35:23 36:5
**Defendants** 1:14,18
2:12 3:7 5:2,3,4,5
5:6,7,8,9,10 48:11
48:19 49:9,12
147:11 149:22
150:18,21 169:11
169:14 174:13,16
174:22 176:18,20
185:3,5 186:18,21
187:1 195:12,15
**degrees** 112:19
**denied** 199:21
200:2,3
**depending** 80:7
**deposition** 1:16 3:5
3:10,19 4:4,6,15
6:15 185:8,9,12
207:15 214:21
**describe** 54:13
187:14
**described** 124:7
**describing** 197:12
**detail** 27:21 41:23
**deter** 208:19
**determine** 100:4
**De'Rago** 42:22
43:1,1,3,4,6,23
**diary** 155:21

**diem** 194:12
**different** 23:3
32:20 36:1 42:17
53:8 57:17,17
71:12 80:21
105:12 146:19
180:7,17,20 181:3
181:7,17,20
**directly** 168:18
169:1
**disciplinary** 55:22
**discipline** 55:22
**discouraged** 92:18
92:19 98:9,12
**discovery** 186:10
**discriminated**
131:13 159:7
**discrimination**
59:18 61:3,16
86:17 116:19
149:23 151:18
191:3 195:8 205:5
**discriminatory**
70:11 71:5 75:22
86:11 95:17 96:18
112:2 116:16
136:15 139:18
145:2
**discussed** 160:10
**discussion** 14:23
186:16
**disrespect** 60:19
**DISTRICT** 1:1,2
**DIVISION** 1:3
**Dixie** 109:22
**doctors** 212:20
**document** 48:23
49:14 50:2 56:9
56:21 150:3,9
151:2 160:12
169:16 174:20
177:2 185:11,14
213:16

**documents** 49:13
56:16 174:22
185:16,17,21
186:4
**doing** 7:12 16:2
22:4 25:15,20
27:7 35:12 54:19
54:22 69:14 81:22
81:22 89:21 90:22
91:1,2 92:11
93:16 105:10
112:20 117:22
132:12 167:15
184:3 188:22
208:20 212:19
214:8
**dollar** 118:13
**dollars** 25:3,4 26:8
62:7,7 134:14,18
135:18,20,21
**domestic** 46:16
**door** 163:14 167:12
**dozed** 75:12,13
**drafts** 175:23 176:6
181:18
**drawing** 202:7
**drifter** 189:3
**drink** 107:8 193:1
**drive** 10:14 65:7,9
65:20 66:3,8 67:5
67:7,9 123:4
140:3 194:13
**driving** 67:1,17,21
**drizzling** 85:13
**drove** 67:3,4,8,14
**drug** 47:16 50:10
55:16 213:9
**drunk** 107:7
**drying** 138:19
**duck** 105:7
**ducks** 105:8,11
**duly** 5:17
**D-E** 43:5,5,13

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**E**

ear 141:23
earlier 57:6 64:8
  82:17 86:9 88:15
  90:7 119:20 124:7
  125:11 151:20
  158:6 163:3
  164:12 168:16
  183:11 193:16
  201:16 202:20
  211:19 212:17
early 26:20
eat 112:10 141:9
eating 112:11
eats 137:7
EEOC 153:21
  154:9,13,20 155:4
  160:7 174:2,5,23
  175:17 176:21
  177:1,9,11,21
  179:15 181:19
  182:21 183:6,7,7
  184:11,13 185:19
  185:22 186:11
egregious 208:18
either 4:8 47:7
  179:17
eleven 26:8
eleven-month 35:9
  39:1
employed 31:18
  52:19 111:19,23
  139:13 143:20
  144:13 148:3
  158:19
employee 41:6
  48:21 55:3 70:6
  130:12 139:8,15
  193:17 209:8,11
  211:13
employees 61:4
  74:3 80:6 81:4,10
  82:12,23 83:19

100:15 125:10,14
  140:9 143:2,11
  144:8,9 159:11
  196:4 211:4
employment 27:23
  34:17 195:8 211:5
  211:8,14 212:1,5
ended 25:18 26:11
  26:20,22 84:17,18
  86:15 188:10
engaged 42:6
entire 31:23 41:17
  117:8 120:13
  121:18
entitled 50:3,17,23
  118:15
environment 53:2
  54:14 116:21
epoxic-like 113:2
equipment 36:8
  78:5 95:22 140:22
Ervin 1:7 195:3
especially 106:21
Esquire 2:5,13
establish 81:2
established 34:12
estimation 83:8
evenings 203:3
events 156:22
everybody 11:23
  12:1 66:11 69:16
  73:21 74:7,9,10
  74:12,12 76:8
  77:14 94:2 95:19
  96:1 100:1,8
  118:15 119:7,17
  129:14,18 130:5
  132:9 145:7
  147:18 158:13
  159:6,6,9 178:15
  179:18,18,19
  180:12 206:5
  209:9 210:8,9

everybody's 73:8
  182:10 210:6
evidence 3:20
exact 154:1,10
  156:21
exactly 20:7 24:4
  26:21 30:10,10
  41:10 96:20 99:9
  101:3 103:4,5
  139:21 166:22
  175:22 205:14
**EXAMINATION**
  4:19 6:1
excited 147:16
exhibit 5:2,3,4,5,6
  5:7,8,9,10 48:11
  48:19 49:9,12
  57:8 147:11
  149:22 150:18,21
  159:23 169:11,14
  174:13,16,21,22
  175:20 176:18,20
  185:4,5 186:18
  187:1 195:12,15
exhibits 5:1 57:1
experience 212:13
experienced 86:11
explain 54:1 137:2
  137:4
explanatory 88:9
Express 40:17 41:1
  41:2,3,9,12 207:3
  207:5
extra 134:11 193:8

**F**

face 141:14,15,20
facility 170:16
fact 108:7 158:11
  172:12
factor 81:14
facts 175:14 187:12
  188:15 192:11
fair 9:13 72:4,5

199:9
fall 31:8,10,12
  38:16,17,17,19,21
  39:5 158:7 163:15
  201:17
falling 200:13
familiar 56:11,16
  56:19 150:4 151:3
family 37:11,12
far 48:17 50:18
  53:7 54:2 78:15
  101:10 134:23
  135:1 166:17
  180:10 190:15
  209:16 213:21,23
farming 36:8
fault 210:6
February 12:7
  13:20,21
Federal 41:1
feel 25:15 70:8
  131:12 149:19
  204:15 205:10,11
  205:12 209:16
  210:10
feels 101:22
fell 116:22
fellow 40:16
felons 45:22
felt 22:9 113:11
  116:18 149:14
  159:7 164:6
  188:19,20 199:7
  199:13
female 83:16
field 25:20 58:15
  58:16
fields 36:6
figure 31:6 54:9
  61:12 63:20 66:19
  71:6 73:23 93:22
  115:7 117:3
  119:13 128:8

156:21
figured 148:5 212:7
file 49:14 174:23
  175:18 185:19,23
  186:11
filed 195:7
filing 4:4,10
fill 51:6,9 90:19
  212:14
filled 51:8 73:5
  212:8
filling 49:18
find 53:21
fine 5:15 82:8
  110:21 137:4
  177:18
finish 37:5 64:11
  116:9 178:19
finished 8:9,10
  30:12 113:23
  116:10 125:5
  135:13
fire 72:6 101:13
fired 72:7,20
  163:14 164:10
  165:22
firing 101:16
first 5:16 15:8
  21:12 39:9,12
  61:1 76:17 83:2
  83:22 84:2 85:12
  85:12 105:3
  118:17,19 119:22
  124:11,19 127:7
  127:10 130:20
  131:4 145:4,19
  186:21 189:18
  211:17
fits 141:16
five 16:3,3 35:10
  36:16,20 42:12,14
  45:6 68:20,22,23
  70:4 76:10 78:15

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 6

78:16 79:1,11,15
80:14 81:4 87:1
87:19,21 88:7,21
89:19 119:11
121:7 122:7
123:16,17 124:3,8
125:4 172:10
179:21 189:16,19
190:5 192:16,20
**five-gallon** 103:13
**fix** 9:10
**fixing** 132:10
163:14
**flag** 111:5
**flags** 109:22
**flat** 33:5,6
**flip** 50:1,15 56:14
153:5
**floor** 94:23 112:7
112:20 113:1
**floors** 94:21
**lks** 187:16
**follow** 27:23 186:8
186:9 213:8
**follows** 5:19
**foregoing** 215:7,11
**forklift** 21:3 65:5,7
65:9,17,20 67:3,6
67:7,8,10
**form** 3:16 50:5
56:3,4 215:10
**formal** 186:8,9
**formalities** 3:8
**formality** 3:14
**forms** 186:6
**forth** 90:4 204:10
208:3
**forty-five** 98:11
**forward** 41:22
**found** 139:1 149:7
**four** 12:6 16:2 19:1
19:2 29:18,19
94:21

**four-year** 22:19
**frame** 96:2
**frank** 17:11 198:3
**FRANKLIN** 2:14
**Fridays** 29:20,22
**friends** 30:18
**front** 128:14 160:1
162:12 196:18,19
197:9,11,13 198:5
198:7,9
**full-time** 28:16
33:15,20 34:5,6
34:20 207:12
**further** 4:1,11
161:21 215:16

---
### G
**Gaines** 153:17
**Gary** 187:19,19,20
188:5,8 189:14
**gas** 134:20
**gases** 71:13
**gate** 97:19,20
100:11,12,17
122:18 126:23
127:2,8,10,13,19
128:9,10,13,14,17
**Gayle** 85:1,5 190:7
190:8
**GE** 52:12 60:16,22
60:23 61:17,18,18
68:18 81:18 83:4
90:20 132:13,23
133:4,5,6 134:21
135:5,11,13
138:15 154:6
172:9 206:9
214:13
**gentlemen** 177:21
**getting** 8:5 9:1
36:17 85:14 91:14
100:9 103:9
106:15 132:7
133:10 139:4

155:13 161:7
166:1 180:3,3
194:12 201:7
203:5
**GE's** 171:6,8,12,14
171:17
**girl** 82:4
**give** 20:17 40:18
57:13 58:18 59:3
87:22 88:1 132:3
134:4,9 135:22,23
136:2 160:5,7,11
160:12 182:4
184:10 192:23
193:6,10 198:14
**given** 66:8 91:10
110:20 129:5
175:19
**giving** 7:6,7 78:1
87:5,6 88:4,17
136:18 145:7
150:20
**glad** 133:12
**gloves** 77:6,20,21
77:23 78:4,13
86:14 87:6,9,10
87:11,13,15 142:4
192:23 193:9,9,13
**go** 12:10 16:10
18:15 19:14 22:7
22:21 26:16 29:21
30:23 37:10,10,16
39:13 40:11,14
41:23 47:23 48:1
48:5,15 50:14
57:14 58:23 59:1
60:17 68:6 70:19
71:3,13 72:19
73:14,15,17,17,20
74:23 76:14 80:4
80:15 85:15 87:9
87:19,21 93:14,17
93:20,23 94:6

