# DEPOSITION OF ERVIN TARVER

**EXHIBIT D**

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICK LEWIS, JACK RICHARDSON,
NATHANIEL LAMAR, WILLIAM RAGLAND, RALO
COLVIN, and ERVIN TARVER,
    Plaintiffs,

vs.    CIVIL ACTION NO. 2:06-CV-497-WKW

K2 INDUSTRIAL SERVICES, INC., and
MANSFIELD INDUSTRIAL, INC.,
    Defendants.
    *    *    *    *    *    *

    DEPOSITION OF ERVIN TARVER, taken
pursuant to notice and stipulation on
behalf of the Defendants, at One Union
Street, Selma, Alabama, before
Bridgette Mitchell, Shorthand Reporter
and Notary Public in and for the State
of Alabama at Large, on June 8, 2007,
commencing at 9:17 a.m.

**Page 2**

1       APPEARANCES
2
3
4  FOR THE PLAINTIFFS:
5  Collins Pettaway, Esquire
6  CHESTNUT, SANDERS, SANDERS, PETTAWAY
7    and CAMPBELL
8  One Union Street
9  Selma, Alabama 36702
10
11
12  FOR THE DEFENDANTS:
13  Haley A. Andrews, Esquire
14  LIGHTFOOT, FRANKLIN & WHITE
15  The Clark Building
16  400 20th Street North
17  Birmingham, Alabama 35203
18
19
20
21
22
23

**Page 3**

1        STIPULATIONS
2        It is hereby stipulated and
3  agreed by and between counsel
4  representing the parties that the
5  deposition of ERVIN TARVER is taken
6  pursuant to notice and stipulation on
7  behalf of the Defendants; that all
8  formalities with respect to procedural
9  requirements are waived; that said
10  deposition may be taken before
11  Bridgette Mitchell, Shorthand Reporter
12  and Notary Public in and for the State
13  of Alabama at Large, without the
14  formality of a commission; that
15  objections to questions, other than
16  objections as to the form of the
17  questions, need not be made at this
18  time, but may be reserved for a ruling
19  at such time as the deposition may be
20  offered in evidence or used for any
21  other purpose as provided for by the
22  Civil Rules of Procedure for the State
23  of Alabama.

**Page 4**

1        It is further stipulated and
2  agreed by and between counsel
3  representing the parties in this case
4  that the filing of the deposition of
5  ERVIN TARVER is hereby waived and that
6  said deposition may be introduced at
7  the trial of this case or used in any
8  other manner by either party hereto
9  provided for by the Statute, regardless
10  of the waiving of the filing of same.
11        It is further stipulated and
12  agreed by and between the parties
13  hereto and the witness that the
14  signature of the witness to this
15  deposition is hereby waived.
16
17        INDEX
18
19  EXAMINATION            Page
20  By Ms. Andrews................... 6
21  By Mr. Pettaway.................. 173
22  By Ms. Andrews................... 179
23

1 (Pages 1 to 4)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 5

1  EXHIBITS:                Page
2  Defendants' Exhibit #1 ........... 100
3  Defendants' Exhibit #2 ........... 100
4  Defendants' Exhibit #3 ........... 101
5  Defendants' Exhibit #4 ........... 101
6  Defendants' Exhibit #5 ........... 102
7  Defendants' Exhibit #6 ........... 102
8  Defendants' Exhibit #7 ........... 102
9  Defendants' Exhibit #8 ........... 103
10 Defendants' Exhibit #9 ........... 104
11 Defendants' Exhibit #10........... 104
12 Defendants' Exhibit #11........... 104
13 Defendants' Exhibit #12........... 106
14 Defendants' Exhibit #13........... 110
15 Defendants' Exhibit #14........... 111
16 Defendants' Exhibit #15........... 112
17 Defendants' Exhibit #16........... 114
18 Defendants' Exhibit #17........... 123
19 Defendants' Exhibit #18........... 125
20 Defendants' Exhibit #19........... 137
21 Defendants' Exhibit #20........... 139
22 Defendants' Exhibit #21........... 141
23 Defendants' Exhibit #22........... 142

Page 6

1  Defendants' Exhibit #23........... 142
2  Defendants' Exhibit #24........... 155
3  Defendants' Exhibit #25........... 161
4
5          COURT REPORTER:  Usual
6  stipulations?
7      MR. PETTAWAY:  That's fine.
8      ERVIN TARVER, having first been
9  duly sworn or affirmed to speak the
10 truth, the whole truth, and nothing but
11 the truth, testified as follows:
12          EXAMINATION
13 BY MS. ANDREWS:
14 Q. Mr. Tarver, we met just a few minutes
15    ago.  I'm Haley Andrews.  Have you ever
16    given a deposition before?
17 A. No, I haven't.
18 Q. I'm sure Collins explained to you what
19    was going to happen.  I'm just going to
20    ask you some questions and try to find
21    out what you know.  If you don't know
22    something, you can tell me you don't
23    know; that's perfectly fine.  And if

---

Page 7

1  you'll try real hard, this is something
2  I'm bad about, to say yes or no instead
3  of uh-huh or uh-huh, that way Bridgette
4  can get it all down.  It doesn't look
5  quite as good on the transcript.  You
6  can't tell how we're answering if you
7  don't answer yes or no.  Also, if you
8  don't understand what I'm asking or
9  it's not clear, just tell me.  I'll try
10 to ask it in a better way to see if you
11 understand it better.
12 A. Okay.
13 Q. All right.  Well, let's just start with
14    some general background information.
15    Where do you live, Mr. Tarver?
16 A. I live in Selma.
17 Q. What's your addres?
18 A. 96 LL Anderson Avenue.
19 Q. Have you always lived in Selma?
20 A. Yes.
21 Q. Okay.  And do you have family here in
22    Selma?
23 A. Yes, I do.

Page 8

1  Q. All right.  How about down around the
2     southern half of the state, do you have
3     any relatives in Dallas County or other
4     counties surrounding Dallas County down
5     in the southern half of the state?
6  A. My niece is in Mobile.
7  Q. Your niece is in Mobile?
8  A. Okay.
9      MR. PETTAWAY:  You're trying to
10 get the district that it's in?
11     MS. ANDREWS:  Yeah.
12     MR. PETTAWAY:  Okay.  Well,
13 it's the middle district.  It's in
14 Lowndes County on back east.
15     MS. ANDREWS:  I'm sorry.
16 That's right.  I meant the eastern half
17 instead of the southern half.
18     MR. PETTAWAY:  Right.  But the
19 southeastern half, that's the middle
20 district.
21     MS. ANDREWS:  That's right.
22 That's my mistake.
23     MR. PETTAWAY:  Yeah.  So from

2 (Pages 5 to 8)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 9

1    Lowndes down to Dothan, to Florala, all
2    through there, Elba, Enterprise, all
3    the way to Auburn and up in that area.
4    Q. Do you have family around any of those
5    areas?
6    A. I have a nephew in Auburn.
7    Q. Nephew at Albany?
8    A. Auburn.
9    Q. What's his name?
10   A. Adrian Winston.
11   Q. Any other family around the area
12   that --
13   A. No.
14   Q. Okay. Have you ever had any criminal
15   convictions?
16   A. No.
17   Q. Have you ever been arrested for any
18   reason?
19   A. Yes. I had a domestic thing about
20   twenty years ago.
21   Q. All right. Anything else besides --
22   A. No.
23   Q. Was that just a domestic dispute?

---

Page 10

1    A. Yeah.
2    Q. Okay.
3    A. Yes. I'm sorry.
4    Q. It's hard. Have you ever served on a
5    jury?
6    A. No.
7    Q. Have you ever filed any other lawsuits?
8    A. No.
9    Q. Have you ever been a plaintiff in any
10   other suits?
11   A. No.
12   Q. Have you ever been sued before?
13   A. No.
14   Q. That's a good thing. Do you go to
15   church anywhere around here in Selma?
16   A. From time to time.
17   Q. Where do you go to church?
18   A. Freedom Baptist.
19   Q. Okay. And how about education, how far
20   did you get in school?
21   A. High school.
22   Q. Did you finish high school?
23   A. Yes.

---

Page 11

1    Q. Here at --
2    A. Selma High.
3    Q. -- Selma High School?
4    A. Yes.
5    Q. Any training beyond high school? Did
6    you ever get any kind of certifications
7    or any other education or training
8    beyond that?
9    A. Well, I took an asbestos removing class
10   in Mobile maybe seven to eight years
11   ago.
12   Q. All right. Now I just want to cover
13   kind of your general work history. I
14   want you to go through generally and
15   then I'll ask you specifically about
16   Mansfield and we'll kind of go through
17   that way. Could you just tell me in
18   detail, starting from your first job
19   that you ever had, the jobs that you've
20   had?
21   A. Well, I mean, first job I had --
22   Q. Best you can remember.
23   A. -- was a summer job. You know, I was

---

Page 12

1    working with North Dallas Water, Dallas
2    County Water Works. We was reading
3    water meters, putting in water
4    services. From there --
5    Q. About what year was that? Any idea?
6    A. It's, like, '90 -- I'm sorry -- '81,
7    '82.
8    Q. Okay. And then after that?
9    A. I was a dispatcher at the Selma Fire
10   Department for about two years, from
11   '83 to maybe '85 or '86. And then
12   after that I was -- I worked at
13   Coastal, that's an apparel place,
14   probably about six months. And then I
15   started painting at Southland Moore in
16   maybe '87. After that, maybe about
17   '88, I started working with Mansfield.
18   Q. Okay. In '88?
19   A. Yes. No. It was maybe '89. I'm
20   sorry.
21   Q. Okay.
22   A. Up at the GE plant working for Bo
23   Burmitch (phonetic) was the supervisor.

---

3 (Pages 9 to 12)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 13

1  Q. Okay.
2  A. And I worked at Hammermill also with
3     Mansfield. And they lost the contract
4     maybe in '99, 2000. And then I worked
5     for Basic for about six months, Basic
6     Industries, which is a painting/
7     insulation contract. And I worked for
8     Pen Gulf in Billingsley at the
9     hydroelectric plant that they built up
10    there. And maybe in 2001 or 2002 I
11    started working for Johnny Crutchfield.
12 Q. Back at Mansfield again?
13 A. Yes.
14 Q. Okay. You said the first time you
15    worked at Mansfield you started back in
16    '89?
17 A. Yes.
18 Q. And then they lost the contract around
19    '99?
20 A. No. I mean, I didn't stay there that
21    long. I worked for two years and
22    then -- I'm sorry. I worked for Bush
23    Hog as a painter from, like, '93 to

Page 14

1     about '95.
2  Q. So from '89 to '99 you worked for
3     Mansfield maybe it, sounds like, a
4     couple different times?
5  A. Yes.
6  Q. So just on some different jobs they
7     had?
8  A. Yes.
9  Q. And from what I understand, and correct
10    me if I'm wrong about this, Mansfield,
11    most of their work is contract work.
12    So they'll go out there for a specific
13    time, work on a contract. When that
14    contract is finished --
15 A. Well, I mean --
16 Q. Well, I'll let you explain to me.
17 A. Well, most of the jobs I worked on they
18    had a maintenance contract, which is,
19    like, from three to five years.
20 Q. Okay.
21 A. I mean, that's . . .
22 Q. I guess what I'm just asking is, you
23    worked out there from '89 to you said a

Page 15

1     couple years?
2  A. Yes.
3  Q. So, say, '91?
4  A. Yes.
5  Q. And what was your reason for leaving in
6     '91?
7  A. Well, I was working in the Virgin
8     Islands and my wife had had a baby, you
9     know, and I told them I needed to come
10    home.
11 Q. Yeah.
12 A. So when I went to go back, I guess they
13    didn't understand.
14 Q. Okay. So you went home for a while?
15 A. Yeah.
16 Q. And then you worked in the middle --
17    where did you say again? I'm sorry.
18 A. Well, after I came back from the Virgin
19    Islands, I started working at Bush Hog.
20 Q. Bush Hog. And that was about '93, yo
21    said?
22 A. Yeah, like, '93 to '95.
23 Q. Okay. And then from what I looked at,

Page 16

1     it looks like you went back to
2     Mansfield again in '97; is that right?
3  A. '97 or '98.
4  Q. Okay. '97 or '98. And worked --
5  A. Worked at the Hammermill International
6     Paper for, like, two or three years.
7  Q. Okay.
8  A. And they didn't get the contract and I
9     started working with Basic Industries.
10    And I worked with them for a while.
11    Then after that, I went to Pen Gulf.
12    They were building a hydroelectric
13    plant in Billingsley, Alabama. I
14    worked with Pen Gulf. And after that,
15    that's when I met Johnny Crutchfield,
16    when I started for him in, maybe, '99.
17 Q. All right.
18 A. Maybe 2000 for sure.
19 Q. Okay. When you were first at
20    Mansfield, the time from about 1989 to
21    about 1991, what -- what was your job
22    title there, if you had one, and what
23    were your duties there?

4  (Pages 13 to 16)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 17

1   A. Well, I used to run the blast yard.  We
2     sandblasted, you know, spray paint.
3   Q. And do you remember how much you made
4     when you were there?
5   A. I think it was 12.50.
6   Q. Okay.  That's an hour?
7   A. Yes.
8   Q. And then when you came back in the
9     mid-'90s, about '93, I think you said,
10    what were you doing at Mansfield then?
11    What was your position?
12  A. Basically, the same thing.
13  Q. Same thing?
14  A. Yes.
15  Q. Okay.  And so when you started again --
16    I think my records show 2002.  Does
17    that sound about right?
18  A. Yes.
19  Q. When you started again in 2002, what
20    were -- what was your job title or your
21    duties there then?
22  A. I was a journeyman painter.  Basically,
23    doing all the sandblasting and

Page 18

1     spraying.
2   Q. And do you remember what you started at
3     when you started back in 2002?
4   A. I was thinking it was 12.50.
5   Q. Okay.  And it sounds like you left, the
6     two times that you left, kind of in the
7     middle for personal reasons.  And so
8     did you have any problems with the
9     company when you worked back from 1989
10    to '91 or from '93, around that period?
11  A. No, I didn't have any problems --
12  Q. So no complaints about Mansfield?
13  A. -- with Mansfield until I met Johnny
14    Crutchfield.
15  Q. So you were fine until you started back
16    in 2002?
17  A. Yes.
18  Q. Okay.  And we'll get to all that.  I'll
19    be sure to let you tell me every
20    problem you had.  We'll get to that in
21    just a few minutes.
22      When you -- at the other jobs that
23    you've had, or at Mansfield, did you

Page 19

1     ever have any training on
2     discrimination or harassment?
3   A. Yes.  At Bush Hog.
4   Q. At Bush Hog you did?
5   A. Yes.
6   Q. And what kind of training did they have
7     out there?
8   A. In orientation, they had a zero
9     tolerance policy on discrimination and
10    hostile work environment.
11  Q. So they had an orientation?
12  A. Yes.
13  Q. And did you have any kind of video or
14    anything --
15  A. Yes.
16  Q. -- like that out there?
17  A. Yes.  It's part of orientation.
18  Q. So you understood at Bush Hog and from
19    that point on that you had rights
20    regarding being discriminated against
21    or harassed --
22  A. Yes.
23  Q. -- at work?

Page 20

1      MR. PETTAWAY:  Object to the
2     form of the question.
3   Q. Now I kind of want to get more specific
4     about Mansfield from the time period
5     starting in 2002.  Looks like you were
6     hired in early September --
7   A. Yes.
8   Q. -- of 2002.  You said you started at
9     12.50 an hour as a journeyman painter.
10    How did you go back to Mansfield, if
11    that makes sense?  Did you just apply
12    for another job there or did you hear
13    they had a job?
14  A. The guy that I was working with before,
15    he was a foreman, Steve Bryant.  And he
16    was the foreman and contacted me and
17    said they needed a painter.
18  Q. So Steve Bryant was a foreman at
19    Mansfield --
20  A. Yes.
21  Q. -- at that time?  And he got in touch
22    with you?
23  A. Yes.

5  (Pages 17 to 20)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 21

1  Q. And when you went to work on that first
2     day -- looks like it was September 4 of
3     2002?
4  A. Yes.
5  Q. When you went to work on that first
6     day, what did that first day entail?
7     Did you have to fill out paperwork?
8  A. Yes. Well, the job was located at GE,
9     so we had to go through GE orientation
10    first. And then when we come back to
11    the Mansfield office, you just
12    basically filled out paperwork.
13 Q. And so you said you went to the GE
14    orientation. What all did that entail?
15 A. Safety policies. I mean, they had a
16    discrimination policy also, but
17    Mansfield, I mean, all we did was fill
18    out paperwork.
19 Q. Okay. So GE, they had a discrimination
20    policy. Did they have a video that you
21    watched? Do you remember?
22 A. Not on discrimination, but just on
23    safety. But that was a part of

Page 22

1     orientation.
2  Q. Okay. And then you said -- so you went
3     to the GE orientation first. They had
4     safety training. They covered the
5     discrimination policy in that. And
6     then you went to Mansfield and filled
7     out paperwork?
8  A. Yes.
9  Q. Did Mansfield have any kind of video?
10 A. No. Just basically paperwork.
11 Q. So they didn't have any kind of
12    training or anything like that?
13 A. No. Gave you a handbook and paperwork
14    that you filled out and that was it.
15 Q. Did you read the handbook?
16 A. Yes, I did.
17 Q. Okay. Previously when you had worked
18    at Mansfield, back in 1989 and then
19    again when you started again in 1993,
20    did Mansfield have any kind of
21    orientation or training --
22 A. No.
23 Q. -- back during those times?

Page 23

1  A. No. Just basically paperwork.
2  Q. So you just signed paperwork?
3  A. Yeah. And go to work.
4  Q. And you went to work. Okay. When you
5     started at Mansfield in 2002, I think
6     you've already said that you went to
7     work for Johnny Crutchfield?
8  A. Yes.
9  Q. And this is another thing I meant to
10    say. I know there are two Johnnys
11    involved. And I'm going to try real
12    hard to say --
13 A. Yeah.
14 Q. -- Johnny Crutchfield or Johnny Reed
15    just so we can tell when we're looking
16    back at it who we were talking about.
17    So I'll just ask you to do the same, if
18    you don't mind, which you have so far.
19    Okay. So was Johnny Crutchfield,
20    was he your immediate supervisor or how
21    would you describe --
22 A. He was the superintendent. Steve
23    Bryant was the supervisor up until he

Page 24

1     got terminated. I mean, well . . .
2  Q. And when did Steve Bryant get
3     terminated?
4  A. It's, like, early 2003.
5  Q. Okay. Do you know why he was
6     terminated?
7  A. I wasn't there, but I heard rumors. So
8     I'm not sure.
9  Q. Okay. What rumors did you hear?
10 A. Well, they said he was coming to work
11    one day and I guess -- his nephew was
12    riding with him. He was selling
13    marijuana. And so I guess somebody set
14    him up. And the people was waiting on
15    him at the gate and they found a roach
16    in Steve Bryant's hat.
17 Q. But you don't know that, you just heard
18    that?
19 A. That's what happened.
20 Q. Okay. So once Steve Bryant left, who
21    was your supervisor after him?
22 A. Johnny Crutchfield used to come around.
23    Well, we had two different plants.

6 (Pages 21 to 24)

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO
f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 25

1    They was running one and two. I was
2    working in plant five. Once Steve
3    Bryant left, I was basically running
4    plant five.
5    Q. Okay. So you were in charge of the
6    crew out at plant five?
7    A. Yes.
8    Q. And kind of the operations out there?
9    A. Yes.
10   Q. And who was in charge of plants one and
11   two?
12   A. Johnny Reed.
13   Q. All right. Who put you in charge of
14   plant five? How did you know that you
15   were in charge of it?
16   A. Johnny Crutchfield.
17   Q. Okay. And who all was on your crew out
18   at plant five? Was it always the same
19   or did it change?
20   A. No. It was always the same. It was
21   myself, Patrick Lewis, Cindy, I don't
22   know what's her last name, and I think
23   it's Mark, I can't remember his last

Page 26

1    name.
2    Q. Okay.
3    A. There's Nathaniel Lamar, Archie
4    Jackson, then William Ragland.
5    Q. Okay. And so it sounds like early in
6    2003 was when you started kind of
7    running the crew out at plant five?
8    A. Yes. Well --
9    Q. And from -- I'm sorry.
10   A. Momentarily, they brought supervisors
11   from other job sites. They'd bring
12   them in every so often.
13   Q. Okay. So every so often other
14   supervisors would come in, but
15   generally you were out there with
16   Patrick Lewis, Cindy, Mark, Nathaniel
17   Lamar, Jackson -- what did you say his
18   first name was?
19   A. Archie.
20   Q. -- Archie, and William Ragland?
21   A. Yes.
22   Q. Okay. And who decided who was on what
23   crews? How was that determined?

Page 27

1    A. Johnny Crutchfield. He's the
2    superintendent.
3    Q. Okay. So the way -- and I guess I'll
4    just ask you this question. When
5    everybody got there in the morning, for
6    instance, what happened? Did everybody
7    gather at one place and then --
8    A. No. You go to your perspective [sic]
9    plant.
10   Q. Okay. So --
11   A. If that's where you were working, you
12   went to your workstation.
13   Q. Okay. So as soon as you get there, you
14   go to your plant?
15   A. Yes.
16   Q. And so it was determined, I guess, at
17   the beginning of the job who was going
18   to be on each crew or how was that
19   figured out?
20   A. Well, once you were assigned to a
21   plant, that was your job.
22   Q. Okay. And within the plant -- so
23   within plant five, what kind of work

Page 28

1    did you guys do out there? Was it
2    always the same or did it vary from
3    day-to-day?
4    A. No. It was basically painting. I
5    mean, prepping and painting.
6    Q. Yeah. And what were you prepping and
7    painting, just so I'm sure I understand
8    the way it worked out there?
9    A. Steel structure.
10   Q. Okay.
11   A. Structure of steel beams, you know.
12   That's it. I mean, like I say, we have
13   a structure, you know, with all the GE,
14   their systems running through it, you
15   know, and we're just basically painting
16   the structure around it.
17   Q. Right. And so would that be on the
18   ground or would it be --
19   A. No. It's from the ground up.
20   Q. So sometimes on the ground, but
21   naturally you can't just paint the
22   bottom of a structure you're painting.
23   A. And we start from the top and come

7 (Pages 25 to 28)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 29

1   down.
2   Q. That makes sense. Okay. And so was
3       that the case everywhere at GE? Was
4       that kind of how every plant worked,
5       they just had different parts of the
6       structure? Like, what were plants one
7       and two doing, if you know?
8   A. One and two mostly outside, but they
9       had a lot of inside. I mean, plant
10      five was basically outside.
11  Q. And so when they were doing inside, I
12      guess it was the same thing you guys
13      were doing on the outside, basically,
14      to the structure; is that right?
15  A. I mean, they were really -- you know,
16      different jobs entail different things.
17      Sometimes you might be working on the
18      pipeline, sometimes you might be doing
19      tank forms or whatever, you know.
20  Q. Okay. And it sounds like everybody on
21      your crew -- well, I'll ask it instead
22      of saying it sounds like. Did
23      everybody on your crew have to start

Page 30

1   working up high on the structure and
2       then move down to the bottom? Or were
3       there certain people who just worked up
4       high and some people who just worked
5       down at the bottom?
6   A. Well, Cindy, I mean, she had a
7       disability. She had one of her hands
8       was missing, so basically she just did
9       what she could. But everybody else, I
10      mean, was working high.
11  Q. Okay.
12  A. I mean, from the start. But different
13      people do different things. Some
14      people are journeymen and some people
15      are helpers, you know, and your job
16      entails what you do.
17  Q. Right. If you're a helper, you're not
18      at the top --
19  A. No, not at the top.
20  Q. -- painting and stuff. Okay. And
21      throughout your time, particularly the
22      time starting in 2002, at Mansfield,
23      were you -- was your position a

Page 31

1   journeyman painter?
2   A. Yes.
3   Q. Throughout the whole way?
4   A. Yes.
5   Q. And what positions were available, if
6       you were going to move up? Like what
7       positions would have been above a
8       journeyman painter?
9   A. A supervisor.
10  Q. Okay. So that would have been the
11      next, and then I guess obviously the
12      next is superintendent?
13  A. Yes.
14  Q. Just kind of the rank of things. Okay.
15      Did you -- the whole time you were at
16      Mansfield, from 2002 until your
17      termination in 2003, did you ever get a
18      raise or did you stay working at the
19      same --
20  A. I think I may have gotten a fifty-cent
21      raise.
22  Q. Do you know when that might have been?
23  A. No, I can't say.

Page 32

1   Q. Okay. Do you think it was -- I mean,
2       can you say if it was early when you
3       started working or towards the end or
4       in the middle somewhere?
5   A. Maybe in the middle. I'm not sure.
6   Q. You're not sure?
7   A. No.
8   Q. That's completely okay. What kind of
9       equipment did you generally work around
10      out at plant five? As far as when you
11      had to be up high painting, how did you
12      get up to the top?
13  A. Well, it's a structure. You have
14      different levels, you know, of the
15      structure. You have different
16      platforms as you go up. Sometimes you
17      use ladders, sometimes you use JLGs.
18  Q. Okay. So I guess it depends on how
19      high you are up there?
20  A. Yeah. And I'd like to correct you on
21      something. I wasn't terminated. I was
22      laid off. You know what I'm saying?
23  Q. Okay. Absolutely. Excuse me. I'm

8 (Pages 29 to 32)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 33

1   sorry.  So if you were up higher
2   towards the very top, you have to have
3   some kind of more elaborate structure,
4   it sounds like.  Is that the pipe rack
5   that I've heard about or is that
6   something different?
7   A. Well, I really -- if you don't know, I
8   can't really explain it to you.  You
9   have to see it yourself.
10  Q. What is the pipe rack?  Is that what
11  you're talking about?
12  A. Well, you have different kinds of pipe
13  running through the steel structure
14  maybe twenty, thirty feet off the
15  ground.
16  Q. Okay.
17  A. That's a pipe rack.
18  Q. All right.  And as far as what you
19  wore, what did you have to wear?  Did
20  you have to wear anything special or
21  did you just wear normal clothes?
22  A. Well, you always have to have
23  long-sleeve shirts.  If you're working

---

Page 34

1   in certain areas, you have to have
2   chemical suits.
3   Q. Did you ever have to wear a chemical
4   suit?
5   A. From time to time.
6   Q. When would you need to wear that?
7   A. Like certain areas you go in are
8   restricted, you know, and you have to
9   wear it.
10  Q. So the chemical suit, did it have --
11  did it cover you from head to toe,
12  basically, or was it just the body?
13  A. It was just the body.
14  Q. Did you have to wear any kind of helmet
15  or anything on your head at any time?
16  A. You always have to have a hard hat on,
17  safety glasses.
18  Q. Did you ever have to wear any kind of
19  ear equipment or anything covering your
20  face?
21  A. Yes, ear plugs in certain areas.
22  Q. So not all the time, but sometimes you
23  have to be wearing ear plugs?

---

Page 35

1   A. Yeah.  If you're working in enclosures,
2   you have to have an air pack.
3   Q. When were you working in an enclosure?
4   A. When you get around -- they call them
5   enclosures because, you know, they're
6   vacuum-sealed so none of the chemicals
7   will get out.
8   Q. So that would be when you're wearing a
9   chemical suit?
10  A. No.  That's when you're wearing the air
11  pack.
12  Q. The air pack?
13  A. Yes.
14  Q. Okay.  And the chemical suit would be
15  in different areas?
16  A. Yeah.  Just outside in certain, like,
17  caustic areas.
18  Q. Okay.  So it sounds like it varies?
19  A. Yes.
20  Q. Sometimes you might just be wearing
21  long sleeves and pants and just --
22  A. It depends what job you're doing.
23  Q. Yeah.  And then other times you might

---

Page 36

1   be wearing a whole chemical suit or an
2   air pack?
3   A. Right.
4   Q. Okay.  Do you know what kind of jobs
5   you utilized?  Do you know if it was
6   one of the long-term maintenance
7   contracts or if it was just until you
8   get the work done sort of a job?
9   A. Well, I think they had a maintenance
10  contract and they also was doing hard
11  dollar.
12  Q. So do you have any idea what plant five
13  was or would it be different?
14  A. I think plant five was hard dollar.
15  Q. Okay.
16  A. Plant one and two was T and M.
17  Q. If you know, what is a hard dollar
18  contract?
19  A. That's where you bid on the job, and
20  once you bid that price, that's what
21  you deal with.  T and M is time and
22  material.  It doesn't take -- no matter
23  how long, it's time and material.

