# DEPOSITION OF NATHANIEL LAMAR

**EXHIBIT F**

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICK LEWIS, JACK RICHARDSON,
NATHANIEL LAMAR, WILLIAM RAGLAND, RALO
COLVIN, and ERVIN TARVER,
    Plaintiffs,

vs.    CIVIL ACTION NO. 2:06-CV-497-WKW

K2 INDUSTRIAL SERVICES, INC., and
MANSFIELD INDUSTRIAL, INC.,
    Defendants.
        *  *  *  *  *  *
DEPOSITION OF NATHANIEL LAMAR,
taken pursuant to notice and
stipulation on behalf of the
Defendants, at One Union Street, Selma,
Alabama, before Bridgette Mitchell,
Shorthand Reporter and Notary Public
for the State of Alabama at Large, on
June 8, 2007, commencing at 1:10 a.m.

Page 3

STIPULATIONS
1
2       It is hereby stipulated and
3   agreed by and between counsel
4   representing the parties that the
5   deposition of NATHANIEL LAMAR is taken
6   pursuant to notice and stipulation on
7   behalf of the Defendants; that all
8   formalities with respect to procedural
9   requirements are waived; that said
10  deposition may be taken before
11  Bridgette Mitchell, Shorthand Reporter
12  and Notary Public in and for the State
13  of Alabama at Large, without the
14  formality of a commission; that
15  objections to questions, other than
16  objections as to the form of the
17  questions, need not be made at this
18  time, but may be reserved for a ruling
19  at such time as the deposition may be
20  offered in evidence or used for any
21  other purpose as provided for by the
22  Civil Rules of Procedure for the State
23  of Alabama.

Page 2

1           APPEARANCES
2
3
4   FOR THE PLAINTIFFS:
5   Collins Pettaway, Esquire
6   CHESTNUT, SANDERS, SANDERS, PETTAWAY
7       and CAMPBELL
8   One Union Street
9   Selma, Alabama 36702
10
11
12  FOR THE DEFENDANTS:
13  Haley A. Andrews, Esquire
14  LIGHTFOOT, FRANKLIN & WHITE
15  The Clark Building
16  400 20th Street North
17  Birmingham, Alabama 35203
18
19
20
21
22
23

Page 4

1       It is further stipulated and
2   agreed by and between counsel
3   representing the parties in this case
4   that the filing of the deposition of
5   NATHANIEL LAMAR is hereby waived and
6   that said deposition may be introduced
7   at the trial of this case or used in
8   any other manner by either party hereto
9   provided for by the Statute, regardless
10  of the waiving of the filing of same.
11      It is further stipulated and
12  agreed by and between the parties
13  hereto and the witness that the
14  signature of the witness to this
15  deposition is hereby waived.
16
17          INDEX
18
19  EXAMINATION            Page
20  By Ms. Andrews.................. 6
21  By Mr. Pettaway.................. 221
22  By Ms. Andrews.................. 223
23

1 (Pages 1 to 4)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 5

1   EXHIBITS:          Page
2   Defendants' Exhibit #1 ........... 158
3   Defendants' Exhibit #2 ........... 159
4   Defendants' Exhibit #3 ........... 160
5   Defendants' Exhibit #4 ........... 160
6   Defendants' Exhibit #5 ........... 161
7   Defendants' Exhibit #6 ........... 162
8   Defendants' Exhibit #7 ........... 162
9   Defendants' Exhibit #8 ........... 163
10  Defendants' Exhibit #9 ........... 163
11  Defendants' Exhibit #10........... 163
12  Defendants' Exhibit #11........... 164
13  Defendants' Exhibit #12........... 126
14  Defendants' Exhibit #13........... 168
15  Defendants' Exhibit #14........... 170
16  Defendants' Exhibit #15........... 173
17  Defendants' Exhibit #16........... 175
18  Defendants' Exhibit #17........... 176
19  Defendants' Exhibit #18........... 177
20  Defendants' Exhibit #19........... 184
21  Defendants' Exhibit #20........... 186
22  Defendants' Exhibit #21........... 201
23  Defendants' Exhibit #22........... 208

Page 6

```
1        COURT REPORTER:  Usual
2   stipulations?
3        MR. PETTAWAY:  That's fine.
4        NATHANIEL LAMAR, having first
5   been duly sworn or affirmed to speak
6   the truth, the whole truth, and nothing
7   but the truth, testified as follows:
8        EXAMINATION
9   BY MS. ANDREWS:
10  Q. All right.  Mr. Lamar, I just
11     introduced myself.  I'm Haley Andrews.
12     Have you ever given a deposition
13     before?
14  A. No, I haven't.
15  Q. I'm sure Collins kind of walked you
16     through what was going to happen.  I'm
17     just going to ask you some questions.
18     I'm just interested in finding out what
19     you know.  So if you don't know
20     something, it's fine to say, I don't
21     know.  Also, if you'll just try real
22     hard to say yes or no instead of uh-huh
23     or uh-uh.  It makes the record a lot
```

Page 7

```
1        more clear when she's typing.  I have a
2        bad habit of that.
3   A. All right.
4   Q. And, also, I'll try real hard not to
5        interrupt you if you're saying anything
6        and if you'll just do the same.  It
7        will also be easier for her to --
8   A. Got you.
9   Q. -- kind of keep it in order.  Okay.
10       First I just want to ask you some
11       general background information.  Are
12       you from Selma?
13  A. Yes.
14  Q. Have you always lived here?
15  A. I've lived here, Colorado.
16  Q. Okay.  How long have you been in Selma?
17  A. Mostly all my life.
18  Q. What is your street address here?
19  A. My current address right now is 612
20       Lawrence Street.
21  Q. Okay.  And what is your date of birth,
22       please?
23  A. 8/6/58.
```

Page 8

```
1   Q. This case is in the middle district of
2        Alabama, which is basically the
3        southeastern sort of half or quarter of
4        Alabama.  Do you have any relatives or
5        family members that live sort of on the
6        southern and eastern half of Alabama?
7   A. We all stay -- all my folks live in
8        Selma.
9   Q. All your folks live in Selma?
10  A. Right.
11  Q. Could you please name the immediate
12       family members you have that live in
13       Selma?  This is just for purposes of --
14  A. My mother, Mary Lamar.
15  Q. Mary Lamar?
16  A. My sister, Pam Patterson; my other
17       sister, Tammy Love; my other sister,
18       Brenda Lamar.
19  Q. Anybody else?
20  A. I have a son.
21  Q. What's his name?
22  A. Nathaniel Lamar, Jr.
23  Q. How old is Nathaniel?
```

2   (Pages 5 to 8)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 9

1    A. He's two and a half.
2    Q. All right. Any other family members?
3    A. Grandmother.
4    Q. What's her name?
5    A. Cardelia Lamar.
6    Q. Anybody else in Selma or on this side
7       of Alabama?
8    A. Got cousins and an auntie. All my
9       uncles -- my uncle passed, my auntie
10      passed. I'm a Lamar.
11   Q. So is everybody basically that's here,
12      would their last name be Lamar also?
13   A. No.
14   Q. What other last names do we have?
15   A. Patterson and Lewis.
16   Q. Patterson and Lewis. Are you related
17      to Patrick Lewis who's in this lawsuit?
18   A. No, I'm not.
19   Q. Okay. That was out of curiosity. Do
20      you go to church anywhere here in
21      Selma?
22   A. Yes, I do.
23   Q. Where do you go to church?

Page 10

1    A. I go to Ellwood Community Church and I
2       go to Tabernacle of Praise Baptist
3       Church.
4    Q. Have you ever sued anybody before?
5    A. Excuse me?
6    Q. Have you ever sued anybody before?
7       Have you ever been a plaintiff before
8       in any other lawsuit?
9    A. No, ma'am.
10   Q. Have you ever been sued by anybody?
11   A. No, ma'am.
12   Q. Have you ever been arrested for any
13      reason or convicted for any reason
14      criminally?
15   A. Not arrested. Back, like, in school
16      days.
17   Q. Okay. What happened?
18   A. Got with the wrong crowd, sixteen.
19      That's the last time, sixteen. I'm
20      forty-eight. That's, like, thirty-two
21      years. I'm quite sure I changed my
22      life around.
23   Q. I understand that. All right. And any

Page 11

1    trouble that you got in, any arrest,
2    would that have been here in Dallas
3    County?
4    A. Any trouble I got in? In 1975, yes, I
5    was in school here. Yes.
6    Q. Okay. And I want to talk about your
7    work history. And first I want to talk
8    about it just kind of in general and
9    then we'll get down more specific and
10   talk about Mansfield in more detail.
11   A. Okay.
12   Q. Can you tell me, just starting from the
13   first job that you can remember that
14   you had going forward, every job that
15   you've had. And we'll just kind of
16   take them one by one and I'll have a
17   couple of questions to ask about each
18   one.
19   A. Okay.
20   Q. So what's the first job you had?
21   A. I worked at the garment factory.
22   Q. Is that here in Selma?
23   A. The sewing plant. It's on the Bypass,

Page 12

1    American Apparel. Back then it was
2    called Selma Apparel.
3    Q. And about what years did you work
4    there?
5    A. 1976 to '77.
6    Q. Do you remember what you made when you
7    worked there?
8    A. I was on production. Back in '76 --
9    that was, like, thirty some years ago.
10   I was, like, a dollar a bundle. I was
11   making, like, a dollar and three cent a
12   bundle.
13   Q. So you make money per --
14   A. Production.
15   Q. For the work you do?
16   A. Right.
17   Q. Okay. You said you worked there about
18   '76 to '77. Where did you work after
19   that?
20   A. I went into the military.
21   Q. What branch were you in?
22   A. Army.
23   Q. How long were you in the Army?

3 (Pages 9 to 12)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 13

1  A. Three years.
2  Q. Where were you stationed?
3  A. Germany.
4  Q. Pretty cold over there, I understand.
5  A. Wet.
6  Q. So you were there from about '77, then
7     you said about three years, so about
8     '80?
9  A. Right.
10 Q. And then what did you do from 1980?
11 A. I came back to the garment factory.
12 Q. Doing the same thing?
13 A. Well, at this time I was doing a
14    different job. I was service person.
15 Q. Service person?
16 A. Shipping and receiving.
17 Q. Okay. And do you remember how much you
18    made doing shipping and receiving?
19 A. Back then, I can't. Then I was doing
20    hourly, but I was getting a bunch of
21    hours a week.
22 Q. Hard to say. It's been a while. And
23    how long did you work at the garment

Page 14

1     factory from 1980?
2  A. To '81.
3  Q. And then where did you go?
4  A. The plant closed down. I moved -- the
5     plant didn't close down then. I moved
6     to Colorado by myself. Well, my
7     auntie, she was out there. I moved out
8     there with her.
9  Q. How long were you out there in
10    Colorado?
11 A. About two and a half years.
12 Q. Okay. And then did you come back to
13    Selma after that?
14 A. Back to the garment factory.
15 Q. And how long were you at the garment
16    factory that time?
17 A. From '83 to '87.
18 Q. Okay. And what were you doing during
19    that period?
20 A. Back to shipping and receiving.
21 Q. How about after '87?
22 A. '87, I had came back home and got
23    married and the plant closed down, so I

Page 15

1     took me and my family back to Colorado.
2  Q. Back to Colorado. And then when did
3     you return to Selma again?
4  A. 1990. My father passed away.
5  Q. And where did you work when you came
6     back in 1990?
7  A. Let me think, now. I went back to the
8     garment factory, but I left the garment
9     factory and went to a place called
10    American Fire and Wire.
11 Q. What did you do there?
12 A. Worked in the foundry department.
13 Q. Do you remember how much you made
14    there?
15 A. '90? Let's see. About 8.50. It was
16    supposed to be an upgrade job, so 8.50.
17 Q. All right. And how long were you at
18    the foundry?
19 A. Until they closed down.
20 Q. Do you remember when that was?
21 A. They closed down in, like, '93, '94,
22    somewhere around there.
23 Q. Okay. And then where did you go?

Page 16

1  A. I worked at TriTech.
2  Q. What's TriTech?
3  A. TriTech is a place where they were
4     making, like, caustic you put up to
5     airplanes and airstrips. We was
6     welding them and fabricating. It was
7     fabrication then. Worked on a shear, a
8     machine called a shear where I cut the
9     steel off.
10 Q. Okay. And how long were you out at
11    TriTech?
12 A. It's like a temporary -- I went through
13    a temporary service, so you know how
14    they work. They work you until they
15    get tired of you. So I worked there
16    from, like, '95 to '97.
17 Q. Okay. And how about in '97?
18 A. Got married. I know that for sure.
19    Where was I working then? I was still
20    at TriTech, and they had a layoff
21    Thanksgiving Wednesday. I'll never
22    forget that. They laid us off
23    Thanksgiving Wednesday. They gave us

4 (Pages 13 to 16)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 17

1  two checks and a turkey. And after
2  that, I drawn unemployment for about,
3  like, six months, then I started off in
4  construction. Yes, I did, started off
5  in construction.
6  Q. So about '97, late --
7  A. Started construction in, like, '99,
8  '98 -- '99.
9  Q. And where did you start doing
10  construction?
11  A. A company came from Birmingham. They
12  built Concordia gymnasium over here,
13  swimming pool, running track. I
14  worked, like, a year there, then they
15  moved me out of town. I didn't go with
16  them.
17  Q. So were you building or were you --
18  A. Building.
19  Q. What were you doing out there?
20  A. Building. I was the general
21  contractor. I wasn't a sub. I was the
22  man that came there that hired all
23  those folks. I came in when it was

Page 18

1  dirt.
2  Q. And built it up?
3  A. And it came all the way up.
4  Q. And then they left town and --
5  A. They left town. But, you know, I had a
6  chance to go with them, but money
7  wasn't too good to be going out of
8  town, so I just stayed here.
9  Q. Okay. So you were there from '99 until
10  how long did it take you guys to get it
11  built?
12  A. It wasn't but a year to a year and a
13  half, two -- about a year and a half.
14  Q. Okay. And so about the middle of 2000?
15  A. 2001. Because I started working
16  with -- started painting -- started
17  painting in 2000. Yeah, started
18  painting in 2000. 2000, November.
19  Q. And where was that you were painting?
20  A. I was painting down here in
21  Billingsley, about twenty-six miles out
22  of Selma, working for a company named
23  Pen Gulf Industrial.

Page 19

1  Q. And so is that your first job painting?
2  A. Yes, it was.
3  Q. Okay. And then were you out at
4  Billingsley until you started working
5  for Mansfield?
6  A. Right. We finished the job -- we
7  finished the job in -- construction
8  jobs are, like, when you get through,
9  you go find you another one or you
10  leave with them. So we heard about
11  this -- we heard about Mansfield out
12  there at the GE plant. So after we had
13  got through out here in Billingsley,
14  couple guys got hired on before I did
15  and they came and told me, so I got
16  hired on, too, in November.
17  Q. Okay.
18  A. Got hired on in November.
19  Q. So is that the kind of job the GE job
20  was, too?
21  A. Painting.
22  Q. And work until it's done and then
23  you're through? Is that the kind of

Page 20

1  job it was?
2  A. Okay. Like, see, the Billingsley job
3  was like -- the paint job down there
4  was, like, they was building this
5  plant, generators, and we just painted
6  them. When you get through painting
7  them, you was gone. Well, when you're
8  working with Mansfield, Mansfield had
9  contracts. I mean -- yeah, they had
10  contracts. They had good contracts,
11  year and a half, two years, eleven-
12  million-dollar contracts, seven-
13  million-dollar contracts. Them
14  contracts take time. So we were doing
15  pretty good.
16  Q. So they had a contract with GE?
17  A. Right.
18  Q. And it was just longer than the other
19  contracts you were used to working?
20  A. Right.
21  Q. I got you.
22  A. Once we got through -- like they say go
23  do this and then, you know, like if

5  (Pages 17 to 20)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 21

1   they like our work, they put in another
2   bid, go do another part. And they kept
3   on getting them. So, you know, it went
4   from being, like, nine months. After
5   them nine months, we had another year
6   and a half contract before all that
7   came up and this went off. I never got
8   a chance to stay with them.
9      Then they also got another contract
10  down here at Hyundai. We had a chance
11  to work with them down there but, like
12  I say, Hyundai was just coming up, so
13  that would have been another good two
14  years of working, but I just went the
15  wrong way, so . . .
16  Q. And I want to ask you about all that.
17     But did Hyundai, was that kind of
18     starting up when the GE job was
19     finishing up?
20  A. GE job wasn't finishing up. They
21     was -- we were finishing up a project.
22  Q. Okay.
23  A. But we had another contract on another

Page 22

1   project on the GE site.
2   Q. All right. I think I got you.
3   A. See, we're down here at plant five.
4   When you finish plant five, you have
5   some guys down here, then they got the
6   other contract so they hired some more
7   guys and he had some guys down here.
8   But this job here, we were finishing
9   this up. When we finish this up, he
10  move everybody down here.
11  Q. Okay.
12  A. Now, this is a new contract.
13  Q. Okay. I think I got you. So the
14     plant was sort of organized by the
15     project you were working on?
16  A. Right.
17  Q. So you guys out at plant five --
18  A. Right.
19  Q. -- were working on a certain project?
20  A. Right.
21  Q. And then the guys at the other plants
22     were working on --
23  A. He had hired some more guys, yes.

Page 23

1   Q. Okay. Got you. Let's talk a little
2     bit more specifically about when you
3     started at Mansfield. And we'll get
4     all the documents out in a little bit.
5     But it looks like your application is
6     dated September 11, 2002?
7   A. Right.
8   Q. Is that when you remember starting out?
9   A. Well, I remember when they bombed
10    the -- what it is? The Towers? That's
11    that year. Matter of fact, that's that
12    date.
13  Q. Yeah, that is September 11, '02.
14  A. I was watching TV. That was in
15    September then. I think, like, two or
16    three weeks later they called me down
17    to the GE plant. I mean, the guys came
18    and told me to come to work. So I went
19    on down there with the guys and I got
20    hired on.
21  Q. Okay. So September 11. And do you
22    remember what position you were hired
23    as there?

Page 24

1   A. I went in. I told them I was a
2     painter, but he had said that he had so
3     many guys coming in hollering they was
4     painters and couldn't paint, so he said
5     he was going to try me off as a laborer
6     and then my work will speak for itself.
7     Difference between that is the pay.
8   Q. Okay.
9   A. Painters come in there starting off at
10    12.50. He's starting the laborer off
11    at eight.
12  Q. Okay. So is that what you started at
13    is eight dollars?
14  A. At eight dollars.
15  Q. Is that what all laborers started out
16    at, as far as you know?
17  A. No.
18  Q. How did it vary, then?
19  A. White boys came in and got nine and ten
20    dollars as laborers.
21  Q. Okay. Who do you know that was white
22    that came in and got paid nine or ten
23    dollars as a laborer?

6 (Pages 21 to 24)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**Page 25**

1  A. I can't remember all their names. I
2     just know their check stubs when I saw
3     them.
4  Q. Do you remember any names of any check
5     stub that you saw?
6  A. All -- all I know -- I don't remember
7     them guys' names because, like, you
8     only see them when check time is coming
9     when you get -- first thing in the
10    morning, like he'll pick you up. And
11    we only had, like, one white guy
12    working with us and a white lady, but
13    she ain't got nothing but a little nub
14    on her hand. And, you know, she was --
15    one of her arms -- one of her hands was
16    cut off. First of all, how can you pay
17    a person the same thing I'm doing and
18    she ain't got but one hand and I'm
19    doing all this work and she's getting
20    the same pay I'm getting? I can't
21    understand that.
22 Q. And I'm going to let you -- during this
23    deposition, I'm going to -- in a few

**Page 26**

1     minutes, when I get through some of
2     this background stuff, I'm going to
3     give you a chance to tell me every
4     problem that you have with Mansfield.
5     Okay? But right now, I'm just trying
6     to figure out if you can think of any
7     names of any white employees that you
8     know that started out at a higher pay
9     rate than --
10 A. The Smitherman boy -- let me tell you
11    this. I don't know that, because, you
12    know, like I say, I keep to myself.
13    You know, when we had lunch, you know,
14    I might go over here and whoever sit
15    down, they sit down. But, you know,
16    the rest of the guys love to mingle.
17    I'd just rather eat my lunch and stay
18    to myself because talking to be
19    talking, I ain't got time for that.
20 Q. So you don't have any names of any --
21 A. I don't know their last names.
22 Q. You said Smitherman?
23 A. I know Smitherman. Smitherman making

**Page 27**

1     twelve dollars.
2  Q. Starting out?
3  A. Right.
4  Q. What was his job starting out?
5  A. He's a painter.
6  Q. He was a painter?
7  A. That's what they say.
8  Q. So he started out as a painter and
9     started out making 12.50?
10 A. He started out as a laborer, but he was
11    making, like, 10.50. Then they gave
12    him raises before they gave anybody
13    else raises.
14 Q. Anybody else beside Smitherman you had
15    the same issue with?
16 A. I'm trying to recall. This guy name --
17    I don't know whether this guy's name
18    was Jeff. He had moved from Georgia to
19    Montgomery. He came and got a job.
20 Q. Is that Jeff Smitherman?
21 A. That might be him.
22 Q. I know there was a guy out there named
23    Jeff Smitherman, but there might have

**Page 28**

1     been another Jeff. I don't want to put
2     words in your mouth.
3  A. That's Jeff Smitherman. What's this
4     guy's name? He came from Georgia to
5     here. And I had been out there, like,
6     six, seven months, and this dude came
7     in making more money than me. Dude
8     came in and got his insurance paper.
9     And I had -- I mean, I know me and one
10    guy, Ervin, because we was, like, first
11    couple guys that he had hired on. He
12    had hired on some more guys, but me and
13    Ervin was still in there.
14 Q. Okay.
15 A. So me and Ervin were asking the
16    foreman, superintendent, about how long
17    do it take for us to work to get
18    insurance. He told us six months.
19 Q. Okay.
20 A. So we put our six months in. And when
21    we got close to our six months, we
22    started going to the office every day
23    asking for some insurance. Because he

7 (Pages 25 to 28)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 29

1　was telling us how good the insurance
2　was and all of that. But he never did
3　give us no insurance. So we had left
4　it alone until this dude came in and
5　said he got his insurance card and had
6　been going to the doctor and
7　everything. I'm like, how you get
8　insurance and they don't give us no
9　insurance?
10　Q. Now, let me -- and I'm not trying to
11　interrupt.
12　A. Okay.
13　Q. Like I said, I'm going to -- in a few
14　minutes, I'm going to ask you to go
15　through and tell me every one of those
16　things. But let's try real hard to
17　just answer the specific question I ask
18　you. And then --
19　A. Okay. What's your question?
20　Q. -- we'll move on to the next one.
21　A. Okay.
22　Q. That way we won't have to stay here all
23　night on a Friday night.

Page 30

1　A. Okay. What's your question?
2　Q. Okay. And I think I got the answer to
3　my question. I was asking if all
4　laborers started out at the same pay
5　rate and you said no, you --
6　A. No.
7　Q. -- did not think they did.
8　A. No, they don't.
9　Q. And I made a note to myself. And as we
10　go through asking about your claims,
11　I'm going to ask more specifically
12　about that. So don't let me forget.
13　A. Okay.
14　Q. Okay. Now, my next question is about
15　when you started working out at
16　Mansfield and that first day that you
17　went out there on September 11. What
18　did you do when you first went out
19　there?
20　A. I had to have an orientation.
21　Q. Okay. And where was your orientation?
22　A. Up in the GE plant.
23　Q. So you had an orientation up at the GE

Page 31

1　plant. And who gave that? Do you
2　remember the name of the person who --
3　A. I don't know the name of the person.
4　It was the GE person there, though.
5　Q. It was a GE employee?
6　A. Yeah.
7　Q. What all did that orientation consist
8　of?
9　A. They were just showing us about the GE
10　plant.
11　Q. What were they telling you about the GE
12　plant?
13　A. The pipes, you know, half of the pipe,
14　what color pipes there is. Different
15　pipes got different things in them and
16　lock-outs and lock-out tags and stuff
17　like that, what chemical section you in
18　and where to wear masks at and which
19　area you wasn't allowed in and stuff
20　like that.
21　Q. So safety kind of stuff, it sounds
22　like?
23　A. GE, yes.

Page 32

1　Q. Did GE have any orientation about
2　discrimination or harassment?
3　A. No, they didn't.
4　Q. They didn't have a video or anything --
5　A. No, they didn't.
6　Q. -- like that out at GE? Okay. Well,
7　how about Mansfield?
8　A. Mansfield didn't give nothing, didn't
9　show us nothing.
10　Q. When you started -- so I understand you
11　went out to the GE plant when you first
12　got there, sat through some
13　orientation?
14　A. Right.
15　Q. And you say you just had safety
16　orientation?
17　A. Right.
18　Q. Do you know if any other employees
19　started with you and were in that
20　orientation with you that you can think
21　of?
22　A. The day I started, it was just me being
23　hired.

8 (Pages 29 to 32)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 33

1  Q. Just you and who, now?
2  A. Just me.
3  Q. Oh, just you.  Okay.
4  A. GE had other -- they had other jobs out
5     there, so, you know, like I was there
6     for Mansfield employee, you might have
7     been there for the carpet employee, she
8     might have been there for the plumbers.
9  Q. So you were the only Mansfield employee
10    there?
11 A. Right.  Right.
12 Q. So after you finished that orientation
13    at GE, then what did you do?  Did you
14    have to go fill out any paperwork or do
15    anything for Mansfield?
16 A. No.  We just filled the paperwork out
17    that said that we had this meeting.  I
18    was there from, like, eight o'clock to,
19    like, eleven -- 10:30.
20 Q. So you spent the morning doing --
21 A. Yeah.  Then after that I started
22    working.
23 Q. Okay.  So after the GE training, you

Page 34

1     said -- did Mansfield have you fill out
2     some paperwork you had to go through
3     and fill out?
4  A. Yeah.  Mansfield really, when I got
5     through with that -- I just filled the
6     paperwork that they had gave me up in
7     the class.  And then when I came back
8     down to Mansfield, they just gave me my
9     brushes and bucket and told me, you
10    know, go join this crew over here.
11 Q. Okay.  And that takes me into my next
12    question.  I want to know about who
13    were your bosses and supervisors and
14    all that and who was on your crew and
15    those kinds of questions.  So first
16    I'll ask you more specifically.  That
17    was kind of broad.
18 A. Okay.
19 Q. Who was -- I guess kind of starting at
20    the top of the chain of command, if
21    you'll kind of explain to me who the
22    people above you were.
23 A. Man that hired me was Johnny

Page 35

1     Crutchfield; he was the superintendent.
2     Now, my foreman -- that's the next
3     question, I guess.  I can't recall his
4     name, but he -- he got caught -- he
5     got caught with the company truck in
6     the GE parking lot with drugs in it,
7     him and another guy.  They fired the
8     young guy and sent the supervisor --
9     because he couldn't be on GE plant,
10    they sent him to another site.
11 Q. So GE caught him with drugs?  Is
12    that --
13 A. Like I said, they caught him before we
14    got to work.
15 Q. Okay.  So you --
16 A. No.  We was at work and the company --
17    the company truck goes through the
18    gate.  The car we ride in, we park out
19    here and then go through a gate.  So
20    when he got to the gate with his truck,
21    I guess somebody had told them that
22    they had drugs in the truck.  When they
23    pulled them over, they had drugs in the

Page 36

1     ashtray and the other guy had drugs on
2     him.
3  Q. Okay.  So he was your foreman --
4  A. He was my --
5  Q. -- when you first started in September?
6  A. He was my foreman.  I can't call his
7     name now.  He was my foreman.
8  Q. Was it Steve?  If you can't remember
9     that's fine.
10 A. Bryant.
11 Q. That might --
12 A. Bryant, Steve Bryant, something like
13    that.
14 Q. Okay.  We'll look at our records.  I'll
15    check.  Okay.  So after Steve went to
16    work somewhere else, who was -- or
17    whoever that foreman's name was -- who
18    was your supervisor after that?
19 A. Okay.  We freelanced, I'd say, for
20    about two weeks.  Johnny Crutchfield is
21    still there, but he won't be out there.
22 Q. Yeah.  He's not really at each plant.
23 A. He had Ervin.  He had Ervin, which is a

9  (Pages 33 to 36)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 37

1    journeyman painter. Ervin, you know,
2    he's a certified, qualified -- he had
3    him, like, running things.
4    Q. And was that at plant five?
5    A. Yeah, down on the end where we was.
6    Q. Okay.  So Ervin -- that's Ervin Tarver?
7    A. Right.
8    Q. So he kind of supervised things out at
9    plant five?
10   A. Right.
11   Q. How long -- do you know --
12   A. About a week or two.  And then they
13   called in a guy from Mississippi.
14   Q. Do you remember who that was?
15   A. I think his name was Jeff, too.  His
16   name Jeff -- he was named something.
17   But he came and stayed, like, two or
18   three months, or maybe two months, and
19   then he quit because he had came in to
20   some money.  I don't know.  He quit.
21   That's when Johnny Reed was hired on,
22   way behind us, I'd say, like, three or
23   four months behind us.  But he skipped

Page 38

1    over Ervin and made Johnny Reed
2    foreman.
3    Q. So was Johnny Reed over plant five
4    then?
5    A. He was over plant five then.
6    Q. Okay.  And when did he start, if you
7    can remember?
8    A. If I started in September, Johnny Reed
9    started in, like, November or December.
10   Q. Okay.
11   A. But, now, he wasn't no supervisor when
12   he first started.  He worked there,
13   like, two or three months.  Then when
14   all the supervisors had got -- whatever
15   happened to them, he just decided to
16   make Johnny Reed supervisor.
17   Q. Okay.  So when Johnny Reed first -- he
18   first started in November or December
19   of 2002?
20   A. Yes.
21   Q. Okay.  Do you know if that was the
22   first time he had worked for Mansfield?
23   A. First time he worked for Mansfield and

Page 39

1    first time he ever painted, too.
2    Q. Okay.  How do you know that?
3    A. Because he sat there and told us he's
4    no painter.  He's more like a
5    carpenter.  He's more like a fix-it
6    man, you know.  Whatever job he could
7    pick up, that's what he was doing until
8    he got hired on with GE.  Then, like I
9    said, when you get hired on a
10   construction job and they tell you that
11   you got eighteen months and fourteen
12   months, you can make some pretty good
13   checks.
14   Q. Okay.  So you're saying he came on in
15   November or December of 2002 and hadn't
16   ever painted?
17   A. Never painted.
18   Q. And then when did he become a foreman?
19   A. I'd -- I'd say around, like, March,
20   April, somewhere around there.
21   Q. Okay.
22   A. I'm not sure, but I know he -- all us
23   were about -- was gone.

Page 40

1    Q. Okay.  Were there any other -- who were
2    the other foremen that were out at the
3    GE plant, if you knew them?  Do you
4    know?  From what I understand -- and
5    correct me if I'm wrong -- there was
6    plant five and there was plant one and
7    two.
8    A. Right.
9    Q. Is that it?
10   A. Right.
11   Q. That's all the plants?
12   A. GE got a lot of plants, but where we
13   worked at.
14   Q. Yeah, where Mansfield was and --
15   A. Yes.
16   Q. -- where y'all worked there.  Okay.
17   How about plant one and two, do you
18   know who the foremen were out there?
19   A. Well, like I say, when we come to work
20   and walk through the gate, plant one
21   and two was over here (indicating).  So
22   the guys working over there would walk
23   over here.

10  (Pages 37 to 40)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 41

1    Q. Yeah. So you're not real sure?
2    A. The guys that go to plant five,
3       sometimes they bring a truck to come
4       pick us up or we'll walk down there.
5       But, like, basically -- really, I
6       don't -- I think he sent Johnny down
7       there, Johnny Reed, because Johnny Reed
8       came back down there where we were.
9    Q. And that's okay. I don't want you to
10      guess. It's okay if you're not sure.
11      I'm just trying to make sure I
12      understand the chain of command as it
13      was when you guys worked out there.
14   A. Right.
15   Q. And you brought up something else
16      that's also on my list. I just want to
17      be sure I understand. When you guys
18      got there in the mornings, you swiped
19      in at the gate; is that right?
20   A. Right.
21   Q. Did you guys all walk and gather in one
22      place? Did you go walk to a pole barn
23      somewhere or did you just go straight

Page 42

1       out to your job?
2    A. Went to the pole barn.
3    Q. Okay.
4    A. It's like a break area. Put your lunch
5       down and then he'll come out and say
6       what he needs done.
7    Q. Is that Crutchfield that comes out?
8    A. Only five. Down at five.
9    Q. Okay. So you go to the pole barn.
10   A. Sit down because you get there early,
11      so around about seven o'clock when he
12      comes out, he'll come out and he goes
13      to the gang box. We get all our stuff
14      and he'll tell us what we're going to
15      paint today and need this and that over
16      there, you know.
17   Q. And you said "he." Is that Johnny
18      Crutchfield you're talking about?
19   A. Right.
20   Q. So he kind of talked about what the
21      assignment was going to be for the day?
22   A. Right.
23   Q. At the morning --

Page 43

1    A. At the morning.
2    Q. In the morning. Okay. And then you
3       went out to plant five?
4    A. Right.
5    Q. And did whatever it was that was set to
6       go for that day?
7    A. Right.
8    Q. Okay. As far as the crew, it sounds
9       like -- did you work out at plant five
10      the whole time you worked at Mansfield?
11   A. That's where I started at until we got
12      finished and then went down to where
13      the other guys were.
14   Q. Okay. So you worked at plant five
15      until you were finished doing whatever
16      you guys were doing at plant five and
17      then went over to plant one or two?
18   A. Yeah. Two, I believe.
19   Q. Okay. And who all worked with you, to
20      the best you can remember?
21   A. Down at plant five?
22   Q. Yes, at plant five.
23   A. Ervin Tarver, William Ragland, Jack

Page 44

1       Richardson, Johnny -- no, I don't know
2       about Johnny Reed. I can't remember
3       what the girl's name is. Somebody got
4       it in their deposition, but I can't
5       call it -- Cindy.
6    Q. Cindy? Okay. I was going to say, if
7       you can't remember, I thought that
8       might be it.
9    A. And it was, like, a five- or six-man
10      team down there. Me, Bill, Cindy, the
11      other dude that was doing all the
12      drinking, can't call his name. He was
13      that dude named Jeff Smitherman,
14      father-in-law, brother-in-law,
15      something.
16   Q. Okay.
17   A. No, stepdaddy. It was his stepdaddy.
18      And who else worked down there? When
19      he did come they worked down there,
20      too. It was mainly me, William,
21      Tarver, Cindy -- about five of us down
22      there.
23      MR. PETTAWAY: Hold on one

11 (Pages 41 to 44)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

| Page 45 | Page 47 |
|---|---|
| 1   second. Take a quick break.<br>2     (Short recess.)<br>3  A. A guy named Ben Gayle worked down there<br>4   with us, too, and a guy named Steve. I<br>5   can't remember Steve's last name.<br>6  Q. Okay.<br>7  A. Yeah.<br>8  Q. All right. So Tarver, William Ragland,<br>9   Jack Richardson, Cindy. You said Jeff<br>10   Smitherman's stepdad?<br>11  A. Yes.<br>12  Q. Would that have been Robert?<br>13  A. Robert. That's him.<br>14  Q. Okay. So Robert worked down there --<br>15  A. Yes.<br>16  Q. -- in plant five. Ben Gayle and --<br>17  A. Ben Gayle.<br>18  Q. -- a guy named Steve?<br>19  A. Steve, right.<br>20  Q. Anybody else you can think of that<br>21   might have worked down there?<br>22  A. That's it there. That's it there.<br>23  Q. So you guys all worked down at plant | 1   started working out at plants one and<br>2   two?<br>3  A. I'd say about nine months later, about<br>4   seven months later. Because like I<br>5   say, I was there, you know -- we only<br>6   supposed to been there from, like,<br>7   September to March, but they got the<br>8   contract so that made that stretch the<br>9   work out. Because we started off right<br>10   here and from here to there, we still<br>11   had five then. And then you got the<br>12   other add-on down there.<br>13  Q. So sometime around the Spring of 2003<br>14   is when --<br>15  A. He started doing some more hiring.<br>16  Q. Okay. So how did -- how was it decided<br>17   who would go -- in 2003, when y'all<br>18   started working out at plants one and<br>19   two -- or not you specifically, but<br>20   people at Mansfield --<br>21  A. Johnny.<br>22  Q. Johnny Crutchfield?<br>23  A. (Witness nods head.) |

| Page 46 | Page 48 |
|---|---|
| 1   five. And how is it assigned who would<br>2   work at which plants at Mansfield?<br>3  A. Well -- see, when you keep on saying<br>4   which plants, at first it wasn't but<br>5   one.<br>6  Q. Okay.<br>7  A. That was five. Everybody worked down<br>8   here at five. But as the job went on,<br>9   you know, guys quit, guys got fired,<br>10   and we just kept on working.<br>11  Q. So when you first started in September,<br>12   everybody that worked at Mansfield and<br>13   GE worked at plant five; is that right?<br>14  A. Right.<br>15  Q. So there was only one project --<br>16  A. Right.<br>17  Q. -- going on when you first started?<br>18  A. Right.<br>19  Q. And as time went on, plants one and two<br>20   had jobs for Mansfield?<br>21  A. Yeah. They won that bid for that<br>22   contract.<br>23  Q. Okay. Do you have any idea when people | 1  Q. So he picked who was going to work at<br>2   the other plants?<br>3  A. Right.<br>4  Q. Okay. And back to plant five. What<br>5   work were you guys doing out at plant<br>6   five?<br>7  A. We paint structures, which is steel.<br>8  Q. So it's, like, a building or is it --<br>9  A. Steel. You know, like steel and all<br>10   the machines inside the steel. We<br>11   paint the structure, everything outside<br>12   of this. Like this building sitting<br>13   inside the structure, but all the steel<br>14   that went up and went around it<br>15   everywhere else, that's what we<br>16   painted.<br>17  Q. Okay. So some of that would have been<br>18   up at the top of the structure?<br>19  A. Right.<br>20  Q. And then some of it would have been<br>21   down --<br>22  A. Below.<br>23  Q. -- at the bottom of the structure? |

12 (Pages 45 to 48)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 49

1  A. Right.
2  Q. And so did everybody that worked out at
3     plant five have to work at the top of
4     the structure, the middle of the
5     structure, and the bottom of the
6     structure?
7  A. No. What Johnny would do, he would
8     come and say, Well, you two go up there
9     and you two go around there and work
10    down here and you go over here and you
11    handle paint and stuff like that.
12 Q. So Johnny would delegate who went --
13 A. Right.
14 Q. Who went where --
15 A. Who went -- yeah.
16 Q. -- regarding plant five?
17 A. Right.
18 Q. Okay. And where did you generally
19    work? Or did it change all the time?
20 A. Me and Ervin, we normally went up top.
21 Q. Okay. Who else worked up at the top?
22 A. Like I say, me and Ervin mostly went up
23    top because, you know, for some reason

Page 50

1     he had guys scared of heights, you
2     know. So up top was up top. So some
3     guys he just let stay down.
4  Q. Who did he let stay down?
5  A. He let -- I always went up top. I
6     never stayed down.
7  Q. You're not real sure who --
8  A. I always went up top. Once you go up
9     top, you don't be wanting to come back
10    down until it's break time or
11    lunchtime. So, you know, then you
12    can't see down there.
13 Q. Sure.
14 A. So, you know, you -- only way you can
15    see somebody is they might walk to the
16    bathroom. You can see who's down there
17    then.
18 Q. So you mainly worked up top and mainly
19    worked with Ervin up there?
20 A. I mainly -- yes, ma'am.
21 Q. So it was mainly you and Ervin all day,
22    it sounds like?
23 A. Up top.

