# MANSFIELD INDUSTRIAL COATINGS, INC.

## APPLICATION

Date: 9-11-0?                                    Referred by: CALVIN TAHUER

Position(s) Applied For: Painter Helper

Name: Nathaniel Lamar            SS# 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

Address: 127 Felix Rd                          Apt. #

City: Selma            State A L            Zip 36701

Telephone Number 874-6530            Alternate Telephone Number

Are you over the age of 18? ✓ Yes ___ No

Are you able to submit proof of eligibility for employment in this country? ✓ yes ___ no

Have you ever been employed by MIC before? ___ yes ✓ no  If yes, when?

Will you travel/relocate if job requires it? ✓ yes ___ no    When the job requires, will you work

overtime? ✓ yes ___ no

EMPLOYMENT HISTORY:  List your last 3 employers.

| EMPLOYER | Phone | Job Title & Responsibilities |
|---|---|---|
| P.G.I | | Painter Helper |
| Kelly | | warehouse |
| STONE Building | | Painter Helper |

May we contact these employers for references? ___ yes ___ no

QUALIFICATIONS AND SKILLS: List any special qualifications or skills which you have that

prepare you for the position you have applied.

EDUCATION:

| Name of High School | Did you Graduate? | If no, highest grade completed? |
|---|---|---|
| Selma High | ✓ Yes ___ No ___ GED | |
| Name of Vo-Tech Training School | What did you study? | Did you Complete Vo-Tech Training? |
| | | |
| College | Major | Degree/College Credit Earned |
| | | |

Comments:

I AM A U.S. Army Veteran

MIC is a Drug Free/Alcohol Free workplace.  Pre-employment screening is
employment.

**DEFENDANT'S EXHIBIT**

Application - Revised 7/97

1

Exhibit F-2.tif

This application is current for 60 days. At the end of 60 days, if you have not heard from Mansfield Industrial Coatings, Inc. and still wish to be considered for employment, it will be necessary to complete a new application.

Mansfield Industrial Coatings, Inc. is an Equal Opportunity Employer. MIC does not discriminate in employment and no question on this application is used for the purpose of limiting or excusing any applicant's consideration for employment on a basis prohibited by local, state or federal law.

I understand and agree that any misrepresentation by me in this application will be sufficient cause for cancellation of this application and/or separation form Mansfield Industrial Coatings, Inc. service if I have been employed. Also, I understand that I am free to resign at any time. MIC reserves the right to terminate my employment at any time, with or without cause and without prior notice. I understand that no representative of MIC has the authority to make any assurances to the contrary.

I give Mansfield Industrial Coatings, Inc. the right to investigate all references and to secure additional information about me, if it is related to the job. I hereby release Mansfield Industrial Coatings, Inc. and its representatives from liability for seeking such information and all other persons, corporations or organizations for furnishing such information.

_Nathaniel Lamar_                    _9-11-02_

Signature of Applicant               Date

Exhibit F-2.tif

## New Hire Information

### PLEASE PRINT WE MUST BE ABLE TO READ!

Check District _____    _____ Date _9-11-02_

_____ ✓ Pensacola            _____ Roofing
_____ ✓ Mobile              _____ Houston
_____ Baton Rouge           _____ Savannah/Jacksonville
_____ West Monroe

Employee Name: _Nathaniel Lamar_

Address: _127 Felix Rd_ _____

_Selma Al    36701_

Phone Number: _334-874-6530_

Social Security #: _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_

Date of Birth: _8-6-58_

Rate of Pay: ~~Helper~~  _$8.00 hr_

Tax Status (W-4) _____

Position Held _Helper_

Rehire: _____

Job Name and Number _G.E. Plastics_

Start Date: _9-11-02_

Drug Test Date: _9-9-02_

Hired By: _Johnny Crutchfield_

ETHNIC CLASSIFICATION                 SEX
_____ American Indian/Alaskan Native      _✓_ Male
_____ White (NOT of Hispanic Origin)      _____ Female
_✓_ Black
_____ Asian/Pacific Islander/Indian
_____ Hispanic

DEFENDANT'S EXHIBIT

2

MANSFIELD INDUSTRIAL COATINGS, INC.
POST-HIRING QUESTIONNAIRE
AN EQUAL OPPORTUNITY EMPLOYER

Date: *9-11-02*                Position(s) applied for *Painter Helper*

Name *Nathaniel Lamar*          SS# *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*
Address *6127 Felix Rd*                    Apt. #
City *Selma*              State *AL*          Zip *36701*
Telephone Number ( *334* ) *874-6530*    Best time to call *7-5*
Alternate Phone Number ( *334* ) *872-8204*
Mailing address (If different than above address) *612 Lawrence St*
City *Selma*              State *AL*          Zip *36701*
Do you have the right to work in this country?  ✓ yes _____ no
(Proof of immigration status or U.S. Citizenship is required.)
Are you over 18 years of age? _____ yes  ✓ no
If not, speak to the supervisor before you go any further.
Have you ever been employed by MIC before? _____ yes  ✓ no  If Yes, when? _____
Date available for work? _____

Driver's License Number (if required) *154067*        State *AL*
Have you been convicted of a felony in the last 7 years? _____ Yes  ✓ No
(Such conviction does not bar you from employment, but may be relevant if job related.)
If Yes, explain: _____

## EDUCATION

| Name of High School | Did you Graduate? | If no, highest grade completed? |
|---|---|---|
| *Selma High* | ✓ Yes ___ No ___ GED | |
| Name of Vo-Tech Training School | What did you study? | Did you Complete Vo-Tech Training? |
| | | |
| College | Major | Degree/College Cred... |
| | | |

DEFENDANT'S
EXHIBIT

*3*

# EMPLOYEE AUTHORIZATION

I understand that employment is subject to verification of applicable lawful age, physical examination and condition and I will furnish such lawful proof as is deemed necessary to verify the same.

I hereby agree to submit to medical examination and authorize any physician who has ever examined or treated me to give Mansfield Industrial Coatings, Inc. a complete record and report of treatment.

I voluntarily grant Mansfield Industrial Coatings, Inc. the right to investigate the statements made in this questionnaire concerning my suitability for employment. I hereby authorize the release of such information in any form to other parties having a legitimate interest in it, and I do also hereby release Mansfield Industrial Coatings, Inc., from all claims arising from the furnishing of such information to an interested third party.

I certify that the information contained in this questionnaire is correct to the best of my knowledge, and understand that falsification of this application in any detail is grounds for dismissal from employment in accordance with company policy. I agree to conform to the rules and regulations of the company and understand that my employment and compensation can be terminated with or without cause and with or without notice at any time, at the option of either the company or myself. I further understand that no personnel recruiter or interviewer or other representative of the company, other than the President, has any authority to enter into any agreement for employment for any specified period of time. Any employment agreement for a specific or minimum period of time must be in writing and signed by the President.

It is mandatory that all applicants and employees undergo drug screening for prohibited substance use. The applicants and employees shall authorize the release of the test results to the employer. Only those persons who tested negative will be considered for employment.

The employer further reserves its right to require an employee to submit to medical testing if the employer has reasonable grounds to believe that the employee's faculties are affected on the job by alcohol and/or drug use, or is involved in a lost time/ recordable accident or property damage. If the employee refuses to participate in testing, the employer may discipline the employee, up to and including termination.

_Nathaniel Lennon_ _____     _9-11-02_
Employee Signature                                    Date

**DEFENDANT'S EXHIBIT**

*4*

# RULES AND REGULATIONS

All companies must have rules of conduct to govern operations and to protect both employees and the Company. Mansfield Industrial Coatings, Inc. expects all of it's employees to observe rules of honest, good conduct and fair play and to follow generally accepted customs of conduct toward their fellow employees and the Company. Employees should not engage in conduct that would reflect adversely on fellow employees or the Company at any time or place.

These rules are example only and are not intended to be an exhaustive list of all possible reasons for disciplinary action. Each employee should clearly understand that the omission of a particular action does not prevent appropriate disciplinary action, up to and including discharge, from being taken against an employee when warranted by the circumstances.

The disciplinary action that will be imposed by the Company may vary from oral warning to immediate discharge depending upon the facts and circumstances of each particular case. Factors that will be considered by the Company include the seriousness of the offense, the employee's prior disciplinary record, and the employee's prior work record, including length of service.

1.  Theft or dishonesty in any form; falsification of time card or misrepresentation of time card or misrepresentation of records; destruction of property or records of the Company, employees, or customers; unauthorized removal or use of property or records of Company, employees or customer.
2.  Fighting on Company or customer's property.
3.  Coercing, threatening, assaulting, intimidating, or interfering with supervisors, management, employee, or customers, or any members of their family, at any time Company or customer's property.
4.  Insubordination, disrespect to, or failure to follow instructions or assignments of supervisors, management or guards.
5.  Coming within plant site boundaries while under the influence of intoxicants or illegal drugs, or in possession or consuming of intoxicants or illegal drugs.
6.  Possession of weapons within the plant site boundaries.
7.  Inattention to job duties, including sleeping, loafing, horseplay or leaving work station before scheduled quitting time.
8.  Gambling, immoral, or obscene behavior or language on Company or customer's property
9.  Smoking in non-smoking areas.
10. Violation of safety rules or practices.
11. Improper use, treatment, or care of Company or customer's property or of the property of others while on Company or customer's property.
12. Willfully failing to abide by quality performance standards.
13. Knowing violation of Company or Customer's rules.
14. Disloyalty to the Company.
15. Except for necessary trips to the rest rooms, employees shall secure permission from their foreman before leaving their work station.
16. Absenteeism or tardiness or unexcused absenteeism or tardiness.
17. Performance of outside work that interferes with Company duties
18. Unauthorized disclosure of confidential Company information
19. Failure to report legitimate injuries or injuries.



DEFENDANT'S
EXHIBIT

5

MANSFIELD INDUSTRIAL
P O Box 6205, Pensacola, FL 32503
(850) 477-6437 Phone    (850) 477-6437 Fax

## APPLICANT'S AUTHORIZATION TO OBTAIN PAST DRUG AND ALCOHOL TEST RESULTS (49 CFR Part 40.25)

I, _Nathaniel Loman_, understand that as a condition of hire with _Mansfield Industrial_, I must give previously mentioned Company and its agent and representative Pipeline Testing Consortium, Inc. (PTC) written authorization to obtain the results of all Department of Transportation (DOT) mandated drug and/or alcohol tests - including refusals to test - from all of the companies for which I worked in a safety-sensitive position, or for which I took a pre-employment drug test during the previous two (2) years.

Below I have listed all of the companies for which I have worked or pre-employment tested during the past two years. I hereby authorize Mansfield Industrial and its designated agent to obtain from those companies, and I hereby authorize those companies, to furnish to Mansfield Industrial or its designated agent the following information concerning my drug and alcohol tests: (1) all alcohol test with results 0.04 or greater during the previous two years; (2) all positive drug test during the previous two years; (3) all instances in which I refused to submit to a DOT required drug, controlled substance and/or alcohol test (refusals include verified adulterated and/or substituted tests); (4) other violations of DOT drug and alcohol testing regulations; and (5) documentation of successful completion of DOT return-to-duty requirements, including follow-up testing, as a result of a violation of DOT drug and alcohol regulations.

| Company Name and Phone Number(Please Write Legibly) | Dates of Employment |
|---|---|
| P.O.I | 04-02 |
| Kelly | ~~94~~ 94-99 |
| SPWB | 99-01 |

(Use the back of this form if necessary.)

Applicant Certification:
I have carefully read and fully understand this authorization to release my previous drug and alcohol test results to Mansfield Industrial or it's designated agent. In signing below, I certify that all of the information which I have furnished on this form is true and complete, and that I have identified all of the companies for which I have worked in a DOT safety-sensitive position or pre-employment tested during the previous two (2) years.

_Nathaniel Loman_ _____    _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_    _9-11-02_

(Signature of Applicant)    (Social Security Number)    (Date)

**DEFENDANT'S EXHIBIT**

FAX FORM TO: Mansfield Industrial – (850) 477-4473

*A reproduction of this Form shall be deemed as effective and valid as an original

6

Exhibit F-2.tif

# MANSFIELD INDUSTRIAL COATINGS, INC.
## SAFETY DISCIPLINE AND DISCIPLINARY ACTION SYSTEM

Mansfield Industrial Coatings, Inc. ask that each of you make every effort to protect yourself and your fellow workers. The initial responsibility of working safely is up to you. Those employees who ignore safe working practices will be disciplined.

Mansfield Industrial Coatings, Inc. has no desire to discipline unduly or cause hardship to anyone. However, Mansfield Industrial Coatings, inc. intends to use all means at our disposal to make this a safe work environment. We expect each of you to make a committed effort to assist us in meeting this goal.

Mansfield Industrial Coatings, Inc. has implemented a Reprimand Safety Violation Procedure. The following guidelines will be enforced for all projects.

A REPRIMAND is an official written notice to an employee that his or her safety performance is unacceptable.

REPRIMAND SAFETY VIOLATION PROCEDURE

Safety violations are listed in three (3) categories:

(A)  Safety Violation - A Safety Violation is an act committed by an employee which does not immediately expose the employee to serious injury or death.

  1.  An employee will receive a written reprimand upon his/her first violation.
  2.  A combination of two (2) safety violation reprimands will result in a suspension of two (2) days without pay.
  3.  A combination of three (3) safety violation reprimands shall result in termination.

(B)  Serious Safety Violation - A Serious Safety Violation is an act committed by the employee which immediately exposes the employee the serious injury or death.

  1.  When an employee receives one (1) serious safety violation reprimand. he/she shall be suspended for two (2) days without pay.
  2.  A combination of two (2) serious safety violation reprimands shall result in termination.

(C )  Major Serious Violation - A Major Serious Violation is an act committed by the employee which is inexcusable.

  1.  A written reprimand does not have to be given before discharge. A violation of (C) Major Serious Violation shall result in termination.

Employee Signature _____    Date  9-11-02

SS #  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    Job Title _____

**DEFENDANT'S EXHIBIT**

7

## MANSFIELD INDUSTRIAL COATINGS, INC.
WORKERS' COMPENSATION INFORMATION

Mansfield Industrial Coatings, Inc. provides a comprehensive workers' compensation insurance program at no cost to employees. This program covers any injury or illness sustained in the course of employment that requires medical, surgical, or hospital treatment. The management of MIC is committed to provided the best possible treatment for legitimate work related injuries. We required that employees adhere to the following:

- It is mandatory for employees who sustain any work related injury or illness to immediately inform their supervisor. Even the smallest injury if left untreated could end up to be a more serious injury. MIC management is committed to providing the best possible treatment for legitimate work related injuries.

- In keeping with this commitment, any employee who does not report an injury immediately, is subject to disciplinary action up to dismissal.

- All pre-existing workers' compensation disabilities or other disabilities must be listed on the Post Hiring Questionnaire. The purpose of this inquiry is to determine whether you currently have the physical or mental qualifications necessary to perform the job that has been offered, whether and what accommodations may be necessary, and whether you can perform the job without posing a direct threat to the health or safety of yourself or others. Failure to answer truthfully may result in forfeiture of Workers' Compensation benefits.

- Finally, a Workers' Compensation fraudulent claim is a crime. MIC takes an active role in investigating and prosecuting fraudulent claims. If you know of anyone who has submitted such a claim, please contact the Safety Department at the Pensacola office. Most states have reward systems in place that you may quality for.

By my signature, I agree that I fully understand the above issues. I have been given the opportunity to ask questions. I understand that any false, incomplete or misleading information given by me, regardless of when it is discovered, is sufficient cause for termination of my employment with Mansfield Industrial Coatings, Inc.

_Nathaniel Lomax_     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
Employee Signature        Social Security Number

                              9-11-02
Witness                     Date

**DEFENDANT'S EXHIBIT**

8

Exhibit F-2.tif

# Form W-4 (2001)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2001 expires February 18, 2002.

**Note:** You cannot claim exemption from withholding if (1) your income exceeds $750 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to

two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends,

consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2001. Get Pub. 919 especially if you used the **Two-Earner/Two-Job Worksheet** on page 2 and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

| Personal Allowances Worksheet (Keep for your records.) | |
|---|---|
| **A** Enter "1" for **yourself** if no one else can claim you as a dependent | A |
| **B** Enter "1" if: { • You are single and have only one job; or<br>• You are married, have only one job, and your spouse does not work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less } | B |
| **C** Enter "1" for your **spouse**. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (Entering -0- may help you avoid having too little tax withheld.) | C |
| **D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return | D |
| **E** Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) | E |
| **F** Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit (**Note:** Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | F |
| **G** **Child Tax Credit** (including additional child tax credit):<br>• If your total income will be between $18,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child.<br>• If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children. | G |
| **H** Add lines A through G and enter total here. (**Note:** This may be different from the number of exemptions you claim on your tax return.) ► | H **5** |

| For accuracy, complete all worksheets that apply. | • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.<br>• If you are **single, have more than one job** and your combined earnings from all jobs exceed $35,000, **or if you are married and have a working spouse or more than one job** and the combined earnings from all jobs exceed $60,000, see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.<br>• If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below. |
|---|---|

- - - - - - - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - - - - - - -

| Form **W-4**<br>Department of the Treasury<br>Internal Revenue Service | Employee's Withholding Allowance Certificate<br>► For Privacy Act and Paperwork Reduction Act Notice, see page 2. | OMB No. 1545-0010<br>**2001** |
|---|---|---|

| 1 Type or print your first name and middle initial **Nathaniel L.** Last name **LAMAR** | | 2 Your social security number **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** |
|---|---|---|
| Home address (number and street or rural route) **127 Felix Rd** | 3 ☐ Single ☒ Married ☐ Married, but withhold at higher Single rate<br>Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box. | |
| City or town, state, and ZIP code **Selma, AL  36701** | 4 If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card. ► ☐ | |

| 5 | Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) | 5 | **5** |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 | $ |
| 7 | I claim exemption from withholding for 2001, and I certify that I meet **both** of the following conditions for exemption:<br>• Last year I had a right to a refund of **all** Federal income tax withheld because I had **no** tax liability **and**<br>• This year I expect a refund of **all** Federal income tax withheld because I expect to have **no** tax liability.<br>If you meet both conditions, write "Exempt" here ► | 7 | |

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature
(Form is not valid
unless you sign it.) ► **Nathaniel Lamar**                    Date ► **9-11-02**

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number |
|---|---|---|

**DEFENDANT'S EXHIBIT**

9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PERCY WHITFIELD, et al.,                    )
                                            )
                    Plaintiffs,             )   *CONSOLIDATED*
                                            )   LEAD CASE CIVIL ACTION NO.
    v.                                      )   1:03cv287-d-D
                                            )
TRONOX WORLDWIDE LLC, et al.,               )
                                            )
                    Defendants.             )

## DECLARATION UNDER PENALTY OF PERJURY OF

## MARIA E. HEWITT

### (28 U.S.C. Section 1746)

I.      My name is Maria Elizabeth Hewitt. I am above the age of 19 and competent to make

        this unsworn declaration under penalty of perjury. I make this declaration based upon my

        personal knowledge.

II.     I am the principal author of the publication entitled "Cancer Prevalence and Survivorship

        Issues: Analyses of the 1992 National Health Interview Survey." This article was

        published on September 1, 1999 in the Journal of the National Cancer Institute, Volume

        91, No. 17, pp. 1480-86.

III.    In Table 1 of my article, my co-authors and I estimated the prevalence rates of various

        cancers based upon our review of the National Health Interview Survey from *1992*. For

        breast cancer, we estimated that the 1992 National Health Interview Survey revealed a

        prevalence rate for females of 1515 per 100000. The 793 per 100000 figure that appears

        in Table 1 is a prevalence rate for the "Total Population" and includes rates for both men

and women. The lower prevalence rate for the Total Population when compared to the rate for females reflects the low rate for male breast cancer.

