IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Patrick Lewis, Jack Richardson,** ) | |
| **Nathaniel Lamar, William Ragland,** ) | |
| **Ralo Colvin & Ervin Tarver,** ) | |
| ) | |
| **Plaintiffs,** ) | Case No. |
| ) | |
| v. ) | 2:06-CV-497-SRW |
| ) | |
| **K2 Industrial Services, Inc. and** ) | |
| **Mansfield Industrial, Inc.,** ) | |
| ) | |
| **Defendants.** ) | |

### AFFIDAVIT OF BENJAMIN GAYLE

Having first and been duly sworn upon his oath, the Affiant states as follows:

1. I am over the age of 18, sound in mind and in body, and capable of making this affidavit.

2. I am a former employee of Mansfield Industrial, Inc. ("Mansfield"). I worked at Mansfield from June 27, 2002 until February 12, 2004 as a painter.

3. While working for Mansfield, I worked at the G.E. Plastics ("G.E.") facility. At various intervals at the G.E. site, I worked daily with Patrick Lewis, Jack Richardson, Nathaniel Lamar, Ralo Colvin, William Ragland, and Ervin Tarver.

4. I am an African American male.

**EXHIBIT I**

1

5. I often rode to and from work with Jack Richardson, Ervin "Yogi" Tarver, William Ragland, and Nathaniel Lamar.

6. I have heard each of the men listed in Paragraph 5 use the word "nigger" frequently in conversation. I have heard them use this word in the presence of other African American and white Mansfield employees.

7. I have never been harassed, discriminated against, or mistreated in any way by any Mansfield employee.

8. I have never witnessed Johnny Crutchfield or Johnny Reed use racial slurs or discriminate against any individual based on his or her race.

9. I have never witnessed Johnny Crutchfield or Johnny Reed discipline African American employees more harshly than white employees. All employees were treated equally at Mansfield.

10. I have never witnessed any Mansfield foreman, supervisor, or superintendent use racial slurs or discriminate against any individual based on his or her race.

11. While at Mansfield, I always received pay for "show-up time" on rain days if I showed up to work at the appropriate time.

Further Affiant sayeth not.

_Benjamin F. Gayle_
Benjamin Gayle                6-22-07

2

Subscribed and sworn to before me this __22__ day of __June__, 2007.

................................................................
Notary Public

My Commission Expires:

MY COMMISSION EXPIRES DECEMBER 9, 2009

3