

KENNY

Industrial Services



GOLF
CONSTRUCTION
A KENNY Industrial Services Company

Code of Conduct & Safe Practices

Employee Handbook



KENNY
MANTA
A KENNY Industrial Services Company



CANNON
SLINE
A KENNY Industrial Services Company



KENNY
INDUSTRIAL
A KENNY Industrial Services Company

January 2001



GENESEE
INDUSTRIAL
A KENNY Industrial Services Company



MANSFIELD
INDUSTRIAL
A KENNY Industrial Services Company

**EXHIBIT J**

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Army Industrial Services Family of Companies
Code of Safe Practices

DOCS PP1-003

## Table of Contents

| Section # | Section Description | Page # |
|---|---|---|
| 1.0 | Forward | 4 |
| 2.0 | Statement ESH Policy & Program Responsibilities | 5 |
| 3.0 | Standards of Conduct | 9 |
| | Rules & Regulations | 9 |
| | Absenteeism | 10 |
| | Clothing & Appearance | 10 |
| | Emergency Evacuation Procedures | 10 |
| | Hours of Work & Overtime | 10 |
| | Property Removal | 10 |
| | Company Equipment | 10 |
| | Searches | 11 |
| | Conflict, Harassment, Violence In The Workplace Policy Statement | 11 |
| | Substance Abuse & Control | 11 |
| | Telephone Calls | 12 |
| | Worker's Compensation Information | 12 |
| | Work Stations | 12 |
| | Workplace Violence | 12 |
| | Equal Employment Opportunity Policy Statement | 13 |
| 4.0 | Code of Safe Practices | 14 |
| | Environmental Policy Statement | 14 |
| | Hazard Recognition | 14 |
| | Hazard Communication | 14 |
| | Material Safety Data Sheets (MSDS) | 15 |
| | Personal Protective Equipment | 15 |
| | General | 16 |
| | Head | 16 |
| | Eye & Face | 17 |
| | Hands | 17 |
| | Body/Protective Clothing | 17 |
| | Foot | 18 |
| | Hearing Protection | 18 |
| | Other Protective Equipment & Clothing | 18 |
| | Respiratory Protection | 18 |
| | Fall Protection, Safety Harnesses & Lanyards | 19 |
| | Material Handling | 20 |
| | Lifting | 20 |
| | Rigging | 21 |
| | Slings | 22 |

Copyright Army Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

**ENVIRONMENTAL SAFETY & HEALTH PROGRAM**
*The Kemy Industrial Services Family of Companies*

DOCF FFP-003

## Code of Safe Practices

### Table of Contents (Cont.)

Tools & Equipment
Hand & Power Tools ... 22
Ladders ... 22
Stairways ... 23
Powder Actuated Tools ... 23
Supported Scaffolds ... 23
Suspended Scaffolds ... 23
Compressed Air & Cylinders ... 24
Compressed Gas Cylinders ... 25
Tar Pot ... 25
Vehicle Safety
Vehicles ... 25
Forklift Operating Rules ... 25
Aerial Lifts ... 26
Fire Prevention, Extinguisher Use, Welding & Cutting
Types of Fire ... 26
Fire Extinguisher Selection, Ratings, Use ... 26
Welding, Cutting (Hot Work) ... 27
Specific Work Practices
Overhead Work ... 27
Electrical Safety ... 27
Lock Out / Tag Out ... 28
Confined Space ... 28
Process Safety Management (PSM) ... 29
Asbestos ... 29
Benzene Awareness ... 29
Excavation ... 29
Abrasive Blasting ... 30
Spray Equipment & Operations ... 31
Airless Spray Equipment ... 31
Pressure Washing Operations ... 31
Hydroblasting ... 32
Vacuuming ... 32
Hazardous Waste Management ... 33
HazWoper - First Responder ... 33
Lead & Heavy Metals Abatement ... 33
Silica Awareness ... 34
Working Over, or Near Water ... 34
Housekeeping ... 34
Flammable / Combustible Storage & Handling ... 35
Fire / Explosion ... 35
Emergency Procedures & First Aid
Injury / Illness ... 35
Heat Stress ... 35
Hazardous Materials Spill / Release ... 36
Evacuation ... 36
Insect Sting Prevention ... 36
First Aid ... 36

**ENVIRONMENTAL SAFETY & HEALTH PROGRAM**
*The Kemy Industrial Services Family of Companies*

DOCF FFP-003

## Code of Safe Practices

### Table of Contents (Cont.)

5.0 Handbook Testing & Verification
Test 003-1    Hazard Communications ... 37
Test 003-2    Personal Protective Equipment ... 39
Test 003-3    Respiratory Protection ... 41
Test 003-4    Fall Protection ... 43
Test 003-5    Heat Stress ... 45
Test 003-6    Confined Space ... 47
Test 003-7    Scaffolds ... 49
Test 003-8    Lead Abatement ... 51
Test 003-9    Lock Out / Tag Out ... 53
Attachment 003-A    Handbook Orientation & Testing Log ... 55

6.0 Consent & Acknowledgment Forms
Attachment 003-B    Substance Abuse Consent Form ... 57
Attachment 003-B    Substance Abuse Acknowledgment Form ... 57
Attachment 003-C    Code of Safe Practices "Acknowledgment Form" ... 57
Attachment 003-D    Employer Medical Referral Form ... 59
Attachment 003-D    Medical Authorization for Respirator Use ... 61
Attachment 003-E    Employee Respirator Fit Test Record ... 63
Attachment 003-F    Motor Vehicle Report Request Form ... 65
Attachment 003-G    Employee – Program Participation Form ... 67

## 1.0   FORWARD

This handbook sets forth our Code of Safe Practices and Standards of Conduct *guidelines and rules*. It obviously cannot cover every situation and is not intended to do so. Each job, regardless of the type of work involved, presents problems that require special alertness, awareness and good judgment on your part. In addition, you shall comply with requirements established by the particular site where the work is being performed.

This handbook will cover briefly the following areas:

- ESH Program Responsibilities
- Standards of Conduct - Rules and Regulations
- Code of Safe Practices – Policies and Procedures
- Code of Safe Practices – Personal Protection
- Code of Safe Practices – Tools & Equipment
- Code of Safe Practices – Specific Work Practices
- Employment Information
- Workman's Compensation
- Conflict, Harassment and Violence in the Workplace
- Substance Abuse & Control
- Emergency Procedures

This handbook is intended for your use and guidance during your employment with the company. We ask that you familiarize yourself with its contents and keep it readily available. It should answer many questions you may have; however, it is not intended to cover every aspect of your employment. Please feel free to ask questions. Your Supervisor, the Regional Office or the Environmental, Safety & Health, or the Human Resource Department will be more than willing to assist you. Detailed policies and procedures can be found in the companies Environmental, Safety and Health Program. A copy of specific policies and procedures shall be furnished upon request.

*NOTE: Client requirements, policies and/or procedures shall supersede the company requirements, polices or procedures set forth in this handbook.*

*All employees shall acknowledge receipt, by completing the Acknowledgment form on the last page of this handbook, detaching and giving it to the person conducting your employment orientation.*

## 2.0   Environmental, Safety & Health - Statement of Policy & Responsibilities

Kenny Industrial Services and its Family of Companies are strongly committed to the Safety and Health of all our employees, and to the protection of the Environment. To fulfill that commitment, every employee must also take personal responsibility for their own safety and health, and must consider the safety and health of co-workers and others as an integral part of their work activities. It is the goal of this organization to foster, a culture that instills a source of pride and duty to protect the health and welfare of all our employees, and everyone we come in contact with during our work assignments.

Although responsibility rests with every employee, higher expectations and higher accountability rest with the Management of this Organization. Leadership, at all levels, must be demonstrated to teach our employees the technical knowledge and behavioral expectations required to keep them safe. Those expectations should be reaffirmed on a regular basis, and employees failing to follow safe work practices must be dealt with immediately to reemphasize our commitment.

Line Management, by virtue of their major role in the execution of our work, must accept the highest level of responsibility and accountability for the protection of our employees and must strive to provide a workplace free of recognized hazards. The Knowledge, Experience and Leadership demonstrated by Line Management will be critical to our success. We must be observant and opportunistic in identifying and taking action to correct unsafe acts or unsafe conditions. The single most valuable tool in our ESH Program is the Job Safety Analysis (JSA). When properly used, it identifies the work steps, the hazards, and the methods to control or eliminate the hazards, along with the important benefits of improved quality and productivity. Therefore, the Job Safety Analysis must be a "Mandatory" tool in our work, and viewed by Line Management as the cornerstone for building a strong safety culture!

The Programs and Procedures provided within this Manual, are only tools to guide a management and employees at all levels. Field implementation requires program knowledge; therefore, Supervisors and Managers at all levels are expected to know this program, as it applies to their responsibilities, and will be held accountable for the safety of their employees, as well as the effective implementation of this information. Key responsibilities for implementation of this Program are identified on the following pages of this Policy Statement as "Program Responsibilities", and shall represent the expectations of accountability for the Organization.

In the final analysis, the information provided in this manual is only a guideline for conducting our work. There is no substitute for knowledge, experience, and good judgment while executing our individual jobs and responsibilities. The health and safety of all our employees must be our most sacred commitment, and considered in everything we do!

Michael Rothman
Chief Executive Officer
Kenny Industrial Services

## Left Page

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
DQC# PFP-003

Code of Safe Practices

### ESH Program Responsibilities

Overall responsibility for implementation of this program rests with Executive Management of this Company. Compliance will be reviewed and evaluated periodically, primarily based upon input from the Vice President of Environmental, Safety & Health. Primary responsibility for the success of this Program and the protection of our employees rests with Line Management, with the following breakdown of responsibilities represents Executive Management's expectations of the Organization for full implementation of the Policies and Procedures of this Program! The following breakdown of responsibilities represents Executive Management's expectations of the Organization for full implementation of the Policies and Procedures of this Program.

1. *Management Responsibilities – Line Management, from the Division President, Division Managers, to include the Project Manager. All management with responsibility for multiple sites, but not directly supervising site personnel other than Site Supervision.*

2.1.1 Be familiar and comply with the ESH Program and specific work procedures as they apply to their area of authority.

2.1.2 Ensure that superintendents, supervisors, foremen, employees and sub-contractors under their direction are aware of and comply with Company and Client Health and Safety Policies and Procedures and/or Federal, State or Local Regulations.

2.1.3 Discipline, up to and including termination, of an individual for violations of Company or Client Health and Safety Policies, Procedures, and/or Federal, State or Local regulations.

2.1.4 Ensure Accident Investigations are conducted within the timelines established in this Program.

2.1.5 Review and approval of accident investigation findings in a timely manner, validating the root cause finding, ensuring that all aspects of the incident are documented, and implementation of corrective actions is assigned.

2.1.6 Ensure correction, in a timely manner, any unsafe conditions or work practices verified through auditing and/or inspection protocols.

2.1.7 Assist Site Supervision in investigating accidents and near misses incidents in a timely manner, including documenting all aspects of incident, identifying the cause and implementing the corrective actions to prevent recurrences.

2.1.8 Preparing Pre-Job Safety Analysis for specific jobs under their control and reviewing high risk activities with the ESH Department and Project Site Supervision.

2.1.9 Attend training sessions as scheduled.

2.1.10 Develop required Site Specific Plans (i.e. Lead Abatement) in conjunction with Site Supervision.

2.1.11 Immediate notification of ESH Management of significant injuries, incidents, or near misses.

2.1.12 Review and management of disciplinary action taken by site Supervision, resulting from violations of the ESH program.

2.1.13 Suspension or termination of a sub-contractor for violations of Company or Client Health and Safety Policies, Procedures and/or Federal, State or Local regulations.

2.1.14 Review of Site Inspections, auditing, and training documentation to ensure compliance of Site Supervision.

2.1.15 Review and Qualification of personnel designated as "Competent Persons".

2.1.16 Ensure status tracking of injured employees to facilitate "Return to Work" as soon as possible, and Restricted Duty criteria are defined and followed until release to full duty.

## Right Page

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
DQC# PFP-003

Code of Safe Practices

2.2 *Site Supervision Responsibilities – Line Management, from the Project Manager who has responsibility for only a single site, all Site Superintendents, Supervisors and Foremen, Leadman / Operator directly supervising site personnel.*

2.2.1 Be familiar and comply with the ESH Program and specific work procedures as they apply to their area of authority.

2.2.2 Attend all training sessions as scheduled.

2.2.3 Take the Lead in reporting and investigating incidents and near misses in a timely manner, document all aspects of the incident, identifying the root cause(s) and provide recommendation for corrective actions to prevent recurrences. (Per PPP-009)

2.2.4 Immediate notification of ESH Department of significant injuries, incidents or near misses to obtain support for every significant incident investigation.

2.2.5 Correct any unsafe conditions or work practices as verified through an audit and/or site inspection.

2.2.6 Prepare "Mandatory" Job Safety Analysis (JSA) for specific jobs under their control and ensure a site-specific review with involved work crew(s).

2.2.7 Ensure all employees and sub-contractors, under their direction, are aware of and comply with the ESH Program, Client's safety requirements and/or Federal, State or Local regulations.

2.2.8 Discipline, up to and including suspension or termination of an employee, for violations of Company or Client Environmental, Safety and Health Policies, Procedures and/or Federal, State or Local regulations.

