COMPLAINANT:       Carlos Marroguin

AGAINST:           Coy Watson

DATE:              September 29, 2003

INVESTIGATION DATE:       Began 9/29/03 – Ended 10/13/03

INVESTIGATION COMMITTEE:

- An investigation committee was formed to include:
  1. Cecile Vezinat – Human Resource Manager
  2. Dean Mansfield – Division Manager
  3. Paul Calais – District Safety Manager
  4. Mike LeCoq – Project Manager

WITNESSES:

The investigation committee gathered information from the following by either verbal conversation or written documents:

1. Carlos Marroguin
2. Coy Watson
3. Johnny Crutchfield
4. Sylvia Franco
5. Robert Kimberlin
6. Patrick Lewis

SUMMARY OF CHARGES:

Carlos Marroguin was temporarily assigned to the Hyundai jobsite under the Supervison of Johnny Crutchfield, the Project Manager, and Coy Watson the Job Supervisor. He worked Saturday, Sunday and part of Monday, September 27, 28 and 29, 2003. On September 29, Carlos and his Supervisor Coy Watson had an argument surrounding a 5 in 1 tool. As a result of that argument, Johnny Crutchfield, the Project Manager and Mr. Watson decided they no longer needed Mr. Marroguin on the job and told him to leave and return to the Mobile District office. Mr. Watson escorted Mr. Marroguin to the gate. Carlos Marroguin then went to the general contractor on the job, Rust Engineering, and filed a complaint with Mr. William Bach the HR Manager for Rust. Mr. Bach subsequently relayed the information to Cecile Vezinat, who immediately began an investigation.

For clarification, it must be noted that Carlos Marroguin submitted the complaint in Spanish. He later read the complaint to Cecile Vezinat who typed the statement as he spoke. It was read back to him and he agreed with the statement.

Mr. Marroguin alleges Coy Watson discriminated against him by using racial slurs toward him and threatened him with a knife.

FINDINGS:

- In the matter of the discrimination issue, based on race, we find no merit to that complaint. The request that Mr. Marroguin provide his own 5 in 1 tool is normal practice for painters at our company. The argument that pursued following the request for the tool, while unfortunate, is not a discriminating issue since all painters are required to supply their own 5 in 1 tool.

- In the matter of racial slurs used by Coy Watson toward Mr. Marroguin, we also find no merit. Sylvia Franco, a co-worker of Mr. Marroguin, was standing by both Watson and Marroguin during the encounter. Her statement does not indicate any racial slurs or discriminating remarks. In addition, upon further verbal questioning of Ms. Franco, she denies any racial slurs were used. It should be noted that when Mr. Marroguin was asked who might have witnessed the incident to substantiate his story, he stated no one was within 100'. Ms. Franco's states that she was within 2–3 feet of Watson and Marroguin and witnessed the conversation. The statement of Patrick Lewis substantiates Ms. Franco's presence near the two.

- In the matter of Mr. Marroguin feeling threatened by Mr. Watson with a knife we find no merit. Ms. Franco's statement substantiates that Mr. Watson was using a knife to open a cardboard box, however, she states after opening the box, he closed the knife and put it in his pocket. Mr. Lewis statement does not reflect any threatening acts with the knife from Mr. Watson. Upon further questioning of Ms. Franco, she denies any threatening act of any kind toward Mr. Marroguin. She states Mr. Watson never touched or tried to grab Mr. Marroguin.

As a member of the investigation committee, I am in agreement ___✓___ , disagreement _____
with the findings:

_____
Cecile Vezinat
HR/ESH Manager

As a member of the investigation committee, I am in agreement _____ , disagreement _____
with the findings:

_____
Dean Mansfield
Division Manager

As a member of the investigation committee, I am in agreement ___✓___ , disagreement _____
with the findings:

_____
Paul Calais
Gulf Coast Division Safety Manager

As a member of the investigation committee, I am in agreement ___X___ , disagreement _____
with the findings:

_____
Mike LeCoq
Project Manager – Baton Rouge District

- In the matter of racial slurs used by Coy Watson toward Mr. Marroguin, we also find no merit. Sylvia Franco, a co-worker of Mr. Marroguin, was standing by both Watson and Marroguin during the encounter. Her statement does not indicate any racial slurs or discriminating remarks. In addition, upon further verbal questioning of Ms. Franco, she denies any racial slurs were used. It should be noted that when Mr. Marroguin was asked who might have witnessed the incident to substantiate his story, he stated no one was within 100'. Ms. Franco's states that she was within 2–3 feet of Watson and Marroguin and witnessed the conversation. The statement of Patrick Lewis substantiates Ms. Franco's presence near the two.

