## Mansfield Industrial Coatings, Inc.
## Notice of Termination/Separation

Job Site: G.E. Plastics          Job # 33022-009
Employee Name: Patrick Lewis     S.S.# 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
Position: Painter                Last Day Worked: 10-29-03

REASON - (Check if applicable):

| Resigned | ___ Illness |
| --- | --- |
| | ___ Accepted Another Job |
| | ___ Dissatisfied |
| | ___ Gave No Reason |
| | ___ Other: _____ |
| Laid Off | ___ Job Canceled |
| | ___ Reduction in Force |
| | ___ Other: _____ |
| Discharged | ___ Absenteeism |
| | ___ Tardiness |
| | ✓ Poor Performance/Quality of Work |
| | ✓ Insubordination |
| | ___ Safety Violation |
| | ___ Leaving Work Area |
| | ___ Misconduct |
| | ___ Other: _____ |

Comments: (Give details and attach documentation)
Do Not Rehire For No Reason. He is Trouble. Bad Trouble

Recommended Rehire?    Yes    (No)

_____           10-29-03
Employee Signature                Date

[signature]
Supervisor/Foreman    (This Must Be Signed)

1

**EXHIBIT M**

02/11/2003 TUE 10:06 FAX 251+653+1450 Mansfield Mobile

# Mansfield Industrial Coatings, Inc.
## Notice of Termination/Separation

Job Site: _G.E. Plastics_         Job #: _33002_
Employee Name: _Jack Richardson_   S.S.#: _____
Position: _Painter_                Last Day Worked: _12-4-03_

REASON - (Check if applicable):

| | |
|---|---|
| Resigned | ___ Illness |
| | ___ Accepted Another Job |
| | ___ Dissatisfied |
| | ___ Gave No Reason |
| | ___ Other: _____ |
| Laid Off | ___ Job Canceled |
| | ___ Reduction in Force |
| | ___ Other: _____ |
| Discharged | ✓ Absenteeism |
| | ___ Tardiness |
| | ___ Poor Performance/Quality of Work |
| | ___ Insubordination |
| | ___ Safety Violation |
| | ___ Leaving Work Area |
| | ___ Misconduct |
| | ___ Other: _____ |

Comments: (Give details and attach documentation) _____

Recommended Rehire?    (Yes)    No

_____          _12-9-03_
Employee Signature               Date

_____
Supervisor/Foreman    (This Must Be Signed)

2

12/09/2003 TUE 11:32 FAX 251+6   +450 Mansfield Mobile → Pcola pa    @002/004
Case 2:06-cv-00497-WKW-SRW    Document 36-25    Filed 07/02/2007    Page 3 of 5
12/09/2003  11:13    3348325058    MANSFIELD    PAGE 04

02/11/2003 TUE 10:06 FAX 251+853+1450 Mansfield Mobile

## Mansfield Industrial Coatings, Inc.
## Notice of Termination/Separation

Job Site: G.E. Plastics    Job # 33002
Employee Name: Nathaniel Lence    S.S.#
Position: Painter    Last Day Worked: 12-4-03

REASON - (Check if applicable):

| Resigned | ___Illness |
| | ___Accepted Another Job |
| | ___Dissatisfied |
| | ___Gave No Reason |
| | ___Other: |
| Laid Off | ___Job Canceled |
| | ___Reduction in Force |
| | ___Other: |
| Discharged | ✓ Absenteeism |
| | ___Tardiness |
| | ___Poor Performance/Quality of Work |
| | ___Insubordination |
| | ___Safety Violation |
| | ___Leaving Work Area |
| | ___Misconduct |
| | ___Other: |

Comments: (Give details and attach documentation) _____

Recommended Rehire?    Yes    No

Employee Signature    Date: 12-9-03

Supervisor/Foreman    (This Must Be Signed)

3

## Mansfield Industrial Coatings, Inc.
## Notice of Termination/Separation

Job Site: **Hyundai**    Job #: **33026.005**
Employee Name: **William Ragland**    S.S.#: **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**
Position: **Painter**    Last Day Worked: **12-26-03**

REASON - (Check if applicable):

| | |
|---|---|
| Resigned | ___ Illness |
| | ___ Accepted Another Job |
| | ___ Dissatisfied |
| | ___ Gave No Reason |
| | ___ Other: _____ |
| Laid Off | ___ Job Canceled |
| | ___ Reduction in Force |
| | ___ Other: _____ |
| Discharged | ___ Absenteeism |
| | ___ Tardiness |
| | ✓ Poor Performance/Quality of Work |
| | ___ Insubordination |
| | ___ Safety Violation |
| | ___ Leaving Work Area |
| | ___ Misconduct |
| | ___ Other: _____ |

Comments: (Give details and attach documentation) _____

Recommended Rehire?    Yes    (No)

Employee Signature [signed]    Date: 12-26-03

Supervisor/Foreman    (This Must Be Signed)

# Mansfield Industrial Coatings, Inc.
## Notice of Termination/Separation

Job Site: Hyundai    Job # 33030
Employee Name: Ervin Jaruel    S.S.#
Position: Painter    Last Day Worked: 11-15-03

### REASON - (Check if applicable):

| | |
|---|---|
| **Resigned** | ___ Illness <br> ___ Accepted Another Job <br> ___ Dissatisfied <br> ___ Gave No Reason <br> ___ Other: _____ |
| **Laid Off** | ___ Job Canceled <br> ___ Reduction in Force <br> ___ Other: _____ |
| **Discharged** | ___ Absenteeism <br> ___ Tardiness <br> ___ Poor Performance/Quality of Work <br> ___ Insubordination <br> ___ Safety Violation <br> ___ Leaving Work Area <br> ___ Misconduct <br> ✓ Other: Could Not Pass Drug Test |

Comments: (Give details and attach documentation) _____

Recommended Rehire?    (Yes)    No

Employee Signature: [signature]    Date: 12-1-03

Supervisor/Foreman    (This Must Be Signed)

5