# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| FEPA | |
| X EEOC | |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| Mr. Patrick Lewis | (334) 875-5472 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 113 Furniss Avenue | Selma, Alabama 36701 | 11/11/1966 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Mansfield Industry Coating Corporation | More than 50 | (225) 752-7564 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 1029 La Crete | Baton Rouge, LA 70810 | Parish |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| K2 Industrial Services, Inc. | (312) 645-7770 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 414 N Orleans | Chicago, Illinois 60610 | Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
September 2003–November 2003

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHMENT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

Date 2/12/04    *Patrick D. Lewis*
Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

1

**EXHIBIT N**

January 13, 2004

EEOC

Particulars:

    I have talked on the telephone with Sylvia in Mansfield's Corporate Human Resources Department on several occasions about what has happened with me on the job. I have consistently complained about racial problems and repeated failures by the Superintendent to follow the rules at work in accordance with the handbook. I complained about these things around the 17th or 18th of October 2003 and complained in late November 2003. I contacted the corporate office only after repeated complaints to the Superintendent and Foreman fell on deaf ears. Also, the Superintendent and Foreman are part of the racial problem.

    Superintendent Johnny Crutchfield told me he was transferring me. When I asked him why he replied that he was getting rid of the buzzard painter. I told him that a buzzard was black bird and I am black. He then said yes, the buzzard painter. I am more than offended that he can make these racist remarks and that no one does anything when I complain. The word nigger is used freely by some of the whites at the job site and the Superintendent condones it. I have been referred to as an arrogant nigger. I am offended, embarrassed and hurt by such behavior.

    I was fired not long after I complained. There is a white man named Robert who curses people out, gets drunk and goes to work and says racist things with the knowledge of Superintendent Johnny Crutchfield. Why is he still with Mansfield Industrial? Why was I fired? There are other instances where I know that blacks and I are treated unfair while are white counterparts are treated better. I believe I have been discriminated against on the basis of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

Truly, *Patrick D. Lewis*

Patrick Lewis

2

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | 130-2004-02045 |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Jack Richardson | (205) 247-5793 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2449 Rutherford Circle | Duncanville, Alabama 35456 | 02/20/84 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Mansfield Industry Coating Corporation | More than 50 | (225) 752-7564 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1029 La Creter | Baton Rouge, LA 70810 | Parish |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| K2 Industrial Services, Inc. | (312) 645-7770 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 414 N Orleans | Chicago, Illinois 60610 | Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)         LATEST (ALL)
September 2003-December 2003

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**SEE ATTACHMENT**

MAR 12

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

Date 2/17/04    *Jack Richardson*
Charging Party (Signature)

EEOC FORM 5 (Test 10/94)

EEOC Particulars for Jack Richardson:

I was treated unfairly because I was friendly with black people on the job at GE. I started working in January 2003 but I did not have benefits as of November 2003. I was promised benefits after 90 days. I also did not get the raise I was promised after 90 days. I wasn't given a raise until around the beginning of November 2003. Other white guys who got paid for show up time, but me and the black guys were not paid our show up time.

I did not agree with the racist talk about black people and Mexicans at the job and expressed my displeasure with it in a letter to the corporate office in November 2003. While on the job, I have been told that I should not let black guys ride with me because they would get dirt and grease in my car. Some of the other white guys get together and say racist stuff and I don't want any part of it. A foreman and a superintendent take part in this racist stuff. The black guys get in trouble for doing things and when the white guys do the same things they let it slide. I was fired about a week or two before Christmas.

I was fired or retaliated against for telling what's going on. I was retaliated against because I complained of racial discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.



# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

[ ] FEPA
[ ] EEOC

_____ and EEOC
*State or local Agency, if any*

| | |
|---|---|
| NAME (Indicate Mr., Ms., Mrs.) Mr. Nathaniel Lamar | HOME TELEPHONE (Include Area Code) (334) 874-6530 |
| STREET ADDRESS 127 Felix Road | CITY, STATE AND ZIP CODE Selma, Alabama 36701 | DATE OF BIRTH 08/06/1958 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME Mansfield Industry Coating Corporation | NUMBER OF EMPLOYEES, MEMBERS More than 50 | TELEPHONE (Include Area Code) (225) 752-7564 |
|---|---|---|
| STREET ADDRESS 1029 La Crete | CITY, STATE AND ZIP CODE Baton Rouge, LA 70810 | COUNTY Parish |

| NAME K2 Industrial Services, Inc. | | TELEPHONE NUMBER (Include Area Code) (312) 645-7770 |
|---|---|---|
| STREET ADDRESS 414 N Orleans | CITY, STATE AND ZIP CODE Chicago, Illinois 60610 | COUNTY Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
Sept. 2003 - Dec. 4, 2003

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHMENT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

Date 2-16-04    *Nathaniel Lamar* Charging Party (Signature)

EEOC FORM 5 (Test 10/94)

I Nathaniel Lamar, testify about the week before July 4, 2003, was told by my lead men that if I wasn't going to work all day on Friday I could go home and come back on Monday. I came to work on Monday and was sent back home for two days without pay. I have witness.

The next time round about August 6, 2003, I was sent to work on the other side along with one more person, and was told not to go back until he come and got me. That was leading up to the weekend. So next Monday I went back to the other side to work for two hours and Johnny left for the day about 9:30 a.m. Then the two lead men call me to the office and ask what I was doing down there. I told them what the other man said. Then I was sent home for two days without pay. I would go to work from Selma to Burkville 37 miles one-way and then be turned around because of rain or if it looks like it's going to rain. But the white guys will be down at the break room and they will get show-up time but the black men wouldn't get it. I do not think its fair.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

☐ FEPA
☐ EEOC

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| Mr. William Ragland | (334) 875-0807 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 1522 Plant Street | Selma, Alabama 36701 | 11/15/1961 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME Mansfield Industry Coating Corporation | NUMBER OF EMPLOYEES, MEMBERS More than 50 | TELEPHONE (Include Area Code) (225) 752-7564 | |
|---|---|---|---|
| STREET ADDRESS 1029 La Crete Services, Inc. | CITY, STATE AND ZIP CODE Baton Rouge, LA 70810 | | COUNTY Parish |
| NAME K2 Industrial Services, Inc. | TELEPHONE NUMBER (Include Area Code) (312) 645-7770 | | |
| STREET ADDRESS 414 N Orleans | CITY, STATE AND ZIP CODE Chicago, Illinois 60610 | | COUNTY Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] AGE
[X] RETALIATION   [ ] NATIONAL ORIGIN   [ ] DISABILITY   [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL)

Sept. 2003 -- Dec. 20, 2003

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHMENT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

Date 2-17-04   *William A. Ragland*
Charging Party (Signature)

EEOC FORM 5 (Test 10/94)

I started working with this company (Mansfield Industrial Coating) around the middle of March 2003. I worked the first seven months at the G.E. Plant in Burksville, Alabama. During those seven months a lot of racial incidents happened. Our Superintendent Johnny Krutchfield and our supervisor Michael "Cory" Watson were involved in those incidents. There were two crews at the G.E. Plant one crew mostly black at plant 5 and another mostly white at plant one or two. We caught a ride in with everyday he worked on the other end plant one or two. So is he missed a day we would have to catch a ride or we would call in to the office and let them know we were going to be late or we didn't have a ride. This on incident happened when Jack didn't show up and we couldn't catch a ride we all called in and told Johnny we couldn't make it. So the next morning when we got to work Johnny Krutchfield came in the break area he called all of us together for a meeting he said "I'm tired of this damn shit I miss a day, everybody miss a day he said from now on no more excuses doctor excuse nothing if you miss another day you might as well find you a job closer to home you will no longer work for Mansfield now I'm going down in the other end and have the same meeting with them. We already knew he was talking to us blacks because we were the only ones that had missed the day before that morning. So that evening we asked Jack Richardson when we all got in the car Nathaniel Lamar, Ervin Tarver and myself "did Johnny Krutchfield come and have a meeting with you all he said no we all witnessed one incident where Johnny Krutchfield told Johnny Reid if Rolo Covin comes in late send him home. Then he said from now on if anybody comes in late or miss a day and don't call in will be sent home for a day. Well Rolo Covin (a black guy)

