IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Patrick Lewis, Jack Richardson, Nathaniel Lamar, William Ragland, Ralo Calvin & Ervin Tarver, ) ) ) ) | |
| Plaintiffs, ) | Case No. |
| v. ) | 2:06CV497-SRW |
| K2 Industrial Services, Inc. and Mansfield Industrial, ) ) ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW K2 Industrial Services, Inc. ("K2"), a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Mansfield Industrial, Inc. | subsidiary of K2 |
| Cannon Sline Industrial, Inc. | subsidiary of K2 |
| Manta Industrial Services, Inc. | subsidiary of K2 |
| KM Plant Services, Inc. | subsidiary of K2 |
| KM Industrial Services, Inc. | subsidiary of K2 |

Date: July 3, 2007

                                     /s/ Haley A. Andrews
                                       One of the Attorneys for Defendant
                                       K2 Industrial Services, Inc.

OF COUNSEL:
William H. King, III (KINGW5426)
Natasha L. Wilson (WILSN6654)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 3rd day of July 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Collins Pettaway
CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, LLC
One Union Street
Post Office Box 1200
Selma, Alabama 36701
cpettaway@csspca.com

                                       /s/ Haley A. Andrews
                                       Of Counsel