IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK LEWIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-497-WKW |
| | ) | |
| | ) | |
| K2 INDUSTRIAL SERVICES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the defendant K2 Industrial Services, Inc.'s Motion for Summary Judgment (Doc. # 36), it is ORDERED that plaintiff shall file a RESPONSE **on or before August 9, 2007.** The defendant may REPLY **on or before August 23, 2007.**

DONE this 19th day of July, 2007.

      /s/   W.  Keith Watkins
      UNITED STATES DISTRICT JUDGE