IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PATRICK LEWIS, et al.,** | ] |
| **Plaintiffs,** | ] |
| v. | ] Case No.: CV 06-497-WKW |
| **K2 INDUSTRIAL SERVICES, INC.,** | ] |
| **Defendants.** | ] |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

**COMES NOW**, counsel for Plaintiffs, Hon. Collins Pettaway, Jr., and submits the following pursuant to the Pre-trial Order of the Court:

1. The counsel for the parties met as required by the court face to face in the office of counsel for defendant in Birmingham, Alabama and discussed settlement for approximately one hour and a half. No settlement was reached. The parties agreed that mediation was not foreclosed, but mediation could not be accomplished until more discovery is done to ascertain various claims of monetary damages by the plaintiffs that are disputed by the defendants, such as rates of pay at time of hire and other benefits paid to other employees.

Respectfully submitted,

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.

/s/ Collins Pettaway, Jr.
Collins Pettaway, Jr.(PETTC9796)
Attorney for Plaintiffs
Post Office Box 1290
Selma, Alabama  36702-1290
(334) 875-9264

/s/ Byron R. Perkins
Byron R. Perkins
THE COCHRAN FIRM
505 North 20th Street, Suite 825
The Financial Center
Birmingham, Alabama  35203
(205) 244-4115

**CERTIFICATE OF SERVICE**

This is to certify that I have on this the 30th day of July 2007, electronically field the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon counsel of record:

Hon. Haley A. Andrews
Hon. William H. King
Hon. Natasha L. Wilson
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200

/s/ Collins Pettaway, Jr.
OF COUNSEL