IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**PATRICK LEWIS, et al.,**

    Plaintiffs,

Vs.                                          Case No.: CV 06-497-WKW

**K2 INDUSTRIAL SERVICES, INC.,**

    Defendants.

_____/

## PLAINTIFFS COUNSEL'S MOTION FOR EXTENSION OF TIME

Comes now counsel for the plaintiffs and request the court to allow an additional three (3) working days to respond to the defendant's motion for summary judgment. As grounds, counsel submits as follows:

1. This case involves 6 plaintiffs, two of which are currently living and working out of town and one out of the state.

2. Counsel was unable to meet with his clients this past week, as he was ill and not able to complete the response to the defendant's motion for summary judgment.

3. Counsel request an additional three (3) working days to complete the response.

4. Defendant will not be prejudiced by the addition as the corresponding amount of time could be allowed accordingly.

5. Opposing counsel has been contacted and counsel is awaiting a response.

WHEREFORE, counsel for plaintiffs request the court to allow an additional three (3) working days to allow counsel to respond to the defendant's motion for summary judgment.

Respectfully submitted,

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.

/s/ Collins Pettaway, Jr.
Collins Pettaway, Jr.(PETTC9796)
Attorney For Plaintiffs
P. O. Box 1290
Selma, AL  36702-1290
(334) 875-9264

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 9th day of August 2007, electronically field the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon counsel of record:

Haley A. Andrews
William H. King
Natasha L. Wilson
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL  35203-3200

/s/ Collins Pettaway, Jr.
OF COUNSEL