IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-497-WKW |
| ) | |
| ) | |
| K2 INDUSTRIAL SERVICES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the plaintiff Patrick Lewis' Motion for Extension of Time to File Response/Reply (Doc. # 47), it is ORDERED that motion is GRANTED. The plaintiff shall file a RESPONSE **on or before August 14, 2007.** The defendant may REPLY **on or before August 28, 2007.**

DONE this 9th day of August, 2007.

                /s/ W. Keith Watkins
                UNITED STATES DISTRICT JUDGE