## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**PATRICK LEWIS, et al.,**

     Plaintiffs,

Vs.                                       Case No.: CV 06-497-WKW

**K2 INDUSTRIAL SERVICES, INC.,**

     Defendants.

_____/

### MOTION FOR LEAVE TO FILE RESPONSE

Come now the plaintiffs, by and through their undersigned counsel, and petition the court to grant them leave to file their response to defendants' motion for summary judgment.  As grounds:

1. Plaintiffs' counsel requested an extension to file said response until August 14, 2007 due to illness and the Court was gracious and granted the request.

2. Plaintiffs' counsel experience an unexpected malfunction with his office's scanner and thought the matter would be corrected after hours so the response could be filed late on August 14th.  However, the problem did not get corrected and counsel had to make other arrangements, which caused a delay until the next day, August 15th.

WHEREFORE, counsel prays that the court will allow the filing of the response one day after it was due.

Respectfully submitted,

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.

/s/ Collins Pettaway, Jr.
Collins Pettaway, Jr.(PETTC9796)
Attorney For Plaintiffs
P. O. Box 1290
Selma, AL  36702-1290
(334) 875-9264

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 15th day of August 2007, electronically field the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon counsel of record:

Haley A. Andrews
William H. King
Natasha L. Wilson
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL  35203-3200

/s/ Collins Pettaway, Jr.
OF COUNSEL