IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**PATRICK LEWIS, et al.,**

    Plaintiffs,

Vs.                                             Case No.: CV 06-497-WKW

**K2 INDUSTRIAL SERVICES, INC.,**

    Defendants.
_____/

### PLAINTIFFS' RESPONSE AND OPPOSITION
### TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    Come now the plaintiffs, by and through their counsel, and pursuant to FRCP Rule 56, responds and opposes the defendants' motion for summary judgment. As grounds, plaintiffs' submit the following to the Court.

1. There are genuine issues of material facts present and defendant is not entitled to judgment as a matter of law.

2. Plaintiffs rely on the attached Brief in Opposition to Defendants' Motion For Summary Judgment.

3. Plaintiffs rely upon the attached exhibits in opposition to the defendants' motion for summary judgment.

4. Plaintiffs rely upon, as referenced in their Brief, the pleadings, defendants' motion and exhibits already filed in this case.

WHEREFORE, plaintiffs pray that the motion filed by the defendants be denied.

                                                           Respectfully submitted,

        CHESTNUT, SANDERS, SANDERS,
        PETTAWAY & CAMPBELL, L.L.C.

        /s/ Collins Pettaway, Jr.
        Collins Pettaway, Jr.(PETTC9796)
        Attorney For Plaintiffs
        P. O. Box 1290
        Selma, AL  36702-1290
        (334) 875-9264

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this the 14th day of August 2007, electronically field the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon counsel of record:

Haley A. Andrews
William H. King
Natasha L. Wilson
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL  35203-3200

        /s/ Collins Pettaway, Jr.
        OF COUNSEL