IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**PATRICK LEWIS, ET AL.**

    Plaintiffs,

Vs.                                          Case No. 2:06-CV-497

**K2 INDUSTRIAL, INC., ET AL.**

    Defendants.
_____/

**PLAINTIFFS' EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Come now the plaintiffs, by and through counsel, and submit as follows:

**Exhibit One** – List of Disputed Facts

**Exhibit Two** – List of Uncorroborated Facts

**Exhibit Three** – Determinations from EEOC finding cause to believe discrimination took place.

**Exhibit Four** – Statements of Patrick Lewis and EEOC charges with statements and EEOC affidavit.

**Exhibit Five** - Statements of Jack Richardson with confidential complaint and EEOC charges with statements and EEOC affidavit.

**Exhibit Six** - Statements of Ralo Colvin and EEOC charges with statements and EEOC affidavit.

**Exhibit Seven** - Statements of William Ragland and EEOC charges with statements and EEOC affidavit.

**Exhibit Eight** - Statements of Nathaniel Lamar and EEOC charges with statements and EEOC affidavit.

**Exhibit Nine** - Statements of Ervin Tarver and EEOC charges with statements and EEOC affidavit.

**Exhibit Ten** – Group Health Insurance letter and Employee Benefits Review sent to Ralo Colvin. (Helps to shows relationship of defendants)

Respectfully submitted,

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.

/s/ Collins Pettaway, Jr.
Collins Pettaway, Jr.(PETTC9796)
Attorney for Plaintiffs
P. O. Box 1290
Selma, AL  36702-1290
(334) 875-9264

**CERTIFICATE OF SERVICE**

This is to certify that I have on this the 14th day of August 2007 electronically filed with this Court using the CM/CMF efiling system which will send notification upon all counsel of record.

/s/ Collins Pettaway,Jr.
OF COUNSEL