LIST OF DISPUTED FACTS

a. When hired, every employee receives and is trained on a "Code of Conduct and Safe Practices: Employee Handbook". - disputed by the deposition testimony of each Plaintiff.

b. Plaintiffs Jack Richardson and Nathaniel Lamar were fired for absenteeism and tardiness. - disputed by the facts that Plaintiff Jack Richardson (W/M) was constantly late or absent and was only disciplined when he refused to disassociate himself with the African American Plaintiffs, who were immediately disciplined or warned on each occurrence of an absence or tardy.

c. Plaintiffs Colvin, Ragland, Lamar and Tarver never complained to an employee of Mansfield about discriminatory acts - disputed by the deposition testimony of Colvin, pp. 144-147, Lamar, pp. 57-62, 70-73, 84-87, 127-129, 133-134, and Ragland pp. 226-228 and Tarver p.106 for never being trained or told to report such conduct.

PLAINTIFF'S EXHIBIT ONE

d. Plaintiff Lewis was fired for insubordination – disputed by the fact that Johnny Crutchfield, Robert Kimberlin and Corey Watson cursed out Johnny Reed and were not fired. See deposition of Patrick Lewis pp. 81 – 86.

e. Plaintiff Colvin was laid off due to a reduction in work force (lack of work) – disputed by Colvin's deposition pp. 157-159, showing that he had contacted an attorney, then laid off.