LIST OF UNCORROBORATED FACTS

a. Defendant claims that K2 is not a proper party, as it does not exercise such control over Mansfield that the two corporations are the same entity. K2 and Mansfield are not a single employer for purpose of Title VII, 42 U.S.C. § 2000(e). However, Mansfield is a wholly owned subsiding of K2 - See the affidavit of Cecile Vezinat, Ex. G to Defendant's motion.

b. The initial pay rate for all helpers is $8.00 per hour.



PLAINTIFF'S EXHIBIT TWO