## STATEMENT OF PATRICK LEWIS

GE's stalls in Plants 2 and 5 had the words "niggers" and "white power" on the walls. There were also Nazi symbols on the walls. Mark, a white who is now in prison, told me Johnny Crutchfield said he was an "arrogant nigger." Johnny Reed and Johnny Crutchfield had Confederate battle flag stickers on their work helmets. Robert, the white craftsman who freely used the word "nigger", wore Confederate battle flag headbands to work. Jeff Blado, a white journeyman painter with Mansfield, had a rebel flag tattoo on one of his arms.

Robert called me a "boy" and a "nigger". When I complained to Johnny Crutchfield, Crutchfield told me, "If you don't like it you can get another job!"

This is a true and correct statement.

*Patrick Lewis*
Patrick Lewis

1-3/06
Date


PLAINTIFF'S EXHIBIT FOUR

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

and EEOC

_____ State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.)
Mr. Patrick Lewis

**HOME TELEPHONE** (Include Area Code)
(334) 875-5472

**STREET ADDRESS**
113 Furniss Avenue

**CITY, STATE AND ZIP CODE**
Selma, Alabama 36701

**DATE OF BIRTH**
11/11/1966

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME** Mansfield Industry Coating Corporation

**NUMBER OF EMPLOYEES, MEMBERS** More than 50

**TELEPHONE** (Include Area Code) (225) 752-7564

**STREET ADDRESS** 1029 La Crete

**CITY, STATE AND ZIP CODE** Baton Rouge, LA 70810

**COUNTY** Parish

**NAME** K2 Industrial Services, Inc.

**TELEPHONE NUMBER** (Include Area Code) (312) 645-7770

**STREET ADDRESS** 414 N Orleans

**CITY, STATE AND ZIP CODE** Chicago, Illinois 60610

**COUNTY** Cook

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)    LATEST (ALL)
September 2003–November 2003

☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHMENT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

**NOTARY** – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

Date 2/12/04    Patrick D Lewis
Charging Party (Signature)

EEOC FORM 5 (Test 10/94)

January 13, 2004



EEOC

Particulars:

  I have talked on the telephone with Sylvia in Mansfield's Corporate Human Resources Department on several occasions about what has happened with me on the job. I have consistently complained about racial problems and repeated failures by the Superintendent to follow the rules at work in accordance with the handbook. I complained about these things around the 17th or 18th of October 2003 and complained in late November 2003. I contacted the corporate office only after repeated complaints to the Superintendent and Foreman fell on deaf ears. Also, the Superintendent and Foreman are part of the racial problem.

  Superintendent Johnny Crutchfield told me he was transferring me. When I asked him why he replied that he was getting rid of the buzzard painter. I told him that a buzzard was black bird and I am black. He then said yes, the buzzard painter. I am more than offended that he can make these racist remarks and that no one does anything when I complain. The word nigger is used freely by some of the whites at the job site and the Superintendent condones it. I have been referred to as an arrogant nigger. I am offended, embarrassed and hurt by such behavior.

  I was fired not long after I complained. There is a white man named Robert who curses people out, gets drunk and goes to work and says racist things with the knowledge of Superintendent Johnny Crutchfield. Why is he still with Mansfield Industrial? Why was I fired? There are other instances where I know that blacks and I are treated unfair while are white counterparts are treated better. I believe I have been discriminated against on the basis of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

Truly, *Patrick D Lewis*

Patrick Lewis



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Birmingham District Office

Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205-2881
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105

## AFFIDAVIT

My name is Patrick Lewis. I am a Black male and live at 113 Furniss Avenue, Selma, Alabama 36701. I was hired by Mansfield Industrial Coating Corporation ("Mansfield") on March 10, 2003. I was hired as a journeyman painter at $12.50 per hour. I did not have a card, but I did have 16 years experience as an industrial painter when hired. I was assigned by Mansfield to work at Plant 2 on the General Electric ("G.E.") job site. K-2 and Mansfield are interrelated companies. K-2 issued some of my checks. My job duties as a journeyman painter included painting structured steel, pipe racking, and metal pipes. All of the painting jobs were up high and required safety tie offs. The helpers on the job could not paint and could not mix paints. Earl (race/white) (LNU), a painter, and Johnny Reed (race/white), a foreman, did not know painting. They were hired four or five months before I was hired. I was assigned the more difficult jobs. Out of about ten employees, I was the only black employee assigned to Plant 2 at the G.E. job site.

In May 2003, I was working in Plant 2 and Robert (race/white), a journeyman painter, called me a "black bastard" after I refused to put three Mexican employees in an unsafe working condition. Robert called the Mexicans "wet back scum." Reed, a supervisor, heard Robert and did not say anything. However, I was sent home. On the following day I went to Superintendent Johnny Crutchfield and told him what happened between Robert and I. Crutchfield told me that if I did not like the job, just quit. I went to corporate and talked to Sylvia. On June 1, 2003, I was transferred to Atlanta, Georgia to work.

In May or June 2003,[1] I came in one day and it was raining. I saw the white employees, Reed, Robert and Jeff, working. Reed would not let me work. Employees were suppose to be paid two hours show up time when it rained and we could not work. They paid the white workers for show up time but would not pay the black workers show up pay. On another day, it began lightening and Reed sent me out in the rain to work. He told me to go out into the rain, paint, or don't come back in the morning. White employees were sitting there and were not made to go out into the rain.

On September 9, 2003, I was assigned to work at the Hyundai plant in Montgomery, Alabama. Robert (LNU) and I were the journeyman painters at the site. Robert asked me why black people want to bitch all the time. I told Robert not to talk like that around me. Robert and I got into an altercation. Michael Watson (race/white), a supervisor, heard Robert's statement and did not do anything. During that same month, Watson pulled his knife on a Mexican employee who was working at the Hyundai job site. The Rust Company was the primary contractor on this job. Rust investigated the incident. The company sent Paul Calais to investigate racial problems at the job site. Calais interviewed employees and I told him what was going on. After I told Calais, I was transferred back to the G.E. job site. I asked why I was transferred. I was told that I was transferred to get rid of the "buzzard painter." Nathaniel Lamar witnessed the "buzzard" comment by[2]. I told the other black employees about what was going on and Crutchfield found out about it. Sylvia in Corporate told me that Crutchfield would not make any additional racial slurs. Jack Richardson (race/white) told me that Crutchfield called me an arrogant "nigger." Mansfield started assigning me to unsafe working environments, tanks and chemicals.

Johnny Reed (race/white), Supervisor, and I were cursing about me being late, even though,

---

[1] Need to pinpoint this date with CP.

[2] Who made the "buzzard" comment?

I was not late. I was fired for the cursing incident. Robert cursed Reed and nothing was done to him.

Also, Ace[3], and other black and white employees cursed Reed and nothing was done to them. I was the only one to complain about the racial discrimination. Richardson was asked by Robert if he had grease on his car seats because he allowed Blacks to ride to work with him. Watson knew that Robert was drinking on the job and nothing was done to him. During the latter part of September 2003, James Johnson, G.E. safety man, closed down the job site after I was transferred to Plant 5 and assigned an unsafe job. I refused to do the unsafe job. After I refused, I was transferred back to Plant 2. I was not disciplined for refusing the job and I did not file a complaint with OSHA

White employees also were offered insurance benefits and black employees were not. I had worked eight months and was not offered insurance. Reed, Earl and Robert, all white employees, had been given their insurance papers.

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge and belief.

_____
PATRICK LEWIS

_____
DATE

_____
[3] Who is Ace?