95:23 96:7 97:20
98:19 105:16
106:10,14 108:16
108:18 115:22
116:3 118:14
119:16 122:20,21
123:11 124:18,21
125:1,3 126:4,8
126:13 129:20
132:10 134:6,15
135:15,17 136:1,4
138:3 139:2
146:10,11 149:17
167:11 170:3
171:9,18 172:2
178:20,21 179:17
179:18 180:4
181:4,5 189:5,10
189:16,18 190:16
190:19 191:14,17
191:17,22,23
192:4,7,8 198:22
199:15 200:18
207:22 208:1
209:16 210:15
**goes** 48:17 71:15
161:21,21
**going** 6:10 7:3 8:7
22:7 26:17 27:9
41:23 47:19 48:13
48:18 53:15,16
56:18 57:12 58:1
58:4 64:9 71:9,18
73:7 74:6 76:13
81:1 82:7 85:17
88:9 90:15 98:18
98:18 100:22
102:2,3,17 103:11
106:9,12 108:15
122:19 123:13,19
123:19,20 127:18
129:21,22 130:4,8
132:2,9 134:4

135:22,23 136:1,3
144:17 145:12,12
145:15,17 147:5
150:21 156:9
162:22 164:7
166:6 168:15,21
169:5 171:18
174:15 179:4,8
181:15 186:17
187:18 189:6
192:22 193:22
198:16 199:12
203:1,3 207:23
208:1 211:2
212:12,20,22
**good** 28:7,9 81:16
81:19 83:9 91:9
132:2,12 172:1
198:14 210:22
**Gordon** 187:19,19
188:6,8
**gotten** 64:14
186:13
**graduate** 12:16
14:17
**graduated** 14:6,21
15:2,7
**grew** 30:18
**ground** 54:7
**group** 82:10 83:1
178:14,18 179:12
179:16,17 194:5
**guess** 52:10,12,13
61:11 77:9 78:14
101:4 112:13
113:14,22 116:13
117:6 137:10,14
162:19 173:21
191:23 194:1,2
205:13 211:8
212:13
**guessing** 27:6
**gun** 75:17 125:22

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

gunning 69:11,15
69:17 70:16
guy 10:19 61:14
68:10 80:12 84:16
84:20,23 90:1
146:15 159:14
178:2 181:12
188:9 190:11
194:21 205:23
206:22
guys 22:11 30:17
30:20 61:10,11
68:5 76:2,5,10,14
76:17 77:15 80:13
82:1 88:4 90:10
97:8,9 105:1
119:12 126:10
129:10,10 130:23
146:11 148:8
153:19 154:23
155:1,2,4 158:15
160:6 177:23
179:21 180:2
189:1 193:23
206:2,13 210:10
G-O 43:6

**H**

hair 30:19
half 78:16
halfway 113:5,6,17
113:19 115:20
hand 77:22 82:5
109:15,16,17
110:16 173:8
179:23
handbook 48:21
49:3 56:10
handle 61:13 68:2
113:20 114:3,9,10
209:19
handled 142:14
206:11
nds 193:3

handwriting 51:3
51:12 56:23
172:17,21,23
173:1
handwritten 160:8
160:13 182:4
handwrote 153:1
hanging 89:16
happen 48:4 96:17
happened 70:10,13
83:6 97:23 137:9
138:3 148:16
153:3 155:23
156:7 159:15,19
161:18 178:23
180:13,21 181:10
181:13 183:18
184:8 193:19
198:21 204:14
206:9,10
happening 100:19
155:16 183:23
210:2
harassment 59:17
59:20,21,23 60:1
60:3,4,5,8 61:3,7
61:8,9,10,16
hard 87:12 113:3,3
141:7,17 142:12
198:17 205:16,17
harder 189:11
harnesses 78:12
harsh-type 146:15
hat 141:17
Haynes 42:23 44:4
44:7
hazard 70:14
hazardous 71:10
head 6:14 9:6 32:3
49:4 58:12 62:14
65:8 67:11 92:3
96:5,14 106:6
111:3 117:10,15

120:10 123:5
142:11 158:21
160:16 163:19
164:15 165:6
176:16 180:23
189:23 190:6
198:11 210:23
213:15
headache 54:17
67:6
health 139:22
140:1 199:21
203:22
hear 107:9 111:18
143:6 167:2
heard 52:13,13
103:4,6,22 104:20
105:2 106:11
107:11 109:7
129:7,8,9 143:2
145:19 163:8,16
163:18 164:13,14
164:20,23 165:18
165:20,21 166:23
166:23 168:20
169:9 211:23
hearing 175:5
heights 54:3
hell 103:15
helmet 141:11,13
141:16,20
help 38:15 43:21
86:20 112:21,23
112:23 113:11
115:2,5,7,10,15
115:17,23 116:4
124:21 125:4,15
125:21 183:14
208:9,12 210:22
helped 115:2,12
116:6
helper 21:10,12
22:1,13 25:5,7,12

25:19 26:4 81:15
83:11,12,13
117:12
helpers 81:13
helping 22:3,11
181:9
hereto 4:8,13
hey 143:11
he'll 58:17,18,19
79:4 90:18 111:8
122:9,18 149:16
191:17,19
hierarchy 117:14
high 12:14,20 14:7
14:11,12,13,18
15:5 68:6 70:21
71:11 146:10,12
191:17 192:7
highway 36:11
hire 40:17 207:23
212:12
hired 25:17 41:6
47:15 66:20,23
118:11,18 145:4
145:18 146:1,9
148:3,17,23 194:1
212:4
hiring 52:14 211:9
hisself 115:5
hitting 141:8
hog 35:1,11,15,16
35:22,22 36:2,2
36:13 37:3,7 38:2
39:2,6,10,13,17
201:19
hogs 36:10,13,14
hold 23:13
holds 137:1
home 71:4,9,21,22
72:1,8,19 75:8
81:1 97:20 98:8
98:10,13,15,19
99:22 100:6,9

119:16,17,18
122:20,21 123:11
131:1 134:18
137:18 139:1
143:23 161:8
190:16,20
honestly 144:4
205:19
honkey 144:9
hoping 149:16
hoses 21:8
hospital 139:2
hour 25:4 134:19
hours 29:19,19
129:5
house 25:17
houses 25:21
hunted 105:21
106:15
hunting 105:16,19
106:10,12,14,21
hurting 191:20
Hyundai 66:12
132:11,19 133:20
134:6,15 135:16
136:5 168:16
169:7
H-A-Y-N-E-S 44:7

**I**

idea 172:1
Ideas 39:20,22 40:8
41:7,11 206:17,17
206:18 207:9
identification
48:12 49:10
147:12 150:19
169:12 174:14
185:6 187:2
195:13
identify 187:11
immature 74:5
immediate 110:20
immediately 14:12

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 8

67:2
inadvertently 9:4
incident 86:11
  99:21,23 100:2,5
  112:3 114:23
  116:16 117:2
  139:17 146:2
  162:1 163:2 164:3
  165:13 189:15
incidents 72:10
  75:20 98:6 111:22
  136:9,14 142:23
  144:23 152:17
  189:13
including 208:7
income 33:3
Incorporated 23:8
  23:15 24:1,2,5,14
  24:16,23 25:2
  26:10 51:21 52:1
  52:11
correct 169:3,8
INDEX 4:17
indicating 43:15,17
  75:16,18 109:18
  110:17 162:16
individual 12:1
  178:23 180:19
  209:6 210:7
individually 178:4
  178:14,18 179:11
  179:15 183:12
individuals 181:22
indulge 111:14
industrial 1:12,13
  6:6,7 25:16,16
  50:4 52:6 54:16
  54:22
information 8:19
  55:9 56:4,8
  152:14 153:9
  155:10
initial 151:19 171:3

initially 179:10
  193:17
injured 136:19
injury 142:19
inside 76:12,14
  80:22 81:18 120:6
  120:6 121:1
  123:23 204:21
inspector 90:20
instance 81:15 86:2
  86:8
instances 103:22
  131:11 142:23
  180:20
instructor 37:9
Insulated 52:1
insulation 23:8,9
  23:14,17,20 24:1
  24:2,4,13,15,22
  25:2 26:10 51:21
  52:11
insurance 136:18
  138:23 139:5,6
interested 62:17,20
  215:19
International
  19:16,18,21 20:1
  20:3,12,16,22
  21:13 22:16,17
  23:4,7,12,12,14
  23:19 24:18,20
  26:13 29:10,11
  31:4,4 52:8 65:4
  65:22
interrogatories
  186:13,22 187:7
interrogatory
  186:3
interview 154:15
introduced 4:6
involved 46:18
  111:17
Iron 39:20,22 40:8

41:7,11 206:17,17
  206:18 207:9
isolated 53:11
  77:13 108:15
isolation 108:14

——————— J ———————
J 10:12,19 11:16,17
  11:20 17:7
Jack 1:5 68:17 69:4
  69:4,12 70:1
  79:10,18 81:15
  82:9 83:7 85:8
  96:11 97:1,5,5,6
  97:14 98:16,19,23
  99:6 100:3 123:6
  125:11 168:13,19
  168:22,22 169:3
  190:2 195:2
January 9:23 10:2
  33:22 34:10,13
  41:13,16
Jeff 15:21 32:9
  68:11 69:23 71:22
  71:22 75:3 91:23
  92:1,4 106:7
  107:10,17,18,18
  109:5,7,8 110:10
  110:11
Jeffery 70:15 91:18
  91:18 96:10 100:1
  104:6,10,11,15,19
  105:5 106:2 107:2
  135:19 172:19
  173:9 174:1
jell 137:20
Jermaine 44:12,17
  45:4
JLGs 66:3
job 14:8 15:8 16:7
  17:7 19:11 21:19
  21:21 24:20 25:14
  26:9 30:2 31:3
  33:17 35:11,13