---

9  (Pages 33 to 36)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 37

1    It's, I'll say, easy money.
2  Q. Yeah.  Because you got the job no
3    matter what and they pay you based
4    on --
5  A. Yeah.  They give you the time and the
6    material to do the job, no matter how
7    long.
8  Q. And the hard dollar, GE is going to pay
9    one price --
10  A. Yes.
11  Q. -- and you've got to get it done for
12    that price?
13  A. Yes.
14  Q. So I imagine that's a little bit more
15    strict --
16  A. Yeah.
17  Q. -- to work on a hard-dollar contract.
18    Okay.  And then do you remember -- you
19    said that you were laid off in 2003.
20    Do you remember the reason for that?
21  A. Yes.  They had a job at Hyundai they
22    was doing some hiring.  Johnny
23    Crutchfield wanted me, Patrick Lewis,

---

Page 38

1    William Ragland to go away to Virginia
2    on a job when they had jobs locally
3    here for us.  But I refused to go and I
4    just -- you know, I didn't go.  I
5    signed for my unemployment.
6  Q. So he wanted you to go work for a job
7    in Virginia, Crutchfield --
8  A. Yeah.
9  Q. -- did, but you didn't want to go up to
10    Virginia?
11  A. I mean, not without no financial, you
12    know --
13  Q. Yeah.
14  A. -- incentives.
15  Q. Okay.  So did you quit then or were you
16    terminated because you -- or were you
17    laid off because you didn't --
18  A. I chose to be laid off because I wasn't
19    going to Virginia.
20  Q. Okay.  Now, in this Complaint that I've
21    read that you guys have all filed,
22    there are several allegations against
23    Mansfield as a company.

---

Page 39

1  A. Yes.
2  Q. And I just want to give you an
3    opportunity -- I want us to go through
4    everything that you say happened that
5    you had a problem with that you think
6    was discriminating against you at
7    Mansfield.  And if you will just start
8    from the beginning and try to kind of
9    go through and go over each instance.
10    And I'll let you start.
11  A. Well, it's just -- well, Steve Bryant
12    got -- when it got -- I mean, when he
13    left the company --
14       MR. PETTAWAY:  Did you want to
15    ask him something specific?
16       MS. ANDREWS:  Yeah.  Well, I
17    guess I'll ask that in a different way.
18  Q. I'm just asking -- if you'll just
19    please start and tell me the first time
20    that you felt like you were
21    discriminated against.
22  A. When Steve Bryant left, you know, like
23    I said, from time to time they brought

---

Page 40

1    superintendent -- you know, supervisors
2    in from different companies.  I didn't
3    have no problem with that because they
4    knew the job.  But I felt like I was
5    discriminated against when they hired
6    Corey Watson, which used to be a key
7    turner in a jail, couldn't mix paint,
8    and put him above me.  That's when I --
9    my first I felt that I was
10    discriminated against.
11  Q. So he came in and was given a position
12    higher than you?
13  A. Yes.
14  Q. And when did that happen?  Do you
15    remember?
16  A. I'm not sure the date.  It was maybe in
17    March or April of 2003.  I'm not sure.
18  Q. Okay.
19  A. And the second incident was when I had
20    been working there over a year and this
21    guy been working there six months and
22    he had insurance.  And I had been
23    working there for a year, which the

---

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 41

1   handbook clearly states anybody works
2   six months or more, is a permanent
3   employee, entitled to all the benefits.
4   That was the second incident.
5   Q. Let's go back to the first one and I'll
6   go through it and then we'll start with
7   the second one and then go from there.
8      So the Corey Watson incident is how
9   I'm going to refer to that. And you
10  said he came in and was given a job --
11  A. Yeah.
12  Q. -- above you, and that was about March
13  or April of '03. How did you know
14  Corey Watson didn't have any
15  experience?
16  A. He told me himself. He couldn't even
17  mix paint. I mean . . .
18  Q. Okay. So was he having to ask you for
19  help and -- or how --
20  A. Well, Johnny told him if he have any
21  problems, to come to me, you know what
22  I'm saying, because he didn't have any
23  experience. So if he had any problems,

Page 42

1   come to me and I guess I'll fix it for
2   him.
3   Q. So do you feel -- how do you feel like
4   that was discriminating against you
5   based on race, by Corey Watson coming
6   in and getting a better job?
7   A. I mean, he was a friend of the boss man
8   that owned the company.
9   Q. Okay.
10  A. And like I said, if you got experience,
11  I don't have a problem with you being
12  above me. But don't put you above me
13  and then you got to come to me and ask
14  me something that you don't know.
15  Q. Okay. Do you think that was -- that he
16  was brought in and given that job just
17  because he was a friend of --
18  A. Yes.
19  Q. -- the owner? Okay. And then the
20  second time you said that you felt
21  discriminated against was you said
22  there was an employee who had insurance
23  and you didn't. Could you explain a

Page 43

1   little bit more about that, please?
2   A. Well, we was at work one day. And the
3   guy was Earl Sow. He said, Man, I'm
4   not going to let them keep taking this
5   insurance money out of my check and I
6   don't have a card. That's how I found
7   out that, you know, he had insurance.
8   Q. And what do you mean by card?
9   A. I mean a Blue Cross/Blue Shield card.
10  Q. An insurance card?
11  A. Yes.
12  Q. So he was saying that he had insurance
13  benefits?
14  A. Yes.
15  Q. And how long had you been with the
16  company at that time? Or let me ask
17  you --
18  A. I'm not sure.
19  Q. -- this. When was that?
20  A. I can't really say. It was, like,
21  maybe -- I'm not sure. I can't say.
22  Q. So you're not sure exactly when the
23  whole insurance thing happened?

Page 44

1   A. Yeah.
2   Q. When that did happen, whenever it was,
3   do you have any idea how long Earl had
4   been with the company?
5   A. Maybe -- maybe five, six months. I'm
6   not sure. But also, at one point --
7   you know, they offered us 401(k) plan.
8   At one point, Johnny Crutchfield
9   approached me and Nathaniel Lamar --
10  I'm not sure when it was -- and he was,
11  like, Y'all don't have insurance? I'm
12  like, No, man. He said he was going to
13  get it for us, but he never did.
14  Q. Okay.
15  A. Like it was up to him, like it wasn't
16  company policy.
17  Q. So he made it sound like to you that he
18  was going to try to get you guys
19  insurance. Am I understanding that
20  right?
21  A. Yeah. That's what he said, he was
22  going to get it.
23  Q. Do you know when that happened?

11 (Pages 41 to 44)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 45

1  A. I can't recall the date.
2  Q. Okay. And why did you — tell me again
3     why you thought that insurance benefits
4     were supposed to be provided after six
5     months.
6  A. Because the handbook said so, company
7     policy.
8  Q. Before I get too far in, I want to ask
9     one more question about the Corey
10    Watson incident. Is there anybody else
11    who might could also attest to Corey
12    Watson's experience? Because you said
13    you felt like he couldn't mix paint,
14    he —
15 A. Everybody that worked in plant five.
16 Q. So everybody you mentioned earlier that
17    worked in plant five would say the same
18    thing?
19 A. Yeah. Because he was down there. They
20    put him on plant five.
21 Q. Okay.
22 A. And it was basically William Ragland
23    and Nathaniel Lamar.

Page 46

1  Q. Okay. And the same thing about Corey
2     Watson, did you complain to Crutchfield
3     or did you complain to anybody about
4     him getting that job?
5  A. No, I didn't complain. I mean, I was
6     just doing my job. But it did offend
7     me.
8  Q. Okay. And then, too, you said the Earl
9     Sow incident where you said he told you
10    he had insurance, is that the only way
11    you knew he had insurance, he just told
12    you he did?
13 A. Yeah. He told me he had it. I mean,
14    Johnny Reed also had it, you know,
15    which I was hired before him.
16 Q. And how do you know Johnny Reed had it?
17 A. He told me.
18 Q. Okay. Do you know of anybody that
19    might have been around when Earl Sow
20    told you that he had insurance? Or do
21    you know of anybody who might know --
22 A. Nathaniel Lamar and Ralo Colvin.
23 Q. Okay. And the same thing with Johnny

Page 47

1     Reed, do you know anybody who might
2     have been around or who knew that
3     Johnny Reed had insurance benefits?
4  A. No. He showed me his card.
5  Q. He showed you his card?
6  A. Yes.
7  Q. Do you know if he showed anybody else
8     his card?
9  A. I'm not sure.
10 Q. Okay. And what was Johnny Reed's
11    position again? Was he supervisor?
12 A. Well, he ran plant one and two. I'm
13    not — he's the supervisor or lead man.
14 Q. Okay. So do you think he had the
15    same — was he on the same job level as
16    you or do you think he was —
17 A. He was above me.
18 Q. He was above. Okay. And then the time
19    that Crutchfield said that he would get
20    benefits for you guys, you said he said
21    it to you and to who else?
22 A. Nathaniel Lamar.
23 Q. Anybody else around when he said that?

Page 48

1  A. No, just the two of us — just the
2     three of us. I'm sorry.
3  Q. And then you said you weren't sure the
4     date of when that happened. Did you
5     ever -- other than that one time where
6     Mr. Crutchfield asked you if you had
7     insurance benefits and you said no, he
8     would try to get them, did you ever
9     inquire about insurance benefits or
10    complain that you didn't have them to
11    anybody at the company?
12 A. No.
13 Q. Okay. And why do you think he told
14    you he would -- if you know.
15    Obviously, this can only be your
16    personal opinion. In your mind, what
17    did it mean when he told you that he
18    was going to try to get you benefits?
19 A. Well, the day -- until Nathaniel Lamar
20    was getting off early, he said he had
21    an interview, you know, he needed a job
22    with benefits. And he explained to
23    Johnny that, you know, he didn't have

12  (Pages 45 to 48)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 49

1   them.  So Johnny said -- it's like --
2   he acted like he was surprised or
3   shocked or something, you know, like,
4   Y'all don't have insurance?  He said he
5   was going to get it for us.
6   Q. Okay.  Are there any other instances of
7   any kind of discrimination or
8   harassment that you felt?
9   A. Well, you know, in times of working on
10  the construction site -- I mean, you
11  probably don't know anything about it,
12  but it's always racism.  There's always
13  discrimination.  I mean, if you go into
14  the bathrooms and the stalls, there's
15  all kinds of racial slurs.  I mean, me
16  myself, if they're not talking to me, I
17  don't respond.
18  Q. Okay.  And so you said if you go to the
19  bathroom and in stalls --
20  A. Yeah.
21  Q. -- there's discrimination.  What do you
22  mean by that?  What bathroom are you
23  talking about?

Page 50

1   A. I mean, just bathrooms in general.
2   Whatever construction site you may go
3   to in America.
4   Q. So not just Mansfield.  You feel like
5   this is --
6   A. Yes.
7   Q. -- prevalent in the whole industry?
8   A. Yes.
9   Q. Okay.  Well, specifically Mansfield,
10  did you ever have any problems in any
11  of the bathrooms at Mansfield?
12  A. Well, I mean, I just answered that
13  question.
14  Q. Well, you did tell me that you feel
15  like that was a problem everywhere in
16  the country.
17  A. Yeah.
18  Q. But I guess what I'm asking -- I'm
19  sorry if it wasn't clear -- is just at
20  any time at Mansfield did you see
21  anything anywhere in the bathroom
22  that --
23  A. I heard a lot of things.  You know,

Page 51

1   like I said, if they're not talking to
2   me -- and Robert, he'd freely use the
3   word, you know.  Johnny Crutchfield, he
4   called Patrick Lewis a buzzard.  Johnny
5   Reed called him an arrogant nigger, you
6   know.  I mean, you know, what more do
7   you want me to say?
8   Q. And you said Robert, he said --
9   A. I can't remember his last name.  He
10  freely used the word.
11  Q. The N-word?
12  A. Yes.
13  Q. We'll just refer to it as that.  So
14  Robert freely used the N-word?
15  A. Yes.  He had Rebel flags on lunchboxes,
16  hard hats, shirts.  You know, it's
17  just . . .
18  Q. Did you hear Robert use the N-word
19  before?
20  A. I've heard -- you know, we'd be in the
21  break area.  We call it the canteen.
22  He sits over on this side.  You know,
23  if you can hear good, you hear things.

Page 52

1   But, you know, like I said, if they're
2   not talking to me, I ignore it.
3   Q. But you have heard him --
4   A. Yes.
5   Q. -- use that word before?
6   A. Yes.
7   Q. How many times, how often?
8   A. Well, I was working from time to
9   time -- we were working plant five, but
10  time to time we would work one and two,
11  maybe once, twice, maybe two or three
12  weeks, we would come down there when
13  they needed help.  So it's been several
14  times.
15  Q. So the times that you would hear it
16  would be the times that your crew came
17  down and worked at plant two?
18  A. Yes.
19  Q. And how often would you say that
20  happened throughout the time that --
21  A. Maybe once or twice, three times a
22  month.
23  Q. Okay.  And did you hear him use the

13 (Pages 49 to 52)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 53

1    N-word on every occasion that you were
2    down there?
3    A. No.
4    Q. Okay. Could you estimate -- and if you
5    can't, just say you can't. That's
6    fine. But do you have any idea how
7    many times you heard him use the N-word
8    or use any kind of racial language?
9    A. I can't say.
10    Q. Okay. So you're not sure. It wasn't
11    every time, but would you say it was
12    frequently or would you say it was just
13    sometimes you heard it?
14    A. I mean, I -- like I said, I'm not down
15    there every day.
16    Q. Right.
17    A. But if it happened one day, I assume it
18    happens every day.
19    Q. But you only know what you heard?
20    A. Yes.
21    Q. You also said that Robert wore Rebel
22    flags --
23    A. Yes.

Page 54

1    Q. -- on his shirt and you said --
2    A. Lunchbox.
3    Q. On his lunchbox.
4    A. And I've heard Robert actually cuss
5    Johnny Reed out. You know what I'm
6    saying? Like he's above the law or
7    something like that. And Johnny
8    Crutchfield would do nothing about it.
9    Q. Okay. With regard to the Rebel flags,
10    let's say the shirts that you said he
11    wore, how often have you seen Robert --
12    is this Robert Kimberland? Does that
13    ring a bell?
14    A. Yes.
15    Q. That's the only Robert I've read about.
16    If that's not familiar, that's fine.
17    We'll just call him Robert. How often
18    do you think you've seen Robert wear
19    Rebel flags?
20    A. Well, he has a head rag he wears every
21    day.
22    Q. Okay. And how about on his lunchbox,
23    do you see that every day or is that

Page 55

1    just something you've heard about or
2    something that you've seen?
3    A. From the times I worked down there, I
4    seen it. I mean . . .
5    Q. Okay. Anything else Robert Kimberland
6    did that you saw or heard?
7    A. Uh-uh. I mean, like I said, I'm not
8    down there every day. I just told you
9    what I heard and seen.
10    Q. Yeah. I just want to make sure I have
11    it covered.
12    A. Okay.
13    Q. And then Johnny Crutchfield, you said
14    that Johnny Crutchfield called Patrick
15    Lewis a buzzard. Is that what you
16    said?
17    A. A buzzard painter.
18    Q. And did you -- you heard that?
19    A. No. Actually, Nathaniel Lamar was in
20    there getting some supplies and Johnny
21    Crutchfield had Patrick Lewis in the
22    office and he was talking to him and
23    Nathaniel Lamar actually heard him tell

Page 56

1    him that.
2    Q. So you weren't actually --
3    A. No.
4    Q. -- there?
5    A. I wasn't actually there.
6    Q. Well, I'll ask Nathaniel about that
7    this afternoon.
8    A. Yes.
9    Q. Do you have any idea about when that
10    took place?
11    A. No, I can't say.
12    Q. And so the people there would have been
13    Nathaniel Lamar -- would Patrick Lewis
14    have heard that?
15    A. Well, Johnny Crutchfield was talking to
16    him.
17    Q. Okay.
18    A. They were in the office. But they
19    didn't know Nathaniel was in the -- in
20    the storage area.
21    Q. Okay. So he overheard it?
22    A. He overheard it.
23    Q. So it would have been Crutchfield,

14  (Pages 53 to 56)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 57

1   Patrick Lewis —
2   A. Yeah.
3   Q. — and Nathaniel Lamar are —
4   A. Yeah.
5   Q. — the people who heard that?
6   A. Yes.
7   Q. Okay. And you also started to say that
8     Johnny Reed did some things or said
9     some things?
10  A. I mean, this guy Mike — I mean Mark —
11    I'm sorry. I don't know his last
12    name — but he came to me and said —
13    he told Patrick himself that Johnny
14    Reed called him an arrogant nigger. I
15    mean N-word. I'm sorry.
16  Q. It's in the Complaint.
17  A. Yeah.
18  Q. But you actually didn't hear Reed say
19    this. You heard — Mark said he heard
20    it?
21  A. No. Johnny Reed told Mark and Mark in
22    turn came back and told Patrick Lewis
23    and myself.

---

Page 58

1   Q. Okay. But you didn't hear —
2   A. No.
3   Q. — Reed make that comment? I know that
4     Mark heard it, obviously. Do you know
5     if anybody else heard Reed —
6   A. I'm not sure.
7   Q. — make that comment? Okay. Were
8     there any other instances at Mansfield
9     where you felt like you heard or saw
10    anything that was discriminatory or
11    that you felt like you were
12    discriminated against?
13  A. Well, there was a time, you know, I
14    guess — we used to all ride with Jack
15    Richardson, and one day we had car
16    trouble. And Johnny Crutchfield came
17    down to plant five and said that, you
18    know, anybody can't get to work on time
19    or whatever need to find another job.
20    He said he told the people in one and
21    two the same thing, but Jack Richardson
22    came back and said that, no, he was
23    just talking to us, basically. And

---

Page 59

1     also he said that — he told Jack,
2     said, If you want to do some overtime,
3     you can come and do it, but you can't
4     bring your riders with you.
5   Q. Okay. So I heard two things. I'm
6     trying to break everything out so we
7     can be sure to cover it. You said
8     first that you rode with Jack
9     Richardson. Was that every day you
10    rode with him?
11  A. Yeah, that was every day.
12  Q. So you said you rode with Jack and one
13    day you guys had a flat tire?
14  A. No, I didn't say that.
15  Q. I'm sorry.
16  A. I said we had car trouble.
17  Q. You had car trouble. I'm sorry. Okay.
18    Well, go through that a little bit more
19    in detail. You guys had car trouble
20    and then what happened?
21  A. We didn't come in, I guess, and in turn
22    he was saying like — he was basically
23    just talking to us, the people that

---

Page 60

1     ride with Jack. And he said he told
2     the people that were down at one and
3     two the same thing, but Jack in turn
4     told us that, you know, that didn't
5     happen. And there was another instance
6     when Ralo Colvin came in late one day
7     and Johnny Crutchfield sent him back
8     home. Jack Richardson didn't show up
9     one day and he says as soon as he comes
10    in he was going to send him home, too.
11    But when Jack came in, he went in the
12    office. He didn't send him home. He
13    just went to work. I'm sure he already
14    told you that.
15  Q. Well, I'm going to ask you some
16    questions about that, too. But back to
17    the car trouble thing.
18  A. Yes.
19  Q. So you guys had car trouble. Would you
20    call and say you weren't coming in or
21    did you just not come in?
22  A. Yeah, we called. I mean, we left a
23    message on the answering machine.

---

15 (Pages 57 to 60)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 61

1  Q. So you called and left a message. Did
2     you come in at all that day?
3  A. No.
4  Q. And when you went to work I guess --
5  A. The next day.
6  Q. -- the next day, was it Crutchfield or
7     Reed?
8  A. Crutchfield.
9  Q. Crutchfield told you what?
10 A. That if we have a problem getting to
11    work, we need to find another job,
12    basically. That's what he's saying.
13 Q. So he told you, Get to work or find
14    something else?
15 A. Yeah. When other people freely miss
16    days, you know. But when it came to
17    us, we need to find another job.
18 Q. Who freely missed days?
19 A. We had a few people at one and two.
20    You got the records. I'm quite sure
21    you can have access to the time
22    records. You can see.
23 Q. Was there anybody in particular that

Page 62

1     you know that was late that wasn't
2     disciplined?
3  A. I mean -- I can't think of his name.
4     He was Robert's ex-son-in-law.
5  Q. Is it Jeff, maybe?
6  A. Jeff, yeah.
7  Q. I think that was his son-in-law.
8  A. Yeah, Jeff. Yes.
9  Q. So you know that Jeff frequently was
10    absent?
11 A. Yes.
12 Q. And do you know that he was not spoken
13    to?
14 A. Well, I mean, he still had a job, so
15    apparently not.
16 Q. But you don't know if he might have had
17    a warning or anything like that?
18 A. No, I don't.
19 Q. Okay. And do you know how many times
20    Jeff might have been absent?
21 A. No.
22 Q. Okay. And do you know if when Jeff was
23    absent he called in and had a reason

Page 63

1     for being absent or not?
2  A. No.
3  Q. Okay. And you felt like Crutchfield
4     just singled you guys out?
5  A. Yes.
6  Q. And was it just you guys that rode with
7     Jack?
8  A. Yes. Plant five, just the people in
9     plant five.
10 Q. Just the people in plant five. So that
11    would be you --
12 A. Nathaniel Lamar.
13 Q. -- Nathaniel Lamar, William Ragland,
14    and Patrick Lewis?
15 A. No. Patrick didn't ride with us.
16 Q. Patrick didn't ride with you. All
17    right. And then the next thing you
18    said, you said Ralo called and came in
19    late one day?
20 A. Yes.
21 Q. And Crutchfield sent him home?
22 A. Yes.
23 Q. Do you know if Ralo had been late

Page 64

1     before?
2  A. No. I mean, I'm not sure. But it's
3     just that incident when he was late he
4     was sent home. Jack Richardson didn't
5     come in or call in and there was
6     nothing done.
7  Q. So you feel like Jack was able to get
8     away with being late or --
9  A. Yes.
10 Q. -- not coming in?
11 A. Yes.
12 Q. And did Jack tell you that or how do
13    you know that --
14 A. Yes, he told me that.
15 Q. He told you he didn't ever call in?
16 A. Yeah. We rode with him.
17 Q. Yeah. So y'all were friends?
18 A. Yeah.
19 Q. Okay. Is there anything else besides
20    what you've told me that you feel like
21    happened at Mansfield that made you
22    feel like you were being harassed or
23    discriminated against?

16  (Pages 61 to 64)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 65

1  A. Me personally?
2  Q. Yeah.
3  A. No.
4  Q. So you said -- just so I can make sure
5     we've covered it, you said Corey Watson
6     was given a job above you and he didn't
7     have experience?
8  A. Yes.
9  Q. That's the first thing. And that
10    happened in the Spring of 2003, I think
11    you said March or April.
12 A. Sometime around there. I'm not sure.
13 Q. And the second thing, you said that you
14    felt like you should have gotten
15    insurance after six months?
16 A. Yes.
17 Q. And you did not?
18 A. Yes.
19 Q. And then you said that Crutchfield said
20    that he would get you benefits?
21 A. Yes.
22 Q. But he did not do so?
23 A. Yes.

Page 66

1  Q. And you also said that you heard Robert
2     freely use the N-word and display Rebel
3     flags on the rag he wore on his head
4     and on his lunchbox?
5  A. Yes.
6  Q. You said that Nathaniel Lamar heard
7     Crutchfield call Lewis a buzzard
8     painter?
9  A. Yes.
10 Q. And you heard that Reed called Patrick
11    Lewis the N-word?
12 A. Yes. An arrogant --
13 Q. He referred to him as an arrogant --
14 A. Yeah.
15 Q. Okay. And then you felt like on the
16    day that you came in after having car
17    trouble that you guys were disciplined
18    and told to find another job and you
19    felt like that treatment wasn't the
20    same for white employees?
21 A. Yes.
22 Q. Specifically Jeff Smitherman, I think
23    is his name.

Page 67

1  A. Yes. There may be a couple other
2     people. I'm not sure.
3  Q. But he's the only one you can think of?
4  A. Yes, recall.
5  Q. And then the last thing that you told
6     me was that Colvin came in late and
7     Crutchfield sent him home, but he did
8     not treat Jack Richardson the same way?
9  A. Yes.
10 Q. And you felt like that was based on
11    race alone?
12 A. Yes.
13 Q. Okay. Is there anything else besides
14    those nine or ten things I just listed
15    that you feel like Mansfield ever did
16    or anybody there ever said that made
17    you feel discriminated against or
18    harassed?
19 A. To my personal knowledge, no.
20 Q. Okay. One other question about you
21    said you should have gotten insurance
22    after six months. Were there any other
23    benefits or anything that you feel like

Page 68

1     you were denied or was insurance --
2  A. Yes. Like I said, they offered us
3     401(k), but they didn't offer us
4     insurance.
5  Q. So insurance was the only --
6  A. Yes.
7  Q. -- real benefit you felt like you were
8     denied?
9  A. Yes.
10 Q. Okay.
11 A. And I want to say another thing. Well,
12    in plant five, like I said, it was
13    basically outside. Plant one and two
14    was inside. When it rained, you know,
15    they used to send us home. They
16    wouldn't let us work around plant five
17    and work -- I mean one and two and
18    work. Johnny Crutchfield said we had
19    to go to a training class. But when
20    the truth was known, we didn't have to
21    do that. You know what I'm saying? If
22    you look at the time discrepancies
23    between one and two and plant five,

17 (Pages 65 to 68)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 69

1  you'll see, I mean, that it really
2  wasn't fair. I mean, he would -- he
3  would send us home. They could come
4  down there and work with us, but in
5  turn we couldn't go down there and work
6  with them.
7  Q. Okay.
8  A. When it comes to, like you say,
9  supplies, they were down there with the
10  supplies. The main office was down
11  there in one and two. They had free
12  access to supplies when they had us on
13  limited, you know.
14  Q. Okay.
15  A. And I feel that Cindy, she's white but,
16  you know, they say -- you know, in my
17  personal opinion, that she may have
18  been handicapped. And Robert, he's
19  white, but they just say he was an
20  alcoholic. So I mean -- so I guess
21  they'll put them with us because they,
22  you know, didn't fit in and wanted to,
23  I guess. That's my personal opinion.

Page 70

1  Q. Okay. So I just want to be sure I
2  understand all that. You said
3  something about when it rained.
4  A. Yeah.
5  Q. Okay. Explain what you're talking
6  about just with regard to --
7  A. We worked outside. When it rained,
8  they would rain us out.
9  Q. Okay. So --
10  A. They would not let us go down there and
11  work at one and two.
12  Q. Are these days when you woke up and it
13  was raining or is this days when you
14  went to --
15  A. No. This is days when we went to work
16  and it started raining. Which they had
17  work at one and two. And I feel that,
18  you know, that we didn't have -- he
19  didn't allow us the ability to earn a
20  living.
21  Q. Okay.
22  A. You know what I'm saying? He would
23  send us home when we could have went

Page 71

1  down there and worked. He said we had
2  to have a special training class. In
3  certain areas, certain times, you do
4  have to go through a training class.
5  But which in turn he was lying.
6  Q. So he sent -- you went to work, it was
7  sunny. It started raining?
8  A. Yeah.
9  Q. And you said that Crutchfield --
10  A. Would send us home.
11  Q. -- would send everybody at plant five
12  home?
13  A. Yes.
14  Q. And at plant one and two, he would
15  allow them to work on some type of
16  different job?
17  A. I mean, they had inside work. They
18  could work.
19  Q. So there was inside work?
20  A. Yes.
21  Q. So there might have been a job that
22  they were working on inside work?
23  A. Yes.

Page 72

1  Q. And you guys were working outside and
2  it would rain. And you're saying
3  that -- what? What should you have
4  been able to do?
5  A. I'm saying that he should have allowed
6  us to go down there and work.
7  Q. With plant one and two?
8  A. With one and two instead of sending us
9  home.
10  Q. Okay. Were there any African-American
11  employees that worked in plant one and
12  two.
13  A. Ralo Colvin.
14  Q. Okay. Was he the only one that you
15  know of --
16  A. Yes.
17  Q. -- the whole time you were there?
18  A. Only one.
19  Q. Okay. And then you -- so you said
20  Crutchfield told you guys that you
21  couldn't go in there and work there
22  because there was special training that
23  was required?

18 (Pages 69 to 72)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 73

1  A. Yes.
2  Q. And you feel like that was a lie?
3  A. It was.
4  Q. Okay.  And do you feel like -- why do
5     you think the reason -- what do you
6     think the real reason is that
7     Crutchfield would not let you and your
8     crew go work in plant one and two when
9     it rained?
10 A. To be honest, I can't tell you.
11    Honestly, I can't.  I mean, what other
12    reason would there be?
13 Q. Well, I'm asking you what reason you
14    think it is.
15 A. I think he's a racist.
16 Q. Okay.  So you think that the reason --
17    the only reason he wouldn't let you
18    guys go work on plant one and two on
19    those days was because you guys -- most
20    of you people on your crew are
21    African-American?
22 A. Yes.  And when we did go down there, we
23    never went through any training class.