Page 51

1  Q. Up top. Okay. And when you worked up
2     there, were you up in the pipe rack?
3  A. The pipe rack was down to two.
4  Q. Okay. That's over -- okay.
5  A. Right. Pipe rack was down to two. We
6     didn't go down to the pipe rack until
7     we got through with this big ole
8     structure. It took a long time to
9     paint that whole structure. So when we
10    got through with that, that's when we
11    went down there to the pipe rack.
12 Q. So before -- at plant five you and
13    Ervin worked up top. Did you have to
14    wear anything, any particular kind of
15    equipment or any particular kind of
16    clothing when you worked up there?
17 A. When we was down here at five, only
18    thing we had to do was tie off, just
19    make sure you tie off. When you're up
20    high, you tie off. And like I say, if
21    anything seeped out, everybody had to
22    get out of the area. So we didn't have
23    to have no masks then. But down at

Page 52

1     plant two, yes, you had to have all
2     kinds of different gadgets.
3  Q. So at plant five you just wore normal
4     clothes?
5  A. Right, paint clothes and safety belt.
6  Q. Safety belt and clothes.
7  A. A harness.
8  Q. Did you have to wear any kind of -- did
9     you wear a hard hat?
10 A. Hard hat and glasses and gloves.
11 Q. Did you have to wear ear plugs or
12    anything like that?
13 A. Yeah, ear plugs, too.
14 Q. And I'll get over to plant two in a
15    second, because I do want to hear about
16    that. Okay. What other kinds of
17    assignments, other than working up
18    high, were given out at plant five?
19    What were the other jobs that were
20    going on?
21 A. Well, you had people down there, like
22    you couldn't -- you had people doing
23    what we called needle, needle-nose

13 (Pages 49 to 52)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 53

1  machine. It's like -- it's really like
2  sanding, but you got a machine with
3  some steel brackets come out and you'd
4  be grinding, taking old paint off. So
5  you had people doing that.
6  Q. Did they have to wear any kind of
7  special equipment?
8  A. The same thing, you know, hard hat and
9  gloves.
10 Q. But nothing different than what you
11 guys had to wear?
12 A. No.
13 Q. Any other jobs that were going on at
14 plant five?
15 A. At plant five you either was needle
16 nosing or you was painting.
17 Q. And was the needle nosing, was that a
18 dangerous job?
19 A. No. That's down below. That's what
20 everybody go do in the morning, go grab
21 one of them machines to make sure you
22 don't have to go up high. They'll go
23 grab a needle nose gun and start

Page 54

1  working before he even comes out and
2  gives assignments, make sure he won't
3  tell them to go up top.
4  Q. What was William Ragland's job out at
5  plant five, if you remember?
6  A. He's a painter.
7  Q. Was he --
8  A. He's a painter.
9  Q. Was he down lower or --
10 A. He started off low, but eventually he
11 ended up high.
12 Q. All right. What about Ben Gayle?
13 A. Ben Gayle didn't -- he just stayed
14 down.
15 Q. Okay.
16 A. He just stayed down. Never went up.
17 Q. All right. And then you said about the
18 Spring of 2003 sometime. Do you
19 remember what month? Was it March,
20 April?
21 A. Had to been the Spring, like I said,
22 because once it get warm, you know,
23 like it be cold, it had to be -- we got

Page 55

1  through -- we got through with one of
2  them in February, so it had to be,
3  like, March or April.
4  Q. So March or April of '03, plant one and
5  two, Mansfield started working out
6  there at those --
7  A. Right.
8  Q. Did you ever work out at plants one and
9  two?
10 A. Uh-huh.
11 Q. When did you start going out there?
12 A. When we finished the job down at five.
13 Q. Do you have any idea when that might
14 have been?
15 A. Like I said, around March or April.
16 Q. So pretty much about the time those
17 people started working out at those
18 plants you --
19 A. Right.
20 Q. -- started working there? So plant
21 five was closing down about the time
22 plants one and two started; is that
23 right?

Page 56

1  A. Plant five wasn't closed. We were
2  through with the job.
3  Q. Through with the job. That's what I
4  mean. I'm sorry. I'm phrasing that
5  wrong.
6  A. Right.
7  Q. Okay. So you guys -- Mansfield was
8  through with the job at plant five?
9  A. Plant five.
10 Q. And then about that same time --
11 A. The crew we had down there, he brought
12 them down there with the crew he had
13 hired to work down at plant two.
14 Q. And that was all near in time, around
15 the Spring of 2003. Okay. And what
16 were you doing when you were out at
17 plant -- you said you thought you were
18 at plant two?
19 A. Yes.
20 Q. What were you doing when you were out
21 at plant two? What was your job then?
22 A. Well, the job mainly was, you know, if
23 you're not going to needle -- not going

14  (Pages 53 to 56)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**Page 57**

1   to needle -- you're not going to needle
2   nose, you're going to paint.
3   Q. So basically the same kinds of jobs?
4   A. Right.
5   Q. Were there any other jobs that required
6   any other special equipment?
7   A. Okay. They had one -- they had one
8   tank, like a big ole gas tank, that
9   goes way up in the air. We had to
10  go -- if you're going to work at
11  that -- over at that site, you had to
12  go take a class. GE gave you a class.
13  He would talk to you about if you smell
14  gas, you know, you're supposed to --
15  they give you a little beeper, and you
16  set the beeper here while you work over
17  there. If the fumes come out, your
18  beeper is going to go off.
19  Q. So you've got to get out?
20  A. That's what the GE man said.
21  Q. Okay. So that's the GE --
22  A. That's what the GE man said. He said
23  we should just leave.

**Page 58**

1   Q. Okay.
2   A. But when the beeper go off, you'd be so
3   far up when you come down and he don't
4   see you up there, he comes riding
5   around in his truck and wonders why you
6   ain't up there. You tell him the
7   beeper went off.
8   Q. Who's that?
9   A. Johnny Crutchfield.
10  Q. Okay. And then what would happen?
11  A. He'd tell us to go on back up there.
12  Q. Did you guys ever complain about that
13  or anything?
14  A. Yeah. That man -- we told the GE
15  folks -- I don't know their names --
16  because they're the ones that told us
17  if that ever -- if that beeper -- if
18  that thing goes off, that means, like,
19  some kind of fumes in the air and come
20  down until it clears out. Then we'll
21  come down and go back up. As soon as
22  we get back up, the beeper goes back
23  off. Can't keep -- when you're going

**Page 59**

1   up six, seven, eight flights, you know,
2   you get tired of going up and down
3   carrying buckets of paint and all that.
4   So, you know, he told us to turn our
5   back to it.
6   Q. Who did?
7   A. Johnny Crutchfield. If it's blowing
8   this way, turn your back this way and
9   work. I'm, like, No, man. The man
10  says come down.
11  Q. And you said you complained to somebody
12  at GE?
13  A. Yeah. We complained to the man that
14  gave us the test.
15  Q. What did he do?
16  A. He talked to Johnny, I guess.
17  Q. Did that stop, then?
18  A. No, because we had to finish that job.
19  We finished that job.
20  Q. So from then on --
21  A. They didn't give us no masks or
22  nothing.
23  Q. From then on did you ever have an

**Page 60**

1   instance where it went off after you
2   complained to the -- you can't remember
3   the guy at GE's name?
4   A. Yeah, we done got -- why he come down
5   there? They ride through and then we
6   come down and we have to go over here
7   and stand up, you know, for a little
8   while. And when he see you standing
9   up, you know you get in trouble.
10  Because you're not going to leave your
11  work site way over here and then go a
12  quarter of a mile or three hundred feet
13  to go help somebody with their job
14  waiting on the air to clear out. So he
15  don't be liking that.
16  Q. What I'm asking, I guess -- and I'm
17  sorry if I wasn't clear -- is after you
18  guys complained to the GE safety
19  person, who was the person who trained
20  you about those, did you ever have a
21  time after that that the beeper would
22  go off again and again Johnny
23  Crutchfield would tell you guys to stay

15  (Pages 57 to 60)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 61

1   up there?
2   A. Say that over, now.
3   Q. You said that on at least one occasion
4     the beeper would go off?
5   A. Right.
6   Q. And you guys would come down?
7   A. Right.
8   Q. Based on what the GE --
9   A. Right.
10  Q. -- staff told you?
11  A. Right.
12  Q. And then after you complained about --
13  A. Right.
14  Q. -- and you said that yes, you
15    complained to the guys at GE?
16  A. GE.
17  Q. And you weren't sure, but you thought
18    maybe he might have talked to
19    Crutchfield?
20  A. Right.
21  Q. But you don't know that for sure?
22  A. Right.
23  Q. After you complained to the guys at GE,

Page 62

1   did that whole circumstance ever happen
2     again?
3   A. Yes.
4   Q. It did?
5   A. Yes.
6   Q. How many times?
7   A. Like I say, you know, the area was
8     leaking bad, you know, like -- that's
9     why they was repairing. They were
10    leaking bad. Quite a few times. You
11    know, we'd go up there and come down,
12    go up, come down, go up, come down.
13  Q. Did GE ever come out there and stop the
14    job site or anything?
15  A. Sometimes they come -- I think once
16    they came out there and told them don't
17    go up -- don't go back up no more that
18    day.
19  Q. All right. Who else would have been
20    working with you or around you when
21    those beepers would have gone off or
22    that might have experienced the same
23    thing?

Page 63

1   A. William Ragland and Ervin Tarver.
2   Q. We talked a little bit earlier how you
3     started out as a laborer -- or a
4     helper, I think, is the term they might
5     use at Mansfield. Did you ever get a
6     raise or promotion when you were at
7     Mansfield?
8   A. He was promising me a raise. He kept
9     promising me one. Only way I got a
10    raise, I had an interview for a job and
11    my work was so good he gave me a raise.
12  Q. Okay. Who's that?
13  A. Johnny Crutchfield. Not to go to that
14    interview. That's the only way I got
15    my raise.
16  Q. Do you remember when that might have
17    been?
18  A. I'd say about, like, six months, six or
19    seven months after I was there.
20  Q. Okay. And when you got that raise, was
21    that a promotion or was it just a
22    raise?
23  A. Just a raise.

Page 64

1   Q. So the whole time you worked there, you
2     worked there as a laborer?
3   A. Laborer. But I did all -- I painted,
4     though.
5   Q. Okay. Because you said earlier, you
6     said laborers painted, too?
7   A. Well, laborers painted. I don't
8     understand why, because why should I go
9     up top with a man making twelve,
10    thirteen dollars? I ain't making but
11    eight.
12  Q. Okay.
13  A. And when you got a painter downstairs
14    with a needle nose in his hands, he's
15    making twelve dollars. But you got
16    your laborer way up top.
17  Q. All right. And that kind of brings me
18    to -- what I'd like to do now is, I
19    want you to tell me from the time you
20    started at Mansfield until the time
21    that you didn't work there anymore, so
22    that's starting September of 2002 going
23    through -- let's see -- it looks like

16  (Pages 61 to 64)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 65

1   you worked there until December of
2   2003.
3   A. Okay.
4   Q. I want you to tell me every time that
5   you felt like you were discriminated
6   against or harassed in any way by any
7   employee at Mansfield. And what we'll
8   do is you'll tell me something and I'll
9   ask you a couple of questions about it
10  and then we'll go on to the next. And
11  that way we'll just keep it in order
12  and we'll be sure I understand
13  everything that you're claiming.
14  A. Okay. One time a guy had came from --
15  a prison had closed down in Mississippi
16  and a guy came and started working with
17  us. Johnny made him a supervisor. So
18  I think I did something one day. And
19  Ervin and William was around this guy
20  and they told him -- he told them that,
21  I'm going to get him. I got something
22  for him. So he stayed on my back. Me
23  and him got into it and we went to the

Page 66

1   office. The very first time --
2   Q. So you got in a fight?
3   A. No, ma'am.
4   Q. Got into an argument?
5   A. You know how when folks are messing
6   with you. So that day Johnny
7   Crutchfield wasn't there. Johnny Reed
8   was there. We went in Johnny Reed's
9   office. He went and told Johnny
10  something. When he came back, he said
11  Johnny wanted to see me and him
12  together. So when I went up in there,
13  Corey was talking to Johnny. When I
14  got ready to answer, Johnny Reed told
15  me to shut up. I didn't like that
16  remark. This cat is way younger than
17  me.
18  Q. So the guy that came from Mississippi
19  that was made supervisor, is that Corey
20  Watson?
21  A. That's right.
22  Q. Okay. And so you said Corey stayed on
23  your back and then you and him went to

Page 67

1   talk to Johnny Reed about the problem?
2   A. Right.
3   Q. And you said --
4   A. Corey explained his part, but when I
5   was fixing to explain my part he told
6   me to shut up. He didn't want to hear
7   nothing I got to say. And then that
8   was, like, a Thursday or Friday -- a
9   Friday.
10  Q. Do you remember what month that might
11  have been?
12  A. I don't know what month. But when we
13  came back to work Monday, Johnny
14  Crutchfield called me in the office
15  with them in there and he told me that
16  I was suspended for two days without
17  even an explanation or nothing.
18  Q. So you didn't do anything wrong?
19  A. Nothing.
20  Q. You just got suspended for two days?
21  A. For two days.
22  Q. You weren't absent or late or anything
23  like that?

Page 68

1   A. No.
2   Q. And is that in connection with --
3   A. With that -- when he told me to shut
4   up.
5   Q. When he told you to shut up and you
6   said he didn't let you tell your side
7   of the story?
8   A. Right. And I guess they had talked to
9   him before I got to work that Monday.
10  Because when I got in there and signed
11  in, he called me to the office. He
12  told me to go back home for two days
13  without even an explanation.
14  Q. Okay. And you don't have any idea what
15  date that might have been?
16  A. No, ma'am, I don't.
17  Q. Was that towards the beginning of you
18  working there or --
19  A. Well, I had been down there -- I had
20  been there. I had been there for a
21  while. I'm just saying, we had left
22  five, so we had to been -- it was,
23  like, six, seven, eight months after I

17 (Pages 65 to 68)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**Page 69**

1　had been there.
2　Q. So it was after you were -- you'd
3　already left five?
4　A. Right.
5　Q. So you were out at plant two?
6　A. We was down -- yes, ma'am, that's where
7　that happened at.
8　Q. Okay.  And was there anybody else
9　around?  Just so I'll know who to talk
10　to, was there anybody else around who
11　heard that conversation between you and
12　Corey?
13　A. No.  He took me to the office.  But
14　William -- William and Ervin was
15　telling me -- see, like he said, they
16　was buddy-buddy with him.  So he said,
17　He's going to get you.  So they know
18　something about that when it led up to
19　that.  They know exactly when it
20　happened.
21　Q. So William and Ervin were buddy-buddy
22　with who?
23　A. With Corey.

**Page 70**

1　Q. With Corey?
2　A. Well, you know, they just talked to
3　him.  Like I said, I didn't talk to
4　many of them.  I stayed to myself.
5　Q. Okay.  You just got there and worked
6　and didn't really --
7　A. I talked to all of them, you know.  But
8　like I say, I don't be wanting to talk
9　because I don't want to be hearing all
10　that noise.
11　Q. So you were there to work?
12　A. Right.
13　Q. Got you.  So that was just the three of
14　y'all in the office when that happened?
15　A. Right.
16　Q. Okay.  You're not sure the date.  Did
17　you ever tell Johnny Crutchfield or
18　anybody else about that incident?
19　A. Johnny was the one that sent me home
20　that day -- that Monday.
21　Q. So it was Johnny Reed who told you to
22　shut up?
23　A. Johnny Reed told me to shut up that

**Page 71**

1　Friday in the office.
2　Q. And then on Monday --
3　A. When I came back to work that Monday
4　morning, Johnny Crutchfield -- when you
5　go in and get your gloves and all that,
6　he told me I was suspended for two
7　days, don't come back to work until
8　Wednesday.
9　Q. Okay.  When he told you that, did you
10　tell him -- what did you say to him?
11　A. He didn't want to hear it.  He didn't
12　raise his head up.  He just said, Go
13　home, Nathaniel.  You're suspended for
14　two days.  He never did raise his head
15　to look at me or nothing.  He just kept
16　on doing what he was doing.  Just go on
17　home.  Just go on home.  So I went on
18　home.  I don't have time for all that
19　arguing.  That's his job.
20　Q. Did you ever complain to anybody else
21　about that?
22　A. About -- who can I complain to?  I
23　can't complain to Johnny Reed.  I can't

**Page 72**

1　complain to Johnny Crutchfield.
2　Q. Okay.  Just so I understand, it's my
3　understanding that you feel like you
4　were unfairly sent home suspended?
5　A. A bunch of times.  I was.
6　Q. On that specific time.  And we'll go
7　through all the times you want to go
8　through.
9　A. Right.
10　Q. But that specific time, you were sent
11　home.  And are you saying it was
12　because of your race that you were sent
13　home or is it because Johnny Reed lied
14　about you?  What happened?
15　A. Corey's white, Johnny Reed's white,
16　Johnny Crutchfield's white.  I'm the
17　only black.  I ain't got a chance to
18　say a word yet.  So evidently he took
19　their word.
20　Q. So you felt like he took their word
21　over yours?
22　A. Right.
23　Q. Okay.  Well, let's go to the next time

18 (Pages 69 to 72)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**Page 73**

1　after that time that you ever felt like
2　you were discriminated against for any
3　reason. What was the next time after
4　that?
5　A. We were down at the pipe rack and Jeff
6　Smitherman was laying down asleep tied
7　up about fifty feet up in the air. The
8　supervisor come pat me on the shoulder
9　and said, Come here. Let me show you
10　something. Like it's funny. It's
11　safety, now. You're tied off and
12　everything. This dude is asleep.
13　Asleep. Okay? So like I said, I'm not
14　with that. Because when he showed it
15　to me, I just walked off, you know.
16　Had nothing to do with that. Because
17　if it had been me, I know I'd have been
18　fired.
19　Q. Okay.
20　A. So I walked off. That was this day.
21　That was, say, on Tuesday. Come back
22　Wednesday, the dude's sleeping in the
23　same spot.

**Page 74**

1　Q. Okay.
2　A. And he told the dude to get down, go to
3　the break room and get some rest. Now,
4　I'll ask you this question: Do you
5　think that man would have told me to
6　get down and go get some rest if he
7　caught me asleep on the job, tied off
8　with the feet up in the air?
9　Q. Sounds like you don't.
10　A. I don't think so either.
11　Q. Did you ever -- did you ever get caught
12　sleeping on the job?
13　A. No. Nobody else did either.
14　Q. Okay. So that was the only guy that --
15　A. He was the one hanging out. I don't
16　know what he was doing, but I -- he
17　showed this guy to me two days in a row
18　sleeping on a pipe rack.
19　Q. Okay.
20　A. Then he come back and tell us the next
21　day they had laid him off. But now
22　they lied to us, because they sent him
23　from the GE plant down to the Hyundai

**Page 75**

1　plant.
2　Q. So you felt like he was sleeping and
3　laying out on the job and didn't get
4　fired. And that's your -- is that what
5　I'm understanding?
6　A. My understanding of the workplace is
7　this: Any time your employer sees you
8　asleep on the job, you're fired.
9　Q. Okay. How is the fact that this kid
10　didn't get fired, how is that
11　discriminating against you?
12　A. He was white.
13　Q. Okay. Can you tell me any examples of
14　when the same thing happened to you and
15　you were treated differently?
16　A. What you mean by that?
17　Q. I mean --
18　A. If that had been me?
19　Q. I guess what I'm trying to get at --
20　let me -- I don't know if I'm
21　explaining myself very well. All I'm
22　trying to say is -- I'm just trying to
23　understand how that incident of this

**Page 76**

1　guy -- who did you say it was, Jeff?
2　A. Jeff.
3　Q. How this guy Jeff being asleep on the
4　job and not getting in trouble, how was
5　that discrimination or harassment
6　towards --
7　A. How is --
8　Q. -- you or any other --
9　A. To me it's --
10　Q. -- African-Americans?
11　A. To me, the way --
12　　　MR. PETTAWAY: Let her finish.
13　　　MS. ANDREWS: That's okay. I
14　slowed down. I can see why he thought
15　I was finished.
16　Q. But I'll finish. You or any other
17　African-American employees.
18　A. Why do I feel like that's
19　discrimination?
20　Q. Yes.
21　A. Because I go back to what I said. If
22　my foreman, who is white, come catch
23　me, who is black, in a pipe rack fifty

19 (Pages 73 to 76)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 77

1   feet up in the air, tied off, asleep,
2   he's going to fire me.
3   Q. How do you know that?
4   A. I can't answer that. But I feel like
5   he would fire me.
6   Q. Okay.
7   A. And all the rest of those fellows would
8   have been fired, too.
9   Q. Okay. Fair enough. So you told me
10  about the time about the whole incident
11  between you and Corey Watson and thing
12  with Smither -- or Jeff, you said,
13  sleeping in the pipe rack. Do you
14  remember when that occurred, by the
15  way? I don't know if I asked you that.
16  A. I can't remember. But it was during a
17  weekday, because it came back to back.
18  Q. What plant was that at? That was at
19  plant --
20  A. Two.
21  Q. - two?
22  A. Where all the pipes was.
23  Q. Okay. And was it warm weather, cool

Page 78

1   weather? Do you have any idea?
2   A. Well, all the pipe was warm, you know.
3   It might have been cool. Might have
4   been, like, March or April. If it was
5   cool, the pipe was warm.
6   Q. So Spring or Summer of 2003?
7   A. It was probably early spring.
8   Q. Okay. And who else that worked with
9   you or -- would have known about that
10  whole thing going on?
11  A. Ralo, William, Ervin, Jack, Ben, Steve.
12  The dude was going and getting
13  everybody showing the dude asleep.
14  Q. Who was showing you all that he was a
15  asleep?
16  A. The supervisor, Johnny Reed.
17  Q. All right. After that, when is the
18  next time that you felt like something
19  happened at Mansfield that was
20  discriminating against you or against
21  other African-American employees?
22  A. Against me? When me and Ervin asked
23  about the insurance and he wouldn't

Page 79

1   give us none. Then this white guy
2   comes in who also got hired behind us
3   and he done came in and got insurance.
4   Q. So you and Ervin asked who for
5   insurance?
6   A. Johnny Crutchfield.
7   Q. Johnny Crutchfield. We just have to be
8   careful with these Johnnys in here
9   because there's two of them.
10  A. Yeah, there's two of them.
11  Q. That's the only reason I keep --
12  A. Okay.
13  Q. -- making sure I know who, so when we
14  look back I can tell who we were
15  talking about. So you and Ervin asked
16  Johnny Crutchfield for insurance?
17  A. For insurance.
18  Q. What did he say?
19  A. He told us when six months we'd get
20  some insurance, but we -- he said the
21  paperwork had to come through the mail.
22  It never came to my house and it never
23  came to the job. But this dude -- I

Page 80

1   can't -- I think his name is Jeff.
2   Whatever his name was, the one that
3   came from Georgia and moved to
4   Montgomery. He got his insurance. He
5   had his insurance card and everything
6   and he was going to the doctor. He
7   showed it to me and Ervin. Me and
8   Ervin was wondering why we couldn't get
9   ours.
10  Q. And how long had he been working there
11  when he had the insurance card?
12  A. I guess he had did his six months.
13  Q. And you can't remember his name?
14  A. I can't remember his name.
15  Q. Do you remember when this might have
16  happened?
17  A. It's when we were down at plant two.
18  See, he didn't even start at plant
19  five.
20  Q. So was this the same thing, was it warm
21  weather? Was it spring?
22  A. Spring, yes.
23  Q. And so was the guy who had insurance,

20  (Pages 77 to 80)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 81

1    are you saying he was a white guy?
2    A. Right.
3    Q. And so it sounds like your complaint is
4      that you and Ervin --
5    A. We asked way before he did.
6    Q. -- had to wait a long time to get
7      insurance and he got it?
8    A. He wasn't even hired when we asked for
9      insurance.
10   Q. Okay. When did you ask for insurance,
11     if you remember?
12   A. We -- okay. I started in September.
13     Me and Ervin waited from September 'til
14     March or February. That's, like, about
15     five months. When we got close to five
16     or six months, we kept going to the
17     office after the end of the day telling
18     Johnny, Go ahead and put our paperwork
19     in for our insurance so we can start
20     getting our cards.
21   Q. Okay. So it sounds like late 2002 or
22     early 2003?
23   A. Like, I'll say, like, September to

Page 82

1    December, that's four months. I'll
2      say, like, end of February would be
3      six, so we started asking for our
4      card -- we started asking for our
5      insurance.
6    Q. Okay. So in 2003 you started asking
7      for it and then some guy came to work
8      after you guys had already been
9      asking --
10   A. Right.
11   Q. -- and got his car?
12   A. Got his card.
13   Q. He was a white guy. Was there anybody
14     else that you felt like got insurance
15     before you?
16   A. Well, you know, when you go to a
17     construction job, you really don't want
18     no insurance unless you're going to be
19     there for a while because that money is
20     coming out of your check.
21   Q. Yeah.
22   A. I ain't going to give them no money.
23     But it was so good, we wanted insurance

Page 83

1    because it's good for your eyes and all
2      that kind of stuff. All insurance
3      don't carry stuff like that. It's good
4      for dental and all that. We didn't get
5      it.
6    Q. Was there anybody else that you felt
7      like got it unfairly?
8    A. He's the only one, like I said. Me and
9      Ervin wanted it, but this guy got it.
10   Q. He's the only one you know about?
11   A. Like I said, the rest of them come in
12     and out the door. See what I'm saying?
13   Q. Yeah. So you guys were there longer?
14   A. Bunch of us.
15   Q. Got you. I see what you're saying.
16     All right. So after you find out this
17     man from Georgia got insurance in about
18     the Spring of '03 sometime, what's the
19     next thing after that that happened at
20     Mansfield that you felt was harassing
21     or discriminatory?
22   A. He had sent a crew down here to
23     Hyundai. That's, like, twenty more

Page 84

1    miles from GE. He didn't send but one
2      black guy down there. The rest of them
3      was white.
4    Q. Is that Johnny Crutchfield?
5    A. Right. Johnny Crutchfield sent, I'd
6      say, about six or seven guys down
7      there; one guy was black. I went in
8      the office one day. And he couldn't
9      see me. I was in the tool room and the
10     office is around here. And so he was
11     talking to the other supervisor that
12     Mansfield had that was over insulation.
13     And the man asked him how was the work
14     going on at the Hyundai plant, and he
15     said, The work going on really good. I
16     got to get rid of one buzzard.
17   Q. Who said that?
18   A. Johnny Crutchfield.
19   Q. Do you remember when that was?
20   A. I can't remember all the months. But I
21     just -- this have to be around -- this
22     have to be in summertime now, June or
23     July, because Pat had been -- Patrick

21 (Pages 81 to 84)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 85

1  came to work now, because he sent Pat
2  down to Hyundai. And that same day, or
3  the next day or two, they had brought
4  Pat back from Montgomery and brought
5  him back with us.
6  Q. Okay. So was it right when the Hyundai
7  job was starting up?
8  A. Right.
9  Q. Okay. And so we can probably figure
10 that out by looking at when the Hyundai
11 job was starting. But to your
12 knowledge, it was June or July of '03
13 when you heard that?
14 A. (Witness nods head.)
15 Q. And so who all was -- you said you were
16 in a room but Johnny Crutchfield didn't
17 know you were there?
18 A. He didn't know I was in there. But it
19 was him and another supervisor, another
20 white supervisor over the insulation
21 crew. I don't know his name either. I
22 think his name was Ken something. It
23 was Kenny something.

Page 86

1  Q. Okay. He's a white supervisor over
2  insulation?
3  A. Uh-huh.
4  Q. At GE?
5  A. No. He was over -- yeah. But he
6  worked for Mansfield.
7  Q. Okay. And did you complain to anybody
8  about that?
9  A. I told Yogi and them. I told Yogi --
10 well, Ervin. But then you could figure
11 it out. Because like I say, Pat ended
12 up coming back up there with us. A
13 buzzard is black. He said he had one
14 buzzard down there he's got to get rid
15 of. So I guess when the buzzard came
16 back, he was happy.
17 Q. So did you take that to mean -- took
18 the buzzard term --
19 A. It had to be a racial term.
20 Q. -- to be a racial term?
21 A. Right.
22 Q. Had you heard --
23 A. If you got six --

Page 87

1  Q. -- that term before?
2  A. No, I haven't. You got six people
3  working together, all of them white but
4  one, and I say I got one buzzard to get
5  rid of, that wouldn't be that easy
6  [sic] to pick out the buzzard, would
7  it?
8  Q. Well, I'm just asking --
9  A. You asked me what -- how I feel like I
10 was discriminated against.
11 Q. And that's all I'm asking.
12 A. That's a bad -- you know, that's a bad
13 way to talk about your employees.
14 Q. So you felt like that's what he meant
15 by that?
16 A. Right.
17 Q. Okay. That's all I was asking. I'm
18 sorry if it seemed different. Okay.
19 So after that comment -- and you said
20 that was probably in June or July of
21 '03 -- what was the next thing, if
22 anything, that happened at Mansfield
23 that you felt like was discriminatory?

Page 88

1  A. Okay. We were getting paid on
2  Thursdays, and sometimes guys will come
3  in on Friday and want to leave for half
4  a day. So we was all sitting around
5  getting ready to go home and another
6  guy he had hired as a supervisor was
7  passing the checks out. And he said --
8  I don't know his name, but he said,
9  Johnny Crutchfield said if you're not
10 planning on working the whole day
11 Friday, don't come in. So I said, What
12 you're saying, now, if I don't come in,
13 it won't be no mess. Because if I come
14 in, you know I'm going to leave at
15 twelve o'clock on Friday. He said,
16 Well, no, if you're not going to work
17 the whole day Friday, just don't come
18 in.
19 Q. And what did you take that to mean?
20 A. Took it to mean you could be off
21 Friday. But if you come in, you're
22 going to work the whole day.
23 Q. And who was it that told you that?

22 (Pages 85 to 88)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 89

1  A. That other -- other supervisor. He
2   came from Louisiana.
3  Q. Do you remember his name?
4  A. I can't remember his name. But them
5   other cats remember his name because we
6   all was around the barrel. And I
7   called everybody in a huddle. I said,
8   Listen, man, y'all hear what this guy's
9   saying. He's saying if I'm not
10   planning on working the whole day
11   tomorrow, it's best for me to stay at
12   home. So when I stayed at home, they
13   called me and said Johnny said if I
14   didn't make it to work before the day
15   was over with I was fired. So I got
16   ready and went on to work.
17  Q. So some supervisor said if you're not
18   planning to work a half day on Friday,
19   don't come in at all?
20  A. Yeah.
21  Q. Not planning to stay all day --
22  A. Don't come.
23  Q. -- don't come at all?

Page 90

1  A. Right.
2  Q. And you didn't take that to mean --
3  A. It just means that if you come to work,
4   you're not going home for no half a
5   day; you're coming to work the whole
6   day. You're going to work the whole
7   day or just stay at home. So I stayed
8   at home.
9  Q. Because, see, that sounds to me like
10   they're saying you need to come to work
11   all day or you're not --
12  A. No.
13  Q. -- going to get paid. That's not how
14   you heard it?
15  A. Like I say, I called everybody in a
16   huddle. I said, Come on, man. I want
17   to get this understood. Like you're
18   saying, I wanted to get this understood
19   in front of everybody. If I don't come
20   to work tomorrow, nothing be done with
21   it? He said, No. The supervisor, too,
22   now.
23  Q. So you asked the supervisor?

Page 91

1  A. I'm talking to the supervisor because
2   he's the one that gave me the message.
3  Q. Okay.
4  A. And he said no. So the next day, I got
5   up early, went and did a little
6   business. When I came back home, my
7   wife told me that they called me and
8   said if I don't make it to work I was
9   going to be fired. Now, I raced down
10   there from Selma to GE; that's
11   thirty-some miles. When I get there,
12   he told me to go back home.
13  Q. Okay. And so this is --
14  A. That was on a Friday.
15  Q. Okay. So Friday was the day --
16  A. The Thursday we got the check.
17  Q. Okay. Thursday you got the check and
18   this happened where --
19  A. He --
20  Q. -- the supervisor from Louisiana -- you
21   can't think of his name?
22  A. No, I can't think of his name.
23  Q. Okay.