IV.    I have reviewed Table 6 from the article by Mullins, et al. "Disparities in Prevalence Rates for Lung, Colorectal, Breast, and Prostate Cancers in Medicaid," from the June 2004 issue of the Journal of the National Medical Association. Based upon my review, there appears to be an error in this table. According to Note b of Table 6, the prevalence rate for breast cancer was based upon my 1999 article. However, Mullins, et al. used the prevalence rate for the "Total Population" (which included men and women) and not the prevalence rate for "Female Breast Cancer Only" as represented in Table 6 in the Mullins, et al. article. As stated above, my colleagues and I estimated the prevalence rate for female breast cancer from the 1992 National Health Interview Survey to be 1515 per 100000 or 151.5 per 10000. The 79.3 per 10000 prevalence rate included men.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. This declaration is made pursuant to 28 U.S.C. Section 1746. Executed on this 23 day of June 2007.

_Maria Elizabeth Hewitt_

Maria Elizabeth Hewitt

U.S. Department of Justice
Immigration and Naturalization Service

Form I-9 (Rev. 11-21-91) N
Employment Eligibility Verification

Please read Instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| LAMAR | Nathaniel | | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 121 Felix Rd | | 8-6-58 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Selma | AL | 36901 | 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 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☒ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A)____
☐ An alien authorized to work until ____
(Alien # or Admission #)____

| Employee's Signature | Date (month/day/year) |
|---|---|
| Nathaniel Lamar | 9-11-02 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: ____ | | State I.D. | | SS# |
| Issuing authority: ____ | | AL | | S.S. Admin |
| Document #: ____ | | 15-41067 | | 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 |
| Expiration Date (if any): __/__/__ | | 5-25-05 | | __/__/__ |
| Document #: ____ | | | | |
| Expiration Date (if any): __/__/__ | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appears to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) __/__/__ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| Monica Cook | Monica Cook | Office Manager |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| Mansfield Industrial Coatings, Inc. | P.O. Box 6205, Pensacola, FL 32503 | 9-11-02 |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: ____ | Document #: ____ | Expiration Date (if any): ____ |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the presented document(s), the document(s) I have examined appears to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

DEFENDANT'S EXHIBIT

10

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

DOC# PPP-036

### Conflict, Harassment, & Violence In The Workplace Program

## Table of Contents

| Section # | Section Description | Page # |
|---|---|---|
| 1.0 | Purpose | 2 |
| 2.0 | Scope | 2 |
| 3.0 | Standards of Conduct | 2 |
| 4.0 | Recognizing Threatening Behavior | 2 |
| 5.0 | Reporting Inappropriate or Threatening Behavior | 3 |
| 6.0 | Handling Situations of Threatening Behavior | 3 |
| 7.0 | Recognizing Harassing Behavior | 4 |
| 8.0 | Reporting Harassing Actions | 4 |
| 9.0 | Responding to Harassing Actions or Complaints | 5 |
| 10.0 | Attachments | 5 |
| | Attachment 036-A    Conflict / Harassment / Violent Behavior Report | 7 |
| | Attachment 036-B    Harassment Complaint Form | 8 |
| | Attachment 036-C    Witness to Harassment Form | 9 |



DEFENDANT'S EXHIBIT

/ 1

Exhibit F-2.tif

**Mansfield Industrial, Inc.**
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

DOC# PPP-036

**Conflict, Harassment, & Violence In The Workplace Program**

---

**1.0    Purpose**

1.1    To state the Company's commitment to a safe and secure working environment, free from serious conflicts, harassment, intimidation, violence, or threats of violence, and to set forth the procedures for reporting. This program supplements our "Code of Safe Practices" on these issues, and is intended to establish clarity and expectations for "Standards of Conduct" for all employees and sub-contractors of our company.

1.2    It must be clearly understood that the confidentiality of these investigations is of the utmost importance. Anyone violating this clause will be subject to disciplinary actions up to discharge.

**2.0    Scope**

2.1    To assist in identifying any behavior that might make a person feel threatened, fearful for their personal safety or the safety of others or harassed with respect to Federal discrimination laws. These may include;

2.1.1    Direct, or indirect, verbal or written threats to harm another person or someone else's property;

2.1.2    Any behavior or action that could reasonably be interpreted as harassment.

2.1.3    A threat of violence, or any act of physical assault against another person.

2.2    Management will take every reported threat or complaint seriously by promptly assessing the situation and taking the appropriate level of action.

**3.0    Standards of Conduct**

3.1    The company is committed to providing a safe and secure work environment for its employees and others with which we conduct business. We expect employees and especially Leadmen, Foremen, and Supervisors to take precautions to prevent antagonistic or violent behavior in the workplace. We also require employees (anonymously if they chose) to immediately report (to their immediate Supervisor) any of the following:

3.1.1    Incidents of serious conflict that could lead to threats, or acts of violence.

3.1.2    Threatened acts, including intimidation, harassment, coercive or abusive actions.

3.1.3    Possession of firearms, explosives, or other weapons anywhere on company or client property or being transported in company vehicles, or private vehicles on company or client property.

3.1.4    Willful destruction of company property or the property of others. Information on individuals who deliberately make false reports.

3.2    Employees exhibiting any of the above listed behaviors will be subject to immediate disciplinary action, which for most cases would begin with immediate suspension, pending further investigation. Discipline may include dismissal, even for a first offense.

**4.0    Recognizing Threatening Behavior**

4.1    There are many activities that can and do generate conflict in the workplace. It is a natural process in human nature which, if not properly managed can potentially result in threats of violence, or violence in the workplace. Each employee has a personal responsibility to manage their anger or frustration in a manner that is not threatening or intimidating to other employees. Field Supervision must play the key role in identifying and diffusing the issues that lead to these high levels of anger or frustration in employees or themselves. Signs that indicate actual or potential conflicts or violent behavior include:

---

Copyright K2 Environmental, Safety & Health Alliance 2003

Conflict, Harassment, Violence in the Workplace          Revision 0 – 04/01/03.                          Page 2 of 9.

Exhibit F-2.tif

**Mansfield Industrial, Inc.**
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

DOC# PPP-036

Conflict, Harassment, & Violence In The Workplace Program

---

4.1.1   Obsessive behaviors such as holding an intense grudge, unwanted and persistent romantic interest in another, fascination with weapons or violent acts committed by others.

4.1.2   Certain physical actions such as trying to intimidate others, displaying a weapon to test reactions, trying to gain access to areas that are "off limits".

4.1.3   Direct or indirect physical assaults or threats such as striking or threatening an individual with a fist, weapon or other object.

4.1.4   Direct or indirect verbal or written threats such as "bad things are going to happen to you or to so-and-so".

4.1.5   A history of aberrant, atypical, aggressive or violent behavior coupled with any of the above signs.

4.2   Employees witnessing unusual behaviors need to consult with their Supervisor, they should not attempt to diagnose the problem.

## 5.0   Reporting Inappropriate or Threatening Behavior

5.1   All situations of conflicts, actual violent behavior, or threats of violence must be reported immediately to your Supervisor and 'if/or where appropriate to local security or police. When making the report, the following information should be provided to your Supervisor or authorities:

5.1.1   What happened?

5.1.2   When it happened (i.e., date and time)?

5.1.3   Where it happened (i.e., site location, customer location, job site, meeting, etc. with street address, city, and state)?

5.1.4   Who was involved, and relationship between the involved persons?

5.1.5   Knowledge of any previous incidents leading up to problem?

5.1.6   The exact wording of any verbal threats?

5.2   The Company's Human Resources or ESH Safety Personnel and the involved Division Manager will investigate all reported incidents of serious conflict, alleged threats of violence or violence in the work place to determine appropriate disciplinary action.

5.3   Reports should be made to the employee's immediate Supervisor, and can also be made to the Corporate Human Resources or ESH Department. No adverse action will be taken against anyone who in good faith and on the basis of reasonable belief makes such a report.

## 6.0   Handling Situations of Threatening Behavior

6.1   No two situations involving conflict, harassment or violence, whether actual or potentially serious, are ever the same. Consequently, each incident needs to be addressed cautiously on a case-by-case basis. Consideration must be given to how the employee normally interacts with others, and whether the situation at hand poses an immediate threat to life and or property.

6.2   In situations posing an immediate threat to the safety and well being of employees or other personnel (i.e., someone with a weapon), move to a safe area and notify a Supervisor immediately. If time or circumstances do not permit, call available security or local police to assist in handling the situation. If the situation does not appear to pose an immediate threat to the safety of employees or other personnel or property, then standard Protocol steps for Supervisor notification should be as follows:

---



Exhibit F-2.tif

**Mansfield Industrial, Inc.**
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

DOC# PPP-036

Conflict, Harassment, & Violence In The Workplace Program

6.2.1 Employee observing a co-worker exhibiting any sign(s) that suggests harassment, serious conflict or a potential for violent behavior will immediately notify their Supervisor.

6.2.2 Given the difficulty of these situations, every effort should be made to avoid escalation. The Supervisor is directed to immediately escort the employees out of the field environment and conduct a preliminary investigation to determine the immediate action, pending further investigation. (For serious incidents, the Supervisor must separate and suspend employee(s) pending further investigation). Under no circumstances is it expected that supervision is to physically interact in separation of any employees. The Supervisor must notify their immediate Supervisor in all cases, even if determined that further investigation is not warranted. If the Supervisor is personally involved in the incident, he must call the next level of Management immediately to get assistance, and resolve the issue.

6.2.3 An Assessment Team will be developed to help investigate the incident, if necessary.

6.2.4 The Supervisor will fill out the attached report form "Attachment 036-A", "Conflict / Harassment / Violent Behavior Report Form" to provide notification facts of the incident to Management. The Supervisor will present the completed form to the Corporate Safety Department within 12 hours.

**7.0     Recognizing Harassing Behavior**

7.1 Harassment based on a protected status is a form of discrimination. Although sexual harassment is the most common and widely discussed type of harassment, discrimination laws prohibit harassment based on any protected status, such as race, national origin, disability or age.

7.2 Protected status that are protected by Federal laws are:
7.2.1 Race/Skin color
7.2.2 National Origin
7.2.3 Religion (both beliefs and practices)
7.2.4 Sex or gender
7.2.5 Age (40 years of age or older)
7.2.6 Disability (Physical and mental)
7.2.7 Military Status
7.2.8 Parental Status (Some state laws protect this group.)
7.2.9 Sexual orientation

**8.0     Reporting Harassing Actions**

8.1 Any employee who wants to report an incident of sexual or other unlawful harassment behavior should promptly report the matter to his or her supervisor. If the supervisor is unavailable or the employee believes it would be inappropriate to contact that person, they should immediately contact the Manager the Supervisor answers to or the Safety or Human Resources Department. Any supervisor or manager who becomes aware of possible harassment activities should promptly advise the Human Resource or ESH Department. Employees can raise concerns and make reports without fear of reprisal.

Exhibit F-2.tif

Mansfield Industrial, Inc.
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

DOC# PPP-036

**Conflict, Harassment, & Violence In The Workplace Program**

### 9.0    Responding To Harassing Actions or Complaints

9.1    The Supervisor or Manager will be the first point of contact for a complaint.   Your investigation should begin with a private interview with the person filing the complaint. The following guidelines should be adhered to:

9.1.1    DON'T IGNORE the complaint.  "It will go away on its own if I don't respond" does not work.  Ignoring the problem implies permission to act in discriminatory ways.

9.1.2    DON'T MAKE EXCUSES for the offender.

9.1.3    DON'T BE SCARED TO TAKE ACTION - making a mistake is far less serious than not acting at all.

9.1.4    DON'T impose consequences before finding out exactly what happened from those involved.

9.1.5    DON'T focus entirely on applying consequences to the offender while ignoring the feelings of the victim.

9.1.6    DON'T humiliate the attacker when imposing consequences.  ·

9.1.7    DON'T embarrass either party publicly.

9.1.8    DO deal with the situation immediately utilizing the attached forms.

9.1.9    DO confirm that the particular type of abuse is hurtful and harmful and will not be tolerated.

9.1.10   DO explain that the company will promptly investigate the allegation in a fair and expeditious manner.

9.1.11   DO value the feeling of others by active, sensitive listening.

9.1.12   DO take those involved aside to discuss the incident.

9.1.13   DO promote mutual respect among individuals.

9.2    If there are witnesses, have them complete the "Witness to Harassment Form" (Attachment 036-C).

9.3    Contact your immediate Supervisor and the Human Resources or ESH Department.  The COMPLAINT will be investigated. The person alleged to have committed the harassment will be given an opportunity to respond.

### 10.0    Attachments

10.1    Attachment 036-A Conflict / Harassment / Violent Behavior Report

10.2    Attachment 036-B   Harassment Complaint Form

10.3    Attachment 036-C   Witness to Harassment Form

Exhibit F-2.tif

**Mansfield Industrial, Inc.**
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

**Conflict, Harassment, & Violence In The Workplace Program**

DOC# PPP-036

# This Page Intentionally Left Blank!

Exhibit F-2.tif

Mansfield Industrial, Inc.
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
DOC# PPP-036

**Conflict, Harassment, & Violence In The Workplace Program**

**Attachment 036-A**
**Conflict / Harassment / Violent Behavior Report**

Instructions:  This form is to be filled out by the Field Supervisor in as much detail as possible to record any serious conflict, threat or act of violence to, or between employees, customers, or other personnel in the workplace (even if not an employee). Notification must be made to appropriate management as soon as the incident occurs. (PPP-009 will guide the Investigation process) (For represented employees, consider contact with Union Representative as appropriate.)

Location of the Incident: _____

Date of Incident: _____ Time: _____ AM / PM

Supervisor Making Notification:_____ Time: _____ AM / PM

Employee Reporting Incident: _____ Time: _____ AM / PM

Other Witnesses & Contact Telephone Number:

_____     _____
_____     _____
_____     _____

Description of Incident:

| | |
|---|---|
| Who initiated the incident? | |
| Who was threatened or attacked? | |
| What is the relationship between the parties? | |
| What was said or done? (Exact words of verbal threat and/or actions) | |
| Was a tool or weapon used? | |
| How did the incident conclude? (Actions of Supervisor or others)? | |
| Were there any injuries or damage sustained? | |
| Other information? (Attach any other documentation) | |

Supervisor Signature: _____ Date: _____

Exhibit F-2.tif

## Mansfield Industrial, Inc.
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

DOC# PPP-036

Conflict, Harassment, & Violence In The Workplace Program

**Attachment 036-B**
**Complaint Form**

Complainant's Name _____

Date _____

Phone Number _____

Complaint Against (Employee Name allegedly committing harassment) _____

Please state your complaint in detail:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

List any witnesses: _____

_____        _____
Employee Signature                     Interviewer's Signature

**Forward to:  Mansfield HR Dept., 1029 LaCrete Rd., Baton Rouge, LA  70810 or**
**Fax to: (225) 752-5765 or call (225) 752-7564 or (225) 445-6418**

Exhibit F-2.tif

Mansfield Industrial, Inc.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

DOC# PPP-036

**Conflict, Harassment, & Violence In The Workplace Program**

**Attachment 036-C**
**Witness To Harassment Form**

Witnesses' Name _____          Date _____

You have been named as a possible witness to harassment committed against an employee,
_____. Please give details of any harassment you have witnessed.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Thank you for your cooperation in this matter.  Please keep in mind that this issue is
CONFIDENTIAL.  DO NOT discuss this with your co-workers either on or off the job.

_____          _____
Signature of Witness                    Interviewer's Signature

Exhibit F-2.tif

Mansfield Industrial, Inc.
ENVIRONMENTAL, SAFETY & HEALTH PROGRAM

036                                                                                    DOC# PPP-

**Conflict, Harassment, & Violence In The Workplace Program**

## Attachment 004-B
### Safety Training / Meeting Documentation Form

| Type of Training/Meeting: | Training | x | Tool Box Meeting | | Other | |
|---|---|---|---|---|---|---|

| Location: Mansfield Industrial | | Date: | |
|---|---|---|---|

| Trainer(s)/Instructor(s): | Subject(s)/Topic(s):   Conflict, Harassment & Violence in the Workplace Program |
|---|---|

**Key Points:   Standards of Conduct; Recognizing Threatening Behavior, Reporting Inappropriate or Threatening Behavior; Recognizing Harassing Behavior; Reporting Harassing Actions; Responding to Harassing Actions or Complaints**

**Employee Suggestions, Concerns:**

### Attendance List

| | Print Name | SS# | Signature | Division |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |

Instructor's Signature: _____   (Additional Signatures Over

Copyright K2 Environmental, Safety & Health Alliance 2003

Exhibit F-2.tif

DEFENDANT'S
EXHIBIT

12





# KENNY
## Industrial Services



CANNON
S L I N E
A KENNY Industrial Services Company



GENESEE
INDUSTRIAL
A KENNY Industrial Services Company



MANSFIELD
INDUSTRIAL
A KENNY Industrial Services Company

## Code of Conduct & Safe Practices
### Employee Handbook



G O L F
CONSTRUCTION
A KENNY Industrial Services Company



KENNY
MANTA
A KENNY Industrial Services Company



KENNY
INDUSTRIAL
A KENNY Industrial Services Company

January 2001



ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services family of Companies

DOC# 777-001

## Table of Contents

| Section # | Section Description | Page # |
|---|---|---|
| 1.0 | Forward | 4 |
| 2.0 | Statement ESH Policy & Program Responsibilities | 5 |
| 3.0 | Standards of Conduct | 9 |
| | Rules & Regulations | 9 |
| | Absenteeism | 10 |
| | Clothing & Appearance | 10 |
| | Emergency Evacuation Procedures | 10 |
| | Hours of Work & Overtime | 10 |
| | Property Removal | 10 |
| | Company Equipment | 11 |
| | Searches | 11 |
| | Conflict, Harassment, Violence In The Workplace Policy Statement | 11 |
| | Substance Abuse & Control | 11 |
| | Telephone Calls | 12 |
| | Worker's Compensation Information | 12 |
| | Work Stations | 12 |
| | Workplace Violence | 12 |
| | Equal Employment Opportunity Policy Statement | 13 |
| 4.0 | Code of Safe Practices | 14 |
| | Environmental Policy Statement | 14 |
| | Hazard Recognition | 14 |
| | Hazard Communication | 14 |
| | Material Safety Data Sheets (MSDS) | 15 |
| | Personal Protective Equipment | 16 |
| | General | 16 |
| | Head | 17 |
| | Eye & Face | 17 |
| | Hands | 17 |
| | Body/Protective Clothing | 17 |
| | Foot | 18 |
| | Hearing Protection | 18 |
| | Other Protective Equipment & Clothing | 18 |
| | Respiratory Protection | 18 |
| | Fall Protection, Safety Harnesses & Lanyards | 19 |
| | Material Handling | 20 |
| | Lifting | 20 |
| | Rigging | 21 |
| | Slings | 22 |

Copyright Kenny Integrated Services L.L.C. 2001
Revision 0 - 0101/01

Exhibit F-2.tif

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Lowry Industrial Services Family of Companies*

Code of Safe Practices

## Table of Contents (Cont.)

Tools & Equipment ... 22
Hand & Power Tools ... 22
Ladders ... 23
Stairways ... 23
Powder Actuated Tools ... 23
Supported Scaffolds ... 23
Suspended Scaffolds ... 24
Compressed Air & Cylinders ... 25
Compressed Gas Cylinders ... 25
Tar Pot ... 25
Vehicle Safety ... 25
Vehicles ... 25
Forklift Operating Rules ... 26
Aerial Lifts ... 26
Fire Prevention, Extinguisher Use, Welding & Cutting ... 26
Types of Fire ... 27
Fire Extinguisher Selection, Ratings, Use ... 27
Welding & Cutting (Hot Work) ... 27
Specific Work Practices ... 27
Overhead Work ... 27
Electrical Safety ... 28
Lock Out / Tag Out ... 28
Confined Space ... 29
Process Safety Management (PSM) ... 29
Asbestos ... 29
Benzene Awareness ... 29
Excavation ... 30
Abrasive Blasting ... 31
Spray Equipment & Operations ... 31
Airless Spray Equipment ... 31
Pressure Washing Operations ... 31
Hydroblasting ... 32
Vacuuming ... 32
Hazardous Waste Management ... 33
HazWoper - First Responder ... 33
Lead & Heavy Metals Abatement ... 33
Silica Awareness ... 34
Working Over, or Near Water ... 34
Housekeeping ... 34
Flammable / Combustible Storage & Handling ... 35
Fire / Explosion ... 35
Emergency Procedures & First Aid ... 35
Injury / Illness ... 35
Heat Stress ... 35
Hazardous Materials Spill / Release ... 36
Evacuation ... 36
Insect Sting Prevention ... 36
First Aid ... 36

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Lowry Industrial Services Family of Companies*

Code of Safe Practices

## Table of Contents (Cont.)

5.0   Handbook Testing & Verification
Test 003-1   Hazard Communications ... 37
Test 003-2   Personal Protective Equipment ... 39
Test 003-3   Respiratory Protection ... 41
Test 003-4   Fall Protection ... 43
Test 003-5   Heat Stress ... 45
Test 003-6   Confined Space ... 47
Test 003-7   Scaffolds ... 49
Test 003-8   Lead Abatement ... 51
Test 003-9   Lock Out / Tag Out ... 53
Attachment 003-A   Handbook Orientation & Testing Log ... 55

6.0   Consent & Acknowledgement Forms
Attachment 003-B   Substance Abuse Consent Form ... 57
Attachment 003-B   Substance Abuse Acknowledgment Form ... 57
Attachment 003-B   Code of Safe Practices "Acknowledgment Form" ... 57
Attachment 003-C   Employer Medical Referral Form ... 59
Attachment 003-D   Medical Authorization for Respirator Use ... 61
Attachment 003-E   Employee Respirator Fit Test Record ... 63
Attachment 003-F   Motor Vehicle Report Request Form ... 65
Attachment 003-G   Employee – Program Participation Form ... 67

Exhibit F-2.tif

## 2.0 Environmental, Safety & Health - Statement of Policy & Responsibilities

Kenny Industrial Services and its Family of Companies are strongly committed to the Safety and Health of all our employees, and to the protection of the Environment. To fulfill that commitment, every employee must also take personal responsibility for their own safety and health, and must consider the safety and health of co-workers and others as an integral part of their work activities. It is the goal of this organization to foster a culture that instills a source of pride and duty to protect the health and welfare of all our employees, and everyone we come in contact with during our work assignments.