2.2.9 Recommend suspension or termination of a sub-contractor for violations of Company or Client Health and Safety Policies, Procedures and/or Federal, State or Local regulations.

2.2.10 Conduct and documenting safety meetings and training with employees under their direct supervision, and forward documentation to Regional ESH Training Manager.

2.2.11 Development and Implementation of required Site Specific Plans (i.e. Lead Abatement, Fall Protection, etc.) (In conjunction with Project Managers when applicable.)

2.2.12 Ensure Site Safety Inspections are done, and documented daily.

2.2.13 Track status of injured employees to facilitate "Return to Work" as soon as possible, and ensure that Restricted Duty criteria is defined and followed until release to full duty.

2.3 *Employee Responsibilities – All individuals, not supervising others, with only personal responsibility for compliance with the Program.*

2.3.1 Read, understand and comply with the Code of Safe Practices. (with Signed Acknowledgement)

2.3.2 Comply with the ESH Program, as it pertains to their responsibilities as well as specific work procedures or rules; and, as they apply to their work.

2.3.3 Attend all training sessions as scheduled.

2.3.4 Report all injuries, accidents and/or near-miss incidents to the Supervisor immediately.

2.3.5 Stop work if it is unsafe, or will result in any un-permitted release of hazardous material or waste to the environment, and immediately notify the Supervisor.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
DQCF PPF-003

Code of Safe Practices

**2.4 Environmental, Safety & Health Department Responsibilities – Corporate, Regional and Local ESH Personnel to include the Vice President, Regional Managers, District Managers and all ESH Representatives.**

2.4.1 Ensure that every effort is made to comply with the Laws, Rules and Regulations of Federal, State Agencies, and Local Jurisdictions in which we do business.

2.4.2 Manage Regulatory Agency Interface for site inspections, citations, and appeal processes.

2.4.3 Environmental, distribution, administrative over-site, and annual review of this Development.

2.4.4 Conduct Environmental, Safety and Health Program.

2.4.5 ESH Training for Management, Supervision and Employees as required by this Conducting audits and inspections of company programs and job sites, to evaluate compliance with the Environmental, Safety and Health Program.

2.4.6 Administration of Worker's Compensation and General Liability claims as required.

2.4.7 Client Interface in support of Operations to address Program differences and solutions.

2.4.8 Report to Executive Management and Line Management regarding safety compliance status, new or upcoming regulations, and other safety issues that require Management attention.

2.4.9 ESH review and approval of new safety equipment, chemicals, or other materials required by each operating division as applicable.

2.4.10 Maintaining all required documentation relating to our Environmental, Safety and Health Program.

2.4.11 Conducting an annual review of Operations Management ESH Performance for recommendations on distribution of ESH Performance Bonuses within Operations Management.

2.4.12 Review and Certify designated "Competent Persons" as requested by Line Management.

2.4.13 Providing resource materials to support Operations' efforts to comply with this Environmental, Safety and Health Program.

2.4.14 Establish, maintain and communicate Safety Performance Indicators. These Indicators include, Injury frequency and severity rates, auditing and observation findings, Employee Warning Notices, compliance with corporate safety requirements and economic impact of Incidents.

2.4.15 Provide injured employee status Information to Management and Site Supervision, to facilitate early return to work and management of restricted duty limitations until released to full duty.

2.4.16 Support Line management and site supervision in the investigation of Accidents.

Copyright Kenny Industrial Services LLC. 2001
Revision 0 – 01/01/01

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
DQCF PPF-003

Code of Safe Practices

**3.0   STANDARDS OF CONDUCT**

RULES AND REGULATIONS

All companies must have rules of conduct to govern operations and to protect both employees and the company. Our Company expects all of our employees to observe rules of honesty, good conduct and fair play; and, to follow generally accepted customs of conduct toward their fellow employees, subcontractors, customers and the general public. Employees should not engage in conduct that would reflect adversely on the company, at any time or place.

These rules are not intended to be an exhaustive list of all possible reasons for disciplinary action. Each employee should clearly understand, that the omission of a particular action from this list shall not prevent appropriate disciplinary action from being taken.

The disciplinary action imposed by the company may vary from oral warning to immediate discharge, depending upon the facts and circumstances of each particular case. Factors that will be considered by the company, include, the seriousness of the offense, the employee's prior disciplinary record, and the employee's prior work record; including, length of service.

1. Theft or dishonesty in any form;
   - falsification of time card or misrepresentation of line card or misrepresentation of records;
   - misrepresentation of records;
   - destruction of property or records of the company, employees, or customers;
   - unauthorized removal/use of property or records of the Company, employees or customers.

2. Fighting on company or customer's property;

3. Coercing, threatening, assaulting, intimidating, or interfering with supervisors, management, employees, or customers, or any members of their family, at any time on the Company or customer's property.

4. Insubordination, disrespect, or failure to follow instructions or assignments of supervisors, management or owner's representative.

5. Report to work under the influence of intoxicants or illegal drugs; or in possession of intoxicants or illegal drugs; or, failure to disclose prescription medicines that would adversely affect your ability to work safely.

6. Possession of weapons within the company or customer's sites boundaries.

7. Inattention to job duties; including, sleeping, loafing, horseplay or leaving workstation before scheduled quitting time.

8. Gambling, immoral, or obscene behavior or language on Company or customer property.

9. Smoking in non-smoking areas.

10. Violation of safety rules or practices.

11. Improper use, treatment, or care of company or customer's property; or, of the property of others while on company or customer's property.

12. Willfully failing to abide by quality performance standards.

13. Knowingly violating company or customer's rules.

14. Disloyalty to the company.

15. Except for necessary trips to the rest rooms, employees shall secure permission from their foreman before leaving their workstation.

16. Unexcused absenteeism or tardiness.

17. Performance of outside work that interferes with company duties, or creates a conflict of interest.

18. Unauthorized disclosure of confidential company information.

19. Failure to report injuries, accidents or incidents immediately.

Copyright Kenny Industrial Services LLC. 2001
Revision 0 – 01/01/01

## ABSENTEEISM

Employee absence not only interferes with job performance, but will also inconvenience and delay the work of others. In the event you have to be absent from work, notify your Supervisor, Dispatcher or Timekeeper as early as possible by calling to report your absence. Excessive absenteeism will not be tolerated and will result in disciplinary action and/or discharge.

After three consecutive days absent without notice, an employee is presumed to have voluntarily quit his/her employment, and will be terminated.

Any employee who is late for work will be subject to disciplinary action, counseling and/or discharge.

## CLOTHING AND APPEARANCE

Clothing worn at all times must be in accordance with general construction and safety practices. Do not wear clothing that could get caught in machinery or otherwise cause an accident. Examples: dragging pants, torn or loose long sleeves, or torn clothing. Long sleeve shirts may be required by specific jobsites.

Excessive jewelry must be avoided. Rings, necklaces, visible body piercing, ear clips, etc. may get bumped, or caught in machinery and cause injury. Your Supervisor and the ESH Department will determine if the jewelry you wear represents an unacceptable risk.

Any clothing with offensive words, foul language, sexually explicit words, sexually explicit gestures and other inappropriate words, pictures or drawings is strictly prohibited from all jobsites. Any tattoos that are offensive, sexually explicit or inappropriate, must be covered at all times when on company worksites.

## EMERGENCY EVACUATION PROCEDURES

The Emergency Evacuation Procedure for our employees is site specific. The plan will be at the location of the plants, contractors and/or customer. Supervisors will ensure all employees are trained on emergency preparedness for each specific jobsite. Each employee should adhere to the following:

1. Know the evacuation alarm signals for the site. (e.g. horns, whistles, flashing lights)
2. Select two evacuation routes from the work area.
3. Know your evacuation assembly/staging area.
4. Review evacuation signals, routes and staging areas before the job starts and frequently thereafter.

## HOURS OF WORK AND OVERTIME

The work schedule is established on a project-by-project basis and is subject to changes from time to time.

Due to the nature of the construction business, it is sometimes necessary for employees to work shorter hours or longer hours, including Saturdays, Sundays and holidays. The company will schedule these work assignments in a fair manner, based on project requirements. Your Supervisor will give you as much advance notice of overtime work as possible.

Overtime is work in excess of 40 hours in a week (or per negotiated agreement, including Saturday and Sundays). It is paid at one and one half times your regularly hourly rate. Overtime may be scheduled, based on the needs of the project.

## PROPERTY REMOVAL

It is not permissible to remove either the Company's or the client's property from the project for personal use. Unauthorized removal of this property will result in immediate dismissal and/or legal action. Personal tools brought on the job should be checked and shown to your immediate supervisor.

---

## COMPANY EQUIPMENT

The Company owns or leases a variety of equipment representing a large capital investment. This equipment shall be primarily available during normal working hours for effective business operations. Only employees who are properly trained shall use Company equipment.

Employees shall treat the equipment issued to them with respect and only use the equipment for the purpose for which it is intended. Employees shall be responsible for taking appropriate safety measures to ensure its proper use; and, to protect the equipment from vandalism, theft and misuse. All equipment remains the property of the Company and shall be returned to the Company upon completion of a job, termination of employment, etc. Willful misuse of the equipment, theft of the equipment by the employee or negligent treatment of the equipment while in the care of the employee is grounds for termination and financial responsibility for the equipment. Malfunctioning equipment shall not be used, and reported to the supervisor immediately.

## SEARCHES

All employees are subject to inspection of lunch boxes or other parcels or toolboxes upon the request of their supervisor or security guards on Company premises. Any vehicles entering or leaving the project are also subject to inspection. Refusing to allow a search is grounds for immediate termination.

## CONFLICT, HARASSMENT, VIOLENCE IN THE WORKPLACE

The Company is committed to providing a work environment that is free of discrimination, unlawful harassment, violence or threats of violence. Actions, words, jokes, or comments based on an individual's sex, race, ethnicity, age, religion or any other legally protected characteristic will not be tolerated. As an example, sexual harassment (both overt and subtle) is a form of employee misconduct that is demeaning to another person, undermines the integrity of the employment relationship, and is strictly prohibited.

Any employee who wants to report an incident of sexual or other unlawful harassment, intimidation or acts of violence should promptly report the matter to, his or her supervisor. If the supervisor is unavailable or if the employee believes it would be inappropriate to contact that person, he or she should immediately contact the Human Resources Director or any other Department member. Employees can raise concerns and make reports without fear of reprisal. Any Supervisor or Manager who becomes aware of possible incident should advise Management immediately. The matter will be handled in a timely manner. Information will be kept as confidential as possible and every effort will be made to limit the number of people who need to know. Any unauthorized disclosure of facts or opinions is strictly prohibited and is subject to disciplinary consequences. (Complete Policy is addressed in PFP-036)

## SUBSTANCE ABUSE & CONTROL (Drugs and Alcohol)

The Company is committed to providing our employees a drug and alcohol free workplace. Our policy calls for screening for illegal substances in the following instances:

a) Pre-employment
b) Post Accident Including property damage
c) Random
d) Pre-assignment
e) Reasonable cause
f) Customer requests

The use of controlled substances without a prescription is expressly prohibited; and, may result in immediate termination. Any employee who takes a controlled substance (prescription medication) under instructions from his or her physician, must inform his or her immediate supervisor; and, must show the prescription or doctor's order. If a prescribed drug may cause dizziness or drowsiness, you will not be permitted to work while under the influence of the prescribed drug. (Per PFP-006, PFP-007 is applicable for Pipeline Work)

Refusing to submit to a substance abuse test is grounds for immediate termination. Inability to produce a specimen in a specified amount of time is considered a refusal. Once you have reported to a collection facility, you may not leave until the specimen is collected. Alteration of a specimen in any way is strictly prohibited and is grounds for immediate dismissal.

Any personal phone calls that incur a toll fee are not allowed. Any calls of this nature will be deducted from your paycheck.

## TELEPHONE CALLS

Because jobs are on most construction sites, the work force is distributed over several areas, making it difficult to contact employees for personal calls; however, an emergency call will receive our prompt attention and you will be notified as soon as possible. All outgoing personal calls must be limited to emergency situations only.

## WORKERS' COMPENSATION INFORMATION

The Company provides a comprehensive workers' compensation insurance program at no cost to employees. This program covers any injury or illness sustained in the course of employment that requires medical, surgical, or hospital treatment. Our Management is committed to providing the best possible treatment for legitimate work related injuries. We require that employees adhere to the following:

It is mandatory for employees who sustain any work-related injury or illness to immediately inform their supervisor. Even the smallest injury, if left untreated, could lead to a more serious condition. Our company is committed to providing the best possible treatment for legitimate work related injuries.

In keeping with this commitment, any employee who does not report an injury immediately is subject to disciplinary action up to a dismissal.

All pre-existing workers' compensation disabilities or other medical conditions must be disclosed once a conditional offer of employment has been extended. The purpose of this inquiry is to determine whether you currently have the physical or mental qualifications necessary to perform the job that has been offered. What accommodations may be necessary; and, whether you can perform the job without posing a direct threat to the health or safety of yourself or others.

Finally, a Workers' Compensation fraudulent claim is a crime. Our Company takes an active role in investigating and prosecuting fraudulent claims. If you know of anyone who has submitted such a claim, please contact the ESH Department. Some (Work Comp monopolistic) states have reward systems in place, for which you may qualify.