- In the matter of Mr. Marroguin feeling threatened by Mr. Watson with a knife we find no merit. Ms. Franco's statement substantiates that Mr. Watson was using a knife to open a cardboard box, however, she states after opening the box, he closed the knife and put it in his pocket. Mr. Lewis statement does not reflect any threatening acts with the knife from Mr. Watson. Upon further questioning of Ms. Franco, she denies any threatening act of any kind toward Mr. Marroguin. She states Mr. Watson never touched or tried to grab Mr. Marroguin.

As a member of the investigation committee, I am in agreement _____, disagreement _____ with the findings:

_____
Cecile Vezin
HR/ESH Manager

As a member of the investigation committee, I am in agreement ____✓____, disagreement _____ with the findings:

_____
Dean Mansfield
Division Manager  VP

As a member of the investigation committee, I am in agreement _____, disagreement _____ with the findings:

_____
Paul Calais
Gulf Coast Division Safety Manager

As a member of the investigation committee, I am in agreement _____, disagreement _____ with the findings:

_____
Mike LeCoq
Project Manager – Baton Rouge District

3

# MANSFIELD INDUSTRIAL

A K2 Industrial Services Company

October 16, 2003

By my signature, I, Carlos Marroguin, give Mansfield Industrial, Inc. permission to release to Rust Constructors any and all information gathered concerning my allegations against Mr. Coy Watson.

_Carlos Marroguin_
Carlos Marroguin

_Glenn Dalton_
Glenn Dalton, Witness

October 16, 2003

4

1029 LA CRETE ROAD  BATON ROUGE, LA 70810  PHONE  225.752.7564  FAX  225.752.2093

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-036

Conflict, Harassment, & Violence In The Workplace Program

## Attachment 036-A
## Conflict / Harassment / Violent Behavior Report

Instructions: This form is to be filled out by the Field Supervisor in as much detail as possible to record any serious conflict, threat or act of violence to, or between employees, customers, or other personnel in the workplace (even if not an employee). Notification must be made to appropriate management as soon as the incident occurs. (PPP-009 will guide the investigation process) (For represented employees, consider contact with Union Representative as appropriate.)

Location of the Incident: **Hyundai, Montgomery, AL**

Date of Incident: **9-29-03**     Time: **2:00** AM / **PM**

Supervisor Making Notification: **William Bach** Time: **4:00** AM / **PM**

Employee Reporting Incident: **(Rust) Carlos Marroquin** Time: **4:00** AM / **PM**

Other Witnesses & Contact Telephone Number:
**Johnny Crutchfield      334-832-5054**
**Sylvia Franco**
**Robert Kimberlin**
**Patrick Lewis**

Description of Incident:

| | |
|---|---|
| Who initiated the incident? | Carlos Marroquin / Coy Watson |
| Who was threatened or attacked? | Carlos Marroquin |
| What is the relationship between the parties? | Employee and Supervisor |
| What was said or done? (Exact words of verbal threat and/or actions) | See statement of Carlos Marroquin |
| Was a tool or weapon used? | N/A See statement of Carlos Marroquin |
| How did the incident conclude? (Actions of Supervisor or others)? | Complaint was filed & investigated |
| Were there any injuries or damage sustained? | NO |
| Other information? (Attach any other documentation) | See attach findings & witness statements |

Supervisor Signature: **Cecile Vezinat**     Date: **10-9-03**
**H.R. Manager**

5

Statement of Carlos Marroguin to Cecile Vezinat 10/6/03:

Montgomery, Alabama, 9/29/03

In the plant of Hyundai of the same location at about 2:00 pm the foreman that everybody else calls Coy, I do not his last name, Start to insult me for the simple reason I'm asking for the scraper 5 in 1. He starting to explain to me that he doesn't care what need or what I'm asking because I was a "f" mexican or dumb mexican and if I was a painter I was suppose to have my own tools. That is the way he feels at that time. Says because he was the boss and he can do anything he wants saying more words with "mf" and "F" insulting my person ever single time more worse than before. Then he touch the word about my race and nationality. That time he has already a knife in his hand and tried to grab me from the hand and take me out of there. Saying I have to go so many times and I have to go all the way down or up where I came from. Then we walked to the exit and I told him we can go to talk with Johnny the other foreman and at the time we get to him, he just shakes his head and told him to take me to the gate. After that we walk to the gate and I walked to the gate, he was behind me and I told him we need to clear that situation with anybody else maybe with one of those at Rust Construction. The foreman he doesn't give me a chance to talk. I tried my best to bring him down (like calm down) but he don't even give me a chance he keep on raising his voice yelling at me to not hear me. Saying I was nobody and saying I way alone in there. Nobody was going to hear me. We walked to the gate, when we crossed the checkpoint he tried to take my ID badge. I told him we need to get help from Rust. He says he don't care what I have to say about and because nobody is going to listen to me again because I wasn't an employee of Rust. I told him one more time that we need to get help from Rust to talk about it. He one more time answered to me with the word "f". I tell him real men make the right thing and if he was a real man, he would come with me into the trailer. He just walked back into the jobsite. I walked to the first aid trailer. When he see me walk into there he walked back in and because he know what he just did is wrong. The first aid trailer send me to the main office to talk to Rust person in charge. The discussion started because I asked for me 5 in 1 to clean up the roller paint that he sent me to do. I thought because he was my foreman he has one with him.