8

came a few minutes late and was sent home on that same Jack Richardson didn't come in or call. So Johnny Reid said when Jack come in tomorrow I'm going to send him home. The next when Jack Richardson (a white guy) came in they put him straight to work no question asked. Rolo Covin was really upset. He said man they doing it in my face (letting the white guy work after they said they were going to send him home. Johnny Reid told us the only time we could smoke was on our 9:00 break our 12:00 lunch and our 3:00 break but when we would go the restroom. We would see some of the white guys over in the break area smoking sometimes Johnny Reid (also a white supervisor) would be standing over in the break smoking with them. There was another incident where me and Ervin Tarver we on 6 foot ladder spot priming and Michael Watson (a white supervisor) was standing over us and I pointed out to Ervin I said man he's over here watching us I said to Ervin look at those people sitting down doing nothing (white people our crew members) that's when Ervin said Cory you're standing over watching you need to be find those people over there sitting down something to do. That's when he moved. Didn't none of us blacks guys have insurance that worked at plant 5. Rolo Covin and Jack Richardson they worked at plant 1 or 2 they didn't have insurance either which was a concern for all of us because we worked around a lot of poison gases and chemicals. Another incident we were working on a silo, which was right next to a part on the plant that released carbon monoxide into the air. Before we when in that area G.E. Safety gave us a class on carbon monoxide. After the glass they gave us 1 monitor and told us if that monitor went off come down at once don't hesitate because that monitor is letting us know carbon

9

monoxide is in the air. We (myself, Ervin Tarver and Nathaniel Lamar) worked on this silo a few days. On one day the monitor going off pretty regular so we kept coming down. They told us to go to the break room when the monitor goes off until the air was clear. We were back to the silo when Johnny Reid asked why were we coming down so much we told the monitor was going off. He said (the next time it goes off turn your head the other way) which we all knew that wasn't right because we all know carbon monoxide can kill you. We all have been through something, seen something, heard something or saw something. I told Ervin and Nathaniel on day I said "man everyday I get in this car going to work I wish I getting in the car to come home. Most of the meetings we had were threatening you couldn't even ask a question without them saying something like if you don't like it go to the gate don't come back etc. Another incident on Friday some of the black guys at plant 5 needed to get off all little early to go pay bills Johnny Krutchfield said "anybody leave early don't come back Monday. So we didn't go but when we got off that evening Jack Richardson said, "I thought you all were leaving early" we told him what Johnny said and he said that ain't right. We said what are you talking about Jack said Johnny let Earl and Jeff, two white guys go home early they left at 12:00. They came back the following Monday and went to work well all of the guys that are on this suit have been fired or laid off from this company. I was the last to go I got fired for no reason. When I went through the channels for filing my unemployment compensation The Department of Labor in Georgia said this company wasn't showing my wages for the 2nd or 3rd quarter so I had to call the Department of Labor in Alabama they couldn't pull it up

so I had to take 2 of my check stubs to the employment office here in Selma and have them take copies of my check stubs and fax them to the department of labor. So I don't know what was going on there. I wrote them a four page on how I was fired. They called me and asked me if there was any other reason I could consider for one being fired I told them only reason I could think of was retaliation of this lawsuit.