37:3 39:18 40:20
  41:11 42:1 51:15
  53:17 54:14,18
  61:18 64:22 66:10
  66:13 68:14 71:8
  74:2,18 80:8,21
  80:22 89:18,20
  92:9,10 93:21
  94:17 101:10,15
  109:1 112:14
  114:9 115:12
  117:6 123:21
  125:5 128:15
  129:4 131:18
  132:13,19,23
  133:4,5,6,19
  134:22 135:5,11
  135:13,16 136:5
  136:11,20 140:4
  142:6,7 147:15
  155:15,20 166:4,6
  167:16 188:22
  189:3 190:16,19
  191:1 204:11
  207:14 211:10
  212:10,18,21
  214:6,7
jobs 14:10,20 19:17
  24:9 27:5,12,14
  27:15 39:21 41:20
  75:1 94:5
joe 17:17,18 78:7,8
  78:10,18
Joey 68:10,14
  69:23 91:18 96:11
  107:11,12,15
  172:18
Joey's 68:12,13
  107:12
Joe's 17:17
John 35:23 36:5
  162:14 165:1
Johnny 58:13 60:7

63:5 67:7 69:19
  69:20 70:5,20
  71:2,2,21 72:15
  74:1,15,22 75:7
  75:13 76:19 78:1
  78:19,19,20,22,22
  78:23 87:20 90:1
  90:2,8 94:2,3,4
  96:12,22 97:19
  100:13,20 102:8
  103:3,23 104:3,3
  113:13,14 114:5,6
  114:7,8 116:1,2,3
  116:7 118:10,10
  122:8 127:20,21
  131:15 145:3,6,10
  146:7,14,16,17
  147:1,3,7,8,21,21
  148:12 149:3,12
  162:17 163:4
  165:15 166:3,7,23
  167:2 168:17,23
  169:1 200:9
Johnson 32:13
joking 106:16
  133:8
Joseph 42:22,22
  43:1,23 45:3
  173:4,4,6,9,20
journeyman
  117:13,19,20,21
  117:23 118:1
  167:17
journeymen 21:22
Jr 45:4
July 27:3
jumps 103:14
June 1:22 27:3
  214:22
J's 10:10,12,21
  11:19 12:3,5 13:8
  34:13
J-A-Y 10:11

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 9

**K**

**K** 15:16,18
**keep** 7:12 22:1 48:1
48:3,6,7 63:12,13
101:16 108:19
110:4 112:11
132:1,2 137:19
155:14,21 160:21
161:2 164:10
209:15 210:2
**keeping** 155:15,20
**keeps** 81:1
**kept** 112:21 160:18
**kidding** 204:6
**kids** 53:14 205:13
**killing** 106:21
**kin** 215:17
**kind** 20:17,21
47:10 53:4 59:17
61:15 64:20 92:18
126:19 140:10
142:7,15 147:4
155:17 182:13
204:16
**kinds** 64:6
**knees** 191:15,20
192:9
**knew** 53:14 63:20
66:18 77:10 92:20
92:20 118:4
134:23 135:1
146:17 164:13
165:16 168:4,5
188:18,18,21
212:10
**know** 6:17 8:4
10:21,22 11:9,19
17:14,18 20:7
27:16 36:1 40:10
42:21 47:6 51:23
52:19 53:11 57:5
58:2,4 63:1 64:8
68:12,22 70:21

74:9 76:2,5,21
77:7,11,11,19,19
79:2 81:3,6,7
84:12 85:17,21
86:23 87:12 89:14
90:21 91:16,21
92:4,6,12 96:21
98:1 99:2,3,6,9
102:11,22 103:5
104:15,17 106:22
107:12,23 108:10
109:21,22 110:7
121:23 122:16
124:22 125:11
126:9 127:19,22
128:20 129:13
130:4 131:23
137:23 139:7,8,14
141:5 142:16,17
143:22 145:11
146:21,22 149:6
150:1 151:17
152:4,11 153:10
153:11,12 154:1
157:15 159:14,15
159:19,21 161:8
163:6,11,20
164:11 165:17
166:19 169:22
170:5,6 174:6
176:3,4,8,9,17
177:3,5,19 178:16
180:18 181:16
182:10,21 183:17
184:1 189:7,14,14
190:7,8,9 191:12
191:21 192:17
193:19 194:11,14
196:7 199:10,10
201:12,21 202:23
203:7 208:8 210:8
211:4,11,12,13,16
212:11,18,19,20

**knowledge** 79:14
80:18 83:14
187:11,15 188:15
192:14,21
**known** 116:23
189:22
**knows** 191:16
192:15
**Korner** 15:12,14,15
15:17,20 16:4,8
17:5,9,12 18:8
28:23 30:16,17
31:9,13
**Kurl** 15:12,14,15
15:17,20 16:4,8
17:5,9,12 18:8
28:23 30:16,16
31:9,13
**K2** 1:12 6:6

**L**

**L** 2:13
**lack** 135:5
**ladders** 192:8
**ladies** 60:19,19
**lady** 61:8 137:19
**laid** 28:5 33:11
99:7 114:19
132:20,21 133:23
135:4 154:6
156:16,22 157:2
157:18 200:4
201:11 202:9
203:13,16
**Lamar** 1:6 84:8
85:5 195:2
**Large** 1:22 3:13
**late** 97:16 98:19
128:19
**laughing** 107:1
133:14
**lawsuit** 6:8 159:9
159:13 192:12
195:16

**lawsuits** 46:19
**lawyer** 182:12
**lawyers** 156:18
212:21
**layer** 137:7
**leader** 74:15
**learn** 25:19 37:1
51:15 118:2
**learned** 36:23
99:16 130:20
131:4
**learning** 117:22
**leave** 19:5 20:3
22:16 39:16 51:23
59:2 74:22 90:15
126:6 130:5
**leaves** 191:19
**leaving** 84:18,18
188:10 203:2
**left** 19:13 22:15,21
26:9 28:1,13 29:7
30:15,21 31:8,12
33:17 51:23 52:2
52:3 68:14,14
73:15 74:16,20
96:6 98:6 99:13
110:19 157:4,22
158:8,9,11 198:22
202:9
**let's** 7:23 8:11
30:11 38:5 45:2
46:6
**Lewis** 1:5 51:17,19
162:19 195:3
**LG** 66:15 67:4,16
67:17,18,22
**license** 13:1,4,6,19
14:5 18:10,12
65:5,18,19 66:17
**licensing** 19:8 64:7
**lie** 143:15
**life** 181:15 184:3,5
198:15 205:13,13

**lift** 65:12,13,14
66:3,9 67:4,14,18
67:22
**light** 129:3
**LIGHTFOOT** 2:14
**Lincoln** 204:4,8,15
**line** 12:1 151:8
162:14 164:1
**list** 48:3,8
**listed** 187:15
**listen** 8:22 161:9
167:21,22 168:1
182:14,15,16
**little** 6:19 32:20
76:9 82:7 109:14
111:5,8,9 114:2
133:8 138:19
179:3,6,7 180:13
189:5 193:1
204:20,21
**live** 9:19 43:9 44:9
45:11
**lived** 9:21
**lives** 43:23 44:10
**living** 41:18
**load** 21:6
**loan** 200:17
**located** 10:13 32:8
32:9
**lock** 47:21 112:12
**locked** 199:12
**log** 56:11 126:18
**long** 9:21 12:5 16:1
17:20 22:1 27:4
33:20 35:7 46:5
82:8 88:20,22
92:4,7,12 93:1
95:2,4 146:1
161:12 202:8
**look** 50:8,14 52:15
56:9,11,16,18
87:14 138:2 150:1
150:4,13,22 151:3

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

151:22 169:13
174:17 175:1
214:6
looked 50:20 76:23
133:11 176:18
185:19
looking 75:15
152:8 159:23
161:14 162:12
187:21 188:2
looks 78:20
loose 71:15
lose 165:23
losing 198:19
lost 196:14 204:2,3
204:15 205:4
207:14
lot 7:23 54:3,3
69:15 74:5 81:22
126:1 129:15,19
143:22,23 180:7
183:18,20,22
198:19 206:8,12
206:13 208:3
lotion 138:11
loud 145:16
louder 6:19
Louisiana 22:22
love 109:21
loved 199:1
low 68:7 125:6
lower 118:2
Lowndes 46:10,11
46:13
lunch 108:1,2,2,8
108:17
lying 143:17 144:19

M

M 11:3
machine 37:21
machines 25:22
mad 97:1,3,4,10,13
97:13 98:20

103:15
mailed 186:15
main 12:3 73:22
81:14
majority 82:19
189:20
making 24:22 25:2
26:8 91:15,19,19
91:20,21 92:2,17
92:21 135:19,21
189:1,2
male 105:13
man 54:10 61:12
61:13 65:10 77:20
87:13 105:15
129:19,21 130:10
138:2 146:12,13
154:11 161:12
205:19 206:6
210:5
manlift 65:11,14
66:9
manner 4:8
Mansfield 1:13 6:6
6:12 20:9 24:7
27:10,19,22 28:1
28:11,13,20 29:5
29:15 31:19 32:1
33:12,18 42:1
46:21 47:11 49:20
50:4 51:16 52:5,7
52:20 53:2,3
54:12 61:5,21
62:12,18 64:17
65:15 66:2 76:6
87:18 111:20,23
117:9 128:17
130:12 143:21
144:23 146:6
156:14 157:5,8,23
158:19 171:6
196:3,13,21
197:16 202:10

205:6 209:23
211:13,15 212:4,6
213:11,14 214:13
Mansfield's 128:19
171:8,17 200:7
March 27:11 28:2
28:2 31:19 46:21
47:2,3,4 49:22
57:3 68:8,9
148:23
Mark 205:23 206:1
206:15 207:13
210:19
marked 48:12,18
49:10,11 147:12
149:21 150:19
169:12,13 174:14
185:6 187:2
195:13,14
marking 150:20
186:18
married 42:3,5,7,8
mason 18:21
material 47:20
materials 60:12
78:18 88:17
matter 191:7
mature 68:2
max 209:16
ma'am 51:11 56:6
151:10,14 173:11
mean 71:11 72:11
73:3 74:10 75:16
101:18,20 102:12
115:14 118:10
124:4,23 127:8,11
130:2 139:11
140:19 142:14
156:15 163:1
166:17,19 167:14
171:16 176:13,14
190:17 191:4,9
194:7 202:15