Page 74

1  Q. You were eventually allowed to go down
2     there and work?
3  A. Yes.  When they wanted us to come down.
4  Q. Okay.  And then you --
5  A. When they needed us to come down.
6  Q. And then you never had to go through
7     any training then?
8  A. No.
9  Q. Do you know how often that happened
10    where it started raining, sent plant
11    five home instead of letting you guys
12    work with plant one and two?
13 A. Maybe five days out of the month.
14 Q. Every month?
15 A. I mean, one -- at one point it was,
16    like, raining two or three days out of
17    the week, you know.
18 Q. And so if -- so are you saying it did
19    happen five times a month or sometimes
20    it would be like that and other times
21    it would be less?
22 A. I mean, when it rains, we were not
23    allowed to work.  That's what I'm

Page 75

1     saying.
2  Q. Okay?
3  A. I'm not saying how often or how many.
4     I mean . . .
5  Q. So you don't have any -- you don't know
6     what dates that might have been?
7  A. No, I don't have dates.  But you can
8     get their records and you can see the
9     time discrepancies between five and one
10    and two.
11 Q. Okay.  And you don't know for sure if
12    there was any extra work to be done in
13    plants one and two?
14 A. Yes, there was.
15 Q. You think there was?
16 A. Yes, there's work down there.
17 Q. And how do you know that, that there
18    was extra work for all you guys from
19    plant five?
20 A. Like I said, from time to time we'd go
21    down there.  When they get behind
22    schedule, they would call us.  We would
23    go down there and work.  But, I mean,

Page 76

1     if it's raining, it starts raining,
2     they would send us home.  We only
3     worked when they needed us, not when we
4     needed to work.
5  Q. Okay.  I got you.  And is there
6     anything else?  Did you say something
7     else?  A few minutes ago you told me
8     about the rain and how that was an
9     issue.
10 A. I mean --
11 Q. Is there anything else you want to tell
12    me?
13 A. Like access to gloves, materials.  You
14    know, we were limited supply, you know,
15    where at one and two they were actually
16    giving it away.  Ralo used to get
17    gloves from one and two and bring them
18    to us.
19 Q. So at plant five you're saying that you
20    guys didn't get the kinds of supplies
21    you needed?
22 A. Yes.
23 Q. And do you think that plants one and

19 (Pages 73 to 76)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 77

1    two had better supplies than you did?
2    A. It was freely.  Gloves every day when
3      we had to, you know, once a week.
4    Q. And why do you think that was?
5    A. It's just -- I mean, I guess it was
6      discrimination.  That's the only thing
7      I can see.
8    Q. So you think when they were handing out
9      supplies, that they chose to give more
10     supplies to plants one and two --
11   A. Yes.
12   Q. -- than to plant five on purpose?
13   A. Yes.
14   Q. Did you ever complain to anybody and
15     tell them you needed --
16   A. Yeah.  We always --
17   Q. -- any supplies?
18   A. Johnny Crutchfield.  We always
19     complained.
20   Q. What happened when you complained?
21   A. He said, You got to make do.
22   Q. Okay.  So you never got the supplies
23     you needed?

Page 78

1    A. No.
2    Q. How did you get the job done, then?
3    A. We had to -- like I said, we had to
4      wear gloves all week, I mean, or either
5      bring your gloves from the house.
6    Q. So was it gloves?  What else?
7    A. Gloves, brushes, rollers, all of it.  I
8      mean, thinner, you know.  I mean, basic
9      things that you need to do your job.
10   Q. And how often did that happen?
11   A. Just like every -- ever since I was
12     there.
13   Q. Every day when you were there from
14     September of 2002 until December of
15     2003?
16   A. Yes.
17   Q. Every day you guys didn't have supplies
18     you needed?
19   A. I mean, we -- on Monday morning, we'll
20     get supplies.  Maybe Wednesday we run
21     out.  We can't get any more until next
22     Monday.
23   Q. Okay.

Page 79

1    A. Unless somebody from one and two bring
2      us some.
3    Q. And who else would know about that?
4    A. Everybody at plant five.
5    Q. Everybody at plant five.  And the same
6      thing about the days that it started
7      raining --
8    A. Yes.
9    Q. -- during the day, everybody at plant
10     five?
11   A. Yes.
12   Q. Okay.  Is there anything else that
13     happened at Mansfield that made you
14     feel like you were discriminated
15     against or harassed or treated
16     unfairly?
17   A. No, not that I can think of.
18   Q. Okay.  So I'll go over the list one
19     more time.  I just want to make sure.
20     Corey Watson getting the job, you not
21     getting insurance after six months,
22     Johnny Crutchfield saying he would get
23     you insurance but failing to do so,

Page 80

1      Robert Kimberland using the N-word and
2      displaying Rebel flags, Johnny
3      Crutchfield referring to Mr. Lewis as a
4      buzzard painter, Johnny Reed using the
5      N-word, calling Patrick Lewis an
6      arrogant N-word, you guys being treated
7      differently for tardiness and for
8      absenteeism than the white employees,
9      plant five being sent home on days that
10     it started raining, and plant five not
11     having enough supplies.
12   A. Yeah.
13   Q. Is there anything else?
14   A. There was one other thing.  When Johnny
15     Crutchfield hired -- hired Cindy -- I
16     can't think of her last name -- you
17     know, he made a statement -- I guess
18     she has a way of, you know, I guess
19     hiding her disability and holding her
20     hand.  He said if he had knew that she
21     only had one hand, he would have never
22     hired her.
23   Q. Okay.  Was Cindy white or was she

20 (Pages 77 to 80)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 81

1 African-American?
2 A. She's white.
3 Q. Okay. Did that offend you?
4 A. Yes, it did.
5 Q. Did you hear Crutchfield say that?
6 A. He told me that himself.
7 Q. Okay. Is there anything else?
8 A. No.
9 Q. Do you know when that happened, the
10 incident about Cindy?
11 A. I'm not sure. Around the time when she
12 got hired.
13 Q. So shortly after she got hired, then?
14 A. Yes.
15 Q. We can probably find that.
16 A. Oh, yeah. There was another thing. It
17 was, like, when you come to work, if
18 you get there and it's raining, they're
19 supposed to pay you show-up time. I
20 mean, as long as all the white people
21 were coming to work -- and I told
22 every -- everybody that I knew, I said,
23 Man, we need to start coming in. So

Page 82

1 one morning, the whole crew showed up.
2 And I think Johnny Crutchfield pitched
3 a fit, talking about he was not paying
4 any more show-up time when clearly
5 that's in the company -- you know, in
6 the contract in which they signed with
7 GE. And he failed to pay us show-up
8 time.
9 Q. Explain to me about show-up time just
10 so I'm sure we're on the same page.
11 A. Show-up time is if you come to work,
12 they got to pay you for two hours.
13 Q. Okay. And this is days that it's
14 raining when you wake up? This is
15 different than days where you go to
16 work and then it starts raining?
17 A. Yeah. If you come in, they're required
18 to pay you two hours show-up time to
19 come in.
20 Q. And all you have to do is come in? Do
21 you have to do any work when you're
22 there or you just have to show up?
23 A. I mean, if you can't do your job, you

Page 83

1 show up. You can't do your job.
2 That's why they call it show-up time.
3 Q. Are there any other jobs that Johnny
4 Crutchfield or anybody at Mansfield has
5 anybody else do during those show-up
6 time days?
7 A. I mean, he'd probably have you maybe
8 clean up or do something like that for
9 the two hours. It's up to him.
10 Q. Okay.
11 A. But it's not required.
12 Q. So sometimes everybody shows up and
13 doesn't have to do any work and other
14 times people show up and have to do
15 some --
16 A. No. I mean, he just clearly came out
17 and said -- I guess if you got thirty
18 employees, you got to pay all them two
19 hours, for two hours, and not get any
20 production. I guess he got an attitude
21 about that. He said he wasn't paying
22 it when it's required in the contract.
23 Q. Okay. So when did this happen, that he

Page 84

1 was told -- that you were told that you
2 were not being paid for show-up time?
3 A. I'm not sure when it was. I can't say.
4 Q. Did it happen once or did it happen
5 several times?
6 A. No. I mean, if it was just a few
7 people showed up, I guess he didn't
8 have a problem with it. But once
9 everybody started showing up -- I mean,
10 once the black guys started coming in,
11 you know, he said he was not going to
12 pay it.
13 Q. So you're saying that at first only the
14 white employees would show up?
15 A. Yeah. I mean, if it was --
16 Q. He didn't have a problem --
17 A. He didn't have a problem paying it.
18 Q. Did you ever go and get paid for
19 show-up time when you were working at
20 Mansfield?
21 A. Yes.
22 Q. How many times, would you say, if you
23 could guess?

21 (Pages 81 to 84)

**Page 85**

1 A. Maybe -- I'm not sure.
2 Q. Okay.
3 A. But the last time when everybody -- he
4    pitched a fit and said he was not
5    paying it.
6 Q. Okay.
7 A. And I can't say when that was.
8 Q. Okay. So you're not sure about the
9    date?
10 A. Yes.
11 Q. And then after that, did you ever try
12    to come for show-up time again?
13 A. Yes. They turned around at -- they
14    turned us around at the gate.
15 Q. Okay. So after that time, whenever it
16    was, that Johnny Crutchfield said he
17    wasn't paying show-up time -- did he
18    tell you he wasn't paying show-up time
19    for anybody?
20 A. He just said he wasn't paying it. Then
21    they would get Corey to meet us at the
22    gate and tell us we're not working
23    instead of -- you know, once you clock

**Page 86**

1    in, they've got to pay it. But they
2    would not allow us to clock in, you
3    know. They'd say we're not working
4    today.
5 Q. Where would you clock in?
6 A. At the GE gate.
7 Q. At the GE gate. So did you have to
8    swipe a card?
9 A. Yes.
10 Q. That's what I thought I understood. So
11    you got paid show-up time at some
12    point?
13 A. Yeah.
14 Q. Did it happen once, more than once?
15 A. Maybe more than once. I'm not sure.
16    It was more than once, though.
17 Q. And then on one particular day, you
18    said everybody showed up?
19 A. Yes.
20 Q. Who all do you mean?
21 A. I mean, I was telling all the black
22    guys. I mean, we'd come on in and we'd
23    get the show-up time and then they'd

**Page 87**

1    send us to the house. And then one day
2    everybody came in and he got an
3    attitude.
4 Q. And did he tell everybody? Did Corey
5    stand at the gate and tell everybody
6    who came to the gate they had to leave
7    and go home?
8 A. I'm not sure.
9 Q. You just know that you got there --
10 A. Yeah. And he was waiting.
11 Q. And he was waiting and told you to go
12    home?
13 A. Or maybe Johnny Reed would be waiting.
14 Q. Or Johnny Reed. Okay. Do you know if
15    after that time if there was ever
16    show-up time again for anybody?
17 A. I'm not sure.
18 Q. Okay. So the things we've -- the list
19    I read off a minute ago, which I won't
20    do to you again -- and then the issue
21    with Cindy and the issue with show-up
22    time?
23 A. Yes.

**Page 88**

1 Q. Is that all? Is there anything else --
2 A. Yes. I mean --
3 Q. -- that happened at Mansfield?
4 A. I think that's it.
5 Q. All right. Let me ask you this
6    question. You talked about -- earlier
7    about Robert Kimberland and Johnny
8    Crutchfield and Johnny Reed, either
9    stuff you heard or stuff that other
10    people heard, them using language
11    racial in nature that would be
12    offensive. Did you feel like any of
13    the African-American employees at
14    Mansfield ever used any language that
15    was racial in nature towards any of the
16    white employees at Mansfield?
17 A. No.
18 Q. So you never heard anybody refer to any
19    white employees as honkies or crackers?
20 A. No.
21 Q. Never heard that?
22 A. No.
23 Q. Okay.

22  (Pages 85 to 88)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

Page 89

1  A. I'm not a racist myself.
2  Q. Okay.  How about -- did you ever hear
3     that, though, from anybody at work,
4     whether it was somebody else or --
5  A. Like I said, we worked at plant five.
6  Q. Okay.
7  A. And we all worked together, you know,
8     whether you're white or black.
9  Q. Right.
10 A. It doesn't matter.
11 Q. Right.  Okay.  So did you ever hear
12    anybody at plant five refer to anybody
13    as a honkey or a cracker?
14 A. No.
15 Q. And let me also ask you this:  Did you
16    ever hear any African-American
17    employees at Mansfield use the N-word
18    or any kind of similar racial language
19    towards other African-Americans?
20 A. No.
21 Q. So you never heard any of the
22    plaintiffs or anybody at Mansfield that
23    was African-American ever use the

---

Page 90

1     N-word?
2  A. No.
3  Q. Okay.
4  A. I mean, you have to understand, you
5     know, being from a black perspective,
6     that -- I can say this.  I had a white
7     friend and I told him, I'm going to say
8     something to you, but I don't want you
9     to get offended.  When I say this, I'm
10    saying from love.  And I called him,
11    you know, my nigger.  You know what I'm
12    saying?  But that wasn't hostile.  That
13    was from a love point of view.
14 Q. Okay.
15 A. But you have to be black to understand
16    it.  I don't expect you to understand
17    it.
18 Q. And that's all I'm asking.  Did you
19    ever hear anybody at Mansfield -- I'm
20    not saying --
21 A. No.
22 Q. -- they were using it in a derogatory
23    nature.

---

Page 91

1  A. No.  Like I said, we worked together.
2     I said, We're a team and we get along
3     together and we work better together.
4  Q. So you never heard anybody use the
5     N-word --
6  A. No.
7  Q. -- like you just told me just now, out
8     of love or out of friendship or joking
9     around or anything like that?
10 A. That wasn't on the job.  That was a
11    personal friend of mine.
12 Q. Okay.  Well, how about off the job, how
13    about the guys you rode to work with?
14 A. No.
15 Q. You never heard any of them use the
16    N-word?
17 A. No.
18 Q. And other than the time you just told
19    me about you saying that towards a
20    friend out of love, joking around, did
21    you ever say it to anybody else?
22 A. No.
23 Q. Okay.

---

Page 92

1  A. Not at Mansfield.
2  Q. Not at Mansfield.  Any of your other
3     friends there?  Is that a word that you
4     used joking around or out of love, like
5     you said?
6  A. No.  That was just one instance.  I was
7     trying to make a friend understand --
8  Q. Yeah.
9  A. -- something.
10 Q. Okay.  And I understand what you're
11    saying, I think.
12 A. No, I don't think so.
13 Q. I think I do.
14 A. I don't think you do.
15 Q. But it sounds to me like you're saying
16    it's different coming from you and in
17    that context than it is for people that
18    work for you that --
19 A. No.  What I'm saying, if you're in a
20    work environment, then I think it's
21    unacceptable.  But if I'm on my own
22    time, I'm talking to my friend, I mean,
23    there's no policy restricting it.

23 (Pages 89 to 92)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**Page 93**

1  Q. And that's all I'm asking. Okay. We
2  will move on. You left Mansfield early
3  to mid-December of 2004?
4  A. No. It was late November.
5  Q. Late November of 2004?
6  A. Yes.
7  Q. Okay.
8      MR. PETTAWAY: Was it '03?
9      MS. ANDREWS: I'm sorry. It
10  was '03. Thank you.
11  Q. So towards the end of 2003 you left
12  Mansfield?
13  A. Yes.
14  Q. And where did you go to work from there
15  or what did you do?
16  A. I worked with Garrison Steel Erectors.
17  I think I started in December -- late
18  December, late to mid-December.
19  Q. So it sounds like shortly after you
20  left Mansfield --
21  A. Yes.
22  Q. -- you went to Garrison Steel? What
23  were you doing at Garrison Steel?

**Page 94**

1  A. I was a bolt-up man building steel
2  structures.
3  Q. And how much did you make out there?
4  A. Fourteen dollars an hour.
5  Q. How long were you out at Garrison
6  Steel?
7  A. Maybe a year or so.
8  Q. So you were there from December 2003 to
9  about December 004?
10  A. Yes. Maybe November, December, yes.
11  Q. Okay. And so at the end of 2004, what
12  did you do?
13  A. I was laid off in April of 2005. I was
14  in an accident and I was off for about,
15  maybe, three or four months. Then I
16  went to work with Renovation Plus.
17  Q. So towards the end -- Fall of 2004?
18  A. Yes. Maybe.
19  Q. Or actually Fall of 2005. I'm sorry
20  about that.
21  A. Yes.
22  Q. And tell me the name of that company
23  again.

**Page 95**

1  A. Johnson's Renovation Plus.
2  Q. Johnson's Renovation Plus. And what
3  were you doing at Johnson's?
4  A. We was doing residential houses,
5  painting.
6  Q. Okay. Is that here in Selma?
7  A. Yes.
8  Q. And is Garrison Steel also?
9  A. No. It's in Birmingham.
10  Q. Okay. And what was your hourly rate or
11  salary at Johnson's Renovation?
12  A. Ten dollars an hour.
13  Q. Okay. And you referenced that you had
14  an accident in April 2005. Was that a
15  car accident?
16  A. Yes.
17  Q. And have you had any kind of health
18  issues or injuries resulting from that
19  car accident?
20  A. No. I was just -- I had -- yeah. I
21  was injured slightly. But I just -- I
22  couldn't go to work at the time.
23  Q. So you were injured enough to be out of

**Page 96**

1  work three or four months?
2  A. Yes.
3  Q. What did you do from the end of 2004
4  until April of 2005 when you had your
5  accident?
6  A. I was drawing unemployment.
7  Q. Unemployment. Okay. And then went to
8  Johnson's Renovation in late '05. How
9  long were you at Johnson's?
10  A. Maybe six to eight months.
11  Q. So that would put us about the Spring
12  of 2006, probably?
13  A. Yes.
14  Q. What did you do then? What was your
15  job after Johnson's?
16  A. I was unemployed.
17  Q. Okay. And then what was your next
18  employment?
19  A. Let me see. I think I went to work for
20  Crown Health Laundry as a hospital
21  laundry. They do hospital cleaning --
22  I mean, linen and stuff like that.
23  Q. Okay. And when did you start at Crown?

24 (Pages 93 to 96)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 97

1  A. It was April.  I think maybe April.
2     April.
3  Q. April of?
4  A. '06.
5  Q. '06.  And how much were you making at
6     Crown?
7  A. Six forty-five.
8  Q. Okay.  And then -- are you still at
9     Crown?
10 A. No.
11 Q. Where did you go after Crown?
12 A. I'm back with Renovation Plus.
13 Q. Okay.  And how much are you making out
14    at Renovation Plus now?
15 A. Ten dollars.
16 Q. And do you remember when you started
17    back at Renovation Plus?
18 A. I think it was May.
19 Q. Just this past May or May of '06?
20 A. May of '06.
21 Q. Okay.  Other than Garrison Steel and
22    Johnson's Renovation and Crown, are
23    there any other jobs you've had from

Page 98

1     the time that you left Mansfield in
2     December -- or late November of '03 to
3     now?
4  A. No.
5  Q. Okay.  And in your interrogatory
6     responses, it looks like you made a
7     claim for back pay and for front pay.
8     Have you -- and if you haven't, that's
9     okay.  But have you sat down and
10    actually calculated any pay that you
11    allege that you've lost since being --
12    since leaving Mansfield?
13 A. No, I haven't.
14 Q. Have you been having -- due to your
15    experience at Mansfield, have you
16    experienced any kind of mental stress
17    or any kind of psychological problems?
18 A. Well, I think due to the fact that,
19    like, the rain-out days, you know, I
20    think that had an effect on my
21    marriage.  And I think that maybe, I
22    think -- 50 percent of divorces are due
23    to financial problems, and I think

Page 99

1     that -- my wife used to tell me every
2     day I come home it rained out I need to
3     get me a real job.  And I've been
4     divorced now for, like, two years, and
5     I think that has an effect -- that had
6     some effect on it.
7  Q. So the days that it was a rain-out or
8     that you guys weren't allowed to work
9     when it started raining, you felt like
10    those financial troubles contributed to
11    your divorce?
12 A. Yes.
13 Q. Okay.  And earlier you said that you
14    weren't real sure how many times that
15    might have happened.  Do you have any
16    idea how many times you might have --
17    how many days --
18 A. No.  Like I said, you probably have
19    access to the records.  You can . . .
20 Q. So you don't have any way of --
21 A. No.
22 Q. From what you know, you don't have any
23    way to judge that?

Page 100

1  A. No.
2  Q. Okay.  Let's go through some of these
3     documents I have here.  Most of these I
4     just want to get verification of your
5     signature and stuff.
6        (Defendants' Exhibit 1 was
7        marked for identification.)
8  Q. This is what's been marked Defendants'
9     Exhibit 1.  Is this your handwriting --
10 A. Yes.
11 Q. -- on this page?  All right.
12       (Defendants' Exhibit 2 was
13       marked for identification.)
14 Q. This is Defendants' Exhibit 2.  Have
15    you ever seen that document before?
16 A. Yes.  That's mine.
17 Q. That's your handwriting also?
18 A. Yes.
19 Q. All right.  And that shows that you
20    started on September 4, 2002.  Is that
21    the way you remember it?
22 A. Yes.
23 Q. Okay.

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 101

1  A. That's not my handwriting.
2  Q. Oh, it's not your handwriting?
3  A. That's not.
4  Q. Okay. That may have been something the
5     company filled out, then. Okay.
6  A. Yeah.
7  Q. We'll just keep these in a stack for
8     her as we get through them. I'm giving
9     Collins a copy, too.
10       MR. PETTAWAY: Thank you.
11 Q. And then the next one will be marked as
12    Defendants' Exhibit 3.
13       (Defendants' Exhibit 3 was
14       marked for identification.)
15 Q. How about that, is that your
16    handwriting?
17 A. Yes, it is.
18 Q. This will be Defendants' Exhibit 4.
19       (Defendants' Exhibit 4 was
20       marked for identification.)
21 Q. Is that your handwriting and your
22    signature there at the bottom of the
23    page?

Page 102

1  A. Yes, my signature at the bottom.
2  Q. Okay. This will be Defendants' 5.
3       (Defendants' Exhibit 5 was
4       marked for identification.)
5  Q. How about that, is that your
6     handwriting and then your signature
7     there at the bottom? Well, it's not at
8     the bottom. It's sort of in the
9     middle. Excuse me.
10 A. Yes. Yes.
11 Q. Okay.
12       (Defendants' Exhibit 6 was
13       marked for identification.)
14 Q. How about Exhibit 6, is that your
15    handwriting there and your signature at
16    the bottom where it says applicant's
17    signature?
18 A. Yes, that's my signature at the bottom.
19 Q. Okay.
20       (Defendants' Exhibit 7 was
21       marked for identification.)
22 Q. I'll hand you Defendants' 7. Did you
23    ever -- I'll give you a chance to look

Page 103

1     over this. Have you ever seen this
2     document before or anything that looks
3     like this?
4       (Witness reviews document.)
5  A. Yes. This looks like a page from the
6     handbook.
7  Q. Okay. Does it look familiar to you?
8  A. Yes, I've seen it before.
9  Q. Okay.
10       (Defendants' Exhibit 8 was
11       marked for identification.)
12 Q. This will be Defendants' 8. And this
13    is Mansfield -- it looks like an
14    authorization to obtain drug and
15    alcohol results. Is that your
16    handwriting right there and your
17    signature down at the bottom?
18 A. Yes.
19 Q. And is this and the other stuff I've
20    shown you that's all dated on
21    September 4 stuff that you filled out
22    on your first day of work when you
23    started?

Page 104

1  A. Yes.
2  Q. Okay.
3       (Defendants' Exhibit 9 was
4       marked for identification.)
5  Q. And this will be Defendants' 9. How
6     about that, is that your signature down
7     at the bottom dated September 4, 2002?
8  A. Yes, it is.
9  Q. Okay.
10       (Defendants' Exhibit 10 was
11       marked for identification.)
12 Q. This will be Defendants' 10. How about
13    that, is that your signature?
14 A. Yes.
15 Q. And your Social Security number down at
16    the bottom?
17 A. Yes.
18 Q. All right.
19       (Defendants' Exhibit 11 was
20       marked for identification.)
21 Q. Okay. I'll mark this as Defendants'
22    Exhibit 11. This says Mansfield at the
23    top. You'll see it says, Conflict,

26 (Pages 101 to 104)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 105

1    Harassment, and Violence in the
2    Workplace.  Have you ever seen this
3    document before?
4        (Witness reviews document.)
5    A. I'm not sure.
6    Q. Not sure?
7    A. No.
8    Q. Okay.  If I can direct you to page --
9      and that's front and back, I believe.
10     At the bottom it says page 3 of 9.  It
11     should be the second page you're
12     looking at.
13   A. Yeah.
14   Q. Do you see where it says, 5.0,
15     reporting inappropriate or threatening
16     behavior?
17   A. Yes.
18   Q. Did anybody at Mansfield ever tell you
19     that if you had any situation where
20     there was inappropriate or threatening
21     behavior that you should report that to
22     somebody?
23   A. No.

Page 106

1    Q. So you didn't know that if you felt
2      threatened or if you felt discriminated
3      against that you should report that to
4      anyone?
5    A. I didn't see discriminate in this.  I
6      mean, the threatening or inappropriate
7      behavior.
8    Q. Okay.  Well, what I'm asking you is,
9      you said you don't remember seeing this
10     or you don't know if you saw this or
11     not.  So all I'm asking now is did
12     anybody ever tell you at Mansfield, or
13     did you know, whether they told you or
14     not, that you were expected to report
15     or complain about any behavior that was
16     discriminating or harassing?
17   A. No, I was never told.
18   Q. You were never told that.  Okay.
19   A. And it wasn't part of orientation
20     either.
21   Q. Okay.
22       (Defendants' Exhibit 12 was
23       marked for identification.)

Page 107

1    Q. All right.  This next one is
2      Defendants' Exhibit 12.  And you said
3      earlier that you read the employee
4      handbook.  Is that the handbook you got
5      when you first started?
6    A. Yes.  Not the whole book but, I mean,
7      the basics I read.
8    Q. So you didn't get the whole book or you
9      did?
10   A. No.  I didn't read the whole book.
11   Q. You read through it?
12   A. I read through it, yeah.
13   Q. But you didn't read the whole thing,
14     you said.  Okay.  And this has --
15     you'll see it has all the page numbers
16     on it.  If I can get you to flip over
17     to where it says page 11 of 67.  It's
18     down at the bottom right corner is
19     where the page numbers are.
20       (Witness complies)
21   Q. Okay.  You see right there about the
22     middle of the page where it says,
23     Conflict, harrassment, and violence in

Page 108

1      the workplace?
2    A. Yes.
3    Q. And it says that an employee who wants
4      to report an incident of sexual or
5      other unlawful harassment is to
6      promptly report the matter to his or
7      her supervisor.  And if the supervisor
8      is unavailable or the employee believes
9      it would be inappropriate to contact
10     that person, he or she should
11     immediately contact the human resources
12     department or the safety department.
13     Do you remember reading that in the
14     handbook when you got it?
15   A. No, I didn't read that part.
16   Q. Okay.  And how about the very next
17     section that's highlighted in bold, it
18     says, Substance abuse and control?
19   A. Yes.
20   Q. Do you remember reading about the
21     company's policy against --
22   A. Yes.
23   Q. -- substance abuse?

27  (Pages 105 to 108)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 109

1  A. I remember reading that.
2  Q. Okay.  And then also, if I could get
3     you to flip to the very next page, page
4     13 of 67, where it says, The Equal
5     Employment Opportunity Policy
6     Statement?
7  A. Yes.
8  Q. I'll give you as long as you want to
9     look at that.  Do you remember ever
10    reading that or hearing about that at
11    any time during your employment at
12    Mansfield?
13 A. I think they have a copy of this on the
14    wall in the office.
15 Q. Okay.  And if I can get you to flip
16    almost to the back of it to where it
17    says page 57 of 67.
18    (Witness complies)
19 Q. Do you remember seeing that page where
20    it's a place to -- it's a place for
21    various signatures regarding the
22    substance abuse program?
23 A. Yes.

Page 110

1  Q. Consent for drug testing and the
2     receipt of the employee handbook?
3  A. Yes.
4  Q. Do you remember seeing that?
5  A. Yes, I've seen the substance abuse --
6  Q. Okay.
7  A. -- policy.
8  Q. Okay.  And does that page look familiar
9     to you at all?
10 A. It looks like it's out of the handbook.
11 Q. Okay.
12    (Defendants' Exhibit 13 was
13    marked for identification.)
14 Q. Next we have Defendants' 13.  Okay.
15    And if you'll just kind of flip through
16    these.  These are all the tests from
17    the back of that handbook.  And if
18    you'll just kind flip through it and
19    tell me if that's your signature -- or
20    I guess on the tests it's just your
21    name.  Is that your handwriting and is
22    that your signature on that first page?
23 A. Yes.