Page 92

1  A. He said, Anyone who's not prepared to
2   work the whole day, which was going to
3   be Friday -- he made it sound like
4   Johnny prefers us to stay at home.
5   Which I did. But the next day they
6   started calling my house saying if I
7   didn't come to work I was going to be
8   fired. So I made it to work. But when
9   I get to work and get my stuff and get
10   ready to go to work, Johnny Reed told
11   me to go back home.
12  Q. Okay. So who called your house?
13  A. It had to be Johnny Crutchfield.
14  Q. Did you talk to somebody or --
15  A. I didn't. My wife gave me the message
16   when I got home.
17  Q. Okay. Do you remember about what date
18   this was?
19  A. I can't remember them dates, man.
20   That's been so -- I can tell you the
21   days, not the dates.
22  Q. So you know it was a Thursday and a
23   Friday you missed?

23  (Pages 89 to 92)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 93

1  A. Right.
2  Q. Was it during the summer?
3  A. It was in spring.  It might have been
4    early summer, late spring.  Might have
5    been May, June.
6  Q. May or June?
7  A. Might have been July, because it was
8    hot.  It was hot.  It was in -- it was
9    hot.
10 Q. So then when you -- you said you came
11   back to work that afternoon?
12 A. Right.
13 Q. After somebody called your house?
14 A. Right.
15 Q. And they told you to go on home.  Who
16   told you to go home?
17 A. Johnny Reed told me to go back home
18   because Johnny Crutchfield, he's gone
19   now.  He left.
20 Q. He wasn't there that day?
21 A. He was there that morning.
22 Q. But not the afternoon?
23 A. Right.

Page 94

1  Q. And what did Johnny Reed say?  He just
2    told you to go home?  He didn't say
3    anything else?
4  A. Told me to go home.  I said, Man, they
5    just called me and said if I don't come
6    I'm going to be fired.  He said, Just
7    go home and come back Monday.
8  Q. What happened Monday?
9  A. Sent back home again for a day.
10 Q. Okay.  Who sent you home on Monday?
11 A. Johnny Crutchfield.
12 Q. Did he say why?
13 A. Didn't give you a chance to explain.
14   Just said, You're suspended again.
15 Q. Did you tell him somebody told you you
16   could go home?
17 A. Glad you brought that up.  The guy
18   that -- the white guy that told us that
19   we could -- they shipped him out that
20   Monday.
21 Q. So the supervisor --
22 A. They shipped him out because he was
23   standing up for me.  Because when

Page 95

1  they -- when they took me -- when they
2  told me -- when they told me to go back
3  home and they -- but they were doing
4  everything they were doing to me, and
5  this white man came to me and told me,
6  said, They're doing you wrong.  He
7  said, They're doing you wrong.  The
8  next day that man was shipped out.
9  Q. The supervisor?
10 A. Yes.  The one that told me that.
11 Q. And where did he go?  Do you know?
12 A. Back to Louisiana.  No, he quit.  He
13   said he couldn't work for a company
14   like that.
15 Q. He was a white supervisor?
16 A. Right.
17 Q. And he quit?
18 A. And he quit.
19 Q. Okay.  I might look it up and figure
20   out who that was.  All right.  Did
21   other people besides you stay home on
22   that Friday, if you know?
23 A. No.

Page 96

1  Q. Nobody else, so that --
2  A. No.
3  Q. -- was just you.  And so everybody else
4    went on to work.  And who was it
5    that -- you think it was probably one
6    of the supervisors that called your
7    house and said come on back?
8  A. Uh-huh.
9  Q. And how do you feel like that was
10   discriminating against you?
11 A. Why would you call my house and tell me
12   to come down here, then once I get here
13   you send me back home?
14 Q. Well, that's what I'm asking.  How do
15   you feel like that is racial in nature?
16 A. That's wrong.
17 Q. It's just wrong?
18 A. That's just wrong.  I'm not saying
19   that's racial.  That's just wrong.
20 Q. Okay.  Got you.  So after that instance
21   where you -- the whole thing on Friday
22   where you're told to go home and all
23   that and then you came in on Monday and

24  (Pages 93 to 96)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 97

1  you were sent home again, when's the
2  next instance at Mansfield?
3  A. That happened to me?
4  Q. Yeah.
5  A. Let me make sure I see what's going on.
6  Q. I think you said that was about maybe
7  June or July of '03.
8  A. What they did to me. Like I say, I --
9  there's some more, but I -- I counted
10  up all my hours. I lost about forty
11  hours worth of stuff they were doing to
12  me that just wasn't right.
13  Q. Okay. Well, give me an example of one
14  of those.
15  A. You can add up all my time I've spent
16  suspended. You see what I'm saying?
17  Two days, that's sixteen. And the
18  other day, that's twenty-four.
19  Q. What other days are you talking about?
20  A. That day -- the two days when he told
21  me to shut up and I came, they gave me
22  two days. And then that day that man
23  told me that if I wasn't going to work

Page 98

1  the whole day, just don't come in.
2  They gave me another two days. They
3  didn't give me one. They gave me two
4  days, because you always come back to
5  work on a Wednesday and you get paid on
6  Thursday.
7  Q. Okay. So I want to go back to the
8  whole where you were told to shut up.
9  You said you -- okay. You did say
10  earlier you were suspended for two
11  days. I'm sorry. I wasn't listening
12  good enough. Okay. So, then, that
13  time you were suspended for two days.
14  And this time that you were talking
15  about, if you weren't planning on
16  working --
17  A. The whole --
18  Q. -- don't come in.
19  A. Right.
20  Q. So you didn't work on that Friday?
21  A. Right.
22  Q. And then you didn't work on that
23  Monday?

Page 99

1  A. I came in Monday. But he sent me back
2  home Monday and told me to come back
3  Wednesday.
4  Q. So you didn't work Monday or Tuesday?
5  A. Right.
6  Q. Okay. So after that time, were there
7  any other times you felt like you were
8  unfairly suspended or anything else
9  happened to you at Mansfield that made
10  you feel discriminated against?
11  A. Yes. Plant five and plant two. Plant
12  five had all the black guys, plant two
13  had all the white guys, majority. Any
14  time it rained, when plant two -- when
15  plant two, the fumes come out there,
16  they'll send all them guys from plant
17  two down to plant five with us so get
18  their time instead of going home at ten
19  or eleven.
20  Q. And this is when it started raining
21  during the day after you'd already --
22  A. Right.
23  Q. -- been to work for a couple --

Page 100

1  A. Right.
2  Q. -- hours and then it started raining?
3  A. Right. But, see, down at plant two,
4  whether it rains or not, you still can
5  work. But, now, when the fumes go off
6  in the air, they either got to go home
7  or go somewhere else and work. But he
8  just sent them guys down there. But
9  when it rains and we'd be at five,
10  they'd be at two, when all the black
11  guys get rained out, he wouldn't never
12  tell us to go down here and work with
13  these guys. He always tells us to go
14  home. So we wasn't getting our hours.
15  But he made sure they got their hours.
16  Q. I have a couple of questions about
17  that. First you said that plant five
18  was mostly black employees?
19  A. Right. Except for two -- except for
20  two people.
21  Q. Okay. And you said that plant two was
22  mostly white employees?
23  A. Except for two people.

25 (Pages 97 to 100)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 101

1  Q. Who was at plant two?
2  A. I think Pat was down there and Ralo.
3  Q. So Patrick Lewis and --
4  A. -- Ralo.
5  Q. How do you say that?
6  A. Ralo.
7  Q. Okay. So they were both at plant two.
8     Now, earlier, though -- I just want to
9     make sure I understand. Because
10    earlier you said that everybody was at
11    plant five at first. And then --
12 A. I said everybody that was -- who
13    started early. See what I'm saying?
14 Q. What do you mean by that, by starting
15    early?
16 A. Okay. See, when I went in September,
17    you get at plant five. Okay. Around
18    about February or March, you got folks
19    at plant five and now he's done hired
20    some more guys, what I said, he had put
21    down here at two --
22 Q. Okay.
23 A. -- because he done got another

Page 102

1     contract. He's finishing up this
2     contract, and they're going to start on
3     a new contract.
4  Q. Okay. And earlier you said you worked
5     out at plant two?
6  A. I started off at plant five. When we
7     finished plant five, he sent us down to
8     plant two.
9  Q. So there was a time where there were
10    other people working out at plant two,
11    but you and some of your crew were
12    working --
13 A. At plant five.
14 Q. -- at plant five?
15 A. And if it rained -- if it rained that
16    day while we're at plant five, he
17    didn't send us to two. He would send
18    us home.
19 Q. Okay. What were they doing at plant
20    two? Were they working indoors?
21 A. They were working. They had a shed
22    over there.
23 Q. Because of what they were doing?

Page 103

1  A. They was down low. But they had a
2     building over their heads, so they
3     could work up under there.
4  Q. Were they underground or --
5  A. No.
6  Q. -- just down low?
7  A. Down low. They didn't get wet.
8  Q. And what you were doing out at plant
9     five -- because it was a tall
10    structure --
11 A. We'd have been wet.
12 Q. It wasn't covered?
13 A. Right.
14 Q. For how long would you say -- were you
15    out at plant five when other people
16    were at plant two? Because it sounds
17    like you're making a claim that
18    plant -- that y'all were discriminated
19    against because you worked out at plant
20    five with only other African-American
21    employees. I'm just trying to find out
22    what time period that happened.
23 A. What I'm saying is this: We was at

Page 104

1     plant five working. Now, they done got
2     a new contract, so he hired some more
3     employees.
4  Q. Right.
5  A. So they're down here at two.
6  Q. So it was new employees?
7  A. Right. Right. So when it rained, he
8     would send these -- like, we can't work
9     in the rain.
10 Q. Okay.
11 A. Then when it rains and it gets wet, you
12    can't paint anyway no more.
13 Q. Right.
14 A. So he'd tell us to go home. But, now,
15    when something happened down here, like
16    I said when those fuel lines was to
17    leak out before we had finished -- now,
18    plant two got a job, too, now. Know
19    what I'm saying? Now we're in two
20    places. Now, when they got a problem
21    down here, instead of sending them guys
22    home, he'll send them down here with
23    us, which really wasn't nothing to do

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 105

1  because we already got what we want
2  down here.
3  Q. Okay.
4  A. So he's just keeping them on the clock,
5  to me.
6  Q. And do you remember when -- I mean when
7  that happened where it would rain --
8  A. About three weeks.
9  Q. Three weeks straight?
10  A. It would rain -- sometimes it rained
11  every other day down in that country.
12  Q. Every other day for three weeks?
13  A. Every other day. Because we wasn't
14  getting no hours and we just finally
15  said, Man, them guys there, man, let us
16  go over there. Because when you go
17  home, you have to walk by. You got to
18  walk by plant two because plant two
19  over there and the gate over here and
20  them guys be working.
21  Q. So they were still able to do some work
22  out at plant two?
23  A. Always. Because, like I say, plant two

Page 106

1  had --
2  Q. It was covered.
3  A. It was covered.
4  Q. Okay. So y'all couldn't do work out at
5  plant five because it was raining?
6  A. It was outside, right.
7  Q. And you felt like that happened every
8  other day for about three weeks?
9  A. Right.
10  Q. So that sounds like it's about ten
11  different times?
12  A. Right.
13  Q. Three weeks is twenty days and --
14  A. Might be more than that because we got
15  fed up with them little bitty checks.
16  And we asked him why we can't go down
17  there.
18  Q. Who did you ask that to?
19  A. Johnny Crutchfield.
20  Q. What did he say?
21  A. He didn't need us down there.
22  Q. Did he say anything when you said, Why
23  can't we go down there?

Page 107

1  A. He got enough workers down there. He
2  said he got enough workers down there.
3  Q. Okay.
4  A. But when the job finished at five, we
5  all went anyway.
6  Q. Once you finished up --
7  A. At five.
8  Q. Okay. Did I already ask you when you
9  finished up at five?
10  A. No, you haven't even asked me that.
11  Q. Do you remember?
12  A. I don't remember when, but I know when
13  we finished up it was getting warm.
14  All I know, it was getting warm.
15  Because we went down to plant two.
16  That's when everybody worked at two.
17  Wasn't no more work down at five.
18  Everybody was at two. Then we started
19  getting more contracts. People over
20  here, people over there.
21  Q. All right. Anything else at Mansfield
22  that ever happened to you that you felt
23  like was discriminatory towards you or

Page 108

1  any other African-American employee,
2  for that matter?
3  A. Can't speak for nobody else. Like I
4  say, I only know what happened to me.
5  Q. Okay.
6  A. I know what -- I saw things going on,
7  but only happened to me.
8  Q. What did you see going on?
9  A. See, a lot of things like -- like you
10  say what's going on. Okay. Ervin is a
11  certified, bona fide painter. Instead
12  of making him foreman or supervisor,
13  you always go -- you always go a whole
14  other state to bring a man in.
15  Q. Okay. So you felt like --
16  A. To me. That's just to me. That's just
17  to me. Now, that's discrimination,
18  man. Then -- you be on the job a whole
19  year, we've been down here all this
20  time, the man can see what we can do.
21  But every time one of these foremen
22  quit, he won't promote you, but he
23  promoted Johnny Reed. And then when

27 (Pages 105 to 108)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**Page 109**

1  you got two things going on everywhere,
2  they need more supervisors, they go get
3  another white supervisor and bring one
4  in from Mississippi.  They brought
5  Corey in, made him a supervisor.  And
6  they brought the man in that I told you
7  that told me Johnny said if we wasn't
8  going to work the whole day, don't come
9  in.  They brought him from Louisiana.
10 Q. And that man from Louisiana, what was
11    he like?  Was he a good guy to work
12    for?
13 A. Yeah.  Yeah.
14 Q. And did he have experience before he
15    came?
16 A. Yeah.  He's a painter.  He's been
17    working for Mansfield, like, ten,
18    eleven, twelve years.
19 Q. Okay.  But you said --
20 A. He never worked -- he never worked
21    around a man like Johnny Crutchfield,
22    he said.
23 Q. Okay.  So can you think of anything

**Page 110**

1  else --
2  A. No, ma'am.
3  Q. -- you feel like Mansfield
4     discriminated against anybody?
5  A. Nothing but my pay.  Like I say, my
6     pay.
7  Q. And that's what you were talking about
8     earlier?
9  A. I start off at eight and all these
10    white guys come in at 10.50 when they
11    was laborers, too.
12 Q. And I think we already went over that
13    when we first started.  And we talked
14    about it earlier, but it sounds like
15    you said specifically you remember Jeff
16    Smitherman --
17 A. Right.
18 Q. -- getting paid higher.  Is there any
19    other white employee that you felt like
20    was paid more -- unfairly or higher
21    than you should have been as compared
22    to any of the African-American
23    employees?

**Page 111**

1  A. Well, I think -- that's the only check
2     stub I saw.  You can say anything, but
3     when you show me something that just --
4     I saw his.
5  Q. You saw his?
6  A. Yeah.
7  Q. So you knew about his.  Okay.
8  A. We saw his.
9  Q. Okay.  And I'm just going to read
10    everything that I have.  And I'm kind
11    of summarizing.  I'm not trying to put
12    words in your mouth.  I'm just trying
13    to make sure --
14 A. One more thing can I say?
15 Q. Sure.
16 A. We was riding to work with this guy
17    named Jack, Jack Richardson.
18 Q. Okay.
19 A. So me, Jack, Ben, Will, and Ervin.  So
20    when we're late, Jack's late.  Jack was
21    down at plant two and we at five where
22    the black guys are at.  So Johnny came
23    down there, he chewed us out good.  He

**Page 112**

1  chewed us out good.  I mean, he chewed
2  us out good.
3  Q. For being late?
4  A. Right.  These was his words: I'm going
5     down here and tell the other guys the
6     same thing.  So in the evening time, we
7     got in the car, we're going home, say,
8     Yeah, Jack, you got chewed out, didn't
9     you?  He said Johnny didn't say nothing
10    to them.  So he was lying to us.  He
11    chewed us out, but he never chewed them
12    guys out down there.
13 Q. Who else was late that day?
14 A. It was just -- see, we ride with Jack.
15    Like I said, we ride with Jack.  And
16    Jack was telling us that Johnny didn't
17    say nothing to them down there.
18 Q. So it was you, Jack --
19 A. Ralo -- not Ralo.  Ralo had his own.
20    Me, Jack -- we was carpooling.  Me,
21    Jack, William, Ben, and Ervin.
22 Q. Okay.  So you guys all came in late
23    that day?

28  (Pages 109 to 112)

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 113

1   A. Right.
2   Q. Did you call anybody --
3   A. He chewed --
4   Q. -- and say y'all were going to be
5      coming in later?
6   A. Yeah. We always had a telephone. We
7      always had a telephone. We always
8      called and let them know we're coming.
9   Q. Who called and said --
10  A. Ervin.
11  Q. Ervin called and said y'all are late,
12     but you're on the way?
13  A. We're on our way.
14  Q. Who did he call? Do you remember?
15  A. Johnny.
16  Q. What did Johnny say when you called?
17  A. Come on in.
18  Q. Okay. And when you got in, Johnny --
19  A. Four of us went down this way and Jack
20     went this way.
21  Q. Okay.
22  A. He came and chewed us out.
23  Q. Everybody but Jack that was in the car?

Page 114

1   A. Jack -- yeah. So when we got ready to
2      come home that evening, we said, Jack,
3      you got chewed out, didn't you? Jack
4      said, No. Said you didn't -- he said,
5      No. Johnny said he'd be giving you the
6      same meeting we be getting. He said,
7      We didn't never have no meeting. He'd
8      give us one almost every other day
9      about what we're doing wrong and all
10     this and how it go and we're doing all
11     the work. But that day Jack said he
12     didn't get chewed out.
13  Q. So Jack was the one that didn't -- and
14     do you feel like that was because of
15     race or what was the reason?
16  A. Jack's white.
17  Q. So you felt --
18  A. He chewed the four -- the four black
19     ones out. Why didn't he go chew him
20     out?
21  Q. All right. Is there anything else?
22  A. (Witness shakes heads.)
23  Q. Do you remember when that incident

Page 115

1      happened when you guys --
2   A. I can't remember.
3   Q. Do you remember what the weather was
4      like or anything like that?
5   A. No.
6   Q. And I had a question about something
7      else I thought of. Okay. I want to go
8      back to that day that we were talking
9      about, that Friday where you were
10     told -- where you felt like you were
11     off on Friday but --
12  A. Right.
13  Q. -- then you got in trouble. You were
14     off that day and then also on the next
15     Monday and the next Tuesday?
16  A. Right.
17  Q. When Johnny sent you home, he didn't
18     tell you why he sent you home for any
19     reason?
20  A. He just -- that's what that man say.
21     That man say. That man was in the
22     office that day.
23  Q. The supervisor?

Page 116

1   A. Yeah. Because he's -- he didn't want
2      to hear nothing that nobody had to say.
3      Nathaniel, go back home. That's what
4      he told me. Because that man said,
5      He's just treating you -- he said, He's
6      treating you -- he's treating you
7      wrong. He said, I ain't never worked
8      for a man like this before. He was
9      talking to me and Bill. So I told Bill
10     and them I'll come back and get them,
11     because I drove that day. I knew there
12     was going to be some mess.
13  Q. Is Bill William Ragland?
14  A. Yeah.
15  Q. I just wanted to make sure I knew who
16     you were talking about.
17  A. And the next day that man waited on his
18     check that Thursday and he ain't never
19     come back. He said he couldn't work
20     for a man like Johnny Crutchfield.
21  Q. So was Johnny tough on y'all when y'all
22     were absent or late?
23  A. We called Johnny. We called Johnny.

29 (Pages 113 to 116)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 117

1  Q. Okay.
2  A. You know, it wasn't like we were late
3    every morning, now.
4  Q. Yeah.
5  A. You know, you have problems, especially
6    when you got to pick up three or four
7    more dudes. Everybody like -- but we
8    get there. And we'd be, like, five --
9    it ain't like no hour late. It'd be,
10   like, five or ten minutes late. But we
11   always -- if we wasn't going to make it
12   on time, we'd go ahead and call Johnny.
13   We'd call Johnny.
14 Q. How many times do you think it was that
15   you guys were late and got in trouble?
16 A. We was never in no trouble. He'd just
17   be in these odd moods.
18 Q. Let me ask you that. How many times do
19   you think you guys were late to work?
20 A. Maybe two or three.
21 Q. Two or three times?
22 A. Yeah.
23 Q. And how many of those times -- you said

Page 118

1    the one time that he came and chewed
2    you guys out.
3  A. One.
4  Q. That just happened one time?
5  A. Just one time.
6  Q. Okay. So he was pretty serious about
7    getting there on time, it sounds like?
8  A. Well, let's say out of sixteen,
9    seventeen months you ain't late but
10   about two or three times. And like I
11   say, you never know what happens on the
12   highway.
13 Q. Okay.
14 A. You may have an accident and you can't
15   get through. You might have a flat
16   tire and you had to pull over. So, you
17   know, we called. We always called.
18 Q. Okay.
19 A. Like I said, it's just probably one of
20   them bad days, he didn't feel good, and
21   he just went off on us. Then, to quote
22   his words, Now I'm fixing to go down
23   there and tell these guys the same

Page 119

1    thing. Because I know most guys come
2    in later than he was.
3  Q. Who else came in late?
4  A. Especially Steve Smitherman. Steve
5    Smitherman always came in late. That
6    Smitherman always came in late. He
7    came in late. Only one probably be on
8    time would be that -- be Johnny Reed.
9    Them boys come dragging in. And they
10   was standing much closer than we was.
11 Q. Who else besides Smitherman would come
12   dragging in and be late?
13 A. Both the Smithermans. They were riding
14   together.
15 Q. Okay.
16 A. Like I said, most of them guys was in
17   and out. You know what I'm talking
18   about? They wasn't trying to stay
19   there.
20 Q. So they'd come and then get fired or
21   leave and --
22 A. Yeah.
23 Q. -- then come back again?

Page 120

1  A. Then GE ran a check, background check,
2    and if you had felonies you had to get
3    off the premises.
4  Q. Yeah. It sounds like they're -- with
5    the exception of a few people like you
6    and some other people, it sounds like a
7    lot of people there were kind of come
8    and go?
9  A. Right. Then the ones who did want to
10   stay, they had felonies so they had to
11   go, too. They had to get off GE
12   property. So GE would send them to --
13   at this time, they didn't have the job
14   at Hyundai then. They had the job out
15   here at Hammermill.
16 Q. So what you've told me so far is you've
17   said that -- the incident between you
18   and Corey Watson --
19 A. Right.
20 Q. -- where he told you to shut up and --
21 A. Shut up.
22 Q. -- you ended up being suspended for two
23   days?

30  (Pages 117 to 120)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 121

1  A. Right.
2  Q. And then next you said that Jeff
3     Smitherman was sleeping up in the pipe
4     rack --
5  A. Right.
6  Q. -- and did not get disciplined. And
7     then the next thing you said was that
8     you got -- you and Ervin Tarver asked
9     Johnny Crutchfield for insurance and he
10    said you could get it, but then you
11    didn't.
12 A. Never got it, right.
13 Q. And a white employee who had been
14    working there less --
15 A. Less, got his.
16 Q. -- got his. And the next thing you
17    told me was that you heard Johnny
18    Crutchfield use the term buzzard.
19 A. Buzzard.
20 Q. And you felt like that was in reference
21    to an African-American employee?
22 A. Right.
23 Q. And the next thing you told me was that

Page 122

1     the day that -- you didn't come in on a
2     Friday because you thought that was
3     okay.
4  A. Right. Supervisor told me.
5  Q. Supervisor told you. And then you got
6     in trouble that Friday and were told --
7     sent to go home that afternoon?
8  A. Right.
9  Q. And then also you were suspended that
10    Monday and Tuesday?
11 A. Right.
12 Q. Then the next thing you told me is you
13    said that you felt like plant five was
14    mostly African-American employees?
15 A. Except for two.
16 Q. Except for a couple. And plant two --
17    you said that plant two was all white
18    employees except for a couple?
19 A. Ralo, yeah. Ralo was down there.
20 Q. And then you said that on days that it
21    would rain, that plant five would end
22    up being sent home?
23 A. Home.

Page 123

1  Q. And that plant two would be allowed to
2     work?
3  A. Right.
4  Q. And then you said you felt like Ervin
5     was not promoted and that was unfair?
6  A. Right.
7  Q. And you said that you felt like your
8     pay rate was unfair?
9  A. Right.
10 Q. That you started at a lower rate than
11    white employees?
12 A. Right.
13 Q. And then you also said that the time
14    that you, Jack Richardson, Ralo -- and
15    there was somebody else that rode with
16    you guys.
17 A. Not Ralo. William.
18 Q. William Ragland. I'm sorry.
19 A. William, Ervin, Ben, Jack, and me.
20 Q. And that day that you guys all got
21    there --
22 A. Right.
23 Q. -- late and y'all got in trouble and

Page 124

1     Jack did not?
2  A. Jack did not.
3  Q. Okay. And those are all the things
4     that you've listed that you said you
5     felt like were discriminatory things
6     that Mansfield did. Is there anything
7     else beyond those things that I just
8     went through?
9  A. Ralo -- Ralo used to come in five or
10    ten minutes late every day, but Jack
11    missed a whole week. And he just swore
12    he was going to fire Jack up and down
13    and didn't say not one thing to Jack.
14    But he was waiting to fire Ralo so bad
15    one day. And then Ralo pulled up, he
16    ran -- talking about Johnny -- like a
17    chicken, like a coward. He ran.
18 Q. He --
19 A. He was standing by the gate. I'm just
20    waiting on him. I'm just waiting on
21    him. He's going back home. Ralo came
22    around that corner, he ran to the
23    office and sent Johnny Reed out to do

31 (Pages 121 to 124)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 125

1 his dirty work.
2 Q. So Ralo was late. Ralo had been late a
3 few times?
4 A. But Jack used to be late and he said he
5 was going to fire Jack and he didn't do
6 nothing to Jack.
7 Q. Do you know if Jack had a reason for
8 being late or if he ever called in and
9 said --
10 A. We spoke -- we used to talk to Jack.
11 This is just what Johnny say. Not what
12 Jack would say. What Johnny'd say.
13 When you tell me something, I believe
14 what you say until you prove to me that
15 you're a liar.
16 Q. Okay.
17 A. And he was telling -- we didn't ask for
18 this information. He said he was going
19 to fire Jack out of his mouth. He
20 said, I'm tired of him. I'm tired of
21 him. I'm tired of him. He didn't do
22 nothing to him.
23 Q. Did Ralo get fired that day?

Page 126

1 A. He didn't get fired or nothing. He
2 didn't get fired. I'm just saying how
3 the man talked.
4 Q. Okay. Just the way --
5 A. You know --
6 Q. You felt like he was --
7 A. He just had evil in his eyes that day.
8 Q. He was real mad?
9 A. Yeah. But then when Ralo popped up
10 from about here to fifty feet, he ran
11 in the office and sent his foreman
12 outside to do the talking to Ralo. He
13 wouldn't talk to Ralo himself.
14 Q. Is there anything else?
15 A. No. I'm just saying. No.
16 Q. If there is, you can tell me.
17 A. No. I'm just, you know, speaking in
18 general then. I'm through.
19 Q. Okay. Well, let me ask you this, then.
20 All these things that you listed out --
21 that you listed to me, that you said
22 you felt like were things that
23 Mansfield did that were wrong, did you

Page 127

1 ever complain to anybody in the human
2 resources department for any reason?
3 A. Never talked to no human resource
4 department. I didn't know we had one.
5 Q. So you never knew there was a human
6 resource department?
7 A. Not at Mansfield I didn't.
8 Q. Did you know that there was a safety
9 department?
10 A. At Mansfield?
11 Q. Yeah.
12 A. No.
13 Q. Did you know if GE had a human
14 resources department?
15 A. No one -- I'm quite sure they had, but
16 we never talked to them. We talked
17 to -- like when you come to work, GE
18 always had somebody at the gate, you
19 know, somebody big, you know.
20 Q. Like a guard?
21 A. Not a guard. An employee, you know,
22 ride around in a golf cart.
23 Q. Okay.

Page 128

1 A. Like I said, we would ride from here to
2 there, and all of a sudden it'd start
3 raining. Say it started raining at
4 7:15, 7:10, quarter to seven. So what
5 Johnny would do, he would call on the
6 radio -- I mean on the telephone to the
7 shack and tell the guard to tell all
8 his employees don't come in.
9 Q. Okay.
10 A. You know, just go on back home. So
11 what we're saying, when you do
12 construction work, if you show up,
13 you're supposed to get half a day.
14 Q. Okay.
15 A. Or at least two hours. You're supposed
16 to get some kind of show-up time. So
17 we wasn't never getting no show-up
18 time.
19 Q. Okay.
20 A. And then this man from the GE plant
21 say, Y'all don't get no show-up time?
22 And we told him no. And he told us
23 that that wasn't right. But who could

32  (Pages 125 to 128)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 129

1   we complain to, though?
2   Q. And who was not getting show-up time?
3   A. I wasn't. Everybody in our car wasn't.
4   I don't think -- I don't know who got
5   it. I know we wasn't getting show-up
6   time.
7   Q. Do you know if anybody was getting
8   show-up time?
9   A. I can't say that.
10  Q. Okay.
11  A. I can't say that. I know one day we
12  all signed that book before that felony
13  thing came down. He had, like, thirty
14  names on that book. I guess that's
15  what he got mad about, that show-up
16  time. But then that felony came out,
17  he lost about eighteen guys. Because
18  he ended back up with the same crew.
19  Q. Yeah. So at that time you said about
20  forty-nine of you guys came out there?
21  A. Yeah.
22  Q. And did you guys get show-up time that
23  day?

Page 130

1   A. Yeah. Because we signed the book.
2   Q. Did you ever get show-up time before
3   that day?
4   A. No.
5   Q. So was that the only day you ever got
6   any show-up time?
7   A. Right. Maybe one time.
8   Q. And then after that do you know of
9   anybody ever getting any show-up time?
10  A. I don't know. Because like I said, we
11  never got through the gate. Or maybe
12  we'd get through the gate and right
13  before we'd get through the other gate,
14  the security guards, Hey, everybody
15  from Mansfield go back home. There
16  wouldn't be a chance to talk to them.
17  Q. Got you. All right. So you never did
18  complain to anybody and didn't know
19  there was a human resources department?
20  A. No.
21  Q. Okay. Let me ask you this, now. Did
22  you ever hear anybody, white or black
23  or anything else, ever use the terms

Page 131

1   cracker or honkey out at the Mansfield
2   job site?
3   A. Like I say, I was working with them
4   same guys I keep on calling their
5   names. I didn't play. See what I'm
6   saying?
7   Q. I got you.
8   A. I don't tease on the job because that
9   leads to confusion. That starts
10  things.
11  Q. Right.
12  A. Because some folks can take it and they
13  can't -- some folks can dish it, but
14  they can't take it.
15  Q. Right.
16  A. So I just stay away.
17  Q. You didn't say anything like that?
18  A. I don't bother people. I can speak. I
19  can work with you all day. And I'm --
20  I'm mostly like this. I'd rather talk
21  about sports and keep you out of my
22  business. You know what I'm saying? I
23  talk about sports to make everything

Page 132

1   jolly. I don't get technical with you.
2   I don't get personal with you.
3   Q. Right.
4   A. That's how I am.
5   Q. So you never said anything like that?
6   A. No, I don't.
7   Q. Did you ever hear anybody else at work
8   say anything like that?
9   A. Now you can see it. You go in the
10  bathroom, you see it out on the board,
11  you know.
12  Q. The bathrooms at the GE plant?
13  A. GE plant.
14  Q. What was on the wall?
15  A. Not GE bathroom, now.
16  Q. Okay.
17  A. The construction site bathroom.
18  Because GE got their own bathroom
19  inside. Now, we might have a little
20  building like this with a bathroom and
21  writing be all over the walls.
22  Q. What was written on the walls?
23  A. All kinds of stuff.

33  (Pages 129 to 132)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 133

1 Q. Can you give me any specific examples
2    what was written on it?
3 A. This plant would be a better place if
4    all them niggers were to go home.
5    Nigger this, nigger that.
6 Q. Did you tell anybody that was
7    written --
8 A. Somebody had a sign drawn around the
9    thing and had a man peeping over it and
10   then at the bottom the question was --
11   what is that? Said something about a
12   klansman hanging a nigger something.
13   It was something. You had to catch on
14   to it.
15 Q. That was in the bathroom?
16 A. There was a lot of stuff in that
17   bathroom.
18 Q. And did you ever complain to anybody
19   about the stuff that was in that
20   bathroom?
21 A. Me, what I do, like I say, I'd say,
22   Johnny -- I said, Johnny, we're
23   painters. We ought to go in there and

Page 134

1    paint over some of them words in the
2    bathroom. That's what I used to tell
3    him and he'd say nothing. That's GE
4    property. You see what I'm saying?
5 Q. Okay. Let me -- back to my question.
6    Did you ever hear anybody --
7 A. No.
8 Q. -- out there ever use the word honkey or the
9    word cracker --
10 A. No.
11 Q. -- at work?
12 A. No.
13 Q. Okay. Did you ever hear -- I'll ask
14   you this first. Have you yourself ever
15   used the N-word, whether it was joking
16   around or --
17 A. No.
18 Q. -- using --
19 A. Because, see, I try to tell people, how
20   can we expect for somebody else to stop
21   if we can't stop calling each other
22   that.
23 Q. That's not something you'd ever say?

Page 135

1 A. No. I don't condone that.
2 Q. How about Patrick Lewis, is that
3    something Patrick Lewis would ever say,
4    whether joking, serious, or anything --
5 A. I didn't -- I didn't work with Patrick,
6    like I said. See, I didn't -- I worked
7    down on this end; Patrick's on that
8    end.
9 Q. Okay. So you don't know what --
10 A. I wasn't around Pat or nothing.
11 Q. So you never heard him say the N-word?
12 A. Like I said, the only time I used to
13   see Pat was at lunchtime going to the
14   soda box.
15 Q. Do you see Patrick socially or
16   anything? Do you --
17 A. I grew up with Patrick way back, but
18   that's about it. He's younger than me.
19   I grew up with him. Other than that,
20   when he got to be a man, I don't know
21   Patrick no more.
22 Q. So you don't know if he ever --
23 A. No.

Page 136

1 Q. -- said anything like that or not?
2 A. No.
3 Q. How about William Ragland, did William
4    Ragland ever --
5 A. Christian.
6 Q. -- say the N-word in any context?
7 A. Christian.
8 Q. How about Ralo Colvin, did he ever say
9    the N-word?
10 A. I don't work with Ralo.
11 Q. Did you ever hear him say the N-word,
12   though, in any context?
13 A. No. Ralo ride by himself. He rode by
14   himself. I don't even know Ralo.
15 Q. Okay.
16 A. I know him now. But I didn't know him
17   and don't know him.
18 Q. Okay.
19 A. Because like I keep on saying, I'm not
20   a very talkative person as far as if I
21   don't know you, I'm not talking to you.
22   I will speak to you, now. Other than
23   that, I'm not talking.