Although responsibility rests with every employee, higher expectations and higher accountability rest with the Management of this Organization. Leadership, at all levels, must be demonstrated to teach our employees the technical knowledge and behavioral expectations required to keep them safe. Those expectations should be reaffirmed on a regular basis, and employees failing to follow safe work practices must be dealt with immediately to reemphasize our commitment.

Line Management, by virtue of their major role in the execution of our work, must accept the highest level of responsibility and accountability for the protection of our employees and must strive to provide a workplace free of recognized hazards. The Knowledge, Experience and Leadership demonstrated by Line Management will be critical to our success. We must be observant, taking every opportunity in identifying and taking action to correct unsafe acts or unsafe conditions. The single most valuable tool in our ESH Program is the Job Safety Analysis (JSA). When properly used, it identifies the work steps, the hazards, and the methods to control or eliminate the hazards, along with the important benefits of improved quality and productivity. Therefore, the Job Safety Analysis must be a "Mandatory" tool in our work, and viewed by Line Management as the cornerstone for building a strong safety culture!

The Programs and Procedures provided within this Manual, are only tools to guide a continuously improving "safety culture". These tools are only as good as the implementation by management and employees at all levels. Field Implementation requires program knowledge; therefore, Supervisors and Managers at all levels are expected to know this program, as it applies to their responsibilities, and will be held accountable for the safety of their employees, as well as the effective implementation of this information. Key responsibilities for implementation of this Program are identified on the following pages of this Policy Statement as "Program Responsibilities," and shall represent the expectations of accountability for the Organization.

In the final analysis, the information provided in this manual is only a guideline for conducting our work. There is no substitute for knowledge, experience, and good judgment while executing our individual jobs and responsibilities. The health and safety of all our employees must be our most sacred commitment, and considered in everything we do!

Michael Rothman
Chief Executive Officer
Kenny Industrial Services

---

## 1.0 FORWARD

This handbook sets forth our Code of Safe Practices and Standards of Conduct guidelines and rules. It obviously cannot cover every situation and it is not intended to do so. Each job, regardless of the type of work involved, presents problems that require special alertness, awareness and good judgment on your part. In addition, you shall comply with requirements established by the particular site where the work is being performed.

This handbook will cover briefly the following areas:

- ESH Program Responsibilities
- Standards of Conduct - Rules and Regulations
- Standards of Conduct - Policies and Procedures
- Code of Safe Practices – Personal Protection
- Code of Safe Practices – Tools & Equipment
- Code of Safe Practices – Specific Work Practices
- Employment Information
- Workman's Compensation
- Conflict, Harassment and Violence in the Workplace
- Substance Abuse & Control
- Emergency Procedures

This handbook is intended for your use and guidance during your employment with the company. We ask that you familiarize yourself with its contents and keep it readily available. It should answer many questions you may have; however, it is not intended to cover every aspect of your employment. Please feel free to ask questions. Your Supervisor, the Regional Office of the Environmental, Safety & Health, or the Human Resource Department will be more than willing to assist you. Detailed policies and procedures can be found in the companies Environmental, Safety and Health Program. A copy of specific policies and procedures shall be furnished upon request.

*All employees shall acknowledge receipt, by completing the Acknowledgment Form on the last page of this handbook, detaching and giving it to the person conducting your employment orientation.*

*NOTE: Client requirements, policies and/or procedures, if more stringent, shall supersede the company requirements, policies or procedures set forth in this handbook.*

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kemzy Industrial Service Family of Companies*

Code of Safe Practices

## ESH Program Responsibilities

*Overall responsibility for implementation of this program rests with Executive Management of this Company. Compliance will be reviewed and evaluated periodically, primarily based upon input from the Vice President of Environmental, Safety & Health. Primary responsibility for the success of this Program and the protection of our employees rests with Line Management, with strong support expected from the ESH Department. All Programs, Policies and Procedures will refer to this list of responsibilities for implementation for all aspects of this Program! The following breakdown of responsibilities represents Executive Managements' expectations of the Organization for full implementation of the Policies and Procedures of this Program.*

2.1. **Management Responsibilities** – Line Management, from the Division President, Division Managers, to include the Project Manager. All management with responsibility for multiple sites, but not directly supervising site personnel other than Site Supervision.

2.1.1 Be familiar and comply with the ESH Program and specific work procedures as they apply to their area of authority.

2.1.2 Ensure that superintendents, foremen, employees and sub-contractors under their direction are aware of and comply with Company and Client Environmental, Safety and Health and Safety Policies and Procedures and/or Federal, State or Local Regulations.

2.1.3 Discipline, up to and including termination, of an individual for violations of Company or Client ESH Programs, Policies, Procedures, and/or Federal, State or Local Regulations.

2.1.4 Ensure Accident Investigations are conducted within the timelines established in this Program.

2.1.5 Review and approval of accident investigation finding in a timely manner, validating the root cause findings, ensuring that all aspects of the incident are documented, and implementation of corrective actions is completed.

2.1.6 Ensure correction, in a timely manner, any unsafe conditions or work practices verified through auditing and/or inspection protocols.

2.1.7 Assist Site Supervision in investigating accidents and near miss incidents in a timely manner; including, documenting all aspects of incident identifying the cause and implementing the corrective actions to prevent recurrences.

2.1.8 Preparing Pre-Job Safety Analysis for specific jobs under their control and reviewing high risk activities with the ESH Department and Project Site Supervision.

2.1.9 Attend all training sessions as scheduled.

2.1.10 Develop required Site Specific Plans (i.e. Lead Abatement) in conjunction with Site Supervision.

2.1.11 Immediate notification of ESH Management of significant injuries, incidents, or near misses.

2.1.12 Review and management of disciplinary action taken by site Supervision, resulting from violations of the ESH Program.

2.1.13 Suspension or termination of a sub-contractor for violations of Company or Client Health and Safety Policies, Procedures and/or Federal, State or Local regulations.

2.1.14 Review of Site Inspections, auditing, and training documentation to ensure compliance of Site Supervision.

2.1.15 Review and Qualification of personnel designated as "Competent Persons".

2.1.16 Ensure status tracking of injured employees to facilitate "Return to Work" as soon as possible, and Restricted Duty criteria are defined and followed until release to full duty.

2.2 **Site Supervision Responsibilities** – Line Management, from the Project Manager who has responsibility for a single site, all Site Superintendents, Supervisors and Foremen, Leadman / Operator directly supervising site personnel.

2.2.1 Be familiar and comply with the ESH Program and specific work procedures as they apply to their area of authority.

2.2.2 Attend all training sessions as scheduled.

2.2.3 Take the Lead in reporting and investigating incidents and near misses in a timely manner, document all aspects of the incident, identifying the root cause(s) and provide recommendation for corrective actions to prevent recurrences. (Per PPP-009)

2.2.4 Immediate notification of ESH Department of significant injuries, incidents, or near misses to obtain support for any significant incident investigation.

2.2.5 Correct any unsafe acts, unsafe conditions or work practices as verified through an audit and/or site inspection.

2.2.6 Prepare "Mandatory" Job Safety Analysis (JSA) for specific jobs under their control and ensure a site-specific review with involved work crew(s).

2.2.7 Ensuring that employees and sub-contractors, under their direction, are aware of and comply with the ESH Program, Client's safety requirements and/or Federal, State or Local regulations.

2.2.8 Discipline, up to and including suspension or termination of an employee, for violations of Company or Client Environmental, Safety and Health Procedures and/or Federal, State or Local regulations.

2.2.9 Recommend suspension or termination of a sub-contractor for violations of Company or Client Health and Safety Policies, Procedures and/or Federal, State or Local regulations.

2.2.10 Conduct and documenting safety meetings and training with employees under their direct supervision, and forward documentation to Regional ESH Training Manager.

2.2.11 Development and implementation of required Site Specific Plans (i.e. Lead Abatement, Fall Protection, etc.) (in conjunction with Project Managers when applicable.)

2.2.12 Ensure Site Safety Inspections are done, and documented daily.

2.2.13 Track status of injured employees to facilitate "Return to Work" as soon as possible, and ensure that Restricted Duty criteria is defined and followed until release to full duty.

2.3 **Employee Responsibilities** – All individuals, not supervising others, with only personal responsibility for compliance with the Program.

2.3.1 Read, understand and comply with the Code of Safe Practices. (with Signed Acknowledgment)

2.3.2 Comply with the ESH Program, as it pertains to their responsibilities as well as specific work procedures or rules; and, as they apply to their work.

2.3.3 Attend all training sessions as scheduled.

2.3.4 Report all injuries, accidents and/or near miss incidents to the Supervisor immediately.

2.3.5 Stop work if it is unsafe, or will result in any un-permitted release of hazardous material or waste to the environment, and immediately notify the Supervisor.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kerry Industrial Services Family of Companies

Code of Safe Practices

(DOC# 777-xx)

## 3.0 STANDARDS OF CONDUCT

### RULES AND REGULATIONS

All companies must have rules of conduct to govern operations and to protect both employees and the company. Our Company expects all of our employees to observe rules of honesty, good conduct, and fair play; and, to follow generally accepted customs of conduct toward their fellow employees, subcontractors, customers and the general public. Employees should not engage in conduct that would reflect adversely on fellow employees or the company, at any time or place.

These rules are not intended to be an exhaustive list of all possible reasons for disciplinary action. Each employee should clearly understand, that the omission of a particular action from this list shall not prevent appropriate disciplinary action from being taken.

The disciplinary action imposed by the company may vary from oral warning to immediate discharge, depending upon the facts and circumstances of each particular case. Factors that will be considered by the company include, the seriousness of the offense, the employee's prior disciplinary record, and the employee's prior work record, including, length of service.

1. Theft or dishonesty in any form:
   • falsification of time card or
   • misrepresentation of time card or
   • misrepresentation of records;
   • destruction of property or records of the company, employees, or customers;
   • unauthorized removal/use of property or records of the Company, employees or customers.
2. Fighting on company or customer's property.
3. Coercing, threatening, assaulting, intimidating, or interfering with supervisors, management, employee, or customers, or any members of their family, at any time on the Company or customer's property.
4. Insubordination, disrespect, or failure to follow instructions or assignments of supervisors, management or owner's representative.
5. Report to work while under the influence of intoxicants or illegal drugs, or in possession or consuming of intoxicants or illegal drugs; or, failure to disclose prescription medicines that would adversely affect your ability to work safely.
6. Possession of weapons within the company or customer's sites boundaries.
7. Inattention to job duties; including, sleeping, loafing, horseplay or leaving workstation before scheduled quitting time.
8. Using immoral, or obscene behavior or language on Company or customer property.
9. Smoking, non-smoking areas.
10. Violation of safety rules or practices.
11. Improper use, treatment, or care of company or customer's property; or, of the property of others while on company or customer's property.
12. Willfully failing to abide by quality performance standards.
13. Knowingly violating company or customer's rules.
14. Disloyalty to the company.
15. Except for necessary trips to the rest rooms, employees shall secure permission from their foreman before leaving their workstation.
16. Unexcused absenteeism or tardiness.
17. Performance of outside work that interferes with company duties, or creates a conflict of interest.
18. Unauthorized disclosure of confidential company information.
19. Failure to report injuries, accidents or incidents immediately.

---

2.4 *Environmental, Safety & Health Department Responsibilities – Corporate, Regional and Local ESH Personnel to include the Vice President, Regional Managers, District Managers and all ESH Representatives.*

2.4.1 Ensure that every effort is made to comply with the Laws, Rules and Regulations of Federal, State Agencies, and Local Jurisdictions in which we do business.

2.4.2 Manage Regulatory Agency Interface for site inspections, citations, and appeal processes.

2.4.3 Development, distribution, administrative over-site, and annual review of this Environmental, Safety and Health Program.

2.4.4 Conduct training for Management, Supervision and Employees as required by this ESH Program.

2.4.5 Conducting audits and inspections of company programs and job sites, to evaluate compliance with the Environmental, Safety and Health Program.

2.4.6 Administration of Worker's Compensation and General Liability claims as required.

2.4.7 Client interface in support of Operations' to address Program differences and solutions.

2.4.8 Report to Executive Management and Line Management regarding safety compliance status, new or upcoming regulations, and other safety issues that require Management attention.

2.4.9 ESH review and approval of new safety equipment, chemicals, or other materials required by each operating division as applicable.

2.4.10 Maintaining all required documentation relating to our Environmental, Safety and Health Program.

2.4.11 Conducting an annual review of Operations Management ESH Performance for recommendations on distribution of ESH Performance Bonuses within Operations.

2.4.12 Review and Certify designated "Competent Persons" as requested by Line Management.

2.4.13 Providing resource materials to support Operations' efforts to comply with this Environmental, Safety and Health Program.

2.4.14 Establish, maintain and communicate Safety Performance Indicators. These Indicators include, injury frequency and severity rates, auditing and observation findings, Employee Warning Notices, compliance with corporate safety requirements and economic impact of incidents.

2.4.15 Conducting immediate review and information to Management and Site Supervision, to facilitate early return to work and management of restricted duty limitations until released to full duty.

2.4.16 Support Line management and site supervision in the investigation of Accidents.

Copyright Kerry Industrial Services LLC 2001
Revision 0 - 01/01/01

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Gray Industrial Services Family of Companies
DOC# FFP-005

## Code of Safe Practices

### COMPANY EQUIPMENT

The Company owns or leases a variety of equipment representing a large capital investment. This equipment shall be primarily available during normal working hours for effective business operations. Only employees who are properly trained shall use Company equipment.

Employees shall treat the equipment issued to them with respect and only use the equipment for the purpose for which it is intended. Employees shall be responsible for taking appropriate safety measures to ensure its proper use; and, to protect the equipment from vandalism, theft and misuse. All equipment remains the property of the Company and must be returned to the Company upon completion of a job, termination of employment, etc. Willful misuse of the equipment, theft of the equipment by the employee or negligent treatment of the equipment while the employee is in the care of the employee is grounds for termination and financial responsibility for the equipment. Malfunctioning equipment shall not be used, and reported to the supervisor immediately.

### SEARCHES

All employees are subject to inspection of lunch boxes or other parcels or toolboxes upon the request of their supervisor or security guards on client's premises. Any vehicles entering or leaving the project are also subject to inspection. Refusing to allow a search is grounds for immediate termination.

### CONFLICT, HARASSMENT, VIOLENCE IN THE WORKPLACE

The Company is committed to providing a safe work environment that is free of discrimination, unlawful harassment, violence or threats of violence. Actions, words, jokes, or comments based on an individual's sex, race, ethnicity, age, religion or any other legally protected characteristic will not be tolerated. As an example, sexual harassment (both overt and subtle) is a form of employee misconduct that is demeaning to another person, undermines the integrity of the employment relationship, and is strictly prohibited.

Any employees who wants to report an incident of sexual or other unlawful harassment, intimidation or acts of violence should promptly report the matter to his or her supervisor. If the supervisor is unavailable or the employee believes it would be inappropriate to contact that person, he or she should immediately contact the Human Resource Department or the Safety Department. Employees can raise concerns and make reports without fear of reprisal. Any Supervisor or Manager who becomes aware of possible incident should advise Management immediately. The matter will be handled in a timely manner. Information will be kept as confidential as possible and every effort will be made to limit the number of people who need to know. Any unauthorized disclosure of facts or opinions is strictly prohibited and is subject to disciplinary consequences. (Complete Policy is addressed in PPP-036)

### SUBSTANCE ABUSE & CONTROL (Drugs and Alcohol)

The Company is committed to providing our employees a drug and alcohol free workplace. Our policy calls for screening for illegal substances in the following instances:

a) Pre-employment
b) Post Accident including property damage
c) Random
d) Re-assignment
e) Reasonable cause
f) Customer requests

The use of controlled substances without a prescription is expressly prohibited; and, may result in immediate termination. Any employees who takes a controlled substance (prescription medication) under instructions from his or her physician, must inform their immediate supervisor, and, must show the prescription or doctor's order. A prescribed drug may cause dizziness, drowsiness, or affects that pose a safety hazard to you or your fellow employees, you will not be permitted to work while under the influence of the prescribed drug. (For PPP-006, or PPP-007 is applicable for Pipeline Work)

Refusing to submit to a substance abuse test is grounds for immediate termination. Inability to produce a specimen in a specified amount of time is considered a refusal. Once you have reported to a collection facility, you may not leave until the specimen is collected. Alteration of a specimen in any way is strictly prohibited and is grounds for immediate dismissal.

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Gray Industrial Services Family of Companies
DOC# FFP-005

## Code of Safe Practices

### ABSENTEEISM

Employee absence not only seriously interferes with job performance, but will also cause inconvenience and delay the work of others. In the event you have to be absent from work, notify your Supervisor, Dispatcher or timekeeper as early as possible by calling to report your absence. Excessive absenteeism will not be tolerated and will result in disciplinary action and/or discharge.

After three consecutive days absent without notice, an employee is presumed to have voluntarily quit and his/her employment will be terminated.

Any employee who is late for work will be subject to disciplinary action, counseling and/or discharge.

### CLOTHING AND APPEARANCE

All clothing must be in accordance with general construction and safety practices. Do not wear clothing that could get caught in machinery or otherwise cause an accident. Examples: dragging pants, torn or loose long sleeves, or torn clothing. Long sleeve shirts may be required by specific jobsites.