## WORK STATIONS

Employees must remain in their own work areas, except when their duties require that they go to another work area or in an emergency. If you have to go to another work area for any reason, you must notify your immediate supervisor.

## WORKPLACE VIOLENCE

The safety and security of our employees and customers are very important. Threats, threatening behavior, acts of violence; or, any related conduct that disrupts another person's work performance or the company's ability to execute its mission, will not be tolerated.

Any person who makes threats, exhibits threatening behavior, or engages in violent acts on Employees, subcontractors or customer's property will be suspended pending the outcome of an investigation. Threats include; but, are not limited to, threats made via the telephone, fax, electronic conventional mail, or any other communication medium. Violations of this policy will lead to disciplinary action that may include dismissal, arrest, and prosecution. (Complete Program is addressed in HR (PP-036).

# EQUAL EMPLOYMENT OPPORTUNITY POLICY STATEMENT

Our Company reaffirms its policy to provide equal opportunities to all qualified applicants and employees in every phase of employment without discrimination based on race, color, religion, sex, marital status, age, national origin, physical or mental disability (unless the individual is unable to perform the essential job functions despite reasonable accommodation), ancestry, sexual preference or military discharge status.

This Equal Opportunity policy extends to recruitment, hiring, training, promotions and transfers, compensation, benefits, social and recreational activities, and all other terms and conditions of employment. This policy includes providing an atmosphere free from discrimination based on any of the above-listed considerations. Consistent with this policy, individual qualifications (i.e. skill, ability, experience, performance, education, etc.) are the sole basis for employment-related decisions.

If you feel that you have been discriminated against, you should report the incident to your supervisor immediately. If you feel that you cannot go to your supervisor, contact the EEO Officer directly at Corporate Headquarters (312-645-9000). The Company will investigate promptly and take all appropriate corrective action. Confidentiality will be protected to the extent consistent with a full investigation. We will not retaliate against any employee for submitting a complaint.

# 1.0   CODE OF SAFE PRACTICES

The importance of safety on and off the job site is considered top priority every day. We recognize the fact that employee safety is the most important consideration in the planning and operation of our company. Safety is essential for employee welfare, morals and employee relations. Responsibilities for this Program are defined in Section 2.0 of this "Code of Safe Practices" and (Per PPF-001).

Safety is the responsibility of every employee and recognizing that fact, it is our policy that no part of our job will be so important that we cannot take time to do it safely. The injuries occurring in our type of work are preventable, and no one has to suffer an injury trying to get a job done.

Safety is a condition of your employment. Being totally committed to safety and working together, we can eliminate needless accidents and injuries. If we are successful, and we will be, we will all experience the benefits of a safe, accident free environment. EVERYONE accomplishes safety through effective communication, sincere desire, honest effort, common sense, and support.

## ENVIRONMENTAL POLICY STATEMENT

The Company has established programs to comply with applicable laws, control the release of hazardous materials, properly handle waste materials, and stop the installation of any material or the execution of any work operation, if, in the health, safety, or environmental exposure is unacceptable. The Company expects all employees to adhere to the spirit and intent of this policy. Employees have an obligation to keep informed about health, safety, and environmental risks and standards, and are to advise Management promptly of any adverse situation which may occur. (Per PPP-015)

Access to the regulation and our written program.

## BASIC HAZARD RECOGNITION

Be alert to your surroundings:
• Look where you are walking.
• Stay clear of moving machinery and/or equipment.
• Use handrails when ascending or descending stairs.
• Pick up all tools, clean up all spilled material.
• Do not run or jump.

Plan your work:
• Consider possible hazards that may exist.
• Plan how to avoid them.
• Communicate with others around you.
• Planned work is safe work.

## HAZARD COMMUNICATION

Hazard communication is sometimes called employees "right to know" because employees have a right to know about: (Complete Program is addressed in PPP-005)
• Hazardous materials in the workplace.
• Training on hazardous materials.
• Access to personal medical records.
• Access to Material Safety Data Sheets.
• Access to exposure records.

---

2. Before using hazardous materials:
• Check with the label for contents and hazard information.
• Review the Material Safety Data Sheet for detailed hazard information.
• Wear the proper personal protective equipment per the MSDS.
• If you have a question or need additional information, contact your foreman/ superintendent.
• Anticipate a course of action in the event of a spill or release of material.

3. Using hazardous materials:
• Follow label, MSDS, and manufacturer's recommendations.
• Do not eat, chew or smoke while using.
• Use required protective equipment.
• Immediately clean up spills.
• DO NOT POUR MATERIALS DOWN DRAINS, ON THE GROUND OR INTO SURFACE WATER OR SEWERS.
• Provide adequate ventilation.
• Avoid skin contact.

4. After use and storage of hazardous materials:
• Close containers and return to correct storage area.
• Thoroughly clean hands, and skin, remove and label contaminated clothing.
• Do not store food or cook food in chemical storage areas.
• Proper labeling prior to storage.

## MATERIAL SAFETY DATA SHEETS

The following is a generic list of the sections found on a MSDS. The sections may be in a different order, but the manufacturer of the chemical must have each section on the MSDS.

1. PRODUCT IDENTIFICATION
   • General product description and DOT hazard classification.

2. COMPONENTS
   • Components are listed in this section if they present a physical or health hazard and are present at or above 1% in the mixture.
   • Exposure recommendations are given for components OSHA Permissible Exposure Limits (PELs) and American Conference of Governmental Industrial Hygienists (ACGIH) Threshold Limits Values (TLV) appear on the line with the component identification.

3. PHYSICAL DATA – The following physical data is given (as applicable):
   • Boiling Point – The temperature at which a liquid boils or turns into a gas.
   • Vapor Pressure – The pressure exerted by vapor above its own liquid in a closed container.
   • Vapor Density – Compared to Air = 1.
   • pH – A scale from 0 to 14 that represents the acidity or alkalinity of an aqueous solution. Pure water has a neutral pH of 7.0.
   • Evaporation Rate – The rate at which a material evaporates from the liquid or solid state. Butyl acetate is the normal standard (rate = 1.0).

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kemp Industrial Services Family of Companies
Code of Safe Practices
DOCR FPP-003

## FIRE AND EXPLOSION DATA

• Flash Point – The lowest temperature at which a material will generate enough vapor to ignite, when an ignition source is present.
• *Explosion Limits - The lower and upper percent by volume in air of a material in between* which ignition (fire or explosion) may occur.
• Hazardous Decomposition Products – Known or expected hazardous products resulting from heating, burning, or other reactions.
• Firefighting Procedures – Minimum equipment to protect firefighters from toxic products of vaporization, combustion, or decomposition in the fire situations.
• Special Fire and Explosion Hazards.
• NFPA Codes – Hazard ratings assigned by the National Fire Protection Association.

## REACTIVITY DATA

• Stability/incompatibility – Materials and conditions to avoid, to prevent hazardous reactions.

## HEALTH HAZARD DATA

• Permissible Exposure Limit – For product.
• Threshold Limit Value – For product.
• Effects of Overexposure.

## SPILL OR LEAK PROCEDURES

• Reasonable precautions to be taken and methods of containment, clean up and disposal.

## PROTECTIVE EQUIPMENT TO BE USED

• Protective equipment that may be needed when handling the product.

## SPECIAL PRECAUTIONS OR OTHER COMMENTS

• Covers any relevant points not previously mentioned.

## PERSONAL PROTECTIVE EQUIPMENT

You are responsible for properly cleaning and maintaining your PPE. PPE is designed to meet specific hazards and should not be used for purposes it is not designed for. PPE only works when it is used properly and consistently. Always remember that it will not protect you if you don't use it!

## GENERAL

When working observe the following practices:
• Metal band wristwatches, rings (other than wedding band), or other jewelry (such as placing jewelry) shall not be worn.
• Long or ragged clothing shall not be worn.
• Long sleeve shirts shall be required and are always recommended.
• Long pants shall be worn.
• Appropriate footwear shall be worn, and must have closed toes (no "gym style shoes" allowed).

When wearing personal protective equipment (PPE):
• PPE shall not be reused by another employee, except fall protection equipment, until the equipment has been cleaned and sanitized.
• All PPE must be of an "APPROVED" type and acceptable to the Safety Department.
• The employee will wear the equipment correctly.
• Inspect equipment prior to use.
• Report any defective equipment to the foreman/superintendent.
• Exercise reasonable care of company supplied equipment.
• Do not begin work without the proper PPE.

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kemp Industrial Services Family of Companies
Code of Safe Practices
DOCR FPP-003

## HEAD

1. All employees will wear hard hats as required by site conditions. Head protection is required when employees are working in any area where there is potential for injury to the head.
2. Hard hats damaged by fire, force, chemicals or age will be immediately replaced.
3. Long or shoulder length hair must be contained under the hard hat.
4. Hard hats with bills shall be worn with bill over the forehead.
5. Your hard hat should not be defaced, modified or tampered with in anyway.

## EYE & FACE

1. Eye protection will be worn at all job sites (*except offices, while performing administrative duties.*)
2. Any employee exposed to hazardous chemicals, dust or inside supplied air or full-face respiratory equipment *shall not wear contact lenses.* Some types of contacts may be suitable for use in full-face respirators. Contact the ESH Department for approval prior to use.
3. Where eye protection is required:
   • Safety glasses with side shields shall be worn as minimum protection.
   • Goggles shall be worn when handling hazardous liquids, gases and powders.
   • Faceshields shall not be used instead of safety glasses and goggles.
   • Faceshields, in addition to safety glasses or goggles, shall be worn when performing jobs that may injure the face such as grinding, pressure washing or handling chemicals.
   • Where exposed to injurious light rays, special lenses shall be worn.
   • Tinted lenses (sunglasses) shall not be worn in confined spaces, inside buildings or after dark on the job site, unless, approved by the foreman/superintendent.
   • Eye and face protection shall comply with the current ANSI standards.

## HANDS

Hand protection will be provided for employees whose work involves unusual and excessive exposure of hands to cuts, burns, harmful physical or chemical agents or radioactive materials which are encountered and capable of causing injury.

You should base your hand protection choice on the tasks being performed, conditions present, duration of use, and the hazards and potential hazards identified. An "all purpose" glove does not exist. For hand protection against chemicals, the MSDS should be referred to.

Hand protection will not be worn where there is a danger of hand protection becoming caught in moving machinery or materials.

## BODY/PROTECTIVE CLOTHING

1. Employees will be required to wear a shirt or blouse covering the entire upper torso, with sleeves covering the shoulders and completely encircling the upper arm.
2. Shirttails must be tucked in when working around moving equipment.
3. The shirt or blouse material must be solid, no fishnet-type materials are to be worn.
4. Long sleeves must be buttoned or rolled up above the elbows when working around moving equipment. (or per client policy)
5. No one is to work without a shirt.
6. Shirts with obscenities are prohibited.
7. Full length slacks or jeans must be worn.
8. Flame Retardant Clothing (FRC) must be worn when required by the client, or for specific jobs, or facilities, deemed to represent a risk. Clothing will be provided by the Company.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Army Industrial Service Family of Companies
DQCF PYP-003

## Code of Safe Practices

### FOOT

1. Employees are required to wear ANSI approved safety footwear. (Steel toe mandatory)
2. Employees exposed to hazardous materials or wet environments, shall be issued the appropriate footwear.
3. *Full metatarsal protection is required when operating any pressure washing or hydroblasting equipment.*
4. Foot protection shall be in good condition. Worn heals, thin or worn soles, shall not be allowed.
5. Sneakers, sandals, safety tennis shoes, or open toed shoes are forbidden.

### OTHER PROTECTIVE EQUIPMENT AND CLOTHING

Examples of other PPE that may be required on any given job are as follows:

- Welding hoods.
- Life Jackets.
- Shin guards.
- Foot guards.
- Flame retardant clothing (FRC) is required in some facilities. If required, employees will be issued such clothing for use. Special chemical clothing shall be provided for employees who are exposed to hazardous materials.

### HEARING PROTECTION

Hearing protection shall be worn when employees are exposed to noise levels that equal or exceed an eight (8) hour time weight average (TWA) sound level of ninety (90) decibels. Check with your supervisor for specific instructions. Hearing protection shall be worn in all areas where postings require such protection.

### RESPIRATORY PROTECTION

To control occupational illness caused by breathing air contaminated with the potentially harmful gases, aerosols, vapors, dusts, and fumes, employees will be required to wear respirators in designated areas and certain job assignments. All respirators must be approved by the National Institute of Occupational Safety and Health (NIOSH). Also, respirators shall be used per manufacturer's instructions and in accordance with their limitations. (Per PPP-026 Respiratory Protection Policy)

No personnel performing jobs that require the use of a full face, half face, or dust mask respirator must be properly trained, medically qualified, fit tested, and clean shaven.

Depending on the work being performed, respiratory protection may consist of:

- a dust mask (when working in a non-hazardous dust condition).
- fume mask (for welding),
- escape respirator,
- half mask, full mask,
- supplied air,
- SCBA.

no time will personnel be allowed to wear an escape type respirator and remain in or enter into a contaminated atmosphere or area. However, if you are caught in a leak do the following:

- Put on the escape respirator, and leave the area;
- Walk, never run. Running causes deep breathing; therefore, more exposure.