Read-back-to-Carlos.

10-8-03
19 Faxed to Coy for his response. He states Coy his original statement is his rebuttal.
CV

6

#2

Continuación de Pagina 1

Personal de ~~To~~ Rust medijo que no le importaba y que no me iban A hacer caso que porque no trabajaba para Rust. y que yo estaba Solo que nad me hiba a escuchar, le dije que fueramos A hablar con alguien de Rust para aclarar las cosas y me respondio "F" Le grite que si hera pollo porque no quiso Dentrar conmigo a la oficina, talves porque sabia que lo que hacia hera malo, Camino deregreso hac adentro y yo camine a la traila de Primeros auxilios ahí me manda a la oficina para hablar con ustedes Rust Personal o encargados.

La discucion, por llamarle de cualquier manera Empeso Solo por Pedirle una Sen1 para limpiar un roil de Pintura (NaP) pense que Porque hera el Hman el tenia una pero termine en todo esto.

Carlos Marroquin

7

# MANSFIELD INDUSTRIAL, Inc.
1029 LaCrete
Baton Rouge, LA 70810

# FAX

Date: 10-8-03

Number of pages including cover sheet: _____

To:

Attention: Coy Watson

Phone:
Fax Number: 334-215-5073

From:      Cecile Vezinat
Phone:     (225) 752-7564
Fax Number: (225) 752-5765

REMARKS:

Coy,
   Please read and respond to Carlos' statement.

Please Note: The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone at (850) 477-6437.

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-036

Conflict, Harassment, & Violence In The Workplace Program

Attachment 036-C
Witness To Harassment Form

__Michael Coy Watson__                                   __10-2-03__
Witnesses' Name                                                 Date

You have been named as a possible witness to harassment committed against an employee, __Coy Watson__. Please give details of any harassment you have witnessed.

Were you a witness to an incident between Carlos Marroquin and Coy Watson on 9-29-03 at approximately 2:00 p.m.? If so, please describe what you witnessed. I was opening some boxes of lights with my knife. When employees Silvia and Carlos came in the room. At that time they ask me what to do next. I told them to change there ballers because they where going to change colors of paint. Carlos then ask me for a 5+1 tool. I told Carlos he did not need a 5+1 tool he had gloves on, use that. Carlos then stated I need to supply him with a 5+1. I then told him to do it the way I said. He then said no you need to listen to me. I then said no you need to listen to me I'm the boss of the job. He then said you need to listen to me. I then said do it my way or go to the gate. He continue to argue with me. I then said lets go to the gate. Carlos said I going to see your boss your a racest. We then went and talked to Johnny Crutchfield, my boss Carlos told him that I was a racest. Johnny then said take him to the gate. I then escorted Carlos to the front gate. At the front gate, I ask Carlos for his badge. He said I just mite whip your big ass and then put his hand over his badge and ran into the parking lot.

Thank you for your cooperation in this matter. Please keep in mind that this issue is CONFIDENTIAL. DO NOT discuss this with your co-workers either on or off the job.

__Michael Coy Watson__                                   __Paul Celas__
Signature of Witness                                          Interviewer's Signature

Phone number of witness              9

**Mansfield Industrial**

October 2, 2003

Mrs. Cecile Vevinat

Dear Mrs. Cecile;

On 10/2/03, I arrived at the Hyundai Plant in Montgomery, Al at 12:00 PM. I meat with Jonny Cruchfield and explained the reason for this visit. I was to interview four of his employees because of a compliant from a former employee.

I began the first interview in my truck with Sylvia Franco at 1:04 PM. After she wrote her statement, I read it back to her and she then signed it. I then asked her if she witnessed any form of harassment from any one in the company, and she said " No".

I began the interview with Robert Kimberlin at 1:16PM. I read it back to him and he signed his statement. He also stated that he had not witnessed any harassment or racial remarks from anyone in the company.