Another thing I noticed, we didn't get show-up time if it rained us out at G.E., but we got show-up time at Haundi. There have also been time when they would let the white guys get overtime and the blacks guys wouldn't know about it until we got back to work on Monday.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Ralo Colvin | (334) 875-1158 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 770 B Circle Drive | Selma, AL 36701 | 11/02/76 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Mansfield Industry Coating Corporation | More than 50 | (225) 752-7564 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1029 La Crete | Baton Rouge, LA 70810 | Parish |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| K2 Industrial Services, Inc. | (312) 645-7770 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 414 N Orleans | Chicago, Illinois 60610 | Cook |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ AGE
☒☒ RETALIATION ☐ NATIONAL ORIGIN ☐ DISABILITY ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL)
March 2003–December 2003

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

SEE ATTACHMENT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

Date 4-20-04   Charging Party (Signature) /s/ Ralo A. Colvin

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

Particulars of Ralo Colvin:

On March 17, 2003, I was hired as a painter making $10.00 per hour. I was a painter but not a journeyman painter. I was hired to work at Plant 2. At the time of hire, I had certification to spray industrial and work a forklift. I was primarily a brush painter and was told after 90 days I would get a $1.00 raise. I was put up high to paint many times. At least two white males who I worked with had the same position and made more money per hour than me. Johnny Reid, white supervisor, asked a white male to go up high and the white male replied, "I thought that's what ya'll hired the niggers for." This white male was not disciplined.

About October 2003 to November 2003, another white male and myself came to work late on a couple of occasions. I had already informed my supervisor that I would run a little late because I had another job and he was Ok with it. The white male would not get disciplined but I would be made to go home. I was sent home about four times between October and November 2003. After 90 days, I requested a raise and was not given a raise. I never got a raise. Whites were not written up when they refused to go up high or clean their paintbrushes.

Whites got raises and insurance. I was laid off November 5, 2003. That Sunday I was called back out to work. December 14, 2003, I was laid off again.

I got insurance papers finally in December 2003. The word "nigger" was openly used in front of the supervisor and even the superintendent. At Plant 2, where most of the whites were assigned, it was laid back. There was more work at Plant 5, which is where most blacks were assigned. The white supervisor once told me that Patrick, a black painter, was "on a monkey pill" and "on his way out."

I believe I was discriminated and retaliated against on the basis of my race, Black, in violation of the Civil Rights Act of 1964, as amended.

*/s/ Ralo J. Colvin*

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | 130-2004-02047 |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Ervin Tarver | (334) 419-1362 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2811 Earl Goodwin Parkway, Apt. 44 | | 12/02/1963 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME Mansfield Industry Coating Corporation | NUMBER OF EMPLOYEES, MEMBERS More than 50 | TELEPHONE (Include Area Code) (225) 752-7564 |
|---|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1029 La Crete | Baton Rouge, LA 70810 | Parish |

| NAME K2 Industrial Services, Inc. | | TELEPHONE NUMBER (Include Area Code) (312) 645-7770 |
|---|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 414 N Orleans | Chicago, Illinois 60610 | Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)     LATEST (ALL)
Sept. 2003 - Nov. 2003

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHMENT

MAR 1 2 2004

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 2-13-04   Charging Party (Signature) [signed]

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

14

I Ervin Tarver declare that statements below are true. I witness many instances of discrimination while working with Mansfield (Kenny Industries) or K2. On February 28, 2003 Johnny Crutchfield promised me a foreman position he then in turn hired Corey Watson (a white man) whom had no painting experiences and was given the position as foreman when hired. I have been painting for eighteen years and had been employed by Mansfield for six or seven months. Johnny told Corey if any problems with painting should arise to come to me.

The company manual states that at the end of six months all employees are eligible for insurance. During the second week of July 2003 a white employee (Earl Souse) told me that he had his insurance at the time I had been with the company for ten months was never offered insurance. They are other statements from other employees about instances of discrimination that we all have witnessed.

[handwritten annotation: "no it doesn't"]

[stamp: MAR 1 2 2004]

15