205:20 210:9,9
212:18
meaning 174:2
means 127:12
139:9 196:8 208:8
211:5 215:8
meant 163:11,21
165:16,18
meat 137:17
medic 138:15
medics 137:23
138:4
meet 153:20 154:17
177:9 178:3,13
183:12 193:18,21
194:5 206:3
meeting 159:1,12
183:5
meetings 177:10
members 123:7
Memorial 10:14
men 48:6 154:12,13
mentioned 187:18
mess 101:1
met 154:8,21
156:12 157:5,23
158:4,18 159:2,11
160:6 177:11,14
177:20 178:7,8,9
178:12 179:14,15
181:19 194:17
Mexicans 210:13
210:20
Michael 11:9
middle 1:2 162:12
162:16 172:17
mid-April 148:19
MIG 37:17,19
mile 78:15 126:23
miles 134:16,17
194:13
mill 53:9
million 209:17

mils 112:6
mind 8:18 88:13
172:5 197:23
mindful 7:13
mine 92:10 199:14
204:18
minute 27:22
minutes 98:11
114:15
mischaracterize
9:12
mislead 9:12
missed 40:19 58:22
214:3
missing 40:12
Mitchell 1:20 3:11
215:22
mix 68:5 73:11,12
90:16
mixed 90:18
Mobile 93:10
Monday 133:3
money 134:19
202:23 203:6
monitor 71:14
monkey 162:21
163:9,17 164:15
164:21 165:19
167:1
Montgomery 44:10
45:18 215:5
month 20:6 27:1
40:3,4 95:5,8
132:4
months 9:22 12:6
13:5 14:2 35:10
36:17,21 39:14
86:6 95:8 162:4
201:23 202:14
203:19
Mormons 173:7
morning 78:8 80:1
85:13 95:20,23

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

122:6 145:11
148:15 164:4
166:3 193:8
194:14
**motivated** 95:18
96:18 108:7
136:15 145:2
**mouth** 59:6
**move** 93:5 125:14
**moved** 9:23 26:14
30:1 33:23 34:7
80:7 86:23 88:7
**movies** 57:16,18
**moving** 125:12
**M.C** 10:19,22 11:1
11:2,11

**N**
**name** 6:5 10:9,21
11:7,8,9,10,19,20
17:17 23:23 35:13
35:18 40:23 43:2
43:3 44:18,20
68:11,12,13 73:8
73:10 84:5,7,13
84:19 85:6 93:9
101:3,8 103:17
104:8,9,9,13,16
104:18 107:13
129:16,17 130:18
154:10 159:17,18
159:21 174:9
**named** 68:10
**names** 10:23 42:20
188:2
**Natasha** 2:13 6:5
**Nathaniel** 1:6
32:13 84:5,6,8
85:5 159:5 195:2
**nature** 116:16
145:2
**Nazi** 109:14,17
**necessarily** 124:1
213:17

**necessary** 66:14
**need** 3:17 32:6
37:12 63:11 70:19
73:16 77:7 87:13
107:21 138:21
**needed** 36:23 53:17
77:8,16 80:8
87:10 89:3 112:21
113:7 117:5,5
138:21 140:4,6
**needle** 69:11,15,17
70:16 75:17
125:22
**neither** 215:17
**never** 42:7,8 54:6
67:3 100:10 103:2
107:19 109:8
111:15 116:20
119:3,4 123:6
127:21 129:7,8,9
144:5,10 152:7
165:21 168:2
193:20 200:10
206:10
**new** 145:8 147:15
148:9 149:18
**nice** 206:12
**nicest** 206:2
**nigger** 104:5
143:11,11,11,12
144:4,5 145:20
170:6
**niggers** 145:18
**night** 14:15 34:20
**ninety** 26:3,6 40:8
118:7,9,15,20
131:22 132:1
**nobody's** 204:18
**nods** 6:14 9:6 32:3
58:12 62:14 65:8
92:3 96:14 106:6
117:10,15 120:10
123:5 142:11

158:21 160:16
180:23 189:23
190:6 198:11
213:15
**nonskid** 112:5,6
**normal** 170:15
**normally** 97:6
**North** 2:16
**NORTHERN** 1:3
**Notary** 1:21 3:12
215:23
**notation** 126:18
**notations** 160:22
**notes** 155:21 160:8
160:13,18,21
182:5 183:21
184:7,10
**notice** 1:17 3:6
50:12 185:8,9,12
**November** 9:16
114:21,23 132:5
**number** 11:21 12:2
12:3 187:16
198:12,13 205:9
205:11 208:22
209:1,4
**numbers** 198:2
205:7
**nurse** 138:15,16
140:5
**N-word** 143:3,9,14
144:17

**O**
**objections** 3:15,16
**observances**
180:20
**obtain** 55:15
**obtained** 174:23
**occasion** 153:20
185:7
**occasions** 178:13
181:20
**occur** 95:16

**occurred** 99:21
115:1 156:22
**occurring** 215:14
**occurs** 162:1
**October** 131:7
**offended** 117:2
149:13,13 172:7
**offensive** 106:19
145:20 149:8
**offered** 3:20 132:18
133:19
**office** 127:1 131:16
133:14 154:17
200:9
**officers** 154:20
**office-type** 212:21
**Off-the-record**
14:23 186:16
**Oh** 99:5 100:8
**okay** 6:4,23 7:5,16
9:15,17 13:18
14:10 15:4,10
16:10 17:5 18:15
19:8,13 23:1,11
24:17 26:19 27:21
29:12 31:16,18
32:7 34:12 36:15
36:20 38:21 39:22
40:13 41:16,20,22
42:7,20 43:22
45:20 50:22 51:5
54:10 55:2 56:7
57:5 61:20 62:9
64:6 67:9,14
68:16 72:17 75:3
82:12,22 84:15
85:3,11,22 86:1
87:7 90:6 98:5
99:15 106:4,7
109:10 110:14,15
111:22 114:14,23
120:17 121:17,20
122:22 126:16

128:2,16 131:11
136:7 137:8
139:17 140:23
144:3,7,22 145:14
146:2 151:22
152:3,11,13 154:8
154:15,19 157:14
157:22 158:3,22
159:23 160:3,21
161:17 162:10
166:9,14 168:12
169:10 172:16
173:12 174:4,11
175:10 176:17
177:18 178:12
179:10 181:17
184:10,17 187:6
187:10 188:4,7
191:4 194:19
195:1,7,11,20
196:10 201:8
204:23 207:13
213:6 214:10,12
214:15
**old** 45:5 77:4
137:19
**older** 84:22,23,23
147:2 190:11
**oldest** 42:18
**once** 15:7 119:5,6
125:18 126:22
127:2,7,12 128:3
128:12,12,13
138:7 141:5 179:5
**ones** 36:4 136:12
161:1,1 186:1
**one's** 129:16
**operate** 21:3,4
66:21
**opportunity** 117:11
117:18
**opposed** 7:17 72:8
162:3

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 12

option 132:18
order 80:22 156:21
orders 80:21
orientation 20:18
  20:21 47:11,13,14
  47:17 48:10 56:10
  57:10,14 59:13,16
original 96:10
ought 105:15
outside 76:12 80:16
  81:20 83:6,8
  89:15 112:19
  113:20 120:1,2,4
  120:8 121:1
  122:23 123:12
  127:18 175:5
out/tag 47:21
  112:12
oversee 74:3
overseeing 75:5
owner 10:15,19
  11:18 17:9,12,14
  17:18,19 32:14
  206:19
owns 206:17
o'clock 127:11

_____
P
page 4:19 5:1 49:21
  50:1,2,3,6,8,14,19
  50:20 51:3,12
  55:2,6,14,14,19
  55:21 56:7 150:13
  151:7,12,23 152:8
  152:23 153:5,6
  162:10,13 169:18
  187:6,10,21
  190:14,15 191:9
  191:10
pages 50:16 56:15
  56:23
paid 57:20 91:14
  120:15,19,21
  194:12

paint 21:11 25:15
  25:21 68:6 73:11
  73:12,18 76:23
  77:2,3,4,5,8 81:21
  87:11 90:17,18
  94:19,22 112:9
  113:3 125:23
  136:21 137:13,14
  140:7,12 171:21
  171:23 198:23
  199:2,7 209:13
  210:11 212:13
painted 89:9
painter 19:22 21:15
  24:23 25:9,12,13
  25:18 26:5 47:17
  61:23 62:2,13
  81:16,17,19 83:9
  117:8,13
painters 23:9 81:12
  171:21,22
painting 25:16,17
  25:22 52:17 54:4
  54:15,16,22 64:14
  66:14 76:11,12,15
  79:17 81:23 82:3
  85:16 89:11,20
  94:18 167:19
  199:1,8 212:11
paints 66:4
pair 193:8,9,12
pants 137:16 140:7
paper 19:17,19,21
  20:1,4,12,17,22
  21:13 22:16,17
  23:4,7,13,14
  24:18,20 26:13
  29:11 31:5 52:8
  65:4,22 90:23
  156:6
paperwork 73:5
  90:19
paragraph 162:11

parking 129:15,18
part 7:3 69:7,16
  79:18 85:8 116:19
  171:17,18 177:8
  194:4 214:1,11
particular 64:22
particulars 152:8
  152:23
parties 3:4 4:3,12
  215:18
party 4:8
part-time 12:22,23
  14:8 15:4
pass 37:10
passed 37:14 47:16
pat 77:10 101:10
  101:12,23 112:14
  112:14,17 113:11
  116:14 138:10
  162:15,18 163:4,4
  163:5 164:1,7,9
  167:13
Patrick 1:5 51:17
  51:19 101:6,7
  103:19 112:3
  114:16,16 115:1,8
  115:9 116:11
  125:18 159:5
  162:19 167:14
  168:5 183:19
  195:3 212:17
pay 18:2 25:13,13
  32:22,23 33:5
  62:5,5 107:3,4,6
  111:11,13 118:2
  118:13 119:1,8
  129:5 146:20
  147:9,16 148:13
  172:13 190:20
  196:7,8,14,18,19
  197:7,9,9,11,12
  197:13,16 198:5,5
  198:6,7,9,9

paying 32:16 57:23
  102:1 202:4
PE 140:21
peel 162:21 163:9
  163:17 164:15,21
  165:19 166:12,15
  166:17 167:1,3,10
  167:11
people 22:12 42:17
  48:2 60:16,23
  70:4 79:1,7 81:19
  82:10 85:3 99:22
  111:11,13 119:11
  121:7,10 187:16
  188:2 200:7 206:6
  206:12 207:3
people's 146:19
percent 113:7
  115:21,21
perform 89:19
  94:17
period 11:3 19:3
  28:11 34:20 39:11
  63:7 64:16 67:23
  68:14,15 202:3
permanent 189:6
person 130:6
  184:11,13
personal 12:4
personnel 40:17
  41:2,3,9,12 49:14
  207:3,5
persons 187:11
perspective 181:8
  206:7
pertaining 105:4
pertains 64:14
  122:1
petroleum 137:20
Pettaway 2:5,6
  5:15 6:18 11:11
  17:1 43:11,20
  87:3,22 175:1,4