Page 111

1     (Witness reviews documents.)
2  A. Yes.
3  Q. And do you remember taking all those
4     tests when you started work?  It looks
5     like most of those are dated --
6  A. Yes.
7  Q. -- the same day that you started.  So
8     it sounds like you came in and sat down
9     and had to take quite a few tests.
10 A. Yes.  This is the paperwork I was
11    telling you about earlier.
12 Q. Okay.  It looks like you did pretty
13    well on them, too.  We saw some the
14    other day that weren't so good.  Okay.
15    (Defendants' Exhibit 14 was
16    marked for identification.)
17 Q. And I'll mark this as Defendants' 14.
18    And this is the same as that blank page
19    that was in the back of that handbook.
20    Is that your signature on those
21    pages --
22 A. Yes.
23 Q. -- on that one page -- I'm sorry --

Page 112

1     those three different times?
2  A. Yes.
3  Q. So you remember they gave you the
4     handbook and you said you looked
5     through it and then they asked you to
6     sign those, particularly the bottom
7     signature on there where it says, My
8     signature below verifies that I have
9     received my copy of the Company
10    Employee Code of Safe Practices
11    Handbook.  I will comply to all the
12    rules in the handbook and any other
13    safety rules and procedures that relate
14    to my job.  Do you remember reading
15    that and signing right there?
16 A. Yes.
17 Q. Okay.  And next we have Defendants'
18    Exhibit 15.
19    (Defendants' Exhibit 15 was
20    marked for identification.)
21 Q. Okay.  Have you ever seen that document
22    before?  I don't think that's your
23    writing, from best I can tell.  Or it

28  (Pages 109 to 112)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

Page 113

1  may be, but I don't think it is.
2  A. No.
3  Q. Okay.  You've never seen this before?
4     And it says that you got a raise, or a
5     wage scale adjustment, on May 15, 2003,
6     of a dollar, up to 13.50 an hour?
7  A. Yes.
8  Q. And it has a comment that you were a
9     very good worker.  And it looks like it
10    was submitted by Johnny Crutchfield?
11 A. Yes.
12 Q. Do you remember getting a raise in May
13    of 2003?
14 A. Yes.  I thought it was fifty cents.
15 Q. Okay.  I know it's hard to remember
16    back.  But was that -- that was about
17    the time that you remember?  You said
18    earlier you weren't real sure.
19 A. Yes.
20 Q. So we'll say it was May '03.  Okay.
21    And the next thing that I have is
22    something that I don't know if you
23    would have seen or not.

Page 114

1     (Defendants' Exhibit 16 was
2     marked for identification.)
3  Q. This is Defendants' Exhibit 16.  And at
4     the top you'll see it says Hyundai site
5     drug screen -- urine drug screen
6     report?
7  A. Yes.
8  Q. Do you remember -- were you planning on
9     taking a job out at Hyundai?  Were you
10    offered a job out at Hyundai?
11 A. Well, like I said, we was supposed to
12    go to Virginia.
13 Q. Okay.
14 A. We didn't go.  I filed unemployment.
15    Nathaniel was still working at the GE
16    plant.  After about three weeks, Johnny
17    Crutchfield started to inquire about
18    us.  He had me and William Ragland and
19    told us to report to Hyundai.
20 Q. Okay.  So when were you offered the job
21    in Virginia, just so I can be sure I
22    know?  If you remember.
23 A. Let's see.  It was, like, maybe three

Page 115

1     weeks before this drug screen.
2  Q. Okay.  So about three -- and why were
3     you -- was the GE contract up?  Was
4     that job done?
5  A. That was done.
6  Q. So the GE contract was done and
7     Crutchfield offered you a job in
8     Virginia?
9  A. Yes.
10 Q. You and Lewis?  I'm sorry.  Did you say
11    that?
12 A. Patrick Lewis and William Ragland.
13 Q. I'm sorry if you already said that.
14    And you guys didn't want to go up to
15    Virginia and so you filed for
16    unemployment for a while, you said?
17 A. Yes.
18 Q. So that would be in December or -- no.
19    In early November of 2003 or about --
20 A. Maybe second week of November.
21 Q. About the second week of November.
22    Okay.  And then what happened?  Then
23    you said Crutchfield offered you a job

Page 116

1     out at Hyundai?
2  A. Yes.  He got Nathaniel -- because he
3     was still working at the GE plant.  So
4     he got him to contact me and William
5     Ragland and offered us a job at
6     Hyundai.
7  Q. How was Nathaniel still working at GE
8     if the contract was up?  Was only part
9     of the contract up or was it --
10 A. No.  I mean -- well, in any job site
11    when you -- when a job is winding down,
12    the journeymen are basically the first
13    to go and then the helpers are, you
14    know, maybe last.
15 Q. So I guess the helpers can stay and
16    help?
17 A. Yeah.
18 Q. Get everything cleaned up and --
19 A. Yes.
20 Q. -- get it wound up.  Okay.  That makes
21    sense.  Okay.  So then you're offered a
22    job out at Hyundai?
23 A. Yes.

29  (Pages 113 to 116)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 117

1   Q. What job were you offered at Hyundai?
2      Do you remember?
3   A. Painter/journeyman.
4   Q. So you weren't offered a foreman
5      position?
6   A. No, I wasn't.
7   Q. Okay. And tell me what happened when
8      you went out to Hyundai.
9   A. I did not pass the drug test.
10  Q. And that's what this looks like. This
11     document right here is dated. You'll
12     see it's 3/31/04?
13  A. Yes.
14  Q. And there's a handwritten note down at
15     the bottom that says the results were
16     originally dated 11/21/03. Does that
17     sound about right, it would have been
18     November of 2003 when you went out to
19     Hyundai and took that drug test?
20  A. No. I took the drug test on -- that
21     was -- no, it wasn't 3 --
22  Q. Because it looks like this was --
23  A. This is not . . .

Page 118

1   Q. You said you filed for unemployment --
2   A. We have a -- I mean, they have a
3      statement on which some lawyers -- I
4      mean, I don't know. They have me
5      saying I took two or three different
6      drug tests.
7   Q. Okay. At Hyundai?
8   A. No.
9   Q. Okay.
10  A. Before I went to Hyundai.
11  Q. During your time at Mansfield?
12  A. Yes. On -- on my unemployment record
13     that they sent me, there was --
14  Q. Okay.
15  A. -- a big package. Johnny Crutchfield,
16     when he found out I wasn't in Virginia,
17     he tried to tell the unemployment -- he
18     found out I filed for my unemployment.
19     He tried to tell the unemployment
20     people that I came to him and told him
21     I couldn't pass the drug test. He
22     tried to block my unemployment.
23  Q. Okay.

Page 119

1   A. Now, in the statement they have, they
2      have me taking two or three different
3      drug tests when there's only one that I
4      took at Hyundai.
5   Q. In a statement who has, the
6      unemployment agency?
7   A. The statement that Mansfield lawyers --
8      there's a big package that they sent in
9      response to the claim that we filed.
10  Q. So in the EEOC response?
11  A. No. The response from Mansfield's
12     lawyers.
13  Q. That's what I'm saying. Was it related
14     to the EEOC charge?
15  A. Yes. I guess they sent it to the EEOC.
16     You're right. I took a drug test, it
17     was either November or December, last
18     of November or the first of December.
19  Q. Okay. Out at Hyundai?
20  A. At Hyundai.
21  Q. And wasn't it Hyundai that gave the
22     drug test?
23  A. Yes.

Page 120

1   Q. Instead of Mansfield?
2   A. Yes.
3   Q. And you said a minute ago that you did
4      not pass that drug test?
5   A. No, I didn't.
6   Q. Okay.
7   A. But I'm saying, that's the only drug
8      test that I didn't pass.
9   Q. Okay.
10  A. When in response --
11  Q. That's the only one that you didn't out
12     of all the ones you ever took?
13  A. And in response, they're saying that I
14     took maybe one or two, trying, I guess,
15     to back date their claim or whatever.
16  Q. Okay. Well, I haven't seen anything
17     like that. This is all I'm --
18  A. Collins have it. I think he has it.
19     MR. PETTAWAY: You've probably
20  seen it.
21     MS. ANDREWS: The same thing
22  where they said --
23     MR. PETTAWAY: What he's

30  (Pages 117 to 120)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 121

1   talking about is that he told them --
2        MS. ANDREWS: Well, we'll go
3   through the rest of this stuff and then
4   if we can't figure that out then we'll
5   try to find the right documents.
6   Q. Okay. So you don't dispute that you
7     took a drug test, one drug test, out at
8     Hyundai in either November --
9   A. It was -- it was not November. It's
10    not November 21.
11  Q. So either late November or December of
12    '03?
13  A. The last of November or the first of
14    December.
15  Q. Okay. And you did not pass that drug
16    test?
17  A. Right.
18  Q. Is that why you didn't go to work out
19    at Hyundai?
20  A. Yes.
21  Q. Okay. Because you couldn't work out
22    there, so did Mansfield tell you you
23    didn't have a job anymore or did you

Page 122

1     just know that you didn't or what
2     happened?
3   A. Well, I didn't get the job.
4   Q. Okay.
5   A. But it also said they offered me a
6     foreman's position at Hyundai, which I
7     never worked at Hyundai.
8   Q. Okay. So when Crutchfield told
9     Nathaniel Lamar to call you and say,
10    Come out here and work at Hyundai, he
11    didn't say, Come out here and work as a
12    foreman?
13  A. No, he didn't.
14  Q. He just --
15  A. The foreman job was offered at GE when
16    Steve Bryant got fired.
17  Q. Were you the foreman on the job, then,
18    at GE?
19  A. Johnny Crutchfield told me --
20  Q. That was right when Steve got fired?
21  A. Yes.
22  Q. Okay. So you were technically a
23    foreman the whole time you were out at

Page 123

1     GE, then?
2   A. Well --
3   Q. Or did you take the job or did you say
4     you didn't want to be a foreman?
5   A. No. He said he was going to give me
6     the job, but he never did give me the
7     job. He gave the job to Corey Watson.
8   Q. Okay. And that was back to the whole
9     Corey Watson incident?
10  A. Yes.
11  Q. Okay. I think we're clear. So when it
12    was time and you were about to go
13    working at Hyundai, you were not
14    offered a foreman's position then?
15  A. No, I wasn't.
16  Q. And you went and took the drug test and
17    didn't pass it?
18  A. Yes.
19  Q. And didn't get the job?
20  A. Right.
21        (Defendants' Exhibit 17 was
22        marked for identification.)
23  Q. This next thing is dated -- this is

Page 124

1     Defendants' Exhibit 17, and it's dated
2     December 1 of 2003, and it looks like
3     it's Mansfield --
4   A. Now, that's the date I took the drug
5     test.
6   Q. That's the date you took the drug test?
7   A. Yes.
8   Q. Okay. So we're clear on the dates.
9     And it looks like -- it says the last
10    day you worked --
11        MR. PETTAWAY: Wait a minute.
12    What is it you're saying?
13        THE WITNESS: I don't know what
14    that is, but I took the test on
15    December 1.
16        MR. PETTAWAY: This is 17;
17    right?
18        THE WITNESS: Yes.
19        MS. ANDREWS: The wage scale
20    adjustment right there in your left
21    hand is 15.
22        MR. PETTAWAY: Right.
23        MS. ANDREWS: And then 16 is

31 (Pages 121 to 124)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

Page 125

1   this thing from Hyundai.
2       MR. PETTAWAY: Right, right,
3   right. Number 16 is the drug screen?
4       MS. ANDREWS: Yeah. And then
5   17 is the termination slip.
6       MR. PETTAWAY: Yeah. My
7   writing got off. I'm sorry.
8       MS. ANDREWS: That's okay.
9   Q. (By Ms. Andrews) So you're saying
10  December 1 is the day you took the drug
11  test?
12  A. Yes.
13  Q. And on that day -- that's the same day
14  Johnny, looks like, Johnny Crutchfield
15  signed this slip?
16  A. Yes.
17  Q. And he said you could not pass the drug
18  test, but he also checked that you were
19  recommended rehire. See that down at
20  the bottom?
21  A. Yes.
22  Q. Okay.
23      (Defendants' Exhibit 18 was

Page 126

1       marked for identification.)
2   Q. I'll mark this Defendants' 18. And
3   this is a letter from Prince Chestnut
4   to -- it's to the EEOC and it's dated
5   March 11, 2004. Have you ever seen
6   this letter before?
7   A. No.
8   Q. Okay. When did you first -- was Prince
9   the first lawyer that you went to see
10  about a lawsuit or about an EEOC
11  charge, if you remember?
12  A. I think we may have met with someone
13  else initially.
14  Q. Okay.
15  A. But I guess after a while we talked
16  with him.
17  Q. Just to Prince?
18  A. Yes.
19  Q. Okay. And then to Collins, I presume.
20  Do you remember the first time you went
21  and talked to a lawyer --
22  A. Yes.
23  Q. -- about -- okay. When was that?

Page 127

1   A. November.
2   Q. Of 2003; would that --
3   A. Yes.
4   Q. -- be right? So is that before -- that
5       was before you got offered, then, the
6       job out at Hyundai?
7   A. Yes.
8   Q. Okay. And how did you know who to go
9       see? How did you know to come to
10      Prince's office?
11  A. He was recommended.
12  Q. Okay. By who?
13  A. A friend.
14  Q. Okay. What's your friend's name who
15      recommended Prince?
16  A. Well, it was initially -- we was all at
17      work one day and it was initially
18      Patrick Lewis and I and everybody else
19      around the box, and he was saying he's
20      tired of this shit. He said, What you
21      going to do? Are we going to do
22      something about this or are we just
23      going to sit down and take this lying

Page 128

1       down? And that's when we initially
2       agreed that we'll all get together and
3       do something.
4   Q. Do you remember when that was, when
5       Patrick first said something to you
6       guys?
7   A. That was, like, early November.
8   Q. Is that also 2003 or was that 2002?
9   A. Yes, 2003.
10  Q. Okay. And so Patrick Lewis talked to
11      who all? Who all was standing there
12      when Patrick Lewis had this
13      conversation?
14  A. Cindy -- basically, everybody. We was
15      in one and two. Cindy, Robert -- no,
16      Robert was gone. It was Earl. We was
17      in a meeting at the gang box.
18  Q. So Cindy. Robert wasn't there, you
19      said.
20  A. No. All the employees that was working
21      at that time.
22  Q. All the employees. So white employees,
23      African-American employees?

32 (Pages 125 to 128)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

Page 129

1  A. Yes.
2  Q. Everybody who works there?
3  A. Yes.
4  Q. So was this during lunch?
5  A. No.  First gathering in the morning.
6  Q. First gathering in the morning.  Okay.
7    So early morning when you guys all
8    first got there.  Okay.  Can you tell
9    me anybody else specifically who was
10   sitting there and who --
11 A. Nathaniel.  Everybody that's a part of
12   the lawsuit.  We was all talking
13   together amongst the other employees.
14 Q. Okay.
15 A. They were listening.
16 Q. Was Ralo Colvin there?
17 A. Yes.
18 Q. Was Jack Richardson there?
19 A. Yes.
20 Q. Was William Ragland there?
21 A. Yes.
22 Q. Okay.  And tell me again exactly what,
23   as best you can remember, what Patrick

Page 130

1    Lewis said that day.
2  A. He said, Man, you know, things that
3    they're doing is wrong.  Said, We
4    shouldn't have to accept this.  He
5    said, We need to do something about it.
6    You know, me and him grew up from a
7    long time ago.  He said, Man, I know
8    you.  He said, You going to sit here
9    and take this, you know, are we just
10   going to sit here and take this or are
11   we going to do something about it?  And
12   that was the day that we decided that
13   we would all get together and talk to a
14   lawyer.
15 Q. Who all came the first time that you
16   met with a lawyer?
17 A. Everybody that's on the list.
18 Q. So Nathaniel Lamar, Ralo Colvin --
19 A. Jack Richardson.
20 Q. -- Jack Richardson, William Ragland,
21   Patrick Lewis, you.  Was there anybody
22   else that came and met with the lawyer
23   but then decided not to be a part of

Page 131

1    the lawsuit?
2  A. No.
3  Q. Was there anybody else that Patrick
4    Lewis or that you or anybody else
5    talked to to try and get them to come
6    see a lawyer?  Anybody else you guys
7    wanted to be involved?
8  A. No.  I mean, there was one guy, Steve,
9    initially.  He never came.  He never
10   showed up.
11 Q. Okay.
12 A. I can't think of his last name.
13 Q. Okay.
14 A. But he only had been working there
15   maybe -- maybe a month or so, maybe two
16   or three months.
17 Q. So after this first conversation when
18   Patrick Lewis talked to everybody, was
19   there another conversation just between
20   you guys that are all plaintiffs in
21   this suit?  Was there another time
22   before you came and met a lawyer that
23   y'all sat down and talked about --

Page 132

1  A. No.
2  Q. -- the things that were going on or
3    everything?
4  A. I mean, every day, you know, in
5    conversation, you know, we talked about
6    things on the job, you know.
7  Q. So you talked generally about work with
8    each other?
9  A. Yes.
10 Q. And so you came to see Prince or
11   somebody here in Prince's office in
12   November of 2003?
13 A. Yes.
14 Q. And you said -- that sounds like it was
15   a few months -- I'm sorry.  I'm looking
16   at my notes wrong.  That was about
17   right around the time that Patrick
18   Lewis first talked about the lawsuit.
19   And so did Patrick suggest that you
20   guys come over here to Prince's office?
21 A. Yes, I think it was.
22 Q. Okay.  And when you met -- you said you
23   weren't sure if it was Prince you met

33  (Pages 129 to 132)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 133

1  with the first time?
2  A. No.
3  Q. But whoever it was that you met with
4    over here the first time, did you meet
5    with them by yourself or was there a
6    group of people all here meeting at
7    once?
8  A. We were all together.
9  Q. All together. Okay. And then after
10   that, it looks like from that letter in
11   March of 2003 --
12      MR. PETTAWAY: What letter are
13   you talking about?
14      MS. ANDREWS: The last exhibit.
15   Did I say 2003 again? 2004. I'm
16   sorry.
17 Q. The letter of March of 2004, it looks
18   like that's when you first sent off
19   your charge to the EEOC?
20      MR. PETTAWAY: I'm going --
21 A. No.
22      MR. PETTAWAY: -- to object to
23   the form of that question. I think

Page 134

1    that improperly characterizes what he
2    said.
3       MS. ANDREWS: I'm just asking.
4  Q. In March 2004, is that when you guys
5    first filed the EEOC charge, the EEOC
6    complaints?
7  A. The lawyers filed the complaint. We
8    had a meeting. The EEOC came down and
9    met with everybody individually and
10   took statements. I guess during the
11   process of November and up until then,
12   I guess that's when the claim was
13   filed.
14 Q. Okay. So there was a process before --
15 A. Yes.
16 Q. Before you guys filed your actual --
17 A. Yes.
18 Q. -- claim? Okay. That's all I'm
19   asking.
20      MR. PETTAWAY: Well, I -- well,
21   I think what the EEOC does, they
22   actually filed that claim when they met
23   them back in November. I think the

Page 135

1    EEOC did formal charges. I think that
2    letter was after the formal charges are
3    filed.
4       MS. ANDREWS: Okay.
5  A. And they met with us and --
6       MS. ANDREWS: So this is --
7       MR. PETTAWAY: Maybe it's some
8    updates or something.
9       MS. ANDREWS: Yeah. It says,
10   Please find enclosed employment
11   discrimination claims for the
12   following, and it lists Mr. Tarver as
13   one of those.
14      MR. PETTAWAY: Right. I got
15   you. But I think the actual claim --
16   formal claim was actually filed
17   starting in February.
18      MS. ANDREWS: I think you're
19   right. I think that's what this says.
20      MR. PETTAWAY: But the EEOC
21   actually documented back in November.
22   They just took a while typing them up.
23      MS. ANDREWS: So you're saying

Page 136

1    that you guys filed something in
2    November of 2003?
3       MR. PETTAWAY: Yeah. And I
4    think the EEOC met with them there and
5    took their claims at that point.
6       MS. ANDREWS: All right. Well,
7    this next exhibit --
8       MR. PETTAWAY: And that may
9    explain some things. Now, why that's
10   not in their file or maybe -- you know
11   what? I just thought about that.
12   Maybe I need to get that, too. They
13   have an intake registry, you know, and
14   maybe that's where they got that
15   information at. When we get the files,
16   I don't have that in the file either.
17      MS. ANDREWS: Okay.
18      MR. PETTAWAY: It's probably in
19   the intake registry.
20      MS. ANDREWS: Okay. Well,
21   we'll check with them. If you guys
22   have that, if you'll just --
23      MR. PETTAWAY: I don't have it.

34  (Pages 133 to 136)

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO
f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

---

**Page 137**

1    I need to see if I can get it.
2        MS. ANDREWS:  Yeah.  And I'll
3    look for it, too.  If you guys get it
4    before we do, if you'll just send it.
5        (Defendants' Exhibit 19 was
6        marked for identification.)
7    Q. (By Ms. Andrews) So it looks like --
8    this is the charge of discrimination
9    with the EEOC filed February 13, 2004,
10   down at the bottom.  Is that your
11   signature down there at the bottom?
12   A. Yes.
13   Q. Okay.  And then if I could direct you
14   to the second page of that.  It looks
15   like -- it's a statement that starts,
16   I, Ervin, Tarver.  Are those your
17   words?
18   A. Yes.
19   Q. Do you remember seeing this or writing
20   this?
21   A. Well, it was a written statement.  I
22   didn't -- I didn't -- it wasn't -- I
23   guess the lawyers typed it up.

---

**Page 138**

1    Q. So you wrote this out?
2    A. Yes.
3    Q. And had somebody at Prince's office
4    type it out?
5    A. I guess they had somebody type it up.
6        MR. PETTAWAY:  I object to the
7        form of that question.  He said "the
8        lawyers."
9    A. I mean, I gave him a written statement.
10       MR. PETTAWAY:  The EEOC, I
11       guess.
12   Q. So it could have been the EEOC folks?
13   A. I'm not sure.
14   Q. You gave a handwritten statement?
15   A. Yes.
16   Q. Do you have a copy of that handwritten
17   statement anywhere or do you know if
18   your lawyers do?
19   A. I'm not sure.  They should have a copy
20   of it.
21   Q. Okay.
22       MS. ANDREWS:  Well, if you guys
23   have a handwritten copy of that, we

---

**Page 139**

1    would like to have it.
2        MR. PETTAWAY:  No, we don't
3    have it.  I think it went to the EEOC
4    folks.  I can tell you that.  But we
5    don't have it.
6    Q. Let's look back at that typed
7    statement, please, Mr. Tarver.
8        (Witness complies)
9    Q. And I just wanted you to look through
10   it and just kind of read over it and
11   tell me if that's the way that you
12   remember writing the handwritten note
13   that you wrote, if what you wrote on
14   whatever you wrote in your handwriting,
15   if it came out the same way on this --
16   on this typed up sheet.  Do those sound
17   like your words?
18   A. Yes.
19       (Defendants' Exhibit 20 was
20       marked for identification.)
21   Q. Okay.  And this will be Defendants'
22   Exhibit 20.  And this looks like to me
23   it has another charge of discrimination

---

**Page 140**

1    down at the bottom.  You signed it
2    dated 4/14/04.  And on the second page
3    there is a -- it says, Particulars of
4    Ervin Tarver and there's a typed-out
5    statement again.  And based on my
6    reading, it looks a lot like the first
7    one.  There's, like, an added
8    paragraph, I think, at the bottom.  Do
9    you recall filing a second or a -- you
10   know what?  This is for General
11   Electric.  This is for GE.  Is that
12   what you recall, filing a claim against
13   GE as well as Mansfield?
14   A. Yes.
15   Q. Okay.  And so on that second page, even
16   though it's not signed, are those your
17   words?  Is that the same kind of case
18   where you hand wrote something and
19   somebody typed it up for you?
20   A. Yes.
21   Q. And do you know if you had someone from
22   Prince's office type it up, your
23   lawyers, or if that was somebody from

---

35  (Pages 137 to 140)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 141

1    the EEOC?
2    A. I'm not sure.
3    Q. All right.
4        (Defendants' Exhibit 21 was
5        marked for identification.)
6    Q. This next one will be Defendants'
7    Exhibit 21. And this here is a
8    handwritten statement. It looks like
9    it was signed by Johnny Crutchfield and
10   dated August 3, 2004. Have you ever
11   seen this before?
12   A. No.
13   Q. Okay. If you'll read over it for a
14   second.
15       (Witness reviews document.)
16   Q. And it says, I, Johnny Crutchfield, did
17   offer Ervin Tarver a foreman's job at
18   the Hyundai job site. So are you
19   saying that that's not true? You said
20   earlier you were not --
21   A. It's not true.
22   Q. Okay. And then it says that you came
23   out there and could not pass the drug

Page 142

1    test and Hyundai safety told me that he
2    could not work on the site. Is that
3    the way that happened?
4    A. The drug test part is true.
5    Q. The drug test part was true. Okay.
6    A. He did not offer me a job at the
7    Hyundai -- the foreman's job. It was
8    at the GE plant.
9    Q. So the Hyundai plant was just as a
10   journeyman painter?
11   A. Yes.
12   Q. Okay. And I'm going to mark these
13   together so we can look at them
14   together.
15       (Defendants' Exhibit 22 and 23
16       were marked for identification.)
17   Q. These are 22 and 23. And you'll see 23
18   is a typed-out affidavit, and 22 looks
19   like handwritten notes. And
20   certainly -- if I'm wrong about this,
21   tell me. But it looks like what
22   happened is that you wrote out some
23   notes and then either you or somebody

Page 143

1    else typed them into this affidavit.
2    Because a lot of it -- a lot of the
3    sentences say the same thing and the
4    dates are the same. Is that the way
5    you remember it? Do you remember
6    writing those notes? Or have you seen
7    those notes before?
8    A. This -- this is not my writing.
9    Q. That's not your handwriting?
10   A. Uh-uh.
11   Q. So you have not seen those notes
12   before?
13   A. No
14   Q. Okay. Well, how about this affidavit
15   with the EEOC heading at the top, have
16   .you seen that before?
17       (Witness reviews document.)
18   A. No, I haven't.
19   Q. Well, if you'll look through it. Do
20   you remember making any statements like
21   that to anybody before?
22       (Witness reviews document.)
23   A. Yes.

Page 144

1    Q. It's not signed, but this was in the
2    EEOC documents I'd seen. I just wanted
3    to know if this was -- if these were
4    your words or if these were somebody
5    else's words.
6    A. Yes, these are my words.
7    Q. These are, but you've never seen those
8    handwritten notes?
9    A. No.
10   Q. That must be somebody else's. Okay.
11   So let's kind of go through this
12   affidavit a little bit, if you will.
13   In the second paragraph, it says that
14   Steve Bryant, who was a foreman, and
15   his nephew were caught with drugs in
16   the company truck. Bryant was shipped
17   to another job site. Earlier you said
18   you thought Bryant was fired. Was he
19   fired or was he --
20   A. No. He came and worked at
21   International Paper. Mansfield also
22   had a contract --
23   Q. So earlier when you said he was fired

36 (Pages 141 to 144)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 145

1    that wasn't right?
2    A. From the site.
3    Q. Okay.  He was fired from the site?
4    A. Yes.
5    Q. But he still had a job with Mansfield?
6    A. Yes.
7    Q. Okay.  And this is the same instance
8        where you said you were promised the
9        foreman's job and then on February 28
10       Corey Watson was hired?
11   A. Yes.
12   Q. And that's what we talked about
13       earlier?  Because that's --
14   A. I'm not sure the date but, yes, that
15       was the situation.
16   Q. Okay.  And so it looks like you wrote
17       the date was February 8, 2003 --
18   A. Yes.
19   Q. -- when this was written.  So does that
20       sound like it was right?
21   A. Yes, maybe February or March.
22   Q. I think you said March, so --
23   A. Maybe February or -- I mean . . .

Page 146

1    Q. You wrote here late February 2003.
2        Okay.  And then earlier you listed that
3        as being the first time you remember
4        feeling discriminated against --
5    A. Yes.
6    Q. -- at Mansfield.  Okay.  And then also
7        you next talk about -- this is what we
8        talked about earlier, too.  You talked
9        about white employees getting paid for
10       showing up when there was bad weather?
11   A. Yes.
12   Q. Okay.  And you said that happened as
13       early as January and February of 2003.
14       Is that the way you remember that?
15   A. Yes, I think so.
16   Q. So during January and February of 2003,
17       were you ever denied an opportunity to
18       work show-up time on rain days, if you
19       remember?  If you don't, that's okay.
20   A. No, I'm not sure.  I mean . . .
21   Q. Okay.
22   A. I mean, if they stop me at the gate, I
23       feel that's denying me, you know,

Page 147

1    because if I don't clock in I can't get
2        show-up time.
3    Q. Right.  And I'm just trying to figure
4        out --
5    A. Yeah.
6    Q. Because earlier it was hard to remember
7        dates.  Here it says, January 2003,
8        whites were getting paid show-up time.
9        And it says a couple of sentences down,
10       The company treats black and white
11       employees differently.  So I was just
12       trying to figure out if that was in
13       January or February of 2003 that you
14       felt like you were denied show-up time?
15   A. I'm not sure the date.
16   Q. Okay.  That's okay.  And then also in
17       that same paragraph you say -- towards
18       the end of the paragraph you say that
19       whites were given insurance benefits
20       after six months and that black
21       employees were not offered insurance?
22   A. Yes.
23   Q. Okay.  And you mentioned earlier that

Page 148

1    you thought that Earl Shouse -- is that
2        his last name?
3    A. Sow.
4    Q. Okay.  That Earl and that Johnny Reed,
5        that you knew that they had benefits?
6    A. Yes.
7    Q. Okay.  Were there any other white
8        employees that you knew of that had
9        benefits after six months that you did
10       not?
11   A. Not sure.
12   Q. Okay.  And then down to the next
13       paragraph.  You talk about the car
14       trouble incident in that next paragraph
15       that we talked about a little bit
16       earlier.  You said, The next morning
17       Crutchfield, superintendent, told the
18       blacks that if we could not come to
19       work to find another job.  Is that the
20       way you remember that happening?
21   A. Yes.
22   Q. Okay.  So did you understand, then,
23       that if you didn't come to work, that

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 149

1  you wouldn't have a job, that you would
2  be fired?
3  A. Yes, that's my understanding.
4  Q. Okay. And did that seem unfair to you?
5  A. Yes.
6  Q. How so?
7  A. Like I said, other people missed jobs
8  and they're not threatened.
9  Q. Okay.
10 A. I mean, why should I be threatened?
11 Q. Okay. And earlier when we talked about
12 that you said you remembered that Jeff
13 was somebody who was allowed to not
14 show up to work, but you didn't know if
15 he was threatened or not?
16 A. No.
17 Q. Okay. Is there anybody else you can
18 remember —
19 A. No.
20 Q. — that was white or otherwise that
21 wasn't threatened?
22 A. Like I said, Jack Richardson missed a
23 day. He didn't call in.