34  (Pages 133 to 136)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 137

1  Q. How about Ervin Tarver, have you ever
2     heard Ervin --
3  A. No.
4  Q. -- Tarver use the N-word, whether --
5  A. No.
6  Q. -- it was joking or any other way?
7  A. No.
8  Q. Have you ever heard any of those guys I
9     just mentioned -- I forgot. Have you
10    ever heard Jack Richardson --
11  A. No.
12  Q. -- say anything like that?
13  A. No.
14  Q. Okay. Any of those guys that I just
15    mentioned -- and I named all the
16    plaintiffs in this case -- have you
17    ever heard them use any kind of racial
18    language, whether it was towards white
19    people or whether it was towards
20    African-Americans in a joking manner or
21    whether it was towards any other race
22    or ethnicity? Have you ever heard any
23    of those guys use any kind of racial

Page 138

1     language?
2  A. Them guys you just named, they're
3     mostly family guys and they're mostly
4     older guys and we came up through this.
5     See, I'm fifty-eight. I lived right
6     next door to the movement on Green
7     Street. They started off on Green, but
8     they eventually ended up over here.
9     So, you know, I know what it is to get
10    where we got to. I just don't want to
11    go backwards. So anybody who tries to
12    take me backwards -- black, white,
13    blue, green -- I don't associate with
14    them. That's how I do that.
15  Q. Okay.
16  A. I'm just saying.
17  Q. Yeah.
18  A. I was born -- I was in the fourth grade
19    when they had all this stuff going
20    around. I just didn't want to go back
21    to it. If you talk -- I don't hang
22    around negative people. Like I told
23    you, I got in trouble when I was

Page 139

1     sixteen. I haven't been in no more
2     trouble since because I don't deal with
3     negative people.
4  Q. Right. Okay. Fair enough.
5  A. Because things is never as bad as they
6     seem. I don't deal with negative
7     people.
8  Q. That's a good outlook to have. Okay.
9     We talked earlier about your employment
10    history up to working at Mansfield.
11  A. Okay.
12  Q. And am I right in that the last day you
13    worked at Mansfield was in December of
14    2003?
15  A. You're right. I can give you the date.
16    The 5th or the 4th. One of them days
17    around there.
18  Q. It's in here somewhere.
19  A. Right before Christmas.
20  Q. Okay. And what happened? Were you
21    fired? Were you laid off? Did the job
22    end?
23  A. Well, you know, I was fired because

Page 140

1     Ben -- that was Johnny's buddy. Johnny
2     had found out that we had went and
3     filed. I hung in there for a long
4     time, though, before he finally got to
5     me, too. I don't know how it happened.
6     I know I'm not down there no more. I
7     didn't look back either.
8  Q. Where did you work after you left --
9     what did you do after you left
10    Mansfield in December of 2003?
11  A. I started working warehouse,
12    Institution Food. It's a place like
13    Sunday -- it's on trucks.
14  Q. Okay.
15  A. We deliver groceries to the schools
16    down from --
17  Q. Okay.
18  A. -- here to the south in Florida.
19  Q. Did you start working there as soon as
20    you stopped working at Mansfield?
21  A. Had a family.
22  Q. So you went --
23  A. I'm not going to say immediately. I

35 (Pages 137 to 140)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 141

1    pulled a few pennies, unemployment
2    checks. That wasn't making ends meet,
3    so I started -- went back down there
4    and started working down there to the
5    warehouse, the truck, driving trucks
6    and unloading groceries.
7    Q. And was that also in December of 2003
8    you started there?
9    A. I probably started there -- might have
10    been after February. Because like I
11    say, I pulled me some checks.
12    Q. Pulled unemployment for a while?
13    A. Yeah. About two months, three months,
14    two and a half months.
15    Q. So about February of 2003?
16    A. Right.
17    Q. Okay. And --
18    A. 2004, shouldn't it be?
19    Q. It was. I'm sorry. I can't get my
20    years straight today, can I? 2004.
21    Thank you. So about February 2004.
22    And what were you making out there?
23    A. When I went there? They started me off

Page 142

1    at nine dollars.
2    Q. Okay. How many hours a week were you
3    working?
4    A. You would ride out -- if I go out
5    Monday, I won't come back in 'til
6    Tuesday.
7    Q. So you were driving all over?
8    A. It was two of us.
9    Q. Okay.
10    A. We would take off from Selma and go to
11    Birmingham, come on back around the
12    next morning, then we won't go back out
13    no more until Wednesday.
14    Q. Okay.
15    A. And like that.
16    Q. Okay. So any idea how many hours? Did
17    you work forty hours, more than forty
18    hours a week?
19    A. You ain't going to be doing too many
20    hours. They were paying, like, salary.
21    Q. So you were on salary instead of
22    hourly?
23    A. Right. They were paying salary. They

Page 143

1    were paying me, like, $85 a day.
2    Q. Okay. So for every day that you
3    worked --
4    A. I got $85.
5    Q. -- $85?
6    A. Right.
7    Q. And you'd work how many days a week?
8    A. Sometimes I would go in -- sometimes,
9    like I say, when my money ain't making
10    right, if I go out on a Sunday, because
11    they go out on Sunday, and come back
12    Monday, I'll rest up and call them and
13    ask them can I go back out that Monday
14    night, too.
15    Q. Okay.
16    A. And then I come back in Tuesday. I
17    won't go out Tuesday night. I'll
18    probably go back out Wednesday then.
19    Q. So maybe four days a week?
20    A. I try to get five.
21    Q. Okay.
22    A. All you're doing is riding and driving.
23    You can take that nap over there. So I

Page 144

1    was trying to make my money.
2    Q. Okay. How long were you out there?
3    A. I worked there from, like -- about a
4    year, year and a half.
5    Q. Okay. So that takes us to about either
6    February of 2005 or --
7    A. To where I'm at now.
8    Q. Yeah.
9    A. Okay. Where I'm at now. I went
10    working for a place named Globe.
11    Didn't want to pay no money, so I quit
12    there.
13    Q. Globe?
14    A. Globe Security.
15    Q. Do you remember when you started there?
16    A. I started there January -- uh-uh.
17    September, because Christmas came up
18    and I got my -- I couldn't get no
19    Christmas bonus.
20    Q. So that would have been September of
21    '05?
22    A. '04, I believe. It might have been
23    '05.

36 (Pages 141 to 144)

538ae0af-c49f-4a7e-b905-4b97a9405623

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 145

1  Q. Because you --
2  A. '05. Because I couldn't get no
3     Christmas bonus. And I went there -- I
4     worked there until, like -- when
5     January came, they gave me some
6     holidays, a week vacation, but they
7     wouldn't give me no money so I left
8     there.
9  Q. So you worked there until about January
10    '06?
11 A. I worked there about a year. Worked
12    there about a year. I got one bonus
13    check. I remember that because they
14    cut out of that. And the next year,
15    yeah, to that February.
16 Q. Okay.
17 A. Which is, like, two years ago.
18 Q. So September of '05 until when did you
19    work out at Globe?
20 A. To '06.
21 Q. Do you remember what month?
22 A. I think it was, like, March or April.
23 Q. Okay. And you were doing security out

Page 146

1     there, I assume?
2  A. It's a place where you -- the place is
3     called Globe Security. They make,
4     like, bank windows. You know what I'm
5     talking about, that glass --
6  Q. That thick --
7  A. -- that bullets don't go through?
8  Q. Yeah.
9  A. Stuff like that.
10 Q. So you were making --
11 A. I was cutting. Machine operator.
12 Q. And how much were you making out at
13    Globe?
14 A. Nothing. About 6.50, seven dollars.
15    Couldn't get no raise out there. They
16    promised you one, but they don't ever
17    give you none. They just want to work
18    you.
19 Q. So 6.50 to seven dollars an hour?
20 A. I didn't make that seven. I made 6.50.
21    They started me off at six.
22 Q. And then how many hours a week was a
23    normal week out there?

Page 147

1  A. A normal week for me, I'd go in at 5:30
2     and leave at 3:30. I'd try to get all
3     the hours I can because of the little
4     money I was making.
5  Q. So that sounds like --
6  A. I was working, like, ten, twelve
7     hours -- ten, eleven hours a day.
8     Sometimes I'd go from five to five.
9     They give you all the hours you want.
10 Q. Monday through Friday?
11 A. Monday through Saturday.
12 Q. Monday through Saturday. Okay. And
13    then you left Globe Security in March
14    or April of '06?
15 A. Right.
16 Q. And where did you go next?
17 A. Working with the City.
18 Q. Are you still working with the City?
19 A. Yes.
20 Q. All right. And what do you do? When
21    you first started working for the City
22    of Selma, what did you do first?
23 A. Landscaping, trimmer, maintenance.

Page 148

1  Q. Okay.
2  A. I work at the museum, Sturdivant Hall.
3  Q. I saw signs for that on the way in.
4  A. It's a building like that building
5     right there (indicating), but it's much
6     bigger. I keep -- I keep that up.
7  Q. That's a pretty big job, I imagine.
8  A. Yes, it is.
9  Q. And so you've been doing that the whole
10    time you've been working for the city?
11 A. Right.
12 Q. How many hours a week do you work out
13    there?
14 A. Forty.
15 Q. And how much do you make?
16 A. Seven dollars.
17 Q. Okay. Since you were fired from
18    Mansfield in December of '03, have you
19    made any kind of calculation of any
20    damages or any pay that you should have
21    been due since then?
22 A. No. I've been talking to my lawyer. I
23    haven't. I talked to Collins Pettaway.

37 (Pages 145 to 148)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 149

1  I was talking to Mr. Prince. No,
2  ma'am, I haven't done no calculating or
3  nothing. No, ma'am.
4  Q. Okay. Have you had any kind of
5  emotional distress or any kind of
6  psychological problems?
7  A. I done lost my wife, my house, and my
8  car. I had a '97 Ford Expedition. I
9  had a wife and my little two-year-old
10  son. I just see him every -- every --
11  I see him, but I'm not there with him,
12  and that hurts me.
13  Q. Where do they live?
14  A. They live in Selma.
15  Q. Okay. And you feel like that was all
16  due to what happened out at Mansfield?
17  A. Well, you know, stress. Stress makes
18  you say the wrong things. Sometimes it
19  makes you say nothing. Like I said,
20  it'd be best to keep your mouth quiet
21  because, you know, you might say
22  something that you regret. When I was
23  working at Mansfield, I was doing

Page 150

1  pretty good. Paycheck was pretty good.
2  Like I say, you work Monday, Tuesday,
3  Wednesday, Thursday, Friday, sometimes
4  you work Monday, Tuesday, Wednesday,
5  Thursday, Friday, Saturday, and Sunday
6  for, like, three or four months. Them
7  be some good checks. So you go out and
8  buy things. Got my truck. But them
9  notes was based on them paychecks, not
10  the other paycheck when I was taking
11  2.50 and three dollar pay cuts. So I
12  couldn't keep it. So it left first.
13  And then my -- me and my wife split up.
14  We couldn't -- we couldn't agree on the
15  house and all that, so that went. They
16  went that way, I went my way. That's
17  it.
18  Q. Did you own a house before or were you
19  renting a house?
20  A. I was buying.
21  Q. You owned the house?
22  A. Right.
23  Q. And what happened to that house?

Page 151

1  A. We lost it.
2  Q. Okay. And is that -- what was the
3  address of that house?
4  A. 127 Felix Road. Let me make sure.
5  Yeah, 127 Felix Road.
6  Q. Here in Selma?
7  A. Right.
8  Q. Okay. So you felt like the problems at
9  Mansfield contributed to the --
10  A. To a lot.
11  Q. Was that the only reason? Was that the
12  only kind of stress that was on your
13  marriage?
14  A. Well, my wife was pregnant at the time.
15  How am I going to take care of my wife
16  laid off and all this going on in my
17  head? And she's talking. You know how
18  pregnant women are. So, you know, now
19  I don't got a way to get around to get
20  no job because I lost my truck. People
21  don't do favors for you like they used
22  to. So, you know.
23  Q. Okay.

Page 152

1  A. If I want to make a job interview at
2  seven o'clock, if I ain't -- my mom and
3  them, if I'm going to catch them, I had
4  to leave home about an hour early to be
5  where I got to go, because I really
6  don't mind walking.
7  Q. Okay. Have you seen any doctors or
8  anything like that about any kind of
9  stress or anything that you've been
10  having?
11  A. Not about that, no, I haven't.
12  Q. Okay. Do you feel like you've had any
13  psychological problems or anything like
14  that since Mansfield?
15  A. (Witness shakes head.)
16  Q. Okay. When did you first talk to a
17  lawyer about being part of a lawsuit?
18  When did you first go see a lawyer?
19  A. October 2002 -- October 2003. Yeah.
20  October.
21  Q. October 2003?
22  A. Yeah. I got hired in 2002 and I got
23  fired in 2003, December, two months

38  (Pages 149 to 152)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 153

1    later.
2    Q. So you went and saw a lawyer in October
3       2003?
4    A. Yeah.
5    Q. Who did you go see?
6    A. We came here.
7    Q. Did you see Prince or did you talk to
8       somebody else before you --
9    A. Talked to Prince.
10   Q. Okay.  And how did you know to come see
11      Prince?  How did you hear about him or
12      find out about him?
13   A. Well, this is Hank Sanders and Rose
14      Sanders.  Like I say, you know, they
15      did a lot.  You hear about them down
16      here.
17   Q. So you knew about the firm before?
18   A. Well, you hear a lot of stuff.
19   Q. Okay.  So you'd heard about the firm
20      from reputation?
21   A. Right.
22   Q. Okay.  And did you talk to anybody else
23      that you worked with, any other

Page 154

1       plaintiffs in this, before you came to
2       see a lawyer?
3    A. Me and Ervin and William, we always
4       talked, you know, so we just got
5       together.
6    Q. You and Ervin and William Ragland?
7    A. Uh-huh.  Pat, Ralo, Jack.  Dude named
8       Steve, but can't find him no more.
9       Don't know where he's at.
10   Q. So he was going to join the lawsuit
11      with you guys, but then --
12   A. He had no money.  He changed jobs.  I
13      think he --
14   Q. When did -- I'm sorry.
15   A. Go ahead.
16   Q. I didn't mean to interrupt.  I'm sorry
17      about that.  When did you and Ervin and
18      William and everybody else that's a
19      plaintiff in this lawsuit first sit
20      down and talk about filing a lawsuit?
21   A. October.
22   Q. So you talked about it in October and
23      then you came and saw a lawyer about

Page 155

1       it?
2    A. October.
3    Q. Whose idea was it, if you remember, to
4       join a lawsuit?
5    A. That was all of us.
6    Q. Who first talked about it, if you
7       remember?
8    A. Me and Ervin -- me and Ervin, Pat and
9       Bill.  That's it.
10   Q. Did you or Ervin or Patrick or Bill
11      ever try to get anybody else to be
12      involved?  You mentioned a guy named
13      Steve.  Do you know his last name?
14   A. No.  We just -- like I said, everybody
15      going on their own experience, what was
16      going on with them.
17   Q. Right.  Did you ever talk to anybody
18      else at Mansfield who you thought had a
19      similar experience but is not a
20      plaintiff in this lawsuit?
21   A. Like I say, I didn't talk to many
22      people out there.
23   Q. Okay.

Page 156

1    A. Especially about business.
2    Q. Yeah.  So just the plaintiffs --
3    A. Right.
4    Q. -- that are in this?  Okay.  And
5       when -- you said that you and Ervin and
6       William and Ralo and Jack and Patrick
7       sat down and talked about this, talked
8       about the things that were going on,
9       what was said?  What did you guys say
10      to each other?
11   A. I would say stuff like, Man, Johnny
12      Crutchfield is racist.  We can do
13      something about this.  And then Yogi
14      say, Well, you know, he skipped all
15      over me.  You know what I'm saying?
16      Stuff like that.
17   Q. And Yogi is Ervin; right?
18   A. Yeah.
19   Q. I've read that, but I just want to be
20      sure it's clear on the record.
21   A. Uh-huh.
22   Q. Do you remember anything else
23      specifically that was said that you

39  (Pages 153 to 156)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 157

1  guys talked about?
2  A. You know, like, when we get off work,
3     I'm not the one that's going to ride
4     around and shoot the breeze because I
5     was married to a minister.
6  Q. Okay.
7  A. So I'd go home to my wife. See what
8     I'm saying? My wife's a minister.
9  Q. Yeah.
10 A. So, you know, I go home and don't be
11    doing too much talking.
12 Q. So you talked to them, it sounds like,
13    that one time in October. Did y'all
14    talk about it again after that?
15 A. No. We came down here and did
16    paperwork. And from there we just
17    respond to all paperwork. That's what
18    I do.
19 Q. All right. If I had to ask you to
20    identify who you consider to be, you
21    know, the main players in this, or the
22    bad guys at Mansfield, the people who
23    made the environment the way that you

Page 158

1  say it was, who would you say?
2  A. Johnny Crutchfield and Johnny Reed.
3  Q. Okay.
4  A. I wouldn't even put Corey in it. We
5     just got off to a bad understanding.
6  Q. Right. So that was a more personal
7     thing between you and Corey?
8  A. Yeah. But Johnny Reed and Johnny
9     Crutchfield.
10 Q. Okay. Anybody else?
11 A. Uh-uh. (Witness shakes head.)
12 Q. All right. Let's go through the
13    paperwork. And a lot of this I want to
14    make sure it's your signature and kind
15    of get it on the record.
16    (Defendants' Exhibit 1 was
17    marked for identification.)
18 Q. I'm going to mark this first as
19    Defendants' Exhibit 1. And is that
20    your handwriting and then your
21    signature on the second page?
22 A. You gave me Ervin's. Oh, it says
23    referred by Ervin. Okay.

Page 159

1  Q. Yeah.
2  A. Yeah, this is me.
3  Q. Okay.
4  A. Yeah, this is me. That's my lazy
5     handwriting.
6  Q. Okay.
7  A. And my signature, that's it.
8  Q. All right.
9     (Defendants' Exhibit 2 was
10    marked for identification.)
11 Q. The next one will be Exhibit 2. This
12    is Defendants' Exhibit 2. Have you
13    ever seen this sheet of paper before?
14 A. No.
15 Q. At the top it has the date and it says
16    9/11/02. Is that when you remember
17    starting?
18 A. Yes.
19 Q. And then it has you starting at -- it
20    says rate of pay eight dollars an hour?
21 A. Right.
22 Q. And position held, helper. Is that the
23    way you remember things?

Page 160

1  A. Yes. I think he said laborer, but you
2     said helper. Okay. Yeah.
3  Q. Okay. But you were a laborer?
4  A. Yeah.
5  Q. Okay.
6     (Defendants' Exhibit 3 was
7     marked for identification.)
8  Q. All right. The next one is Defendants'
9     Exhibit 3. Okay. Is that your
10    handwriting --
11 A. Yes.
12 Q. -- on that sheet of paper?
13 A. Yes.
14    (Defendants' Exhibit 4 was
15    marked for identification.)
16 Q. All right. The next is going to be
17    Defendants' Exhibit 4. How about that,
18    is that your handwriting, your
19    signature at the bottom of that page?
20 A. Yes, ma'am.
21 Q. And it looks like these were all signed
22    on September 11, 2002.
23 A. Okay.

40 (Pages 157 to 160)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 161

1  Q. So are these papers that you filled out
2     when you started working that day at
3     Mansfield?
4  A. Uh-huh.
5  Q. You said you went to the GE
6     orientation.
7  A. Right.
8  Q. And then you went and filled out some
9     paperwork at Mansfield?
10 A. Right.
11 Q. And that's what all this is?
12 A. I guess that's right.
13       (Defendants' Exhibit 5 was
14       marked for identification.)
15 Q. Next will be Defendants' Exhibit 5. Do
16    you remember ever getting this?
17 A. Rules and regulations?
18 Q. Yes. Do you remember seeing that?
19 A. Not from GE. Not from Mansfield.
20    Mansfield ain't never give us nothing.
21 Q. So if you'll look down at Number 16
22    down there where it says --
23 A. Absenteeism and tardiness or unexcused

Page 162

1     absenteeism or tardiness.
2  Q. Do you remember ever seeing that?
3  A. I never saw this sheet of paper, like I
4     said.
5  Q. Okay.
6        (Defendants' Exhibit 6 was
7        marked for identification.)
8  Q. Next we have Defendants' Exhibit 6. Is
9     that your signature down at the bottom
10    there?
11 A. Yes, ma'am.
12 Q. All right. And is that also something
13    you filled out on that first day when
14    you started?
15 A. That's my signature.
16 Q. Okay.
17       (Defendants' Exhibit 7 was
18       marked for identification.)
19 Q. Next we have Defendants' Exhibit 7.
20    How about that, is that your signature
21    down at the bottom?
22 A. That's my signature.
23 Q. And Social Security number?

Page 163

1  A. Uh-huh. That's mine.
2  Q. All right.
3        (Defendants' Exhibit 8 was
4        marked for identification.)
5  Q. Next we have Defendants' Exhibit 8.
6     How about that one, is that your
7     signature?
8  A. That's mine. That's my signature and
9     my Social Security number.
10 Q. Okay.
11       (Defendants' Exhibit 9 was
12       marked for identification.)
13 Q. And next we have Defendants' Exhibit 9.
14    All right. How about that, is that
15    your signature down at the bottom?
16 A. That's mine.
17 Q. And your handwriting right there?
18 A. That's mine.
19 Q. All right.
20       (Defendants' Exhibit 10 was
21       marked for identification.)
22 Q. Next we have Defendants' Exhibit 10.
23    How about that, is that your

Page 164

1     handwriting at the top and your
2     signature down in the middle there?
3  A. That's mine.
4  Q. Okay.
5        (Defendants' Exhibit 11 was
6        marked for identification.)
7  Q. Next we have Defendants' Exhibit 11.
8     Okay. And this says Mansfield
9     Conflict, Harassment, and Violence in
10    the Workplace Program. Do you remember
11    receiving this when you started that
12    first day --
13 A. No, ma'am.
14 Q. -- filling out all that paperwork?
15    I'll give you a chance to look through
16    it so you can be sure it doesn't look
17    familiar to you.
18       (Witness reviews document.)
19 A. No, ma'am. I can tell by the front
20    page.
21 Q. Okay.
22 A. I understand what I read.
23 Q. So you don't think you've ever seen

41 (Pages 161 to 164)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 165

1    that before?
2    A. I never saw this before.
3    Q. Okay. Next I'm going to give you
4    Defendants' Exhibit 12.
5        (Defendants' Exhibit 12 was
6        marked for identification.)
7    Q. Okay. If you'll look at that front
8    page, it says this is the Code of
9    Conduct and Safe Practices Employee
10   Handbook. Have you ever seen this
11   before?
12   A. I never had a handbook.
13   Q. You never got one of these?
14   A. I never got a handbook, now.
15   Q. If I could ask you to turn to page --
16   you'll see it's front and back. But if
17   you'll see, it says page 11 of 67 down
18   in the bottom right corner. It will
19   say page 11 of 67. Do you see that
20   down there?
21   A. I got bad eyesight.
22   Q. It should be -- if you're starting from
23   the beginning, it's about the fourth

Page 166

1    page you turn to.
2    A. Fourth page?
3    Q. Yeah.
4    A. One, that's two, that's three, and four
5    right there.
6    Q. Does it say at the bottom in real small
7    letters, does it say page 11 of 67 down
8    there at the bottom?
9    A. Yes, it does.
10   Q. It is pretty small. Sorry about that.
11   Okay. Up at the top left of that page,
12   it says absenteeism?
13   A. Right.
14   Q. And that's on page 10 of 67?
15   A. Right.
16   Q. And it talks about Mansfield's
17   absenteeism policy?
18   A. Right.
19   Q. Do you recall knowing about Mansfield
20   having any kind of policy against being
21   absent from work?
22   A. Like I say, when I went to work that
23   day, GE plant gave me an orientation.

Page 167

1    And when I went down there, Johnny
2    Crutchfield gave me a hard hat, some
3    gloves, and said, Let's go to work.
4    Q. Well, did you understand it probably
5    wasn't a good thing to be absent?
6    A. I understand that part, yes, ma'am.
7    Q. But you didn't know about any policy?
8    A. No policy. Like I said, I didn't never
9    have a handbook.
10   Q. Okay. How about -- also on that page,
11   on the flip side where it says,
12   Conflict, harassment, and violence in
13   the workplace.
14   A. On the flip page of that?
15   Q. That same page you were on before, just
16   on the other side.
17   A. Company equipment, conflict, harassment
18   in the workplace?
19   Q. Yeah. Do you remember ever knowing
20   about a policy that Mansfield had --
21   A. No, ma'am.
22   Q. -- against harassment in the workplace?
23   A. No, ma'am.

Page 168

1    Q. Okay. And if you'll look towards the
2    back of this, towards the back of the
3    whole packet, it has all these blank
4    tests that look like this (indicating)
5    towards the end, I think the last few
6    pages. It starts on page 43 of 67.
7        (Witness complies)
8    Q. Okay. Do you see all those tests? Do
9    you remember taking a series of tests
10   when you started working --
11   A. No.
12   Q. -- at Mansfield? Okay.
13       (Defendants' Exhibit 13 was
14       marked for identification.)
15   Q. Next I have Defendants' Exhibit 13.
16   And these are the same. And if you
17   want to look back at the thing you can,
18   but these were the same tests that were
19   in the back of that employee handbook
20   we just looked at. Do you remember --
21   is that your signature at the bottom of
22   that front page?
23   A. That's my signature, yes.

42 (Pages 165 to 168)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 169

1  Q. Do you remember taking these tests that
2    are attached here when you first
3    started on that first day?
4  A. That's my signature. I don't remember
5    this sheet.
6  Q. And you can kind of flip through if you
7    want to. They're all -- I put them
8    separately -- I mean I put them all
9    together so we wouldn't have to go
10   through each one. There's a hazard
11   communication test.
12 A. Okay. Let me see.
13       (Witness reviews document.)
14 A. This might have been a test they gave
15   us after we might have saw a picture
16   film or something.
17 Q. Okay. Because it's dated the same day
18   as all these other papers that you
19   signed. I just want to know if you
20   remember taking these tests.
21 A. I don't really -- that's my signature.
22   I mean, that's my name up there.
23 Q. Does that look like your handwriting to

Page 170

1    you?
2  A. Looks like my handwriting.
3  Q. You just don't remember taking them?
4  A. I ain't never saw no score. I see you
5    got 70 there.
6  Q. You did pretty good on some of them,
7    though, it looks like.
8  A. I don't remember all this.
9  Q. Okay. So you don't remember taking the
10   test at all?
11 A. I must have took it, but I'm just
12   saying.
13 Q. Yeah. You just don't remember?
14 A. Yeah.
15       (Defendants' Exhibit 14 was
16       marked for identification.)
17 Q. This is Defendants' Exhibit 14. And
18   this is -- you'll see at the bottom it
19   says page 57 of 67, and this is also
20   from that same handbook. Are those
21   your signatures --
22 A. Uh-huh.
23 Q. -- right there?

Page 171

1  A. Uh-huh.
2  Q. Do you remember signing this sheet of
3    paper?
4  A. I remember -- I remember taking drug
5    tests.
6  Q. Do you remember reading this sheet of
7    paper and signing your name after
8    you --
9  A. I really can't remember all this.
10 Q. But that does look like your signature?
11 A. That's my signature. I took a bunch of
12   drug tests out there. I took about
13   three. I passed every one of them.
14   Yeah.
15 Q. Okay. And on that bottom part it
16   says -- the third signature of yours it
17   says, My signature below verifies that
18   I have received my copy of the Company
19   Employee Code of Safe Practices
20   Handbook.
21 A. Yeah. But I ain't never received no
22   handbook. Johnny said, Just sign this
23   and you'll get a book.

Page 172

1  Q. So you didn't read what you signed
2    before you signed it?
3  A. I read it. But he said he had books,
4    but he never gave us a book.
5  Q. Okay. Did you ever ask about one after
6    he said --
7  A. We always used to ask about our
8    handbook, me and Ervin, because, you
9    know, he wants us to go by the company
10   rules and regulations. We wanted to
11   know why we couldn't get our insurance.
12 Q. So you asked for a handbook and nobody
13   gave it to you?
14 A. Nobody gave it to me.
15 Q. Who did you ask for a handbook?
16 A. Johnny Crutchfield. I always talked
17   straight to Johnny.
18 Q. Do you remember when you asked him for
19   a handbook?
20 A. When we first started working, first
21   week, because I'd be wanting to know
22   what's going on. When I got hired, I
23   asked for my book. I said, Don't I get

43  (Pages 169 to 172)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 173

1  a handbook or some kind of instruction
2  to this place around here so I can know
3  what's going on?
4  Q. And what did he say?
5  A. Said he's going to get me one.
6  Q. He never did?
7  A. Never did.
8  Q. But you signed this sheet right here
9  that was at the back of that handbook
10  and then you signed -- this test right
11  here, you took all these tests, but you
12  still don't remember ever seeing that
13  handbook?
14  A. No, I don't.
15  Q. Okay.
16  A. Never gave me a handbook.
17  Q. All right.
18      (Defendants' Exhibit 15 was
19      marked for identification.)
20  Q. Next we have Defendants' Exhibit 15.
21  Do you remember seeing this before?
22  A. Uh-uh.
23  Q. Okay. It looks like it's a wage scale

Page 174

1  adjustment. It looks like it's a paper
2  that's filled out when somebody's wages
3  get changed. And it looks like,
4  according to this paper, on April 1 you
5  got a raise of a dollar an hour, up to
6  nine dollars an hour. Do you remember
7  that?
8  A. I don't remember this sheet. I
9  remember the raise. They told me I had
10  a raise.
11  Q. This may be something they just do
12  internally. I don't know.
13  A. All right.
14  Q. And then on the comments it says, He is
15  a good worker. And it looks like it's
16  submitted by Johnny Crutchfield.
17  A. Right.
18  Q. So you do remember getting that raise.
19  Does sound about --
20  A. Yeah.
21  Q. -- the time you got the raise?
22  A. I only got one raise.
23  Q. Okay.

Page 175

1      (Defendants' Exhibit 16 was
2      marked for identification.)
3  Q. Next we have Defendants' Exhibit 16.
4  Have you ever seen that before?
5  A. No. He just told me I was fired.
6  Q. It sounds like you were right about the
7  date. You said it might have been
8  December 4, '03, and that's what it
9  looks like it is.
10  A. They just told me I was fired. I
11  didn't sign none of this. I didn't see
12  no paper.
13  Q. Yeah. I don't --
14  A. I'm just saying, I didn't see this
15  sheet. This is my first time seeing
16  this sheet. I see where I'm discharged
17  for absentee. Yeah.
18  Q. And then you see at the bottom it says
19  recommended rehire and dated 12/9/2003.
20  And the last day you worked was
21  12/4/03?
22  A. Uh-huh.
23  Q. Does that sound about right to you as

Page 176

1  far as the date?
2  A. Uh-huh.
3  Q. Okay.
4      (Defendants' Exhibit 17 was
5      marked for identification.)
6  Q. The next document is Defendants'
7  Exhibit 17. And this, as you can see,
8  is a letter from this firm to the EEOC.
9  And it says, Please find the enclosed
10  employment discrimination claims for
11  the following, and your name is listed
12  on there. Have you ever seen this
13  letter before?
14  A. It came from the EEOC?
15  Q. Yes.
16  A. I talked to some people from the EEOC
17  that came here.
18  Q. Okay. But did you see this letter
19  before? That's all I'm asking. You
20  may not have.
21  A. I'm just saying. I mean, they came
22  here and we talked to them in this
23  office right here.

44  (Pages 173 to 176)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 177

1  Q. Do you remember when that was, when
2     they came here and you talked to them?
3  A. They came here, like -- I can't
4     remember the date. I know they came
5     here with some other guys.
6  Q. Was it after you got terminated --
7  A. Yes.
8  Q. -- from Mansfield?
9  A. Yes.
10 Q. Okay. So sometime after December --
11 A. Yeah.
12 Q. -- '03?
13 A. Yes, ma'am.
14     (Defendants' Exhibit 18 was
15     marked for identification.)
16 Q. Next we have Defendants' Exhibit 18.
17    And at the top you'll see it says,
18    Charge of Discrimination. And is this
19    your EEOC charge against Mansfield?
20    Have you ever seen this?
21 A. I got -- see my signature on the paper.
22 Q. Do you remember reading over this
23    paper?

Page 178

1  A. I see -- let's see. I remember what's
2     on here.
3  Q. Specifically on that I was going to ask
4     you about that second page anyway. Do
5     you remember -- are those your words
6     there on that second page?
7  A. Some -- yeah. I haven't read all of
8     it, but I see.
9  Q. Take your time.
10    (Witness reviews document.)
11 A. I remember that. Uh-huh. I remember
12    that.
13 Q. Okay. Let's look back at that second
14    page that was typed out. Are those
15    your words?
16 A. Uh-huh. (Witness nods head.)
17 Q. So you agree with that?
18 A. That's what I told you.
19 Q. And do you know if you typed this out
20    or --
21 A. I didn't type this out.
22 Q. Do you know who did?
23 A. No.

Page 179

1  Q. Okay. Did you --
2  A. I wrote it on a piece of paper.
3  Q. So you wrote something down on a piece
4     of paper and then gave it -- who did
5     you give it to?
6  A. Probably my lawyer.
7  Q. And then from there somebody typed it
8     out --
9  A. I guess.
10 Q. -- onto this form?
11 A. Yes, I guess.
12 Q. Do you agree -- or is that a
13    representation of --
14 A. When I read it -- when I read it, it
15    just seemed like it was just yesterday.
16 Q. Okay.
17 A. Seemed like it was yesterday when I
18    started reading it.
19 Q. So those are your words. All right.
20    And I just kind of want to walk through
21    it. And we'll -- maybe it will help us
22    iron some of these dates down from
23    before.

Page 180

1     You say that the week before July 4
2  you were told that if you were going to
3  work all day on Friday you could go
4  home and come back on Monday.
5  A. That's --
6  Q. That's the incident we were talking
7     about earlier?
8  A. On Thursday, yeah.
9  Q. That Thursday. So when it says it was
10    the week before July 4, it looks like
11    July 4 was a Friday that year, I think.
12    I looked back at a calendar.
13 A. Okay.
14 Q. Was this Fourth of July week or the
15    week before Fourth of July?
16 A. Probably the week before because it
17    wasn't the Fourth of July.
18 Q. So it wasn't the Fourth of July week?
19 A. Right.
20 Q. It was the week before that?
21 A. Uh-huh.
22 Q. So towards the end of June?
23 A. Right.

45 (Pages 177 to 180)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 181

1 Q. So it was probably the last Friday in
2   June?
3 A. Like I said, it was that Thursday. But
4   I remember I came that Friday and I was
5   sent back home two days that Monday.
6 Q. So it was Friday, probably the last
7   Friday in June, and then Monday and
8   Tuesday following, and then the Fourth
9   of July came up the next week?
10 A. Probably so.
11 Q. That's what it says here and so I just
12   wanted --
13 A. Okay.
14 Q. I mean, is that the way you remember
15   it?
16 A. Like I say, it seems like -- I don't
17   know the dates, but when I started --
18      MR. PETTAWAY: Fourth of July
19   2003? Yeah, July 4th was Friday.
20 A. It might have been -- it might have
21   been after.
22 Q. Okay.
23 A. It might have been after.

Page 182

1 Q. Did you -- it looks like you signed
2   this EEOC charge here on February 16,
3   '04, this front page right here. It
4   looks like it was signed on
5   February 16, 2004.
6 A. Yeah.
7 Q. And so I'm guessing that you wrote this
8   statement sometime around that time?
9 A. Yeah.
10 Q. Is that the way you remember it?
11 A. Yeah.
12 Q. Would you agree your memory probably
13   then when you wrote this is probably
14   pretty clear about --
15 A. Yeah.
16 Q. -- the dates? Or at least clearer than
17   it is today?
18 A. Right.
19 Q. That's all I'm asking. I'm just trying
20   to get us to iron down these dates.
21 A. Okay.
22 Q. So that's the first paragraph. We
23   talked about that earlier. And then

Page 183

1   the next thing it talks about, it says
2   that around August 6, 2003, you were
3   sent to work on the other side with one
4   person?
5 A. Uh-huh.
6 Q. Now, is that the time you got in an
7   argument --
8 A. That's the time he was --
9 Q. -- with Corey?
10 A. That's when he was telling Ervin he got
11   something for me. So he sent me down
12   here like a punishment. And he told me
13   don't come back until he come gets me.
14   So if you don't come get me, that means
15   when I come back to work the next day I
16   go back where you sent me to.
17 Q. And who was it that told you --
18 A. Corey.
19 Q. -- about it? And does this have
20   anything to do with what we were
21   talking about earlier when you said you
22   and Corey -- when he was on your back?
23 A. Right.