Excessive jewelry must be avoided. Rings, necklaces, visible body piercing, ear rings, etc. may get bumped, or caught in machinery and cause injury. Your Supervisor or the ESH Department will determine if the jewelry you wear represents an unacceptable risk.

Any clothing with offensive words, foul language, sexually explicit words, sexually explicit gestures and other inappropriate words, pictures or drawings is strictly prohibited from all jobsites. Any tattoos that are offensive, sexually explicit or inappropriate, must be covered at all times when on company jobsites.

### EMERGENCY EVACUATION PROCEDURES

The Emergency Evacuation Procedure for our employees is site specific. The plan will be at the direction of the plants, contractors and/or customer. Supervisors will ensure all employees are trained in emergency preparedness for each specific jobsite. Each employee should adhere to the following:

1. Know the evacuation alarm signals for the site, (e.g. horns, whistles, flashing lights).
2. Select two evacuation routes from the work area.
3. Know your evacuation assembly/staging area.
4. Review evacuation signals, routes and staging areas before the job starts and frequently thereafter.

### HOURS OF WORK AND OVERTIME

The work schedule is established on a project-by-project basis and is subject to changes from time to time.

Due to the nature of the construction business, it is sometimes necessary for employees to work shorter hours or longer hours, including Saturdays, Sundays and holidays. The company will give you as much advance notice of overtime work as possible.

Overtime is paid in excess of 40 hours in a week (or per negotiated agreement), including Saturday and Sundays. It is paid at one and one half times your regularly hourly rate. Overtime may be necessary, based on the needs of the project.

### PROPERTY REMOVAL

It is not permissible to remove either the Company's or the client's property from the project for personal use. Unauthorized removal of this property will result in immediate dismissal and/or legal action. Personal tools brought on the job should be checked and shown to your immediate supervisor.

Copyright Gray Industrial Services LLC 2001
Revision 0 - 01/01/01

Exhibit F-2.tif

## TELEPHONE CALLS

As on most construction sites, the work force is distributed over several areas, making it difficult to contact employees for personal calls; however, an emergency call will receive our prompt attention and you will be notified as soon as possible. All outgoing personal calls must be limited to emergency situations only.

Any personal phone calls that incur a toll fee are not allowed. Any calls of this nature will be deducted from your paycheck.

## WORKERS' COMPENSATION INFORMATION

The Company provides a comprehensive workers' compensation insurance program at no cost to employees. This program covers any injury or illness sustained in the course of employment that requires medical, surgical, or hospital treatment. Our Management is committed to providing the best possible treatment for legitimate work related injuries. We require that employees adhere to the following:

- It is mandatory for employees who sustain any work-related injury or illness to immediately inform their supervisor. Even the smallest injury, if left untreated, could lead to a more serious condition. Our company is committed to providing the best possible treatment for legitimate work related injuries.
- In keeping with this commitment, any employee who does not report an injury immediately is subject to disciplinary action up to dismissal.
- All pre-existing workers' compensation disabilities or other disabilities must be disclosed once a conditional offer of employment has been extended. The purpose of this inquiry is to determine whether you currently have the physical or mental qualifications necessary to perform the job that has been offered. What accommodations may be necessary; and, whether you can perform the job without posing a direct threat to the health or safety of yourself or others.
- Finally, a Workers' Compensation fraudulent claim is a crime. Our Company takes an active role in investigating and prosecuting fraudulent claims. If you know of anyone who has submitted such a claim, please contact the ESH Department. Some (Work Comp monopolistic) states have reward systems in place, for which you may qualify.

## WORK STATIONS

Employees must remain in their own work areas, except when their duties require that they go to another work area or in an emergency. If you have to go to another work area for any reason, you must notify your immediate supervisor.

## WORKPLACE VIOLENCE

The safety and security of our employees and customers are very important. Threats, threatening behavior, acts of violence; or, any related conduct that disrupts another person's work performance or the company's ability to execute its mission, will not be tolerated.

Any person who makes threats, exhibits threatening behavior, or engages in violent acts on employees, subcontractors or customer's property will be suspended pending the outcome of an investigation. Threats include, but are not limited to, threats made via the telephone, fax, electronic or conventional mail, or any other communication medium. Violations of this policy will lead to disciplinary action that may include dismissal, arrest, and prosecution. (Complete Program is addressed in PPP-038)

## EQUAL EMPLOYMENT OPPORTUNITY POLICY STATEMENT

Our Company reaffirms its policy to provide equal opportunities to all qualified applicants and employees in every phase of employment, without discrimination based on race, color, religion, sex, marital status, age, national origin, physical or mental disability (unless the individual is unable to perform the essential job functions despite reasonable accommodation), ancestry, sexual preference or military discharge status.

This Equal Opportunity policy extends to recruitment, hiring, training, promotions and transfers, compensation, benefits, social and recreational activities, and all other terms and conditions of employment. This policy includes providing an atmosphere free from discrimination based on any of the above-listed considerations. Consistent with this policy, individual qualifications (i.e. skill, ability, experience, performance, education, etc.) are the sole basis for employment-related decisions.

If you feel that you have been discriminated against, you should report the incident to your supervisor immediately. If you feel that you cannot go to your supervisor, contact the EEO Officer directly at Corporate Headquarters (312-645-9000). The Company will investigate promptly and take all appropriate corrective action. Confidentiality will be protected to the extent consistent with a full investigation. We will not retaliate against any employee for submitting a complaint.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Sierra Industrial Services Family of Company
DOC# PPP-003
Code of Safe Practices

## 4.0   CODE OF SAFE PRACTICES

The importance of safety on and off the job site is considered top priority every day. We recognize the fact that employee safety is the most important consideration in the planning and operation of our company. Safety is essential for employee welfare, morale and employee relations. Responsibilities for this Program are defined in Section 2.0 of this "Code of Safe Practices" and (Par PPP-001).

**Safety is the responsibility of every employee** and recognizing that fact, it is our policy that no part of our job will be so important that we cannot take time to do it safely. The injuries occurring in our type of work are preventable, and no one has to suffer an injury trying to get a job done.

**Safety is a condition of your employment.** Being totally committed to safety and working together, we can eliminate needless accidents and injuries. If we are successful, and we will be, we will all share the benefits of a safe, accident free environment. EVERYONE accomplishes safety through effective communication, sincere desire, honest effort, common sense, and support.

### ENVIRONMENTAL POLICY STATEMENT

The Company has established programs to comply with applicable laws, control the release of hazardous materials, properly handle waste materials, and stop the installation of any material or the execution of any work operation; if, the health, safety, or environmental exposure is unacceptable. Every employee is expected to adhere to the spirit and intent of this policy. Employees have an obligation to keep informed about health, safety, and environmental risks and standards, and are to advise Management and the ESH Department promptly of any adverse situation which may occur. (Par PPP-015)      Access to the regulation and our written program.

### BASIC HAZARD RECOGNITION

1. Be alert to your surroundings;
   - Look where you are walking.
   - Stay clear of moving machinery and/or equipment.
   - Use handrails when ascending or descending stairs.
   - Pick up all tools, clean up all spilled material.
   - Do not run or jump.

2. Plan your work;
   - Consider possible hazards that may exist.
   - Plan how to avoid them.
   - Communicate with others around you.
   - Planned work is safe work.

### HAZARD COMMUNICATION

1. Hazard communication is sometimes called employees "right to know" because employees have a right to know about chemicals in their workplace. Complete program is described in PPP-005)
   - Hazardous materials in the workplace.
   - Training on hazardous materials.
   - Access to personal medical records.
   - Access to Material Safety Data Sheets.
   - Access to exposure records.

2. Before using hazardous materials:
   - Check with the label for contents and hazard information.
   - Review the Material Safety Data Sheet for detailed hazard information.
   - Wear the proper personal protective equipment per the MSDS.
   - If you have a question or need additional information, contact your foreman/superintendent.
   - Anticipate a course of action in the event of a spill or release of material.

3. Using hazardous materials:
   - Follow label, MSDS, and manufacturer's recommendations.
   - Do not eat, chew or smoke while using.
   - Use required protective equipment.
   - Immediately clean up spills.
   - DO NOT POUR MATERIALS DOWN DRAINS, ON THE GROUND OR INTO SURFACE WATER OR SEWERS.
   - Provide adequate ventilation.
   - Avoid skin contact.

4. After use and storage of hazardous materials:
   - Close containers and return to correct storage area.
   - Thoroughly clean hands, and skin, remove and label contaminated clothing.
   - Do not store food or cook food in chemical storage areas.
   - Ensure proper labeling prior to storage.

### MATERIAL SAFETY DATA SHEETS

The following is a generic list of the sections found on a MSDS. The sections may be in a different order, but the manufacturer of the chemical must have each section on the MSDS.

1. PRODUCT IDENTIFICATION
   - General product description and DOT hazard classification.

2. COMPONENTS
   - Components are listed in this section if they present a physical or health hazard and are present at or above 1% in the mixture.
   Exposure recommendations are given for components OSHA Permissible Exposure Limits (PELS) and American Conference of Governmental Industrial Hygienists (ACGIH), Threshold Limits Values (TLV') appear on the line with the component identification.

3. PHYSICAL DATA – The following physical data is given (as applicable):
   Boiling Point – The temperature at which a liquid boils or turns into a gas.
   Vapor Pressure – The pressure exerted by vapor above its own liquid in a closed container.
   Vapor Density – Compared to Air = 1.
   pH – A scale from 0 to 14 that represents the acidity or alkalinity of an aqueous solution. Pure water has a neutral pH of 7.0.
   Evaporation Rate – The rate at which a material evaporates from the liquid or solid state. Butyl acetate is the normal standard (rate = 1.0).

Exhibit F-2.tif

4. **FIRE AND EXPLOSION DATA**
   • Flash Point – The lowest temperature at which a material will generate enough vapor to ignite, when an ignition source is present.
   • Explosion Limits – The lower and upper percent by volume in air of a material in between which ignition (fire or explosion) may occur.
   • Hazardous Decomposition Products – Known or expected hazardous products resulting from heating, burning, or other reactions.
   • Firefighting Procedures – Minimum equipment to protect firefighters from toxic products of vaporization, combustion, or decomposition in the fire situations.
   • Special Fire and Explosion Hazards.
   • NFPA Codes – Hazard ratings assigned by the National Fire Protection Association.

5. **HEALTH HAZARD DATA**
   • Permissible Exposure Limit – For product.
   • Threshold Limit Value – For product.
   • Effects of Overexposure.

6. **REACTIVITY DATA**
   • Stability/Incompatibility – Materials and conditions to avoid, to prevent hazardous reactions.

7. **SPILL OR LEAK PROCEDURES**
   • Reasonable precautions to be taken and methods of containment, clean up and disposal.

8. **PROTECTIVE EQUIPMENT TO BE USED**
   • Protective equipment that may be needed when handling the product.

9. **SPECIAL PRECAUTIONS OR OTHER COMMENTS**
   • Covers any relevant points not previously mentioned.

**PERSONAL PROTECTIVE EQUIPMENT**
You are responsible for properly cleaning and maintaining your PPE. PPE is designed to meet specific hazards and should not be used for purposes it is not designed for. PPE only works when it is used properly and consistently. Always remember that it will not protect you if you don't use it!

**GENERAL**
1. When working observe the following practices:
   • Metal band wristwatches, rings (other than wedding band), or other jewelry (such as piercing jewelry) shall not be worn.
   • Loose or ragged clothing shall not be worn.
   • **Long sleeve shirts shall be required and are always recommended.**
   • Long pants shall be worn.
   • Appropriate footwear shall be worn, and must have closed toe(no "gym style shoes" allowed).

2. When wearing personal protective equipment (PPE):
   • PPE shall not be reused by another employee, except fall protection equipment, until the equipment has been cleaned and sanitized.
   • All PPE must be of an "APPROVED" type and acceptable to the Safety Department.
   • The employee will wear the equipment correctly.
   • Inspect equipment prior to use.
   • Report any defective equipment to the foreman/superintendent.
   • Exercise reasonable care on company supplied equipment.
   • Do not begin work without the proper PPE.

**HEAD**
1. All employees will wear hard hats as required by site conditions. Head protection is required when employees are working in any area where there is potential for injury to the head.
2. Hard hats damaged by heat, force, chemicals or age will be immediately replaced.
3. Long or shoulder length hair must be contained under the hard hat.
4. Hard hats with bills shall be worn with bill over the forehead.
5. Your hard hat should not be defaced, modified or tampered with in anyway.

**EYE & FACE**
1. Eye protection will be worn at all job sites (except offices, while performing administrative duties.)
2. Any employee exposed to hazardous chemicals, dust or inside supplied air or full-face respiratory equipment *shall not wear contact lenses.* Some types of contacts may be suitable for use in full-face respirators. Contact the ESH Department for approval prior to use.
3. Where eye protection is required:
   • Safety glasses with side shields shall be worn as minimum protection.
   • Goggles shall be worn when handling hazardous liquids, gasses and powders.
   • Faceshields shall not be used instead of safety glasses and goggles. Faceshields, in addition to safety glasses or goggles, shall be worn when performing jobs that may injure the face such as grinding, pressure washing or handling chemicals.
   • Where exposed to injurious light rays, special lenses shall be worn.
   • Tinted lenses (sunglasses) shall not be worn in confined spaces, inside buildings or after dark on the job site; unless, approved by the foreman/superintendent.
   • Eye and face protection shall comply with the current ANSI standards.

**HANDS**
Hand protection will be provided for employees whose work involves unusual and excessive exposure of hands to cuts, burns, harmful physical or chemical agents or radioactive materials which are encountered and capable of causing injury.

You should base your hand protection choice on the tasks being performed, conditions present, duration of use, and the hazards and potential hazards identified. An full purpose glove does not exist. For hand protection against chemicals, the MSDS should be referred to.

Hand protection will not be worn where there is a danger of hand protection becoming caught in moving machinery or materials.

**BODY/PROTECTIVE CLOTHING**
1. Employees will be required to wear a shirt or blouse covering the entire upper torso, with sleeves covering the shoulders and completely encircling the upper arm.
   Shirttails must be tucked in when working around moving equipment.
2. The shirt or blouse material must be solid, no fishnet-type materials are to be worn.
3. Long gloves shall be rolled up above the elbows when working around rotating equipment. (or per client policy)
4. No one is to work without a shirt.
5. Shirts with obscenities are prohibited.
6. Full length slacks or jeans must be worn.
7. Flame Retardant Clothing (FRC) must be worn when required by the client, or for specific jobs, or facilities, deemed to represent a risk. Clothing will be provided by the Company.

Exhibit F-2.tif

## FOOT

1. Employees are required to wear ANSI approved safety footwear. (Steel toe mandatory)
2. Employees exposed to hazardous materials or wet environments, shall be issued the appropriate footwear.
3. Full metatarsal protection is required when operating any pressure washing or hydroblasting equipment.
4. Foot protection shall be in good condition. Worn heels, thin or worn soles, shall not be allowed.
5. Sneakers, sandals, safety tennis shoes, or open toed shoes are forbidden.

## HEARING PROTECTION

Hearing protection shall be worn when employees are exposed to noise levels that equal or exceed an eight (8) hour time weight average (TWA) sound level of ninety (90) decibels. Check with your supervisor for specific instructions. Hearing protection shall be worn in all areas where postings require such protection.

## OTHER PROTECTIVE EQUIPMENT AND CLOTHING

Examples of other PPE that may be required on any given job are as follows:

- Welding hoods.
- Life jackets.
- Shin guards.
- Foot guards.
- Flame retardant clothing (FRC) is required in some facilities. If required, employees will be issued such clothing for use.
- Special chemical clothing shall be provided for employees who are exposed to hazardous materials.

## RESPIRATORY PROTECTION

To control occupational illness caused by breathing air contaminated with the potentially harmful gases, aerosols, vapors, dusts, and fumes, employees will be required to wear respirators in designated areas and certain job assignments. All respirators must be approved by the National Institute of Occupational Safety and Health (NIOSH). Also, respirators shall be used per manufacturer's instructions and in accordance with their limitations. (Per PPP-026 Respiratory Protection Policy)

All personal performing jobs that require the use of a full face, half face, or dust mask respirator must be properly trained, medically qualified, fit tested, and clean shaven.

Depending on the work being performed, respiratory protection may consist of:
- a dust mask (when working in a non-hazardous dust condition).
- fume mask (for welding).
- escape respirator.
- half mask, full mask,
- supplied air,
- SCBA.

At no time will personnel be allowed to wear an escape type respirator and remain in or enter into a contaminated atmosphere or area. However, if you are caught in a leak do the following:

- Put on the escape respirator, and leave the area.
- Walk, never run. Running causes deep breathing; therefore, more exposure.

---

Those Personnel issued half mask or full face respirators are required to complete the following five inspections:

- **Headbands:** Check to see if the headband still has its elasticity. Inspect for breaks and tears in the material, and make sure all clips fasteners and adjusters are in place and working properly.
- **Face Pieces:** Check face piece for dirt, cracks, tears or holes. Inspect the shape of the face piece for possible distortion that may occur from improper storage and make sure the rubber is flexible, not stiff.
- **Inhalation and exhalation valves:** Check for cracks, tears, distortion, dirt or build-up material between valve and valve seal.
- **Cartridge holders:** Check to make sure gaskets are in place and check for cracks and damage to threads.
- **Cartridge and/or filters:** Make sure cartridges and filters are clean. Never try to clean a filter or cartridge by washing it or using compressed air. Inspect cartridges for dents, scratches or other damage, particularly the metal sealing bead around the bottom. Check the expiration date to ensure that the cartridge has not expired or you are unsure about what cartridge to use, contact your supervisor.
- **Face Piece lens (where applicable):** Check to make sure lens is in place and not cracked, scratched or has openings.

If any of these items are found to be defective, notify your supervisor immediately.

Respirators will also be maintained as follows:

- Keep respirator clean and disinfected by using warm, soapy water and/or water with a cup of bleach to one gallon of water.
- Protect respirator against dust, sunlight, extreme cold, excessive moisture or damaging chemicals.
- Store respirator as directed in the "Use and Care" instructions provided with the respirator by the manufacturer.
- Keep the equipment properly maintained at all times to retain its original effectiveness.

## FALL PROTECTION, SAFETY HARNESS AND LANYARDS

Personal fall arrest systems are the most commonly used fall protection devices on our projects. Personal fall arrest systems include safety harnesses, lanyards, lifelines and rope grabs. Your supervisor will show you how to properly wear a safety harness. All PFA (Personal fall Arrest) systems shall be an approved type and the following must be adhered to:

1. The use of fall protection equipment shall be in compliance with (PPP-012) and applicable regulations.
2. Full body harnesses with shock absorbing lanyards are required anytime you are working with a fall hazard 6 feet or more above the lower level of your work platform or adjacent surface and tied off to an approved anchorage point (i.e. a substantial overhead structure).
3. Lanyards shall be secured; whenever, the employee is not on a completed structure.
4. Body harnesses must be worn while working from scaffolds or other temporary platforms, and shall be secured to another structure or lifeline; if, the work platform is incomplete.
5. An employee riding in, or working from a man basket or personnel lift shall wear a body harness; and, be secured by way of a lanyard while aloft.
6. Personal fall prevention equipment must be inspected daily by the user. 100% tie off with dual lanyards shall be used, along with a full body harness, working six (6) feet or more from ground level or any other level. Lanyards cannot be kept as short as possible; but, in no case shall the length exceed six (6) feet of free fall distance. Lanyards used with body harness must have a double locking hook, and of the "shock absorber" type.
7. Only three foot lanyards may be used on rope grabs.
8. Proper storage and maintenance will prolong the durable life of the unit. Storage areas should be clean, dry and free of exposure to fumes or corrosive elements.