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Army Industrial Service Family of Companies
DQCF PYP-003

## Code of Safe Practices

Those Personnel issued half mask or full face respirators are required to complete the following five inspections:

- Headbands: Check to see if the headband still has its elasticity. Inspect for breaks or tears in the material, and make sure all clips fasteners and adjusters are in place and working properly.
- Face Pieces: Check face piece for dirt, cracks, tears or holes. Inspect the shape of the face piece for possible distortion that may occur from improper storage and make sure the rubber is flexible, not stiff.
- Inhalation and exhalation valves: Check for cracks, tears, distortion, dirt or build-up of material between valve and seal.
- Cartridge holders: Check to make sure gaskets are in place and check for cracks and damage to threads.
- Cartridge and/or filters: Make sure cartridges and filters are clean. Never try to clean a filter or cartridge by washing it or using compressed air. Inspect cartridges for dents, scratches or other damage, particularly the metal sealing bead around the bottom. Check the expiration date to ensure that the cartridge has not expired. If you are unsure about what cartridge to use, contact your supervisor.
- Face Piece lens (where applicable): Check to make sure lens is in place and not cracked, scratched or has openings.

Respirators will also be maintained as follows:

- Keep respirator clean and disinfected by using warm, soapy water and/or water with ¼ cup of bleach to one (1) gallon of water.
- Protect respirator against dust, sunlight, extreme cold, excessive moisture or damaging chemicals.
- Store respirator as directed in the "Use and Care" instructions provided with the respirator by the manufacturer.
- Keep the respirator properly maintained at all times to retain its original effectiveness.

### FALL PROTECTION, SAFETY HARNESS AND LANYARDS

Personal fall arrest systems are the most commonly used fall protection devices on our projects. Personal fall arrest systems include safety harnesses, lifelines and lanyards. Your supervisor will show you how to properly wear a safety harness. All PFA (Personal fall Arrest) systems shall be an approved type and the following must be adhered to:

1. The use of fall protection equipment shall be in compliance with (PPP-012) and applicable regulations.
2. Full body harnesses with shock absorbing lanyards are required anytime you are working with a fall hazard 6 feet or more below the working platform, or adjacent surface and tied off to an approved anchor point (i.e. a substantial overhead structure).
3. Lanyards shall be secured; whenever, the employee is not on a completed structure.
4. Body harnesses must be worn while working from scaffolds or other temporary platforms, and shall be secured to another structure or lifeline; if, the work platform is incompatible.
5. An employee riding in, or working from a man basket or personnel lift shall wear a body harness, and be secured by way of a lanyard while aloft.
6. Personal fall prevention equipment must be inspected daily by the user. 100% tie off with dual lanyards shall be used, along with a full body harness, working six (6) feet or more from ground level or any other surface. Lanyards used with harness must be kept as short as possible; but, in no case shall they exceed six (6) feet of free fall distance. All lanyards used with body harness must have a double locking hook, and of the "shock absorber" type.
7. Only three foot lanyards may be used on rope grabs.
8. Proper storage and maintenance will prolong the durable life of the unit. Storage areas should be clean, dry and free of exposure to fumes or corrosive elements.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

DOC# PPP-60J

Code of Safe Practices

## MATERIAL HANDLING

### LIFTING

1. Proper manual lifting can prevent injuries and strains. Proper lifting techniques are as follows:

- Wherever practical, heavy lifts should be done with mechanical lifting devices.
- When manual handling is required, dollies, trucks and similar devices should be used where practical.
- Never hesitate to ask for assistance when lifting. Workers should know their physical limitations and the approximate weight of materials they are trying to lift.
- Pre-inspect your path of travel.
- Check the load or object for sharp edges, slivers, etc.
- Use gloves when appropriate.
- Unstack objects to insure good visibility.
- Take a firm grip; secure a good footing; place the feet a comfortable distance apart; bend the knees.
- Use the legs for lifting -- not the back. Keep your back as straight as possible, vertical to the object.
- Avoid turning or twisting with a load.
- Set objects to prevent inadvertent shifting of the load.
- Don't carry more than you can safely handle or see over.
- Slide loads into place rather than lift the load in an awkward position.
- Lift and carry loads close to the body.
- Never pull loads towards you, push them away from you.
- Watch footing when walking on uneven ground or when walking in crowded areas.
- Never carry a load so large that it obstructs vision; or, too heavy to be safely lifted without assistance.



BEND KNEES AND LIFT
HEAD UP, LOOKING
STRAIGHT AHEAD

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

DOC# PPP-603

Code of Safe Practices

## RIGGING

1. Proper rigging can prevent injuries and equipment damage. (Per PPP-050)

- Use proper barricades around the work area.
- Control loads with a tagline.
- Stay away from suspended loads.
- Never ride on hoisting equipment; unless, the equipment is specifically approved for lifting personnel.
- Never lift or get within 20 feet of power lines without fully documented JSA (PPP-002)
- Keep rope or cable away from hot or corrosive surfaces or materials.
- Verify that all loads are within the load limit of the equipment and the slings.
- Use proper knots.



SQUARE KNOT
A safe means of fastening together the ends of two ropes of the same diameter





CLOVE HITCH

ROLLING, OR
TAUT-LINE HITCH
Hitch for holding
tension in line -- a
snubbing hitch



EYE SPLICE

SCAFFOLD HITCH
For fastening single
scaffold planks, to
hang level

RUNNING BOWLINE

ROUND TURN AND
TWO HALF-HITCHES
For fastening a scaffold
line to a supporting beam





ROUND TURN AND
TWO HALF-HITCHES

HITCHES FOR HOLDING NEEDLE BEAMS





## The right way to clip wire rope

## The wrong way to clip wire rope

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

DOCR PPP-003

### SLINGS

1. Correct use of slings can prevent injuries and equipment damage: (Per PPP-050)

- All slings, fastening and attachments are to be inspected daily prior to use.
- Slings that are damaged or defective shall be red tagged and removed from service.
- Slings shall not be shortened with knots, bolts, or other makeshift devices.
- Slings shall not be kinked or knotted.
- Slings shall not be loaded beyond their rated capacity.
- Slings used in a basket hitch shall have the loads balanced to prevent slippage.
- Slings shall be set to avoid slippage.
- Slings shall be padded or protected from the sharp edges of their loads.
- Hands or fingers shall not be placed between the sling and its load, while the sling is being tightened around the load.
- Shock loading is prohibited.
- A sling shall not be pulled from under a load, when the load is resting on the sling and damage to the sling may result.

### TOOLS AND EQUIPMENT

### HAND AND POWER TOOLS

1. The proper use, care and storage of hand tools will increase the life of the tool and reduce potential for injury. When using hand tools:

- Tools must be properly stored and not left in the work area.
- Inspect before use, and do not use tools in poor or unsafe condition.
- Do not place tools where they may fall on other employees.
- Select the proper tool for the job.
- DO NOT lift or lower power tools by the electrical cord or pneumatic hose.
- DO NOT use electrical tools with damaged cases or cords.
- Shock, cut or chisel away from the body.
- Wood handles must be free of splinters, cracks, and splitting. They may not be repaired. They must be replaced.

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

DOCR PPP-003

### LADDERS

The proper use, care, and storage of ladders will increase the life of the equipment and reduce potential for injury. (Per PPP-048)

- Inspect all ladders before use. Damaged ladders will be tagged and removed from service. Ladders shall not be painted.
- All ladders will meet current ANSI and/or OSHA standards.
- Metal ladders shall not be used around electrical equipment; unless, the proper measures (i.e., Lockout/Tagout) have been taken.
- Extension ladders shall have their base 1/4 of the height away from the wall.
- Extension ladders will extend at least three feet beyond the platform; if, the employee is required to step off the ladder.
- Extension ladders will be tied off to the support whenever possible.
- When ascending or descending the ladder, face the ladder.
- Do not carry tools in your hands but lower the tools in an approved container.
- Ladders should be equipped with non-slip feet and/or spikes.

### STAIRWAYS

The proper construction and use of stairways will reduce the potential for injury. (PPP-048)

- Any vertical distance greater than 19 inches must have a stairway or ladder.
- No spiral stairs will be used on a construction site.
- The platform at the top of a stairway must be large enough for the swing radius of the door plus 20 inches.
- When a stairway has four steps or is higher than 30 inches, a full guardrail (including toprail and midrail must be used).
- When handrails are used, they must be capable of supporting 200 pounds or more in any direction.

### POWDER ACTUATED TOOLS

The proper use and storage of powder actuated tools will increase the life of the tool and reduce potential for injury. (PPP-...)

- Certification from the manufacturer is to be carried by the user.
- Check site regulations for permit requirements.
- Eye, face and hearing protection shall be worn.
- The manufacturer's instructions shall be followed.

### SUPPORTED SCAFFOLDS

The proper use and erection of scaffolds will reduce potential for injury. When using scaffolds:

- A Company designated Competent Person MUST personally supervise the erection, dismantling or altering of a scaffold.
- All scaffold users must have received scaffold user training and all employees erecting, dismantling or altering scaffolds must receive training from the Competent Person.
- Scaffolds MUST be visually inspected by the designated Competent Person PRIOR to each shift.
- Scaffolds shall be properly braced so the scaffold is always square, plumb and rigid.
- Scaffold legs shall be set upon approved base plates or approved sills, as determined by the Competent Person. If rollers are used, all rollers must be locked while employees are on scaffolds.
- Guardrail systems MUST be installed on scaffolds ten (10) feet or higher.
- Working surfaces shall be FULLY decked.
- Wood used for decking must be of scaffold grade lumber, free from defects and not covered by opaque coatings.
- Scaffolds shall be capable of supporting four (4) times their intended load.

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Service Family of Companies
Code of Safe Practices
DOC# FFP-003

## COMPRESSED AIR AND CYLINDERS

When using compressed air the following rules apply:

1. Never blow compressed air against your body or that of another person.
2. Do not point air hoses at yourself or anyone else. Compressed air can enter your body through cuts and enter your blood stream causing internal damage or death.
3. Plant air systems shall not be used as a source of breathing air; unless, certified as a breathing source.
4. Connections to air systems and all couplings shall be properly secured.
5. Connections to air systems will not be disconnected until the connection is isolated and the line pressure is dissipated.
6. Hoses should be routed so not to pose tripping or other hazard.
7. When you use air hose, grip the nozzle firmly to keep it from kicking.
8. All air hoses must have quick release shut off nozzles secured with proper bonding.

## COMPRESSED GAS CYLINDERS

When storing, or handling compressed gas cylinders the following rules shall apply:

1. All cylinders shall be labeled.
2. Cylinders shall be stored upright and secured from falling with chain.
3. Caps shall be kept in place when the cylinder is not in use.
4. Cylinders SHALL NOT be used as rollers.
5. Cylinders shall be transported on a device specially designed for transport.
6. Cylinders shall be taken into a confined space.
7. Cylinders shall be stored in their designated area, out of direct sunlight.
8. Relief valves shall be checked prior to use, to ensure they are not obstructed (tar buildup).

## TAR POT

Tar pot equipment shall be inspected prior to each use. Only use tar pots and associated equipment that is in safe operating condition and passes inspection. The container used for transferring hot material shall be free of water and other foreign material. The standard personal protective equipment must be worn. In addition, a leather apron, adequate hand protection, long sleeves, and a face protection shall be worn while attending the kettle. Extreme caution must be used when handling tar. Once tar is it its melting point, please no larger than 25 pounds shall be placed in the pot. Tar pot areas and equipment shall be placed in locations that will minimize danger to people or property. Pump lines shall be secured and discharged in a manner to prevent material from splashing. (Par PPP-056)

## VEHICLES

Only when your supervisor approves, may you operate a company vehicle. (Par PPP-044 Fleet Safety & Loss Prevention Policy)

- Only Employees who possess a valid drivers license and are on the Approved Driver's List may drive company vehicles.
- Drivers are responsible for regularly inspecting and ensuring proper vehicle care, and maintenance to include, vehicle cleanliness.
- Seat belts shall be worn at all times, by all occupants.
- Drivers must obey all site specific vehicle rules, and are responsible for lawful and safe operation of equipment assigned to them.
- Motor vehicles shall never be left running unattended.

## VEHICLE SAFETY

- In plant settings, check with the owner regarding safe work permits.
- Employees must use three points of contact when mounting and dismounting trucks.
- Vehicles are not to be overloaded.
- All accidents are to be reported to your superintendent/foreman or manager immediately.

- Scaffolds shall not be higher than four (4) times the width of the base, unless they are tied into a stationary structure.
- Scaffold components shall not be closer than ten (10) feet to any electrical sources or lines, without the express authorization of the Safety Department.
- Scaffolds shall not be used in high winds or during storms. Snow, Ice or slippery materials shall be removed prior to any work activity.
- No ladders or steps may be used to raise the height of the decking.
- Debris shall not be allowed to accumulate on decking.
- Scaffold ladders MUST be used for access; unless, the manufacturer has designed part of the support structure as a ladder access system.
- Areas below the scaffold must be barricaded, or the working surface screened in; so, that tools and materials cannot fall below onto others.
- ALL COMPANY SCAFFOLDS MUST BE PERMITTED, USING A COLOR-CODED THREE TAG SYSTEM. RED IS NO ACCESS, YELLOW IS FOR RESTRICTED USE AND GREEN IS NORMAL USE.