I began the interview with Patrick Lewis at 1:45PM. I read it back to him and he signed his statement. He also stated that he had not witnessed any harassment or racial remarks from anyone in the company.

Guy Watson gave me his statement and that concluded the interviews.

Sincerely,

Paul Calais
Gulf Coast Safety Manager

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-036

Conflict, Harassment, & Violence In The Workplace Program

---

Attachment 036-C
Witness To Harassment Form

**Witnesses' Name:** Sylvia Franco

**Date:** 10-2-03

You have been named as a possible witness to harassment committed against an employee, **Coy Watson**. Please give details of any harassment you have witnessed.

Were you a witness to an incident between Carlos Marroquin and Coy Watson on 9-29-03 at approximately 2:00 pm? If so, please describe what you witnessed. Me + Carlos want to find out what we needed to do next. Coy told us to wash out the Rollers + we were going to paint in a different color. Carlos ask he for a file and me. Coy said you are a painter you are to have one. He said no you are suppose to furnish me with one. Coy said we don't do that. Then he approached Coy and said you be listen to me. Coy said no you listen to me. I run this job not you. If you don't like it I well take you to the gate. Carlos said again you listen to me. Coy said no. Then Carlos said he wanted to talk to his boss. So Coy took him to Johnny.

P.S. Coy was opening a card board box with a knife. We went we walked up. After he got through he closed the knife and put it in his pocket.

---

Thank you for your cooperation in this matter. Please keep in mind that this issue is CONFIDENTIAL. DO NOT discuss this with your co-workers either on or off the job.

_____ 1:04 pm
Interviewer  10-2-03

_____
Witness (Sylvia Franco)

225-445-2775
Phone number of witness

11

ENVIRONMENTAL, SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-036

Conflict, Harassment, & Violence In The Workplace Program

Attachment 036-C
Witness To Harassment Form

Robert Kimberlin                                           10-2-03
Witnesses' Name                                            Date

You have been named as a possible witness to harassment committed against an employee, Coy Watson. Please give details of any harassment you have witnessed.

Were you a witness to an incident between Carlos Marroquin and Coy Watson on 9-29-03 at approximately 2:00 p.m.? If so, please describe what you witnessed.

WE STARTED WORK AT 0700 HRS CARLOS WAS ABSENT I WAS LOOKING FOR HIM AT 0900 BREAK STILL ABSENT I WAS NOT A WITNESS TO THE "INCIDENT" I HAVE NEVER WITNESSED MR. WATSON USE ANY DEROGATORY OR RACIAL REMARKS IN ANY CONTEXT

Thank you for your cooperation in this matter. Please keep in mind that this issue is CONFIDENTIAL. DO NOT discuss this with your co-workers either on or off the job.

_____ 1:16 pm
                  10-2-03
Interviewer

_____
Witness

225-445-2775
Phone number of witness

**12**

I Johnny Crutchfield on The 9-29-03 I Come in The Room were I had Carlos Marroquin Rolling sheetRock walls and Found Him Just Walking around. I Then Told Him That He needed To Get To work and Get The walls Rolled Because we Had To Have The Walls Done By Thursday. Then on The 9-30-03 about 2 AM Coy & Carlos Came to See me and Coy Said He was going To Take Carlos To The Gate Because He Had Problems Getting Him To Work Then Carlos Said That Coy was Prejudice Because He was Latino. I Then Told Carlos That I Did Not Want To Here That and The Best Thing For Him To Do was To get His stuff and go Back To Mobile. I Have Had Trouble with Him on one other Job in Franklin Ga and also sent Him Back To Mobile

*[signature]*

10-1-03

ENVIRONMENTAL SAFETY & HEALTH PROGRAM
*The Kenny Industrial Services Family of Companies*

DOC# PPP-036

Conflict, Harassment, & Violence In The Workplace Program

Attachment 036-C
Witness To Harassment Form

Patrick Lewis      10-2-03
Witnesses' Name      Date

You have been named as a possible witness to harassment committed against an employee, Coy Watson. Please give details of any harassment you have witnessed.

Were you a witness to an incedent between Carlos Marroquin and Coy Watson on 9-29-03 at approximately 2:00 pm? If so, please describe what you witnessed.

Cory and Carlos was having words back and forward with each other about who was going to listening to who. Cory said that he is the boss and it had to be his way. Carlos said that Cory had to listening to him. Sylvie was about two foot away from Cory and Carlos, I was about 10 to 15 feet away from thim.

Thank you for your cooperation in this matter. Please keep in mind that this issue is CONFIDENTIAL. DO NOT discuss this with your co-workers either on or off the job.

Paul Cales 10-2-03    11:45      Patrick Lewis
Interviewer      Witness

225-445-2775
Phone number of witness

14