178:19 185:22
  186:5,12 197:7,10
  204:7 207:14
  211:16,19 214:19
phone 12:4 155:22
  156:2,3,6 160:17
  160:19 161:5,9
phrase 163:18
  165:18 166:22
  211:23
pick 19:4 108:21
picked 19:5
piece 137:17 209:5
pipe 54:5,6 70:16
  75:15 93:14,15,16
  94:20 95:6,8
pipes 25:22 69:11
  71:13
piping 37:16
pit 112:4 113:15
  115:11,12 116:12
  125:19
place 35:14 54:10
  103:1 112:7
  138:15,16 149:20
  205:3
places 34:16
Plaintiff 186:19
plaintiffs 1:8 2:4
  178:4 195:4,22
plant 68:19,20,21
  68:22,23 69:1
  70:9 75:20,23
  76:10 78:14,16,17
  79:1,11,15 80:8
  80:10,11,12,13,14
  80:15 81:4 85:15
  86:23 87:19,21
  88:7,21 89:2,19
  90:7 92:23 93:2,5
  93:7,14,20 94:1,8
  94:9,10,16,17,19
  95:2,12,16,22

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

96:4,6,8,9,15 98:2
98:3,7,7 99:18
101:15 103:11
119:11,23 121:6,7
123:16,17,18
124:1,8 125:4
130:16 132:11
134:7 168:16
169:7 172:9 179:4
179:21 189:10,16
189:19 190:5
192:16,19
plants 76:6
plastic 112:16
playing 162:21
163:8,17 164:14
164:20 165:19
167:1,10 204:7,19
please 207:18
plugs 141:23
pocket 137:12
point 59:15 64:19
83:3 96:16 148:2
152:17 157:4
165:20 176:23
192:23 197:1
200:16
policy 50:4 129:2
207:6
popped 192:15
portion 32:23
153:6
posed 87:18
position 19:23
63:16 172:3
199:12
positions 62:18
63:22 117:12
post-hiring 50:17
50:23 51:6,9
power 170:6
PPE 47:21 140:18
166:5

Practices 48:20
pressure 136:23
137:9 141:1,6
pretty 68:4 190:8
previous 8:21
primarily 69:1,13
171:5
prior 155:13
probably 8:16
88:23 101:21
102:23 107:7
119:5,5 123:21
128:3,4,5 145:23
161:19 181:14
problem 91:8,8
171:13,14,15
192:2,3,9 209:21
procedural 3:8
procedure 3:22
122:1
procedures 117:23
proceeding 215:7
proceedings 215:14
process 156:17
200:12
produced 215:9
production 186:14
program 19:9 39:1
progress 97:11
promise 118:6
promised 118:5
promoted 21:17
proper 140:22
166:5 181:8
property 171:7
prophet 173:6
proprietor 10:15
protective 140:10
140:22
provide 185:17
provided 3:21 4:9
Public 1:21 3:12
215:23

pull 36:4
punitive 208:7,13
208:22 209:2,11
purpose 3:21
pursuant 1:17 3:6
put 43:16 57:17,21
59:5 68:4 73:9
78:2,12 81:17,20
92:22 112:9,14,15
113:15 116:20
138:5,7 141:1
155:17 161:5
180:8 209:23
puts 78:18
putting 134:19
137:19
p.m 1:23 214:22

_____
Q
qualified 64:21
65:2
quarter 126:23
question 7:14 8:2,4
8:8,23 9:7,10 23:1
87:17 88:10 103:2
103:2 152:5
161:13 183:8
194:15 211:17
questioning 170:12
questionnaire
50:17 51:1,6,10
questions 3:15,17
6:10 8:15 57:13
58:20 59:7,10
82:7 214:18
quit 113:15
quite 27:4 101:11

_____
R
racial 104:1,20
105:4 109:4,10
111:18 144:12,18
171:19
racially 95:18

96:18 108:6
136:14 145:1
racist 101:22
108:22 109:8
113:12 170:14
172:7 206:6
rack 70:16 75:16
racks 54:5,6
radio 103:8
Ragland 1:6 84:3
85:4 136:23 188:1
195:1
rain 85:13 119:9,17
121:9 122:7
123:19 126:4,16
rained 76:7 119:9
119:10,15 122:5
123:11
raining 80:23 120:1
120:7 121:1,15
122:15,23 124:4
127:17,22,23
128:4,5 129:1,12
129:20
rains 130:10
rain-out 119:1
122:2,4
raise 26:4,6 92:16
118:4,8,16,21
132:7,8,12 133:10
134:4,9,10 135:22
135:23 136:2,19
167:18
raises 92:13
Ralo 1:6,16 3:5 4:5
5:16 45:3,15,16
144:17 186:19
214:21
ran 94:20,23
209:14
random 213:9
rarely 68:23 125:17
rate 62:5

ration 79:5
rationing 79:4
Razor 10:19,22
11:2,11
read 55:9 57:12
139:12 161:15
173:12,19 182:9
reading 184:23
ready 8:5 9:1 85:15
89:9 132:10
real 11:7,8,19
84:12 102:19
113:2,3 191:15
realized 119:22
really 13:15 26:23
31:17 40:9,10
54:1 57:21 67:3,5
81:15,23 91:1
111:11,12,14,16
116:18 125:23
134:19 138:8,9
140:2 142:17
151:21 157:12
161:2 172:11,11
174:6 179:20,23
181:8 182:10,11
183:21 184:1
190:11,12 191:9
192:1,22 196:15
198:2 200:16
206:5 210:5
212:15
rear 137:18
reason 6:20 26:9
87:23 88:1,3,14
97:15 101:13
198:14 200:4
reasonable 205:1,2
reasons 198:13
recall 31:17 47:9
49:2 51:7 55:6
58:14 59:19,23
61:15 62:1 84:6

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

95:3 96:17 97:16
121:12 138:12
145:22 151:21
153:13 165:8
**receive** 59:16
118:21 119:1,4
**received** 47:10 49:6
61:15 64:20 92:13
119:8 185:18
186:2
**receiving** 49:2 55:6
200:21
**recognize** 150:2,23
169:15 174:18
**recommended** 53:3
**recommending**
54:12
**record** 7:1,4 8:7,13
82:21 110:3
155:10 156:1,8
164:18 165:11
**:corded** 7:22
**recording** 161:10
**recordings** 160:18
**red** 111:5
**Reed** 63:5 67:7
69:19,20 70:5,20
71:2,3,21 72:15
74:1,15,22 75:7
75:13 78:22,23
90:1,2,8 94:4
96:12 97:19
100:13 114:6
116:1,2,3 118:10
127:21 145:9,10
146:16,17 147:1,3
147:7,21 149:3
162:14,17 163:4
165:1,15 166:3
167:1,2
**refer** 110:5 143:19
**references** 144:7
**referred** 115:4,7,10

115:14
**referring** 205:22
**refuse** 136:4
**regarding** 57:1
**regardless** 4:9
127:17 128:20,23
**regular** 87:8 148:4
**regulations** 55:7,12
**relates** 6:11 187:12
208:22 209:1,8
**relationship** 106:4
**relief** 195:23
**remaining** 56:14,15
**remember** 17:17
20:6 26:19,21
27:1 30:8,14 31:2
31:7 38:4 47:1,8
47:14,15 49:18
53:19 57:6 60:7
60:14 62:4 68:13
85:6,23 96:2,20
97:23 100:18
101:10 104:8,12
110:18,21,22
114:18 130:18
144:1 153:23
154:8,10 158:3,5
161:19 162:2
171:2 175:7,9,10
175:12,13 177:17
178:9,11 181:11
182:18 183:17,22
200:20 202:7
203:8,8,12
**remembered** 171:1
183:19
**remembers** 181:12
**Reneir** 44:12
**Renier** 44:12,14
45:3,11
**rent** 18:2 32:17,22
33:5
**rephrase** 9:9

**reported** 75:7
**reporter** 1:20 3:11
5:13 6:21 175:6
215:23
**REPORTER'S**
215:2
**represent** 6:6 27:9
**representing** 3:4
4:3
**represents** 215:12
**request** 186:8,14
**requested** 112:22
**requesting** 112:21
**requests** 185:11
**required** 140:18
**requirement** 18:12
**requirements** 3:9
**reserved** 3:18
**residence** 45:19
**respect** 3:8
**response** 102:14
110:20
**responses** 186:3,9
**responsibility** 66:8
71:18 91:6,7,10
91:13
**responsible** 73:16
**rest** 19:3 22:11
71:23 126:7 184:3
184:4
**result** 142:20 205:4
215:19
**results** 55:16
**returned** 30:20
**reviewed** 58:8
**reviews** 48:23
56:21 150:3 151:2
169:16 174:20
185:14
**rewrote** 173:23
**Richard** 93:8,9,17
93:19,23 94:6,10
94:13 95:7,12,13

95:14 101:7
129:16,17 130:12
130:14 131:3
**Richardson** 1:5
69:4 70:2 79:10
79:18 82:9 85:8
96:12 168:13,19
168:22 169:4
190:2 195:2 206:1
206:14,15 207:13
**rid** 100:23 102:3,21
103:16 114:17
116:13 162:22
163:23 168:7,15
168:21 169:6
**ride** 53:8 103:10
123:9
**right** 7:2 13:7,15
22:12 31:9,11
34:16 38:18,23
49:7 72:3 74:14
85:9 94:6 104:12
104:17 108:2,8
109:15,18 110:17
110:19 113:9
115:6 117:9 120:9
120:21 127:6
128:7 129:21
132:3,8 149:15
160:1 162:16
165:2,5 166:20
170:19 172:16
173:5 176:14
180:9,15,22 184:8
197:1 199:18,19
203:15 207:11,12
207:19 209:20
210:16
**rise** 111:10 170:5
**risk** 211:10
**road** 130:1
**Robert** 63:10,14
104:4,5,6,17,19

105:2,3,22,23
107:10 109:5
110:6,7,9,15
111:2 135:18
145:4,15,16
146:12 147:2
149:3,6,10
**Robert's** 104:8,9,9
104:13 147:2
**rode** 79:23 98:10
123:6
**rolling** 82:2
**room** 58:7 145:6
154:19 155:7
179:2 180:11
184:12
**Rouge** 22:22
**rules** 3:22 55:7,11
127:9 209:16
213:8,19
**ruling** 3:18
**run** 73:18 112:7
209:15,17,19
210:11
**running** 95:1
209:22
**rust** 69:12
**R-A** 43:5
**R-A-Z-O-R** 11:5
**R-E-E-N** 44:15
**R-E-N-E** 44:15
**R-E-N-I-E-R** 44:15
44:16

_____
S
_____
**sacrificed** 198:18
**Safe** 48:20
**safety** 47:19,20
48:14,17,17 55:21
70:14
**salary** 62:15
**sand** 21:6
**sandblast** 63:2
**sandblaster** 21:5,6