Page 150

1  Q. You did say that. I'm sorry. Okay.
2  And then on the same paragraph you
3  say — you talk about some different
4  incidents of the N-word that you heard
5  at work or that —
6  A. Yes.
7  Q. — other people heard. You talk about
8  the Johnny Reed incident that we talked
9  about earlier.
10 A. Yes.
11 Q. Calling Patrick an arrogant N-word.
12 And then you say you did not report his
13 using the word. Is that true, that you
14 did not report —
15 A. No.
16 Q. — that to anybody?
17 A. No, I did not.
18 Q. You did not report it. Okay.
19 A. When you have a superintendent calling
20 a man a buzzard, who are you going to
21 report it to?
22 Q. Did you ever think about calling
23 anybody in the human resources office

Page 151

1  or —
2  A. I think Patrick Lewis made the call.
3  Q. Okay. But you didn't yourself?
4  A. No, I didn't.
5  Q. How do you know that Patrick Lewis made
6  a call?
7  A. He told me so.
8  Q. Did he tell you before he called or
9  after he called, if you remember?
10 A. No, it was after he called. He said —
11 well, he said he was going to call, and
12 he told me he had — I'm sure you have
13 that —
14 Q. Yeah.
15 A. — in your papers.
16 Q. I'm just trying to find out what you
17 remember about it. That's all. Okay.
18 And then the very last sentence on that
19 very back page it says, However, whites
20 were started at higher pay at the GE
21 plant than blacks.
22 A. Yes.
23 Q. But then I look back at the first

Page 152

1  paragraph of that whole document,
2  towards the end of that paragraph, and
3  it says you do not know the salaries of
4  white employees. And so I'm just
5  trying to figure out, are you claiming
6  that white employees got paid more?
7  A. Yes. I'm quite sure you have access to
8  the records. You can see where they
9  started whites out at different scales
10 than blacks.
11 Q. And all I'm asking is for what your
12 claims are, what you're claiming is the
13 problem. Okay? And then we'll look
14 and we'll check it. But I have to know
15 what you're claiming before we can do
16 that. So I'm just asking, are you
17 claiming that white employees were
18 started —
19 A. Yes.
20 Q. — at a higher pay rate than black
21 employees?
22 A. Yes.
23 Q. For the same job?

38  (Pages 149 to 152)

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 153

1  A. Yes.
2  Q. And how do you know what pay rates
3    white employees were started out at
4    Mansfield?
5  A. When you work with people, they often
6    tell you how much they make.
7  Q. So give me an example of a white
8    employee that started at a higher pay
9    rate than a black employee at
10   Mansfield.
11  A. Robert, his son-in-law, and Nathaniel
12   Lamar were doing the same job and he
13   started at a higher rate.
14  Q. So Robert's son-in-law, which --
15  A. You said his name. I can't think of
16   his name.
17  Q. Okay. I think it may be Jeff.
18  A. Yeah, Jeff.
19  Q. I think that's right. I don't want to
20   say that.
21  A. I'm thinking.
22  Q. We'll say Robert's son-in-law and
23   Nathaniel Lamar, you say they started

Page 154

1    the same job and got paid --
2  A. Different wage.
3  Q. -- a different wage?
4  A. Yes.
5  Q. Do you have any way of knowing what
6    kind of experience Robert's son-in-law
7    had before he started working at
8    Mansfield?
9  A. No. I mean, if you're hired as a
10   helper, you should get helper pay. I
11   mean, I don't think it's right they
12   hire a helper making nine dollars and a
13   helper making seven dollars an hour.
14  Q. And how do you know he was hired as a
15   helper?
16  A. That was his job. That was what he
17   did.
18  Q. So he didn't do any painting?
19  A. Yeah. Nathaniel did painting, too.
20  Q. So the helpers did some painting, too?
21  A. Yes.
22  Q. So they did the exact same job?
23  A. Basically.

Page 155

1  Q. And you feel like Jeff was hired at a
2    higher rate?
3  A. Yes.
4  Q. Is there anybody else that you know of
5    that had the same job as the black
6    employee but was paid a higher wage?
7  A. I'm not sure.
8  Q. Okay.
9       (Defendants' Exhibit 24 was
10      marked for identification.)
11  Q. Next we have Defendants' Exhibit 24.
12   And you'll see it says Plaintiff, Ervin
13   Tarver's, Answer to Defendants' First
14   Set of Interrogatories. If you'll look
15   at the very back page -- or not the
16   very back page. Page 5 of that. Is
17   that your signature at the bottom?
18  A. Yes.
19  Q. So you've read over all this and signed
20   it before it was sent over to us?
21  A. Yes.
22  Q. All right. Let me ask you about a
23   couple of specific things in here. And

Page 156

1    it's not very much. On page 2 of those
2    responses, up at the very top, the
3    question we asked, over on the first
4    page, was, Identify all persons with
5    knowledge of any facts that support or
6    relate to the allegations in the
7    Complaint. And then at the top of
8    page 2 it has your answer. I just kind
9    of want to -- most of those names are
10   familiar to me. You said mentioned
11   Earl Sow. And you said Earl is a white
12   employee?
13  A. Yes.
14  Q. And how about Steve? This is not -- is
15   that the Steve Young you referenced at
16   the beginning?
17  A. Yes, I think.
18  Q. The foreman?
19  A. The foreman?
20  Q. Didn't you say there was a Steve Young
21   who was a foreman when you first
22   started working?
23  A. Uh-uh. (Witness shakes head.)

39 (Pages 153 to 156)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 157

1  Q. No. Okay.
2  A. Steve Bryant.
3  Q. Steve Bryant. I'm sorry about that.
4     So is that the Steve Bryant you're
5     talking about there?
6  A. No. I'm -- no, that's not the Steve
7     because he wasn't there at the time.
8  Q. So that would have been the Steve that
9     you said thought about joining the
10    lawsuit and --
11 A. Yes.
12 Q. -- then never showed up?
13 A. Yes.
14 Q. So is he a white employee or African-
15    American?
16 A. African-American.
17 Q. And then Jeff Smitherman, who is that?
18 A. That's --
19 Q. Is that --
20 A. That's -- Jeff Smitherman. I'm not
21    sure.
22 Q. Is he the one who was Robert's --
23 A. Yes.

Page 158

1  Q. -- son-in-law or is that another Jeff?
2     Or do you know? If you don't know,
3     that's okay.
4  A. I'm not sure.
5  Q. This Jeff Smitherman, was he white or
6     African-American?
7  A. I think he's white. I think that's the
8     son-in-law. I'm not sure.
9  Q. Okay. We'll check that. And then you
10    mentioned Ben Gayle. Is Ben Gayle
11    white or African-American?
12 A. African-American.
13 Q. And was he also at plant five or how --
14    where did Ben work?
15 A. Yeah, he's plant five.
16 Q. So every time you reference plant five,
17    would Ben Gayle have been out there or
18    did he work there the whole time that
19    you did?
20 A. Yes, he was there. I'm sorry. I left
21    him out.
22 Q. That's okay. When I look back, every
23    reference you make to plant five I'll

Page 159

1     assume that Ben Gayle was part of
2     that --
3  A. Yes.
4  Q. -- also. Okay. And then how about
5     Gary Gordon?
6  A. He was -- no. He was there when Steve
7     was there, but I think he left shortly
8     after Steve left.
9  Q. So would that be towards the end of
10    your working out at the GE site?
11 A. No. That was --
12 Q. He was there when Steve Bryant was
13    there?
14 A. Yes.
15 Q. And was he out at plant five?
16 A. Yes. Yes, he was.
17 Q. And is he white or African-American?
18 A. African-American.
19 Q. Okay. And I ask you -- this is on
20    page 4 under Number 13. I asked you
21    earlier and I don't think I followed
22    up. I asked you earlier if you felt
23    like your experience at Mansfield

Page 160

1     caused you any psychological problems
2     of any kind and you mentioned your
3     divorce and you thought that was a
4     strain on your marriage. But as far as
5     any mental or psychological problems,
6     have you experienced anything like that
7     since leaving Mansfield?
8  A. No.
9  Q. Okay. And then also at the end of
10    Number 15 on page 5 again, very last
11    question and answer, where we just ask
12    you to identify all Mansfield employees
13    who worked at your shift. And I think
14    those are all folks that you listed,
15    adding Ben Gayle, but those are all the
16    folks you listed earlier. Was there
17    anybody else that was on your shift
18    that we haven't talked about already or
19    that's not listed right there --
20 A. No.
21 Q. -- that worked out at plant five?
22 A. No.
23 Q. Okay.

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 161

1      (Defendants' Exhibit 25 was
2      marked for identification.)
3  Q. This is -- these are your responses to
4      Defendants' First Request for
5      Production of Documents.  If you will
6      look through, it's about the fourth
7      page, I believe.  Or, actually, these
8      wouldn't have your signature.  Do you
9      remember -- the documents that are
10     attached to the back of this, do you
11     remember giving those to Collins or
12     somebody over here to produce to
13     Mansfield and to us?  Looks like it's
14     some tax returns and --
15 A. Oh, yes, tax returns.  Yes.
16 Q. And if you'll flip --
17 A. And -- okay.
18 Q. And also some Equal Employment
19     Opportunity stuff.  And in the middle,
20     between the tax returns and the EEOC
21     stuff, there's a supplemental statement
22     of Ervin Tarver.  It looks like this
23     right here (indicating).  It's about

Page 162

1      the middle of this packet.
2  A. Yes.
3  Q. And is that your signature at the
4      bottom?  And it's dated --
5  A. Yes.
6  Q. -- January 3, '06?
7  A. Yes, it is.
8  Q. And I think -- okay.  You already
9      talked about -- okay.  You talked
10     about -- before you talked about Robert
11     Kimberland wearing Confederate flags,
12     stickers on his lunchbox, and a
13     T-shirt.  Is that what you're talking
14     about here in this supplemental
15     statement when you said Mansfield
16     supervisor?  Are you talking about
17     Robert or somebody else?
18 A. Corey Watson.
19 Q. Corey Watson also wore stuff?  Okay.
20     And what --
21 A. He said he was made supervisor.
22 Q. Okay.  So he was a supervisor.  And was
23     Robert a supervisor?

Page 163

1  A. No.  He was a painter.
2  Q. Okay.  And so earlier when we talked
3      about Robert wearing Rebel flags, you
4      say Corey also did?
5  A. Yes.
6  Q. How often did Corey?
7  A. I'm not sure.
8  Q. Okay.  Do you remember seeing it more
9      than once?
10 A. Yes.  I mean, you -- I guess you've
11     never been on a construction site.
12     But, you know, they have the rags, the
13     shirts.
14 Q. Yeah.
15 A. And basically every day, I mean, that
16     they wear these.
17 Q. So Corey would frequently wear shirts?
18 A. Yeah.
19 Q. Is that what he wore, he wore shirts
20     with Rebel flags on them?
21 A. And a head rag also.
22 Q. And a head rag.  Okay.  Anybody else
23     besides Robert and Corey that would

Page 164

1      wear --
2  A. I mean, it was a lot.  We worked for a
3      contractor.  GE has several contractors
4      out there.  So, I mean, it was . . .
5  Q. But as far as Mansfield employees, can
6      you name any other Mansfield employees
7      who wore --
8  A. Robert.
9  Q. -- t-shirts that --
10 A. Johnny Reed.
11 Q. So Johnny Reed also did?
12 A. No, not T-shirts.  But I think he had a
13     sticker in the back of his truck.
14 Q. Okay.  And I think the rest of those
15     are documents that we have already
16     looked at or already gone through here
17     today.  Let me just check over my notes
18     and make sure.
19     (Brief pause)
20 Q. Let me ask you this question.
21 A. Yes.
22 Q. We talked a few minutes ago about the
23     EEOC charge.  And you guys said that

41 (Pages 161 to 164)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 165

1    you first talked to the EEOC in
2    November of 2003; is that right?
3  A. I'm not sure the date, but they came
4    from Birmingham and met with us.
5  Q. And let me ask you this. When you
6    talked to the EEOC, was it before or
7    after you took that drug test out at
8    Hyundai?
9  A. It was after.
10 Q. Okay.
11 A. But not before we talked to the lawyers
12   initially.
13 Q. So you talked to the lawyers first?
14 A. Before I left GE. It was early
15   November.
16 Q. Early November, before you left GE?
17 A. Yes.
18 Q. And then you got offered the job at
19   Hyundai. And were you going to take
20   that job if you could get it?
21 A. Yes, I was. But the claim was already
22   filed, though.
23 Q. Right. So you had already talked to

Page 166

1    the lawyers. And then after that is
2    when you first met with the EEOC?
3  A. Yes.
4  Q. Okay. I have to ask you, if you'd been
5    talking to lawyers and you felt like
6    you were being discriminated against
7    and you felt like Manfield wasn't a
8    good place to work, then why when they
9    offered you a job out at the Hyundai
10   plant would you consider going out
11   there and taking it?
12 A. I had to make a living, provide for my
13   family.
14 Q. Okay. So -- okay. And then when you
15   started working at Garrison Steel
16   shortly after all that happened --
17 A. Yes.
18 Q. -- you started making about fourteen
19   dollars an hour?
20 A. Yes.
21 Q. So you were making better money than
22   you were making at Mansfield?
23 A. Yes.

Page 167

1  Q. Okay.
2  A. It was fifty cents better.
3  Q. What kind of hours were you working
4    when you were working out at Garrison?
5    How many hours a week did you work?
6  A. Forty.
7  Q. And what about -- I should have asked
8    you that earlier on. When you were at
9    Mansfield during this whole time, what
10   were the normal hours for the week, if
11   there were normal hours?
12 A. Normal hours was forty, but it was rare
13   that we got forty at plant five.
14 Q. Okay. And is that because you said you
15   guys had several days you had a lot of
16   rain --
17 A. Yes.
18 Q. -- you mentioned back during that
19   summer? I don't know if you said
20   summer or not. But you did say there
21   were several days in a row you guys got
22   a lot of rain?
23 A. Yes.

Page 168

1  Q. And if I could just ask a couple more
2    questions back to -- when we looked
3    back at the handbook, which was -- you
4    had it right there, but it was
5    exhibit -- and you don't have to dig
6    through it and look unless you want to.
7    It's marked as Exhibit 12. When we
8    first marked that exhibit, I had you go
9    through and look at a couple of
10   paragraphs. You said that you did
11   remember seeing the substance abuse
12   policy?
13 A. Yes.
14 Q. So did you understand that if you were
15   tested positive for using substances at
16   Mansfield you would not have any
17   employment there any longer?
18 A. I never failed a drug test when I was
19   working for Mansfield. The only drug
20   test I failed was at the Hyundai plant.
21 Q. Right. And you were trying to get the
22   job for Mansfield to --
23 A. Yes.

42 (Pages 165 to 168)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 169

1  Q. – to work out at Hyundai?
2  A. Yes, I understood that.
3  Q. So you understood that if you failed a
4     drug test, that meant you --
5  A. Yes.
6  Q. -- wouldn't get to work for Mansfield?
7  A. Yes.
8  Q. Do you know or do you remember what
9     substances were in your system when you
10    failed that drug test?
11 A. No, I don't.  Marijuana.
12 Q. Marijuana?
13 A. Yes.
14 Q. And just one last thing.  We talked
15    about earlier how you basically ran
16    plant five.
17 A. Yes.
18 Q. How you were in charge out there.  And
19    so Crutchfield trusted you to be in
20    charge of all those men out at plant
21    five?
22       MR. PETTAWAY:  Object to the
23    form of that question.  You can still

Page 170

1     answer.  Are you asking a question?
2  Q. Do you think that Crutchfield trusted
3     you?
4  A. Well, I guess I was the best painter
5     that they had.
6  Q. Okay.  Do you think Crutchfield felt
7     that way?
8  A. I don't think it's a matter of trust.
9     It's about getting the job done.
10 Q. And so he knew that if he wanted to get
11    the job done, that you were the person
12    to put on it?
13 A. Yes.
14 Q. And he talked about giving you a
15    foreman job, you said, back in --
16 A. Yes.
17 Q. -- February?  And then, again, even
18    after you said you didn't want to go
19    work up at Virginia Beach, he offered
20    you another job out at Hyundai; is that
21    right?
22 A. Yes.  After he -- he realized we wasn't
23    going to go to Virginia.  Because I

Page 171

1     didn't personally tell him I wasn't
2     going.
3  Q. Okay.  So after he realized that you
4     didn't want to do that, he thought he
5     could use you out at Hyundai?
6  A. Yes.
7  Q. Okay.  And, now, just so I can be sure,
8     if we're having to identify the bad
9     guys in all this, the guys who made
10    your work environment hostile, as you
11    say it was, in the Complaint, I've
12    heard you say Robert's name and I've
13    heard you say Johnny Reed's name.  I've
14    heard you say Johnny Crutchfield's
15    name.  Who do you consider the bad guys
16    in this, the guys who made you feel
17    discriminated and harassed?
18 A. I figure it starts at the top, Johnny
19    Crutchfield.
20 Q. So you felt like Johnny Crutchfield
21    discriminated against you?
22 A. Yes.
23 Q. Even though he let you run your plant

Page 172

1     out there at plant five and you were a
2     good worker and offered you another job
3     out at Hyundai?
4  A. Yeah.  But he didn't offer me
5     insurance.
6  Q. Okay.  So --
7  A. He didn't fulfill his -- I mean, if you
8     bring somebody in that has experience
9     and know what they're doing, I don't
10    have a problem with that.  But if you
11    bring somebody in just as a figure
12    head, you know, that's when I have a
13    problem.
14 Q. Okay.
15 A. So I think Johnny Crutchfield.
16 Q. Did Johnny Crutchfield ever use any
17    racial language around you that you
18    ever heard or say anything to --
19 A. Not to me.
20 Q. -- you that offended you?
21 A. Not to me personally.
22 Q. All right.
23       MS. ANDREWS:  I think those are

43  (Pages 169 to 172)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 173

1   all the questions that I have.
2        MR. PETTAWAY: I have a few
3   questions.
4        EXAMINATION
5   BY MR. PETTAWAY:
6   Q. Early on when you were talking about
7      you had some training, and I think you
8      said you had some discrimination
9      training at Bush Hog?
10  A. Yes.
11  Q. Now, was this Bush Hog giving the
12     training?
13  A. Yes.
14  Q. This was not Mansfield?
15  A. No, this is a different job.
16  Q. Okay. I just want to be clear. Now,
17     had you ever had any training on
18     discrimination with Mansfield?
19  A. No.
20  Q. Now, I know you took some tests when
21     you got hired; is that right?
22  A. Yes.
23  Q. Okay. But was there any -- and I know

Page 174

1      you were given an employee handbook,
2      Defendants' Exhibit 12.
3   A. Yes.
4   Q. Is that right?
5   A. Yes.
6   Q. So you were given this handbook?
7   A. Yes.
8   Q. All right. But nobody had you go over
9      anything in it, did they?
10  A. No. They just said read it on your own
11     time.
12  Q. And who told you that?
13  A. Johnny Crutchfield.
14  Q. And you took all those tests, however?
15  A. Yes.
16  Q. At the time when you first got hired?
17  A. Yes.
18  Q. Okay. And, now, there's an exhibit,
19     Defendants' Exhibit 7. See if you can
20     find that one.
21        (Witness complies)
22  A. Yes.
23  Q. You were asked about whether or not you

Page 175

1      saw -- were familiar with these rules.
2      Now, when had you seen these rules?
3      Was it during the course of this
4      lawsuit or was it while you were
5      working at Mansfield?
6   A. It was -- like I say, it was -- I think
7      this is part of the handbook, and
8      glancing through I've seen it.
9   Q. Is that while you were working at
10     Mansfield or some time later?
11  A. This is while I was working at
12     Mansfield.
13  Q. Okay. And during your glancing through
14     the handbook or whatnot, were you
15     familiar with any policy that Mansfield
16     had that allowed you or any employee to
17     report discrimination problems on the
18     basis of race?
19  A. No. I mean, we're on the job site. He
20     is the head. I mean, who do we talk
21     to?
22  Q. All right. Also -- let's see. Now,
23     the crew that you had, who all was in

Page 176

1      that crew?
2   A. Myself, Nathaniel --
3   Q. And your race is?
4   A. Black.
5   Q. Okay.
6   A. Nathaniel Lamar.
7   Q. And what's his race?
8   A. He's also black.
9   Q. Okay.
10  A. Patrick Lewis.
11  Q. His race?
12  A. He's black.
13  Q. All right.
14  A. William Ragland.
15  Q. His race?
16  A. Black. Cindy, I don't know her last
17     name.
18  Q. Her race?
19  A. She's white.
20  Q. Okay.
21  A. And it was Richard. I can't think of
22     his last name.
23  Q. Richard?

44  (Pages 173 to 176)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

Page 177

1  A. Yes.
2  Q. And his race?
3  A. He's white. And Ben Gayle, he's black.
4  Q. Now, Cindy, if I remember right, you
5     said she had one hand?
6  A. Yes, she was missing . . .
7  Q. Say that again.
8  A. She's missing one of her hands.
9  Q. Okay. So there was some things she was
10    not able to do as other folks; is that
11    right?
12 A. Yes.
13 Q. What about Robert, was he handicapped
14    in any way?
15 A. No.
16 Q. You were just talking about he's an
17    alcoholic?
18 A. He used to drink a lot. You know, he'd
19    come to work smelling like alcohol.
20 Q. Now, did Jack Richardson ever work with
21    you any?
22 A. No. He worked down at one and two.
23 Q. What about Ralo Colvin?

Page 178

1  A. He's at one and two also.
2  Q. Okay. Now, how would you characterize
3     your crew? I know you said it was
4     mostly black as far as race goes.
5  A. Yes.
6  Q. But, now, the two white people who were
7     there, did they have some kind of
8     disability or inhibition or something?
9         MS. ANDREWS: I have to object.
10    Was -- I don't think I remember you
11    saying that Robert was on your crew.
12    Was he?
13        THE WITNESS: It was Richard.
14    I'm sorry. Not Robert.
15        MS. ANDREWS: Richard?
16        THE WITNESS: Yeah.
17        MR. PETTAWAY: Yeah, he said
18    Richard.
19        MS. ANDREWS: Is that Archie?
20    I'm so confused about who Richard is.
21        THE WITNESS: He was there for
22    a while, but he wasn't there during --
23    you know, he left maybe a couple months

Page 179

1  after Steve Bryant left.
2        MS. ANDREWS: Okay. Go ahead,
3     Collins. I just wanted to be sure I
4     was following.
5  Q. (By Mr. Pettaway) What I'm saying, did
6     the two white people you're talking
7     about, Cindy and Richard, if I heard
8     you right, did they have some kind of
9     handicaps or inhibitions about
10    themselves?
11 A. Like I said, Cindy was -- she had a
12    hand missing. And with Robert [sic],
13    he had a drinking problem.
14 Q. Now, I heard you use a term earlier.
15    You haven't used it here -- no. That's
16    okay. I withdraw that. I won't get in
17    to that.
18        MR. PETTAWAY: That's all.
19        EXAMINATION
20    BY MS. ANDREWS:
21 Q. Okay. Just a real quick couple
22    questions to be sure I understand
23    everybody who was on the -- on your

Page 180

1     crew.
2  A. Yes. I mean --
3  Q. You mentioned earlier also --
4  A. These people were not there throughout
5     my employment. They -- you know, some
6     of them were there at times. Like
7     Archie, he was there for a period of
8     time, then he left.
9  Q. And let me ask you this. In the
10    morning when you got there, you
11    referenced earlier a morning meeting?
12 A. Yes.
13 Q. So every day when you got there, did
14    everybody meet at one place first or
15    did you all go out to your job?
16 A. No. Well, when you get there in the
17    morning, you go to the pole barn until
18    it's time to report to the tool shed.
19 Q. So is that how Johnny Crutchfield knows
20    who all is there that day?
21        (No immediate response given.)
22 Q. I mean, is that when you guys -- I
23    don't know if they take attendance, if

45 (Pages 177 to 180)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 181

1    they mark down who's there, when they
2    get there.
3  A. I mean, you swipe a card when you come
4    through the gate.
5  Q. Okay.  But that's the GE gate; right?
6  A. Yes.
7  Q. And in the morning meetings out at the
8    pole barn, is that when assignments are
9    handed out about who's going to be
10   doing what on what day?
11 A. I mean, the project we work on probably
12   takes six months, so everybody
13   basically knows what they do.
14 Q. So that doesn't ever change?
15 A. No.
16 Q. So you don't get any instructions out
17   of the pole barn?
18 A. No.  Unless there's something specific
19   or we're changing locations on the job
20   site.
21 Q. And are you telling me that you never
22   had any opportunity to pick anybody who
23   was going to be on your crew?

Page 182

1  A. No.
2  Q. So it was all just who was assigned to
3    you?
4  A. Yes.
5  Q. Was Robert Kimberland on your crew?
6  A. No.
7  Q. Did he work at plant five?
8  A. He worked at one and two.
9  Q. So you mentioned a guy named Richard?
10 A. Richard.  I don't know his last name.
11 Q. And is that a white employee or
12   African-American?
13 A. White.
14 Q. He was white.  And was he out at plant
15   five with you?
16 A. Yes.
17 Q. The whole time you were out there?
18 A. No, not the whole time.
19 Q. Do you remember when he was out there?
20 A. He may have been there two or three
21   months.  I'm not sure.
22 Q. Okay.  Is there anybody else during the
23   time you were there, from September of

Page 183

1    2002 until December of 2003, that
2    worked out on your crew that you
3    haven't already told us about?
4  A. No, not to my recollection.
5  Q. And then I just wanted to direct your
6    attention to Defendants' Exhibit 14.
7    It's the one that looks like this
8    (indicating), with all your signatures.
9    And we talked a little bit earlier
10   about this page and we also looked at
11   page 57 of the handbook, right there in
12   the back of the handbook.
13 A. Yes.
14 Q. Okay.  And I just want to verify that
15   on -- from all these documents that we
16   have with your signature on all these
17   pages on September 4, 2002, the day
18   that you started work there, you signed
19   this form that said that you received
20   that handbook and would follow the
21   rules in that handbook?
22 A. Yes.
23 Q. Is that correct?