Page 184

1 Q. And then he went and talked to Johnny
2   and Johnny told you to shut up?
3 A. Right.
4 Q. So this is that same incident?
5 A. Right.
6 Q. So you have on here that happened
7   around August 6, 2003.
8 A. Right. My birthday.
9 Q. That's your birthday?
10 A. I'll never forget it.
11 Q. That makes it easy to remember. So
12   that's what we were talking about
13   earlier. All right.
14      (Defendants' Exhibit 19 was
15      marked for identification.)
16 Q. I'll mark this next one as Defendants'
17   Exhibit 19. And this looks like it is
18   addressed to General Electric Company,
19   so to GE, and it looks like it's also a
20   charge of discrimination. Over on that
21   third and fourth page the sheet looks
22   like the one we just looked at except
23   it's dated in April of '05. Is that

46 (Pages 181 to 184)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 185

1  your signature down at the bottom
2  there?
3  A. Yes, ma'am.
4  Q. And then the very last page of this
5  little packet is a sheet of paper that
6  looks a lot like the one we just looked
7  at. It says, Particulars of Nathaniel
8  Lamar. Will you look over that and
9  tell me if those seem like your words?
10      (Witness reviews document.)
11 A. I say Johnny -- I remember Johnny had
12 left early that morning, Johnny
13 Crutchfield did. That left Johnny Reed
14 in charge.
15 Q. And this is the day that you got --
16 which day is that?
17 A. That's the day he told me to shut up.
18 Q. So that first paragraph?
19 A. Yeah.
20 Q. I'm sorry. The second paragraph.
21 A. The second paragraph.
22 Q. That was Johnny Reed, then, that told
23 you to go home?

Page 186

1  A. Yeah. And he didn't even have the
2  power to send me home.
3  Q. Okay. So that's the only thing. But
4  do you remember writing this down on a
5  note somewhere and somebody typing this
6  up?
7  A. Uh-huh.
8  Q. And the same thing, do you remember who
9  you gave that handwritten note to?
10 A. Yeah. My lawyer.
11 Q. To your lawyers. Do you have a copy of
12 that handwritten note anywhere?
13 A. No.
14 Q. Same is true for the other sheet, do
15 you have a copy of that?
16 A. No.
17 Q. You don't have a copy of that?
18 A. No.
19     (Defendants' Exhibit 20 was
20     marked for identification.)
21 Q. I'll mark this next one as Defendants'
22 Exhibit 20. Okay. If you'll just kind
23 of look over this and then -- both

Page 187

1  pages and then I'll --
2  A. That's the guy's name. Earl.
3  Q. Okay.
4  A. The guy that got his insurance.
5  Q. That's the guy that got the insurance
6  you talked about earlier?
7  A. Earl. Yes, Earl.
8  Q. I'll let you look through that and then
9  I'm going to ask you a couple questions
10 about it.
11     (Witness reviews document.)
12 A. That's the man's name from Louisiana,
13 Terry.
14 Q. Okay. After looking at this, is that
15 your signature on that second page?
16 A. Yeah.
17 Q. And was this the same thing, did you
18 handwrite something --
19 A. Yes.
20 Q. -- and then give it to somebody to
21 type?
22 A. (Witness nods head.)
23 Q. Do you remember who you gave your

Page 188

1  handwritten notes to?
2  A. I gave everything to my lawyer.
3  Q. So do you know who typed this up?
4  A. I don't know who typed it.
5  Q. Does this look like the same thing that
6  you wrote out --
7  A. Yes.
8  Q. -- whenever you wrote something by
9  hand?
10 A. When I read it, you know . . .
11 Q. It's familiar to you?
12 A. Yes.
13 Q. Okay. And do you have a handwritten
14 note or a copy of the handwritten note
15 that you ever --
16 A. No. I went home and I was told to
17 write down everything that had happened
18 to me. When I wrote that down on a
19 piece of paper, I brought it to my
20 lawyer.
21 Q. And that's the last you saw of it?
22 A. Yes.
23 Q. Got you. Okay. Well, let's go through

47  (Pages 185 to 188)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 189

1  a couple of things on here I wanted to
2  ask you about. A lot of this is stuff
3  that we've already talked about. I
4  think most of it is. It talks about
5  Jeff sleeping in the pipe rack. We
6  already talked about that. And then it
7  talks about -- okay. I was a little
8  confused about this second paragraph
9  where it starts talking about in July
10  of 2003, Ervin, Cindy, and I were
11  working when Radcliff, the GE safety
12  man, told us to come up because waste
13  was backing up. What is that talking
14  about?
15  A. Like fumes. The fumes I was talking
16  about. They deal with chemicals and
17  they might get a leak. You got to
18  leave that area.
19  Q. Is that the same thing you were talking
20  about with the beepers --
21  A. Yeah, something like that.
22  Q. -- you told me about earlier?
23  A. But Cindy wasn't working with us in

Page 190

1  that area, so it had to be something
2  different.
3  Q. Do you remember any details about that?
4  A. I remember -- this is where he took me
5  and Cindy down there to plant one. And
6  that was, like, on that Friday. And we
7  was working. So when the end of the
8  day comes, I just went on to the gate
9  and them other guys had to come up. So
10  when we went to work that Monday, just
11  like it say, I went back to plant one
12  because the guy didn't tell me to come
13  back. His words was, Don't come back
14  until I come get you. And when I went
15  to work that Monday, Johnny Reed and
16  Johnny Crutchfield saw me working.
17  He's going to leave his area and come
18  down here and ask them what I'm doing
19  down there when he sent me down there.
20  Q. And is that the same incident you were
21  talking about --
22  A. Right.
23  Q. -- when you and Corey Watson and --

Page 191

1  A. Yeah.
2  Q. -- you both went into the office and
3  talked to Johnny Crutchfield and you
4  said Johnny Crutchfield told you to
5  shut up?
6  A. Right.
7  Q. That's the same --
8  A. Right.
9  Q. -- thing we talked about? Okay. And
10  then the next thing you talked about,
11  an incident with a guy named Terry?
12  A. Right.
13  Q. Is that the guy from Louisiana you were
14  telling me about?
15  A. Right. That's the one that said that
16  Johnny said if you wasn't going to work
17  the whole day, don't even come in.
18  Q. And that's the same incident we talked
19  about with the Friday, you had the
20  problem, you went home and came back
21  and all that?
22  A. Right.
23  Q. Okay. And then the next paragraph

Page 192

1  looks like stuff we already talked
2  about also. Okay. On the second page,
3  tell me about that first paragraph on
4  that second page. Towards the end, it
5  sounds like there was some kind of
6  problem with you smoking.
7  A. Oh, yeah. Okay. I remember that, too.
8  Smoke breaks. You can't get no smoke
9  breaks.
10  Q. Okay. So --
11  A. But then Earl -- like I say, Earl go
12  over there and smokes his cigarettes.
13  Like when you leave the break area --
14  say you leave the break area at 9:30.
15  Now, to smoke a cigarette -- you can't
16  go over there for no reason at all
17  until lunchtime, which I don't think is
18  right because you don't know when I got
19  to smoke. But then, you know, at first
20  we were doing it. So we kept on
21  seeing -- Earl kept on going over
22  there, and he wouldn't ever say nothing
23  to Earl.

48  (Pages 189 to 192)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 193

1  Q. Okay.
2  A. So I started going over there smoking,
3     too.
4  Q. And then you say you started going over
5     there smoking and Reed did not
6     discipline me or say anything else?
7  A. Right.
8  Q. So is that just one time --
9  A. I didn't have no, like -- like I said,
10    Earl used to go over there and smoke.
11    He told us couldn't nobody -- once you
12    go over there in the pipe rack or
13    whatever, don't come back to the break
14    area no more.
15 Q. And so --
16 A. See, the break area and the bathroom
17    right beside each other. So when
18    you -- from 9:30 to twelve o'clock, you
19    can't tell me when to go to the
20    bathroom or not.
21 Q. Okay.
22 A. So while you're walking by that way,
23    you can smoke a cigarette and go sit

Page 194

1     down while you're going back. But, you
2     know, the way he was saying it, like
3     you were going to be fired if he catch
4     you over there. So I wasn't going over
5     there because I needed my job.
6  Q. Then you saw Earl doing it?
7  A. But Earl kept on doing it.
8  Q. Okay. And so then you did it?
9  A. Right.
10 Q. And then it says that you did not --
11    that Reed did not discipline me or say
12    anything else?
13 A. Uh-uh.
14 Q. That's the way you remember that
15    happening?
16 A. Because, see, he started coming there
17    himself, Johnny Reed did. They were
18    smoking together. Yeah, he started
19    coming there himself.
20 Q. So once you decided to start going over
21    there, too, nothing was said to you?
22 A. Nothing was said. But it's a threat, a
23    threat. You see what I'm saying?

Page 195

1  Q. So there's a rule against it?
2  A. Wasn't no rule. They made this up.
3  Q. But somebody told you not to go over
4     there and --
5  A. Johnny Reed and them said, Once you go
6     over there, don't come back over here
7     or else we're going to fire you.
8  Q. Who'd they say that to?
9  A. Said it to all of us sitting there.
10 Q. Okay.
11 A. But then, like I said, Earl go back and
12    smoking.
13 Q. So you decided you were going to --
14 A. Right. He ain't no better than me.
15 Q. All right. Let's look at -- okay.
16    Towards the very end, it says, In
17    December 2003, Jack and I did not go to
18    work on Friday. On Monday, Johnny Reed
19    called me to the truck and fired me
20    with no verbal warning or suspension.
21    Okay. Tell me what happened
22    surrounding when you got fired. Why
23    didn't you come to work on that Friday?

Page 196

1  A. I can't remember. But I know I didn't
2     go if Jack didn't go. And when we got
3     there Monday, he just told us to go
4     back home.
5  Q. Okay.
6  A. Like I said, it's his job. So I walked
7     off.
8  Q. Okay. All right.
9  A. But I didn't sign no papers where I,
10    you know, like got verbal warned and
11    then you get suspended for this. I
12    didn't see none of that. Just go on,
13    you're fired. But at that time, they
14    knew about this.
15 Q. Who did?
16 A. The super.
17 Q. How did they know about it?
18 A. I don't know.
19 Q. Who knew about it?
20 A. Johnny Reed and Johnny Crutchfield.
21 Q. That was in December of 2003?
22 A. Uh-huh.
23 Q. You guys didn't file a lawsuit or

49 (Pages 193 to 196)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 197

1  anything yet then?
2  A. I was fired. Yes, he did.
3  Q. It looks like the EEOC charge was dated
4     in February of '04.
5        MR. PETTAWAY: Object to the
6  form of the question.
7  A. Excuse me?
8  Q. Let's look back at Exhibit 18. It
9     should be in that stack you have. It
10    looks like this (indicating).
11 A. I filed the lawsuit before I got fired.
12 Q. You talked to a lawyer before you got
13    fired?
14 A. Right. Right. Put it like that, then.
15    Okay. Yeah.
16 Q. Sorry. I know you don't know all our
17    legal talk.
18 A. Right. Right.
19 Q. So you talked to a lawyer before that?
20 A. Right.
21 Q. And then you got fired?
22 A. Right.
23 Q. Okay. And then if you'll look back at

Page 198

1     Exhibit 18, it looks like then you --
2     this charge of discrimination with the
3     EEOC is dated February 16, '04.
4  A. I'm just saying, you know. I see
5     2/16/04.
6  Q. So does that look right? So you talked
7     to a lawyer --
8  A. I know we talked to a lawyer. But I'm
9     just saying, though, I don't know all
10    the terms, but I know before I got
11    fired we had did some paperwork and
12    came down here and talked to these
13    people.
14 Q. Okay. And you said that when -- when
15    this happened, when you got fired in
16    December, you said they knew about the
17    lawsuit?
18 A. Yeah.
19 Q. Who knew about it?
20 A. Well, Johnny Reed told me about it,
21    too.
22 Q. What did he say to you?
23 A. I heard y'all suing the plant.

Page 199

1  Q. What did you say?
2  A. I didn't say nothing to him. I told
3     him I wasn't talking to him.
4  Q. But it looks like Johnny Crutchfield
5     was the one -- no. I'm sorry. It was
6     Johnny Reed.
7  A. Johnny Crutchfield didn't even fire me.
8     Johnny let Johnny Reed fire me.
9  Q. So Johnny Reed fired you. And he told
10    you he knew about the lawsuit?
11 A. Yeah. I heard y'all going to be rich.
12    Them his words.
13 Q. When did he say it?
14 A. I can't remember when that was.
15 Q. All right. And you said that you
16    didn't receive any kind of verbal --
17 A. Nothing.
18 Q. -- or written warning or anything. But
19    then it looks like -- earlier we talked
20    about you said that there was at least
21    one occasion where Johnny Crutchfield
22    chewed you and some other guys out for
23    being late to work?

Page 200

1  A. Right.
2  Q. And then there was another occasion
3     where you didn't come in on a Friday
4     and then you had a two-day suspension
5     after that.
6  A. Right.
7  Q. So you didn't understand from both
8     those that you shouldn't be absent?
9  A. Didn't nobody say nothing about no
10    warning. They didn't say no warning.
11    And then, like I say, on that Friday --
12    we wasn't working but four days a week.
13    You see what I'm saying?
14 Q. Why is that?
15 A. Monday through Thursday.
16 Q. So nobody worked on Fridays?
17 A. If they wanted to. It wasn't
18    mandatory. Like I say, he said nothing
19    about I was going to be fired or
20    anything like that.
21 Q. So that time that you -- that time that
22    you didn't come in on a Friday, which
23    was, we said, I think before the Fourth

50  (Pages 197 to 200)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 201

1   of July, and then you came in that
2   afternoon and got yelled at and then
3   were suspended for two days, you didn't
4   take that two-day suspension as a
5   warning?
6   A. He didn't tell me.
7   Q. Okay.
8   A. I can't read his mind.
9   Q. All right.
10  A. Like I say, he just said, Go on home.
11  Q. All right.
12      (Defendants' Exhibit 21 was
13      marked for identification.)
14  Q. The next is Defendants' Exhibit 21.
15  And that is Plaintiff Nathaniel Lamar's
16  Answers to Defendant's First Set of
17  Interrogatories. And if you will
18  please flip to the last page of that,
19  or the next to last page, page 5 of
20  that.
21      (Witness complies.)
22  Q. Does that look like your signature
23  there on that page?

Page 202

1   A. Yes, ma'am.
2   Q. All right. I just want to ask you a
3   couple questions about these. On the
4   second page -- well, on the first page
5   on Number 2 we ask you to identify all
6   persons with knowledge of any facts
7   that support or relate to any of the
8   allegations in the Complaint. And then
9   your answer starts at the top of
10  page 2. And you listed Patrick Lewis,
11  who I know, and Ervin Tarver, I know
12  who that is, and William Ragland, Ralo
13  Colvin, and Jack Richardson. Those are
14  all plaintiffs in this case. Then you
15  also listed Earl Sow. And a minute ago
16  I think you said that you thought Earl
17  was the person who had insurance?
18  A. Right.
19  Q. So is he white or African-American?
20  A. Earl Sow. Earl is -- Earl's a white
21  cat from Georgia. I didn't never know
22  his last name. All I know is Earl.
23  Q. You just know Earl. So that may or may

Page 203

1   not be Sow. Okay. He is white and
2   he's the one who came from Georgia, you
3   said?
4   A. Right.
5   Q. And then next you have listed Steve and
6   you have unknown after him.
7   A. Right.
8   Q. Which Steve is that?
9   A. That's the one we was talking about we
10  can't find no more.
11  Q. So he's not the one who was a foreman
12  when you first got there?
13  A. Uh-huh.
14  Q. He's the one that came later?
15  A. Uh-huh.
16  Q. And is he white or African-American?
17  A. Steve's black.
18  Q. And next you list Jeff Smitherman. How
19  about him?
20  A. That's the one got caught on the pipe
21  rack sleeping.
22  Q. And how about him, what's his race?
23  A. He's white.

Page 204

1   Q. Okay. And then you list Mr. Ben Gayle.
2   Did you say Ben rode to work with you
3   guys sometimes?
4   A. Yes.
5   Q. Is he white or African-American?
6   A. Black.
7   Q. Okay. And then you listed Gary Gordon.
8   A. He worked, like, a month, six weeks,
9   seven weeks, something like that.
10  Q. So less than two months with you?
11  A. He might have, yes.
12  Q. Was he out at the same plant you were?
13  A. Yes.
14  Q. Was he white or black?
15  A. He's black.
16  Q. Okay.
17  Q. So you listed all those people right
18  there. Is there anybody else that
19  would have any information about the
20  things that you told me about today
21  that might have been a witness to
22  anything or seen anything happen?
23  A. No, ma'am.

51  (Pages 201 to 204)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 205

1 Q. Okay. The other thing, on the next
2 page, on page 3, if you'll look at
3 Number 7 there at the top. It says,
4 Please provide the style of all
5 lawsuits to which the plaintiff has
6 been a party. And that just means a
7 plaintiff or a defendant in legal
8 terms. And it says, Answer: American
9 Apparel, insurance fraud.
10 A. Uh-huh.
11 Q. What was that American Apparel case
12 about, if you remember?
13 A. Like I say, it's -- well, you know,
14 they take money out for your insurance
15 or like a 410(k) [sic]. But then
16 before you know it, they done jumped to
17 it way over here somewhere and now it
18 will jump from there and you don't know
19 where your money is at. And then when
20 the plant closed down, we didn't get no
21 money so they sued. And they had,
22 like, a big ole thing and I got a
23 check.

Page 206

1 Q. So you were a plaintiff in that case?
2 A. Right.
3 Q. And you sued American Apparel. Was
4 that a class action? Do you know?
5 A. I don't know.
6 Q. Were there several plaintiffs involved?
7 A. About three hundred of them.
8 Q. Okay. And where were you working -- so
9 I guess -- American Apparel is the
10 company you talked about earlier?
11 A. Right.
12 Q. That was the --
13 A. That's the garment factory.
14 Q. That you worked at several times?
15 A. Yeah.
16 Q. Do you remember the date when you got
17 your check or any of that?
18 A. No, I don't.
19 Q. I bet we can find that out. Was
20 that -- was that here in Selma?
21 A. Right.
22 Q. Okay. So Dallas County courthouse?
23 A. It should be.

Page 207

1 Q. On page 5 where your signature is, on
2 Number 15 it says to identify all the
3 employees who worked on your shift at
4 the time the incidents happened. And,
5 again, Ervin Tarver, I know who that
6 is, Jack Richardson, William Ragland,
7 Patrick and Ralo and then Steve. Is
8 that the same Steve that just worked --
9 A. Same Steve.
10 Q. -- there for a few months?
11 A. No. Steve worked there for a good
12 little while.
13 Q. I'm sorry. That was --
14 A. That's the dude that -- he came down
15 here with us, but he didn't come back.
16 Q. Okay. So when did Steve work there?
17 A. I can't place it, but he worked there
18 for a good little while.
19 Q. Did he start after you started?
20 A. Yeah. Steve -- I think Steve stayed
21 there longer. After they had fired
22 everybody, Steve was still there.
23 Q. So he started after you did, but left

Page 208

1 after you did also?
2 A. Right.
3 Q. Okay. And you don't know where Steve
4 is?
5 A. No, I don't.
6 Q. Okay.
7 (Defendants' Exhibit 22 was
8 marked for identification.)
9 Q. Next is 22. And I think this is my
10 last one. And this is Plaintiff
11 Nathaniel Lamar's Response to
12 Defendants' First Request for
13 Production of Documents. If you'll
14 just kind of look through that. And
15 this didn't have to be signed by you,
16 but do you remember -- do you remember
17 looking at our Request for Production
18 and giving some documents to your
19 lawyers, some tax documents and other
20 things?
21 A. Yes. I brought them what I had. Yes,
22 I brought what I had.
23 Q. And if you'll flip through, in that

52  (Pages 205 to 208)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

## Page 209

1  stack of documents that's attached
2  there is a page that looks like this
3  (indicating). It's your supplemental
4  statement of Nathaniel Lamar. I think
5  it's about midway through the packet.
6  A. Okay. Supplemental statement from the
7  plaintiff Lamar.
8  Q. Okay. And it says, GE's stalls in
9  plants two and five, and it says the
10  N-word, and it says white power on the
11  wall?
12  A. Remember I told you that?
13  Q. You told me about that.
14  A. Uh-huh.
15  Q. And then you say that Robert wore
16  Confederate headbands to work?
17  A. That's the one came in drunk. I'm -- I
18  can't say -- it's not for me to say
19  drunk. But you can smell alcohol on
20  him and he always cursed.
21  Q. Okay. And where did he work? Which
22  plant did he work in?
23  A. He worked at both of them because he's

## Page 210

1  painter. Painters moved around.
2  Q. So did he work at plant five at first?
3  A. He started off at plant five and then
4  he had went down there. He went to two
5  before we went down there.
6  Q. Okay.
7  A. So when he came down there, it's like
8  he had a clout so he used to run off at
9  the mouth all the time.
10  Q. Do you ever remember an argument
11  between Robert and Johnny Crutchfield?
12  A. Yeah. That morning. They were cussing
13  and fussing at each other like they
14  were two brothers, you know, like
15  brothers. This is boss and employee.
16  Q. Do you remember anything that Robert
17  said to Johnny Crutchfield?
18  A. I can't really recall, but I kind of
19  remember the job because we were taking
20  down some posts and they had put tents
21  like to keep the sun off, like a little
22  canvas, and he was talking about how
23  hot it was is all I can remember. Like

## Page 211

1  I say, we wasn't really working down on
2  that end. When we down there, I
3  guess -- I don't know.
4  Q. So did you hear the fight take place
5  between those two?
6  A. I didn't know nothing about no fight.
7  Q. Okay. How about an argument, did you
8  hear that argument?
9  A. I heard -- they was standing right here
10  arguing.
11  Q. So you heard them?
12  A. Yeah.
13  Q. Do you know what happened to Robert
14  after that argument?
15  A. No.
16  Q. Okay. And then you also say that Corey
17  Watson called you a black ass. Do
18  you --
19  A. Yeah.
20  Q. Did you hear him say that?
21  A. Yeah.
22  Q. When did he say that? Is that --
23  A. That's when we were riding -- we was

## Page 212

1  walking. We was walking to the plant
2  and he said he had something for me.
3  He said, I got something for you. And
4  he also let Bill, which is William, and
5  Ervin hear it too.
6  Q. Okay.
7  A. I said, Man, I don't know what he's got
8  against me, but, you know -- he's the
9  one that called me down five flights to
10  make some paint for somebody
11  downstairs. And if you're working with
12  a paint crew, you ought to know how to
13  make paint, too. And you're a foreman,
14  supervisor. Supervisor can't mix no
15  paint up?
16  Q. Okay.
17  A. Don't know how, really. That's what
18  I'm saying.
19  Q. So was that -- that goes back to what
20  you were saying earlier. Is that the
21  same instance when Johnny Crutchfield
22  told you to shut up? Was that the same
23  day?

53 (Pages 209 to 212)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 213

1   A. No, that wasn't the same incident.
2   Q. This is a different time?
3   A. He just said, Come down and make some
4      paint. For the lady with the one arm.
5      She couldn't, you know, do everything.
6      He's down there with her, but he don't
7      know what to mix. But he's over me.
8      That don't make no sense to me. You
9      have to know what you're doing. But he
10     didn't know what to do, so he called me
11     down because I was the closest one.
12     Them other guys was way up top, up a
13     little higher than me.
14  Q. All right. Well, those are all I have
15     as far as documents. I do want to just
16     go through one more time after we've
17     looked at everything and you've seen
18     all this stuff.
19        I'm just going to go through
20     everything that I have --
21  A. Okay.
22  Q. -- that we've talked about as far as,
23     you know, just kind of generally. And

Page 214

1      just now we read about -- you said that
2      Corey Watson called you a black ass?
3   A. (Witness nods head.) Uh-huh.
4   Q. You said -- you said that Robert was
5      drunk all the time?
6   A. You can smell it. You know, you can
7      smell it, which don't mean you're
8      drunk.
9   Q. Yeah. You can smell whiskey on him?
10  A. Yeah.
11  Q. And then you said that Corey Watson
12     shouldn't have been a supervisor
13     because he didn't have any
14     experience?
15  A. Right.
16  Q. You said that Corey Watson stayed on
17     your back. And you told me about the
18     incident where you and him went to
19     Johnny Crutchfield's office and Johnny
20     Crutchfield wouldn't listen to your
21     side of the story and you were
22     suspended. You told me about Jeff
23     Smitherman sleeping up on a pipe rack

Page 215

1      and not getting in trouble.
2   A. Right.
3   Q. You told me about you and Ervin Tarver
4      asking Johnny Crutchfield for insurance
5      and you never got it.
6   A. Right.
7   Q. You told me about Earl from Georgia
8      having his insurance card.
9   A. Right.
10  Q. You told me about Johnny Crutchfield
11     making the comment about a buzzard --
12  A. Right.
13  Q. -- that you felt was racial in nature.
14     You told me about the day that Terry,
15     the supervisor from Louisiana --
16  A. Right.
17  Q. -- told you that --
18  A. He told everybody, really. He wasn't
19     just talking to me.
20  Q. So you felt like he told you and
21     everybody --
22  A. He was talking to the whole group.
23  Q. Okay. So Terry told the whole group

Page 216

1      you guys didn't need to work on Friday
2      if you weren't going to work the whole
3      day?
4   A. Right.
5   Q. Okay. And so then you didn't and you
6      got in trouble and then got suspended?
7   A. Right.
8   Q. And you also told me about you felt
9      like plant five was mostly black
10     employees and plant two was mostly
11     white employees?
12  A. Right.
13  Q. You told me that on days that it would
14     start raining that those employees at
15     plant five would not get an opportunity
16     to work?
17  A. Right.
18  Q. You told me that Ervin Tarver should
19     have been promoted and he was not?
20  A. (Witness nods head.)
21  Q. You told me about you think that white
22     employees start at a higher pay rate
23     than black employees?

54  (Pages 213 to 216)

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 217

1   A. (Witness nods head.)
2   Q. You told me that when Jack Richardson
3     and you and several other black
4     employees that were with you guys
5     rode to work and got there late one
6     day --
7   A. Right.
8   Q. -- that you felt like the black
9     employees were disciplined.
10  A. Right.
11  Q. But Jack was not?
12  A. Right.
13  Q. You told me about -- also about the
14    smoke breaks?
15  A. Right.
16  Q. You felt like being threatened for the
17    smoke breaks --
18  A. Right.
19  Q. -- was discriminatory in nature. Other
20    than those things I just read off that
21    we've talked about today, is there
22    anything else that happened at
23    Mansfield that you felt like was

Page 218

1     discriminatory in nature?
2   A. No.
3   Q. Okay. Let me look over my notes and be
4     sure I covered everything. Okay. Just
5     this kind of last question. Beyond
6     your knowledge of what happened to you
7     and what you went through at Mansfield,
8     what knowledge do you have of what any
9     of the other plaintiffs in this case --
10    do you have any knowledge about any of
11    their claims, about what they went
12    through and what they're claiming?
13  A. What you mean?
14  Q. I mean, for instance, let's just say
15    Patrick Lewis. He's the first one
16    listed. What knowledge do you have
17    about the claims that Patrick Lewis
18    makes in this suit? Did you ever
19    witness him being discriminated against
20    or harassed?
21  A. Like I say, Pat didn't work with me.
22    See what I'm saying?
23  Q. Yeah.

Page 219

1   A. He worked with me, but it was separate.
2   Q. Yeah. I get what you're saying. You
3     both worked for Mansfield at the GE
4     plant, but --
5   A. Right.
6   Q. -- on different plants, different --
7   A. Right.
8   Q. -- projects?
9   A. Right.
10  Q. How about Jack Richardson, did you
11    ever witness Jack Richardson being
12    discriminated against in any way?
13  A. No. Like I say, Jack worked down there
14    on the end, too.
15  Q. Okay. What about William Ragland, did
16    you ever see William Ragland get
17    discriminated against in any way?
18  A. Discriminated be, like, you know, we go
19    up high. Bill wasn't making the
20    painter pay, but we're doing painter
21    work, is all I can say.
22  Q. So you felt like your pay didn't match
23    the work you were having to do?

Page 220

1   A. Right.
2   Q. And you felt like the same was true for
3     Bill, or William Ragland?
4   A. Right.
5   Q. How about with respect to Ralo Colvin?
6   A. Didn't work with him.
7   Q. Okay. How about with respect to Ervin
8     Tarver?
9   A. I worked with him.
10  Q. Do you have any knowledge of any ways
11    that he was discriminated against?
12  A. Way they treated him.
13  Q. Okay.
14  A. Man was there from day one until he got
15    fired. Instead of saying, You're a
16    good worker, man, and all this, you
17    know, I'm going to make you a
18    supervisor, they started calling folks
19    from out of town. They took Johnny
20    Reed, who's been working there less
21    time, and put him over Ervin.
22  Q. Okay.
23  A. And he wasn't a certified painter and

55  (Pages 217 to 220)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 221

1　Ervin was.
2　Q. So you felt like Ervin was
3　　discriminated against --
4　A. Right.
5　Q. -- because he wasn't promoted like he
6　　should have been?
7　A. Right.
8　Q. And we talked about that a second ago.
9　　Okay. Do you know -- you mentioned
10　Ervin getting fired. Do you know why
11　Mr. Tarver was fired?
12　A. No.
13　Q. Okay. Do you know if he was offered a
14　　job at Hyundai?
15　A. I don't know.
16　Q. Okay. Well, I think those are all the
17　　questions I have for right now.
18　　　MR. PETTAWAY: I have just a
19　　couple of things.
20　　　EXAMINATION
21　BY MR. PETTAWAY:
22　Q. Mr. Lamar, when you responded to
23　　Ms. Andrews' questions about all the

Page 222

1　　things you all talked about, could you
2　　remember anything else as dealing with
3　　ways you were discriminated against,
4　　and I think your answer was no.
5　A. Okay.
6　Q. Does that mean that there were no other
7　　ways or just nothing you can think of
8　　at the time?
9　A. That I can think of. Because, you
10　know, like you say, I can go in the
11　parking lot or come to work and all
12　these trucks coming through and all
13　these guys I'm working around wearing
14　these bandanas and tattoos on their
15　arm. I figure like a place like GE
16　shouldn't have them kind of employees
17　on their property. But anybody that's
18　exploiting the Confederacy flag, like I
19　say, to me, you're saying something to
20　me. Like I say, I keep my mouth
21　closed.
22　　　MR. PETTAWAY: That's all I
23　have.

Page 223

1　　　EXAMINATION
2　　BY MS. ANDREWS:
3　Q. So all the stuff I listed off and then
4　　you just said that there were people
5　　that would come into the parking lot --
6　A. Have a big ole flag in their back
7　　window in their trucks.
8　Q. And were those GE employees or
9　　Mansfield employees?
10　A. Be just -- they're on the yard. If
11　they're on the yard, you know, they're
12　working for the same people I'm working
13　for.
14　Q. So you're not sure if they were GE
15　employees or Mansfield or some other
16　contractor?
17　A. Right.
18　Q. And as you sit here today, is there
19　anything else you remember --
20　A. No.
21　Q. -- that happened?
22　A. My mind is -- I see the writing. It
23　kicks back memories when I see it wrote

Page 224

1　　down. But as far as thinking on top of
2　　my head . . .
3　Q. So that's it. You think we've got it
4　　all covered as far as you can remember?
5　A. As far as I can remember, yes, ma'am.
6　Q. Those are all the questions I have,
7　　then.
8
9　(The deposition of Nathaniel Lamar
10　concluded at 4:05 p.m. on June 8,
11　2007.)
12
13
14
15
16
17
18
19
20
21
22
23

56  (Pages 221 to 224)

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 225

```
 1        * * * * * * * * * * *
 2          REPORTER'S CERTIFICATE
 3        * * * * * * * * * * *
 4     STATE OF ALABAMA
 5     COUNTY OF MONTGOMERY
 6        I hereby certify that the above
 7     and foregoing proceeding was taken down
 8     by me by stenographic means, and that
 9     the content herein was produced in
10     transcript form by computer aid under
11     my supervision, and that the foregoing
12     represents, to the best of my ability,
13     a true and correct transcript of the
14     proceedings occurring on said date at
15     said time.
16        I further certify that I am
17     neither of counsel nor of kin to the
18     parties to the action; nor am I in
19     anywise interested in the result of
20     said case.
21
22
          Bridgette Mitchell
23        Reporter and Notary Public
```

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

538ae0af-c49f-4a7e-b905-4b97a9405e23

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**A**

**ability** 225:12
**able** 105:21
**absent** 67:22
  116:22 166:21
  167:5 200:8
**absentee** 175:17
**absenteeism** 161:23
  162:1 166:12,17
**accident** 118:14
**action** 1:10 206:4
  225:18
**add** 97:15
**address** 7:18,19
  151:3
**addressed** 184:18
**add-on** 47:12
**adjustment** 174:1
**affirmed** 6:5
**African-American**
  76:17 78:21
  103:20 108:1
  110:22 121:21
  122:14 202:19
  203:16 204:5
**African-America...**
  76:10 137:20
**afternoon** 93:11,22
  122:7 201:2
**ago** 12:9 145:17
  202:15 221:8
**agree** 150:14
  178:17 179:12
  182:12
**agreed** 3:3 4:2,12
**ahead** 81:18 117:12
  154:15
**aid** 225:10
**ain't** 25:13,18
  26:19 58:6 64:10
  72:17 82:22 116:7
  116:18 117:9
  118:9 142:19

143:9 152:2
  161:20 170:4
  171:21 195:14
**air** 57:9 58:19
  60:14 73:7 74:8
  77:1 100:6
**airplanes** 16:5
**airstrips** 16:5
**Alabama** 1:2,20,22
  2:9,17 3:13,23 8:2
  8:4,6 9:7 225:4
**alcohol** 209:19
**allegations** 202:8
**allowed** 31:19
  123:1
**American** 12:1
  15:10 205:8,11
  206:3,9
**Andrews** 2:13 4:20
  4:22 6:9,11 76:13
  221:23 223:2
**answer** 29:17 30:2
  66:14 77:4 202:9
  205:8 222:4
**Answers** 201:16
**anybody** 8:19 9:6
  10:4,6,10 27:12
  27:14 45:20 69:8
  69:10 70:18 71:20
  82:13 83:6 86:7
  110:4 113:2 127:1
  129:7 130:9,18,22
  132:7 133:6,18
  134:6 138:11
  153:22 155:11,17
  158:10 204:18
  222:17
**anymore** 64:21
**anyway** 104:12
  107:5 178:4
**anywise** 225:19
**Apparel** 12:1,2
  205:9,11 206:3,9

**APPEARANCES**
  2:1
**application** 23:5
**April** 39:20 54:20
  55:3,4,15 78:4
  145:22 147:14
  174:4 184:23
**area** 31:19 42:4
  51:22 62:7 189:18
  190:1,17 192:13
  192:14 193:14,16
**arguing** 71:19
  211:10
**argument** 66:4
  183:7 210:10
  211:7,8,14
**arm** 213:4 222:15
**arms** 25:15
**Army** 12:22,23
**arrest** 11:1
**arrested** 10:12,15
**ashtray** 36:1
**asked** 77:15 78:22
  79:4,15 81:5,8
  84:13 87:9 90:23
  106:16 107:10
  121:8 172:12,18
  172:23
**asking** 28:15,23
  30:3,10 60:16
  82:3,4,6,9 87:8,11
  87:17 96:14
  176:19 182:19
  215:4
**asleep** 73:6,12,13
  74:7 75:8 76:3
  77:1 78:13,15
**ass** 211:17 214:2
**assigned** 46:1
**assignment** 42:21
**assignments** 52:17
  54:2
**associate** 138:13

**assume** 146:1
**attached** 169:2
  209:1
**August** 183:2 184:7
**auntie** 9:8,9 14:7
**a.m** 1:23

**B**

**back** 10:15 12:1,8
  13:11,19 14:12,14
  14:20,22 15:1,2,6
  15:7 34:7 41:8
  48:4 50:9 58:11
  58:21,22,22 59:5
  59:8 62:17 65:22
  66:10,23 67:13
  68:12 71:3,7
  73:21 74:20 76:21
  77:17,17 79:14
  85:4,5 86:12,16
  91:6,12 92:11
  93:11,17 94:7,9
  95:2,12 96:7,13
  98:4,7 99:1,2
  115:8 116:3,10,19
  119:23 124:21
  128:10 129:18
  130:15 134:5
  135:17 138:20
  140:7 141:3 142:5
  142:11,12 143:11
  143:13,16,18
  165:16 168:2,2,17
  168:19 173:9
  178:13 180:4,12
  181:5 183:13,15
  183:16,22 190:11
  190:13,13 191:20
  193:13 194:1
  195:6,11 196:4
  197:8,23 207:15
  212:19 214:17
  223:6,23
**background** 7:11