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

DOC# PPP-002

## Code of Safe Practices

## MATERIAL HANDLING

### LIFTING

1. Proper manual lifting can prevent injuries and strains. The right way to lift is the easiest and safest. Proper lifting techniques are as follows:

   - Wherever practical, heavy lifts should be done with mechanical lifting devices.
   - When manual handling is required, dollies, trucks and similar devices should be used where practical.
   - Never hesitate to ask for assistance when lifting. Workers should know their physical limitations and the approximate weight of materials they are trying to lift.
   - Pre-inspect your path of travel.
   - Use gloves when appropriate.
   - Check the load or object for sharp edges, slivers, etc.
   - Unstack objects to insure good visibility.
   - Take a firm grip; secure a good footing; place the feet a comfortable distance apart; bend the knees.
   - Use the legs for lifting -- not the back. Keep your back as straight as possible, vertical to the object.
   - Avoid turning or twisting with a load.
   - Set objects to prevent inadvertent shifting of the load.
   - Don't carry more than you can safely handle or see over.
   - Slide loads into place rather than lift the load in an awkward position.
   - Lift and carry loads close to the body.
   - Never pull loads towards you, push them away from you.
   - Watch footing when walking on uneven ground or when walking in crowded areas.
   - Never carry a load so large that it obstructs vision; or, too heavy to be safely lifted without assistance.



BEND KNEES AND LIFT
HEAD UP, LOOKING
STRAIGHT AHEAD

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

DOC# PPP-002

## Code of Safe Practices

## RIGGING

1. Proper rigging can prevent injuries and equipment damage. (Per PPP-050)

   - Use proper barricades around the work area.
   - Control loads with a tagline.
   - Stay away from suspended loads.
   - Never ride on hoisting equipment; unless, the equipment is specifically approved for lifting personnel.
   - Never lift or get within 20 feet of power lines without fully documented JSA (PPP-002).
   - Keep rope or cable away from hot or corrosive surfaces or materials.
   - Verify that all loads are within the load limit of the equipment and the slings.
   - Use proper knots.







**SQUARE KNOT**
A safe means of fastening together the ends of two ropes of the same diameter

**ROLLING, OR TAUT-LINE HITCH**
Hitch for holding tension in line — a snubbing hitch







**SCAFFOLD HITCH**
For fastening single scaffold planks to hang level

**CLOVE HITCH**

**ROUND TURN AND TWO HALF-HITCHES**
For fastening a scaffold line to a supporting beam

**EYE SPLICE**

**RUNNING BOWLINE**

**ROUND TURN AND TWO HALF-HITCHES**

**HITCHES FOR HOLDING NEEDLE BEAMS**

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Zeigy Industrial Services Family of Companies

Code of Safe Practices

The right way to clip wire rope

The wrong way to clip wire rope

## SLINGS

1. Correct use of slings can prevent injuries and equipment damage: (Per PPP-050)

- All slings, fastening and attachments are to be inspected daily prior to use.
- Slings that are damaged or defective shall be red tagged and removed from service.
- Slings shall not be shortened with knots, bolts, or other makeshift devices.
- Slings shall not be kinked or knotted.
- Slings shall not be loaded beyond their rated capacity.
- Slings used in a basket hitch shall have the loads balanced to prevent slippage.
- Slings shall be set to avoid slippage.
- Slings shall be padded or protected from the share edges of their loads.
- Hands or fingers shall not be placed between the sling and its load, while the sling is being tightened around the load.
- Shock loading is prohibited.
- A sling shall not be pulled from under a load, when the load is resting on the sling and damage to the sling may result.

## TOOLS AND EQUIPMENT

### HAND AND POWER TOOLS

Hand and power tools used on the job shall be in proper working order and shall be used only for their intended purposes. All power tools shall be inspected by the user prior to being placed into service and must be inspected at least monthly. (Per PPP-013)

1. The proper use, care and storage of hand tools will increase the life of the tool and reduce potential for injury. When using hand tools:

- Tools must be properly stored and not left in the work area.
- Inspect before use, and do not use tools in poor or unsafe condition.
- Do not place tools where they may fall on other employees.
- Select the proper tool for the job.
- DO NOT lift or lower power tools by the electrical cord or pneumatic hose.
- DO NOT use electrical tools with damaged cases or cords.
- Always cut or chisel away from the body.
- Wood handles must be free of splinters, cracks, and splitting. They may not be repaired. They must be replaced.

---

DOC# PPP-003

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Zeigy Industrial Services Family of Companies

Code of Safe Practices

## LADDERS

The proper use, care, and storage of ladders will increase the life of the equipment and reduce potential for injury. (Per PPP-048) When using ladders:

- Inspect all ladders before use. Damaged ladders will be tagged and removed from service. Ladders shall not be painted.
- All ladders will meet current ANSI and/or OSHA standards.
- Metal ladders shall not be used around electrical equipment; unless, the proper measures (i.e., Lockout/Tagout) have been taken.
- Extension ladders shall have their base 1/4 of the height away from the wall.
- Extension ladders will be tied off to the support whenever possible.
- Extension ladders will extend at least three feet beyond the platform; if, the employee is required to step off the ladder.
- When ascending or descending the ladder, face the ladder.
- Do not carry tools in your hands but lower the tools in an approved container.
- Ladders should be equipped with non-slip feet and/or spikes.

## STAIRWAYS

The proper construction and use of stairways will reduce the potential for injury. (PPP-048)

- Any vertical distance greater than 19 inches must have a stairway or ladder.
- No spiral stairs will be used on a construction site.
- The platform at the top of a stairway must be large enough for the swing radius of the door plus 20 inches.
- When the stairway has four steps or is higher than 30 inches, a full guardrail (including toprail and midrail must be used).
- When handrails are used, they must be capable of supporting 200 pounds or more in any direction.

## POWDER ACTUATED TOOLS

The proper use, care and storage of powder actuated tools will increase the life of the tool and reduce potential for injury. (PPP-062) When using these tools:

- Certification from the manufacturer is required to be carried by the user.
- Check site regulations for permit requirements.
- Eye, face and hearing protection shall be worn.
- The manufacturer's instructions shall be followed.

## SUPPORTED SCAFFOLDS

The proper use and erection of scaffolds will reduce potential for injury. When using scaffolds:

- A qualified or designated Competent Person MUST personally supervise the erection, dismantling or altering of a scaffold.
- All scaffold users must have received scaffold user training and all employees erecting, dismantling or altering scaffolds must receive training from the Competent Person.
- Scaffolds MUST be visually inspected by the designated Competent Person PRIOR to each shift.
- Scaffolds shall be properly braced so the scaffold is always square, plumb and rigid.
- Scaffold legs shall be set upon approved base plates or approved rollers, as determined by the Competent Person. If rollers are used, all rollers must be locked while employees are on scaffolds.
- Guardrail systems MUST be installed on scaffolds ten (10) feet or higher.
- Working surfaces shall be FULLY decked.
- Wood used for decking must be of scaffold grade lumber, free from defects and not covered by opaque coatings.
- Scaffolds shall be capable of supporting four (4) times their intended load.

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Emery Industrial Services Family of Companies

Code of Safe Practices

## COMPRESSED AIR AND CYLINDERS
When using compressed air the following rules apply:
1. Never blow compressed air against your body or clothes or that of another person.
2. Do not point air hoses at yourself or anyone else. Compressed air can enter your body through cuts and enter your blood stream causing internal damage or death.
3. Plant air systems shall not be used as a source of breathing air; unless, certified as a breathing source.
4. Connections to air systems and all couplings shall be properly secured.
5. Connections to all systems will not be disconnected until the connection is isolated and the line pressure dissipated.
6. Hoses should be routed so not to pose tripping or other hazard.
7. When you use an air hose, grip the nozzle firmly to keep it from kicking.
8. All air hoses must have quick release shut off nozzles secured with proper bonding.

## COMPRESSED GAS CYLINDERS
When using, storing, or handling compressed gas cylinders the following rules shall apply:
1. All cylinders shall be labeled.
2. Cylinders shall be stored upright and secured from falling with chain.
3. Caps shall be kept in place when the cylinder is not in use.
4. Cylinders SHALL NOT be used as rollers.
5. Cylinders shall be transported on a device specially designed for transport.
6. Cylinders shall not be taken into a confined space.
7. Cylinders shall be stored in their designated area, out of direct sunlight.
8. Relief valves shall be checked prior to use, to ensure they are not obstructed (ice buildup).

## TAR POT
Tar pot equipment shall be inspected prior to each use. Only use tar pots and associated equipment that is in safe operating condition and passes inspection. The container used for transferring hot material shall have a lid and other foreign material. The standard personal protective equipment must be worn. In addition, a leather apron, adequate hand protection, long sleeves, and a face protection shall be worn while attending the kettle. Extreme caution must be used when handling tar. Once tar is at its melting point, places no larger than 25 pounds shall be placed in the pot. Tar pot areas and equipment shall be placed in locations that will minimize danger to people or property. Pump lines shall be secured and discharged in a manner to prevent material from splashing. (Per PPP-056)

## VEHICLE SAFETY

### VEHICLES
Only when your supervisor approves, may you operate a company vehicle. (Per PPP-044 Fleet Safety & Loss Prevention Policy)
• Only Employees who possess a valid drivers license and are on the Approved Driver's List may drive company vehicles.
• Drivers are responsible for regularly inspecting and ensuring proper vehicle care, and maintenance to include, vehicle cleanliness.
• Seat belts shall be worn at all times, by all occupants.
• Drivers must obey all site specific driving rules, and are responsible for lawful and safe operation of equipment assigned to them.
• Motor vehicles shall never be left running unattended.
• In plant settings, check with the owner regarding safe work permits.
• Employees must use three points of contact when mounting and dismounting trucks.
• Vehicles are not to be overloaded.
• All accidents are to be reported to your superintendent/foreman or manager immediately.

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Emery Industrial Services Family of Companies

Code of Safe Practices

• Scaffold shall not be higher than four (4) times the width of the base, unless they are tied into a stationary structure.
• Scaffold components shall not be closer than ten (10) feet to any electrical sources or lines, without the express authorization of the Safety Department.
• Scaffolds shall not be used in high winds or during storms. Snow, ice or slippery materials shall be removed prior to any work activity.
• No ladders or steps may be used to raise the height of the decking.
• Debris shall not be allowed to accumulate on decking.
• Scaffold ladders MUST be used for access; unless, the manufacturer has designed part of the support structure as a ladder access system.
• Areas below the scaffold must be barricaded, or the working surface screened in; so, that tools and materials cannot fall below onto others.
ALL COMPANY SCAFFOLDS MUST BE PERMITTED, USING A COLOR-CODED THREE TAG SYSTEM. RED IS NO ACCESS, YELLOW IS FOR RESTRICTED USE AND GREEN IS NORMAL USE.
• All employees should review with the Competent Person, the intended use, limits and characteristics of the scaffold prior to starting the job so that they may alert the Competent Person to any unforeseen condition of the scaffold during the progression of the work.
• In general it is a prohibited activity to ride a mobile scaffold.

## SUSPENDED SCAFFOLDS
1. The proper use, care and maintenance of suspended staging equipment will increase the life of equipment and reduce potential for injury. When using this equipment:
• A designated Competent Person must inspect the scaffold prior to each shift. If you are subject to dizziness or seizures, or are bothered by heights, you cannot operate this equipment.
• Ensure there is a safe access to the equipment and at all times.
• Check for electrical conductors in the area. If there are any that may be within ten feet, have them de-energized and locked out.
• Check the load railing for the equipment, do not exceed rated load capacity.
• Top and mid rails are to be installed, building side top rail must not be less than 36 inches, all other top rails must be 42 inches high.
• Toeboards are required on all sides and ends.
• If anyone is exposed to being under the suspended staging, the area will be properly barricaded or otherwise protected.
• Staging floor must be at least 24 inches wide and non-skid.
• Operate the hoist in a smooth, vertical movement.
• Controls shall be properly marked as to their purpose.
• All moving parts and/or electrical connections that may be a hazard shall be effectively guarded.
• Wire rope must be of a type, and installed, as recommended by the staging manufacturer.
• Cradle shall not be spliced.
• Inspect the wire rope daily for excessive wear, birdcaging, and broken strands.
• Wear and use the appropriate fall protective equipment.
• Independent lifelines are required on single point and two point, single stage scaffolds.

Exhibit F-2.tif

## Page 26

### FORKLIFT OPERATING RULES

- Only properly trained and authorized employees shall be allowed to operate any forklift. (Per PPP-045 and certified training program)
- Forklifts will be inspected daily prior to use, including fluid levels, and documented. Forklifts that are unsafe will be tagged and removed from service; until, an authorized mechanic repairs and rechecks the forklift.
- The Load Limit and Load Center will be clearly marked on all forklifts and shall not be exceeded under any conditions.
- Employees shall not pass or work under a suspended load.
- Employees may only be lifted on the forklift; if, an approved man-basket is used.
- Vehicles shall not exceed a safe speed and shall not be driven into areas unless proper clearance has been provided.
- Stunt driving and horseplay are prohibited.
- Forklifts shall not be running while unattended. When a forklift is left unattended, the power will be shut off, brakes set, the mast brought to the vertical position and the load/forks lowered.
- No riders shall be permitted on the forks under any circumstances or the truck body; unless, a separate seat has been provided by the manufacturer. **Seat belts shall be worn at all times.**
- Operators shall face in the direction of travel and shall not move a vehicle; until, the load is stable and secure and that all persons are in the clear.
- The forks shall always be carried as low as possible, consistent with safe operation. Do not obstruct view by carrying the load too high.
- Grades shall be ascended or descended slowly, the load shall face the top of the grade and turns WILL NOT be made while on a grade. The driver shall slow down and sound the horn at aisles and other locations where vision is obstructed.

### AERIAL LIFTS

1. Only properly trained and authorized employees shall be allowed to operate any aerial lift.
2. Equipment shall be inspected daily (prior to use) and documented on Daily Work Report or Diary.
3. Employees will inspect the ground area where the lift will travel.
4. Employees shall wear a body harness with lanyard attached to the aerial lift tie-off point; or, guardrail if no tie-off is available.
5. Employees shall NOT sit, climb, or stand on the basket guardrails.
6. The basket and boom loads shall not be exceeded.
7. Aerial trucks shall not be moved with booms in the extended position.
8. All equipment shall be operated per manufacturer's recommendations and site safety requirements.
9. Aerial lifts shall not be operated within 20 feet of unguarded energized electrical power line.
10. Aerial lifts shall be operated with outriggers in the set position, fully extended and resting on a stable base.
11. Aerial lifts shall be chocked when on an incline.
12. Employees shall keep three points of contact when mounting and dismounting aerial lifts.

### FIRE PREVENTION, EXTINGUISHER USE, WELDING AND CUTTING

### FIRE PREVENTION

- DO follow all safe handling procedures and MSDS instructions on use and storage of flammables and combustibles.
- Do not use open flame in areas where flammable/combustible materials are used or stored.
- Don't leave solvent soaked rags in the area, store them in the safety can provided.
- Follow proper welding and cutting safety procedures.
- Check the job site for fire extinguishers and/or fire hoses prior to start of work.

## Page 27

### TYPES OF FIRES

- Class "A" – any fire that leaves an ash, such as wood, paper, cloth.
- Class "B" – a liquid fire, such as gasoline or diesel fuel.
- Class "C" – a Class A and/or Class B fire, energized with electricity, (i.e. electrical equipment)
- Class "D" metals.

### FIRE EXTINGUISHER SELECTION

- Class A, B & C fires may be extinguished with standard ABC dry chemical extinguishers.
- Class D fires require special graphite powder extinguishers and specialized training.

### FIRE EXTINGUISHER RATINGS

- Class A ratings are listed as a number then A. A "1A" rated extinguisher has extinguishing capacity of 1.25 gallons of water. A "5A" rated extinguisher has extinguishing capacity 6.25 gallons of water.
- Class B ratings are listed in square feet of the fuel surface to be extinguished by a novice user.
- A Class C rating designates the extinguisher is safe to use on an electrically energized fire.

### FIRE EXTINGUISHER USE

1. In general, the following rules apply to fire extinguishers:
   - Use portable fire extinguishers only as a last resort, leaving the area of a fire and promptly reporting is the first priority.
   - Fire extinguishers shall not be used for any purpose other than fire fighting.
   - Do not block access to fire extinguishers or any other fire fighting equipment.
   - Do not use client equipment; unless, authorized to do so.
   - Do not pre-charge or break the seal on a fire extinguisher; unless, it is to be used immediately.
   - Do not remove fire extinguishers from designated areas to use for fire watch.

2. Fire extinguisher operation P.A.S.S.
   - P – Pull out the locking pin breaking the seal.
   - A – Aim nozzle or hose just in front of the base of the fire.
   - S – Squeeze the trigger handle all the way.
   - S – Sweep discharge from the side-to-side, moving front to back across the base of the fire.

### WELDING AND CUTTING (HOT WORK)

1. Follow all site specific Hot Work procedures.
2. Plan work with all involved; including, site prep, permit completion and gas testing. Have designated fire watch with the required fire extinguisher or hose.
3. Do not use welding and cutting equipment; unless, trained and authorized to do so.
4. Wear required protective equipment.
5. Inspect all equipment before use. Red tag and report defective equipment.

### SPECIFIC WORK PRACTICES

### OVERHEAD WORK

1. Protect the people and the area below by:
   - Roping off or barricading.
   - Use warning signs; "DANGER - WORK ABOVE."
   - Do not drop material from above.
   - Use hand line to move small tools, materials, etc. between the ground and work platforms.
   - Remove all loose objects from above when work is done.
   - Small tools that can slip should be secured.

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

DOC# PPP-0X)

Code of Safe Practices

## ELECTRICAL SAFETY

1. Electrical equipment and wiring:
   - Consider all electrical circuits as "live".
   - Follow lockout rules.
   - Never tamper with any wiring or equipment.
   - Portable equipment and extension cords must be double insulated and grounded or GFCI's used.

2. Don't make electrical repairs:
   - Unless trained and authorized to do so.
   - While standing on wet or damp surfaces.
   - Without isolating and locking out equipment.

3. Use an approved wooden or fiberglass ladder. DO NOT USE METAL LADDERS.

4. Inspect equipment before use, red tag and report defective equipment to your foreman:
   - Extension cords.
   - Electric hand tools.
   - Electrical equipment.

5. Worn wiring, overloaded circuits, defective equipment and equipment that is not approved must not be used.

## LOCKOUT / TAGOUT

1. Lockout / Tagout is the de-energizing and securing of all energy sources of equipment in a safe position before beginning work, to protect you from the unexpected operation of the equipment.

2. Follow all site specific lockout / tagout procedures and permits, and PPP-011 Company LOTO Policy.

3. Do not close valves or turn off switches owned by the client.

4. Lockout / tagout before making repairs or adjustments.

5. Identify all energy sources:
   - Electrical          Thermal
   - Stored / Gravity    Hydraulic
   - Pneumatic           Radiation

6. Who must lockout:
   The Supervisor or Competent Person will lock out the part(s) of the equipment where the employees are assigned to work.

7. How to lockout:
   - Disconnect, turn off, close, open, shut, purge, drain, de-pressure, block, blank, bleed.
   - Secure lock and/or tag.
   - Check it - try/test controllers, test for pressure, gas, etc. before starting.

8. When you have completed your work:
   - Check for safety of all persons before operating the machinery or equipment.
   - Remove the lock and/or tag, etc.