## SUSPENDED SCAFFOLDS

The proper use, care and maintenance of suspended staging equipment will increase the life of equipment and reduce potential for injury. When using this equipment:

- All employees should review with the Competent Person, the intended use, limits and characteristics of the scaffold prior to starting the job so that they may alert the Competent Person to any unforeseen condition of the scaffold during the progression of the work.
- A designated Competent Person must inspect the scaffold prior to each shift.
- If you are subject to dizziness or seizures, or are bothered by heights, you cannot operate this equipment.
- Ensure there is a safe access to the equipment at all times.
- Check for electrical conductors in the area. If there are any that may be within ten feet, have them de-energized and locked out.
- Check the load rating for the equipment, do not exceed rated load capacity.
- Top and mid rails are to be installed, building side top rail must not be less than 36 inches, and all other top rails must be 42 inches high.
- Toeboards are required on all sides and ends.
- If anyone is exposed to being under the suspended staging, the area will be properly barricaded or otherwise protected.
- Staging floor must be at least 24 inches wide and non-skid.
- Operate the hoist in a smooth, vertical movement.
- Controls shall be properly marked as to their purpose.
- All moving parts and/or electrical connections that may be a hazard shall be effectively guarded.
- Wire rope must be of a type, and installed, as recommended by the staging manufacturer.
- Cables shall not be spliced.
- Inspect the wire rope daily for excessive wear, birdcaging, and broken strands.
- Wear and use the appropriate fall protective equipment.
- Independent lifelines are required on single point and two point, single stage scaffolds.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DOC# PPP-003

## FORKLIFT OPERATING RULES

1. Only properly trained and authorized employees shall be allowed to operate any forklifts. (Per PPP-046 and certified training program)
2. Forklifts will be inspected daily prior to use, including fluid levels, and documented. Forklifts that are unsafe will be tagged and removed from service; until, an authorized mechanic repairs and rechecks the forklift.
3. The Load Limit and Load Center will be clearly marked on all forklifts and shall not be exceeded under any conditions.
4. Employees shall not pass or work under a suspended load.
5. Vehicles shall not exceed a safe speed and shall not be driven into areas unless proper clearance has been provided.
6. No riders shall be permitted on the forks under any circumstances or the truck body, unless, a separate seat has been provided.
7. Stunt driving and horseplay are prohibited.
8. Forklifts shall not be running while unattended. When a forklift is left unattended, the power will be shut off, brakes set, the mast brought to the vertical position and the load/forks lowered.
9. Operators shall face in the direction of travel and shall not move a vehicle, until, the load is secure and stable and all persons are in the clear.
10. The forks shall always be carried low, consistent with safe operation. Do not obstruct view by carrying the load too high.
11. Grades shall be ascended or descended slowly, the load shall face the top of the grade and turns WILL NOT be made while on a grade. The driver shall slow down and sound the horn at aisles and other locations where vision is obstructed.

## AERIAL LIFTS

1. Only properly trained and authorized employees shall be allowed to operate any aerial lift.
2. Equipment shall be inspected daily (prior to use) and documented on Daily Work Report or Diary.
3. Employees will inspect the ground area where the lift will travel.
4. Employees shall wear a body harness with lanyard attached to the aerial lift tie-off point; or, guardrail if no other is available.
5. Employees shall NOT sit, stand or climb on the basket guardrails.
6. The basket and boom loads shall not be exceeded.
7. Aerial trucks shall not be moved with booms in the extended position.
8. All equipment shall be operated per manufacturer's recommendations and site safety requirements.
9. Aerial lifts shall not be operated within 20 feet of unguarded energized electrical power line.
10. Aerial lifts shall be operated with outriggers in the set position, fully extended and resting on a stable base.
11. Aerial lifts shall be chocked when on an incline.
12. Employees shall keep three points of contact when mounting and dismounting aerial lifts.

## FIRE PREVENTION, EXTINGUISHER USE, WELDING AND CUTTING

### FIRE PREVENTION

1. DO follow all safe handling procedures and MSDS instructions on use and storage of flammables and combustibles.
2. Do not use open flame in areas where flammable/combustible materials are used or stored.
3. Don't leave solvent soaked rags in the area, store them in the safety can provided.
4. Follow proper welding and cutting safety procedures.
5. Check the job site for fire extinguishers and/or fire hoses prior to start of work.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DOC# PPP-003

## TYPES OF FIRES

- Class "A" - any fire that leaves an ash, such as wood, paper, cloth.
- Class "B" - a liquid fire, such as gasoline or diesel fuel.
- Class "C" - a Class A and/or Class B fire, energized with electricity. (I.e. electrical equipment).
- Class "D" metals.

## FIRE EXTINGUISHER SELECTION

- Class A, B & C fires may be extinguished with standard ABC dry chemical extinguishers.
- Class D fires require special graphite powder extinguishers and specialized training.

## FIRE EXTINGUISHER RATINGS

- Class A ratings are listed as a number (i.e. A "1A" rated extinguisher has extinguishing capacity of 1.25 gallons of water. A "5A" rated extinguisher has extinguishing capacity of 6.25 gallons of water).
- Class B ratings are listed in square feet of the fuel surface to be extinguished by a novice user.
- A Class C rating designates the extinguisher is safe to use on an electrically energized fire.

## FIRE EXTINGUISHER USE

1. In general, the following rules apply to fire extinguishers:
   - Use portable fire extinguishers only as a last resort, leaving the area of a fire and promptly reporting is the first priority.
   - Fire extinguishers shall not be used for any purpose other than fighting.
   - Do not block access to fire extinguishers or any other fire fighting equipment.
   - Do not use client equipment, unless, authorized to do so.
   - Do not pre-charge or break the seal in a fire extinguisher; unless, it is to be used immediately.
   - Do not remove fire extinguishers from designated areas to use for fire watch.
2. Fire extinguisher operation P.A.S.S.:
   - P - Pull out the locking pin breaking the seal.
   - A - Aim nozzle or hose just in front of the base of the fire.
   - S - Squeeze the trigger handle all the way.
   - S - Sweep discharge from the side-to-side, moving front to back across the base of the fire.

## WELDING AND CUTTING (HOT WORK)

1. Follow site specific hot work procedures.
2. Plan work with all involved, including site prep, permit completion and gas testing. Have designated fire watch with the required fire extinguisher or hose.
3. Do not use welding and cutting equipment; unless, trained and authorized to do so.
4. Wear required protective equipment.
5. Inspect all equipment before use. Red tag and report defective equipment.

## OVERHEAD WORK

### SPECIFIC WORK PRACTICES

1. Protect the people and the area below by:
   - Roping off or barricading.
   - Use warning signs: "DANGER - WORK ABOVE."
   - Do not drop material from above.
   - Use hand line to move small tools, materials, etc. between the ground and work platforms.
   - Remove all loose objects from above when work is done.
   - Small tools that can slip should be secured.

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenay Industrial Services Family of Companies

Code of Safe Practices

DOC# PPP-003

## ELECTRICAL SAFETY

1. Electrical equipment and wiring:
   • Consider all electrical circuits as "live".
   • Follow lockout rules.
   • **Never tamper with any wiring or equipment.**
   • Portable equipment and extension cords must be double insulated and grounded or GFCI's used.
2. Don't make electrical repairs:
   • Unless trained and authorized to do so.
   • While standing on wet or damp surfaces.
   • Without isolating and locking out equipment.
3. Use an approved wooden or fiberglass ladder. DO NOT USE METAL LADDERS.
   Inspect equipment before use, red tag and report defective equipment to your foreman:
   • Extension cords.
   • Electric hand tools.
   • Electrical equipment.
   Worn wiring, overloaded circuits, defective equipment and equipment that is not approved must not be used.

## LOCKOUT / TAGOUT

1. Lockout / Tagout is the de-energizing and securing of all energy sources of equipment in a safe position before beginning work, to protect you from the unexpected operation of the equipment.
   Follow all site specific lockout / tagout procedures and permits, and PPP-011 Company LO/TO Policy.
2. Identify all energy sources:
   • Electrical
   • Stored / Gravity
   • Pneumatic
   Thermal
   Hydraulic
   Radiation
3. Do not close valves or turn off switches owned by the client.
   Lockout / tagout before making repairs or adjustments.
   Who must lockout:
   The Supervisor or Competent Person will lock out the part(s) of the equipment where employees are assigned to work.
   How to lockout:
   Disconnect, turn off, close, open, shut, purge, drain, de-pressure, block, blank, bleed.
   Secure lock and/or tag.
   Check - try/test controllers, test for pressure, gas, etc. before starting.
   When you have completed your work:
   Check for safety of all persons before operating the machinery or equipment.
   Remove the lock and/or tag, etc.

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenay Industrial Services Family of Companies

Code of Safe Practices

DOC# PPP-003

## CONFINED SPACE

A confined space is an area that has limited openings for entry or exit, is large enough for you to fit inside and is not designed for continuous human occupancy. These spaces may or may not have a possibility for containing various hazards, including hazardous atmospheres. (all work to Comply with PPP-010 Confined Space Program and PPP-011 LockOut / TagOut Policy)

1. Follow company and site specific confined space entry procedures.
2. Plan and discuss the work with all involved personnel, to include site prep, testing, etc.
3. Never go into a confined space unless:
   • Tests are done and appropriate measures are taken for Oxygen Deficiency/ Enrichment, Carbon Monoxide, Combustible Gas, Hydrogen Sulfide, and other toxic gases.
   • A permit is issued.
   • A trained, designated stand-by is available and properly equipped.
4. Never enter an unmarked confined space or disregard warning signs such as "Do Not Enter".
5. Warning: When there is potential for a hazardous atmosphere to accumulate, treat the work area as a confined space.
6. The complete Confined Space Procedure can be found in the Company's ESH Program Manual.
7. All confined space entries will be reviewed by a Safety Representative PRIOR to the entry. All confined space entries will be covered by potential permits, that is, the Company Confined Space Entry Permit. PPP-010 Attachment 010-B shall be used, in addition to customer required permits.

## PROCESS SAFETY MANAGEMENT

Process Safety Management or PSM is an OSHA requirement for plants that use or manufacture toxic, reactive, flammable, or explosive chemicals. The (ten) of the program is to minimize the consequences of catastrophic releases of these chemicals. The standard affects you as a contract employer and you as a contract employee. As an employee you shall not perform any work until you have received the proper training. As part of PSM you are required to be familiar with the process you are working in, the potential fire, explosion, or toxic releases hazards and the emergency action plan. If you feel that the work you are to do presents a hazard, advise your supervisor before continuing. (PPP-015 PSM Policy)

## ASBESTOS

Company employees involved in the abatement of Asbestos Containing Material (ACM) or Possible Asbestos Containing Materials (PACM) must be trained and skilled according to the OSHA and EPA regulations. You cannot participate in activities involving asbestos until you have received this training. If at anytime there are doubts about whether or not a material that you are to work on may become damaged in the course of a job assignment, notify your supervisor immediately. Never enter an area where asbestos abatement is being performed.

## BENZENE AWARENESS

Benzene is a highly flammable, clear, colorless to light yellow liquid with an aromatic odor. It is found in the oil and gas drilling industries, production and servicing operations, and coke oven batteries. Poisoning occurs most commonly through inhalation of vapors and sometimes can be absorbed or ingested. Company employees shall stay out of benzene regulated areas unless authorized by supervision. (Employees must be trained to PPP-029 prior to assignment on any Benzene Project)

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

## Code of Safe Practices

DUCF PP-003

## EXCAVATIONS

1. Follow site-specific excavation procedures and permits.
2. A designated "Competent" person shall inspect the excavation site daily.
3. Site requirements:
   - **Soil must be stored at least two feet from the edge of the excavation.**
   - Barricade or rope off.
   - Use warning lights at night.
   - Shore/slope requirements to prevent cave-in.
   - At least two ladders must be in place for exit from excavations (four feet deep or more.
   - Excavations are considered confined spaces for the purpose of notifying Safety Department.



20' Max.

4' Max.     4' Max.

Multiple Bench

This bench allowed in cohesive soil only.



20' Max.

Support or shield system

Total height of vertical side

10" Min.

Vertically Sided Lower Portion

3. All excavations 20 feet or less in depth which have vertically sided lower portions shall be shielded or supported to a height at least 18 inches above the top of the vertical side. All such excavations shall have a maximum allowable slope of 1:1.

## ABRASIVE BLASTING

1. The proper use, care and storage of abrasive blasting equipment will increase the life of equipment and reduce potential for injury. When using the equipment:
   - Inspect and wear the correct personal protective equipment to include; hearing, respiratory, gloves, and body protection.
   - Prior to starting, inspect all hoses, hose fittings, and couplings. Any damaged or excessively worn equipment must be replaced.
   - Pay special attention to hose-to-hose connections. Check for proper fit, avoid mixing brands of couplings. If screws need replacement, replace with identical type and size, replace worn, distorted or split gaskets, secure couplings together. Hose connections shall have whip checks properly attached. "Chicago" type couplings shall be wired or pinned in at least one hole. NOTE: Some work sites may require only pins to be used and both holes secured.
   - Never use galvanized hose or oversize couplings.
   - Secure blast hose to staging, so hose weight can be safely handled by the blaster.
   - Repairs shall be made by qualified, trained personnel.
   - Always hoist blast hose with a hand-line when working on staging/scaffolds. (do not carry in hand.)
   Warning: Dead man control is required to be used by the blaster and shall not be wired in the "on" position. Note: Diesel or gasoline air compressors used for breathing air require a calibrated continual carbon monoxide monitor inline.