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

21:9 62:21,22
63:9,11,12,15,17
63:19 64:2
sandblasters 63:22
sandblasting 22:14
64:15 65:2
SANDERS 2:6,6
Sanitary 16:11,14
16:15 17:16,20
18:8 19:13,16
29:1,7,9,23 30:13
30:15,21 31:8,13
sanitize 16:14
sat 77:17 137:15
207:17
satisfied 147:13
Saturdays 29:20,22
saw 76:20 83:2,22
84:2 85:12
saying 11:1 36:15
48:16 57:5 59:6
60:9 74:17,21
79:6,20 80:5 81:8
82:9 83:7 86:1
88:13 97:14
101:12 102:23
106:22 108:1
110:4 127:19
139:19 141:5
156:11 160:4
164:9,20,23
166:12 168:10
174:4 177:5
178:21 180:22
184:2 186:8
190:10 194:22
198:6 202:3
204:13,14 211:20
212:16 213:2,7
says 162:13,14,17
169:3 187:23
scab 138:18
scaffold 89:8,8

scared 89:5
school 12:10,14,21
14:7,11,12,13,18
15:5 18:15 19:6
28:17 37:15 64:10
198:23 199:5,15
200:18,23 201:1,2
201:9,10,13 203:4
scissor 65:13,14
66:3,9 67:4,14,17
67:21
scratched 173:9
screaming 143:7
second 49:21 72:14
72:15 86:8 150:13
153:5 168:12
see 30:1,11 36:10
38:1,5 45:2 46:6
50:2 56:15 58:17
78:14 81:19 95:1
98:18 117:1 120:3
122:11,15 123:12
123:17 126:1,2
162:13,17 170:8
170:13,15 171:19
172:16 179:22
180:15 182:13
185:7,11,13,20
206:7
seeing 76:18
seen 48:21 67:23
74:15 77:9 113:18
158:11 170:17
173:19 174:18
186:23 195:17,18
selective 18:23
self 88:8
Selma 1:19 2:9
9:18 12:12 16:22
35:20 43:9
semester 38:17,17
send 71:9 171:22
193:1 202:6

sending 72:8 98:9
98:12 102:17
senior 19:2
sent 68:21,23 71:21
71:21 72:1 75:7
98:15 99:22 100:6
100:9 101:15
131:1 137:22
161:7 200:5,8
sentence 168:12
separate 210:16
September 131:6
September-Octo...
131:8
series 57:13,16
serious 106:16
service 40:21,23
41:1 207:23 208:2
Services 1:12 6:7
set 13:14 186:21
seven 127:10
seventy 134:17
194:13
Sexual 60:1 61:8,9
Shaiyale 45:8,9,15
45:16
shakes 49:4 67:11
96:5 163:19
176:16
shaking 165:6
Shamirika 45:16
Sharannce 42:22
44:4,6
shed 76:9
sheet 55:23
shield 141:14,15,21
shipped 66:12
101:6
shoes 142:7
shook 164:15
shop 10:16,18
11:14,15 30:19
Shorthand 1:20

3:11
shortly 161:20
162:3
short-handed
124:16
show 8:7 21:7,8
48:13,18 49:11
92:22 121:14
122:16,17,17
124:15 126:19,21
128:22,23 174:15
185:3,9 186:17
195:14
showed 57:8 123:2
123:12 126:20
129:3 206:5
showing 45:23
128:22 129:5
149:21
show-up 119:8
129:22 130:2,8,9
130:11,21,22
131:2,4
shuttle 18:19
sic 115:4 158:12
side 36:11 76:16
189:12
sidewalk 112:10
sign 40:22 95:21
109:14 153:12,15
212:4 213:13
signature 4:14
49:21 50:6,10,20
55:3,17,23 56:5
56:22 150:7,16
151:8,13 169:18
187:8
signed 161:15
173:13,17,19
174:9 176:22
177:7,13,16 213:3
213:10
signing 213:21

sir 151:5 152:2
162:13 187:8
sister 45:17
sit 76:8 108:18
129:21 170:7
176:23 196:10
197:15,23
site 24:20 128:15
128:18 129:4
132:19
sites 80:9
sitting 70:22 105:6
108:8 120:2
129:18 145:5
184:11 212:23
situation 166:2
210:2
six 9:22 13:5 14:2
42:15 122:6
sixty-day 40:19
skin 137:6,7 141:9
skip 56:7
slacks 76:9
slang 143:22,23
slash 43:5,11,14
sleep 71:10 72:19
140:2
sleepy 70:19
slimy 138:8
slipping 166:12,16
166:16 167:3,9
slur 104:1 105:4
111:19
slurs 104:21 109:4
109:10 144:12,18
171:19 172:7
Smith 172:20 173:4
173:4,6,20
Smitherman 68:11
70:1,15 71:22
75:4 92:1,4 96:11
104:6,10,10,11,15
104:20 106:2,8

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

174:1
somebody 57:11
  75:4 124:15
  163:16 164:14,20
  165:22,23 170:9
  173:2 174:4 189:2
  211:9
somebody's 25:19
  163:16
son 106:1 110:10
son's 47:7
sooner 22:5 207:21
sorry 14:21 15:1
  48:15 59:22 80:4
  85:19 165:9
  199:17 214:3
sort 64:13
sound 28:3
sounds 16:15
  105:12
south 111:10 170:4
southside 12:11,14
  14:6 15:2 18:19
Spanish 210:22
speak 5:17 6:19
  60:17 210:7
special 112:8 142:7
specifically 7:14
  53:19 157:20
  175:15 196:6
spell 16:13 43:4
  44:5,14,18 45:9
spill 9:4
spraying 22:14
spreading 138:9
spring 31:7
stalls 171:8 172:8
standing 75:15
  130:6,7
start 8:6 13:18
  19:18 25:1 30:6
  33:15 38:1 41:11
  67:1,21 85:16

94:22 125:21
  138:18 142:17
  200:20
started 8:9 20:9,19
  20:23 21:13 25:11
  25:12,13 27:10,18
  28:1 30:9 34:13
  38:21 39:3,5
  46:21 47:9,12
  49:20 52:22 53:23
  57:7 61:1,17,18
  61:20 62:1,4,6
  63:8 67:19 68:8
  89:10 106:23
  139:4 165:6,12
  178:22 193:17
  199:16 201:5,19
starting 8:3 21:11
  101:1
State 1:21 3:12,22
  202:21 215:4
statement 168:3
  171:3 173:12
  179:7
statements 176:1
  184:19
STATES 1:1
stationed 145:13
Statute 4:9
stay 22:12 45:17
  68:7 105:20
  121:17,20 135:10
  208:4,5
stayed 98:14
  159:18
staying 128:6
stays 43:10
steel 79:16 81:21
stenographic 215:8
step 74:2 167:18
stepdad 105:18
  106:11 109:11
stepping 166:14

stepson 104:7
  105:6 106:1,2
Steve 159:18
  193:14,15 194:4
stipulated 3:2 4:1
  4:11
stipulation 1:17 3:6
stipulations 3:1
  5:14
stomach 140:2
stop 141:3
stopped 203:21
story 119:21
  179:22
street 1:19 2:8,16
  16:20 17:3
structure 37:22
  76:11,15 79:16,17
  80:17 97:12
structures 81:21
stuck 37:18
stuff 18:21 36:3
  71:11 78:2 79:3
  111:9 112:11
  114:10 132:9
  138:4 155:23
  182:22 183:1
  193:7
subcontracted
  23:18
subcontractor 23:6
subject 187:14
subtractors 23:6
successful 37:17
sudden 192:17
sued 6:8
suffered 205:5
suffering 142:19
suggest 172:1
suit 112:16,16
  136:21 137:13,14
  140:7
suits 46:18 77:4,4,5

summer 31:12,15
summertime 27:2
  31:10
Sunbelt 65:21
Sunday 133:2
Superintendent
  168:14 169:4
supervision 215:11
supervisor 17:6,10
  17:16 20:11 22:9
  24:12,15 32:11
  69:18 70:5 73:1
  73:13 89:22 90:2
  90:9 95:11,14
  96:13 145:21
  210:4
supervisors 210:4
support 187:12
supposed 72:6 91:2
  191:17 194:12
sure 7:19 8:12,13
  8:15 27:4 29:17
  32:6 56:19 58:20
  59:4 74:4,14,21
  99:3 109:6 119:19
  144:16 157:13
  165:10 166:21
  174:11 187:4
  195:18 210:3
Swastika 110:15
sweating 142:18
sworn 5:17 7:7
symbol 109:18
system 55:23
S-H 45:10
S-H-A-I-Y-A-L-E
  45:10
S-H-A-R-A-N-N-...
  44:6

_____

T

take 18:20 24:8
  37:7,12,16 58:3
  58:19 74:18 90:15

95:4,21 138:17
  172:14 184:1
  191:1 205:12
  213:8
taken 1:16 3:5,10
  6:15 49:7 57:2
  185:2 215:7
talk 8:1,12 27:21
  64:8 157:6 167:22
  167:22 168:2
  210:23
talked 8:16 29:13
  34:17 60:3 146:23
  146:23 147:1
  149:11 160:9
  178:15 187:17
  207:20 208:16
talking 7:11 23:2
  33:10 49:5 57:7
  60:8 83:21 101:4
  101:23 102:10,19
  102:20 103:6,20
  106:1,5,7,12
  110:8 147:20
  156:18 165:13
  166:11 177:4
  183:11 189:21
  197:8,13 201:13
  212:22 214:12
talks 147:3,10,17
  147:18
tank 66:14 89:4,6,6
  125:22 137:1,10
  140:19 141:2
tanks 25:22
tape 58:17 59:1,19
  59:20,23 60:2
  155:10 156:8
  161:4
tapes 47:18
targets 168:7
Tarver 1:7 195:3
tattoo 109:16