Page 184

1  A. Yes.
2  Q. Okay.  All right.
3      MS. ANDREWS:  I think that's
4    all I have.
5      MR. PETTAWAY:  That's all.
6    Thank you.
7
8    (The deposition of Ervin Tarver
9    concluded at 11:50 a.m. on June 8,
10   2007.)
11
12
13
14
15
16
17
18
19
20
21
22
23

46  (Pages 181 to 184)

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 185

1    * * * * * * * * * * *
2        REPORTER'S CERTIFICATE
3    * * * * * * * * * * *
4    STATE OF ALABAMA
5    COUNTY OF MONTGOMERY
6        I hereby certify that the above
7    and foregoing proceeding was taken down
8    by me by stenographic means, and that
9    the content herein was produced in
10   transcript form by computer aid under
11   my supervision, and that the foregoing
12   represents, to the best of my ability,
13   a true and correct transcript of the
14   proceedings occurring on said date at
15   said time.
16       I further certify that I am
17   neither of counsel nor of kin to the
18   parties to the action; nor am I in
19   anywise interested in the result of
20   said case.
21
22
         Bridgette Mitchell
23       Reporter and Notary Public

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

f38645fb-f7b3-4afd-88b9-9d8dd4e5d998

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 1

**A**

ability 70:19
185:12
able 64:7 72:4
177:10
absent 62:10,20,23
63:1
absenteeism 80:8
Absolutely 32:23
abuse 108:18,23
109:22 110:5
168:11
accept 130:4
access 61:21 69:12
76:13 99:19 152:7
accident 94:14
95:14,15,19 96:5
acted 49:2
action 1:10 185:18
actual 134:16
135:15
added 140:7
adding 160:15
addres 7:17
adjustment 113:5
124:20
Adrian 9:10
affidavit 142:18
143:1,14 144:12
affirmed 6:9
African 157:14
African-American
72:10 73:21 81:1
88:13 89:16,23
128:23 157:16
158:6,11,12
159:17,18 182:12
African-America...
89:19
afternoon 56:7
agency 119:6
ago 6:15 9:20 11:11
76:7 87:19 120:3

130:7 164:22
agreed 3:3 4:2,12
128:2
ahead 179:2
aid 185:10
air 35:2,10,12 36:2
Alabama 1:2,19,22
2:9,17 3:13,23
16:13 185:4
Albany 9:7
alcohol 103:15
177:19
alcoholic 69:20
177:17
allegations 38:22
156:6
allege 98:11
allow 70:19 71:15
86:2
allowed 72:5 74:1
74:23 99:8 149:13
175:16
America 50:3
American 157:15
Anderson 7:18
Andrews 2:13 4:20
4:22 6:13,15 8:11
8:15,21 39:16
93:9 120:21 121:2
124:19,23 125:4,8
125:9 133:14
134:3 135:4,6,9
135:18,23 136:6
136:17,20 137:2,7
138:22 172:23
178:9,15,19 179:2
179:20 184:3
answer 7:7 155:13
156:8 160:11
170:1
answered 50:12
answering 7:6
60:23

anybody 41:1
45:10 46:3,18,21
47:1,7,23 48:11
58:5,18 61:23
67:16 77:14 83:4
83:5 85:19 87:16
88:18 89:3,12,12
89:22 90:19 91:4
91:21 105:18
106:12 129:9
130:21 131:3,4,6
143:21 149:17
150:16,23 155:4
160:17 163:22
181:22 182:22
anymore 121:23
anywise 185:19
apparel 12:13
apparently 62:15
APPEARANCES
2:1
applicant's 102:16
apply 20:11
approached 44:9
April 40:17 41:13
65:11 94:13 95:14
96:4 97:1,1,2,3
Archie 26:3,19,20
178:19 180:7
area 9:3,11 51:21
56:20
areas 9:5 34:1,7,21
35:15,17 71:3
arrested 9:17
arrogant 51:5
57:14 66:12,13
80:6 150:11
asbestos 11:9
asked 48:6 112:5
156:3 159:20,22
167:7 174:23
asking 7:8 14:22
39:18 50:18 73:13

90:18 93:1 106:8
106:11 134:3,19
152:11,16 170:1
assigned 27:20
182:2
assignments 181:8
assume 53:17 159:1
attached 161:10
attendance 180:23
attention 183:6
attest 45:11
attitude 83:20 87:3
Auburn 9:3,6,8
August 141:10
authorization
103:14
available 31:5
Avenue 7:18
a.m 1:23 184:9

**B**

baby 15:8
back 8:14 13:12,15
15:12,18 16:1
17:8 18:3,9,15
20:10 21:10 22:18
22:23 23:16 41:5
57:22 58:22 60:7
60:16 97:12,17
98:7 105:9 109:16
110:17 111:19
113:16 120:15
123:8 134:23
135:21 139:6
151:19,23 155:15
155:16 158:22
161:10 164:13
167:18 168:2,3
170:15 183:12
background 7:14
bad 7:2 146:10
171:8,15
Baptist 10:18
barn 180:17 181:8

181:17
based 37:3 42:5
67:10 140:5
basic 13:5,5 16:9
78:8
basically 17:12,22
21:12 22:10 23:1
25:3 28:4,15
29:10,13 30:8
34:12 45:22 58:23
59:22 61:12 68:13
116:12 128:14
154:23 163:15
169:15 181:13
basics 107:7
basis 175:18
bathroom 49:19,22
50:21
bathrooms 49:14
50:1,11
Beach 170:19
beams 28:11
beginning 27:17
39:8 156:16
behalf 1:18 3:7
behavior 105:16,21
106:7,15
believe 105:9 161:7
believes 108:8
bell 54:13
Ben 158:10,10,14
158:17 159:1
160:15 177:3
benefit 68:7
benefits 41:3 43:13
45:3 47:3,20 48:7
48:9,18,22 65:20
67:23 147:19
148:5,9
best 11:22 112:23
129:23 170:4
185:12
better 7:10,11 42:6

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

77:1 91:3 166:21
167:2
**beyond** 11:5,8
**bid** 36:19,20
**big** 118:15 119:8
**Billingsley** 13:8
16:13
**Birmingham** 2:17
95:9 165:4
**bit** 37:14 43:1
59:18 144:12
148:15 183:9
**black** 84:10 86:21
89:8 90:5,15
147:10,20 152:20
153:9 155:5 176:4
176:8,12,16 177:3
178:4
**blacks** 148:18
151:21 152:10
**blank** 111:18
**blast** 17:1
**block** 118:22
**Blue** 43:9
**Bo** 12:22
**body** 34:12,13
**bold** 108:17
**bolt-up** 94:1
**book** 107:6,8,10
**boss** 42:7
**bottom** 28:22 30:2
30:5 101:22 102:1
102:7,8,16,18
103:17 104:7,16
105:10 107:18
112:6 117:15
125:20 137:10,11
140:1,8 155:17
162:4
**box** 127:19 128:17
**break** 51:21 59:6
**Bridgette** 1:20 3:11
7:3 185:22

**Brief** 164:19
**bring** 26:11 59:4
76:17 78:5 79:1
172:8,11
**brought** 26:10
39:23 42:16
**brushes** 78:7
**Bryant** 20:15,18
23:23 24:2,20
25:3 39:11,22
122:16 144:14,16
144:18 157:2,3,4
159:12 179:1
**Bryant's** 24:16
**building** 2:15 16:12
94:1
**built** 13:9
**Burmitch** 12:23
**Bush** 13:22 15:19
15:20 19:3,4,18
173:9,11
**buzzard** 51:4 55:15
55:17 66:7 80:4
150:20

———— **C** ————
**calculated** 98:10
**call** 35:4 51:21
54:17 60:20 64:5
64:15 66:7 75:22
83:2 122:9 149:23
151:2,6,11
**called** 51:4,5 55:14
57:14 60:22 61:1
62:23 63:18 66:10
90:10 151:8,9,10
**calling** 80:5 150:11
150:19,22
**CAMPBELL** 2:7
**canteen** 51:21
**car** 58:15 59:16,17
59:19 60:17,19
66:16 95:15,19
148:13

**card** 43:6,8,9,10
47:4,5,8 86:8
181:3
**case** 4:3,7 29:3
140:17 185:20
**caught** 144:15
**caused** 160:1
**caustic** 35:17
**cents** 113:14 167:2
**certain** 30:3 34:1,7
34:21 35:16 71:3
71:3
**certainly** 142:20
**CERTIFICATE**
185:2
**certifications** 11:6
**certify** 185:6,16
**chance** 102:23
**change** 25:19
181:14
**changing** 181:19
**characterize** 178:2
**characterizes** 134:1
**charge** 25:5,10,13
25:15 119:14
126:11 133:19
134:5 137:8
139:23 164:23
169:18,20
**charges** 135:1,2
**check** 43:5 136:21
152:14 158:9
164:17
**checked** 125:18
**chemical** 34:2,3,10
35:9,14 36:1
**chemicals** 35:6
**Chestnut** 2:6 126:3
**chose** 38:18 77:9
**church** 10:15,17
**Cindy** 25:21 26:16
30:6 69:15 80:15
80:23 81:10 87:21

128:14,15,18
176:16 177:4
179:7,11
**Civil** 1:10 3:22
**claim** 98:7 119:9
120:15 134:12,18
134:22 135:15,16
140:12 165:21
**claiming** 152:5,12
152:15,17
**claims** 135:11
136:5 152:12
**Clark** 2:15
**class** 11:9 68:19
71:2,4 73:23
**clean** 83:8
**cleaned** 116:18
**cleaning** 96:21
**clear** 7:9 50:19
123:11 124:8
173:16
**clearly** 41:1 82:4
83:16
**clock** 85:23 86:2,5
147:1
**clothes** 33:21
**Coastal** 12:13
**Code** 112:10
**Collins** 2:5 6:18
101:9 120:18
126:19 161:11
179:3
**Colvin** 1:7 46:22
60:6 67:6 72:13
129:16 130:18
177:23
**come** 15:9 21:10
24:22 26:14 28:23
41:21 42:1,13
52:12 59:3,21
60:21 61:2 64:5
69:3 74:3,5 81:17
82:11,17,19,20

85:12 86:22 99:2
122:10,11 127:9
131:5 132:20
148:18,23 177:19
181:3
**comes** 60:9 69:8
**coming** 24:10 42:5
60:20 64:10 81:21
81:23 84:10 92:16
**commencing** 1:23
**comment** 58:3,7
113:8
**commission** 3:14
**companies** 40:2
**company** 18:9
38:23 39:13 42:8
43:16 44:4,16
45:6 48:11 82:5
94:22 101:5 112:9
144:16 147:10
**company's** 108:21
**complain** 46:2,3,5
48:10 77:14
106:15
**complained** 77:19
77:20
**complaint** 38:20
57:16 134:7 156:7
171:11
**complaints** 18:12
134:6
**completely** 32:8
**complies** 107:20
109:18 139:8
174:21
**comply** 112:11
**computer** 185:10
**concluded** 184:9
**Confederate**
162:11
**Conflict** 104:23
107:23
**confused** 178:20

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**Consent** 110:1
**consider** 166:10
171:15
**construction** 49:10
50:2 163:11
**contact** 108:9,11
116:4
**contacted** 20:16
**content** 185:9
**context** 92:17
**contract** 13:3,7,18
14:11,13,14,18
16:8 36:10,18
37:17 82:6 83:22
115:3,6 116:8,9
144:22
**contractor** 164:3
**contractors** 164:3
**contracts** 36:7
**contributed** 99:10
**control** 108:18
**conversation**
128:13 131:17,19
132:5
**convictions** 9:15
**copy** 101:9 109:13
112:9 138:16,19
138:23
**Corey** 40:6 41:8,14
42:5 45:9,11 46:1
65:5 79:20 85:21
87:4 123:7,9
145:10 162:18,19
163:4,6,17,23
**corner** 107:18
**correct** 14:9 32:20
183:23 185:13
**counsel** 3:3 4:2
185:17
**counties** 8:4
**country** 50:16
**County** 8:3,4,14
12:2 185:5

**couple** 14:4 15:1
67:1 147:9 155:23
168:1,9 178:23
179:21
**course** 175:3
**COURT** 1:1 6:5
**cover** 11:12 34:11
59:7
**covered** 22:4 55:11
65:5
**covering** 34:19
**cracker** 89:13
**crackers** 88:19
**crew** 25:6,17 26:7
27:18 29:21,23
52:16 73:8,20
82:1 175:23 176:1
178:3,11 180:1
181:23 182:5
183:2
**crews** 26:23
**criminal** 9:14
**Cross/Blue** 43:9
**Crown** 96:20,23
97:6,9,11,22
**Crutchfield** 13:11
16:15 18:14 23:7
23:14,19 24:22
25:16 27:1 37:23
38:7 44:8 46:2
47:19 48:6 51:3
54:8 55:13,14,21
56:15,23 58:16
60:7 61:6,8,9 63:3
63:21 65:19 66:7
67:7 68:18 71:9
72:20 73:7 77:18
79:22 80:3,15
81:5 82:2 83:4
85:16 88:8 113:10
114:17 115:7,23
118:15 122:8,19
125:14 141:9,16

148:17 169:19
170:2,6 171:19,20
172:15,16 174:13
180:19
**Crutchfield's**
171:14
**cuss** 54:4

| **D** |
|---|
**Dallas** 8:3,4 12:1,1
**date** 40:16 45:1
48:4 85:9 120:15
124:4,6 145:14,17
147:15 165:3
185:14
**dated** 103:20 104:7
111:5 117:11,16
123:23 124:1
126:4 140:2
141:10 162:4
**dates** 75:6,7 124:8
143:4 147:7
**day** 21:2,6,6 24:11
43:2 48:19 53:15
53:17,18 54:21,23
55:8 58:15 59:9
59:11,13 60:6,9
61:2,5,6 63:19
66:16 77:2 78:13
78:17 79:9 86:17
87:1 99:2 103:22
111:7,14 124:10
125:10,13,13
127:17 130:1,12
132:4 149:23
163:15 180:13,20
181:10 183:17
**days** 61:16,18
70:12,13,15 73:19
74:13,16 79:6
80:9 82:13,15
83:6 98:19 99:7
99:17 146:18
167:15,21

**day-to-day** 28:3
**deal** 36:21
**December** 78:14
93:17,18 94:8,9
94:10 98:2 115:18
119:17,18 121:11
121:14 124:2,15
125:10 183:1
**decided** 26:22
130:12,23
**Defendants** 1:14,18
2:12 3:7 5:2,3,4,5
5:6,7,8,9,10,11,12
5:13,14,15,16,17
5:18,19,20,21,22
5:23 6:1,2,3 100:6
100:8,12,14
101:12,13,18,19
102:2,3,12,20,22
103:10,12 104:3,5
104:10,12,19,21
106:22 107:2
110:12,14 111:15
111:17 112:17,19
114:1,3 123:21
124:1 125:23
126:2 137:5
139:19,21 141:4,6
142:15 155:9,11
155:13 161:1,4
174:2,19 183:6
**denied** 68:1,8
146:17 147:14
**denying** 146:23
**department** 12:10
108:12,12
**depends** 32:18
35:22
**deposition** 1:16 3:5
3:10,19 4:4,6,15
6:16 184:8
**derogatory** 90:22
**describe** 23:21

**detail** 11:18 59:19
**determined** 26:23
27:16
**different** 14:4,6
24:23 29:5,16,16
30:12,13 32:14,15
33:6,12 35:15
36:13 39:17 40:2
71:16 82:15 92:16
112:1 118:5 119:2
150:3 152:9 154:2
154:3 173:15
**differently** 80:7
147:11
**dig** 168:5
**direct** 105:8 137:13
183:5
**disability** 30:7
80:19 178:8
**disciplined** 62:2
66:17
**discrepancies**
68:22 75:9
**discriminate** 106:5
**discriminated**
19:20 39:21 40:5
40:10 42:21 58:12
64:23 67:17 79:14
106:2 146:4 166:6
171:17,21
**discriminating**
39:6 42:4 106:16
**discrimination**
19:2,9 21:16,19
21:22 22:5 49:7
49:13,21 77:6
135:11 137:8
139:23 173:8,18
175:17
**discriminatory**
58:10
**dispatcher** 12:9
**display** 66:2

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 4

displaying 80:2
dispute 9:23 121:6
district 1:1,2 8:10
  8:13,20
DIVISION 1:3
divorce 99:11
  160:3
divorced 99:4
divorces 98:22
document 100:15
  103:2,4 105:3,4
  112:21 117:11
  141:15 143:17,22
  152:1
documented
  135:21
documents 100:3
  111:1 121:5 144:2
  161:5,9 164:15
  183:15
doing 17:10,23
  29:7,11,13,18
  35:22 36:10 37:22
  46:6 93:23 95:3,4
  130:3 153:12
  172:9 181:10
dollar 36:11,14,17
  37:8 113:6
dollars 94:4 95:12
  97:15 154:12,13
  166:19
domestic 9:19,23
Dothan 9:1
drawing 96:6
drink 177:18
drinking 179:13
drug 103:14 110:1
  114:5,5 115:1
  117:9,19,20 118:6
  118:21 119:3,16
  119:22 120:4,7
  121:7,7,15 123:16
  124:4,6 125:3,10

125:17 141:23
  142:4,5 165:7
  168:18,19 169:4
  169:10
drugs 144:15
due 98:14,18,22
duly 6:9
duties 16:23 17:21

———— E ————
ear 34:19,21,23
Earl 43:3 44:3 46:8
  46:19 128:16
  148:1,4 156:11,11
earlier 45:16 88:6
  99:13 107:3
  111:11 113:18
  141:20 144:17,23
  145:13 146:2,8
  147:6,23 148:16
  149:11 150:9
  159:21,22 160:16
  163:2 167:8
  169:15 179:14
  180:3,11 183:9
early 20:6 24:4
  26:5 32:2 48:20
  93:2 115:19 128:7
  129:7 146:13
  165:14,16 173:6
earn 70:19
east 8:14
eastern 8:16
easy 37:1
education 10:19
  11:7
EEOC 119:10,14
  119:15 126:4,10
  133:19 134:5,5,8
  134:21 135:1,20
  136:4 137:9
  138:10,12 139:3
  141:1 143:15
  144:2 161:20

164:23 165:1,6
  166:2
effect 98:20 99:5,6
eight 11:10 96:10
either 4:8 78:4 88:8
  106:20 119:17
  121:8,11 136:16
  142:23
elaborate 33:3
Elba 9:2
Electric 140:11
else's 144:5,10
employee 41:3
  42:22 107:3 108:3
  108:8 110:2
  112:10 153:8,9
  155:6 156:12
  157:14 174:1
  175:16 182:11
employees 66:20
  72:11 80:8 83:18
  84:14 88:13,16,19
  89:17 128:20,22
  128:22,23 129:13
  146:9 147:11,21
  148:8 152:4,6,17
  152:21 153:3
  160:12 164:5,6
employment 96:18
  109:5,11 135:10
  161:18 168:17
  180:5
enclosed 135:10
enclosure 35:3
enclosures 35:1,5
entail 21:6,14
  29:16
entails 30:16
Enterprise 9:2
entitled 41:3
environment 19:10
  92:20 171:10
Equal 109:4 161:18

equipment 32:9
  34:19
Erectors 93:16
Ervin 1:7,16 3:5
  4:5 6:8 137:16
  140:4 141:17
  155:12 161:22
  184:8
Esquire 2:5,13
estimate 53:4
eventually 74:1
everybody 27:5,6
  29:20,23 30:9
  45:15,16 71:11
  79:4,5,9 81:22
  83:12 84:9 85:3
  86:18 87:2,4,5
  127:18 128:14
  129:2,11 130:17
  131:18 134:9
  179:23 180:14
  181:12
evidence 3:20
exact 154:22
exactly 43:22
  129:22
EXAMINATION
  4:19 6:12 173:4
  179:19
example 153:7
Excuse 32:23 102:9
exhibit 5:2,3,4,5,6
  5:7,8,9,10,11,12
  5:13,14,15,16,17
  5:18,19,20,21,22
  5:23 6:1,2,3 100:6
  100:9,12,14
  101:12,13,18,19
  102:3,12,14,20
  103:10 104:3,10
  104:19,22 106:22
  107:2 110:12
  111:15 112:18,19

114:1,3 123:21
  124:1 125:23
  133:14 136:7
  137:5 139:19,22
  141:4,7 142:15
  155:9,11 161:1
  168:5,7,8 174:2
  174:18,19 183:6
EXHIBITS 5:1
expect 90:16
expected 106:14
experience 41:15
  41:23 42:10 45:12
  65:7 98:15 154:6
  159:23 172:8
experienced 98:16
  160:6
explain 14:16 33:8
  42:23 70:5 82:9
  136:9
explained 6:18
  48:22
extra 75:12,18
ex-son-in-law 62:4

———— F ————
face 34:20
fact 98:18
facts 156:5
failed 82:7 168:18
  168:20 169:3,10
failing 79:23
fair 69:2
Fall 94:17,19
familiar 54:16
  103:7 110:8
  156:10 175:1,15
family 7:21 9:4,11
  166:13
far 10:19 23:18
  32:10 33:18 45:8
  160:4 164:5 178:4
February 135:17
  137:9 145:9,17,21

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

145:23 146:1,13
146:16 147:13
170:17
feel 42:3,3 50:4,14
64:7,20,22 67:15
67:17,23 69:15
70:17 73:2,4
79:14 88:12
146:23 155:1
171:16
feeling 146:4
feet 33:14
felt 39:20 40:4,9
42:20 45:13 49:8
58:9,11 63:3
65:14 66:15,19
67:10 68:7 99:9
106:1,2 147:14
159:22 166:5,7
170:6 171:20
fifty 113:14 167:2
fifty-cent 31:20
figure 121:4 147:3
147:12 152:5
171:18 172:11
figured 27:19
file 136:10,16
filed 10:7 38:21
114:14 115:15
118:1,18 119:9
134:5,7,13,16,22
135:3,16 136:1
137:9 165:22
files 136:15
filing 4:4,10 140:9
140:12
fill 21:7,17
filled 21:12 22:6,14
101:5 103:21
financial 38:11
98:23 99:10
find 6:20 58:19
61:11,13,17 66:18

81:15 121:5
135:10 148:19
151:16 174:20
fine 6:7,23 18:15
53:6 54:16
finish 10:22
finished 14:14
Fire 12:9
fired 122:16,20
144:18,19,23
145:3 149:2
first 6:8 11:18,21
13:14 16:19 21:1
21:5,6,10 22:3
26:18 39:19 40:9
41:5 59:8 65:9
84:13 103:22
107:5 110:22
116:12 119:18
121:13 126:8,9,20
128:5 129:5,6,8
130:15 131:17
132:18 133:1,4,18
134:5 140:6 146:3
151:23 155:13
156:3,21 161:4
165:1,13 166:2
168:8 174:16
180:14
fit 69:22 82:3 85:4
five 14:19 25:2,4,6
25:14,18 26:7
27:23 29:10 32:10
36:12,14 44:5
45:15,17,20 52:9
58:17 63:8,9,10
68:12,16,23 71:11
74:11,13,19 75:9
75:19 76:19 77:12
79:4,5,10 80:9,10
89:5,12 158:13,15
158:16,23 159:15
160:21 167:13

169:16,21 172:1
182:7,15
fix 42:1
flags 51:15 53:22
54:9,19 66:3 80:2
162:11 163:3,20
flat 59:13
flip 107:16 109:3
109:15 110:15,18
161:16
Florala 9:1
folks 138:12 139:4
160:14,16 177:10
follow 183:20
followed 159:21
following 135:12
179:4
follows 6:11
foregoing 185:7,11
foreman 20:15,16
20:18 117:4
122:12,15,17,23
123:4 144:14
156:18,19,21
170:15
foreman's 122:6
123:14 141:17
142:7 145:9
form 3:16 20:2
133:23 138:7
169:23 183:19
185:10
formal 135:1,2,16
formalities 3:8
formality 3:14
forms 29:19
forty 167:6,12,13
forty-five 97:7
found 24:15 43:6
118:16,18
four 94:15 96:1
fourteen 94:4
166:18

fourth 161:6
FRANKLIN 2:14
free 69:11
Freedom 10:18
freely 51:2,10,14
61:15,18 66:2
77:2
frequently 53:12
62:9 163:17
friend 42:7,17 90:7
91:11,20 92:7,22
127:13
friends 64:17 92:3
friendship 91:8
friend's 127:14
front 98:7 105:9
fulfill 172:7
further 4:1,11
185:16

_____
G
gang 128:17
Garrison 93:16,22
93:23 94:5 95:8
97:21 166:15
167:4
Gary 159:5
gate 24:15 85:14,22
86:6,7 87:5,6
146:22 181:4,5
gather 27:7
gathering 129:5,6
Gayle 158:10,10,17
159:1 160:15
177:3
GE 12:22 21:8,9,13
21:19 22:3 28:13
29:3 37:8 82:7
86:6,7 114:15
115:3,6 116:3,7
122:15,18 123:1
140:11,13 142:8
151:20 159:10
164:3 165:14,16

181:5
general 7:14 11:13
50:1 140:10
generally 11:14
26:15 32:9 132:7
getting 42:6 46:4
48:20 55:20 61:10
79:20,21 113:12
146:9 147:8 170:9
give 37:5 39:2 77:9
102:23 109:8
123:5,6 153:7
given 6:16 40:11
41:10 42:16 65:6
147:19 174:1,6
180:21
giving 76:16 101:8
161:11 170:14
173:11
glancing 175:8,13
glasses 34:17
gloves 76:13,17
77:2 78:4,5,6,7
go 10:14,17 11:14
11:16 14:12 15:12
20:10 21:9 23:3
27:8,14 32:16
34:7 38:1,3,4,6,9
39:3,9,9 41:5,6,7
49:13,18 50:2
59:18 68:19 69:5
70:10 71:4 72:6
72:21 73:8,18,22
74:1,6 75:20,23
79:18 82:15 84:18
87:7,11 93:14
95:22 97:11 100:2
114:12,14 115:14
116:13 121:2,18
123:12 127:8
144:11 168:8
170:18,23 174:8
179:2 180:15,17

Case 2:06-cv-00497-WKW-SRW    Document 36-9    Filed 07/02/2007    Page 54 of 66
MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 6

goes 178:4
going 6:19,19 23:11
  27:17 31:6 37:8
  38:19 41:9 43:4
  44:12,18,22 48:18
  49:5 60:10,15
  84:11 90:7 123:5
  127:21,21,23
  130:8,10,11 132:2
  133:20 142:12
  150:20 151:11
  165:19 166:10
  170:23 171:2
  181:9,23
good 7:5 10:14
  51:23 111:14
  113:9 166:8 172:2
Gordon 159:5
gotten 31:20 65:14
  67:21
grew 130:6
ground 28:18,19,20
  33:15
group 133:6
guess 14:22 15:12
  24:11,13 27:3,16
  29:12 31:11 32:18
  39:17 42:1 50:18
  58:14 59:21 61:4
  69:20,23 77:5
  80:17,18 83:17,20
  84:7,23 110:20
  116:15 119:15
  120:14 126:15
  134:10,12 137:23
  138:5,11 163:10
  170:4
Gulf 13:8 16:11,14
guy 20:14 40:21
  43:3 57:10 131:8
  182:9
guys 28:1 29:12
  38:21 44:18 47:20

59:13,19 60:19
  63:4,6 66:17 72:1
  72:20 73:18,19
  74:11 75:18 76:20
  78:17 80:6 84:10
  86:22 91:13 99:8
  115:14 128:6
  129:7 131:6,20
  132:20 134:4,16
  136:1,21 137:3
  138:22 164:23
  167:15,21 171:9,9
  171:15,16 180:22

───────────
**H**
Haley 2:13 6:15
half 8:2,5,16,17,19
Hammermill 13:2
  16:5
hand 80:20,21
  102:22 124:21
  140:18 177:5
  179:12
handbook 22:13,15
  41:1 45:6 103:6
  107:4,4 108:14
  110:2,10,17
  111:19 112:4,11
  112:12 168:3
  174:1,6 175:7,14
  183:11,12,20,21
handed 181:9
handicapped 69:18
  177:13
handicaps 179:9
handing 77:8
hands 30:7 177:8
handwriting 100:9
  100:17 101:1,2,16
  101:21 102:6,15
  103:16 110:21
  139:14 143:9
handwritten
  117:14 138:14,16

138:23 139:12
  141:8 142:19
  144:8
happen 6:19 40:14
  44:2 60:5 74:19
  78:10 83:23 84:4
  84:4 86:14
happened 24:19
  27:6 39:4 43:23
  44:23 48:4 52:20
  53:17 59:20 64:21
  65:10 74:9 77:20
  79:13 81:9 88:3
  99:15 115:22
  117:7 122:2 142:3
  142:22 146:12
  166:16
happening 148:20
happens 53:18
harassed 19:21
  64:22 67:18 79:15
  171:17
harassing 106:16
harassment 19:2
  49:8 105:1 108:5
hard 7:1 10:4 23:12
  34:16 36:10,14,17
  37:8 51:16 113:15
  147:6
hard-dollar 37:17
harrassment
  107:23
hat 24:16 34:16
hats 51:16
head 34:11,15
  54:20 66:3 156:23
  163:21,22 172:12
  175:20
heading 143:15
health 95:17 96:20
hear 20:12 24:9
  51:18,23,23 52:15
  52:23 57:18 58:1

81:5 89:2,11,16
  90:19
heard 24:7,17 33:5
  50:23 51:20 52:3
  53:7,13,19 54:4
  55:1,6,9,18,23
  56:14 57:5,19,19
  58:4,5,9 59:5 66:1
  66:6,10 88:9,10
  88:18,21 89:21
  91:4,15 150:4,7
  171:12,13,14
  172:18 179:7,14
hearing 109:10
helmet 34:14
help 41:19 52:13
  116:16
helper 30:17
  154:10,10,12,13
  154:15
helpers 30:15
  116:13,15 154:20
hereto 4:8,13
hiding 80:19
high 10:21,22 11:2
  11:3,5 30:1,4,10
  32:11,19
higher 33:1 40:12
  151:20 152:20
  153:8,13 155:2,6
highlighted 108:17
hire 154:12
hired 20:6 40:5
  46:15 80:15,15,22
  81:12,13 145:10
  154:9,14 155:1
  173:21 174:16
hiring 37:22
history 11:13
Hog 13:23 15:19,20
  19:3,4,18 173:9
  173:11
holding 80:19

**home** 15:10,14 60:8
  60:10,12 63:21
  64:4 67:7 68:15
  69:3 70:23 71:10
  71:12 72:9 74:11
  76:2 80:9 87:7,12
  99:2
**honest** 73:10
**Honestly** 73:11
**honkey** 89:13
**honkies** 88:19
**hospital** 96:20,21
**hostile** 19:10 90:12
  171:10
**hour** 17:6 20:9 94:4
  95:12 113:6
  154:13 166:19
**hourly** 95:10
**hours** 82:12,18
  83:9,19,19 167:3
  167:5,10,11,12
**house** 78:5 87:1
**houses** 95:4
**human** 108:11
  150:23
**hydroelectric** 13:9
  16:12
**Hyundai** 37:21
  114:4,9,10,19
  116:1,6,22 117:1
  117:8,19 118:7,10
  119:4,19,20,21
  121:8,19 122:6,7
  122:10 123:13
  125:1 127:6
  141:18 142:1,7,9
  165:8,19 166:9
  168:20 169:1
  170:20 171:5
  172:3