26:2 120:1
**backing** 189:13
**backwards** 138:11
  138:12
**bad** 7:2 62:8,10
  87:12,12 118:20
  124:14 139:5
  157:22 158:5
  165:21
**bandanas** 222:14
**bank** 146:4
**Baptist** 10:2
**barn** 41:22 42:2,9
**barrel** 89:6
**based** 61:8 150:9
**basically** 8:2 9:11
  41:5 57:3
**bathroom** 50:16
  132:10,15,17,18
  132:20 133:15,17
  133:20 134:2
  193:16,20
**bathrooms** 132:12
**beeper** 57:15,16,18
  58:2,7,17,22
  60:21 61:4
**beepers** 62:21
  189:20
**beginning** 68:17
  165:23
**behalf** 1:18 3:7
**believe** 43:18
  125:13 144:22
**belt** 52:5,6
**Ben** 45:3,16,17
  54:12,13 78:11
  111:19 112:21
  123:19 140:1
  204:1,2
**best** 43:20 89:11
  149:20 225:12
**bet** 206:19
**better** 133:3 195:14

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

beyond 124:7 218:5
bid 21:2 46:21
big 51:7 57:8
   127:19 148:7
   205:22 223:6
bigger 148:6
Bill 44:10 116:9,9
   116:13 155:9,10
   212:4 219:19
   220:3
Billingsley 18:21
   19:4,13 20:2
Birmingham 2:17
   17:11 142:11
birth 7:21
birthday 184:8,9
bit 23:2,4 63:2
bitty 106:15
black 72:17 76:23
   84:2,7 86:13
   99:12 100:10,18
   111:22 114:18
   130:22 138:12
   203:17 204:6,14
   204:15 211:17
   214:2 216:9,23
   217:3,8
blank 168:3
blowing 59:7
blue 138:13
board 132:10
bombed 23:9
bona 108:11
bonus 144:19 145:3
   145:12
book 129:12,14
   130:1 171:23
   172:4,23
books 172:3
born 18:18
boss 210:15
bosses 34:13
bother 131:18

bottom 48:23 49:5
   133:10 160:19
   162:9,21 163:15
   165:18 166:6,8
   168:21 170:18
   171:15 175:18
   185:1
box 42:13 135:14
boy 26:10
boys 24:19 119:9
brackets 53:3
branch 12:21
break 42:4 45:1
   50:10 74:3 192:13
   192:14 193:13,16
breaks 192:8,9
   217:14,17
breeze 157:4
Brenda 8:18
Bridgette 1:20 3:11
   225:22
bring 41:3 108:14
   109:3
brings 64:17
broad 34:17
brothers 210:14,15
brother-in-law
   44:14
brought 41:15
   56:11 85:3,4
   94:17 109:4,6,9
   188:19 208:21,22
brushes 34:9
Bryant 36:10,12,12
bucket 34:9
buckets 59:3
buddy 140:1
buddy-buddy
   69:16,21
building 2:15 17:17
   17:18,20 20:4
   48:8,12 103:2
   132:20 148:4,4

built 17:12 18:2,11
bullets 146:7
bunch 13:20 72:5
   83:14 171:11
bundle 12:10,12
business 91:6
   131:22 156:1
buy 150:8
buying 150:20
buzzard 84:16
   86:13,14,15,18
   87:4,6 121:18,19
   215:11
Bypass 11:23

C

calculating 149:2
calculation 148:19
calendar 180:12
call 36:6 44:5,12
   96:11 113:2,14
   117:12,13 128:5
   143:12
called 12:2 15:9
   16:8 23:16 37:13
   52:23 67:14 68:11
   89:7,13 90:15
   91:7 92:12 93:13
   94:5 96:6 113:8,9
   113:11,16 116:23
   116:23 118:17,17
   125:8 146:3
   195:19 211:17
   212:9 213:10
   214:2
calling 92:6 131:4
   134:21 220:18
CAMPBELL 2:7
canvas 210:22
car 35:18 82:11
   112:7 113:23
   129:3 149:8
card 29:5 80:5,11
   82:4,12 215:8

Cardelia 9:5
cards 81:20
care 151:15
careful 79:8
carpenter 39:5
carpet 33:7
carpooling 112:20
carry 83:3
carrying 59:3
cart 127:22
case 4:3,7 8:1
   137:16 202:14
   205:11 206:1
   218:9 225:20
cat 66:16 202:21
catch 76:22 133:13
   152:3 194:3
cats 89:5
caught 35:4,5,11,13
   74:7,11 203:20
caustic 16:4
cent 12:11
certain 22:19
CERTIFICATE
   225:2
certified 37:2
   108:11 220:23
certify 225:6,16
chain 34:20 41:12
chance 18:6 21:8
   21:10 26:3 72:17
   94:13 130:16
   164:15
change 49:19
changed 10:21
   154:12 174:3
charge 177:18,19
   182:2 184:20
   185:14 197:3
   198:2
check 25:2,4,8
   36:15 82:20 91:16
   91:17 111:1

116:18 120:1,1
   145:13 205:23
   206:17
checks 17:1 39:13
   88:7 106:15 141:2
   141:11 150:7
chemical 31:17
chemicals 189:16
CHESTNUT 2:6
chew 114:19
chewed 111:23
   112:1,1,8,11,11
   113:3,22 114:3,12
   114:18 118:1
   199:22
chicken 124:17
Christian 136:5,7
Christmas 139:19
   144:17,19 145:3
church 9:20,23
   10:1,3
cigarette 192:15
   193:23
cigarettes 192:12
Cindy 44:5,6,10,21
   45:9 189:10,23
   190:5
circumstance 62:1
city 147:17,18,21
   148:10
Civil 1:10 3:22
claim 103:17
claiming 65:13
   218:12
claims 30:10
   176:10 218:11,17
Clark 2:15
class 34:7 57:12,12
   206:4
clear 7:1 60:14,17
   156:20 182:14
clearer 182:16
clears 58:20

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 3

clock 105:4
close 14:5 28:21
   81:15
closed 14:4,23
   15:19,21 56:1
   65:15 205:20
   222:21
closer 119:10
closest 213:11
closing 55:21
clothes 52:4,5,6
clothing 51:16
clout 210:8
Code 165:8 171:19
cold 13:4 54:23
Collins 2:5 6:15
   148:23
color 31:14
Colorado 7:15 14:6
   14:10 15:1,2
Colvin 1:7 136:8
   202:13 220:5
come 14:12 23:18
   24:9 40:19 41:3
   42:5,12 44:19
   49:8 50:9 53:3
   57:17 58:3,19,21
   59:10 60:4,6 61:6
   62:11,12,12,13,15
   71:7 73:8,9,21
   74:20 76:22 79:21
   83:11 88:2,11,12
   88:13,17,21 89:19
   89:22,23 90:3,10
   90:16,19 92:7
   94:5,7 96:7,12
   98:1,4,18 99:2,15
   109:8 110:10
   113:17 114:2
   116:10,19 119:1,9
   119:11,20,23
   120:7 122:1 124:9
   127:17 128:8

142:5,11 143:11
143:16 153:10
180:4 183:13,13
183:14,15 189:12
190:9,12,13,14,17
191:17 193:13
195:6,23 200:3,22
207:15 213:3
222:11 223:5
comes 42:7,12 54:1
   58:4 79:2 190:8
coming 21:12 24:3
   25:8 82:20 86:12
   90:5 113:5,8
   194:16,19 222:12
command 34:20
   41:12
commencing 1:23
comment 87:19
   215:11
comments 174:14
commission 3:14
communication
   169:11
Community 10:1
company 17:11
   18:22 35:5,16,17
   95:13 167:17
   171:18 172:9
   184:18 206:10
compared 110:21
complain 58:12
   71:20,22,23 72:1
   86:7 127:1 129:1
   130:18 133:18
complained 59:11
   59:13 60:2,18
   61:12,15,23
complaint 81:3
   202:8
complies 168:7
   201:21
computer 225:10

concluded 224:10
Concordia 17:12
condone 135:1
Conduct 165:9
Confederacy
   222:18
Confederate
   209:16
conflict 164:9
   167:12,17
confused 189:8
confusion 131:9
connection 68:2
consider 157:20
consist 31:7
construction 17:4,5
   17:7,10 19:7
   39:10 82:17
   128:12 132:17
content 225:9
context 136:6,12
contract 20:16 21:6
   21:9,23 22:6,12
   46:22 47:8 102:1
   102:2,3 104:2
contractor 17:21
   223:16
contracts 20:9,10
   20:10,12,13,14,19
   107:19
contributed 151:9
conversation 69:11
convicted 10:13
cool 77:23 78:3,5
copy 171:18 186:11
   186:15,17 188:14
Corey 66:13,19,22
   67:4 69:12,23
   70:1 77:11 109:5
   120:18 158:4,7
   183:9,18,22
   190:23 211:16
   214:2,11,16

Corey's 72:15
corner 124:22
   165:18
correct 40:5 225:13
counsel 3:3 4:2
   225:17
counted 97:9
country 105:11
County 11:3
   206:22 225:5
couple 11:17 19:14
   28:11 65:9 99:23
   100:16 122:16,18
   187:9 189:1 202:3
   221:19
COURT 1:1 6:1
courthouse 206:22
cousins 9:8
covered 103:12
   106:2,3 218:4
   224:4
coward 124:17
cracker 131:1
   134:9
crew 34:10,14 43:8
   56:11,12 83:22
   85:21 102:11
   129:18 212:12
criminally 10:14
crowd 10:18
Crutchfield 35:1
   36:20 42:7,18
   47:22 58:9 59:7
   60:23 61:19 63:13
   66:7 67:14 70:17
   71:4 72:1 79:6,7
   79:16 84:4,5,18
   85:16 88:9 92:13
   93:18 94:11
   106:19 109:21
   116:20 121:9,18
   156:12 158:2,9
   167:2 172:16

174:16 185:13
190:16 191:3,4
196:20 199:4,7,21
210:11,17 212:21
214:20 215:4,10
Crutchfield's 72:16
   214:19
curiosity 9:19
current 7:19
cursed 209:20
cussing 210:12
cut 16:8 25:16
   145:14
cuts 150:11
cutting 146:11

———————————
D
Dallas 11:2 206:22
damages 148:20
dangerous 53:18
date 7:21 23:12
   68:15 70:16 92:17
   139:15 159:15
   175:7 176:1 177:4
   206:16 225:14
dated 23:6 169:17
   175:19 184:23
   197:3 198:3
dates 92:19,21
   179:22 181:17
   182:16,20
day 28:22 30:16
   32:22 42:21 43:6
   50:21 62:18 65:18
   66:6 70:20 73:20
   74:21 81:17 84:8
   85:2,3 88:4,10,17
   88:22 89:10,14,18
   89:21 90:5,6,7,11
   91:4,15 92:2,5
   93:20 94:9 95:8
   97:18,20,22 98:1
   99:21 102:16
   105:11,12,13

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 4

106:8 109:8
112:13,23 114:8
114:11 115:8,14
115:22 116:11,17
122:1 123:20
124:10,15 125:23
126:7 128:13
129:11,23 130:3,5
131:19 139:12
143:1,2 147:7
161:2 162:13
164:12 166:23
169:3,17 175:20
180:3 183:15
185:15,16,17
190:8 191:17
212:23 215:14
216:3 217:6
220:14
**days** 10:16 67:16
67:20,21 68:12
71:7,14 74:17
92:21 97:17,19,20
97:22 98:2,4,11
98:13 106:13
118:20 120:23
122:20 139:16
143:7,19 181:5
200:12 201:3
216:13
**deal** 139:2,6 189:16
**dealing** 222:2
**December** 38:9,18
39:15 65:1 82:1
139:13 140:10
141:7 148:18
152:23 175:8
177:10 195:17
196:21 198:16
**decided** 38:15
47:16 194:20
195:13
**defendant** 205:7

**Defendants** 1:14,19
2:12 3:7 5:2,3,4,5
5:6,7,8,9,10,11,12
5:13,14,15,16,17
5:18,19,20,21,22
5:23 158:16,19
159:9,12 160:6,8
160:14,17 161:13
161:15 162:6,8,17
162:19 163:3,5,11
163:13,20,22
164:5,7 165:4,5
168:13,15 170:15
170:17 173:18,20
175:1,3 176:4,6
177:14,16 184:14
184:16 186:19,21
201:12,14 208:7
208:12
**Defendant's** 201:16
**delegate** 49:12
**deliver** 140:15
**dental** 83:4
**department** 15:12
127:2,4,6,9,14
130:19
**deposition** 1:16 3:5
3:10,19 4:4,6,15
6:12 25:23 44:4
224:9
**detail** 11:10
**details** 190:3
**Difference** 24:7
**different** 13:14
31:14,15 52:2
53:10 87:18
106:11 190:2
213:2 219:6,6
**differently** 75:15
**dirt** 18:1
**dirty** 125:1
**discharged** 175:16
**discipline** 193:6

194:11
**disciplined** 121:6
217:9
**discriminated** 65:5
73:2 87:10 99:10
103:18 110:4
218:19 219:12,17
219:18 220:11
221:3 222:3
**discriminating**
75:11 78:20 96:10
**discrimination**
32:2 76:5,19
108:17 176:10
177:18 184:20
198:2
**discriminatory**
83:21 87:23
107:23 124:5
217:19 218:1
**dish** 131:13
**distress** 149:5
**district** 1:1,2 8:1
**DIVISION** 1:3
**doctor** 29:6 80:6
**doctors** 152:7
**document** 164:18
169:13 176:6
178:10 185:10
187:11
**documents** 23:4
208:13,18,19
209:1 213:15
**doing** 13:12,13,18
13:19 14:18 17:9
17:19 20:14 25:17
25:19 33:20 39:7
43:15,16 44:11
47:15 48:5 52:22
53:5 56:16,20
71:16,16 74:16
95:3,4,6,7 97:11
102:19,23 103:8

114:9,10 142:19
143:22 145:23
148:9 149:23
157:11 190:18
192:20 194:6,7
213:9 219:20
**dollar** 12:10,11
150:11 174:5
**dollars** 24:13,14,20
24:23 27:1 64:10
64:15 142:1
146:14,19 148:16
159:20 174:6
**door** 83:12 138:6
**downstairs** 64:13
212:11
**dragging** 119:9,12
**drawn** 17:2 133:8
**drinking** 44:12
**driving** 141:5 142:7
143:22
**drove** 116:11
**drug** 171:4,12
**drugs** 35:6,11,22
35:23 36:11
**drunk** 209:17,19
214:5,8
**dude** 28:6,7 29:4
44:11,13 73:12
74:2 78:12,13
79:23 154:7
207:14
**dudes** 117:7
**dude's** 73:22
**due** 148:21 149:16
**duly** 6:5

---
E
---
**ear** 52:11,13
**Earl** 187:2,7,7
192:11,11,21,23
193:10 194:6,7
195:11 202:15,16
202:20,20,22,23

215:7
**earlier** 63:2 64:5
98:10 101:8,10
102:4 110:8,14
139:9 180:7
182:23 183:21
184:13 187:6
189:22 199:19
206:10 212:20
**early** 42:10 78:7
81:22 91:5 93:4
101:13,15 152:4
185:12
**Earl's** 202:20
**easier** 7:7
**eastern** 8:6
**easy** 87:5 184:11
**eat** 26:17
**EEOC** 176:8,14,16
177:19 182:2
197:3 198:3
**eight** 24:11,13,14
33:18 59:1 64:11
68:23 110:9
159:20
**eighteen** 39:11
129:17
**either** 4:8 53:15
74:10,13 85:21
100:6 140:7 144:5
**Electric** 184:18
**eleven** 20:11 33:19
99:19 109:18
147:7
**Ellwood** 10:1
**emotional** 149:5
**employee** 31:5 33:6
33:7,9 65:7 108:1
110:19 121:13,21
127:21 165:9
168:19 171:19
210:15
**employees** 26:7

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 5

32:18 76:17 78:21
87:13 100:18,22
103:21 104:3,6
110:23 122:14,18
123:11 128:8
207:3 216:10,11
216:14,22,23
217:4,9 222:16
223:8,9,15
**employer** 75:7
**employment** 139:9
176:10
**enclosed** 176:9
**ended** 54:11 86:11
120:22 129:18
138:8
**ends** 141:2
**environment**
157:23
**equipment** 51:15
53:7 57:6 167:17
**Ervin** 1:7 28:10,13
28:15 36:23,23
37:1,6,6 38:1
43:23 49:20,22
50:19,21 51:13
63:1 65:19 69:14
69:21 78:11,22
79:4,15 80:7,8
81:4,13 83:9
86:10 108:10
111:19 112:21
113:10,11 121:8
123:4,19 137:1,2
154:3,6,17 155:8
155:8,10 156:5,17
158:23 172:8
183:10 189:10
202:11 207:5
212:5 215:3
216:18 220:7,21
221:1,2,10
**Ervin's** 158:22

**especially** 117:5
119:4 156:1
**Esquire** 2:5,13
**ethnicity** 137:22
**evening** 112:6
114:2
**eventually** 54:10
138:8
**everybody** 9:11
22:10 46:7,12
49:2 51:21 53:20
78:13 89:7 90:15
90:19 96:3 101:10
101:12 107:16,18
113:23 117:7
129:3 130:14
154:18 155:14
207:22 215:18,21
**evidence** 3:20
**evidently** 72:18
**evil** 126:7
**exactly** 69:19
**EXAMINATION**
4:19 6:8 221:20
223:1
**example** 97:13
**examples** 75:13
133:1
**exception** 120:5
**Excuse** 10:5 197:7
**Exhibit** 5:2,3,4,5,6
5:7,8,9,10,11,12
5:13,14,15,16,17
5:18,19,20,21,22
5:23 158:16,19
159:9,11,12 160:6
160:9,14,17
161:13,15 162:6,8
162:17,19 163:3,5
163:11,13,20,22
164:5,7 165:4,5
168:13,15 170:15
170:17 173:18,20

175:1,3 176:4,7
177:14,16 184:14
184:17 186:19,22
197:8 198:1
201:12,14 208:7
**EXHIBITS** 5:1
**expect** 134:20
**Expedition** 149:8
**experience** 109:14
155:15,19 214:14
**experienced** 62:22
**explain** 34:21 67:5
94:13
**explained** 67:4
**explaining** 75:21
**explanation** 67:17
68:13
**exploiting** 222:18
**eyes** 83:1 126:7
**eyesight** 165:21

---

**F**
**fabricating** 16:6
**fabrication** 16:7
**fact** 23:11 75:9
**factory** 11:21 13:11
14:1,14,16 15:8,9
206:13
**facts** 202:6
**Fair** 77:9 139:4
**familiar** 164:17
188:11
**family** 8:5,12 9:2
15:1 138:3 140:21
**far** 24:16 43:8 58:3
120:16 136:20
176:1 213:15,22
224:1,4,5
**father** 15:4
**father-in-law** 44:14
**favors** 151:21
**February** 55:2
81:14 82:2 101:18
141:10,15,21

144:6 145:15
182:2,5 197:4
198:3
**fed** 106:15
**feel** 72:3 76:18 77:4
87:9 96:9,15
99:10 110:3
114:14 118:20
149:15 152:12
**feet** 60:12 73:7 74:8
77:1 126:10
**Felix** 151:4,5
**fellows** 77:7
**felonies** 120:2,10
**felony** 129:12,16
**felt** 65:5 72:20 73:1
75:2 78:18 82:14
83:6,20 87:14,23
99:7 106:7 107:22
108:15 110:19
114:17 115:10
121:20 122:13
123:4,7 124:5
126:6,22 151:8
215:13,20 216:8
217:8,16,23
219:22 220:2
221:2
**fide** 108:11
**fifty** 73:7 76:23
126:10
**fifty-eight** 138:5
**fight** 66:2 211:4,6
**figure** 26:6 85:9
86:10 95:19
222:15
**file** 196:23
**filed** 140:3 197:11
**filing** 4:4,10 154:20
**fill** 33:14 34:1,3
**filled** 33:16 34:5
161:1,8 162:13
174:2

**filling** 164:14
**film** 169:16
**finally** 105:14
140:4
**find** 19:9 83:16
103:21 153:12
154:8 176:9
203:10 206:19
**finding** 6:18
**fine** 6:3,20 36:9
**finish** 22:4,9 59:18
76:12,16
**finished** 19:6,7
33:12 43:12,15
55:12 59:19 76:15
102:7 104:17
107:4,6,9,13
**finishing** 21:19,20
21:21 22:8 102:1
**fire** 15:10 77:2,5
124:12,14 125:5
125:19 195:7
199:7,8
**fired** 35:7 46:9
73:18 75:4,8,10
77:8 89:15 91:9
92:8 94:6 119:20
125:23 126:1,2
139:21,23 148:17
152:23 175:5,10
194:3 195:19,22
196:13 197:2,11
197:13,21 198:11
198:15 199:9
200:19 207:21
220:15 221:10,11
**firm** 153:17,19
176:8
**first** 6:4 7:10 11:7
11:13,20 19:1
25:9,16 28:10
30:16,18 32:11
34:15 36:5 38:12

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

38:17,18,22,23
39:1 46:4,11,17
66:1 100:17
101:11 110:13
134:14 147:21,22
150:12 152:16,18
154:19 155:6
158:18 162:13
164:12 169:2,3
172:20,20 175:15
182:22 185:18
192:3,19 201:16
202:4 203:12
208:12 210:2
218:15
**five** 22:3,4,17 37:4
37:9 38:3,5 40:6
41:2 42:8,8 43:3,9
43:14,16,21,22
44:9,21 45:16
46:1,7,8,13 47:11
48:4,6 49:3,16
51:12,17 52:3,18
53:14,15 54:5
55:12,21 56:1,8,9
68:22 69:3 80:19
81:15,15 99:11,12
99:17 100:9,17
101:11,17,19
102:6,7,13,14,16
103:9,15,20 104:1
106:5 107:4,7,9
107:17 111:21
117:8,10 122:13
122:21 124:9
143:20 147:8,8
209:9 210:2,3
212:9 216:9,15
**fixing** 67:5 118:22
**fix-it** 39:5
**flag** 222:18 223:6
**flat** 118:15
**flights** 59:1 212:9

**flip** 167:11,14
169:6 201:18
208:23
**Florida** 140:18
**folks** 8:7,9 17:23
58:15 66:5 101:18
131:12,13 220:18
**following** 176:11
181:8
**follows** 6:7
**Food** 140:12
**Ford** 149:8
**foregoing** 225:7,11
**foreman** 28:16 35:2
36:3,6,7 38:2
39:18 76:22
108:12 126:11
203:11 212:13
**foreman's** 36:17
**foremen** 40:2,18
108:21
**forget** 16:22 30:12
184:10
**forgot** 137:9
**form** 3:16 179:10
197:6 225:10
**formalities** 3:8
**formality** 3:14
**forty** 97:10 142:17
142:17 148:14
**forty-eight** 10:20
**forty-nine** 129:20
**forward** 11:14
**found** 140:2
**foundry** 15:12,18
**four** 37:23 82:1
113:19 114:18,18
117:6 143:19
150:6 166:4
200:12
**fourteen** 39:11
**fourth** 138:18
165:23 166:2

180:14,15,17,18
181:8,18 184:21
200:23
**FRANKLIN** 2:14
**fraud** 205:9
**freelanced** 36:19
**Friday** 29:23 67:8
67:9 71:1 88:3,11
88:15,17,21 89:18
91:14,15 92:3,23
95:22 96:21 98:20
115:9,11 122:2,6
147:10 150:3,5
180:3,11 181:1,4
181:6,7,19 190:6
191:19 195:18,23
200:3,11,22 216:1
**Fridays** 200:16
**front** 90:19 164:19
165:7,16 168:22
182:3
**fuel** 104:16
**fumes** 57:17 58:19
99:15 100:5
189:15,15
**funny** 73:10
**further** 4:1,11
225:16
**fussing** 210:13

**G**

**gadgets** 52:2
**gang** 42:13
**garment** 11:21
13:11,23 14:14,15
15:8,8 206:13
**Gary** 204:7
**gas** 57:8,14
**gate** 35:18,19,20
40:20 41:19
105:19 124:19
127:18 130:11,12
130:13 190:8
**gather** 41:21

**Gayle** 45:3,16,17
54:12,13 204:1
**GE** 19:12,19 20:16
21:18,20 22:1
23:17 30:22,23
31:4,5,9,11,23
32:1,6,11 33:4,13
33:23 35:6,9,11
39:8 40:3,12
46:13 57:12,20,21
57:22 58:14 59:12
60:18 61:8,15,16
61:23 62:13 74:23
84:1 86:4 91:10
120:1,11,12
127:13,17 128:20
132:12,13,15,18
134:3 161:5,19
166:23 184:19
189:11 219:3
222:15 223:8,14
**general** 7:11 11:8
17:20 126:18
184:18
**generally** 49:18
213:23
**generators** 20:5
**Georgia** 27:18 28:4
80:3 83:17 202:21
203:2 215:7
**Germany** 13:3
**getting** 13:20 21:3
25:19,20 76:4
78:12 81:20 88:1
88:5 100:14
105:14 107:13,14
107:19 110:18
114:6 118:7
128:17 129:2,5,7
130:9 161:16
174:18 215:1
221:10
**GE's** 60:3 209:8

**girl's** 44:3
**give** 26:3 29:3,8
32:8 57:15 59:21
79:1 82:22 94:13
97:13 98:3 114:8
133:1 139:15
145:7 146:17
147:9 161:20
164:15 165:3
179:5 187:20
**given** 6:12 52:18
**gives** 54:2
**giving** 114:5 208:18
**Glad** 94:17
**glass** 146:5
**glasses** 52:10
**Globe** 144:10,13,14
145:19 146:3,13
147:13
**gloves** 52:10 53:9
71:5 167:3
**go** 9:20,23 10:1,2
14:3 15:23 17:15
18:6 19:9 20:22
21:2 26:14 29:14
30:10 33:14 34:2
34:10 35:19 41:2
41:22,23 42:9
43:6 47:17 49:8,9
49:10 50:8 51:6
53:20,20,23,22
54:3 57:10,12,18
58:2,11,21 60:6
60:11,13,22 61:4
62:11,12,12,17,17
63:13 64:8 65:10
68:12 71:5,12,16
71:17 72:6,7,23
74:2,6 76:21
81:18 82:16 88:5
91:12 92:10,11
93:15,16,17 94:2
94:4,7,16 95:2,11

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

96:22 98:7 100:5
100:6,7,12,13
104:14 105:16,16
106:16,23 108:13
108:13 109:2
114:10,19 115:7
116:3 117:12
118:22 120:8,11
122:7 128:10
130:15 132:9
133:4,23 138:11
138:20 142:4,10
142:12 143:8,10
143:11,13,17,18
146:7 147:1,8,16
150:7 152:5,18
153:5 154:15
157:7,10 158:12
167:3 169:9 172:9
180:3 183:16
185:23 188:23
192:11,16 193:10
193:12,19,23
195:3,5,11,17
196:2,2,3,12
201:10 213:16,19
219:18 222:10
**goes** 35:17 42:12
57:9 58:18,22
212:19
**going** 6:16,17 11:14
18:7 24:5 25:22
25:23 26:2 28:22
29:6,13,14 30:11
42:14,21 44:6
46:17 48:1 52:20
53:13 55:11 56:23
56:23 57:1,2,10
57:18 58:23 59:2
60:10 64:22 65:21
69:17 77:2 78:10
78:12 80:6 81:16
82:18,22 84:14,15

88:14,16,22 90:4
90:6,13 91:9 92:2
92:7 94:6 97:5,23
99:18 102:2 108:6
108:8,10 109:1,8
111:9 112:4,7
113:4 116:12
117:11 124:12,21
125:5,18 135:13
138:19 140:23
142:19 151:15,16
152:3 154:10
155:15,16 156:8
157:3 158:18
160:16 165:3
172:22 173:3,5
178:3 180:2 187:9
190:17 191:16
192:21 193:2,4
194:1,3,4,20
195:7,13 199:11
200:19 213:19
216:2 220:17
**golf** 127:22
**good** 18:7 20:10,15
21:13 29:1 39:12
63:11 82:23 83:1
83:3 84:15 98:12
109:11 111:23
112:1,2 118:20
139:8 150:1,1,7
167:5 170:6
174:15 207:11,18
220:16
**Gordon** 204:7
**grab** 53:20,23
**grade** 138:18
**Grandmother** 9:3
**green** 138:6,7,13
**grew** 135:17,19
**grinding** 53:4
**groceries** 140:15
141:6

**group** 215:22,23
**guard** 127:20,21
128:7
**guards** 130:14
**guess** 34:19 35:3,21
41:10 59:16 60:16
68:8 75:19 80:12
86:15 129:14
161:12 179:9,11
206:9 211:3
**guessing** 182:7
**Gulf** 18:23
**gun** 53:23
**guy** 25:11 27:16,22
28:10 35:7,8 36:1
37:13 45:3,4,18
60:3 65:14,16,19
66:18 74:14,17
76:1,3 79:1 80:23
81:1 82:7,13 83:9
84:2,7 88:6 94:17
94:18 109:11
111:16 155:12
187:4,5 190:12
191:11,13
**guys** 18:10 19:14
22:5,7,7,17,21,23
23:17,19 24:3
25:7 26:16 28:11
28:12 40:22 41:2
41:13,17,21 43:13
43:16 45:23 46:9
46:9 48:5 50:1,3
53:11 56:7 58:12
60:18,23 61:6,15
61:23 82:8 83:13
84:6 88:2 99:12
99:13,16 100:8,11
100:13 101:20
104:21 105:15,20
110:10 111:22
112:5,12,22 115:1
117:15,19 118:2

118:23 119:1,16
123:16,20 129:17
129:20,22 131:4
137:8,14,23 138:2
138:3,4 154:11
156:9 157:1,22
177:5 190:9
196:23 199:22
204:3 213:12
216:1 217:4
222:13
**guy's** 27:17 28:4
89:8 187:2
**gymnasium** 17:12

**H**

**habit** 7:2
**Haley** 2:13 6:11
**half** 8:3,6 9:1 14:11
18:13,13 20:11
21:6 31:13 88:3
89:18 90:4 128:13
141:14 144:4
**Hall** 148:2
**Hammermill**
120:15
**hand** 25:14,18
188:9
**handbook** 165:10
165:12,14 167:9
168:19 170:20
171:20,22 172:8
172:12,15,19
173:1,9,13,16
**handle** 49:11
**hands** 25:15 64:14
**handwrite** 187:18
**handwriting**
158:20 159:5
160:10,18 163:17
164:1 169:23
170:2
**handwritten** 186:9
186:12 188:1,13

188:14
**hang** 138:21
**hanging** 74:15
133:12
**Hank** 153:13
**happen** 6:16 58:10
62:1 204:22
**happened** 10:17
38:15 69:7,20
70:14 72:14 75:14
78:19 80:16 83:19
87:22 91:18 94:8
97:3 99:9 103:22
104:15 105:7
106:7 107:22
108:4,7 115:1
118:4 139:20
140:5 149:16
150:23 184:6
188:17 195:21
198:15 207:4
211:13 217:22
218:6 223:21
**happening** 194:15
**happens** 118:11
**happy** 86:16
**harassed** 65:6
218:20
**harassing** 83:20
**harassment** 32:2
76:5 164:9 167:12
167:17,22
**hard** 6:22 7:4 13:22
29:16 52:9,10
53:8 167:2
**harness** 52:7
**hat** 52:9,10 53:8
167:2
**hazard** 169:10
**head** 47:23 71:12
71:14 85:14
151:17 152:15
158:11 178:16

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

187:22 214:3
216:20 217:1
224:2
headbands 209:16
heads 103:2 114:22
hear 52:15 67:6
71:11 89:8 116:2
130:22 132:7
134:6,13 136:11
153:11,15,18
211:4,8,20 212:5
heard 19:10,11
69:11 85:13 86:22
90:14 121:17
135:11 137:2,8,10
137:17,22 153:19
198:23 199:11
211:9,11
hearing 70:9
heights 50:1
held 159:22
help 60:13 179:21
helper 63:4 159:22
160:2
hereto 4:8,13
Hey 130:14
he'll 25:10 42:5,12
42:14 104:22
high 51:20 52:18
53:22 54:11
219:19
higher 26:8 110:18
110:20 213:13
216:22
highway 118:12
hired 17:22 19:14
19:16,18 22:6,23
23:20,22 28:11,12
32:23 34:23 37:21
39:8,9 56:13 79:2
81:8 88:6 101:19
104:2 152:22
172:22

hiring 47:15
history 11:7 139:10
Hold 44:23
holidays 145:6
hollering 24:3
home 14:22 68:12
70:19 71:13,17,17
71:18 72:4,11,13
88:5 89:12,12
90:4,7,8 91:6,12
92:4,11,16 93:15
93:16,17 94:2,4,7
94:9,10,16 95:3
95:21 96:13,22
97:1 99:2,18
100:6,14 102:18
104:14,22 105:17
112:7 114:2
115:17,18 116:3
122:7,22,23
124:21 128:10
130:15 133:4
152:4 157:7,10
180:4 181:5
185:23 186:2
188:16 191:20
196:4 201:10
honkey 131:1 134:8
hot 93:8,8,9 210:23
hour 117:9 146:19
152:4 159:20
174:5,6
hourly 13:20
142:22
hours 13:21 97:10
97:11 100:2,14,15
105:14 128:15
142:2,16,17,18,20
146:22 147:3,7,7
147:9 148:12
house 79:22 92:6
92:12 93:13 96:7
96:11 149:7

150:15,18,19,21
150:23 151:3
huddle 89:7 90:16
human 127:1,3,5
127:13 130:19
hundred 60:12
206:7
hung 140:3
hurts 149:12
Hyundai 21:10,12
21:17 74:23 83:23
84:14 85:2,6,10
120:14 221:14

————————
I
idea 46:23 55:13
68:14 78:1 142:16
155:3
identification
158:17 159:10
160:7,15 161:14
162:7,18 163:4,12
163:21 164:6
165:6 168:14
170:16 173:19
175:2 176:5
177:15 184:15
186:20 201:13
208:8
identify 157:20
202:5 207:2
imagine 148:7
immediate 8:11
immediately
140:23
incident 70:18
75:23 77:10
114:23 120:17
180:6 184:4
190:20 191:11,18
213:1 214:18
incidents 207:4
INDEX 4:17
indicating 40:21

148:5 168:4
197:10 209:3
indoors 102:20
Industrial 1:12,13
18:23
information 7:11
125:18 204:19
inside 48:10,13
132:19
instance 60:1 96:20
97:2 212:21
218:14
Institution 140:12
instruction 173:1
insulation 84:12
85:20 86:2
insurance 28:8,18
28:23 29:1,3,5,8,9
78:23 79:3,5,16
79:17,20 80:4,5
80:11,23 81:7,9
81:10,19 82:5,14
82:18,23 83:2,17
121:9 172:11
187:4,5 202:17
205:9,14 215:4,8
interested 6:18
225:19
internally 174:12
Interrogatories
201:17
interrupt 7:5 29:11
154:16
interview 63:10,14
152:1
introduced 4:6
6:11
involved 155:12
206:6
iron 179:22 182:20
issue 27:15
it'd 117:9 128:2
149:20