---

## CONFINED SPACE

A confined space is an area that has limited openings for entry or exit, is large enough for you to fit inside and is not designed for continuous human occupancy. These spaces may or may not have a possibility for containing various hazards, including hazardous atmospheres. (all work to Comply with PPP-010 Confined Space Program and PPP-011 LockOut / TagOut Policy)

1. Follow company and site specific confined space entry procedures.
2. Plan and discuss the work with all involved personnel, to include site prep, gas testing, etc.
3. Never go into a confined space unless:
   - Tests are done and appropriate measures are taken for Oxygen Deficiency/ Enrichment, Carbon Monoxide, Combustible Gas, Hydrogen Sulfide, and other toxic gases.
   - A valid permit is issued.
   - A trained, designated stand-by is available and properly equipped.
   - All entrants and attendants have been properly trained.
4. Never enter an unmarked confined space or disregard warning signs such as "Do Not Enter".
5. Warning: When there is potential for a hazardous atmosphere to accumulate, treat the work area as a confined space.
6. The complete Confined Space Procedure can be found in the Company's ESH Program Manual.
7. All confined space entries will be reviewed by a Safety Representative PRIOR to the entry. All confined space entries will be covered by parallel permits, that is, the Company Confined Space Entry Permit PPP-010 Attachment 010-B shall be used, in addition to customer required permits.

## PROCESS SAFETY MANAGEMENT

Process Safety Management of PSM is an OSHA requirement for plants that use or manufacture toxic, reactive, flammable, or explosive chemicals. The intent of the program is to prevent or minimize the consequences of catastrophic releases of these chemicals. The standard affects the Company as a contract employer and you as a contract employee. As an employee you shall not perform any work until you have received the proper training. As part of PSM you are required to adhere to the Company and owner safety rules and procedures. Always be familiar with the process you are working in, the potential fire, explosion, or toxic releases hazards and the emergency action plan. If you feel that the work you are to do presents a hazard, advise your supervisor before continuing. (PPP-015 PSM Policy)

## ASBESTOS

Company employees involved in the abatement of Asbestos Containing Material (ACM) or Possible Asbestos Containing Materials (PACM) must be trained and certified according to the OSHA and EPA regulations. You cannot participate in activities involving asbestos; until, you have received this training. If at anytime there are doubts about whether or not a material may contain asbestos, or a material containing asbestos may become damaged in the course of job assignment, notify your supervisor immediately. Never enter an area where asbestos abatement is being performed.

## BENZENE AWARENESS

Benzene is a highly flammable, clear, colorless to light yellow liquid with an aromatic odor. It is found in the oil and gas drilling industries, production and servicing operations, and coke oven batteries. Poisoning occurs most commonly through inhalation of vapors and sometimes can be absorbed or ingested. Company employees shall stay out of benzene regulated areas unless authorized by supervision. (Employees must be trained to PPP-029 prior to assignment on any Benzene Project)

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 - 010/01(A)

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 - 010/01

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Savoy Industrial Services Family of Companies

Code of Safe Practices

## ABRASIVE BLASTING

1. The proper use, care and storage of abrasive blasting equipment will increase the life of the equipment and reduce potential for injury. When using the equipment:
   - Inspect and wear the correct personal protective equipment to include: hearing, respiratory, gloves, and body protection.
   - Prior to starting, inspect all hoses, hose fittings, and couplings. Any damaged or excessively worn equipment must be replaced.
   - Pay special attention to hose-to-hose connections. Check for proper fit, avoid mixing brands of couplings. If screws need replacement, replace with identical type and size, replace worn or distorted or soft gaskets, secure couplings together. Hose connections shall have distorted checks properly attached. "Chicago" type couplings shall be wired or pinned in at least two places to hold. NOTE: Some work sites may require only pins to be used and both holes secured.
   - Never use undersized hose or oversize couplings.
   - Repairs shall be made by qualified, trained personnel.
   - Secure blast hose to staging so hose weight can be safely handled by the blaster.
   - Always Holst blast hose with a hand-line when working on staging/scaffolds, to secure the "on" position. Note: Dead man control is required to be used by the blaster and shall not be wired the "on" position. Note: Diesel or gasoline compressors used for breathing air require a calibrated continual carbon monoxide monitor inline.

## SPRAY EQUIPMENT AND OPERATIONS

1. The proper operation, care and storage of spray equipment will increase the life of the equipment and prevent injuries. When using the equipment:
   - Provide for adequate ventilation either natural or mechanical.
   - Wear the proper personal protective equipment, (eye, face, body, and respiratory). Exposed skin shall be covered by adequate cloth material or barrier cream.
   - Post warning signs in the work areas.
   - The spray area must be at least 25 feet from ignition sources; such as, open flames, electric motors, sparks, etc.
   - Locate the proper type and size fire extinguisher in or near the spraying area.
   - The spray area must be free of combustible materials.
   - All equipment operating manuals must be at the site.
   - All equipment is to be inspected before use. Include electrical cords, plugs, air and hoses, couplings, and spray tips. Replace all damaged or excessively worn parts.
   - Do not begin spray operations until authorized to do so by the Project Superintendent.
   - Check the spray equipment's safety shut-off valve and pressure gauge. Equipment not adequately protected from over pressure shall not be used. DO NOT CLOSE THE SAFETY SHUT OFF VALVE WHILE EQUIPMENT IS IN USE.
   - Do not exceed the manufacturer's recommended working pressure.
   - All equipment repairs shall be made by a trained and qualified employee. The power source must be disconnected and the unit de-pressurized before starting equipment repairs.

## AIRLESS SPRAY EQUIPMENT

1. In addition to general spray equipment and operations, take these additional precautions when using airless spray equipment.
   - When spray gun is not in use, set the gun's safety latch in the 'closed' or 'safe' position.
   - Do not remove or modify any part of the spray gun.
   - Check the diffuser operation by using the lowest possible spray pressure with the removed.
   - Check the operation of all gun safety devices before use.
   - Do not exceed the maximum working pressure rating of the pump.
   - Never modify the equipment.

Code of Safe Practices

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Savoy Industrial Services Family of Companies

Code of Safe Practices

## EXCAVATIONS

1. Follow site-specific excavation procedures and permits.
2. A designated "Competent" person shall inspect the excavation site daily.
3. Site requirements:
   - Soil must be stored at least two feet from the edge of the excavation.
   - Barricade or rope off.
   - Use warning lights at night.
   - Shore/slope requirements to prevent cave-in.
   - At least two ladders must be in place for exit from excavations four feet deep or more.
   - Excavations are considered confined spaces for the purpose of notifying Safety Department.

This bench allowed in cohesive soil only.



Multiple Bench

3. All excavations 20 feet or less in depth which have vertically sided lower portions shall be shielded or supported to a height at least 18 inches above the top of the vertical side. All such excavations shall have a maximum allowable slope of 1:1.



Support or shield system

Vertically Sided Lower Portion

Total height of vertical side

Code of Safe Practices

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
(DOC ###-##)

Code of Safe Practices

- All high pressure hose connections shall have whip checks rated for 10,000 psi or greater.
- Ultra-High Pressure gun barrels shall be a minimum of 52 inches long, nozzle to shoulder stock.
- Always winterize equipment immediately after use during cold weather (below 40° F) to avoid ice plugging and pump damage or injuries from trying to get ice out of systems.
- New hires shall not be allowed to operate this equipment without Training and certification to Ultra High Pressure, and assignment to Ultra High Pressure work shall not occur without Division Manager approval.
- NOTE: No attachment or modifications to hydroblast pumps or equipment shall be allowed.

**VACUUMING**

1.0 Vacuum Equipment must be operated in strict accordance with the manufacturer's recommended operating instructions, and (PPP-042 Vacuum System Operations)

- Only trained personnel shall operate vacuum loading equipment and supervise the training for new employees.
- A Safety "T" shall be used on all jobs and placed close to the suction end. Any exception must be through an approved "Variance" by the ESH Department.
- The employee operating the hose (or a designated stand-by person) must be able to release the Safety "T" immediately. The stand-by person must be able to visually see the operator or the vacuum hose. At no time is any part of the body allowed to cover the suction end of the hose.
- A safety handle or equivalent control method must be attached to the end of the hose.
- All vacuum equipment shall be properly grounded to reduce the risk of static electricity.
- All vacuum equipment shall have its 'set' wheels properly chocked to prevent movement.
- All vacuum equipment must be barricaded.
- Never raise the collector body without the unit being on firm level ground. Never raise the collector body all the way while it is full.
- Confined space entry procedures are required to enter the collector body.
- HAZWOPER training is required if hazardous materials are present.
- Gas tests should be taken in work areas where flammable products exist, before entering with vacuum equipment, since truck engines can be an ignition source.
- Always refer to an MSDS to know the characteristics of the products to be vacuumed: (flammable, toxic, combustible, corrosive) prior, to start of the work.
- (1) twenty pound fire extinguisher must be maintained outside of the cab of the vacuum truck.
- Flame Retardant clothing (FRC) shall be worn when working with or near flammable and combustible materials. (e.g. coal dust, flammable vapors etc.)
- Unloading of collector body shall occur gradually without any part of the equipment being rapidly or violently shifted.

**HAZARDOUS WASTE MANAGEMENT**

If you generate hazardous waste at your jobsite there are EPA requirements that need to be followed. Hazardous waste laws require that all hazardous waste containers be in good condition and properly labeled. If this is to be placed on containers as soon as material is placed inside the container. The labels should also be marked with the date of the first day waste was generated. Be certain that hazardous waste containers are covered and secured. Always handle waste containers with care. Ask your supervisor if hazardous waste will be an issue on the job. (follow PPP-008)

**HAZWOPER - Emergency Response**

If you discover a hazardous substance release, and are properly trained, there are several things that you should do as a first responder. First you want to identify the chemical. Assume the material is hazardous and stay up wind while doing this. Next, evacuate and barricade the area. Inform your supervisor and the proper authorities so they can initiate an emergency response. Remember, during any release of a hazardous material, your own safety must be your first concern.

Copyright Kenny Industrial Services L.L.C. 2001
Revision D - 01/01/01

Code of Safe Practices

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
(DOC ###-##)

Code of Safe Practices

- Never use tape or any device to mend hose. Replace damaged hose.
- When cleaning the tip, engage the trigger safety lock and carefully remove the tip.
- Relieve the pressure and disable the power; before, servicing any other part of the gun, line or pump.
- All equipment being sprayed must be properly grounded. Spray guns must be grounded through hose connections. Gun ground continuity in hose shall be checked periodically.
- Follow the manufacturer's procedures for flushing the equipment.

**PRESSURE WASHING OPERATIONS**

1. Pressure washers must be used in strict accordance with the manufacturer's recommended operating instructions.

- Proper personal protective equipment shall be worn (e.g. Head/Eye & Face, Hand/Respiratory/Body, Hearing and Foot (rubber boots w/full metatarsal.)
- NOTE: Adequate ventilation must be provided when operating gasoline powered equipment. Site specific requirements may not allow for the operation of gasoline powered equipment. Always work with a hose and or use objects, to prevent carbon monoxide accumulation.
- Barricade work area and pick up all loose objects.
- Cover or de-energize anything electrical in the area.
- Use lowest pressure setting for completing work.
- NOTE: Never direct jet stream towards yourself or another person.
- Small, loose objects to be washed, shall never be held by the operator or another person; but, securely held by mechanical means.
- No repairs shall be made while system is pressurized.
- Never leave pressurized system unattended or relocate with system pressurized.

**HYDROBLASTING**

1. Hydroblast pumps must be used in strict accordance with the manufacturers recommended operating instructions, and (PPP-043 Hydroblasting Policy)

- Proper personal protective equipment shall be worn (e.g. Head/Eye & Face, Hand/Respiratory/Body, Hearing and Foot.). Eye protection shall include safety glasses with side shields, or impact rated goggles under a full face shield. Foot protection shall include steel-laced (not fiber-laced) rubber boots with full metatarsal cup or guards.
- All high pressure guns must have a safety shroud a minimum of five feet long.
- High pressure gun barrels shall be a minimum of 48 inches long. Use of Shorter gun barrels require prior "Variance" approval of the ESH Department.
- Do not tie back or wedge object to hold trigger in ON position.
- A 36-inch stinger or flexlance guard shall always be used on flexlance or line moling.
- The person controlling flexlance must also control foot pedal. Any exceptions must be approved by a "Variance" through the ESH Department.
- NOTE: "Pin" or "ports" pipe with high pressure using a standard (designer blasting) chain with stainless steel and rated for the working and burst pressure in use.
- Barricade work area and pick up all loose objects.
- Cover or de-energize anything electrical in the area.
- Flush entire system prior to installing nozzle.
- NOTE: Never direct a water jet stream towards yourself or another person.
- Small, loose objects to be blasted shall never be held by the operator or another person; but, securely held by mechanical means.
- No repairs shall be made while system is pressurized.
- Never leave pressurized system unattended or relocate with system pressurized.
- Adequate drainage shall be established to accommodate large amounts of waste-water.
- Working overhead, be aware of work activities below.

Copyright Kenny Industrial Services L.L.C. 2001
Revision D - 01/01/01

Code of Safe Practices

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
Tri-Army Industrial Services Family of Companies

DOC# ???-???

Code of Safe Practices

## LEAD & HEAVY METALS ABATEMENT

Lead and other heavy metals such solvents may require removal. On a heavy metals abatement job, the most important way to protect yourself is to wear the correct personal protective equipment (PPE), practice good personal hygiene, and keep your work area clean. As a worker on a lead or heavy metals project you must formally complete, and pass a lead and/or heavy metals abatement class. (trained to PPP-028 and follow site specific plan)

Your PPE shall be inspected and in good condition. Removal of your PPE should take place in designated areas and placed in labeled and covered containers. Never remove dust by shaking or blowing. And never take contaminated clothing home.

Food, beverage and tobacco shall not be present, or consumed within regulated areas. If you are working in an area where exposure exists, always wash your hands and face prior to eating, drinking, smoking, or applying cosmetics. Showering is required at the end of your shift.

Periodic medical testing shall be provided to you at no cost. If, you are exposed to lead or other heavy metals at or above a certain level. Exposure monitoring may also be performed. You will be informed of the results of each test.

## SILICA AWARENESS

Silica is the term used when referring to silicon dioxide. Silica is the second most common mineral found in the Earth's crust. Silica exposure at our Company can result from abrasive blasting, sandblasting, cutting, drilling, chipping and chipping on concrete or masonry surfaces. We provide several methods to reduce your exposure to silica. These methods include substituting silica with a less hazardous material; building enclosures to contain the silica; using ventilation systems to remove high concentrations of dusts; using wetting methods for dust suppression; and employee rotations. (PPP-031 Silica Policy)

If you are exposed to silica above the PEL or to unknown concentrations, the Company will provide you with protective clothing, respiratory protection and medical surveillance. Your exposure to silica should be monitored through air sampling on a regular basis.

Having good personal hygiene habits and utilizing properly functioning PPE are the best ways to minimize your exposure to silica. Your respirator will protect you from inhaling silica dusts and protective clothing will keep dust off your skin. You should never bring your protective clothing home. Do not remove dust by blowing, shaking, or other methods that disperse silica into the air. Always use a HEPA vacuum to remove dusts from clothing and other surfaces. Also, never take food, tobacco, or drinks into the silica work area. Remember to wash your hands and face before eating, drinking, smoking or applying cosmetics or skin medications. When provided, use the hygiene facilities and follow the precautions and procedures that accompany them.

## WORKING OVER OR NEAR WATER

1.0 When working over our near water, where the danger of drowning exists, you shall be provided with and wear a U.S. Coast Guard approved type III jacket.
- Always wear your life jacket the proper way.
- Remember to inspect your life jacket before and after each use.
- Never wear a damaged life jacket.
- Damaged life vests shall be given to your supervisor and destroyed.
- Check your jobsite for ring buoys and a life saving boat.
- Ring buoys and a boat shall be readily available for rescue operations.
- Boats shall be equipped with at least 90 feet of rope and spaced not more than 200 feet apart.
- Familiarize yourself with the location of all emergency and lifesaving equipment prior to working.

## HOUSEKEEPING

Good housekeeping prevents accidents and is a continual process. Please place trash, trash and unwanted material in approved containers and dispose of on a regular basis. All work areas, including storage areas and trailers shall be kept neat and orderly. Jobsites shall have designated areas for tools, equipment and supplies. Where possible, hang all extension cords, air lines, etc. overhead to eliminate tripping hazards. Never block aisles, walkways, exits, emergency apparatus, or vital equipment to plant operations. Protruding nails in lumber shall be removed or bent. If a spill should occur please clean it up immediately. You are responsible for keeping your work area clean.

## FLAMMABLE / COMBUSTIBLE STORAGE AND HANDLING

In our industry you will work with many chemicals that are flammable. Paints, thinners, solvents, alcohols, and fuel oils are just a few. The difference between a flammable and combustible is it's flash point, however, for this purpose we will just use the term flammable. You can recognize a flammable material by either a red placard with white letters reading "Flammable" or the NFPA 704 system. When you store flammable materials, store them in approved metal safety cans and in safe locations. Never place flammables inside a room or a building in quantities greater than 25 gallons unless, stored in fireproof cabinets. Flammable materials should not be stored in the same place as other materials are kept. Flammables also cannot be used or stored within 50 feet of any source of ignition. (follow PPP-008 Environmental Management Policy)

## FIRES / EXPLOSIONS

While working with flammables, ventilation is a must to keep vapors at acceptable levels. Be certain your job has explosive proof equipment when required. When transferring flammables, containers must be bounded and grounded. Always use approved dispensing nozzles or pumps to transfer liquids. Never siphon a flammable liquid. When not in immediate use, flammables must be covered. Use ground cover or containment to prevent accidental spills. Finally, be sure that all proper signs are posted and that smoking rules are obeyed. (follow PPP-031 Silica Policy)

## FIRES / EXPLOSIONS

1. Immediately report all fires and explosions per the site procedure.
2. Extinguish small fires; if, properly trained; and if, it can be done safely.
3. Learn the emergency number for reporting fires and explosions at your job site.

## EMERGENCY PROCEDURES AND FIRST AID

### INJURY / ILLNESS

1. Report all injuries and illnesses to your foreman or superintendent immediately.
2. Learn the emergency number for the medical attention at your job site.
3. Immediately call for help if someone collapses or is injured.

## HEAT STRESS

Heat exhaustion can occur when you are subjected to hot environments and fail to take in enough fluids, salts, or both. And even worse, this can lead to a life threatening condition known as a heat stroke. Sun stroke or heat stroke happens when the body's internal mechanism fails to regulate its core temperature. At this point, the body stops cooling itself through perspiration and can't get rid of excess heat. So, it's critical to recognize when you are suffering from a Heat Stress Disorder.

- Heat Cramps - Symptoms are painful spasms of the muscles. Heat cramps are caused when workers consume large quantities of water; but, fail to take in enough salt to replace the salt their body lost through sweating. Tired muscles are most susceptible to cramping.
- Heat Exhaustion - Symptoms for this disorder are moist, clammy, pale skin; profuse sweating; extreme weakness or fatigue; dry mouth; dizziness; fast pulse; rapid breathing; muscle cramps and nausea.
- Heat/Sun Stroke - Symptoms are a very high body temperature (104 degrees F or higher); lack of sweat; mental confusion; delirium, or hallucinations; deep breathing and rapid pulse; hot, dry, red or mottled skin; and dilated pupils. Seek medical help at once for this condition.