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

Code of Safe Practices

DUCF PP-003

## SPRAY EQUIPMENT AND OPERATIONS

1. The proper operation, care and storage of spray equipment will increase the life of the equipment and prevent injuries. When using the equipment:
   - Provide for adequate ventilation either natural or mechanical.
   - Wear the proper personal protective equipment, (eye, face, body, and respiratory). Exposed skin shall be covered by adequate cloth material or barrier cream.
   - Post warning signs in the work areas.
   - The spray area must be at least 25 feet from ignition sources; such as, open flames, electric motors, sparks, etc.
   - Locate the proper type and size fire extinguisher in or near the spraying area.
   - The spray area must be free of combustible materials.
   - All equipment operating manuals must be at the site.
   - All equipment is to be inspected before use. Include electrical cords, plugs, air and fluid hoses, couplings, and spray tips. Replace all damaged or excessively worn parts.
   - Do not begin spray operations until authorized to do so by the Project Superintendent.
   - Check the spray equipment's safety shut-off valve and pressure gauge. Equipment not adequately protected from over pressure shall not be used. DO NOT CLOSE THE SAFETY SHUT-OFF VALVE WHILE EQUIPMENT IS IN USE.
   - Do not exceed the manufacturer's recommended working pressure.
   - All equipment repairs shall be made by a trained and qualified employee. The power source must be disconnected and the unit de-pressurized before starting equipment repairs.

## AIRLESS SPRAY EQUIPMENT

1. In addition to general spray equipment and operations, take these additional precautions when using airless spray equipment.
   - When the spray gun is not in use, set the gun's safety latch in the "closed" or "safe" position.
   - Do not remove or modify any part of the spray gun.
   - Check the diffuser operation by using the lowest possible spray pressure with the tip removed.
   - Check the operation of all gun safety devices before use.
   - Do not exceed the maximum working pressure rating of the pump.
   - Never modify the equipment.

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kemy Industrial Service Family of Companies
Code of Safe Practices
DOC# PFP-003

## PRESSURE WASHING OPERATIONS

Pressure washers must be used in strict accordance with the manufacturer's recommended operating Instructions.

- Proper personal protective equipment shall be worn (e.g. Head/Eye & Face, Hand/Body, Hearing and Foot (rubber boots w/ full metatarsal).

NOTE: Adequate ventilation may not allow for the operation of gasoline powered equipment. Inspect unit, all hoses, and the gun to protect from carbon monoxide accumulation.

- Barricade work area and pick up all loose objects.
- Cover or de-energize anything electrical in the area.
- Use lowest pressure setting for completing work.

NOTE: Never direct jet stream towards yourself or another person.

- Small, loose objects to be washed, shall never be held by the operator or another person; but, securely held by mechanical means.
- No repairs shall be made while system is pressurized.
- Never leave pressurized system unattended or relocate with system pressurized.

- Never use tape or any device to mend hose. Replace damaged hose.
- When cleaning the tip, engage the trigger safety lock and carefully remove the tip.
- Relieve the pressure and disable the power; before, servicing any other part of the gun, line or pump.
- All equipment being sprayed must be properly grounded. Spray guns must be grounded through hose connections. Gun ground continuity in hose shall be checked periodically.
- Follow the manufacturer's procedures for flushing the equipment.

## HYDROBLASTING

Hydroblast pumps must be used in strict accordance with the manufacturer's recommended operating instructions, and (PPP-043 Hydroblasting Policy)

- Proper personal protective equipment shall be worn (e.g. Head/Eye & Face, Hand/Respiratory/Body, Hearing and Foot). Eye protection shall include safety glasses with side shields, or impact rated goggle w/ face shield. Foot protection shall include steel-toed (foot fiber-load) rubber boots with full metatarsal cup or guards.
- High pressure gun barrels shall be a minimum of 4 feet long.
- High pressure gun barrels must have a safety shroud a minimum of five feet long.
- High pressure gun barrels must have a safety shroud a minimum of 48 inches long. Use of Shorter gun barrels require prior "Variance" approval of the ESH Department.
- Do not tie back or wedge object to hold trigger In ON position.
- A 36-inch stinger or flexlance guard shall always be used on flexlance or line mining.
- The person controlling flexlance must also control foot pedal. Any exceptions must be approved by a "Variance" through the ESH Department.
- Use of flexlance on high pressure systems is prohibited. All fittings and piping must be stainless steel and rated for the working load and burst pressure in use.
- Cover or de-energize anything electrical in the area.
- Flush entire system prior to installing nozzle.

NOTE: Never direct a water jet stream towards yourself or another person.

- Small, loose objects to be blasted shall never be held by the operator or another person; but, securely held by mechanical means.
- No repairs shall be made while system is pressurized.
- Never leave pressurized system unattended or relocate with system pressurized.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kemy Industrial Service Family of Companies
Code of Safe Practices
DOC# PFP-003

- All high pressure hose connections shall have whip checks rated for 10,000 psi or greater.
- Ultra-High Pressure gun barrels shall be a minimum of 52 inches long, nozzle to shoulder stock.
- Always winterize equipment immediately after use during cold weather (below 40°F) to avoid ice plugging and pump damage or injuries from trying to get ice out of systems.
- New hires shall not be allowed to operate this equipment without Training and certification for Ultra High Pressure, and, assignment to Ultra High Pressure work shall not occur without Division Manager approval.

NOTE: No attachments or modifications to hydroblast pumps or equipment shall be allowed.

## VACUUMING

1.0 Vacuum Equipment must be operated in strict accordance with the manufacturer's recommended operating Instructions, and (PPP-042 Vacuum System Operations)

- Only trained personnel shall operate vacuum loading equipment and supervise the training of new employees.
- A Safety "T" shall be used on all jobs and placed close to the suction end. Any exceptions must be approved through an approved "Variance" by the ESH Department.
- Trust in the operating of the hose (or a designated standby person) must be able to release the vacuum hose. At no time is any part of the body allowed to cover the suction end of the hose.
- The employee operating the hose (or a designated standby person) must be able to visually see the operator of the vacuum hose. At no time is any part of the body allowed to cover the suction end of the hose.
- A safety handle or equivalent control must be attached to the end of the hose.
- All vacuum equipment shall be properly grounded to reduce the risk of static electricity.
- All vacuum equipment shall have its rear wheels properly checked to prevent movement.
- All vacuum equipment must be barricaded.
- Never raise the unit being on firm level ground. Never raise the collector body all the way while it is full.
- Confined space entry procedures are required to enter the collector body.
- HAZWOPER training is required if hazardous materials are present.
- All tests must be taken in low work areas whose flammable products exist, before entering with vacuum equipment, since truck engines can be an ignition source.
- Always refer to an MSDS to know the characteristics of the products to be vacuumed; (e.g. flammable, toxic, corrosive) prior to start of the work.
- (1) twenty pound fire extinguisher must be kept in the cab of the vacuum truck.
- Flame Retardant Clothing (FRC) shall be worn when working with or near flammable or combustible materials, (e.g. coal dust, flammable vapors etc.)
- Unloading of collector body shall occur gradually without any part of the equipment being rapidly or violently shifted.

## HAZARDOUS WASTE MANAGEMENT

If you generate a hazardous waste at your jobsite there are EPA requirements that need to be followed. Hazardous waste laws require that all hazardous waste containers be in good condition and properly labeled. Labels are to be placed on containers as soon as material is placed inside the container. The labels should also be marked with the date of the first day waste was generated. Be certain that hazardous waste containers are covered and closed. Always handle waste containers with care. Ask your supervisor if hazardous waste will be an issue on the job. (follow PFP-008)

### HAZWOPER – Emergency Response

If you discover a hazardous substance release, and are properly trained, there are several things that you should do as a first responder. First you want to identify the chemical. When doing this, maintain a safe distance. Assume the unknown chemical(s) are hazardous and determine if the chemical is a solid, liquid, or gas. Next, evacuate and barricade the area. Inform your supervisor or the proper authorities so they can initiate an emergency response. Remember, during any release of a hazardous material, your own safety must be your first concern.

## LEAD & HEAVY METALS ABATEMENT

Lead and other heavy metals which may often be found in coatings, which may require removal. On heavy metals abatement job, the most important way to protect yourself is to wear the correct personal protective equipment (PPE), practice good personal hygiene, and keep your work area clean. As a worker on a lead or heavy metals project you'll formally complete, and pass a lead and/or heavy metals abatement class. (Trained to PPP-028 and follow site specific plan)

Your PPE shall be inspected and in good condition. Removal of your PPE should take place in designated areas and placed in labeled and covered containers. Never remove your PPE by shaking or blowing. And never eat near contaminated clothing home.

No food, beverage and tobacco shall not be present, or consumed within regulated areas. If you are eating, drinking, or applying cosmetics. Showering is required on at end of your shift.

Periodic medical testing shall be provided to you at no cost; if you are exposed to a lead or other heavy metals at or above a certain level. Exposure monitoring may also be performed. You will be notified of the results of each test.

## SILICA AWARENESS

Silica is the term used when referring to silicon dioxide. Silica is the second most common mineral found in the Earth's crust. Silica exposure at our Company can result from abrasive blasting, sandblasting, cutting, drilling, grinding and chipping on concrete or masonry surfaces. We provide engineering methods to reduce your exposure to silica. These methods include substituting silica with a non hazardous material; building enclosures to contain the silica; using ventilation systems to remove high concentrations of dust; using wetting methods for dust suppression; and employee rotations.

If you are exposed to silica above the PEL, or to unknown concentrations, the Company will provide you with protective clothing, respiratory protection and medical surveillance. Your exposure to silica could be monitored through air sampling on a regular basis.

Having good personal hygiene habits and utilizing properly functioning PPE are the best ways to minimize your exposure to silica. Your respirator will protect you from inhaling silica dusts and protective clothing will keep dust off your skin. You should never bring your protective clothing home, not remove dust by blowing, shaking, or other methods that disperse silica into the air. Always use a HEPA vacuum to remove dust from clothing and other surfaces. Also, never take food, tobacco, or drinks into the silica work area. Remember to wash your hands and face before eating, drinking, smoking or applying cosmetics or skin medications. When provided, use the hygiene facilities and follow the precautions and procedures that accompany them.

## WORKING OVER OR NEAR WATER

When working over or near water, where the danger of drowning exists, you shall be provided with and wear a U.S. Coast Guard approved type life jacket.
- Always wear your life jacket the proper way.
- Remember to inspect your life jacket before and after each use.
- Never wear a damaged life jacket.
- Damaged life vests shall be given to your supervisor and destroyed.
- Check your jobsite for ring buoys and a life saving boat.
- Ring buoys and a boat shall be readily available for rescue operations.
- Buoys shall be equipped with at least 90 feet of rope and spaced not more than 200 feet apart.

Familiarize yourself with the location of all emergency and lifesaving equipment prior to working.

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

## HOUSEKEEPING

Good housekeeping prevents accidents and is a continual process. Please place trash and unwanted material in approved containers and dispose of on a regular basis. All work area's including storage areas and trailers shall be kept neat and orderly. Jobsites shall have designated areas for tools, equipment and supplies. When possible, hang all extension cords, air lines, etc., overhead to eliminate tripping hazards. Never block aisles, walkways, exits, emergency apparatus, or vital equipment in plant operations. Protruding nails in lumber shall be removed or bent. If a spill should occur please clean it up immediately. You are responsible for keeping your work area clean.

## FLAMMABLE / COMBUSTIBLE STORAGE AND HANDLING

In our industry you will work with many chemicals that are flammable. Paints, thinners, solvents, alcohols, and fuel oils are just a few. The difference between a flammable and combustible is it's flash point; however, for this purpose we will just use the term flammable. You can recognize a flammable material by either a red placard with white letters reading "Flammable" or the word on a label. When you store flammable materials, store them in approved metal safety cans in safe locations. Never place flammable inside a room or a building in quantities greater than 25 gallons. When stored in fireproof cabinets flammable materials should not be stored in the same place as other materials are kept. Flammables also cannot be used or stored within 50 feet of any source of ignition.

While working with flammables, ventilation is a must to keep vapors at acceptable levels. Be certain your job has explosive proof equipment when required. When transferring flammables, containers must be bonded and grounded. Always use approved dispensing nozzles or pumps to transfer liquids. Never siphon a flammable liquid. When not in immediate use, flammables must be covered. Use ground cover, or containment to prevent accidental spills. Finally, be sure that all proper signs are posted and that smoking rules are obeyed. (follow/PPP-008 Environmental Management Policy)

## FIRES / EXPLOSIONS

1. Immediately report all fires and explosions per the site procedure.
2. Extinguish small fires, if properly trained; and if, it can be done safely.
3. Learn the emergency number for reporting fires and explosions at your job site.

## INJURY / ILLNESS

1. Report all injuries and illnesses to your foreman or superintendent immediately.
2. Learn the emergency number for the medical attention at your job site.
3. Immediately call for help if someone collapses or is injured.