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 17

110:16
taxes 56:8
team 30:1,2,6,9
  31:22 32:1,8,9,11
  32:19 33:13,20
  34:4,5,22 74:11
  74:12 79:19 81:14
tear 204:11
telephone 11:21
tell 30:12 52:5
  54:20 61:2 63:4,6
  66:16 70:13 71:20
  72:10,14 73:19
  74:7 75:19 90:8
  90:19 98:5 100:18
  101:3 103:4 105:2
  122:22 124:17
  135:3 136:22
  140:8 146:18,20
  147:4,9 149:17
  150:22 152:14
  156:8 161:10
  163:1,2 168:22
  169:14 170:9
  174:17 202:1
  211:2
telling 86:9 105:23
  119:21 143:15
  145:15 146:3
  147:13 149:5,7
  153:1 193:15
temp 40:21,23 41:1
  41:6 207:22 208:2
ten 25:3,4 29:19
  42:14,18 43:7
  62:7,7 91:20
  118:13 134:14,18
  135:18,21
tendency 7:23
Ten-fifty 25:7
ten-year-old 44:3
  44:11
term 37:20

terminated 40:13
  40:15 99:6,10,11
  99:16 170:23
terms 85:19 144:11
  196:1 197:15
  205:7
test 21:1 37:7 39:2
  47:16 55:16 57:6
  57:19 58:3,18,19
  59:3
tested 58:5 60:12
testified 5:19 90:8
  143:9
testify 143:13
testimony 7:6,8
  9:13 59:4
testing 50:11 56:11
  57:1
tests 49:5 57:2,18
  59:14 213:9
theirself 73:21
thick 142:12
thing 8:19 24:6
  40:11 48:9 73:22
  82:20 89:12 91:9
  92:11 100:18
  103:13 112:13
  141:18 163:23
  171:8 172:4 179:4
  179:6,19 180:13
  181:3 200:15
  204:21 208:20
things 8:17 23:3
  24:10 25:23 47:19
  47:21,22 48:4
  58:21 70:10 74:6
  78:13 86:21 87:6
  88:5 102:22 103:5
  107:17 109:13
  111:10,11,17
  118:4 155:15,19
  156:2,7,9,19
  160:5,22 164:7

170:4 180:7 181:7
  181:21 182:1
  183:9,18,20,22
  193:11,22 194:10
  197:17 198:16,18
  198:18,20 206:8
  208:15 209:15
think 8:3 14:16
  16:5 17:22 20:14
  22:18 23:2 27:2
  31:14 34:12 37:9
  39:5 50:18 60:2
  65:1 72:3 79:6
  84:5,19 87:17
  93:9 94:8 97:16
  97:21 99:10,12,13
  99:14 101:21
  108:6,11,12 112:1
  112:5 119:5,8
  124:6 129:16
  131:12,14 132:6
  134:12 136:10,14
  142:22 144:15
  147:22 153:14
  154:3,3,22 155:2
  155:12 156:12
  157:11 166:22
  172:14 178:1
  195:18 196:11,19
  196:20 197:14,15
  200:22 204:1,3,23
  212:3 213:2,3,10
  213:13 214:16
thinking 8:18,23
  113:22
thinks 146:11
thinner 86:14
  87:16 103:12,13
  193:2
thirteen 135:20
thirty 26:2 114:15
  207:7
thirty-day 40:19

thought 70:11 72:7
  72:19 76:3 86:10
  102:18 124:6
  145:17 205:2,6
  206:20 208:21
  209:1,7,12
three 42:14,18 70:4
  77:1 86:6 88:23
  89:23 93:1 94:8,9
  94:11,16,17,19
  95:2,12,16 96:4,6
  97:7 98:2,3,7
  105:11 121:5
  124:3,9 146:9
  153:19 155:6
  177:12,13,13,14
  177:20 178:13
  181:19 193:9
  201:23 202:13
  203:19
three-week 89:12
three-year 22:19
throwing 148:10
  204:19
Thursday 132:22
ticket 46:1,2,6,10
tied 70:21
time 3:18,19 13:23
  16:9 19:15 22:20
  27:13 28:10 29:4
  29:8 30:21 31:23
  34:1 39:9,11,12
  40:1 46:5 52:2,3
  62:10 63:3,8
  64:16,19 66:1,11
  67:8,18,23 68:15
  68:18 72:14,15
  74:13 75:5,12,13
  76:1,17 79:22
  80:17,19 81:5
  83:3,22 84:2
  85:12,20 86:3,5,6
  86:7 96:2,16

100:21 105:3
  106:18 112:22
  115:13,18 117:8
  118:3 121:2
  123:22 124:11,19
  125:19 127:12,14
  127:23 129:9,23
  130:2,9,9,10,11
  130:21,22 131:2,4
  132:6 134:8
  139:13,23 140:4,8
  143:4 145:3,19
  148:2 149:2
  152:19 155:22
  156:1 158:7,8,9
  161:21,21 164:8
  167:14 171:20
  172:6 173:23
  176:12,13 177:6
  177:10,23 178:1,5
  178:8 179:14
  181:18 184:14,16
  188:10,20 189:9
  189:18,21 192:20
  197:2 198:15,19
  202:1 203:5,21
  204:5 205:15
  215:15
timeframe 29:14
times 8:14 53:17
  74:23 77:22
  120:17 129:8
  130:22 157:16
  177:12,13,14,20
title 21:20 61:21
  62:9 92:9,10
today 6:9 7:6 98:19
  108:17 122:10,20
  126:6 130:4
  145:17 161:7
  162:1,2,3,6
  187:17 188:3
toilets 172:9

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 18

told 17:6 52:14
 61:1,7 66:20,23
 70:20 71:2,3,23
 72:18,23 73:13
 74:1,18 75:9,9,10
 87:19 92:1,15
 94:3 97:18,20
 99:15,20 100:5
 102:3 105:18
 107:4 109:6
 113:10 114:12
 115:16,22 116:3
 116:11 118:17
 121:2 125:11
 131:19 132:7
 133:2,12 135:8
 136:1,13 137:22
 138:19,20 145:3,3
 146:7,7 148:12,13
 149:2 156:12
 162:14,18 165:15
 167:9,13,13
 168:13,14,17,18
 168:19 169:4,5
 188:3 191:21,22
 192:4,7 193:10
 201:16 203:22
 207:20 208:2
 212:17
tomorrow 87:14
tool 78:11,11
top 49:15 89:4,5,10
 94:22 175:20
 187:23
topics 58:9
touch 200:6
town 22:21 46:9
 101:7 159:19
 204:4,8,15
track 127:3
trailer 58:11
 128:19
train 21:2,3 22:3

trained 21:4,5,21
training 20:18,21
 47:10 59:18 61:17
transcript 215:10
 215:13
transfer 132:18
 133:19
translating 156:5
travel 22:22
treat 139:3
treatment 180:1
trees 36:3
trial 4:7
trick 176:9
tried 86:20 107:19
 202:1
triplets 42:16
truck 100:21 102:5
 103:7,9,14 165:3
 166:11
true 215:13
trust 91:3
truth 5:18,18,19
try 7:15,23 9:9
 37:10 182:18
trying 29:12,16
 31:6 43:20 53:20
 54:9 63:20 66:19
 71:6 73:23 81:2
 93:22 100:4
 101:12 109:3
 113:14 115:6
 117:3 119:13,19
 120:2 128:7
 129:15 156:20
 157:17 161:23
 167:16,20,20
 198:17 201:21
 202:22 203:21
 205:14,15
turns 138:8
TV 57:23
twelve 135:20

twenty 112:6
 134:16
twice 38:6
two 17:21 23:3
 27:12,14,15 39:14
 39:20 44:22 68:4
 68:19,20,21 69:2
 70:10 75:21,23
 77:1,6,7 78:17
 80:10,11 86:6
 88:23 89:2,11,22
 90:2,7 92:23 93:1
 93:2 94:12 95:5,8
 95:9 96:8,9,15
 98:7 99:18 103:18
 105:1 114:20
 121:5 123:18
 124:2,9 129:5
 130:16,16 138:17
 146:8 153:18
 154:12,13,23
 155:1,2,4 160:6
 170:22 172:9
 175:22 177:12,20
 177:21,23 178:13
 181:19 189:13
 193:9 201:23
 202:13 203:18
type 36:1 37:20
 54:4 112:8 134:13
 138:11 152:5,6,11
 190:11
typed 152:4,7
 153:2,10
types 71:12
T-shirts 109:21
 111:9

U

uh-huh 7:12,18
 47:5 189:23
 206:16
uh-uh 7:18 96:5
 125:16

undermine 199:9
underpaid 188:19
understand 6:9 7:9
 9:8,11 59:11
 119:20 166:21
 186:6
understood 55:11
 58:21 59:8 211:17
underwear 137:16
 140:7
unemployment
 200:3,8,15,21
 201:5,21,22 202:5
 202:8,14,17 203:6
 203:9,11,20,23
Union 1:18 2:8
UNITED 1:1
unknown 193:14
upset 101:11
 112:13
use 18:22 37:20
 66:15 79:2 87:12
 103:23 104:20
 143:3,14,22,23
 144:11 149:17
 170:8 171:9 211:3
Usual 5:13

V

vacuum 114:11
vacuuming 114:1,1
 114:10,13
valid 65:22 66:1
value 205:1,2
varies 13:17
various 58:9,21
Vaseline 137:20
verbally 164:16,17
versions 177:2
videos 58:8 59:15
videotapes 57:16
vocational 19:11
vs 1:10

W

wage 202:1
wages 200:5,8
 202:2,6
wait 120:3 122:11
 203:18
waited 98:22
waiting 85:14 89:6
 103:10 200:14
waived 3:9 4:5,15
waiving 4:10
wake 72:23 75:9,10
 122:5,14 124:3
walk 78:16 127:3
walked 107:1
 133:13
walking 128:20
wall 170:4 171:20
Wallace 14:14
 34:19 35:2,4
 36:16 38:13,16
 201:14,15,17
 202:21
walls 170:17
want 7:18 9:2,11
 22:13 26:16 37:14
 52:15 54:19,21,23
 56:9 59:4,5 63:12
 63:13 67:9 74:2
 74:14,20 82:6,21
 90:9,17 91:12
 97:22 103:5,16
 105:19 106:13
 108:10 111:14
 117:19 130:3
 134:5,15 135:15
 135:17 146:12,13
 163:6 166:20
 169:13 174:16
 176:9 177:19
 194:3,9 198:22,23
 199:3,3,6 206:3
 208:11,19 210:9

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 19

212:15 213:20
wanted 19:4 27:22
  52:16,16 55:1
  62:22 63:1 67:5
  80:20 101:14
  108:19 109:5
  117:21 124:20
  133:2 135:17
  163:23 165:10
  167:17 174:11
  176:3 182:21
  184:2 193:21
  194:9 195:20
  196:5 214:2
wanting 85:17
  164:17 168:7
  176:17
wants 90:20
warning 72:13,13
wash 141:2
washed 138:6
washing 137:1,10
  141:6
wasn't 19:8 21:4
  25:21 26:4 27:14
  28:22 47:13 53:6
  53:7,8,10,12,22
  53:22 54:1,4 66:2
  71:17 72:5 74:6
  79:18,22 81:12,13
  81:16,23 83:9
  88:22 89:5,13,14
  91:1,8,8,14 97:11
  103:1 104:2,10
  107:21 108:3
  109:13 118:6
  119:15 122:3,13
  125:1 129:13
  132:7 136:3
  139:23 143:5,5
  146:14,15 148:4,6
  148:7 149:14,14
  156:16,19 166:6