───────────
**I**
idea 12:5 36:12
  44:3 53:6 56:9

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

99:16
**identification**
  100:7,13 101:14
  101:20 102:4,13
  102:21 103:11
  104:4,11,20
  106:23 110:13
  111:16 112:10
  114:2 123:22
  126:1 137:6
  139:20 141:5
  142:16 155:10
  161:2
**identify** 156:4
  160:12 171:8
**ignore** 52:2
**imagine** 37:14
**immediate** 23:20
  180:21
**immediately**
  108:11
**improperly** 134:1
**inappropriate**
  105:15,20 106:6
  108:9
**incentives** 38:14
**incident** 40:19 41:4
  41:8 45:10 46:9
  64:3 81:10 108:4
  123:9 148:14
  150:8
**incidents** 150:4
**INDEX** 4:17
**indicating** 161:23
  183:8
**individually** 134:9
**INDUSTRIAL**
  1:12,13
**Industries** 13:6
  16:9
**industry** 50:7
**information** 7:14
  136:15

**inhibition** 178:8
**inhibitions** 179:9
**initially** 126:13
  127:16,17 128:1
  131:9 165:12
**injured** 95:21,23
**injuries** 95:18
**inquire** 48:9 114:17
**inside** 29:9,11
  68:14 71:17,19,22
**instance** 27:6 39:9
  60:5 92:6 145:7
**instances** 49:6 58:8
**instructions** 181:16
**insulation** 13:7
**insurance** 40:22
  42:22 43:5,7,10
  43:12,23 44:11,19
  45:3 46:10,11,20
  47:3 48:7,9 49:4
  65:15 67:21 68:1
  68:4,5 79:21,23
  147:19,21 172:5
**intake** 136:13,19
**interested** 185:19
**International** 16:5
  144:21
**Interrogatories**
  155:14
**interrogatory** 98:5
**interview** 48:21
**introduced** 4:6
**involved** 23:11
  131:7
**Islands** 15:8,19
**issue** 76:9 87:20,21
**issues** 95:18

───────────
**J**
**Jack** 1:5 58:14,21
  59:1,8,12 60:1,3,8
  60:11 63:7 64:4,7
  64:12 67:8 129:18
  130:19,20 149:22

177:20
**Jackson** 26:4,17
**jail** 40:7
**January** 146:13,16
  147:7,13 162:6
**Jeff** 62:5,6,8,9,20
  62:22 66:22
  149:12 153:17,18
  155:1 157:17,20
  158:1,5
**JLGs** 32:17
**job** 11:18,21,23
  16:21 17:20 20:12
  20:13 21:8 26:11
  27:17,21 30:15
  35:22 36:8,19
  37:2,6,21 38:2,6
  40:4 41:10 42:6
  42:16 46:4,6
  47:15 48:21 58:19
  61:11,17 62:14
  65:6 66:18 71:16
  71:21 78:2,9
  79:20 82:23 83:1
  91:10,12 96:15
  99:3 112:14 114:9
  114:10,20 115:4,7
  115:23 116:5,10
  116:11,22 117:1
  121:23 122:3,15
  122:17 123:3,6,7
  123:7,19 127:6
  132:6 141:17,18
  142:6,7 144:17
  145:5,9 148:19
  149:1 152:23
  153:12 154:1,16
  154:22 155:5
  165:18,20 166:9
  168:22 170:9,11
  170:15,20 172:2
  173:15 175:19
  180:15 181:19

**jobs** 11:19 14:6,17
  18:22 29:16 36:4
  38:2 83:3 97:23
  149:7
**Johnny** 13:11
  16:15 18:13 23:7
  23:14,14,19 24:22
  25:12,16 27:1
  37:22 41:20 44:8
  46:14,16,23 47:3
  47:10 48:23 49:1
  51:3,4 54:5,7
  55:13,14,20 56:15
  57:8,13,21 58:16
  60:7 68:18 77:18
  79:22 80:2,4,14
  82:2 83:3 85:16
  87:13,14 88:7,8
  113:10 114:16
  118:15 122:19
  125:14,14 141:9
  141:16 148:4
  150:8 164:10,11
  171:13,14,18,20
  172:15,16 174:13
  180:19
**Johnnys** 23:10
**Johnson's** 95:1,2,3
  95:11 96:8,9,15
  97:22
**joining** 157:9
**joking** 91:8,20 92:4
**journeyman** 17:22
  20:9 31:1,8
  142:10
**journeymen** 30:14
  116:12
**judge** 99:23
**June** 1:22 184:9
**jury** 10:5

───────────
**K**
**keep** 43:4 101:7
**key** 40:6

**Kimberland** 54:12
  55:5 80:1 88:7
  162:11 182:5
**kin** 185:17
**kind** 11:6,13,16
  18:6 19:6,13 20:3
  22:9,11,20 25:8
  26:6 27:23 29:4
  31:14 32:8 33:3
  34:14,18 36:4
  39:8 49:7 53:8
  89:18 95:17 98:16
  98:17 110:15,18
  139:10 140:17
  144:11 154:6
  156:8 160:2 167:3
  178:7 179:8
**kinds** 33:12 49:15
  76:20
**knew** 40:4 46:11
  47:2 80:20 81:22
  148:5,8 170:10
**know** 6:21,21,23
  11:23 15:9 17:2
  23:10 24:5,17
  25:14,22 28:11,13
  28:15 29:7,15,19
  30:15 31:22 32:14
  32:22 33:7 34:8
  35:5 36:4,5,17
  38:4,12 39:22
  40:1 41:13,21
  42:14 43:7 44:7
  44:23 46:14,16,18
  46:21,21 47:1,7
  48:14,21,23 49:3
  49:9,11 50:23
  51:3,6,6,16,20,22
  52:1 53:19 54:5
  56:19 57:11 58:3
  58:4,13,18 60:4
  61:16 62:1,9,12
  62:16,19,22 63:23

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

64:13 68:14,21
69:13,16,16,22
70:18,22 72:15
74:9,17 75:5,11
75:17 76:14,14
77:3 78:8 79:3
80:17,18 81:9
82:5 84:11 85:23
86:3 87:9,14 89:7
90:5,11,11 98:19
99:22 106:1,10,13
113:15,22 114:22
116:14 118:4
122:1 124:13
127:8,9 130:2,6,7
130:9 132:4,5,6
136:10,13 138:17
140:10,21 144:3
146:23 149:14
151:5 152:3,14
153:2 154:14
155:4 158:2,2
163:12 167:19
169:8 172:9,12
173:20,23 176:16
177:18 178:3,23
180:5,23 182:10
**knowing** 154:5
**knowledge** 67:19
156:5
**known** 68:20
**knows** 180:19
181:13
**K2** 1:12

**L**

**ladders** 32:17
**laid** 32:22 37:19
38:17,18 94:13
**Lamar** 1:6 26:3,17
44:9 45:23 46:22
47:22 48:19 55:19
55:23 56:13 57:3
63:12,13 66:6

122:9 130:18
153:12,23 176:6
**language** 53:8
88:10,14 89:18
172:17
**Large** 1:22 3:13
**late** 60:6 62:1 63:19
63:23 64:3,8 67:6
93:4,5,17,18 96:8
98:2 121:11 146:1
**laundry** 96:20,21
**law** 54:6
**lawsuit** 126:10
129:12 131:1
132:18 157:10
175:4
**lawsuits** 10:7
**lawyer** 126:9,21
130:14,16,22
131:6,22
**lawyers** 118:3
119:7,12 134:7
137:23 138:8,18
140:23 165:11,13
166:1,5
**lead** 47:13
**leave** 87:6
**leaving** 15:5 98:12
160:7
**left** 18:5,6 24:20
25:3 39:13,22
60:22 61:1 93:2
93:11,20 98:1
124:20 158:20
159:7,8 165:14,16
178:23 179:1
180:8
**letter** 126:3,6
133:10,12,17
135:2
**letting** 74:11
**let's** 7:13 41:5
54:10 100:2

114:23 139:6
144:11 175:22
**level** 47:15
**levels** 32:14
**Lewis** 1:5 25:21
26:16 37:23 51:4
55:15,21 56:13
57:1,22 63:14
66:7,11 80:3,5
115:10,12 127:18
128:10,12 130:1
130:21 131:4,18
132:18 151:2,5
176:10
**lie** 73:2
**LIGHTFOOT** 2:14
**limited** 69:13 76:14
**linen** 96:22
**list** 79:18 87:18
130:17
**listed** 67:14 146:2
160:14,16,19
**listening** 129:15
**lists** 135:12
**little** 37:14 43:1
59:18 144:12
148:15 183:9
**live** 7:15,16
**lived** 7:19
**living** 70:20 166:12
**locally** 38:2
**located** 21:8
**locations** 181:19
**long** 13:21 35:21
36:23 37:7 43:15
44:3 81:20 94:5
96:9 109:8 130:7
**longer** 168:17
**long-sleeve** 33:23
**long-term** 36:6
**look** 7:4 68:22
102:23 103:7
109:9 110:8 137:3

139:6,9 142:13
143:19 151:23
152:13 155:14
158:22 161:6
168:6,9
**looked** 15:23 112:4
164:16 168:2
183:10
**looking** 23:15
105:12 132:15
**looks** 16:1 20:5
21:2 98:6 103:2,5
103:13 110:10
111:4,12 113:9
117:10,22 124:2,9
125:14 133:10,17
137:7,14 139:22
140:6 141:8
142:18,21 145:16
161:13,22 183:7
**lost** 13:3,18 98:11
**lot** 29:9 50:23
140:6 143:2,2
164:2 167:15,22
177:18
**love** 90:10,13 91:8
91:20 92:4
**Lowndes** 8:14 9:1
**lunch** 129:4
**lunchbox** 54:2,3,22
66:4 162:12
**lunchboxes** 51:15
**lying** 71:5 127:23

**M**

**M** 36:16,21
**machine** 60:23
**main** 69:10
**maintenance** 14:18
36:6,9
**making** 97:5,13
143:20 154:12,13
166:18,21,22
**man** 42:7 43:3

44:12 47:13 81:23
94:1 130:2,7
150:20
**Manfield** 166:7
**manner** 4:8
**Mansfield** 1:13
11:16 12:17 13:3
13:12,15 14:3,10
16:2,20 17:10
18:12,13,23 20:4
20:10,19 21:11,17
22:6,9,18,20 23:5
30:22 31:16 38:23
39:7 50:4,9,11,20
58:8 64:21 67:15
79:13 83:4 84:20
88:3,14,16 89:17
89:22 90:19 92:1
92:2 93:2,12,20
98:1,12,15 103:13
104:22 105:18
106:12 109:12
118:11 119:7
120:1 121:22
124:3 140:13
144:21 145:5
146:6 153:4,10
154:8 159:23
160:7,12 161:13
162:15 164:5,6
166:22 167:9
168:16,19,22
169:6 173:14,18
175:5,10,12,15
**Mansfield's** 119:11
**March** 40:17 41:12
65:11 126:5
133:11,17 134:4
145:21,22
**marijuana** 24:13
169:11,12
**mark** 25:23 26:16
57:10,19,21,21

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

58:4 104:21
111:17 126:2
142:12 181:1
**marked** 100:7,8,13
101:11,14,20
102:4,13,21
103:11 104:4,11
104:20 106:23
110:13 111:16
112:20 114:2
123:22 126:1
137:6 139:20
141:5 142:16
155:10 161:2
168:7,8
**marriage** 98:21
160:4
**material** 36:22,23
37:6
**materials** 76:13
**matter** 36:22 37:3,6
89:10 108:6 170:8
**mean** 11:21 13:20
14:15,21 21:15,17
24:1 28:5,12 29:9
29:15 30:6,10,12
32:1 38:11 39:12
41:17 42:7 43:8,9
46:5,13 48:17
49:10,13,15,22
50:1,12 51:6
53:14 55:4,7
57:10,10,15 60:22
62:3,14 64:2
68:17 69:1,2,20
71:17 73:11 74:15
74:22 75:4,23
76:10 77:5 78:4,8
78:8,19 81:20
82:23 83:7,16
84:6,9,15 86:20
86:21,22 88:2
90:4 92:22 96:22

106:6 107:6
116:10 118:2,4
131:8 132:4 138:9
145:23 146:20,22
149:10 154:9,11
163:10,15 164:2,4
172:7 175:19,20
180:2,22 181:3,11
**means** 185:8
**meant** 8:16 23:9
169:4
**meet** 85:21 133:4
180:14
**meeting** 128:17
133:6 134:8
180:11
**meetings** 181:7
**men** 169:20
**mental** 98:16 160:5
**mentioned** 45:16
147:23 156:10
158:10 160:2
167:18 180:3
182:9
**message** 60:23 61:1
**met** 6:14 16:15
18:13 126:12
130:16,22 131:22
132:22,23 133:3
134:9,22 135:5
136:4 165:4 166:2
**meters** 12:3
**mid** 17:9
**middle** 1:2 8:13,19
15:16 18:7 32:4,5
102:9 107:22
161:19 162:1
**mid-December**
93:3,18
**Mike** 57:10
**mind** 23:18 48:16
**mine** 91:11 100:16
**minute** 87:19 120:3

124:11
**minutes** 6:14 18:21
76:7 164:22
**missed** 61:18 149:7
149:22
**missing** 30:8 177:6
177:8 179:12
**mistake** 8:22
**Mitchell** 1:20 3:11
185:22
**mix** 40:7 41:17
45:13
**Mobile** 8:6,7 11:10
**Momentarily** 26:10
**Monday** 78:19,22
**money** 37:1 43:5
166:21
**MONTGOMERY**
185:5
**month** 52:22 74:13
74:14,19 131:15
**months** 12:14 13:5
40:21 41:2 44:5
45:5 65:15 67:22
79:21 94:15 96:1
96:10 131:16
132:15 147:20
148:9 178:23
181:12 182:21
**Moore** 12:15
**morning** 27:5
78:19 82:1 129:5
129:6,7 148:16
180:10,11,17
181:7
**move** 30:2 31:6
93:2

## N

**name** 9:9 25:22
26:1,18 51:9
57:12 62:3 66:23
80:16 94:22
110:21 127:14

131:12 148:2
153:15,16 164:6
171:12,13,15
176:17,22 182:10
**named** 182:9
**names** 156:9
**Nathaniel** 1:6 26:3
26:16 44:9 45:23
46:22 47:22 48:19
55:19,23 56:6,13
56:19 57:3 63:12
63:13 66:6 114:15
116:2,7 122:9
129:11 130:18
153:11,23 154:19
176:2,6
**naturally** 28:21
**nature** 88:11,15
90:23
**need** 3:17 34:6
58:19 61:11,17
78:9 81:23 99:2
130:5 136:12
137:1
**needed** 15:9 20:17
48:21 52:13 74:5
76:3,4,21 77:15
77:23 78:18
**neither** 185:17
**nephew** 9:6,7 24:11
144:15
**never** 44:13 73:23
74:6 77:22 80:21
88:18,21 89:21
91:4,15 106:17,18
113:3 122:7 123:6
131:9,9 144:7
157:12 163:11
168:18 181:21
**niece** 8:6,7
**nigger** 51:5 57:14
90:11
**nine** 67:14 154:12

**normal** 33:21
167:10,11,12
**North** 2:16 12:1
**NORTHERN** 1:3
**Notary** 1:21 3:12
185:23
**note** 117:14 139:12
**notes** 132:16
142:19,23 143:6,7
143:11 144:8
164:17
**notice** 1:17 3:6
**November** 93:4,5
94:10 98:2 115:19
115:20,21 117:18
119:17,18 121:8,9
121:10,11,13
127:1 128:7
132:12 134:11,23
135:21 136:2
165:2,15,16
**number** 104:15
125:3 159:20
160:10
**numbers** 107:15,19
**N-word** 51:11,14
51:18 53:1,7
57:15 66:2,11
80:1,5,6 89:17
90:1 91:5,16
150:4,11

## O

**object** 20:1 133:22
138:6 169:22
178:9
**objections** 3:15,16
**obtain** 103:14
**obviously** 31:11
48:15 58:4
**occasion** 53:1
**occurring** 185:14
**offend** 46:6 81:3
**offended** 90:9

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

172:20
**offensive** 88:12
**offer** 68:3 141:17
  142:6 172:4
**offered** 3:20 44:7
  68:2 114:10,20
  115:7,23 116:5,21
  117:1,4 122:5,15
  123:14 127:5
  147:21 165:18
  166:9 170:19
  172:2
**office** 21:11 55:22
  56:18 60:12 69:10
  109:14 127:10
  132:11,20 138:3
  140:22 150:23
**Oh** 81:16 101:2
  161:15
**okay** 7:12,21 8:8,12
  9:14 10:2,19 12:8
  12:18,21 13:1,14
  14:20 15:14,23
  16:4,7,19 17:6,15
  18:5,18 21:19
  22:2,17 23:4,19
  24:5,9,20 25:5,17
  26:2,5,13,22 27:3
  27:10,13,22 28:10
  29:2,20 30:11,20
  31:10,14 32:1,8
  32:18,23 33:16
  35:14,18 36:4,15
  37:18 38:15,20
  40:18 41:18 42:9
  42:15,19 44:14
  45:2,21 46:1,8,18
  46:23 47:10,14,18
  48:13 49:6,18
  50:9 52:23 53:4
  53:10 54:9,22
  55:5,12 56:17,21
  57:7 58:1,7 59:5

59:17 62:19,22
63:3 64:19 66:15
67:13,20 68:10
69:7,14 70:1,5,9
70:21 72:10,14,19
73:4,16 74:4 75:2
75:11 76:5 77:22
78:23 79:12,18
80:23 81:3,7
82:13 83:10,23
85:2,6,8,15 87:14
87:18 88:23 89:2
89:6,11 90:3,14
91:12,23 92:10
93:1,7 94:11 95:6
95:10,13 96:7,17
96:23 97:8,13,21
98:5,9 99:13
100:2,23 101:4,5
102:2,11,19 103:7
103:9 104:2,9,21
105:8 106:8,18,21
107:14,21 108:16
109:2,15 110:6,8
110:11,14 111:12
111:14 112:17,21
113:3,15,20
114:13,20 115:2
115:22 116:20,21
117:7 118:7,9,14
118:23 119:19
120:6,9,16 121:6
121:15,21 122:4,8
122:22 123:8,11
124:8 125:8,22
126:8,14,19,23
127:8,12,14
128:10 129:6,8,14
129:22 131:11,13
132:22 133:9
134:14,18 135:4
136:17,20 137:13
138:21 139:21

140:15 141:13,22
142:5,12 143:14
144:10 145:3,7,16
146:2,6,12,19,21
147:16,16,23
148:4,7,12,22
149:4,9,11,17
150:1,18 151:3,17
152:13 153:17
155:8 157:1 158:3
158:9,22 159:4,19
160:9,23 161:17
162:8,9,19,22
163:2,8,22 164:14
165:10 166:4,14
166:14 167:1,14
170:6 171:3,7
172:6,14 173:16
173:23 174:18
175:13 176:5,9,20
177:9 178:2 179:2
179:16,21 181:5
182:22 183:14
184:2
**once** 24:20 25:2
  27:20 36:20 52:11
  52:21 77:3 84:4,8
  84:10 85:23 86:14
  86:14,15,16 133:7
  163:9
**ones** 120:12
**operations** 25:8
**opinion** 48:16
  69:17,23
**opportunity** 39:3
  109:5 146:17
  161:19 181:22
**orientation** 19:8,11
  19:17 21:9,14
  22:1,3,21 106:19
**originally** 117:16
**outside** 29:8,10,13
  35:16 68:13 70:7

72:1
**overheard** 56:21,22
**overtime** 59:2
**owned** 42:8
**owner** 42:19

**P**
**pack** 35:2,11,12
  36:2
**package** 118:15
  119:8
**packet** 162:1
**page** 4:19 5:1 82:10
  100:11 101:23
  103:5 105:8,10,11
  107:15,17,19,22
  109:3,3,17,19
  110:8,22 111:18
  111:23 137:14
  140:2,15 151:19
  155:15,16,16
  156:1,4,8 159:20
  160:10 161:7
  183:10,11
**pages** 111:21
  183:17
**paid** 84:2,18 86:11
  146:9 147:8 152:6
  154:1 155:6
**paint** 17:2 28:21
  40:7 41:17 45:13
**painter** 13:23 17:22
  20:9,17 31:1,8
  55:17 66:8 80:4
  142:10 163:1
  170:4
**Painter/journey...**
  117:3
**painting** 12:15 13:6
  28:4,5,7,15,22
  30:20 32:11 95:5
  154:18,19,20
**pants** 35:21
**Paper** 16:6 144:21

**papers** 151:15
**paperwork** 21:7,12
  21:18 22:7,10,13
  23:1,2 111:10
**paragraph** 140:8
  144:13 147:17,18
  148:13,14 150:2
  152:1,2
**paragraphs** 168:10
**part** 19:17 21:23
  106:19 108:15
  116:8 129:11
  130:23 142:4,5
  159:1 175:7
**particular** 61:23
  86:17
**particularly** 30:21
  112:6
**Particulars** 140:3
**parties** 3:4 4:3,12
  185:18
**parts** 29:5
**party** 4:8
**pass** 117:9 118:21
  120:4,8 121:15
  123:17 125:17
  141:23
**Patrick** 1:5 25:21
  26:16 37:23 51:4
  55:14,21 56:13
  57:1,13,22 63:14
  63:15,16 66:10
  80:5 115:12
  127:18 128:5,10
  128:12 129:23
  130:21 131:3,18
  132:17,19 150:11
  151:2,5 176:10
**pause** 164:19
**pay** 37:3,8 81:19
  82:7,12,18 83:18
  84:12 86:1 98:7,15
  98:10 151:20

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

152:20 153:2,8
154:10
paying 82:3 83:21
84:17 85:5,17,18
85:20
Pen 13:8 16:11,14
people 24:14 30:3,4
30:13,14,14 56:12
57:5 58:20 59:23
60:2 61:15,19
63:8,10 67:2
73:20 81:20 83:14
84:7 88:10 92:17
118:20 133:6
149:7 150:7 153:5
178:6 179:6 180:4
percent 98:22
perfectly 6:23
period 18:10 20:4
180:7
permanent 41:2
person 108:10
170:11
personal 18:7
48:16 67:19 69:17
69:23 91:11
personally 65:1
171:1 172:21
persons 156:4
perspective 27:8
90:5
Pettaway 2:5,6
4:21 6:7 8:9,12,18
8:23 20:1 39:14
93:8 101:10
120:19,23 124:11
124:16,22 125:2,6
133:12,20,22
134:20 135:7,14
135:20 136:3,8,18
136:23 138:6,10
139:2 169:22
173:2,5 178:17

179:5,18 184:5
phonetic 12:23
pick 181:22
pipe 33:4,10,12,17
pipeline 29:18
pitched 82:2 85:4
place 12:13 27:7
56:10 109:20,20
166:8 180:14
plaintiff 10:9
155:12
plaintiffs 1:8 2:4
89:22 131:20
plan 44:7
planning 114:8
plant 12:22 13:9
16:13 25:2,4,6,14
25:18 26:7 27:9
27:14,21,22,23
29:4,9 32:10
36:12,14,16 45:15
45:17,20 47:12
52:9,17 58:17
63:8,9,10 68:12
68:13,16,23 71:11
71:14 72:7,11
73:8,18 74:10,12
75:19 76:19 77:12
79:4,5,9 80:9,10
89:5,12 114:16
116:3 142:8,9
151:21 158:13,15
158:16,23 159:15
160:21 166:10
167:13 168:20
169:16,20 171:23
172:1 182:7,14
plants 24:23 25:10
29:6 75:13 76:23
77:10
platforms 32:16
please 39:19 43:1
135:10 139:7

plugs 34:21,23
Plus 94:16 95:1,2
97:12,14,17
point 19:19 44:6,8
74:15 86:12 90:13
136:5
pole 180:17 181:8
181:17
policies 21:15
policy 19:9 21:16
21:20 22:5 44:16
45:7 92:23 108:21
109:5 110:7
168:12 175:15
position 17:11
30:23 40:11 47:11
117:5 122:6
123:14
positions 31:5,7
positive 168:15
Practices 112:10
prepping 28:5,6
presume 126:19
pretty 111:12
prevalent 50:7
Previously 22:17
price 36:20 37:9,12
Prince 126:3,8,17
127:15 132:10,23
Prince's 127:10
132:11,20 138:3
140:22
probably 12:14
49:11 81:15 83:7
96:12 99:18
120:19 136:18
181:11
problem 18:20 39:5
40:3 42:11 50:15
61:10 84:8,16,17
152:13 172:10,13
179:13
problems 18:8,11

41:21,23 50:10
98:17,23 160:1,5
175:17
procedural 3:8
Procedure 3:22
procedures 112:13
proceeding 185:7
proceedings 185:14
process 134:11,14
produce 161:12
produced 185:9
production 83:20
161:5
program 109:22
project 181:11
promised 145:8
promptly 108:6
provide 166:12
provided 3:21 4:9
45:4
psychological
98:17 160:1,5
Public 1:21 3:12
185:23
purpose 3:21 77:12
pursuant 1:17 3:6
put 25:13 40:8
42:12 45:20 69:21
96:11 170:12
putting 12:3

Q
question 20:2 27:4
45:9 50:13 67:20
88:6 133:23 138:7
156:3 160:11
164:20 169:23
170:1
questions 3:15,17
6:20 60:16 168:2
173:1,3 179:22
quick 179:21
quit 38:15
quite 7:5 61:20

111:9 152:7

R
race 42:5 67:11
175:18 176:3,7,11
176:15,18 177:2
178:4
racial 49:15 53:8
88:11,15 89:18
172:17
racism 49:12
racist 73:15 89:1
rack 33:4,10,17
rag 54:20 66:3
163:21,22
Ragland 1:6 26:4
26:20 38:1 45:22
63:13 114:18
115:12 116:5
129:20 130:20
176:14
rags 163:12
rain 70:8 72:2 76:8
146:18 167:16,22
rained 68:14 70:3,7
73:9 99:2
raining 70:13,16
71:7 74:10,16
76:1,1 79:7 80:10
81:18 82:14,16
99:9
rains 74:22
rain-out 98:19 99:7
raise 31:18,21
113:4,12
Ralo 1:6 46:22 60:6
63:18,23 72:13
76:16 129:16
130:18 177:23
ran 47:12 169:15
rank 31:14
rare 167:12
rate 95:10 152:20
153:9,13 155:2

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

rates 153:2
read 22:15 38:21
  54:15 87:19 107:3
  107:7,10,11,12,13
  108:15 139:10
  141:13 155:19
  174:10
reading 12:2
  108:13,20 109:1
  109:10 112:14
  140:6
real 7:1 23:11 68:7
  73:6 99:3,14
  113:18 179:21
realized 170:22
  171:3
really 29:15 33:7,8
  43:20 69:1
reason 9:18 15:5
  37:20 62:23 73:5
  73:6,12,13,16,17
reasons 18:7
Rebel 51:15 53:21
  54:9,19 66:2 80:2
  163:3,20
recall 45:1 67:4
  140:9,12
receipt 110:2
received 112:9
  183:19
recollection 183:4
recommended
  125:19 127:11,15
record 118:12
records 17:16
  61:20,22 75:8
  99:19 152:8
Reed 23:14 25:12
  46:14,16 47:1,3
  51:5 54:5 57:8,14
  57:18,21 58:3,5
  61:7 66:10 80:4
  87:13,14 88:8

148:4 150:8
164:10,11
Reed's 47:10
  171:13
refer 41:9 51:13
  88:18 89:12
reference 158:16
  158:23
referenced 95:13
  156:15 180:11
referred 66:13
referring 80:3
refused 38:3
regard 54:9 70:6
regarding 19:20
  109:21
regardless 4:9
registry 136:13,19
rehire 125:19
relate 112:13 156:6
related 119:13
relatives 8:3
remember 11:22
  17:3 18:2 21:21
  25:23 37:18,20
  40:15 51:9 97:16
  100:21 106:9
  108:13,20 109:1,9
  109:19 110:4
  111:3 112:3,14
  113:12,15,17
  114:8,22 117:2
  126:11,20 128:4
  129:23 137:19
  139:12 143:5,5,20
  146:3,14,19 147:6
  148:20 149:18
  151:9,17 161:9,11
  163:8 168:11
  169:8 177:4
  178:10 182:19
remembered
  149:12

removing 11:9
Renovation 94:16
  95:1,2,11 96:8
  97:12,14,17,22
report 105:21
  106:3,14 108:4,6
  114:6,19 150:12
  150:14,18,21
  175:17 180:18
Reporter 1:20 3:11
  6:5 185:23
REPORTER'S
  185:2
reporting 105:15
representing 3:4
  4:3
represents 185:12
Request 161:4
required 72:23
  82:17 83:11,22
requirements 3:9
reserved 3:18
residential 95:4
resources 108:11
  150:23
respect 3:8
respond 49:17
response 119:9,10
  119:11 120:10,13
  180:21
responses 98:6
  156:2 161:3
rest 121:3 164:14
restricted 34:8
restricting 92:23
result 185:19
resulting 95:18
results 103:15
  117:15
returns 161:14,15
  161:20
reviews 103:4
  105:4 111:1