————————
J
Jack 1:5 43:23 45:9
78:11 111:17,17
111:19,20 112:8
112:14,15,16,18
112:20,21 113:19
113:23 114:1,2,3
114:11,13 123:14
123:19 124:1,2,10
124:12,13 125:4,5
125:6,7,10,12,19
137:10 154:7
156:6 195:17
196:2 202:13
207:6 217:2,11
219:10,11,13
Jack's 111:20
114:16
January 144:16
145:5,9
Jeff 27:18,20,23
28:1,3 37:15,16
44:13 45:9 73:5
76:1,2,3 77:12
80:1 110:15 121:2
189:5 203:18
214:22
job 11:13,14,20
13:14 15:16 19:1
19:6,7,19,19 20:1
20:2,3 21:18,20
22:8 27:4,19 39:6
39:10 42:1 46:8
53:18 54:4 55:12
56:2,3,8,21,22
59:18,19 60:13
62:14 63:10 71:19
74:7,12 75:3,8
76:4 79:23 82:17
85:7,11 104:18
107:4 108:18
120:13,14 131:2,8
139:21 148:7

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 9

151:20 152:1
194:5 196:6
210:19 221:14
**jobs** 19:8 33:4
  46:20 52:19 53:13
  57:3,5 154:12
**Johnny** 34:23
  36:20 37:21 38:1
  38:3,8,16,17 41:6
  41:7,7 42:17 44:1
  44:2 47:21,22
  49:7,12 58:9 59:7
  59:16 60:22 63:13
  65:17 66:6,7,8,9
  66:11,13,14 67:1
  67:13 70:17,19,21
  70:23 71:4,23
  72:1,13,15,16
  78:16 79:6,7,16
  81:18 84:4,5,18
  85:16 88:9 89:13
  92:4,10,13 93:17
  93:18 94:1,11
  106:19 108:23
  109:7,21 111:22
  112:9,16 113:15
  113:16,18 114:5
  115:17 116:20,21
  116:23,23 117:12
  117:13 119:8
  121:9,17 124:16
  124:23 125:11
  128:5 133:22,22
  140:1 156:11
  158:2,2,8,8 167:1
  171:22 172:16,17
  174:16 184:1,2
  185:11,11,12,13
  185:22 190:15,16
  191:3,4,16 194:17
  195:5,18 196:20
  196:20 198:20
  199:4,6,7,8,8,9,21

210:11,17 212:21
214:19,19 215:4
215:10 220:19
**Johnnys** 79:8
**Johnny'd** 125:12
**Johnny's** 140:1
**join** 34:10 154:10
  155:4
**joking** 134:15
  135:4 137:6,20
**jolly** 132:1
**journeyman** 37:1
**Jr** 8:22
**July** 84:23 85:12
  87:20 93:7 97:7
  180:1,10,11,14,15
  180:17,18 181:9
  181:18,19 189:9
  201:1
**jump** 205:18
**jumped** 205:16
**June** 1:23 84:22
  85:12 87:20 93:5
  93:6 97:7 180:22
  181:2,7 224:10

**K**

**keep** 7:9 26:12 46:3
  58:23 65:11 79:11
  131:4,21 136:19
  148:6,6 149:20
  150:12 210:21
  222:20
**keeping** 105:4
**Ken** 85:22
**Kenny** 85:23
**kept** 21:2 46:10
  63:8 71:15 81:16
  192:20,21 194:7
**kicks** 223:23
**kid** 75:9
**kin** 225:17
**kind** 6:15 7:9 11:8
  11:15 19:19,23

21:17 31:21 34:17
34:19,21 37:8
42:20 51:14,15
52:8 53:6 58:19
64:17 83:2 111:10
120:7 128:16
137:17,23 148:19
149:4,5 151:12
152:8 158:14
166:20 169:6
173:1 179:20
186:22 192:5
199:16 208:14
210:18 213:23
218:5 222:16
**kinds** 34:15 52:2,16
  57:3 132:23
**klansman** 133:12
**knew** 40:3 111:7
  116:11,15 127:5
  153:17 196:14,19
  198:16,19 199:10
**know** 6:19,19,21
  16:13,18 18:5
  20:23 21:3 24:16
  24:21 25:2,6,14
  26:8,11,12,13,13
  26:15,21,23 27:17
  27:22 28:9 31:3
  31:13 32:18 33:5
  34:10,12 37:1,11
  37:20 38:21 39:2
  39:6,22 40:4,18
  42:16 44:1 46:9
  47:5 48:9 49:23
  50:2,11,14 53:8
  54:22 56:22 57:14
  58:15 59:1,4 60:7
  60:9 61:21 62:7,8
  62:11 66:5 67:12
  69:9,17,19 70:2,7
  73:15,17 74:16
  75:20 77:3,15

78:2 79:13 82:16
83:10 85:17,18,21
87:12 88:8,14
92:22 95:11,22
104:18 107:12,14
108:4,6 113:8
117:2,5 118:11,17
119:1,17 125:7
126:5,17 127:4,8
127:13,19,19,21
128:10 129:4,5,7
129:11 130:8,10
130:18 131:22
132:11 135:9,20
135:22 136:14,16
136:16,17,21
138:9,9 139:23
140:5,6 146:4
149:17,21 151:17
151:18,22 153:10
153:14 154:4,9
155:13 156:14,15
157:2,10,21 167:7
169:19 172:9,11
172:21 173:2
174:12 177:4
178:19,22 181:17
188:3,4,10 192:18
192:19 194:2
196:1,10,17,18
197:16,16 198:4,8
198:9,10 202:11
202:11,21,22,23
205:13,16,18
206:4,5 207:5
208:3 210:14
211:3,6,13 212:7
212:8,12,17 213:5
213:7,9,10,23
214:6 219:18
220:17 221:9,10
221:13,15 222:10
223:11

**knowing** 166:19
  167:19
**knowledge** 85:12
  202:6 218:6,8,10
  218:16 220:10
**known** 78:9
**K2** 1:12

**L**

**laborer** 24:5,10,23
  27:10 63:3 64:2,3
  64:16 160:1,3
**laborers** 24:15,20
  30:4 64:6,7
  110:11
**lady** 25:12 213:4
**laid** 16:22 74:21
  139:21 151:16
**Lamar** 1:6,16 3:5
  4:5 6:4,10 8:14,15
  8:18,22 9:5,10,12
  185:8 209:4,7
  221:22 224:9
**Lamar's** 201:15
  208:11
**Landscaping**
  147:23
**language** 137:18
  138:1
**Large** 1:22 3:13
**late** 17:6 67:22
  81:21 93:4 111:20
  111:20 112:3,13
  112:22 113:11
  116:22 117:2,9,10
  117:15,19 118:9
  119:3,5,6,7,12
  123:23 124:16
  125:2,2,4,8
  199:23 217:5
**Lawrence** 7:20
**lawsuit** 9:17 10:8
  152:17 154:10,19
  154:20 155:4,20

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 10

196:23 197:11
198:17 199:10
**lawsuits** 205:5
**lawyer** 148:22
   152:17,18 153:2
   154:2,23 179:6
   186:10 188:2,20
   197:12,19 198:7,8
**lawyers** 186:11
   208:19
**laying** 73:6 75:3
**layoff** 16:20
**lazy** 159:4
**leads** 131:9
**leak** 104:17 189:17
**leaking** 62:8,10
**leave** 19:10 57:23
   60:10 88:3,14
   119:21 147:2
   152:4 189:18
   190:17 192:13,14
**led** 69:18
**left** 15:8 18:4,5
   29:3 68:21 69:3
   93:19 140:8,9
   145:7 147:13
   150:12 166:11
   185:12,13 207:23
**legal** 197:17 205:7
**letter** 176:8,13,18
**letters** 166:7
**let's** 15:15 23:1
   29:16 64:23 72:23
   118:8 158:12
   167:3 178:1,13
   188:23 195:15
   197:8 218:14
**Lewis** 1:5 9:15,16
   9:17 101:3 135:2
   135:3 202:10
   218:15,17
**liar** 125:15
**lied** 72:13 74:22

**life** 7:17 10:22
**LIGHTFOOT** 2:14
**liking** 60:15
**lines** 104:16
**list** 41:16 203:18
   204:1
**listed** 124:4 126:20
   126:21 176:11
   202:10,15 203:5
   204:7,17 218:16
   223:3
**listen** 89:8 214:20
**listening** 98:11
**little** 23:1,4 25:13
   57:15 60:7 63:2
   91:5 106:15
   132:19 147:3
   149:9 185:5 189:7
   207:12,18 210:21
   213:13
**live** 8:5,7,9,12
   149:13,14
**lived** 7:14,15 138:5
**lock-out** 31:16
**lock-outs** 31:16
**long** 7:16 12:23
   13:23 14:9,15
   15:17 16:10 18:10
   28:16 37:11 51:8
   80:10 81:6 103:14
   140:3 144:2
**longer** 20:18 83:13
   207:21
**look** 36:14 71:15
   79:14 95:19 140:7
   161:21 164:15,16
   165:7 168:1,4,17
   169:23 171:10
   178:13 185:8
   186:23 187:8
   188:5 195:15
   197:8,23 198:6
   201:22 205:2

208:14 218:3
**looked** 168:20
   180:12 184:22
   185:6 213:17
**looking** 85:10
   187:14 208:17
**looks** 23:5 64:23
   160:21 170:2,7
   173:23 174:1,3,15
   175:9 180:10
   182:1,4 184:17,19
   184:21 185:6
   192:1 197:3,10
   198:1 199:4,19
   209:2
**lost** 97:10 129:17
   149:7 151:1,20
**lot** 6:23 35:6 40:12
   108:9 120:7
   133:16 151:10
   153:15,18 158:13
   185:6 189:2
   222:11 223:5
**Louisiana** 89:2
   91:20 95:12 109:9
   109:10 187:12
   191:13 215:15
**love** 8:17 26:14
**low** 54:10 103:1,6,7
**lower** 54:9 123:10
**lunch** 26:13,17
   42:4
**lunchtime** 50:11
   135:13 192:17
**lying** 112:10

_____M_____
**machine** 16:8 53:1
   53:2 146:11
**machines** 48:10
   53:21
**mad** 126:8 129:15
**mail** 79:21
**main** 157:21

**maintenance**
   147:23
**majority** 99:13
**making** 12:11 16:4
   26:23 27:9,11
   28:7 64:9,10,15
   79:13 103:17
   108:12 141:2,22
   143:9 146:10,12
   147:4 215:11
   219:19
**man** 17:22 34:23
   39:6 57:20,22
   58:14 59:9,9,13
   64:9 74:5 83:17
   84:13 89:8 90:16
   92:19 94:4 95:5,8
   97:22 105:15,15
   108:14,18,20
   109:6,10,21
   115:20,21,21
   116:4,8,17,20
   126:3 128:20
   133:9 135:20
   156:11 189:12
   212:7 220:14,16
**mandatory** 200:18
**manner** 4:8 137:20
**Mansfield** 1:13
   11:10 19:5,11
   20:8,8 23:3 26:4
   30:16 32:7,8 33:6
   33:9,15 34:1,4,8
   38:22,23 40:14
   43:10 46:2,12,20
   47:20 55:5 56:7
   63:5,7 64:20 65:7
   78:19 83:20 84:12
   86:6 87:22 97:2
   99:9 107:21
   109:17 110:3
   124:6 126:23
   127:7,10 130:15

131:1 139:10,13
   140:10,20 148:18
   149:16,23 151:9
   152:14 155:18
   157:22 161:3,9,19
   161:20 164:8
   166:19 167:20
   168:12 177:8,19
   217:23 218:7
   219:3 223:9,15
**Mansfield's** 166:16
**man's** 187:12
**March** 39:19 47:7
   54:19 55:3,4,15
   78:4 81:14 101:18
   145:22 147:13
**mark** 158:18
   184:16 186:21
**marked** 158:17
   159:10 160:7,15
   161:14 162:7,18
   163:4,12,21 164:6
   165:6 168:14
   170:16 173:19
   175:2 176:5
   177:15 184:15
   186:20 201:13
   208:8
**marriage** 151:13
**married** 14:23
   16:18 157:5
**Mary** 8:14,15
**masks** 31:18 51:23
   59:21
**match** 219:22
**matter** 23:11 108:2
**ma'am** 10:9,11
   50:20 66:3 68:16
   69:6 110:2 149:2
   149:3 160:20
   162:11 164:13,19
   167:6,21,23
   177:13 185:3

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**202:**1 204:23 224:5
**mean** 20:9 23:17 28:9 56:4 75:16 75:17 86:17 88:19 88:20 90:2 101:14 105:6 112:1 128:6 154:16 169:8,22 176:21 181:14 214:7 218:13,14 222:6
**means** 58:18 90:3 183:14 205:6 225:8
**meant** 87:14
**meet** 141:2
**meeting** 33:17 114:6,7
**members** 8:5,12 9:2
**memories** 223:23
**memory** 182:12
**mentioned** 137:9 137:15 155:12 221:9
**mess** 88:13 116:12
**message** 91:2 92:15
**messing** 66:5
**middle** 1:2 8:1 18:14 49:4 164:2
**midway** 209:5
**mile** 60:12
**miles** 18:21 84:1 91:11
**military** 12:20
**million-dollar** 20:12,13
**mind** 152:6 201:8 223:22
**mine** 163:1,8,16,18 164:3
**mingle** 26:16
**minister** 157:5,8

**minute** 202:15
**minutes** 26:1 29:14 117:10 124:10
**missed** 92:23 124:11
**Mississippi** 37:13 65:15 66:18 109:4
**Mitchell** 1:20 3:11 225:22
**mix** 212:14 213:7
**mom** 152:2
**Monday** 67:13 68:9 70:20 71:2,3 94:7 94:8,10,20 96:23 98:23 99:1,2,4 115:15 122:10 142:5 143:12,13 147:10,11,12 150:2,4 180:4 181:5,7 190:10,15 195:18 196:3 200:15
**money** 12:13 18:6 28:7 37:20 82:19 82:22 143:9 144:1 144:11 145:7 147:4 154:12 205:14,19,21
**Montgomery** 27:19 80:4 85:4 225:5
**month** 54:19 67:10 67:12 145:21 204:8
**months** 17:3 21:4,5 28:6,18,20,21 37:18,18,23 38:13 39:11,12 47:3,4 63:18,19 68:23 79:19 80:12 81:15 81:16 82:1 84:20 118:9 141:13,13 141:14 150:6 152:23 204:10

**207:**10
**moods** 117:17
**morning** 25:10 33:20 42:23 43:1 43:2 53:20 71:4 93:21 117:3 142:12 185:12 210:12
**mornings** 41:18
**mother** 8:14
**mouth** 28:2 111:12 125:19 149:20 210:9 222:20
**move** 22:10 29:20
**moved** 14:4,5,7 17:15 27:18 80:3 210:1
**movement** 138:6
**museum** 148:2

**N**

**name** 8:11,21 9:4 9:12 27:16,17 28:4 31:2,3 35:4 36:7,17 37:15,16 44:3,12 45:5 60:3 80:1,2,13,14 85:21,22 88:8 89:3,4,5 91:21,22 155:13 169:22 171:7 176:11 187:2,12 202:22
**named** 18:22 27:22 37:16 44:13 45:3 45:4,18 111:17 137:15 138:2 144:10 154:7 155:12 191:11
**names** 9:14 25:1,4 25:7 26:7,20,21 58:15 129:14 131:5
**nap** 143:23
**Nathaniel** 1:6,16

**3:**5 4:5 6:4 8:22 8:23 71:13 116:3 185:7 201:15 208:11 209:4 224:9
**nature** 96:15 215:13 217:19 218:1
**near** 56:14
**need** 3:17 42:15 90:10 106:21 109:2 216:1
**needed** 194:5
**needle** 52:23 53:15 53:17,23 56:23 57:1,1 64:14
**needle-nose** 52:23
**needs** 42:6
**negative** 138:22 139:3,6
**neither** 225:17
**never** 16:21 21:7 29:2 39:17 50:6 54:16 71:14 79:22 79:22 100:11 109:20,20 112:11 114:7 116:7,18 117:16 118:11 121:12 127:3,5,16 128:17 130:11,17 132:5 135:11 139:5 161:20 162:3 165:2,12,13 165:14 167:8 170:4 171:21 172:4 173:6,7,16 184:10 202:21 215:5
**new** 22:12 102:3 104:2,6
**nigger** 133:5,5,12
**niggers** 133:4
**night** 29:23,23

**143:**14,17
**nine** 21:4,5 24:19 24:22 47:3 142:1 174:6
**nods** 47:23 85:14 178:16 187:22 214:3 216:20 217:1
**noise** 70:10
**normal** 52:3 146:23 147:1
**normally** 49:20
**North** 2:16
**NORTHERN** 1:3
**nose** 53:23 57:2 64:14
**nosing** 53:16,17
**Notary** 1:21 3:12 225:23
**note** 30:9 186:5,9 186:12 188:14,14
**notes** 150:9 188:1 218:3
**notice** 1:17 3:6
**November** 18:18 19:16,18 38:9,18 39:15
**nub** 25:13
**number** 161:21 162:23 163:9 202:5 205:3 207:2
**N-word** 134:15 135:11 136:6,9,11 137:4 209:10

**O**

**Object** 197:5
**objections** 3:15,16
**occasion** 61:3 199:21 200:2
**occurred** 77:14
**occurring** 225:14
**October** 152:19,19 152:20,21 153:2

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

154:21,22 155:2
157:13
odd 117:17
offered 3:20 221:13
office 28:22 66:1,9
67:14 68:11 69:13
70:14 71:1 81:17
84:8,10 115:22
124:23 126:11
176:23 191:2
214:19
Oh 33:3 158:22
192:7
okay 7:9,16,21 9:19
10:17 11:6,11,19
12:17 13:17 14:12
14:18 15:23 16:10
16:17 18:9,14
19:3,17 20:2
21:22 22:11,13
23:1,21 24:8,12
24:21 26:5 28:14
28:19 29:12,19,21
30:1,2,13,14,21
32:6 33:3,23
34:11,18 35:15
36:3,14,15,19
37:6 38:6,10,17
38:21 39:2,14,21
40:1,16 41:9,10
42:3,9 43:2,8,14
43:19 44:6,16
45:6,14 46:6,23
47:16 48:4,17
49:18,21 51:1,4,4
52:16 54:15 56:7
56:15 57:7,21
58:1,10 63:12,20
64:5,12 65:3,14
66:22 68:14 69:8
70:5,16 71:9 72:2
72:23 73:13,19
74:1,14,19 75:9

75:13 76:13 77:6
77:9,23 78:8
79:12 81:10,12,21
82:6 85:6,9 86:1,7
87:17,18 88:1
91:3,13,15,17,23
92:12,17 94:10
95:19 96:20 97:13
98:7,9,12 99:6
100:21 101:7,16
101:17,22 102:4
102:19 104:10
105:3 106:4 107:3
107:8 108:5,10,15
109:19,23 111:7,9
111:18 112:22
113:18,21 115:7
117:1 118:6,13,18
119:15 122:3
124:3 125:16
126:4,19 127:23
128:9,14,19
129:10 130:21
132:16 134:5,13
135:9 136:15,18
137:14 138:15
139:4,8,11,20
140:14,17 141:17
142:2,9,14,16
143:2,15,21 144:2
144:5,9 145:16,23
147:12 148:1,17
149:4,15 151:2,8
151:23 152:7,12
152:16 153:10,19
153:22 155:23
156:4 157:6 158:3
158:10,23 159:3,6
160:2,3,5,9,23
162:5,16 163:10
164:4,8,21 165:3
165:7 166:11
167:10 168:1,8,12

169:12,17 170:9
171:15 172:5
173:15,23 174:23
176:3,18 177:10
178:13 179:1,16
180:13 181:13,22
182:21 186:3,22
187:3,14 188:13
188:23 189:7
191:9,23 192:2,7
192:10 193:1,21
194:8 195:10,15
195:21 196:5,8
197:15,23 198:14
201:7 203:1 204:1
204:7,16 205:1
206:8,22 207:16
208:3,6 209:6,8
209:21 210:6
211:7,16 212:6,16
213:21 215:23
216:5 218:3,4
219:15 220:7,13
220:22 221:9,13
221:16 222:5
old 8:23 53:4
older 138:4
ole 51:7 57:8
205:22 223:6
once 20:22 50:8
54:22 62:15 96:12
107:6 193:11
194:20 195:5
ones 58:16 114:19
120:9
operator 146:11
opportunity 216:15
order 7:9 65:11
organized 22:14
orientation 30:20
30:21,23 31:7
32:1,13,16,20
33:12 161:6

166:23
ought 133:23
212:12
outlook 139:8
outside 48:11 106:6
126:12
owned 150:21
o'clock 33:18 42:11
88:15 152:2
193:18

_____
P
_____
packet 168:3 185:5
209:5
page 4:19 5:1
158:21 160:19
164:20 165:8,15
165:17,19 166:1,2
166:7,11,14
167:10,14,15
168:6,22 170:19
178:4,6,14 182:3
184:21 185:4
187:15 192:2,4
201:18,19,19,23
202:4,4,10 205:2
205:2 207:1 209:2
pages 168:6 187:1
paid 24:22 88:1
90:13 98:5 110:18
110:20
paint 20:3 24:4
42:15 48:7,11
49:11 51:9 52:5
53:4 57:2 59:3
104:12 134:1
212:10,12,13,15
213:4
painted 20:5 39:1
39:16,17 48:16
64:3,6,7
painter 24:2 27:5,6
27:8 37:1 39:4
54:6,8 64:13

108:11 109:16
210:1 219:20,20
220:23
painters 24:4,9
133:23 210:1
painting 18:16,17
18:18,19,20 19:1
19:21 20:6 53:16
Pam 8:16
paper 28:8 159:13
160:12 162:3
171:3,7 174:1,4
175:12 177:21,23
179:2,4 185:5
188:19
papers 161:1
169:18 196:9
paperwork 33:14
33:16 34:2,6
79:21 81:18
157:16,17 158:13
161:9 164:14
198:11
paragraph 182:22
185:18,20,21
189:8 191:23
192:3
park 35:18
parking 35:6
222:11 223:5
part 21:2 67:4,5
152:17 167:6
171:15
particular 51:14,15
Particulars 185:7
parties 3:4 4:3,12
225:18
party 4:8 205:6
passed 9:9,10 15:4
171:13
passing 88:7
pat 73:8 84:23 85:1
85:4 86:11 101:2

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

135:10,13 154:7
155:8 218:21
**Patrick** 1:5 9:17
84:23 101:3 135:2
135:3,5,15,17,21
155:10 156:6
202:10 207:7
218:15,17
**Patrick's** 135:7
**Patterson** 8:16 9:15
9:16
**pay** 24:7 25:16,20
26:8 30:4 110:5,6
123:8 144:11
148:20 150:11
159:20 216:22
219:20,22
**paycheck** 150:1,10
**paychecks** 150:9
**paying** 142:20,23
143:1
**peeping** 133:9
**Pen** 18:23
**pennies** 141:1
**people** 34:22 46:23
47:20 52:21,22
53:5 55:17 87:2
95:21 100:20,23
102:10 103:15
107:19,20 120:5,6
120:7 131:18
134:19 137:19
138:22 139:3,7
151:20 155:22
157:22 176:16
198:13 204:17
223:4,12
**period** 14:19
103:22
**person** 13:14,15
25:17 31:2,3,4
60:19,19 136:20
183:4 202:17

**personal** 132:2
158:6
**persons** 202:6
**Pettaway** 2:5,6
4:21 6:3 44:23
76:12 148:23
181:18 197:5
221:18,21 222:22
**phrasing** 56:4
**pick** 25:10 39:7
41:4 87:6 117:6
**picked** 48:1
**picture** 169:15
**piece** 179:2,3
188:19
**pipe** 31:13 51:2,3,5
51:6,11 73:5
74:18 76:23 77:13
78:2,5 121:3
189:5 193:12
203:20 214:23
**pipes** 31:13,14,15
77:22
**place** 15:9 16:3
41:22 133:3
140:12 144:10
146:2,2 173:2
207:17 211:4
222:15
**places** 104:20
**plaintiff** 10:7
154:19 155:20
201:15 205:5,7
206:1 208:10
209:7
**plaintiffs** 1:8 2:4
137:16 154:1
156:2 202:14
206:6 218:9
**planning** 88:10
89:10,18,21 98:15
**plant** 11:23 14:4,5
14:23 19:12 20:5

22:3,4,14,17
23:17 30:22 31:1
31:10,12 32:11
35:9 36:22 37:4,9
38:3,5 40:3,6,6,17
40:20 41:2 43:3,9
43:14,16,17,21,22
45:16,23 46:13
48:4,5 49:3,16
51:12 52:1,3,14
52:18 53:14,15
54:5 55:4,20 56:1
56:8,9,13,17,18
56:21 69:5 74:23
75:1 77:18,19
80:17,18 84:14
99:11,11,11,12,14
99:15,16,17 100:3
100:17,21 101:1,7
101:11,17,19
102:5,6,7,8,10,13
102:14,16,19
103:8,15,16,18,19
104:1,18 105:18
105:18,22,23
106:5 107:15
111:21 122:13,16
122:17,21 123:1
128:20 132:12,13
133:3 166:23
190:5,11 198:23
204:12 205:20
209:22 210:2,3
212:1 216:9,10,15
219:4
**plants** 22:21 40:11
40:12 46:2,4,19
47:1,18 48:2 55:8
55:18,22 209:9
219:6
**play** 131:5
**players** 157:21
**please** 7:22 8:11

176:9 201:18
205:4
**plugs** 52:11,13
**plumbers** 33:8
**pole** 41:22 42:2,9
**policy** 166:17,20
167:7,8,20
**pool** 17:13
**popped** 126:9
**position** 23:22
159:22
**posts** 210:20
**power** 186:2
209:10
**Practices** 165:9
171:19
**Praise** 10:2
**prefers** 92:4
**pregnant** 151:14,18
**premises** 120:3
**prepared** 92:1
**pretty** 13:4 20:15
39:12 55:16 118:6
148:7 150:1,1
166:10 170:6
182:14
**Prince** 149:1 153:7
153:9,11
**prison** 65:15
**probably** 78:7 85:9
87:20 96:5 118:19
119:7 141:9
143:18 167:4
179:6 180:16
181:1,6,10 182:12
182:13
**problem** 26:4 67:1
104:20 191:20
192:6
**problems** 117:5
149:6 151:8
152:13
**procedural** 3:8

**Procedure** 3:22
**proceeding** 225:7
**proceedings** 225:14
**produced** 225:9
**production** 12:8,14
208:13,17
**Program** 164:10
**project** 21:21 22:1
22:15,19 46:15
**projects** 219:8
**promised** 146:16
**promising** 63:8,9
**promote** 108:22
**promoted** 108:23
123:5 216:19
221:5
**promotion** 63:6,21
**property** 120:12
134:4 222:17
**prove** 125:14
**provide** 205:4
**provided** 3:21 4:9
**psychological**
149:6 152:13
**Public** 1:21 3:12
225:23
**pull** 118:16
**pulled** 35:23
124:15 141:1,11
141:12
**punishment** 183:12
**purpose** 3:21
**purposes** 8:13
**pursuant** 1:17 3:6
**put** 16:4 21:1 28:1
28:20 42:4 81:18
101:20 111:11
158:4 169:7,8
197:14 210:20
220:21
**p.m** 224:10

_____
**Q**
_____
**qualified** 37:2

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**quarter** 8:3 60:12
128:4
**question** 29:17,19
30:1,3,14 34:12
35:3 74:4 115:6
133:10 134:5
197:6 218:5
**questions** 3:15,17
6:17 11:17 34:15
65:9 100:16 187:9
202:3 221:17,23
224:6
**quick** 45:1
**quiet** 149:20
**quit** 37:19,20 46:9
95:12,17,18
108:22 144:11
**quite** 10:21 62:10
127:15
**quote** 118:21

**R**

**race** 72:12 114:15
137:21 203:22
**raced** 91:9
**racial** 86:19,20
96:15,19 137:17
137:23 215:13
**racist** 156:12
**rack** 51:2,3,5,6,11
73:5 74:18 76:23
77:13 121:4 189:5
193:12 203:21
214:23
**Radcliff** 189:11
**radio** 128:6
**Ragland** 1:6 43:23
45:8 63:1 116:13
123:18 136:3,4
154:6 202:12
207:6 219:15,16
220:3
**Ragland's** 54:4
**rain** 104:9 105:7,10

122:21
**rained** 99:14
100:11 102:15,15
104:7 105:10
**raining** 99:20 100:2
106:5 128:3,3
216:14
**rains** 100:4,9
104:11
**raise** 63:6,8,10,11
63:15,20,22,23
71:12,14 146:15
174:5,9,10,18,21
174:22
**raises** 27:12,13
**Ralo** 1:6 78:11
101:2,4,6 112:19
112:19,19 122:19
122:19 123:14,17
124:9,9,14,15,21
125:2,2,23 126:9
126:12,13 136:8
136:10,13,14
154:7 156:6
202:12 207:7
220:5
**ran** 120:1 124:16
124:17,22 126:10
**rate** 26:9 30:5
123:8,10 159:20
216:22
**read** 111:9 156:19
164:22 172:1,3
178:7 179:14,14
188:10 201:8
214:1 217:20
**reading** 171:6
177:22 179:18
**ready** 66:14 88:5
89:16 92:10 114:1
**real** 6:21 7:4 29:16
41:1 50:7 126:8
166:6

**really** 34:4 36:22
41:5 53:1 70:6
82:17 84:15
104:23 152:5
169:21 171:9
210:18 211:1
212:17 215:18
**reason** 10:13,13
49:23 73:3 79:11
114:15 115:19
125:7 127:2
151:11 192:16
**recall** 27:16 35:3
166:19 210:18
**receive** 199:16
**received** 171:18,21
**receiving** 13:16,18
14:20 164:11
**recess** 45:2
**recommended**
175:19
**record** 6:23 156:20
158:15
**records** 36:14
**Reed** 37:21 38:1,3
38:8,16,17 41:7,7
44:2 66:7,14 67:1
70:21,23 71:23
72:13 78:16 92:10
93:17 94:1 108:23
119:8 124:23
158:2,8 185:13,22
190:15 193:5
194:11,17 195:5
195:18 196:20
198:20 199:6,8,9
220:20
**Reed's** 66:8 72:15
**reference** 121:20
**referred** 158:23
**regarding** 49:16
**regardless** 4:9
**regret** 149:22

**regulations** 161:17
172:10
**rehire** 175:19
**relate** 202:7
**related** 9:16
**relatives** 8:4
**remark** 66:16
**remember** 11:13
12:6 13:17 15:13
15:20 23:8,9,22
25:1,4,6 31:2 36:8
37:14 38:7 43:20
44:2,7 45:5 54:5
54:19 60:2 63:16
67:10 77:14,16
80:13,14,15 81:11
84:19,20 89:3,4,5
92:17,19 105:6
107:11,12 110:15
113:14 114:23
115:2,3 144:15
145:13,21 155:3,7
156:22 159:16,23
161:16,18 162:2
164:10 167:19
168:9,20 169:1,4
169:20 170:3,8,9
170:13 171:2,4,4
171:6,9 172:18
173:12,21 174:6,8
174:9,18 177:1,4
177:22 178:1,5,11
178:11 181:4,14
182:10 184:11
185:11 186:4,8
187:23 190:3,4
192:7 194:14
196:1 199:14
205:12 206:16
208:16,16 209:12
210:10,16,19,23
222:2 223:19
224:4,5

**renting** 150:19
**repairing** 62:9
**Reporter** 1:21 3:11
6:1 225:23
**REPORTER'S**
225:2
**representation**
179:13
**representing** 3:4
4:3
**represents** 225:12
**reputation** 153:20
**Request** 208:12,17
**required** 57:5
**requirements** 3:9
**reserved** 3:18
**resource** 127:3,6
**resources** 127:2,14
130:19
**respect** 3:8 220:5,7
**respond** 157:17
**responded** 221:22
**Response** 208:11
**rest** 26:16 74:3,6
77:7 83:11 84:2
143:12
**result** 225:19
**return** 15:3
**reviews** 164:18
169:13 178:10
185:10 187:11
**rich** 199:11
**Richardson** 1:5
44:1 45:9 111:17
123:14 137:10
202:13 207:6
217:2 219:10,11
**rid** 84:16 86:14
87:5
**ride** 35:18 60:5
112:14,15 127:22
128:1 136:13
142:4 157:3

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

**riding** 58:4 111:16
119:13 143:22
211:23
**right** 6:10 7:3,19
8:10 9:2 10:23
12:16 13:9 15:17
19:6 20:17,20
22:2,16,18,20
23:7 26:5 27:3
32:14,17 33:11,11
37:7,10 40:8,10
41:14,19,20 42:19
42:22 43:4,7 45:8
45:19 46:13,14,16
46:18 47:9 48:3
48:19 49:1,13,17
51:5 52:5 54:12
54:17 55:7,19,23
56:6 57:4 61:5,7,9
61:11,13,20,22
62:19 64:17 66:21
67:2 68:8 69:4
70:12,15 72:9,22
78:17 81:2 82:10
83:16 84:5 85:6,8
86:21 87:16 90:1
93:1,12,14,23
95:16,20 97:12
98:19,21 99:5,22
100:1,3,19 103:13
104:4,7,7,13
106:6,9,12 107:21
110:17 112:4
113:1 114:21
115:12,16 120:9
120:19 121:1,5,12
121:22 122:4,8,11
123:3,6,9,12,22
128:23 130:7,12
130:17 131:11,15
132:3 138:5 139:4
139:12,15,19
141:16 142:23

143:6,10 147:15
147:20 148:5,11
150:22 151:7
153:21 155:17
156:3,17 157:19
158:6,12 159:8,21
160:8,16 161:7,10
161:12 162:12
163:2,14,17,19
165:18 166:5,13
166:15,18 170:23
173:8,10,17
174:13,17 175:6
175:23 176:23
179:19 180:19,23
182:3,18 183:23
184:3,5,8,13
190:22 191:6,8,12
191:15,22 192:18
193:7,17 194:9
195:14,15 196:8
197:14,14,18,18
197:20,22 198:6
199:15 200:1,6
201:9,11 202:2,18
203:4,7 204:17
206:2,11,21 208:2
211:9 213:14
214:15 215:2,6,9
215:12,16 216:4,7
216:12,17 217:7
217:10,12,15,18
219:5,7,9 220:1,4
221:4,7,17 223:17
**Road** 151:4,5
**Robert** 45:12,13,14
209:15 210:11,16
211:13 214:4
**rode** 123:15 136:13
204:2 217:5
**room** 74:3 84:9
85:16
**Rose** 153:13

**row** 74:17
**rule** 195:1,2
**rules** 3:22 161:17
172:10
**ruling** 3:18
**run** 210:8
**running** 17:13 37:3

**S**
**Safe** 165:9 171:19
**safety** 31:21 32:15
52:5,6 60:18
73:11 127:8
189:11
**salary** 142:20,21,23
**Sanders** 2:6,6
153:13,14
**sanding** 53:2
**sat** 32:12 39:3
156:7
**Saturday** 147:11
147:12 150:5
**saw** 25:2,5 108:6
111:2,4,5,8 148:3
153:2 154:23
162:3 165:2
169:15 170:4
188:21 190:16
194:6
**saying** 7:5 39:14
46:3 68:21 72:11
81:1 83:12,15
88:12 89:9,9
90:10,18 92:6
96:18 97:16
101:13 103:23
104:19 126:2,15
128:11 131:6,22
134:4 136:19
138:16 156:15
157:8 170:12
175:14 176:21
194:2,23 198:4,9
200:13 212:18,20

218:22 219:2
220:15 222:19
**says** 59:10 158:22
159:15,20 161:22
164:8 165:8,17
166:12 167:11
170:19 171:16,17
174:14 175:18
176:9 177:17
180:9 181:11
183:1 185:7
194:10 195:16
205:3,8 207:2
209:8,9,10
**scale** 173:23
**scared** 50:1
**school** 10:15 11:5
**schools** 140:15
**score** 170:4
**second** 45:1 52:15
158:21 178:4,6,13
185:20,21 187:15
189:8 192:2,4
202:4 221:8
**section** 31:17
**security** 130:14
144:14 145:23
146:3 147:13
162:23 163:9
**see** 15:15 20:2 22:3
25:8 46:3 50:12
50:15,16 58:4
60:8 64:23 66:11
69:15 76:14 80:18
83:12,15 84:9
90:9 97:5,16
100:3 101:13,16
108:8,9,20 112:14
131:5 132:9,10
134:4,19 135:6,13
135:15 138:5
149:10,11 152:18
153:5,7,10 154:2