Exhibit F-2.tif

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Army Industrial Services Family of Companies

DOC* PPP-001

## Code of Safe Practices

TEST-003-1

Hazard Communication

SCORE: [ ]

Employee Name (print) _____

1. The Hazard Communication standard is often referred to as the Right to Know standard?
   [ ] True   [ ] False

2. MSDS's are not required on shipping containers provided they are properly labeled?
   [ ] True   [ ] False

3. Right to Know deals with avoiding chemical exposure in the workplace?
   [ ] True   [ ] False

4. A carcinogen (cancer causing agent) would be an example of a physical hazard?
   [ ] True   [ ] False

5. There are two types of chemical hazards. One is physical and the other is chemical?
   [ ] True   [ ] False

6. You will find safe handling precautions on a MSDS?
   [ ] True   [ ] False

7. Health Hazards are either considered acute or short term?
   [ ] True   [ ] False

8. A chronic effect is usually the result of one exposure incident?
   [ ] True   [ ] False

9. One required item on a label is the name of the chemical inside the container?
   [ ] True   [ ] False

10. Copies of MSDS's shall be made available to employees?
    [ ] True   [ ] False

Instructors Signature _____   Date _____

Copyright Xperx Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

Code of Safe Practices

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Army Industrial Services Family of Companies

DOC* PPP-001

## Code of Safe Practices

### TIPS FOR PREVENTION OF HEAT RELATED DISORDERS:

- Acclimatization - Adjust yourself to the heat through short exposure periods, followed by, longer exposure until your body is accustomed to the heat. It may take 5-7 days of hot weather exposure before the body undergoes changes that make heat more bearable.
- Drink lots of Water/Liquids - Replenish the fluid that your body is losing through sweating. Not only water, but critical electrolytes such as sodium, potassium and calcium are lost through sweating, so consider using electrolyte drinks to combat heat related disorders.
- Education - Know the signs and symptoms of heat stress disorders and act quickly!
- Use Your Head - Do not ignore possible symptoms of heat stress disorders. If you feel very hot, dizzy, nauseous or if your muscles cramp, stop and cool off!

### HAZARDOUS MATERIAL RELEASE/SPILL

1. Immediately report all hazardous material releases/spills per the site procedure. (Per PPP-008)
2. Prevent material from discharging to a sewer or waterway.
3. Wear the appropriate protective equipment when responding to spilled/released materials.

### EVACUATION

1. Know the evacuation alarm signals for the site, (e.g. horns, whistles, flashing lights).
2. Select two evacuation routes from the work area.
3. Know your evacuation assembly/staging area.
4. Review evacuation signals, routes and staging areas before job starts and frequently thereafter.

### INSECT STING PREVENTION

Avoid wearing heavy perfumes, colognes or cosmetics that have a strong fragrance when outdoors. Wear light colored clothing, since insects tend to fly toward dark colored objects when angered or frightened. If you are stung, report this to your immediate supervisor. Wrap some ice in a cloth, and apply to the area of the sting. This should reduce the pain and the swelling.

### FIRST AID

The Company does not require any employee to put themselves at risk as a result of rendering first aid. If you choose to help a coworker, the following guidelines should be followed:

- Call for Emergency Assistance (911 or site emergency number).
- Do not move the victim unless he is in imminent danger.
- Stay with the victim and periodically reassure him help has been called.

| | SIGNS AND SYMPTOMS | FIRST AID |
|---|---|---|
| INJURY/ILLNESS | 1. Pale and flush<br>2. Weakness<br>3. Rapid pulse (over 100)<br>4. Rate of breathing usually increases;<br>may be shallow, deep and irregular. | 1. Keep victim down.<br>2. Cover them up to keep from losing body heat.<br>3. Get medical help as soon as possible. |
| SHOCK | | |
| FRACTURES & DISLOCATIONS | 1. Pain and tenderness<br>2. May have difficulty moving injured part.<br>3. Obvious deformities - swelling and discoloration | 1. Keep broken bones ends and adjacent joints from moving (splint).<br>2. Watch for shock.<br>3. Get medical help. |
| HEART ATTACK | Two possible symptoms:<br>1. Acute pain in chest, upper abdomen, or both. Burn and vomit spasm.<br>2. Extreme shortness of breath.<br>3. Absence of pulse and breathing in an unconscious person | Place victim in comfortable position, usually sitting up. If not breathing, give artificial respiration. If no pulse, administer CPR. Call for medical help. DO NOT give fluids to unconscious victims. |
| LOSS OF CONSCIOUSNESS | 1. Unresponsive | Keep victim warm and lying down, body turned on side. Send for medical help. If breathing stops, give artificial respiration. Never give an unconscious person food or liquids. |

Copyright Xperx Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

Code of Safe Practices

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Koury Industrial Services Family of Companies*

Code of Safe Practices

SCORE: [        ]

TEST-003-2

Personal Protective Equipment

Employee Name (print) _____

1.  PPE shall be inspected before each use.  Defective or worn equipment shall not be used or replaced at once.
    ☐ True    ☐ False

2.  Safety glasses are only required in certain operations and conditions.
    ☐ True    ☐ False

3.  Hard hats shall be worn on all Company projects regardless whether owners require hard hats or not.
    ☐ True    ☐ False

4.  The Material Safety Data Sheet (MSDS) can be checked for the type of hand protection to be worn.
    ☐ True    ☐ False

5.  You should avoid wearing loose, dangling cloths or hanging jewelry around moving or rotating equipment.
    ☐ True    ☐ False

6.  Hard hats may be worn backwards.
    ☐ True    ☐ False

7.  You are not responsible for the cleaning and maintenance of your PPE.
    ☐ True    ☐ False

8.  PPE should be for its intended purpose and suitable for the working conditions.
    ☐ True    ☐ False

9.  It is not required to wear an all leather durable type work shoe.  A safety tennis shoe is permitted on Company projects.
    ☐ True    ☐ False

10. Hearing protection must be worn when working around high noise areas.
    ☐ True    ☐ False

Instructors Signature _____    Date _____

Copyright Koury Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Koury Industrial Services Family of Companies*

Code of Safe Practices

This Page Intentionally Left Blank!

Copyright Koury Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

TEST-003-3
Respiratory Protective Equipment

SCORE: _____

Employee Name (print) _____

1. All respirators shall be approved by NIOSH and MSHA?

    ☐ True    ☐ False

2. There are two types of respirators, air-purifying and air-supplied?

    ☐ True    ☐ False

3. Air-purifying respirators offer the most protection?

    ☐ True    ☐ False

4. Oil lubricated compressors used for breathing air must be equipped with in line filters and a CO monitor?

    ☐ True    ☐ False

5. It is okay to use an air purifying respirator in an oxygen deficient or IDLH atmosphere?

    ☐ True    ☐ False

6. A positive/negative pressure fit test should be done each time an air purifying respirator is put on?

    ☐ True    ☐ False

7. It is okay to wear a respirator with a beard?

    ☐ True    ☐ False

8. You must pass a training class, pulmonary function test, and fit test to wear a respirator?

    ☐ True    ☐ False

9. Your respirator shall be cleaned after each use and stored properly?

    ☐ True    ☐ False

10. Cartridges shall be replaced if you detect an odor, experience dizziness, or have difficulty breathing?

    ☐ True    ☐ False

Instructors Signature _____   Date _____

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

This Page Intentionally Left blank!

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Avery Industrial Services Family of Companies*

Code of Safe Practices

SCORE: [          ]

TEST-003-4
Fall Protection

Employee Name (print) _____

1. The Company requires fall protection 100% of the time when working six (6) feet or more above your lower level?
   ☐ True   ☐ False

2. If a guardrail system is complete (has handrails, mid-rails, and toe-boards) this will serve as your fall protection?
   ☐ True   ☐ False

3. It is OK to wear safety belts on *Company Name* projects?
   ☐ True   ☐ False

4. Always anchor lanyards and lifelines to structure capable of supporting 5000 lbs?
   ☐ True   ☐ False

5. It is OK to anchor lifelines and lanyards to handrails, only if there's no other anchor point?
   ☐ True   ☐ False

6. Lifelines and lanyards shall be protected from sharp objects?
   ☐ True   ☐ False

7. Multiple workers can be attached to a vertical lifeline?
   ☐ True   ☐ False

8. Fall protection equipment shall be inspected prior to each use?
   ☐ True   ☐ False

9. Always anchor at or above the "d"-ring in the center of the back?
   ☐ True   ☐ False

10. It is OK to attach several lanyards together to make a longer lanyard?
    ☐ True   ☐ False

Instructors Signature _____    Date _____

Copyright Avery Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Avery Industrial Services Family of Companies*

Code of Safe Practices

This Page Intentionally Left blank!

Copyright Avery Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Emery Industrial Services Family of Companies

Code of Safe Practices

TEST-003.5
Heat Stress

SCORE: [        ]

Employee Name (print) _____

1. Heat stress is classified into three related illnesses: heat cramps, heat exhaustion, and heat stroke.
   ☐ True   ☐ False

2. Heat stroke is the least serious of the three types of heat related illnesses.
   ☐ True   ☐ False

3. Heat cramps are characterized by dry, red skin.
   ☐ True   ☐ False

4. Heat exhaustion is when one loses the ability to sweat and cannot cool down.
   ☐ True   ☐ False

5. Heat related illnesses can be prevented. One way is to drink plenty of water.
   ☐ True   ☐ False

6. A person gets a heat-related illness when the body loses its ability to get rid of excess heat.
   ☐ True   ☐ False

7. Heat stroke is the only heat-related illness that requires First Aid and/or medical attention.
   ☐ True   ☐ False

8. Another way to prevent heat related illness is to isolate the heat source (i.e., shut off a machine).
   ☐ True   ☐ False

9. Acclimation, is adjusting yourself to a hot environment through short exposures?
   ☐ True   ☐ False

10. It is OK to disregard possible symptoms of heat stress disorders if it doesn't seem to hot ?
   ☐ True   ☐ False

Instructors Signature _____

Date _____

Copyright Emery Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

Code of Safe Practices

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Emery Industrial Services Family of Companies

Code of Safe Practices

This Page Intentionally Left Blank!

Copyright Emery Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

Code of Safe Practices

Exhibit F-2.tif

DOC# ???-03

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kerry Industrial Services Family of Companies*

## Code of Safe Practices

**TEST-003-6**

**Confined Space**

SCORE: [        ]

**Employee Name (print)**

1. Monitoring of a permit required confined space shall include testing of oxygen, flammable levels and toxins.
   ☐ True  ☐ False

2. The outside attendant in an emergency may enter a confined space.
   ☐ True  ☐ False

3. Only the entry supervisor may order an evacuation of a confined space.
   ☐ True  ☐ False

4. Everyone involved in confined space work must know what to do in the event of an emergency?
   ☐ True  ☐ False

5. The authorized entrant must read and understand all the precautions noted on the entry permit.
   ☐ True  ☐ False

6. It is not necessary to have an outside attendant while working inside a permit required confined space.
   ☐ True  ☐ False

7. A form of communication must be established and maintained between the entrant and attendant while working inside a permit required confined space.
   ☐ True  ☐ False

8. A confined space permit is no longer valid and immediately canceled when an evacuation or alarm sounds.
   ☐ True  ☐ False

9. The entrant is responsible for keeping an accurate head count of attendants inside the confined space.
   ☐ True  ☐ False

10. Never enter a permit required confined space without an entry permit and outside attendant.
    ☐ True  ☐ False

_____   _____
Instructors Signature          Date

Copyright Kerry Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

---

DOC# ???-03

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kerry Industrial Services Family of Companies*

## Code of Safe Practices

This Page Intentionally Left blank!

Copyright Kerry Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

SCORE: _____

TEST-003-7
Scaffolds

Employee Name (print) _____

1. All scaffolds shall be inspected before each use.
   ☐ True   ☐ False

2. Additional fall protection is required when working off a scaffold that is missing guardrails.
   ☐ True   ☐ False

3. It is an acceptable practice to climb a scaffold using the cross braces.
   ☐ True   ☐ False

4. The Company permits employees to ride on mobile scaffold provided the scaffold is on a level surface.
   ☐ True   ☐ False

5. Scaffolds shall not be operated or erected near live power lines unless the proper measures have been taken.
   ☐ True   ☐ False

6. Always keep scaffolds free of debris and slippery conditions.
   ☐ True   ☐ False

7. It is not necessary to have a separate fall arrest system while working from a suspended scaffold.
   ☐ True   ☐ False

8. Tools, equipment and materials should be hoisted and lowered from scaffolds by the use of rope, hoist or other means.
   ☐ True   ☐ False

9. Adding unstable objects to a scaffold to provide additional height is prohibited.
   ☐ True   ☐ False

10. Never work off of a scaffold during high winds and storms.
    ☐ True   ☐ False

Instructors Signature _____    Date _____

Copyright Kenny Industrial Services LLC 2001
Revision 0 – 01/01/01

Code of Safe Practices

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

This Page Intentionally Left blank!

Copyright Kenny Industrial Services LLC 2001
Revision 0 – 01/01/01

Code of Safe Practices

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kerry Industrial Services Family of Companies

Code of Safe Practices

TEST-003-8
Lead Abatement

SCORE: [ ]

Employee Name (print) _____

1. OSHA has established an allowable level of lead at 100 ug/m3 over an eight-hour period.
   [ ] True    [ ] False

2. If working in an area where lead exposure exists, always wash your hands and face prior to eating, drinking, smoking, or applying cosmetics.
   [ ] True    [ ] False

3. You must be removed from the lead environment when your blood level reaches 10 ug/dl.
   [ ] True    [ ] False

4. Personal hygiene is very important in preventing lead poisoning.
   [ ] True    [ ] False

5. In concentrations below 50 ug/m3, respiratory protection is not necessary.
   [ ] True    [ ] False

6. It is okay to take home lead contaminated clothing, but it must be washed immediately.
   [ ] True    [ ] False

7. As an employee you have no right to exposure monitoring results, unless they're >10 times the PEL.
   [ ] True    [ ] False

8. Do not remove lead dust from protective clothing by shaking or blowing, if co-workers are within 25 ft.
   [ ] True    [ ] False

9. On a lead job, all surfaces shall be maintained as free as practicable of lead dust.
   [ ] True    [ ] False

10. Only tobacco products are permitted to be present or consumed in regulated areas.
    [ ] True    [ ] False

Instructors Signature _____    Date _____

Code of Safe Practices

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kerry Industrial Services Family of Companies

Code of Safe Practices

This Page Intentionally Left blank

Code of Safe Practices

Exhibit F-2.tif

DOC# ???-00)

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Every Industrial Services Family of Companies*

Code of Safe Practices

TEST-003-9
Lock Out / Tag Out Test

SCORE: [ ]

Employee Name (print) _____

1. Lock out, tag out, try out, is the complete isolation of energy that may create a risk to the worker?
   [ ] True   [ ] False

2. The authorized person is one who de-energizes the equipment and re-energizes the equipment?
   [ ] True   [ ] False

3. The effected employee does not have to apply lock-out devices if his supervisor does?
   [ ] True   [ ] False

4. If a lock out device is accidentally left on by an employee, they are the only one that can remove the device?
   [ ] True   [ ] False

5. A danger tag can be used instead of a lock under any given situation?
   [ ] True   [ ] False

6. Every LO/TO must include the name of the Authorized Person?
   [ ] True   [ ] False

7. Gravity is not a potential hazardous energy sources?
   [ ] True   [ ] False

8. Protection in LO/TO is provided when the Client tells the Authorized Person it is safe ?
   [ ] True   [ ] False

9. An effective Lock Out / Tag Out procedure involves the Supervisor, the Authorized Person and the Client Representative?
   [ ] True   [ ] False

10. Effected employees must understand the types of energy involved, before a Lock Out / Tag Out Procedure is performed?
    [ ] True   [ ] False

Instructors Signature _____   Date _____

Copyright Every Industrial Services L.L.C. 2001
Revision 0 - 0/0/000

Page 51 of 67

---

DOC# ???-00)

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Every Industrial Services Family of Companies*

Code of Safe Practices

This Page Intentionally Left blank!

Copyright Every Industrial Services L.L.C. 2001
Revision 0 - 0/0/000

Page 51 of 67

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kerry Industrial Services Family of Companies*

Code of Safe Practices

This Page Intentionally Left Blank!

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kerry Industrial Services Family of Companies*

Code of Safe Practices

Attachment 003-A
Handbook Orientation Testing Log

*Note:* The information contained in the "Code of Safe Practices" Handbook is only a guide to our overall program and expectations. It will help support field Supervision in initial orientation of new employees to our program and quickly determine their level of basic Safety understanding of our business. Answers to all questions in the testing can not be found in the handbook, this is by design, to identify those areas of training that will naturally require more in-depth training with specific Programs, Policies and/or Procedures.

The Supervisor is expected to review all tests, discuss incorrect answers with the employee to answer understanding, and log the results in the matrix below. Test scores of 80% or below will indicate the need more in-depth training from the ESH Program Manual to provide an appropriate level of training required specific types of work, i.e. Confined Space, Fall Protection, or Lead & Heavy Metals Abatement, etc.

It may not be possible to go through the complete handbook in one setting and finish all testing, so it expected that the training documentation may remain on the jobsite until completed. Once completed, Supervisor should make a copy of the documentation for his jobsite file, and send the originals to the Region ESH Office for filing.

| | Subject | Test Date | Testing/Instructor Supervisor | Initial Test Score | Reviewed to 100% "PASS" |
|---|---|---|---|---|---|
| 1. | Hazard Communications | | | | |
| 2. | Personal Protective Equipment | | | | |
| 3. | Respiratory Protection | | | | |
| 4. | Fall Protection | | | | |
| 5. | Heat Stress | | | | |
| 6. | Confined Space | | | | |
| 7. | Scaffolds | | | | |
| 8. | Lead Abatement | | | | |
| 9. | Lock Out / Tag Out | | | | |

I (Print Name)_____ acknowledge by my signature below that all the test answers to the test subjects listed above are my own, that the Instructor has reviewed all incorrect answers with me, and that I understand the training I have received.

| Employee Signature | | Social Security Number | Date |
|---|---|---|---|

| Employee Supervisor (Print) | Signature | | Date |
|---|---|---|---|

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Gerry Industrial Services Family of Companies

Code of Safe Practices

Attachment 003-B

Receipt, Acknowledgment, & Consent Form

**Substance Abuse Program**

I _____ have read and fully understand the
(Print Name)
Company's Substance Abuse Program and its policies and procedures. Further, I acknowledge that
employment or continued employment with the Company at any project is subject to securing
acceptable results on any drug screening tests for whatever the reason I was tested. I agree to be
subject to future testing in accordance with this policy and understand that refusal to be tested or
unacceptable test results subjects me to termination without prior notice.

| Employee Signature | Social Security Number | Date |
|---|---|---|
|  |  |  |

| Employee Supervisor (Print) | Signature | Date |
|---|---|---|
|  |  |  |

**Consent For -- Drug & Alcohol Testing**

I _____ do hereby give my consent to the Company
(Print Name)
and its authorized medical agent (Medical Review Officer) to collect a urine sample, blood sample,
evidential breath test or other approved test and further give my consent to the Company or its
authorized agent to forward the sample to an approved laboratory for performance of
appropriate tests thereon to identify the presence of drugs or alcohol. I furthermore give the
authorized laboratory my permission to release the results to the Company and/or Client if required.

| Employee Signature | Social Security Number | Date |
|---|---|---|
|  |  |  |

| Employee Supervisor (Print) | Signature | Date |
|---|---|---|
|  |  |  |

**Receipt Acknowledgment - Employee Safety Handbook**

My signature below verifies that I have received my copy of the Company Employee "Code of Safe
Practices Handbook", along with orientation and testing on its contents. I shall comply with all the
rules in the handbook and any other safety rules and procedures that relate to my job. Additionally, I
will contact my Supervisor if I have any questions.

| Employee Signature | Social Security Number | Date |
|---|---|---|
|  |  |  |

| Employee Supervisor (Print) | Signature | Date |
|---|---|---|
|  |  |  |

*Note: This form must be filled out by new employees on the first day of employment and forwarded to the Regional ESH Officer
immediately for filing. If there is doubt as to whether this form is already on file, have the employee fill it out again!*

Code of Safe Practices

Copyright Gerry Industrial Services LLC, 2001
Revision 0 - 01/01/01

Page 37 of 67

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Gerry Industrial Services Family of Companies

Code of Safe Practices

This Page Intentionally Left blank!

Code of Safe Practices

Copyright Gerry Industrial Services LLC, 2001
Revision 0 - 01/01/01

Page 36 of 67

DOC# ???-??!