## EMERGENCY PROCEDURES AND FIRST AID

## HEAT STRESS

Heat exhaustion can occur when you are subjected to hot environments and fail to take in enough fluids, salts, or both. And even worse, this can lead to a life threatening condition known as a heat stroke. Sun stroke or heat stroke happens when the body's internal mechanism fails to regulate its core temperature. At this point, the body stops cooling itself through perspiration and can get rid of excess heat. So, it's critical to recognize when you are suffering from a Heat Stress disorder:
- Heat Cramps - Symptoms are painful spasms in the muscles. Heat cramps are caused when workers consume large quantities of water; but, fail to take in enough salt to replace the salt their body lost through sweating.
- Heat Exhaustion - Symptoms are moist, clammy, pale skin; profuse sweating; extreme weakness or fatigue; dry mouth; dizziness; fast pulse; rapid breathing; muscle cramps and nausea.
- Heat/Sun Stroke - Symptoms are a very high body temperature (104 degrees F or higher); lack of sweat; mental confusion, delirium, or hallucinations; deep breathing and rapid pulse; hot, dry, red or mottled skin; and dilated pupils. Seek medical help at once for this condition.

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 - 01/01/01

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kerry Industrial Services Family of Companies
Code of Safe Practices
DOC# PFP-003

## TIPS FOR PREVENTION OF HEAT RELATED DISORDERS:

- **Acclimatization** - Adjust yourself to the heat through short exposure periods, followed by, longer exposure until your body is accustomed to the heat. It may take 5-7 days of hot weather exposure before the body undergoes changes that make heat more bearable.
- **Drink lots of Water/Liquids** - Replenish the fluid that your body is losing through sweating. Not only water, but critical electrolytes such as sodium, potassium, and calcium are lost through sweating, so consider using electrolyte drinks.
- **Education** - Know the signs and symptoms of heat stress disorders and act quickly!
  Use Your Head - Do not ignore possible symptoms of heat stress disorders. If you feel very hot, dizzy, nauseous or if your muscles cramp, stop and cool off!

## HAZARDOUS MATERIAL RELEASE/SPILL

1. Immediately report all hazardous material releases/spills per the site procedure. (Per PPP-008)
2. Prevent material from discharging to a sewer or waterway.
3. Wear the appropriate protective equipment when responding to spilled/released materials.

## EVACUATION

1. Know the evacuation alarm signals for the site (e.g., horns, whistles, flashing lights.)
2. Select two evacuation routes from the work area.
3. Know your evacuation assembly/staging area.
4. Review evacuation signals, routes and staging areas before job starts and frequently thereafter.

## INSECT STING PREVENTION

Avoid wearing heavy perfumes, colognes or cosmetics that have a strong fragrance when outdoors. Wear light colored clothing, since insects tend to fly toward dark colored objects when angered or frightened. If you are stung, report this to your immediate supervisor. Wrap some ice in a cloth, and apply to the area of the sting. This should reduce the pain and the swelling.

## FIRST AID

The Company does not require any employee to put themselves at risk as a result of rendering first aid. If you choose to help a coworker, the following guidelines should be followed:

- Call for Emergency Assistance (911 or site emergency number).
- Do not move the victim unless he is in imminent danger.
- Stay with the victim and periodically reassure him help has been called.

### INJURY/ILLNESS

**SHOCK**

SIGNS AND SYMPTOMS
1. Pale skin or bluish, cold to touch.
2. Weakness
3. Rapid pulse (over 100)
4. Rate of breathing usually increases; may be labored or deep and irregular.

FIRST AID
1. Keep victim down.
2. Cover just enough to keep him from losing body heat.
3. Get medical help as soon as possible.

**FRACTURES & DISLOCATIONS**

1. Pain and tenderness
2. May have difficulty moving injured part.
3. Obvious deformities - swelling and discoloration

FIRST AID
1. Keep broken bones ends and adjacent joints from moving (splint).
2. Watch for shock.
3. Get medical help.

**HEART ATTACK**

Two principle symptoms:
1. Acute pain in chest, upper abdomen, or down the left arm and shoulders.
2. Extreme shortness of breath

Place victim in comfortable position, usually sitting up. If not breathing, give artificial respiration. If no pulse, administer CPR. Call for medical help. DO NOT give fluids to unconscious victim.

**LOSS OF CONSCIOUSNESS**

1. Unresponsive
1. Absence of pulse and breathing in an unconscious person

Keep victim warm and lying down, body turned on side. Send for medical help. If breathing stops, give artificial respiration. Never give an unconscious person food or liquids.

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kerry Industrial Services Family of Companies
Code of Safe Practices

TEST-003-1

Hazard Communication

SCORE: ☐

Employee Name (print)

1. The Hazard Communication standard is often referred to as the Right to Know standard?
   ☐ True    ☐ False

2. MSDS's are not required on shipping containers provided they are properly labeled?
   ☐ True    ☐ False

3. Right to Know deals with avoiding chemical exposure in the workplace?
   ☐ True    ☐ False

4. A carcinogen (cancer causing agent) would be an example of a physical hazard?
   ☐ True    ☐ False

5. There are two types of chemical hazards. One is physical and the other is chemical?
   ☐ True    ☐ False

6. You will find safe handling precautions on a MSDS?
   ☐ True    ☐ False

7. Health Hazards are either considered acute or short term?
   ☐ True    ☐ False

8. A chronic effect is usually the result of one exposure incident?
   ☐ True    ☐ False

9. One required item on a label is the name of the chemical inside the container?
   ☐ True    ☐ False

10. Copies of MSDS's shall be made available to employees?
    ☐ True    ☐ False

Instructors Signature _____    Date _____

Code of Safe Practices

This Page Intentionally Left Blank!

---

TEST-005-2
Personal Protective Equipment

SCORE:

Employee Name (print) _____

1. PPE shall be inspected before each use. Defective or worn equipment shall not be used and replaced at once.
   ☐ True        ☐ False

2. Safety glasses are only required in certain operations and conditions.
   ☐ True        ☐ False

3. Hard hats shall be worn on all Company projects regardless whether owners require hard hats or not.
   ☐ True        ☐ False

4. The Material Safety Data Sheet (MSDS) can be checked for the type of hand protection to be worn.
   ☐ True        ☐ False

5. You should avoid wearing loose, dangling cloths or hanging jewelry around moving or rotating equipment.
   ☐ True        ☐ False

6. Hard hats may be worn backwards.
   ☐ True        ☐ False

7. You are not responsible for the cleaning and maintenance of your PPE.
   ☐ True        ☐ False

8. PPE should be for its intended purpose and suitable for the working conditions.
   ☐ True        ☐ False

9. It is not required to wear an all leather durable type work shoe. A safety tennis shoe is permitted on Company projects.
   ☐ True        ☐ False

10. Hearing protection must be worn when working around high noise areas.
   ☐ True        ☐ False

Instructors Signature _____        Date _____

Code of Safe Practices

This Page Intentionally Left Blank!

---

## TEST-003-3

## Respiratory Protective Equipment

SCORE:

Employee Name (print)

1. All respirators shall be approved by NIOSH and MSHA?
   ☐ True  ☐ False

2. There are two types of respirators, air-purifying and air-supplied?
   ☐ True  ☐ False

3. Air-purifying respirators offer the most protection?
   ☐ True  ☐ False

4. Oil lubricated-compressors used for breathing air must be equipped with in line filters and a CO monitor?
   ☐ True  ☐ False

5. It is okay to use an air purifying respirator in an oxygen deficient or IDLH atmosphere?
   ☐ True  ☐ False

6. A positive/negative pressure fit test should be done each time an air purifying respirator is put on?
   ☐ True  ☐ False

7. It is okay to wear a respirator with a beard?
   ☐ True  ☐ False

8. You must pass a training class, pulmonary function test, and fit test to wear a respirator?
   ☐ True  ☐ False

9. Your respirator shall be cleaned after each use and stored properly?
   ☐ True  ☐ False

10. Cartridges shall be replaced if you detect an odor, experience dizziness, or have difficulty breathing?
    ☐ True  ☐ False

Instructors Signature _____     Date _____

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

DOC# FPP-003

This Page Intentionally Left blank!

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

DOC# FPP-003

TEST-003-4

Fall Protection

SCORE:

Employee Name (print)

1. The Company requires fall protection 100% of the time when working six (6) feet or more above a lower level?
☐ True    ☐ False

2. If a guardrail system is complete (has handrails, mid-rails, and toe-boards) this will serve as your fall protection?
☐ True    ☐ False

3. It is OK to wear safety belts on *Company Name* projects?
☐ True    ☐ False

4. Always anchor lanyards and lifelines to structure capable of supporting 5000 lbs?
☐ True    ☐ False

5. It is OK to anchor lifelines and lanyards to handrails, only if there's no other anchor point?
☐ True    ☐ False

6. Lifelines and lanyards shall be protected from sharp objects?
☐ True    ☐ False

7. Multiple workers can be attached to a vertical lifeline?
☐ True    ☐ False

8. Fall protection equipment shall be inspected prior to each use?
☐ True    ☐ False

9. Always anchor at or above the "d"-ring in the center of the back?
☐ True    ☐ False

10. It is OK to attach several lanyards together to make a longer lanyard?
☐ True    ☐ False

Instructors Signature _____    Date _____

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Army Industrial Services Family of Companies*

Code of Safe Practices

DOCB PPP-003

This Page Intentionally Left Blank!

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Army Industrial Services Family of Companies*

Code of Safe Practices

DOCB PPP-003

TEST-003-5
Heat Stress

SCORE:

Employee Name (print) _____

1. Heat stress is classified into three related illnesses: heat cramps, heat exhaustion, and heat stroke.
   ☐ True    ☐ False

2. Heat stroke is the least serious of the three types of heat related illnesses.
   ☐ True    ☐ False

3. Heat cramps are characterized by dry, red skin.
   ☐ True    ☐ False

4. Heat exhaustion is when one loses the ability to sweat and cannot cool down.
   ☐ True    ☐ False

5. Heat related illnesses can be prevented.
   ☐ True    ☐ False

6. A person gets a heat-related illness when the body loses its ability to get rid of excess heat.
   ☐ True    ☐ False

7. Heat stroke is the only heat-related illness that requires First Aid and/or medical attention.
   ☐ True    ☐ False

8. Another way to prevent heat related illness is to isolate the heat source (i.e., shut off a machine).
   ☐ True    ☐ False

9. Acclimation, is adjusting yourself to a hot environment through short exposures?
   ☐ True    ☐ False

10. It is OK to disregard possible symptoms of heat stress disorders if it doesn't seem to hot ?
   ☐ True    ☐ False

Instructors Signature _____    Date _____

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DOC# PFP-003

This Page Intentionally Left blank!

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DOC# PFP-003

TEST-003-6
Confined Space

SCORE:

Employee Name (print)

1. Monitoring of a permit required confined space shall include testing of oxygen, flammable levels, and toxins.
☐ True   ☐ False

2. The outside attendant in an emergency may enter a confined space.
☐ True   ☐ False

3. Only the entry supervisor may order an evacuation of a confined space.
☐ True   ☐ False

4. Everyone involved in confined space work must know what to do in the event of an emergency?
☐ True   ☐ False

5. The authorized entrant must read and understand all the precautions noted on the entry permit.
☐ True   ☐ False

6. It is not necessary to have an outside attendant while working inside a permit required confined space.
☐ True   ☐ False

7. A form of communication must be established and maintained between the entrant and attendant while working inside a permit required confined space.
☐ True   ☐ False

8. A confined space permit is no longer valid and immediately canceled when an evacuation or alarm sounds.
☐ True   ☐ False

9. The entrant is responsible for keeping an accurate head count of attendants inside the confined space.
☐ True   ☐ False

10. Never enter a permit required confined space without an entry permit and outside attendant.
☐ True   ☐ False

Instructions Signature _____    Date _____

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

This Page Intentionally Left Blank!

---

**TEST-003-7**
**Scaffolds**

SCORE:

Employee Name (print)

1. All scaffolds shall be inspected before each use.
   ☐ True      ☐ False

2. Additional fall protection is required when working off a scaffold that is missing guardrails.
   ☐ True      ☐ False

3. It is an acceptable practice to climb a scaffold using the cross braces.
   ☐ True      ☐ False

4. The Company permits employees to ride on mobile scaffold provided the scaffold is on a level surface.
   ☐ True      ☐ False

5. Scaffolds shall not be operated or erected near live power lines unless the proper measures have been taken.
   ☐ True      ☐ False

6. Always keep scaffolds free of debris and slippery conditions.
   ☐ True      ☐ False

7. It is not necessary to have a separate fall arrest system while working from a suspended scaffold.
   ☐ True      ☐ False

8. Tools, equipment and materials should be hoisted and lowered from scaffolds by the use of rope, hoist or other means.
   ☐ True      ☐ False

9. Adding unstable objects to a scaffold to provide additional height is prohibited.
   ☐ True      ☐ False

10. Never work off of a scaffold during high winds and storms.
    ☐ True      ☐ False

Instructors Signature _____      Date _____

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Army Industrial Service Family of Companies

Code of Safe Practices

DDCF FPP-003

Code of Safe Practices

This Page Intentionally Left Blank!