167:20 171:4,5
  172:3 173:14,16
  180:8 184:13,13
  184:14 185:1
  189:5 191:2,12,12
  191:16 192:2,3,18
  199:9 200:5 201:9
  202:2,3,4 203:7
  204:9,17,21
  212:12
watch 58:1 59:2
  73:13
watched 47:18
watching 57:23
  59:14,15
water 17:1,2,2,5
  93:15,16 94:20
  138:7 141:6 142:8
  142:10
way 8:3 9:13 14:21
  63:18 94:22 96:19
  98:10,13 104:1
  107:22 126:19
  129:23 136:15
  138:1 139:18
  142:15 146:14
  147:4 163:13,13
  164:7,9 165:21
  166:13 167:12
  168:11 172:6
  176:8,10 179:17
  204:16 206:11
ways 146:19 172:18
  196:1
wear 47:20 109:20
  109:22,23 111:2,8
  111:15 112:17
  140:7,10,11
  141:11,23 142:2,4
  142:6 190:21
  193:12
week 29:19 101:5
  102:2 103:18

145:23 193:13
weeks 88:23 89:23
  93:1 121:5 124:9
  146:9 148:17
  162:4
welder 34:23
welding 14:15
  18:20 35:12 36:6
  36:17 37:7,8
  64:10 199:6,15
  201:2,10 207:1
went 14:13,14
  16:11 19:6 28:16
  30:16 31:9,13
  34:19 38:7 39:14
  60:5 70:15 90:6
  92:23 93:7 94:10
  96:15 98:7,8
  115:2 116:6
  119:17,18 137:11
  146:22 179:6
  180:5 189:8 190:9
  199:5 201:20
weren't 80:2,6 81:3
  135:8 156:13
we'll 27:21 80:21
  110:7 122:8,8,9
  122:21 210:23
we're 7:11 41:22
  69:14 71:11 73:6
  73:7,7 114:12,13
  116:10 130:4,6,9
  134:17 171:20
we've 42:1 45:3
  208:16
whatnot 21:2 36:6
  37:23 48:8 54:5,8
  57:19 58:18,22
  60:20 66:5 103:18
  108:17 138:5
  191:5 213:9
white 2:14 77:15
  81:3,10 82:4,12

82:23 83:16,19
  93:12 130:14,15
  144:7,8 170:5
  188:11,12,13
  206:2
whites 210:13,20
Whitten 20:13
  24:12
William 1:6 85:4
  188:1 195:1
willing 211:10
  212:9 213:8
Wilson 2:13 6:2,5
  186:1,7 214:16
winding 132:14
winter 31:8
wiring 37:21
witness 4:13,14
  6:14 9:6 32:3
  43:13,22 48:23
  49:4 50:9 56:21
  58:12 62:14 65:8
  67:11 92:3 96:5
  96:14 100:9 106:6
  117:10,15 120:10
  123:5 142:11
  150:3,15 151:2
  153:7 158:21
  160:16 163:19
  169:16 174:20
  175:4 176:16
  180:23 185:14
  189:23 190:6
  198:11 207:16
  213:15
witnessed 75:3
  86:10 99:23 100:2
witnesses 143:8,13
woke 70:23 122:7
woman 154:11
women 32:21
wondering 176:23
word 104:4 118:7

148:11
words 7:13 59:5
  90:11,12 113:13
  161:6 214:3
word's 104:4
wore 109:14 141:13
  141:15,20 142:10
work 23:4,11 24:8
  24:13,17 28:14,15
  28:18 29:16 30:1
  30:3,6,9,20 31:22
  32:1,8,9,12,19
  33:13,20,21 34:4
  34:5,22 37:16
  39:20 40:12 47:17
  51:19,22 53:1
  54:7,11,13,21
  60:21 68:1 72:20
  74:9,10 76:20
  79:23 83:6 85:18
  88:20 94:7 97:2,6
  97:10,17,18,22
  98:14,16,17
  108:20,23,23
  109:23 111:6,16
  116:20 119:10
  120:3,4,7,13
  121:14,17 122:6
  122:16,19 123:4
  123:13,17,18,19
  123:20 124:5,12
  124:16 126:5,5,14
  127:5,8,11,16,17
  128:1,3 133:3,7
  133:10 134:11,13
  134:13 135:5,10
  136:5 137:21
  138:2,21,22,22
  140:3,6,19 143:3
  143:14 144:18,19
  146:13,14,18
  156:9 170:15
  189:4,11,16,18

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

190:15,19 191:12
191:13,14 193:4
194:14 204:10
205:16,17,20,23
205:23 206:12,14
206:20 207:2,2,4
207:8,9 210:14,15
210:17
**worked** 12:23
21:23 23:16,20
27:5 29:10 38:5
51:17 62:10 69:1
76:21 77:10,11
81:4 82:9 83:1,7
83:20 84:17 111:4
120:23 121:6,9
124:8 134:3 190:2
**workers** 104:2,3
170:3 171:10
**worker's** 50:11
56:3
**working** 10:3,5
12:5,20 13:18
16:8 18:1 19:15
19:16,17 20:23
22:2 27:10,12,14
27:17,18 28:19,20
29:3,4,8,9 31:3,21
31:23 33:12,15
34:3 38:6,8 40:16
48:3,7 53:23
61:20 66:11 67:19
70:9 73:6,7 74:8
76:3,6 79:14 83:4
86:4,5 95:7,12
112:4 120:8
123:15,22 124:2,2
156:13,17 158:14
167:16 188:9
191:5 192:17
196:23 197:4,6
199:16 200:14
201:19 202:6

206:23 207:5
210:18,20
**works** 10:18 11:15
18:4 24:11 111:5
206:18
**world** 206:4
**worried** 126:11
**worry** 106:20
122:11
**wouldn't** 74:13
81:17 90:11,12
101:3 102:23
108:7 112:10
117:4 119:16
124:17 126:1,2
132:12 140:1
148:5 164:5
170:15 190:20
192:21
**write** 43:16 152:16
155:9 170:9
171:11 173:2
181:21 182:1,18
182:22,23 183:6,9
183:10
**written** 152:20,20
170:21 172:8,19
172:21 174:8,12
176:4 177:7
**wrong** 90:18 173:3
173:20 208:9
**wrongs** 196:3
**wrote** 90:23 152:21
155:13,18 156:2,5
160:4 169:22
171:2 173:8,21
174:6 184:7,20
**W-H-I-T-T-E-N**
20:14
**W-2** 186:6

---

**Y**

**yeah** 9:14 15:6
16:21 17:2,19,23

20:10 25:6 33:19
34:23 36:12 74:4
79:21 82:19 84:9
85:2 86:13 90:4
94:15 95:10 99:5
100:1 110:2,9,17
111:4 113:22
114:12 116:10
119:13 125:6
133:5,21 135:14
142:14 146:4
163:4,12 167:5
169:2 175:7,11
178:6 179:13
188:14 192:8
197:19,21 198:8
201:20 202:16,22
206:22 207:16
**year** 14:3 33:22,23
34:10,13 38:9
39:14 41:17
151:20 158:6
202:16 203:17
**years** 16:2,3,3
17:21 170:22
**Yep** 201:7
**yesterday** 99:2
**Yoger** 84:11
**Yogi** 84:11,12 85:5
**young** 206:13
**younger** 84:22
**y'all** 77:12 86:19,20
86:21,21,22 92:21
108:17 122:20
183:6 191:8
210:15

---

**$**

**$12** 91:20
**$250,000** 209:5,10
**$85,000** 198:7
**$90,000** 198:4,8,10

---

**#**

#1 5:2
#2 5:3
#3 5:4
#4 5:5
#5 5:6
#6 5:7
#7 5:8
#8 5:9
#9 5:10

---

**0**

**003-A** 56:10

---

**1**

**1** 48:11,19 187:10
**10.50** 25:6 62:7
**100** 112:19
**12/21/2005** 169:20
**14** 28:5,10 151:9,15
157:2,19
**147** 5:4
**150** 5:5
**150,000** 205:8
**169** 5:6
**174** 5:7
**185** 5:8
**187** 5:9
**195** 5:10
**1996** 14:21 15:1,2,7

---

**2**

**2** 9:16 49:9,12
151:23 187:21
**2:06-CV-497-W...**
1:10
**2:53** 1:23
**20th** 2:16
**2000** 46:7
**2001** 16:5,10
**2002** 19:20 46:7
**2003** 14:13 17:22
17:23 19:14 20:5
20:9 26:20 27:11
27:17 28:2,6,10

28:14 30:7,7,8,13
30:15 31:12,19,20
33:11 34:2 35:6,7
38:3,5,8,9 46:21
47:2 49:22 57:3
68:8,9 99:7 131:8
154:2 157:1,2,19
157:22 161:18,19
201:11,11 202:10
203:13,16
**2004** 14:14,14
151:20 154:2,3,4
156:13,14,15
157:11 171:3
201:7 202:15,18
203:9
**2004-2005** 203:10
**2005** 14:19,20 38:9
38:11,19,22 39:3
39:6,8,10 65:23
151:9,15,19
169:23 170:10,22
171:1 199:18
201:4,4,9,17,19
202:20
**2005-2006** 12:19
**2006** 12:19 14:6
33:23 34:1,2
38:10,11 39:8,10
39:16
**2007** 1:22 41:14,17
214:23
**22** 186:15
**25** 113:7 115:21

---

**3**

**3** 147:11 149:22
151:23
**31** 27:11 28:2 47:2
49:22 57:3 68:9
148:23
**35203** 2:17
**36702** 2:9

Exhibit C.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

| 4 |
|---|
| **4** 50:1,3 150:18,21 |
| 152:1 159:23 |
| 176:20 |
| **4/14** 176:19 |
| **4/14/2005** 177:15 |
| **4/20/2004** 150:11 |
| **400** 2:16 |
| **48** 5:2 |
| **49** 5:3 |

| 5 |
|---|
| **5** 169:11,14 187:6 |

| 6 |
|---|
| **6** 4:20 174:13,16,22 |
| **6:09** 214:22 |

| 7 |
|---|
| **7** 1:22 185:4,5 |
| 214:22 |
| **5** 115:21 |
| **6** 9:16 |

| 8 |
|---|
| **8** 186:18 187:1 |
| **80** 128:4 |
| **85,000** 198:4,8,10 |

| 9 |
|---|
| **9** 195:12,15 |
| **91** 204:4,8 |
| **95** 112:18 |

Exhibit C.tif