141:15 143:17,22
Richard 176:21,23
  178:13,15,18,20
  179:7 182:9,10
Richardson 1:5
  58:15,21 59:9
  60:8 64:4 67:8
  129:18 130:19,20
  149:22 177:20
ride 58:14 60:1
  63:15,16
riders 59:4
riding 24:12
right 7:13 8:1,16,18
  8:21 9:21 11:12
  16:2,17 17:17
  25:13 28:17 29:14
  30:17 33:18 36:3
  44:20 53:16 63:17
  88:5 89:9,11
  100:11,19 103:16
  104:18 107:1,18
  107:21 112:15
  117:11,17 119:16
  121:5,17 122:20
  123:20 124:17,20
  124:22 125:2,2,3
  127:4 132:17
  135:14,19 136:6
  141:3 145:1,20
  147:3 153:19
  154:11 155:22
  160:19 161:23
  165:2,23 168:4,21
  170:21 172:22
  173:21 174:4,8
  175:22 176:13
  177:4,11 179:8
  181:5 183:11
  184:2
rights 19:19
ring 54:13
roach 24:15

Robert 51:2,8,14
  51:18 53:21 54:4
  54:11,12,15,17,18
  55:5 66:1 69:18
  80:1 88:7 128:15
  128:16,18 153:11
  162:10,17,23
  163:3,23 164:8
  177:13 178:11,14
  179:12 182:5
Robert's 62:4
  153:14,22 154:6
  157:22 171:12
rode 59:8,10,12
  63:6 64:16 91:13
rollers 78:7
row 167:21
rules 3:22 112:12
  112:13 175:1,2
  183:21
ruling 3:18
rumors 24:7,9
run 17:1 78:20
  171:23
running 25:1,3
  26:7 28:14 33:13

S
Safe 112:10
safety 21:15,23
  22:4 34:17 108:12
  112:13 142:1
salaries 152:3
salary 95:11
sandblasted 17:2
sandblasting 17:23
SANDERS 2:6,6
sat 98:9 111:8
  131:23
saw 55:6 58:9
  106:10 111:13
  175:1
saying 29:22 32:22
  41:22 43:12 54:6

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 13

59:22 61:12 68:21
70:22 72:2,5
74:18 75:1,3
76:19 79:22 84:13
90:10,12,20 91:19
92:11,15,19 118:5
119:13 120:7,13
124:12 125:9
127:19 135:23
141:19 178:11
179:5
**says** 60:9 102:16
104:22,23 105:10
105:14 107:17,22
108:3,18 109:4,17
112:7 113:4 114:4
117:15 124:9
135:9,19 140:3
141:16,22 144:13
147:7,9 151:19
152:3 155:12
**scale** 113:5 124:19
**scales** 152:9
**schedule** 75:22
**school** 10:20,21,22
11:3,5
**screen** 114:5,5
115:1 125:3
**second** 40:19 41:4
41:7 42:20 65:13
105:11 115:20,21
137:14 140:2,9,15
141:14 144:13
**section** 108:17
**Security** 104:15
**see** 7:10 33:9 50:20
54:23 61:22 69:1
75:8 77:7 96:19
104:23 105:14
106:5 107:15,21
114:4,23 117:12
125:19 126:9
127:9 131:6

132:10 137:1
142:17 152:8
155:12 174:19
175:22
**seeing** 106:9 109:19
110:4 137:19
163:8 168:11
**seen** 54:11,18 55:2
55:4,9 100:15
103:1,8 105:2
110:5 112:21
113:3,23 120:16
120:20 126:5
141:11 143:6,11
143:16 144:2,7
175:2,8
**selling** 24:12
**Selma** 1:19 2:9
7:16,19,22 10:15
11:2,3 12:9 95:6
**send** 60:10,12
68:15 69:3 70:23
71:10,11 76:2
87:1 137:4
**sending** 72:8
**sense** 20:11 29:2
116:21
**sent** 60:7 63:21
64:4 67:7 71:6
74:10 80:9 118:13
119:8,15 133:18
155:20
**sentence** 151:18
**sentences** 143:3
147:9
**September** 20:6
21:2 78:14 100:20
103:21 104:7
182:23 183:17
**served** 10:4
**services** 1:12 12:4
**set** 24:13 155:14
**seven** 11:10 154:13

**sexual** 108:4
**shakes** 156:23
**shed** 180:18
**sheet** 139:16
**Shield** 43:9
**shift** 160:13,17
**shipped** 144:16
**shirt** 54:1
**shirts** 33:23 51:16
54:10 163:13,17
163:19
**shit** 127:20
**shocked** 49:3
**Shorthand** 1:20
3:11
**shortly** 81:13 93:19
159:7 166:16
**Shouse** 148:1
**show** 17:16 60:8
82:22 83:1,14
84:14 149:14
**showed** 47:4,5,7
82:1 84:7 86:18
131:10 157:12
**showing** 84:9
146:10
**shown** 103:20
**shows** 83:12 100:19
**show-up** 81:19
82:4,7,9,11,18
83:2,5 84:2,19
85:12,17,18 86:11
86:23 87:16,21
146:18 147:2,8,14
**sic** 27:8 179:12
**side** 51:22
**sign** 112:6
**signature** 4:14
100:5 101:22
102:1,6,15,17,18
103:17 104:6,13
110:19,22 111:20
112:7,8 137:11

155:17 161:8
162:3 183:16
**signatures** 109:21
183:8
**signed** 23:2 38:5
82:6 125:15 140:1
140:16 141:9
144:1 155:19
183:18
**signing** 112:15
**similar** 89:18
**singled** 63:4
**sit** 127:23 130:8,10
**site** 49:10 50:2
114:4 116:10
141:18 142:2
144:17 145:2,3
159:10 163:11
175:19 181:20
**sites** 26:11
**sits** 51:22
**sitting** 129:10
**situation** 105:19
145:15
**six** 12:14 13:5
40:21 41:2 44:5
45:4 65:15 67:22
79:21 96:10 97:7
147:20 148:9
181:12
**sleeves** 35:21
**slightly** 95:21
**slip** 125:5,15
**slurs** 49:15
**smelling** 177:19
**Smitherman** 66:22
157:17,20 158:5
**Social** 104:15
**somebody** 24:13
79:1 89:4 105:22
132:11 138:3,5
140:19,23 142:23
144:4,10 149:13

161:12 162:17
172:8,11
**son-in-law** 62:7
153:11,14,22
154:6 158:1,8
**soon** 27:13 60:9
**sorry** 8:15 10:3
12:6,20 13:22
15:17 26:9 33:1
48:2 50:19 57:11
57:15 59:15,17
93:9 94:19 111:23
115:10,13 125:7
132:15 133:16
150:1 157:3
158:20 178:14
**sort** 36:8 102:8
**sound** 17:17 44:17
117:17 139:16
145:20
**sounds** 14:3 18:5
26:5 29:20,22
33:4 35:18 92:15
93:19 111:8
132:14
**southeastern** 8:19
**southern** 8:2,5,17
**Southland** 12:15
**Sow** 43:3 46:9,19
148:3 156:11
**speak** 6:9
**special** 33:20 71:2
72:22
**specific** 14:12 20:3
39:15 155:23
181:18
**specifically** 11:15
50:9 66:22 129:9
**spoken** 62:12
**spray** 17:2
**spraying** 18:1
**Spring** 65:10 96:11
**stack** 101:7

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

stalls 49:14,19
stand 87:5
standing 128:11
start 7:13 28:23
  29:23 30:12 39:7
  39:10,19 41:6
  81:23 96:23
started 12:15,17
  13:11,15 15:19
  16:9,16 17:15,19
  18:2,3,15 20:8
  22:19 23:5 26:6
  32:3 57:7 70:16
  71:7 74:10 79:6
  80:10 84:9,10
  93:17 97:16 99:9
  100:20 103:23
  107:5 111:4,7
  114:17 151:20
  152:9,18 153:3,8
  153:13,23 154:7
  156:22 166:15,18
  183:18
starting 11:18 20:5
  30:22 135:17
starts 76:1 82:16
  137:15 171:18
state 1:21 3:12,22
  8:2,5 185:4
statement 80:17
  109:6 118:3 119:1
  119:5,7 137:15,21
  138:9,14,17 139:7
  140:5 141:8
  161:21 162:15
statements 134:10
  143:20
states 1:1 41:1
Statute 4:9
stay 13:20 31:18
  116:15
steel 28:9,11 33:13
  93:16,22,23 94:1

94:6 95:8 97:21
  166:15
stenographic 185:8
Steve 20:15,18
  23:22 24:2,16,20
  25:2 39:11,22
  122:16,20 131:8
  144:14 156:14,15
  156:20 157:2,3,4
  157:6,8 159:6,8
  159:12 179:1
sticker 164:13
stickers 162:12
stipulated 3:2 4:1
  4:11
stipulation 1:17 3:6
stipulations 3:1 6:6
stop 146:22
storage 56:20
strain 160:4
Street 1:19 2:8,16
stress 98:16
strict 37:15
structure 28:9,11
  28:13,16,22 29:6
  29:14 30:1 32:13
  32:15 33:3,13
structures 94:2
stuff 30:20 88:9,9
  96:22 100:5
  103:19,21 121:3
  161:19,21 162:19
submitted 113:10
substance 108:18
  108:23 109:22
  110:5 168:11
substances 168:15
  169:9
sued 10:12
suggest 132:19
suit 34:4,10 35:9,14
  36:1 131:21
suits 10:10 34:2

summer 11:23
  167:19,20
sunny 71:7
superintendent
  23:22 27:2 31:12
  40:1 148:17
  150:19
supervision 185:11
supervisor 12:23
  23:20,23 24:21
  31:9 47:11,13
  108:7,7 162:16,21
  162:22,23
supervisors 26:10
  26:14 40:1
supplemental
  161:21 162:14
supplies 55:20 69:9
  69:10,12 76:20
  77:1,9,10,17,22
  78:17,20 80:11
supply 76:14
support 156:5
supposed 45:4
  81:19 114:11
sure 6:18 16:18
  18:19 24:8 28:7
  32:5,6 40:16,17
  43:18,21,22 44:6
  44:10 47:9 48:3
  53:10 55:10 58:6
  59:7 60:13 61:20
  64:2 65:4,12 67:2
  70:1 75:11 79:19
  81:11 82:10 84:3
  85:1,8 86:15 87:8
  87:17 99:14 105:5
  105:6 113:18
  114:21 132:23
  138:13,19 141:2
  145:14 146:20
  147:15 148:11
  151:12 152:7

155:7 157:21
  158:4,8 163:7
  164:18 165:3
  171:7 179:3,22
  182:21
surprised 49:2
surrounding 8:4
swipe 86:8 181:3
sworn 6:9
system 169:9
systems 28:14

─────── T ───────

T 36:16,21
take 36:22 111:9
  123:3 127:23
  130:9,10 165:19
  180:23
taken 1:16 3:5,10
  185:7
takes 181:12
talk 130:13 146:7
  148:13 150:3,7
  175:20
talked 88:6 126:15
  126:21 128:10
  131:5,18,23 132:5
  132:7,18 145:12
  146:8,8 148:15
  149:11 150:8
  160:18 162:9,9,10
  163:2 164:22
  165:1,6,11,13,23
  169:14 170:14
  183:9
talking 23:16 33:11
  49:16,23 51:1
  52:2 55:22 56:15
  58:23 59:23 70:5
  82:3 92:22 121:1
  129:12 133:13
  157:5 162:13,16
  166:5 173:6
  177:16 179:6

tank 29:19
tardiness 80:7
Tarver 1:7,16 3:5
  4:5 6:8,14 7:15
  135:12 137:16
  139:7 140:4
  141:17 161:22
  184:8
Tarver's 155:13
tax 161:14,15,20
team 91:2
technically 122:22
tell 6:22 7:6,9 11:17
  18:19 23:15 39:19
  45:2 50:14 55:23
  64:12 73:10 76:11
  77:15 85:18,22
  87:4,5 94:22 99:1
  105:18 106:12
  110:19 112:23
  117:7 118:17,19
  121:22 129:8,22
  139:4,11 142:21
  151:8 153:6 171:1
telling 86:21
  111:11 181:21
ten 67:14 95:12
  97:15
term 179:14
terminated 24:1,3
  24:6 32:21 38:16
termination 31:17
  125:5
test 117:9,19,20
  118:21 119:16,22
  120:4,8 121:7,7
  121:16 123:16
  124:5,6,14 125:11
  125:18 142:1,4,5
  165:7 168:18,20
  169:4,10
tested 168:15
testified 6:11

testing 110:1
tests 110:16,20
  111:4,9 118:6
  119:3 173:20
  174:14
Thank 93:10
  101:10 184:6
they'd 26:11 86:3
  86:23
thing 9:19 10:14
  17:12,13 23:9
  29:12 43:23 45:18
  46:1,23 58:21
  60:3,17 63:17
  65:9,13 67:5
  68:11 77:6 79:6
  80:14 81:16
  107:13 113:21
  120:21 123:23
  125:1 143:3
  169:14
things 29:16 30:13
  31:14 50:23 51:23
  57:8,9 59:5 67:14
  78:9 87:18 130:2
  132:2,6 136:9
  155:23 177:9
think 17:5,9,16
  23:5 25:22 31:20
  32:1 36:9,14 39:5
  42:15 47:14,16
  48:13 54:18 62:3
  62:7 65:10 66:22
  67:3 73:5,6,14,15
  73:16 75:15 76:23
  77:4,8 79:17
  80:16 82:2 88:4
  92:11,12,13,14,20
  93:17 96:19 97:1
  97:18 98:18,20,21
  98:22,23 99:5
  109:13 112:22
  113:1 120:18

123:11 126:12
131:12 132:21
133:23 134:21,23
135:1,15,18,19
136:4 139:3 140:8
145:22 146:15
150:22 151:2
153:15,17,19
154:11 156:17
158:7,7 159:7,21
160:13 162:8
164:12,14 170:2,6
170:8 172:15,23
173:7 175:6
176:21 178:10
184:3
thinking 18:4
  153:21
thinner 78:8
thirty 33:14 83:17
thought 45:3 86:10
  113:14 136:11
  144:18 148:1
  157:9 160:3 171:4
threatened 106:2
  149:8,10,15,21
threatening 105:15
  105:20 106:6
three 14:19 16:6
  48:2 52:11,21
  74:16 94:15 96:1
  112:1 114:16,23
  115:2 118:5 119:2
  131:16 182:20
time 3:18,19 10:16
  10:16 13:14 14:13
  16:20 20:4,21
  30:21,22 31:15
  34:5,5,15,22
  36:21,23 37:5
  39:19,23,23 42:20
  43:16 47:18 48:5
  50:20 52:8,9,10

52:10,20 53:11
58:13,18 61:21
68:22 72:17 75:9
75:20,20 79:19
81:11,19 82:4,8,9
82:11,18 83:2,6
84:2,19 85:3,12
85:15,17,18 86:11
86:23 87:15,16,22
91:18 92:22 95:22
98:1 109:11
113:17 118:11
122:23 123:12
126:20 128:21
130:7,15 131:21
132:17 133:1,4
146:3,18 147:2,8
147:14 157:7
158:16,18 167:9
174:11,16 175:10
180:8,18 182:17
182:18,23 185:15
times 14:4 18:6
  22:23 35:23 49:9
  52:7,14,15,16,21
  53:7 55:3 62:19
  71:3 74:19,20
  83:14 84:5,22
  99:14,16 112:1
  180:6
tire 59:13
tired 127:20
title 16:22 17:20
today 86:4 164:17
toe 34:11
told 15:9 41:16,20
  46:9,11,13,17,20
  48:13,17 55:8
  57:13,21,22 58:20
  59:1 60:1,4,14
  61:9,13 64:14,15
  64:20 66:18 67:5
  72:20 76:7 81:6

81:21 84:1,1
87:11 90:7 91:7
91:18 106:13,17
106:18 114:19
118:20 121:1
122:8,19 142:1
148:17 151:7,12
174:12 183:3
tolerance 19:9
tool 180:18
top 28:23 30:18,19
  32:12 33:2 104:23
  114:4 143:15
  156:2,7 171:18
touch 20:21
training 11:5,7
  19:1,6 22:4,12,21
  68:19 71:2,4
  72:22 73:23 74:7
  173:7,9,12,17
transcript 7:5
  185:10,13
treat 67:8
treated 79:15 80:6
treatment 66:19
treats 147:10
trial 4:7
tried 118:17,19,22
trouble 58:16 59:16
  59:17,19 60:17,19
  66:17 148:14
troubles 99:10
truck 144:16
  164:13
true 141:19,21
  142:4,5 150:13
  185:13
trust 170:8
trusted 169:19
  170:2
truth 6:10,10,11
  68:20
try 6:20 7:1,9 23:11

39:8 44:18 48:8
48:18 85:11 121:5
131:5
trying 8:9 59:6
  92:7 120:14 147:3
  147:12 151:16
  152:5 168:21
turn 57:22 59:21
  60:3 69:5 71:5
turned 85:13,14
turner 40:7
twenty 9:20 33:14
twice 52:11,21
two 12:10 13:21
  16:6 18:6 23:10
  24:23 25:1,11
  29:7,8 36:16
  47:12 48:1 52:10
  52:11,17 58:21
  59:5 60:3 61:19
  68:13,17,23 69:11
  70:11,17 71:14
  72:7,8,12 73:8,18
  74:12,16 75:10,13
  76:15,17 77:1,10
  79:1 82:12,18
  83:9,18,19 99:4
  118:5 119:2
  120:14 128:15
  131:15 177:22
  178:1,6 179:6
  182:8,20
type 71:15 138:4,5
  140:22
typed 137:23 139:6
  139:16 140:19
  143:1
typed-out 140:4
  142:18
typing 135:22
T-shirt 162:13
t-shirts 164:9,12

U

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

uh-huh 7:3,3
Uh-uh 55:7 143:10
  156:23
unacceptable 92:21
unavailable 108:8
understand 7:8,11
  14:9 15:13 28:7
  70:2 90:4,15,16
  92:7,10 148:22
  168:14 179:22
understanding
  44:19 149:3
understood 19:18
  86:10 169:2,3
unemployed 96:16
unemployment
  38:5 96:6,7
  114:14 115:16
  118:1,12,17,18,19
  118:22 119:6
unfair 149:4
unfairly 79:16
Union 1:18 2:8
UNITED 1:1
unlawful 108:5
updates 135:8
urine 114:5
use 32:17,17 51:2
  51:18 52:5,23
  53:7,8 66:2 89:17
  89:23 91:4,15
  171:5 172:16
  179:14
Usual 6:5
utilized 36:5

**V**

vacuum-sealed
  35:6
varies 35:18
various 109:21
vary 28:2
verification 100:4
verifies 112:8

verify 183:14
video 19:13 21:20
  22:9
view 90:13
violence 105:1
  107:23
Virgin 15:7,18
Virginia 38:1,7,10
  38:19 114:12,21
  115:8,15 118:16
  170:19,23
vs 1:10

**W**

wage 113:5 124:19
  154:2,3 155:6
Wait 124:11
waiting 24:14
  87:10,11,13
waived 3:9 4:5,15
waiving 4:10
wake 82:14
wall 109:14
want 11:12,14 20:3
  38:9 39:2,3,14
  45:8 51:7 55:10
  59:2 68:11 70:1
  76:11 79:19 90:8
  100:4 109:8
  115:14 123:4
  153:19 156:9
  168:6 170:18
  171:4 173:16
  183:14
wanted 37:23 38:6
  69:22 74:3 131:7
  139:9 144:2
  170:10 179:3
  183:5
wants 108:3
warning 62:17
wasn't 24:7 32:21
  38:18 44:15 50:19
  53:10 56:5 62:1

66:19 69:2 85:17
  85:18,20 90:12
  91:10 106:19
  117:6,21 118:16
  119:21 123:15
  128:18 137:22
  145:1 149:21
  157:7 166:7
  170:22 171:1
  178:22
watched 21:21
water 12:1,2,3,3
Watson 40:6 41:8
  41:14 42:5 45:10
  46:2 65:5 79:20
  123:7,9 145:10
  162:18,19
Watson's 45:12
way 7:3,10 9:3
  11:17 27:3 28:8
  31:3 39:17 46:10
  67:8 80:18 99:20
  99:23 100:21
  139:11,15 142:3
  143:4 146:14
  148:20 154:5
  170:7 177:14
wear 33:19,20,21
  34:3,6,9,14,18
  54:18 78:4 163:16
  163:17 164:1
wearing 34:23 35:8
  35:10,20 36:1
  162:11 163:3
wears 54:20
weather 146:10
Wednesday 78:20
week 74:17 77:3
  78:4 115:20,21
  167:5,10
weeks 52:12 114:16
  115:1
went 15:12,14 16:1

16:11 21:1,5,13
  22:2,6 23:4,6
  27:12 60:11,13
  61:4 70:14,15,23
  71:6 73:23 93:22
  94:16 96:7,19
  117:8,18 118:10
  123:16 126:9,20
  139:3
weren't 48:3 56:2
  60:20 99:8,14
  111:14 113:18
  117:4 132:23
we'll 11:16 18:18
  18:20 41:6 51:13
  54:17 78:19 101:7
  113:20 121:2,4
  128:2 136:21
  152:13,14 153:22
  158:9
we're 7:6 23:15
  28:15 82:10 85:22
  86:3 91:2 123:11
  124:8 171:8
  175:19 181:19
we've 65:5 87:18
whatnot 175:14
white 2:14 66:20
  69:15,19 80:8,23
  81:2,20 84:14
  88:16,19 89:8
  90:6 128:22 146:9
  147:10 148:7
  149:20 152:4,6,17
  153:3,7 156:11
  157:14 158:5,7,11
  159:17 176:19
  177:3 178:6 179:6
  182:11,13,14
whites 147:8,19
  151:19 152:9
wife 15:8 99:1
William 1:6 26:4

26:20 38:1 45:22
  63:13 114:18
  115:12 116:4
  129:20 130:20
  176:14
winding 116:11
Winston 9:10
withdraw 179:16
witness 4:13,14
  103:4 105:4
  107:20 109:18
  111:1 124:13,18
  139:8 141:15
  143:17,22 156:23
  174:21 178:13,16
  178:21
woke 70:12
word 51:3,10 52:5
  92:3 150:13
words 137:17
  139:17 140:17
  144:4,5,6
wore 33:19 53:21
  54:11 66:3 162:19
  163:19,19 164:7
work 11:13 14:11
  14:11,13 19:10,23
  21:1,5 23:3,4,7
  24:10 27:23 32:9
  36:8 37:17 38:6
  43:2 52:10 58:18
  60:13 61:4,11,13
  68:16,17,18 69:4
  69:5 70:11,15,17
  71:6,15,17,18,19
  71:22 72:6,21
  73:8,18 74:2,12
  74:23 75:12,16,18
  75:23 76:4 81:17
  81:21 82:11,16,21
  83:13 89:3 91:3
  91:13 92:18,20
  93:14 94:16 95:22

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

96:1,19 99:8
103:22 111:4
121:18,21 122:10
122:11 127:17
132:7 142:2
146:18 148:19,23
149:14 150:5
153:5 158:14,18
166:8 167:5 169:1
169:6 170:19
171:10 177:19,20
181:11 182:7
183:18
**worked** 12:12 13:2
13:4,7,15,21,22
14:2,17,23 15:16
16:4,5,10,14 18:9
22:17 28:8 29:4
30:3,4 45:15,17
52:17 55:3 70:7
71:1 72:11 76:3
89:5,7 91:1 93:16
122:7 124:10
144:20 160:13,21
164:2 177:22
182:8 183:2
**worker** 113:9 172:2
**working** 12:1,17,22
13:11 15:7,19
16:9 20:14 25:2
27:11 29:17 30:1
30:10 31:18 32:3
33:23 35:1,3
40:20,21,23 49:9
52:8,9 71:22 72:1
84:19 85:22 86:3
114:15 116:3,7
123:13 128:20
131:14 154:7
156:22 159:10
166:15 167:3,4
168:19 175:5,9,11
**workplace** 105:2

108:1
**works** 12:2 41:1
129:2
**workstation** 27:12
**wouldn't** 68:16
73:17 149:1 161:8
169:6
**wound** 116:20
**writing** 112:23
125:7 137:19
139:12 143:6,8
**written** 137:21
138:9 145:19
**wrong** 14:10 130:3
132:16 142:20
**wrote** 138:1 139:13
139:13,14 140:18
142:22 145:16
146:1

**Y**

**yard** 17:1
**yeah** 8:11,23 10:1
15:11,15,22 23:3
23:13 28:6 32:20
35:1,16,23 37:2,5
37:16 38:8,13
39:16 41:11 44:1
44:21 45:19 46:13
49:20 50:17 55:10
57:2,4,17 59:11
60:22 61:15 62:6
62:8 64:16,17,18
65:2 66:14 70:4
71:8 77:16 80:12
81:16 82:17 84:15
86:13 87:10 92:8
95:20 101:6
105:13 107:12
116:17 125:4,6
135:9 136:3 137:2
147:5 151:14
153:18 154:19
158:15 163:14,18

172:4 178:16,17
**year** 12:5 40:20,23
94:7
**years** 9:20 11:10
12:10 13:21 14:19
15:1 16:6 99:4
**yo** 15:20
**Young** 156:15,20
**y'all** 44:11 49:4
64:17 131:23

**Z**

**zero** 19:8

**#**

#1 5:2
#10 5:11
#11 5:12
#12 5:13
#13 5:14
#14 5:15
#15 5:16
#16 5:17
#17 5:18
#18 5:19
#19 5:20
#2 5:3
#20 5:21
#21 5:22
#22 5:23
#23 6:1
#24 6:2
#25 6:3
#3 5:4
#4 5:5
#5 5:6
#6 5:7
#7 5:8
#8 5:9
#9 5:10

**0**

004 94:9
03 41:13 93:8,10

98:2 113:20
121:12
05 96:8
06 97:4,5,19,20
162:6

**1**

1 100:6,9 124:2,15
125:10
10 104:10,12
100 5:2,3
101 5:4,5
102 5:6,7,8
103 5:9
104 5:10,11,12
106 5:13
11 104:19,22
107:17 126:5
11/21/03 117:16
11:50 184:9
110 5:14
111 5:15
112 5:16
114 5:17
12 106:22 107:2
168:7 174:2
12.50 17:5 18:4
20:9
123 5:18
125 5:19
13 109:4 110:12,14
137:9 159:20
13.50 113:6
137 5:20
139 5:21
14 111:15,17 183:6
141 5:22
142 5:23 6:1
15 112:18,19 113:5
124:21 160:10
155 6:2
16 114:1,3 124:23
125:3
161 6:3

17 123:21 124:1,16
125:5
173 4:21
179 4:22
18 125:23 126:2
19 137:5
1989 16:20 18:9
22:18
1991 16:21
1993 22:19

**2**

2 100:12,14 156:1,8
2:06-CV-497-W...
1:10
20 139:19,22
20th 2:16
2000 13:4 16:18
2001 13:10
2002 13:10 17:16
17:19 18:3,16
20:5,8 21:3 23:5
30:22 31:16 78:14
100:20 104:7
128:8 183:1,17
2003 24:4 26:6
31:17 37:19 40:17
65:10 78:15 93:11
94:8 113:5,13
115:19 117:18
124:2 127:2 128:8
128:9 132:12
133:11,15 136:2
145:17 146:1,13
146:16 147:7,13
165:2 183:1
2004 93:3,5 94:11
94:17 96:3 126:5
133:15,17 134:4
137:9 141:10
2005 94:13,19
95:14 96:4
2006 96:12
2007 1:22 184:10

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**21** 121:10 141:4,7
**22** 142:15,17,18
**23** 142:15,17,17
**24** 155:9,11
**25** 161:1
**28** 145:9

_____
**3**
**3** 101:12,13 105:10
   117:21 141:10
   162:6
**3/31/04** 117:12
**35203** 2:17
**36702** 2:9

_____
**4**
**4** 21:2 100:20
   101:18,19 103:21
   104:7 159:20
   183:17
**4/14/04** 140:2
**400** 2:16
**401(k)** 44:7 68:3

_____
**5**
**5** 102:2,3 155:16
   160:10
**5.0** 105:14
**50** 98:22
**57** 109:17 183:11

_____
**6**
**6** 4:20 102:12,14
**67** 107:17 109:4,17

_____
**7**
**7** 102:20,22 174:19

_____
**8**
**8** 1:22 103:10,12
   145:17 184:9
**81** 12:6
**82** 12:7
**83** 12:11
**85** 12:11

**86** 12:11
**87** 12:16
**88** 12:17,18
**89** 12:19 13:16 14:2
   14:23

_____
**9**
**9** 104:3,5 105:10
**9:17** 1:23
**90** 12:6
**90s** 17:9
**91** 15:3,6 18:10
**93** 13:23 15:20,22
   17:9 18:10
**95** 14:1 15:22
**96** 7:18
**97** 16:2,3,4
**98** 16:3,4
**99** 13:4,19 14:2
   16:16