157:7 165:16,17
165:19 168:8
169:12 170:4,18
175:11,14,16,18
176:7,18 177:17
177:21 178:1,1,8
193:16 194:16,23
196:12 198:4
200:13 218:22
219:16 223:22,23
**seeing** 161:18 162:2
173:12,21 175:15
192:21
**seen** 152:7 159:13
164:23 165:10
175:4 176:12
177:20 204:22
213:17
**seeped** 51:21
**sees** 75:7
**Selma** 1:19 2:9
7:12,16 8:8,9,13
9:6,21 11:22 12:2
14:13 15:3 18:22
91:10 142:10
147:22 149:14
151:6 206:20
**send** 84:1 96:13
99:16 102:17,17
104:8,22 120:12
186:2
**sending** 104:21
**sense** 213:8
**sent** 35:8,10 41:6
70:19 72:4,10,12
74:22 83:22 84:5
85:1 94:9,10 97:1
99:1 100:8 102:7
115:17,18 122:7
122:22 124:23
126:11 181:5
183:3,11,16
190:19

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 16

separate 219:1
separately 169:8
September 23:6,13
  23:15,21 30:17
  36:5 38:8 46:11
  47:7 64:22 81:12
  81:13,23 101:16
  144:17,20 145:18
  160:22
series 168:9
serious 118:6 135:4
service 13:14,15
  16:13
SERVICES 1:12
set 43:5 57:16
  201:16
seven 20:12 28:6
  42:11 47:4 59:1
  63:19 68:23 84:6
  128:4 146:14,19
  146:20 148:16
  152:2 204:9
seventeen 118:9
sewing 11:23
shack 128:7
shakes 114:22
  152:15 158:11
shear 16:7,8
shed 102:21
sheet 159:13
  160:12 162:3
  169:5 171:2,6
  173:8 174:8
  175:15,16 184:21
  185:5 186:14
shift 207:3
shipped 94:19,22
  95:8
shipping 13:16,18
  14:20
shoot 157:4
Short 45:2
Shorthand 1:21

3:11
shoulder 73:8
show 32:9 73:9
  111:3 128:12
showed 73:14
  74:17 80:7
showing 31:9 78:13
  78:14
show-up 128:16,17
  128:21 129:2,5,8
  129:15,22 130:2,6
  130:9
shut 66:15 67:6
  68:3,5 70:22,23
  97:21 98:8 120:20
  120:21 184:2
  185:17 191:5
  212:22
sic 87:6 205:15
side 9:6 68:6
  167:11,16 183:3
  214:21
sign 133:8 171:22
  175:11 196:9
signature 4:14
  158:14,21 159:7
  160:19 162:9,15
  162:20,22 163:7,8
  163:15 164:2
  168:21,23 169:4
  169:21 171:10,11
  171:16,17 177:21
  185:1 187:15
  201:22 207:1
signatures 170:21
signed 68:10
  129:12 130:1
  160:21 169:19
  172:1,2 173:8,10
  182:1,4 208:15
signing 171:2,7
signs 148:3
similar 155:19

sister 8:16,17,17
sit 26:14,15 42:10
  154:19 193:23
  223:18
site 22:1 35:10
  57:11 60:11 62:14
  131:2 132:17
sitting 48:12 88:4
  195:9
six 17:3 28:6,18,20
  28:21 59:1 63:18
  63:18 68:23 79:19
  80:12 81:16 82:3
  84:6 86:23 87:2
  146:21 204:8
sixteen 10:18,19
  97:17 118:8 139:1
six-man 44:9
skipped 37:23
  156:14
sleeping 73:22
  74:12,18 75:2
  77:13 121:3 189:5
  203:21 214:23
slowed 76:14
small 166:6,10
smell 57:13 209:19
  214:6,7,9
Smither 77:12
Smitherman 26:10
  26:22,23,23 27:14
  27:20,23 28:3
  44:13 73:6 110:16
  119:4,5,6,11
  121:3 203:18
  214:23
Smithermans
  119:13
Smitherman's
  45:10
smoke 192:8,8,15
  192:19 193:10,23
  217:14,17

smokes 192:12
smoking 192:6
  193:2,5 194:18
  195:12
Social 162:23 163:9
socially 135:15
soda 135:14
somebody 35:21
  44:3 50:15 59:11
  60:13 92:14 93:13
  94:15 123:15
  127:18,19 133:8
  134:20 153:8
  179:7 186:5
  187:20 195:3
  212:10
somebody's 174:2
son 8:20 149:10
soon 58:21 140:19
sorry 56:4 60:17
  87:18 98:11
  123:18 141:19
  154:14,16 166:10
  185:20 197:16
  199:5 207:13
sort 8:3,5 22:14
sound 92:3 174:19
  175:23
sounds 31:21 43:8
  50:22 74:9 81:3
  81:21 90:9 103:16
  106:10 110:14
  118:7 120:4,6
  147:5 157:12
  175:6 192:5
south 140:18
southeastern 8:3
southern 8:6
Sow 202:15,20
  203:1
speak 6:5 24:6
  108:3 131:18
  136:22

speaking 126:17
special 53:7 57:6
specific 11:9 29:17
  72:6,10 133:1
specifically 23:2
  30:11 34:16 47:19
  110:15 156:23
  178:3
spent 33:20 97:15
split 150:13
spoke 125:10
sports 131:21,23
spot 73:23
spring 47:13 54:18
  54:21 56:15 78:6
  78:7 80:21,22
  83:18 93:3,4
stack 197:9 209:1
staff 61:10
stalls 209:8
stand 60:7
standing 60:8
  94:23 119:10
  124:19 211:9
start 17:9 38:6
  53:23 55:11 80:18
  81:19 102:2 110:9
  128:2 140:19
  194:20 207:19
  216:14,22
started 17:3,4,7
  18:15,16,16,17
  19:4 23:3 24:12
  24:15 26:8 27:8,9
  27:10 28:22 30:4
  30:15 32:10,19,22
  33:21 36:5 38:8,9
  38:12,18 43:11
  46:11,17 47:1,9
  47:15,18 54:10
  55:5,17,20,22
  63:3 64:20 65:16
  81:12 82:3,4,6

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 17

92:6 99:20 100:2
101:13 102:6
107:18 110:13
123:10 128:3
138:7 140:11
141:3,4,8,9,23
144:15,16 146:21
147:21 161:2
162:14 164:11
168:10 169:3
172:20 179:18
181:17 193:2,4
194:16,18 207:19
207:23 210:3
220:18
**starting** 11:12
21:18 23:8 24:9
24:10 27:2,4
34:19 64:22 85:7
85:11 101:14
159:17,19 165:22
**starts** 131:9 168:6
189:9 202:9
**state** 1:22 3:12,22
108:14 225:4
**statement** 182:8
209:4,6
**STATES** 1:1
**stationed** 13:2
**Statute** 4:9
**stay** 8:7 21:8 26:17
29:22 50:3,4
60:23 89:11,21
90:7 92:4 95:21
119:18 120:10
131:16
**stayed** 18:8 37:17
50:6 54:13,16
65:22 66:22 70:4
89:12 90:7 207:20
214:16
**steel** 16:9 48:7,9,9
48:10,13 53:3

**stenographic** 225:8
**stepdad** 45:10
**stepdaddy** 44:17,17
**Steve** 36:8,12,15
45:4,18,19 78:11
119:4,4 154:8
155:13 203:5,8
207:7,8,9,11,16
207:20,20,22
208:3
**Steve's** 45:5 203:17
**stipulated** 3:2 4:1
4:11
**stipulation** 1:18 3:6
**stipulations** 3:1 6:2
**stop** 59:17 62:13
134:20,21
**stopped** 140:20
**story** 68:7 214:21
**straight** 41:23
105:9 141:20
172:17
**street** 1:19 2:8,16
7:18,20 138:7
**stress** 149:17,17
151:12 152:9
**stretch** 47:8
**structure** 48:11,13
48:18,23 49:4,5,6
51:8,9 103:10
**structures** 48:7
**stub** 25:5 111:2
**stubs** 25:2
**stuff** 26:2 31:16,19
31:21 42:13 49:11
83:2,3 92:9 97:11
132:23 133:16,19
138:19 146:9
153:18 156:11,16
189:2 192:1
213:18 223:3
**Sturdivant** 148:2
**style** 205:4

**sub** 17:21
**submitted** 174:16
**sudden** 128:2
**sued** 10:4,6,10
205:21 206:3
**suing** 198:23
**suit** 218:18
**summarizing**
111:11
**summer** 78:6 93:2
93:4
**summertime** 84:22
**sun** 210:21
**Sunday** 140:13
143:10,11 150:5
**super** 196:16
**superintendent**
28:16 35:1
**supervised** 37:8
**supervision** 225:11
**supervisor** 35:8
36:18 38:11,16
65:17 66:19 73:8
78:16 84:11 85:19
85:20 86:1 88:6
89:1,17 90:21,23
91:1,20 94:21
95:9,15 108:12
109:3,5 115:23
122:4,5 212:14,14
214:12 215:15
220:18
**supervisors** 34:13
38:14 96:6 109:2
**supplemental**
209:3,6
**support** 202:7
**supposed** 15:16
47:6 57:14 128:13
128:15
**sure** 6:15 10:21
16:18 39:22 41:1
41:10,11,17 50:7

50:13 51:19 53:21
54:2 61:17,21
65:12 70:16 79:13
97:5 100:15 101:9
111:13,15 116:15
127:15 151:4
156:20 158:14
164:16 218:4
223:14
**surrounding**
195:22
**suspended** 67:16
67:20 71:6,13
72:4 94:14 97:16
98:10,13 99:8
120:22 122:9
196:11 201:3
214:22 216:6
**suspension** 195:20
200:4 201:4
**swimming** 17:13
**swiped** 41:18
**swore** 124:11
**sworn** 6:5

—————————

**T**

**Tabernacle** 10:2
**tags** 31:16
**take** 11:16 18:10
20:14 28:17 45:1
57:12 86:17 88:19
90:2 131:12,14
138:12 142:10
143:23 151:15
178:9 201:4
205:14 211:4
**taken** 1:17 3:5,10
225:7
**takes** 34:11 144:5
**talk** 11:6,7,10 23:1
57:13 67:1 69:9
70:3,8 87:13
92:14 125:10
126:13 130:16

131:20,23 138:21
152:16 153:7,22
154:20 155:17,21
157:14 197:17
**talkative** 136:20
**talked** 42:20 59:16
61:18 63:2 68:8
70:2,7 110:13
126:3 127:3,16,16
139:9 148:23
153:9 154:4,22
155:6 156:7,7
157:1,12 172:16
176:16,22 177:2
182:23 184:1
187:6 189:3,6
191:3,9,10,18
192:1 197:12,19
198:6,8,12 199:19
206:10 213:22
217:21 221:8
222:1
**talking** 26:18,19
42:18 66:13 79:15
84:11 91:1 97:19
98:14 110:7 115:8
116:9,16 119:17
124:16 126:12
136:21,23 146:5
148:22 149:1
151:17 157:11
180:6 183:21
184:12 189:9,13
189:15,19 190:21
199:3 203:9
210:22 215:19,22
**talks** 166:16 183:1
189:4,7
**tall** 103:9
**Tammy** 8:17
**tank** 57:8,8
**tardiness** 161:23
162:1

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 18

**Tarver** 1:7 37:6
43:23 44:21 45:8
63:1 121:8 137:1
137:4 202:11
207:5 215:3
216:18 220:8
221:11
**tattoos** 222:14
**tax** 208:19
**team** 44:10
**tease** 131:8
**technical** 132:1
**telephone** 113:6,7
128:6
**tell** 11:12 26:3,10
29:15 39:10 42:14
54:3 58:6,11
60:23 64:19 65:4
65:8 68:6 70:17
71:10 74:20 75:13
79:14 92:20 94:15
96:11 100:12
104:14 112:5
115:18 118:23
125:13 126:16
128:7,7 133:6
134:2,19 164:19
185:9 190:12
192:3 193:19
195:21 201:6
**telling** 29:1 31:11
69:15 81:17
112:16 125:17
183:10 191:14
**tells** 100:13
**temporary** 16:12
16:13
**ten** 24:19,22 99:18
106:10 109:17
117:10 124:10
147:6,7
**tents** 210:20
**term** 63:4 86:18,19

86:20 87:1 121:18
**terminated** 177:6
**terms** 130:23
198:10 205:8
**Terry** 187:13
191:11 215:14,23
**test** 59:14 169:11
169:14 170:10
173:10
**testified** 6:7
**tests** 168:4,8,9,18
169:1,20 171:5,12
173:11
**Thank** 141:21
**Thanksgiving**
16:21,23
**they'd** 100:10
119:20
**thick** 146:6
**thing** 13:12 25:9,17
51:18 53:8 58:18
62:23 75:14 77:11
78:10 80:20 83:19
87:21 96:21
111:14 112:6
119:1 121:7,16,23
122:12 124:13
129:13 133:9
158:7 167:5
168:17 183:1
186:3,8 187:17
188:5 189:19
191:9,10 205:1,22
**things** 29:16 31:15
37:3,8 108:6,9
109:1 124:3,5,7
126:20,22 131:10
139:5 149:18
150:8 156:8
159:23 189:1
204:20 208:20
217:20 221:19
222:1

**think** 15:7 22:2,13
23:15 26:6 30:2,7
32:20 37:15 41:6
45:20 62:15 63:4
65:18 74:5,10
80:1 85:22 91:21
91:22 96:5 97:6
101:2 109:23
110:12 111:1
117:14,19 129:4
145:22 154:13
160:1 164:23
168:5 180:11
189:4 192:17
200:23 202:16
207:20 208:9
209:4 216:21
221:16 222:4,7,9
224:3
**thinking** 224:1
**third** 171:16
184:21
**thirteen** 64:10
**thirty** 12:9 129:13
**thirty-some** 91:11
**thirty-two** 10:20
**thought** 44:7 56:17
61:17 76:14 115:7
122:2 155:18
202:16
**threat** 194:22,23
**threatened** 217:16
**three** 12:11 13:1,7
23:16 37:18,22
38:13 60:12 70:13
105:8,9,12 106:8
106:13 117:6,20
117:21 118:10
141:13 150:6,11
166:4 171:13
206:7
**Thursday** 67:8
91:16,17 92:22

98:6 116:18 150:3
150:5 180:8,9
181:3 200:15
**Thursdays** 88:2
**tie** 51:18,19,20
**tied** 73:6,11 74:7
77:1
**time** 3:18,19 10:19
13:13 14:16 20:14
25:8 26:19 38:22
38:23 39:1 43:10
46:19 49:19 50:10
51:8 55:16,21
56:10,14 60:21
64:1,19,20 65:4
65:14 66:1 71:18
72:6,10,23 73:1,3
75:7 77:10 78:18
81:6 97:15 98:13
98:14 99:6,14,18
102:9 103:22
108:20,21 112:6
117:12 118:1,4,5
118:7 119:8
120:13 123:13
128:16,18,21
129:2,6,8,16,19
129:22 130:2,6,7
130:9 135:12
140:4 148:10
151:14 157:13
174:21 175:15
178:9 182:8 183:6
183:8 193:8
196:13 200:21,21
207:4 210:9 213:2
213:16 214:5
220:21 222:8
225:15
**times** 62:6,10 72:5
72:7 99:7 106:11
117:14,18,21,23
118:10 125:3

206:14
**tire** 118:16
**tired** 16:15 59:2
125:20,20,21
**today** 42:15 141:20
182:17 204:20
217:21 223:18
**told** 19:15 23:18
24:1 28:18 34:9
35:21 39:3 58:14
58:16 59:4 61:10
62:16 65:20,20
66:9,14 67:5,15
68:3,5,12 70:21
70:23 71:6,9 74:2
74:5 77:9 79:19
86:9,9 88:23 91:7
91:12 92:10 93:15
93:16,17 94:2,4
94:15,18 95:2,2,5
95:10 96:22 97:20
97:23 98:8 99:2
109:6,7 115:10
116:4,9 120:16,20
121:17,23 122:4,5
122:6,12 128:22
128:22 138:22
174:9 175:5,10
178:18 180:2
183:12,17 184:2
185:17,22 188:16
189:12,22 191:4
193:11 195:3
196:3 198:20
199:2,9 204:20
209:12,13 212:22
214:17,22 215:3,7
215:10,14,17,18
215:20,23 216:8
216:13,18,21
217:2,13
**tomorrow** 89:11
90:20

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com
1-800-888-DEPO

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

| | | | | |
|---|---|---|---|---|
| tool 84:9 | 29:16 134:19 | 103:16 104:5,18 | 75:23 101:9 | walk 40:20,22 41:4 |
| top 34:20 48:18 | 143:20 147:2 | 104:19 105:18,18 | 164:22 167:4,6 | 41:21,22 50:15 |
| 49:3,20,21,23 | 155:11 | 105:22,23 107:15 | 200:7 | 105:17,18 179:20 |
| 50:2,2,5,8,9,18,23 | trying 26:5 27:16 | 107:16,18 109:1 | understanding | walked 6:15 73:15 |
| 51:1,13 54:3 64:9 | 29:10 41:11 75:19 | 111:21 117:20,21 | 72:3 75:5,6 158:5 | 73:20 196:6 |
| 64:16 159:15 | 75:22,22 103:21 | 118:10 120:22 | understood 90:17 | walking 152:6 |
| 164:1 166:11 | 111:11,12 119:18 | 122:15,16,17 | 90:18 | 193:22 212:1,1 |
| 177:17 202:9 | 144:1 182:19 | 123:1 128:15 | unemployment | wall 132:14 209:11 |
| 205:3 213:12 | Tuesday 73:21 99:4 | 141:13,14 142:8 | 17:2 141:1,12 | walls 132:21,22 |
| 224:1 | 115:15 122:10 | 145:17 152:23 | unexcused 161:23 | want 7:10 11:6,7 |
| tough 116:21 | 142:6 143:16,17 | 166:4 181:5 201:3 | unfair 123:5,8 | 21:16 28:1 34:12 |
| Towers 23:10 | 150:2,4 181:8 | 204:10 209:9 | unfairly 72:4 83:7 | 41:9,16 52:15 |
| town 17:15 18:4,5,8 | turkey 17:1 | 210:4,14 211:5 | 99:8 110:20 | 64:19 65:4 67:6 |
| 220:19 | turn 59:4,8 165:15 | 216:10 | Union 1:19 2:8 | 70:9 71:11 72:7 |
| track 17:13 | 166:1 | two-day 200:4 | UNITED 1:1 | 82:17 88:3 90:16 |
| trained 60:19 | TV 23:14 | 201:4 | unknown 203:6 | 98:7 101:8 105:1 |
| training 33:23 | twelve 27:1 64:9,15 | two-year-old 149:9 | unloading 141:6 | 115:7 116:1 120:9 |
| transcript 225:10 | 88:15 109:18 | type 178:21 187:21 | upgrade 15:16 | 138:10,20 144:11 |
| 225:13 | 147:6 193:18 | typed 178:14,19 | use 63:5 121:18 | 146:17 147:9 |
| treated 75:15 | twenty 83:23 | 179:7 188:3,4 | 130:23 134:8 | 152:1 156:19 |
| 220:12 | 106:13 | typing 7:1 186:5 | 137:4,17,23 | 158:13 168:17 |
| treating 116:5,6,6 | twenty-four 97:18 | | Usual 6:1 | 169:7,19 179:20 |
| trial 4:7 | twenty-six 18:21 | **U** | | 202:2 213:15 |
| tries 138:11 | two 9:1 14:11 17:1 | uh-huh 6:22 55:10 | **V** | wanted 66:11 82:23 |
| trimmer 147:23 | 18:13 20:11 21:13 | 86:3 96:8 154:7 | vacation 145:6 | 83:9 90:18 116:15 |
| TriTech 16:1,2,3 | 23:15 36:20 37:12 | 156:21 161:4 | vary 24:18 | 172:10 181:12 |
| 16:11,20 | 37:17,18 38:13 | 163:1 170:22 | verbal 195:20 | 189:1 200:17 |
| trouble 11:1,4 60:9 | 40:7,17,21 43:17 | 171:1 175:22 | 196:10 199:16 | wanting 50:9 70:8 |
| 76:4 115:13 | 43:18 46:19 47:2 | 176:2 178:11,16 | verifies 171:17 | 172:21 |
| 117:15,16 122:6 | 47:19 49:8,9 51:3 | 180:21 183:5 | video 32:4 | wants 172:9 |
| 123:23 138:23 | 51:5 52:1,14 55:5 | 186:7 196:22 | violence 164:9 | warehouse 140:11 |
| 139:2 215:1 216:6 | 55:9,22 56:13,18 | 203:13,15 205:10 | 167:12 | 141:5 |
| truck 35:5,17,20,22 | 56:21 67:16,20,21 | 209:14 214:3 | vs 1:10 | warm 54:22 77:23 |
| 41:3 58:5 141:5 | 68:12 69:5 71:6 | uh-uh 6:23 144:16 | | 78:2,5 80:20 |
| 150:8 151:20 | 71:14 74:17 77:20 | 158:11 173:22 | **W** | 107:13,14 |
| 195:19 | 77:21 79:9,10 | 194:13 | wage 173:23 | warned 196:10 |
| trucks 140:13 | 80:17 85:3 97:17 | uncle 9:9 | wages 174:2 | warning 195:20 |
| 141:5 222:12 | 97:20,22 98:2,3 | uncles 9:9 | wait 81:6 | 199:18 200:10,10 |
| 223:7 | 98:10,13 99:11,12 | underground | waited 81:13 | 201:5 |
| true 186:14 220:2 | 99:14,15,17 100:3 | 103:4 | 116:17 | wasn't 17:21 18:7 |
| 225:13 | 100:10,19,20,21 | understand 10:23 | waiting 60:14 | 18:12 21:20 31:19 |
| truth 6:6,6,7 | 100:23 101:7,21 | 13:4 25:21 32:10 | 124:14,20,20 | 38:11 46:4 56:1 |
| try 6:21 7:4 24:5 | 102:5,8,10,17,20 | 40:4 41:12,17 | waived 3:9 4:5,15 | 60:17 66:7 81:8 |
| | | 64:8 65:12 72:2 | waiving 4:10 | |

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

93:20 97:12,23
98:11 100:14
103:12 104:23
105:13 107:17
109:7 117:2,11
119:18 128:17,23
129:3,3,5 135:10
141:2 167:5
180:17,18 189:23
191:16 194:4
195:2 199:3
200:12,17 211:1
213:1 215:18
221:5
**waste** 189:12
**watching** 23:14
**Watson** 66:20
77:11 120:18
190:23 211:17
214:2,11,16
**way** 18:3 21:15
29:22 37:22 50:14
57:9 59:8,8 60:11
63:9,14 64:16
65:6,11 66:16
76:11 77:15 81:5
87:13 113:12,13
113:19,20 126:4
135:17 137:6
148:3 150:16,16
151:19 157:23
159:23 181:14
182:10 193:22
194:2,14 205:17
213:12 219:12,17
220:12
**ways** 220:10 222:3
222:7
**wear** 31:18 51:14
52:8,9,11 53:6,11
**wearing** 222:13
**weather** 77:23 78:1

80:21 115:3
**Wednesday** 16:21
16:23 71:8 73:22
98:5 99:3 142:13
143:18 150:3,4
**week** 13:21 37:12
124:11 142:2,18
143:7,19 145:6
146:22,23 147:1
148:12 172:21
180:1,10,14,15,16
180:18,20 181:9
200:12
**weekday** 77:17
**weeks** 23:16 36:20
105:8,9,12 106:8
106:13 204:8,9
**welding** 16:6
**went** 12:20 15:7,9
16:12 21:3,7,14
23:18 24:1 30:17
30:18 32:11 36:15
42:2 43:3,12,17
46:8,19 48:14,14
49:12,14,15,20,22
50:5,8 51:11
54:16 58:7 60:1
65:23 66:8,9,12
66:23 71:17 84:7
89:16 91:5 96:4
101:16 107:5,15
110:12 113:19,20
118:21 124:8
140:2,22 141:3,23
144:9 145:3
150:15,16,16
153:2 161:5,8
166:22 167:1
184:1 188:16
190:8,10,11,14
191:1,20 210:4,4
210:5 214:18
218:7,11

**weren't** 61:17
67:22 98:15 216:2
**wet** 13:5 103:7,11
104:11
**we'll** 11:9,15 23:3
29:20 36:14 41:4
58:20 65:7,10,11
65:12 72:6 179:21
**we're** 22:3 42:14
102:16 104:19
111:20 112:7
113:8,13 114:9,10
128:11 133:22
195:7 219:20
**we've** 108:19 189:3
213:16,22 217:21
224:3
**when's** 97:1
**whiskey** 214:9
**white** 2:14 24:19,21
25:11,12 26:7
72:15,15,16 75:12
76:22 79:1 81:1
82:13 84:3 85:20
86:1 87:3 94:18
95:5,15 99:13
100:22 109:3
110:10,19 114:16
121:13 122:17
123:11 130:22
137:18 138:12
202:19,20 203:1
203:16,23 204:5
204:14 209:10
216:11,21
**wife** 91:7 92:15
149:7,9 150:13
151:14,15 157:7
**wife's** 157:8
**William** 1:6 43:23
44:20 45:8 54:4
63:1 65:19 69:14
69:14,21 78:11

112:21 116:13
123:17,18,19
136:3,3 154:3,6
154:18 156:6
202:12 207:6
212:4 219:15,16
220:3
**window** 223:7
**windows** 146:4
**Wire** 15:10
**witness** 4:13,14
47:23 85:14
114:22 152:15
158:11 164:18
168:7 169:13
178:10,16 185:10
187:11,22 201:21
204:21 214:3
216:20 217:1
218:19 219:11
**women** 151:18
**won** 46:21
**wondering** 80:8
**wonders** 58:5
**word** 72:18,19,20
134:8,9
**words** 28:2 111:12
112:4 118:22
134:1 178:5,15
179:19 185:9
190:13 199:12
**wore** 52:3 209:15
**work** 11:7 12:3,15
12:18 13:23 15:5
16:14,14 19:22
21:1,11 23:18
24:6 25:19 28:17
35:14,16 36:16
40:19 43:9 46:2
47:9 48:1,5 49:3,9
49:19 55:8 56:13
57:10,16 59:9
60:11 63:11 64:21

67:13 68:9 70:11
71:3,7 82:7 84:13
84:15 85:1 88:16
88:22 89:14,16,18
90:3,5,6,10,20
91:8 92:2,7,8,9,10
93:11 95:13 96:4
97:23 98:5,20,22
99:4,23 100:5,7
100:12 103:3
104:8 105:21
106:4 107:17
109:8,11 111:16
114:11 116:19
117:19 123:2
125:1 127:17
128:12 131:19
132:7 134:11
135:5 136:10
140:8 142:17
143:7 145:19
146:17 148:2,12
150:2,4 157:2
166:21,22 167:3
180:3 183:3,15
190:10,15 191:16
195:18,23 199:23
204:2 207:16
209:16,21,22
210:2 216:1,2,16
217:5 218:21
219:21,23 220:6
222:11
**worked** 11:21 12:7
12:17 15:12 16:1
16:7,15 17:14
38:12,22,23 40:13
40:16 41:13 43:10
43:14,19 44:18,19
45:3,14,21,23
46:7,12,13 49:2
49:21 50:18,19
51:1,13,16 64:1,2

1933 Richard Arrington Jr. Blvd.S*Birmingham, Al 35209*www.legalink.com

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 21

| | | | | |
|---|---|---|---|---|
| 65:1 70:5 78:8 | **worth** 97:11 | 160:2,4 166:3 | **#** | 160:22 164:5,7 |
| 86:6 102:4 103:19 | **wouldn't** 78:23 | 167:19 170:13,14 | #1 5:2 | 165:17,19 166:7 |
| 107:16 109:20,20 | 87:5 100:11 | 171:14,21 174:20 | #10 5:11 | **12** 165:4,5 |
| 116:7 135:6 | 126:13 130:16 | 175:13,17 177:11 | #11 5:12 | **12.50** 24:10 27:9 |
| 139:13 143:3 | 145:7 158:4 169:9 | 178:7 180:8 | #12 5:13 | **12/4/03** 175:21 |
| 144:3 145:4,9,11 | 192:22 214:20 | 181:19 182:6,9,11 | #13 5:14 | **12/9/2003** 175:19 |
| 145:11 153:23 | **write** 188:17 | 182:15 185:19 | #14 5:15 | **126** 5:13 |
| 175:20 200:16 | **writing** 132:21 | 186:1,10 187:16 | #15 5:16 | **127** 151:4,5 |
| 204:8 206:14 | 186:4 223:22 | 189:21 191:1 | #16 5:17 | **13** 168:13,15 |
| 207:3,8,11,17 | **written** 132:22 | 192:7 194:18 | #17 5:18 | **14** 170:15,17 |
| 209:23 219:1,3,13 | 133:2,7 199:18 | 197:15 198:18 | #18 5:19 | **15** 173:18,20 207:2 |
| 220:9 | **wrong** 10:18 21:15 | 199:11 206:15 | #19 5:20 | **158** 5:2 |
| **worker** 174:15 | 40:5 56:5 67:18 | 207:20 210:12 | #2 5:3 | **159** 5:3 |
| 220:16 | 95:6,7 96:16,17 | 211:12,19,21 | #20 5:21 | **16** 161:21 175:1,3 |
| **workers** 107:1,2 | 96:18,19 114:9 | 214:9,10 218:23 | #21 5:22 | 182:2,5 198:3 |
| **working** 16:19 | 116:7 126:23 | 219:2 | #22 5:23 | **160** 5:4,5 |
| 18:15,22 19:4 | 149:18 | **year** 17:14 18:12 | #3 5:4 | **161** 5:6 |
| 20:8,19 21:14 | **wrote** 179:2,3 | 18:12,13 20:11 | #4 5:5 | **162** 5:7,8 |
| 22:15,19,22 25:12 | 182:7,13 188:6,8 | 21:5 23:11 108:19 | #5 5:6 | **163** 5:9,10,11 |
| 30:15 33:22 40:22 | 188:18 223:23 | 144:4,4 145:11,12 | #6 5:7 | **164** 5:12 |
| 46:10 47:1,18 | | 145:14 180:11 | #7 5:8 | **168** 5:14 |
| 52:17 54:1 55:5 | **Y** | **years** 10:21 12:3,9 | #8 5:9 | **17** 176:4,7 |
| 55:17,20 62:20 | **yard** 223:10,11 | 13:1,7 14:11 | #9 5:10 | **170** 5:15 |
| 65:16 68:18 80:10 | **yeah** 18:17 20:9 | 20:11 21:14 | | **173** 5:16 |
| 87:3 88:10 89:10 | 23:13 31:6 33:21 | 109:18 141:20 | **0** | **175** 5:17 |
| 98:16 102:10,12 | 34:4 36:22 37:5 | 145:17 | 02 23:13 | **176** 5:18 |
| 102:20,21 104:1 | 40:14 41:1 43:18 | **yelled** 201:2 | 03 55:4 83:18 85:12 | **177** 5:19 |
| 105:20 109:17 | 45:7 46:21 49:15 | **yesterday** 179:15 | 87:21 97:7 148:18 | **18** 177:14,16 197:8 |
| 121:14 131:3 | 52:13 58:14 59:13 | 179:17 | 175:8 177:12 | 198:1 |
| 139:10 140:11,19 | 60:4 79:10 82:21 | **Yogi** 86:9,9 156:13 | 04 144:22 182:3 | **184** 5:20 |
| 140:20 141:4 | 83:13 86:5 89:20 | 156:17 | 197:4 198:3 | **186** 5:21 |
| 142:3 144:10 | 97:4 109:13,13,16 | **young** 35:8 | 05 144:21,23 145:2 | **19** 184:14,17 |
| 147:6,17,18,21 | 111:6 112:8 113:6 | **younger** 66:16 | 145:18 184:23 | **1975** 11:4 |
| 148:10 149:23 | 114:1 116:1,14 | 135:18 | 06 145:10,20 | **1976** 12:5 |
| 161:2 168:10 | 117:4,22 119:22 | **y'all** 40:16 47:17 | 147:14 | **1980** 13:10 14:1 |
| 172:20 189:11,23 | 120:4 122:19 | 70:14 89:8 103:18 | | **1990** 15:4,6 |
| 190:7,16 200:12 | 126:9 127:11 | 106:4 113:4,11 | **1** | |
| 206:8 211:1 | 129:19,21 130:1 | 116:21,21 123:23 | **1** 158:16,19 174:4 | **2** |
| 212:11 220:20 | 138:17 141:13 | 128:21 157:13 | **1:10** 1:23 | **2** 159:9,11,12 202:5 |
| 222:13 223:12,12 | 144:8 145:15 | 198:23 199:11 | **10** 163:20,22 | 202:10 |
| **workplace** 75:6 | 146:8 151:5 | | 166:14 | **2.50** 150:11 |
| 164:10 167:13,18 | 152:19,22 153:4 | **$** | **10.50** 27:11 110:10 | **2/16/04** 198:5 |
| 167:22 | 156:2,18 157:9 | $85 143:1,4,5 | **10:30** 33:19 | **2:06-CV-497-W...** |
| | 158:8 159:1,2,4 | | **11** 23:6,13,21 30:17 | 1:10 |

Exhibit F-1.tif

MERRILL LEGAL SOLUTIONS
Court Reporting*Legal Videography*Trial Services

Page 22

| | | |
|---|---|---|
| **20** 186:19,22<br>**20th** 2:16<br>**2000** 18:14,17,18<br>   18:18<br>**2001** 18:15<br>**2002** 23:6 38:19<br>   39:15 64:22 81:21<br>   152:19,22 160:22<br>**2003** 47:13,17<br>   54:18 56:15 65:2<br>   78:6 81:22 82:6<br>   139:14 140:10<br>   141:7,15 152:19<br>   152:21,23 153:3<br>   181:19 183:2<br>   184:7 189:10<br>   195:17 196:21<br>**2004** 141:18,20,21<br>   182:5<br>**2005** 144:6<br>**2007** 1:23 224:11<br>**201** 5:22<br>**208** 5:23<br>**21** 201:12,14<br>**22** 208:7,9<br>**221** 4:21<br>**223** 4:22<br><br>**___ 3 ___**<br><br>**3** 160:6,9 205:2<br>**3:30** 147:2<br>**35203** 2:17<br>**36702** 2:9<br><br>**___ 4 ___**<br><br>**4** 160:14,17 175:8<br>   180:1,10,11<br>**4th** 139:16 181:19<br>**4:05** 224:10<br>**400** 2:16<br>**410(k)** 205:15<br>**43** 168:6<br><br>**___ 5 ___** | **5** 161:13,15 201:19<br>   207:1<br>**5th** 139:16<br>**5:30** 147:1<br>**57** 170:19<br><br>**___ 6 ___**<br><br>**6** 4:20 162:6,8<br>   183:2 184:7<br>**6.50** 146:14,19,20<br>**612** 7:19<br>**67** 165:17,19 166:7<br>   166:14 168:6<br>   170:19<br><br>**___ 7 ___**<br><br>**7** 162:17,19 205:3<br>**7:10** 128:4<br>**7:15** 128:4<br>**70** 170:5<br>**76** 12:8,18<br>**77** 12:5,18 13:6<br><br>**___ 8 ___**<br><br>**8** 1:23 163:3,5<br>   224:10<br>**8.50** 15:15,16<br>**8/6/58** 7:23<br>**80** 13:8<br>**81** 14:2<br>**83** 14:17<br>**87** 14:17,21,22<br><br>**___ 9 ___**<br><br>**9** 163:11,13<br>**9/11/02** 159:16<br>**9:30** 192:14 193:18<br>**90** 15:15<br>**93** 15:21<br>**94** 15:21<br>**95** 16:16<br>**97** 16:16,17 17:6<br>   149:8<br>**98** 17:8 | **99** 17:7,8 18:9 |

Exhibit F-1.tif