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

Attachment 003-C
Employer Medical Referral Form

Company Name: _____

Employee Name: (Please Print) _____

Employee Signature _____  Date: _____

Employee S.S.#: _____  Company Authorization Signature: _____

Reason For

_____

___ D.O.T. Physical  ___ Hearing Test:  ___ Respiratory Qualification

___ Blood Lead Level and ZPP Testing:  ___ Base-line  ___ Follow-up  ___ Close-Out

All Drug and Alcohol Testing should be submitted on Medical Services Network Form.

Forward this form and test results to the following address, checked in the box below.
Direct questions to the below Substance Abuse Coordinator (Only) at the number indicated.

☐ Check this box for:
**Kenny Manta Industrial Services,**
P.O. Box 1089
Hammond, IN 46325
(219)-937-8162)
Attention: Substance Abuse Coordinator

☐ Check this box for:
**Cannon Sline Industrial Services**
213 Jonas Boulevard - Suite 106
Pottstown, PA, 19464
(215)-730-4600)
Attention: Substance Abuse Coordinator

☐ Check this box for:
**Genesee Painting Company**
G-3080 North Center Road
Flint MI, 48506
(810)-736-9350)
Attention: Substance Abuse Coordinator

☐ Check this box for:
**Mansfield Industrial Coatings,**
1325 West Detroit Blvd. (32534)
P.O. box 6205 Brent Station
Pensacola, FL, 32503
(850)-477-5437)
Attention: Substance Abuse Coordinator

☐ Check this box for:
**Kenny Manta Industrial Services,**
1411 Gaylord Street
Long Beach, CA, 90813
(562)-493-5191)
Attention: Substance Abuse Coordinator

☐ Check this box for: Other, fill in Address
_____
_____
_____
Phone #: _____

Designated Alamite Employer Representatives: Regional Manager of Environmental, Safety and Health

Name and Address of Facility Used:

_____  Phone  #: _____

Facility Contact: _____

Code of Safe Practices

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

Page 54 of 67

---

DOC# ???-??!

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

This Page Intentionally Left blank!

Code of Safe Practices

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

Page 54 of 67

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

DOC# ???-00)

**Attachment 003-D**
**Medical Authorization for Respirator Use**

Name: _____   Company: _____

SSN: _____   Job Site: _____

Date: _____

_____ Air Purifying Respirator (cartridge)

_____ PAPR (power air purifying respirator)

_____ Supplied Air Respirator (airline or SCBA)
This type operates in a positive pressure mode, air is supplied to the piece even when employee does not inhale.

_____ All Types of Respirators

_____ May not wear any respirator

_____        _____
Physician's signature                              Date

Please return this form to the employee, so that he may return it to the site supervisor.

The employee must bring this completed form back to the job site to be released to work that requires respiratory.

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

DOC# ???-00)

This Page Intentionally Left Blank!

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kerry Industrial Services Family of Companies

Code of Safe Practices

Attachment 003-E
Employee Respirator Fit Test Record

Employee Name (Print): _____ Date: _____

Social Security Number: _____ Job Title/Description: _____

**Respirator Selected**

| # | Manufacturer | Model # | Size |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

**Conditions Which Could Affect Respirator Fit**

| Clean Shaven | | Facial Scarring | |
| Facial Hair | | Dentures (Absent) | |
| Wrinkles | | Glasses | |

Comments: _____

**Fit Test**
(Place an "X" in Box to Indicate Test Type and results)

| Respirator # (From Above List) | #1 | #2 | #3 | #4 |
|---|---|---|---|---|
| Negative Pressure | | | | |
| Positive Pressure | | | | |
| Irritant Smoke | | | | |
| Pass | | | | |
| Fail | | | | |
| Not Done | | | | |
| Quantitative  >>>>  Indicate Fit Factor # | | | | |

**Respirator Assigned**

| # | Manufacturer | Model # | Size |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

Comments

**Acknowledgment of Test Results**

Employee Signature: _____ Date: _____

Test Conducted By: _____ Date: _____

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kerry Industrial Services Family of Companies

Code of Safe Practices

This Page Intentionally Left Blank!

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

Attachment 003₋F
Motor Vehicle Report Request Form

The Kenny Industrial Services Family of Companies

# MVR REQUEST FORM

Company Name: _____

IN ACCORDANCE WITH OUR VEHICLE POLICY, IF YOU ARE OR WILL BE OPERATING ONE OF OUR COMPANY VEHICLES, A COPY OF YOUR MOTOR VEHICLE RECORD MUST BE REVIEWED BY THE SAFETY DIRECTOR.

WE WOULD LIKE YOUR AUTHORIZATION TO OBTAIN A COPY OF THIS REPORT. PLEASE PROVIDE THE INFORMATION REQUESTED AND SIGN THE FORM BELOW. RETURN THIS PAGE TO:

*ESH Regional Manager or ESH Representative*

NOTE: PLEASE PRINT LEGIBLY - FORM MUST BE COMPLETE OR INVALID

Exact name on Driver's License: _____

Licensed in the State of: _____

Driver's License Number: _____

CDL License: *(Please Circle)* Yes / No    Class: _____  Endorsements _____

Date of Birth: _____

Social Security Number: _____

Division: _____

Supervisor: _____

I certify that all the above information is correct to the best of my knowledge and that my Motor Vehicle Report will be obtained by my employer.

Signature: _____    Date: _____

Code of Safe Practices

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

This Page Intentionally Left blank!

Code of Safe Practices

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

**Attachment 003-G**
**Employee – Program Participation Form**

The purpose of this form is to provide every employee the opportunity to express their interest in improving the "Safety Culture" of the Organization by sharing their thoughts and ideas. The information can remain confidential if so desired, and can be sent directly to the Vice President of Environmental, Safety & Health at the address below. Or it can be handed directly to your Supervisor or a member of the ESH Department to be reviewed and acted upon.

Employee Name (Optional) _____

Phone # _____   Date _____

Company (or Division) _____

Job Site _____

Supervisor's Name (Optional) _____

Division Manager's Name (Optional) _____

Please Check Those That Apply:
- [ ] Unsafe or Unhealthy Work Environment
- [ ] Suggestion for Policy or Procedure Improvement
- [ ] Unreported Accident or Incident
- [ ] Harassment or Threat of Violence at Work
- [ ] Unreported Near Miss Incident
- [ ] Suggestion for Improved Operating Practices
- [ ] Complaint
- [ ] Other:

Please describe your interest or concern:
_____
_____
_____
_____

Please describe ideas for implementation, prevention, or solution:
_____
_____
_____
_____

Where other people involved? _____

If yes, in what way: _____

This form can be mailed directly to:  Vice President – Environmental, Safety & Health
Kenny Industrial Services
141 141st Street
Hammond, IN 46327 (219-933-1100)

Code of Safe Practices

Copyright Kenny Industrial Services LLC 2001
Revision 0 – 01/01/01

Page 67 of 67

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

This Page Intentionally Left blank!

Code of Safe Practices

Copyright Kenny Industrial Services LLC 2001
Revision 0 – 01/01/01

Page 66 of 67

Exhibit F-2.tif

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# FFF-003

### Code of Safe Practices

---

**Attachment 003-A**
**Handbook Orientation Testing Log**

Note: The information contained in the "Code of Safe Practices" Handbook is only a guide to our overall program expectations, it will help support field Supervision in initial orientation of new employees to our program and quickly determine their level of basic Safety understanding of our business. Answers to all questions in the testing can not be found in the handbook, this is by design, to identify those areas of training that will naturally require more in-depth training with specific Programs, Policies and/or Procedures.

The Supervisor is expected to review all tests, discuss incorrect answers with the employee to ensure understanding, and log the results in the matrix below. Test scores of 80% or below will indicate the need for more in-depth training from the ESH Program Manual to provide an appropriate level of training required for specific types of work, i.e. Confined Space, Fall Protection, or Lead & Heavy Metals Abatement, etc..

It may not be possible to go through the complete handbook in one setting and finish all testing, so it is expected that the training documentation may remain on the jobsite until completed. Once completed, the Supervisor should make a copy of the documentation for his jobsite file, and send the originals to the Regional office for filing.

| | Subject | Test Date | Testing/Instructor Supervisor | Initial Test Score | Reviewed to 100% "Initial" |
|---|---|---|---|---|---|
| 1. | Hazard Communications | 9-11-0~ | Q.C | 70 | N.C |
| | | | | | N.C |
| 2. | Personal Protective Equipment | " | Q Q | 100 | N.C |
| | | | | | N.C |
| 3. | Respiratory Protection | " | Q C | 100 | N.C |
| | | | | | N.C |
| 4. | Fall Protection | " | Q C | 90 | N.C |
| | | | | | N.C |
| 5. | Heat Stress | " | Q C | 80 | N.C |
| | | | | | N.C |
| 6. | Confined Space | " | Q C | 70 | N.C |
| | | | | | N.C |
| 7. | Scaffolds | " | Q C | 80 | N.C |
| | | | | | N.C |
| 8. | Lead Abatement | " | Q C | 70 | N.C |
| | | | | | N.C |
| 9. | Lock Out / Tag Out | " | Q C | 70 | N.C |
| | | | | | N.C |

I [Print Name]_____ acknowledge by my signature below that the test answers to the test subjects listed above are my own, that the instructor has reviewed all incorrect answers with me, and that I understand the training I have received.

| Employee Signature | Social Security Number | Date |
|---|---|---|
| *Nathaniel Lamon* | 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 | 9-11-02 |

| Employee Supervisor (Print) | Signature | Date |
|---|---|---|
| *Anny Crutchfield* | *[signature]* | 9-11-02 |

**DEFENDANT'S EXHIBIT**

13

Exhibit F-2.tif

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# FFF-003

### Code of Safe Practices

**TEST-003-1**

**Hazard Communication**

SCORE: 70

*NAThANiel LAmAR*
Employee Name (print)

1. The Hazard Communication standard is often referred to as the Right to Know standard?
   ☑ True          ☐ False

2. MSDS's are not required on shipping containers provided they are properly labeled?
   ☐ True          ☑ False

3. Right to Know deals with avoiding chemical exposure in the workplace?
   ☑ True          ☐ False

4. A carcinogen (cancer causing agent) would be an example of a physical hazard?
   ☐ True          ☑ False

5. There are two types of chemical hazards. One is physical and the other is chemical?
   ☑ True          ☑ False

6. You will find safe handling precautions on a MSDS?
   ☑ True          ☐ False

7. Health Hazards are either considered acute or short term?
   ☐ True          ☑ False

8. A chronic effect is usually the result of one exposure incident?
   ☑ True          ☐ False

9. One required item on a label is the name of the chemical inside the container?
   ☑ True          ☐ False

10. Copies of MSDS's shall be made available to employees?
    ☑ True          ☐ False

Instructors Signature

Date 9-11-02

Exhibit F-2.tif

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-003

### Code of Safe Practices

TEST-003-2

**Personal Protective Equipment**

SCORE: *100*

*Nathaniel Lamar*
Employee Name (print)

1. PPE shall be inspected before each use. Defective or worn equipment shall not be used and replaced at once.
   ☑ True          ☐ False

2. Safety glasses are only required in certain operations and conditions.
   ☐ True          ☑ False

3. Hard hats shall be worn on all Company projects regardless whether owners require hard hats or not.
   ☑ True          ☐ False

4. The Material Safety Data Sheet (MSDS) can be checked for the type of hand protection to be worn.
   ☑ True          ☐ False

5. You should avoid wearing loose, dangling cloths or hanging jewelry around moving or rotating equipment.
   ☑ True          ☐ False

6. Hard hats may be worn backwards.
   ☐ True          ☑ False

7. You are not responsible for the cleaning and maintenance of your PPE.
   ☐ True          ☑ False

8. PPE should be for its intended purpose and suitable for the working conditions.
   ☑ True          ☐ False

9. It is not required to wear an all leather durable type work shoe. A safety tennis shoe is permitted on Company projects.
   ☐ True          ☑ False

10. Hearing protection must be worn when working around high noise areas.
    ☑ True          ☐ False

*9-11-02*

Instructors Signature                Date

Exhibit F-2.tif

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# FFF-003

### Code of Safe Practices

---

**TEST-003-3**

*Nathaniel Lamar*

Respiratory Protective Equipment

Employee Name (print)

SCORE:

*100*

1. All respirators shall be approved by NIOSH and MSHA?

   ☑ True      ☐ False

2. There are two types of respirators, air-purifying and air-supplied?

   ☑ True      ☐ False

3. Air-purifying respirators offer the most protection?

   ☐ True      ☑ False

4. Oil lubricated compressors used for breathing air must be equipped with in line filters and a CO monitor?

   ☑ True      ☐ False

5. It is okay to use an air purifying respirator in an oxygen deficient or IDLH atmosphere?

   ☐ True      ☑ False

6. A positive/negative pressure fit test should be done each time an air purifying respirator is put on?

   ☑ True      ☐ False

7. It is okay to wear a respirator with a beard?

   ☐ True      ☑ False

8. You must pass a training class, pulmonary function test, and fit test to wear a respirator?

   ☑ True      ☐ False

9. Your respirator shall be cleaned after each use and stored properly?

   ☑ True      ☐ False

10. Cartridges shall be replaced if you detect an odor, experience dizziness, or have difficulty breathing?

   ☑ True      ☐ False

Instructors Signature      Date *9-11-02*

---

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

Exhibit F-2.tif

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# ???-003

### Code of Safe Practices

TEST-003-4

**Fall Protection**

SCORE:

**90**

*Nathaniel Lamar*

Employee Name (print)

1. The Company requires fall protection 100% of the time when working six (6) feet or more above a lower level?
   ☑ True          ☐ False

2. If a guardrail system is complete (has handrails, mid-rails, and toe-boards) this will serve as your fall protection?
   ☐ True          ☑ False

3. Is OK to wear safety belts on *Company Name* projects?
   ☐ True          ☑ False

4. Always anchor lanyards and lifelines to structure capable of supporting 5000 lbs?
   ☑ True          ☐ False

5. It is OK to anchor lifelines and lanyards to handrails, only if there's no other anchor point?
   ☐ True          ☑ False

6. Lifelines and lanyards shall be protected from sharp objects?
   ☑ True          ☐ False

7. Multiple workers can be attached to a vertical lifeline?
   ☐ True          ☑ False

8. Fall protection equipment shall be inspected prior to each use?
   ☑ True          ☐ False

9. Always anchor at or above the "d"-ring in the center of the back?
   ☑ True          ☐ False

10. It is OK to attach several lanyards together to make a longer lanyard?
    ☑ True          ☑ False

Instructors Signature

Date  **9-11-02**

Exhibit F-2.tif

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PFF-443

### Code of Safe Practices

TEST-003-5

**Heat Stress**

SCORE: **80**

**Nathaniel Lamar**

Employee Name (print)

1. Heat stress is classified into three related illnesses: heat cramps, heat exhaustion, and heat stroke.

   ☑ True          ☐ False

2. Heat stroke is the least serious of the three types of heat related illnesses.

   ☐ True          ☑ False

3. ...at cramps are characterized by dry, red skin.

   ☑ True          ☐ False

4. Heat exhaustion is when one loses the ability to sweat and cannot cool down.

   ☑ True          ☐ False

5. Heat related illnesses can be prevented. One way is to drink plenty of water.

   ☑ True          ☐ False

6. A person gets a heat-related illness when the body loses its ability to get rid of excess heat.

   ☑ True          ☐ False

7. Heat stroke is the only heat-related illness that requires First Aid and/or medical attention.

   ☐ True          ☑ False

8. Another way to prevent heat related illness is to isolate the heat source (i.e., shut off a machine).

   ☑ True          ☐ False

9. Acclimation is adjusting yourself to a hot environment through short exposures?

   ☑ True          ☐ False

10. It is OK to disregard possible symptoms of heat stress disorders if it doesn't seem to hot ?

    ☐ True          ☑ False

Instructors Signature

Date **9-11-02**

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

Exhibit F-2.tif

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

DOC# ???-993

TEST-003-7

Scaffolds

SCORE: 80

*Nathaniel Lamar*

Employee Name (print)

1. All scaffolds shall be inspected before each use.

☑ True          ☐ False

2. Additional fall protection is required when working off a scaffold that is missing guardrails.

☑ True          ☐ False

3. an acceptable practice to climb a scaffold using the cross braces.

☐ True          ☑ False

4. The Company permits employees to ride on mobile scaffold provided the scaffold is on a level surface.

☑ True          ☐ False

5. Scaffolds shall not be operated or erected near live power lines unless the proper measures have been taken.

☑ True          ☐ False

6. Always keep scaffolds free of debris and slippery conditions.

☑ True          ☐ False

7. It is not necessary to have a separate fall arrest system while working from a suspended scaffold.

☐ True          ☑ False

8. Tools, equipment and materials should be hoisted and lowered from scaffolds by the use of rope, hoist or other means.

9.

☑ True          ☐ False

9. Adding unstable objects to a scaffold to provide additional height is prohibited.

☐ True          ☑ False

10. Never work off on a scaffold during high winds and storms.

☑ True          ☐ False

Inst___'s Signature          Date  9-11-02

Exhibit F-2.tif

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPT-003

### Code of Safe Practices

TEST-003-8

Lead Abatement

SCORE:
70

*Nathaniel Lamar*

Employee Name (print)

1. OSHA has established an allowable level of lead at 100 ug/m3 over an eight-hour period.

   ☐ True    ☑ False

2. If working in an area where lead exposure exists, always wash your hands and face prior to eating, drinking, smoking, or applying cosmetics.

   ☑ True    ☐ False

3. ...o must be removed from the lead environment when your blood level reaches 10 ug/dl.

   ☐ True    ☑ False

4. Personal hygiene is very important in preventing lead poisoning.

   ☑ True    ☐ False

5. In concentrations below 50 ug/m3, respiratory protection is not necessary.

   ☐ True    ☑ False

6. It is okay to take home lead contaminated clothing, but it must be washed immediately.

   ☐ True    ☐ False

7. As an employee you have no right to exposure monitoring results, unless they're >10 times the PEL.

   ☐ True    ☐ False

8. Do not remove lead dust from protective clothing by shaking or blowing, if co-workers are within 25 ft.

   ☑ True    ☐ False

9. On a lead job, all surfaces shall be maintained as free as practicable of lead dust.

   ☑ True    ☐ False

10. Only tobacco products are permitted to be present or consumed in regulated areas.

    ☐ True    ☑ False

...rs Signature

Date 9-11-02

Code of Safe Practices

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

Exhibit F-2.tif

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kemy Industrial Services Family of Companies*

DOC# ???-???

### Code of Safe Practices

---

TEST-003-9

Lock Out / Tag Out Test

SCORE:

70

*Nathaniel Lamar*
Employee Name (print)

1.) Lock out, tag out, try out, is the complete isolation of energy that may create a risk to the worker?
☐ True          ☑ False

2. The authorized person is one who de-energizes the equipment and re-energizes the equipment?
☑ True          ☐ False

3. The effected employee does not have to apply lock-out devices if his supervisor does?
☐ True          ☑ False

4. If a lock out device is accidentally left on by an employee, they are the only one that can remove the device?
☑ True          ☐ False

5. A danger tag can be used instead of a lock under any given situation?
☐ True          ☑ False

6. Every LO/TO must include the name of the Authorized Person?
☑ True          ☐ False

7. Gravity is not a potential hazardous energy sources?
☑ True          ☐ False

8. Protection in LO/TO is provided when the Client tells the Authorized Person it is safe ?
☑ True          ☐ False

9. An effective Lock Out / Tag Out procedure involves the Supervisor, the Authorized Person and the Client Representative?
☑ True          ☐ False

10. Effected employees must understand the types of energy involved, before a Lock Out / Tag Out Procedure is performed?
☑ True          ☐ False

Instructors Signature          9-11-02
                               Date

---