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Army Industrial Service Family of Companies

Code of Safe Practices

DDCF FPP-003

**TEST-003-B**

**Lead Abatement**

SCORE: ____

Employee Name (print) _____

1. OSHA has established an allowable level of lead at 100 ug/m3 over an eight-hour period.
   ☐ True    ☐ False

2. If working in an area where lead exposure exists, always wash your hands and face prior to eating, drinking, smoking, or applying cosmetics.
   ☐ True    ☐ False

3. You must be removed from the lead environment when your blood level reaches 10 ug/dl.
   ☐ True    ☐ False

4. Personal hygiene is very important in preventing lead poisoning.
   ☐ True    ☐ False

5. In concentrations below 50 ug/m3, respiratory protection is not necessary.
   ☐ True    ☐ False

6. It is okay to take home lead contaminated clothing, but it must be washed immediately.
   ☐ True    ☐ False

7. As an employee you have no right to exposure monitoring results, unless they're >10 times the PEL.
   ☐ True    ☐ False

8. Do not remove lead dust from protective clothing by shaking or blowing, if co-workers are within 25 ft.
   ☐ True    ☐ False

9. On a lead job, all surfaces shall be maintained as free as practicable of lead dust.
   ☐ True    ☐ False

10. Only tobacco products are permitted to be present or consumed in regulated areas.
    ☐ True    ☐ False

Instructors Signature _____    Date _____

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

Code of Safe Practices

DOC# PPP-003

This Page Intentionally Left blank

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

DOC# PPP-003

TEST-003-9
## Lock Out / Tag Out Test

SCORE:

Employee Name (print)

1. Lock out, tag out, try out, is the complete isolation of energy that may create a risk to the worker?
☐ True    ☐ False

2. The authorized person is one who de-energizes the equipment and re-energizes the equipment?
☐ True    ☐ False

3. The effected employee does not have to apply lock-out devices if his supervisor does?
☐ True    ☐ False

4. If a lock out device is accidentally left on by an employee, they are the only one that can remove the device?
☐ True    ☐ False

5. A danger tag can be used instead of a lock under any given situation?
☐ True    ☐ False

6. Every LO/TO must include the name of the Authorized Person?
☐ True    ☐ False

7. Gravity is not a potential hazardous energy sources?
☐ True    ☐ False

8. Protection in LO/TO is provided when the Client tells the Authorized Person it is safe?
☐ True    ☐ False

9. An effective Lock Out / Tag Out procedure involves the Supervisor, the Authorized Person and the Client Representative?
☐ True    ☐ False

10. Effected employees must understand the types of energy involved, before a Lock Out / Tag Out Procedure is performed?
☐ True    ☐ False

Instructors Signature _____    Date _____

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kemp Industrial Services Family of Companies

Code of Safe Practices

DOCF PFP-003

This Page Intentionally Left Blank!

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Kemp Industrial Services Family of Companies

Code of Safe Practices

DOCF PFP-003

**Attachment 003-A**
**Handbook Orientation Testing Log**

Note: The information contained in the "Code of Safe Practices" Handbook is only a guide to our overall program expectations. It will help support field Supervision in initial orientation of new employees to our program and quickly determine their level of basic Safety understanding of our business. Answers to all questions in the handbook testing can not be found in the handbook, this is by design to identify those areas of training that will naturally require more in-depth training with specific Programs, Policies and/or Procedures.

The Supervisor is expected to review all tests, discuss incorrect answers with the employee to ensure understanding, and log the results in the matrix below. Test scores of 80% or below will indicate the need for more in-depth training from the ESH Program Manual to provide an appropriate level of training required for specific types of work, i.e. Confined Space, Fall Protection, or Lead & Heavy Metals Abatement, etc.

It may not be possible to go through the complete handbook in one setting and finish all testing, so it is expected that the training documentation may remain on the jobsite until completed. Once completed, the Supervisor should make a copy of the documentation for his jobsite file, and send the originals to the Regional ESH Office for filing.

| Subject | Test Date | Testing/Instructor Supervisor | Initial Test Score | Reviewed to 100% "Initial" |
|---|---|---|---|---|
| 1. Hazard Communications | | | | |
| 2. Personal Protective Equipment | | | | |
| 3. Respiratory Protection | | | | |
| 4. Fall Protection | | | | |
| 5. Heat Stress | | | | |
| 6. Confined Space | | | | |
| 7. Scaffolds | | | | |
| 8. Lead Abatement | | | | |
| 9. Lock Out / Tag Out | | | | |

I (Print Name) _____ acknowledge by my signature below that the test answers to the test subjects listed above are my own, that the Instructor has reviewed all incorrect answers with me, and that I understand the training I have received.

| | Signature | Social Security Number | Date |
|---|---|---|---|
| Employee Signature | | | |
| Employee Supervisor (Print) | | | |

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

DUCP PYP-093

This Page Intentionally Left blank!

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies

Code of Safe Practices

DUCP PYP-093

Attachment: 003-B

Receipt, Acknowledgment, & Consent Form

## Substance Abuse Program

I __(Print Name)__ have read and fully understand the Company's Substance Abuse Program and its policies and procedures. Further, I acknowledge that employment or continued employment with the Company or its project is subject to securing acceptable results on any drug screening tests for whatever the reason I was tested. I agree to be subject to future testing in accordance with this policy and understand that refusal to be tested or unacceptable test results subjects me to termination without prior notice.

| Employee Signature | Social Security Number | Date |
|---|---|---|
|  |  |  |

| Employee Supervisor (Print) | Signature | Date |
|---|---|---|
|  |  |  |

## Consent For – Drug & Alcohol Testing

I (Print Name) __ do hereby give my consent to the Company and its authorized medical agent (Medical Review Officer) to collect a urine sample, blood sample, evidential breath test or other approved test and further give my consent to the Company or its authorized agent to forward the sample to an approved medical laboratory for performance of appropriate tests thereon to identify the presence of drugs or alcohol. I furthermore give the authorized laboratory my permission to release the results to the Company and/or Client if required.

| Employee Signature | Social Security Number | Date |
|---|---|---|
|  |  |  |

| Employee Supervisor (Print) | Signature | Date |
|---|---|---|
|  |  |  |

## Receipt Acknowledgment - Employee Safety Handbook

My signature below verifies that I have received my copy of the Company Employee "Code of Safe Practices Handbook", along with orientation and testing on its contents. I shall comply with all the rules in the handbook and any other safety rules and procedures that relate to my job. Additionally, I will contact my Supervisor if I have any questions.

| Employee Signature | Social Security Number | Date |
|---|---|---|
|  |  |  |

| Employee Supervisor (Print) | Signature | Date |
|---|---|---|
|  |  |  |

_Note: This form must be filled out by new employees on the first day of employment and forwarded to the Regional /ESH Office immediately for filing. If there is doubt as to whether this form is already on file, have the employee fill it out again!_

This Page Intentionally Left Blank!

---

## Attachment 003-C
## Employer Medical Referral Form

Company Name:

Employee Name: (Please Print)

Employee Signature _____ Date: _____

Employee S.S.#: _____ Company Authorization Signature:

Reason For

____ D.O.T. Physical     ____ Hearing Test:     ____ Respiratory Qualification

Blood Lead Level and ZPP Testing:     ____ Base-line     ____ Follow-up     ____ Close-Out

All Drug and Alcohol Testing should be submitted on Medical Services Network Form.

Forward this form and test results to the following address, checked in the box below.
Direct questions to the below Substance Abuse Coordinator (Only) at the number indicated.

☐ Check this box for:
Kenny Manta Industrial Services,
P.O. Box 1089
Hammond, IN 46325
(219)-937-8162
Attention: Substance Abuse Coordinator

☐ Check this box for:
Canton, Stine Industrial Services
213 Jones Boulevard - Suite 106
Pottstown, PA, 19464
(215)-728-4800
Attention: Substance Abuse Coordinator

☐ Check this box for:
Genesee Painting Company
G-3080 North Center Road
Flint MI, 46506
(810)-736-0950)
Attention: Substance Abuse Coordinator

☐ Check this box for:
Mansfield Industrial Coatings
1326 West Detroit Blvd. (32534)
P.O. box 8205 Brent Station
Pensacola, FL, 32503
(850)-475-6437)
Attention: Substance Abuse Coordinator

☐ Check this box for:
Kenny Manta Industrial Services,
1411 Gaylord Street
Long Beach, CA, 90813
(562)-595-5151)
Attention: Substance Abuse Coordinator

☐ Check this box for: Other, fill in Address

Designated Alternate Employer Representatives: Regional Manager of Environmental, Safety and Health

Name and Address of Facility Used:

Facility Contact: _____ Phone #: _____

Phone #: _____

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

DOC# FTP-003

This Page Intentionally Left Blank!

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

DOC# FTP-003

Attachment 003-D
Medical Authorization for Respirator Use

Name: _____    Company: _____

SSN: _____    Job Site: _____

Date: _____

_____ Air Purifying Respirator (cartridge)

_____ PAPR (power air purifying respirator)

_____ Supplied Air Respirator (airline or SCBA)
        This type operates in a positive pressure mode, air is supplied to the face piece even when employee does not inhale.

_____ All Types of Respirators

_____ May not wear any respirator

_____    _____
Physician's signature              Date

Please return this form to the employee, so that he may return it to the site supervisor.

The employee must bring this completed form back to the job site to be released to work that requires respiratory.

Copyright Kenny Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Amey Industrial Services Family of Companies

Code of Safe Practices

DOCP PPP-003

This Page Intentionally Left blank!

Copyright Amey Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

---

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
The Amey Industrial Services Family of Companies

Code of Safe Practices

DOCP PPP-003

## Attachment 003-E
## Employee Respirator Fit Test Record

| Employee Name (Print) | | | | Date |
|---|---|---|---|---|

| Social Security Number | | Job Title/Description: | | |
|---|---|---|---|---|

| # | Respirator Selected | Manufacturer | Model # | Size |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

### Conditions Which Could Affect Respirator Fit

| Clean Shaven | | Facial Scarring | |
|---|---|---|---|
| Facial Hair | | Dentures (Absent) | |
| Wrinkles | | Glasses | |

Comments:

| Fit Test | Respirator # (From Above List) | | | |
|---|---|---|---|---|
| | (Place an "X" in box to indicate Test Type and result) | | | |
| | #1 | #2 | #3 | #4 |
| Negative Pressure | | | | |
| Positive Pressure | | | | |
| Irritant Smoke | | | | |
| Pass | | | | |
| Fail | | | | |
| Not Done | | | | |
| Quantitative  >>>>  Indicate Fit Factor # | | | | |

| # | Respirator Assigned | Manufacturer | Model # | Size |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

Comments

| | Acknowledgment of Test Results |
|---|---|
| Employee Signature: | Date: |
| Test Conducted By: | Date: |

Copyright Amey Industrial Services L.L.C. 2001
Revision 0 – 01/01/01

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

This Page Intentionally Left blank!

DOC# FPF-03

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

Code of Safe Practices

Attachment 003-F
Motor Vehicle Report Request Form

The Kenny Industrial Services Family of Companies

## MVR REQUEST FORM

IN ACCORDANCE WITH OUR VEHICLE POLICY, IF YOU ARE OR WILL BE OPERATING ONE OF OUR COMPANY VEHICLES, A COPY OF YOUR MOTOR VEHICLE RECORD MUST BE REVIEWED BY THE SAFETY DIRECTOR.

WE WOULD LIKE YOUR AUTHORIZATION TO OBTAIN A COPY OF THIS REPORT. PLEASE PROVIDE THE INFORMATION REQUESTED AND SIGN THE FORM BELOW. RETURN THIS PAGE TO:

*ESH Regional Manager or ESH Representative*

Company Name: _____

NOTE: PLEASE PRINT LEGIBLY - FORM MUST BE COMPLETE OR INVALID

Exact name on Driver's License: _____

Licensed in the State of: _____

Driver's License Number: _____

CDL License: (Please Circle) Yes / No    Class: ___  Endorsements

Date of Birth: _____

Social Security Number: _____

Division: _____

Supervisor: _____

I certify that all the above information is correct to the best of my knowledge and that [a] Motor Vehicle Report will be obtained by my employer.

Signature: _____    Date: _____

Code of Safe Practices

DOC# FPF-4

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DOC# PP-003

This Page Intentionally Left Blank

---

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
The Kenny Industrial Services Family of Companies
Code of Safe Practices

DOC# PP-003

## Attachment 003-G
## Employee – Program Participation Form

The purpose of this form is to provide every employee the opportunity to express their interest in improving the "Safety Culture" of the Organization by sharing their thoughts and ideas. The information can remain confidential if so desired, and can be sent directly to the Vice President of Environmental, Safety & Health at the address below. (Or it can be handed directly to your Supervisor or a member of the ESH Department to be reviewed and acted upon.

Employee Name (Optional) _____ Phone # _____ Date _____

Company (or Division) _____ Job Site _____

Supervisor's Name (Optional) _____ Division Manager's Name (Optional) _____

Please Check Those That Apply:

☐ Unsafe or Unhealthy Work Environment    ☐ Unreported Near Miss Incident
☐ Suggestion to Policy or Procedure Improvement    ☐ Suggestion for Improved Operating Practices
☐ Unreported Accident or Incident    ☐ Complaint
☐ Harassment or Threat of Violence at Work    ☐ Other:

Please describe your interest or concern:

_____
_____
_____
_____

Please describe ideas for implementation, prevention, or solution:

_____
_____
_____
_____

Where other people involved? _____

If yes, in what way: _____
_____
_____

This form can be mailed directly to: Vice President – Environmental, Safety & Health
Kenny Industrial Services
141 141st Street
Hammond, IN 46327 (219-933-1100)