November 5, 2003

Paul Calias, Human Resources Director
Mansfield Industrial, Corporate Office
1029 La Crete
Baton Rouge, LA 70810

Dear Mr. Calias:

    I am being treated unfairly because I am friendly with black people on the job at GE. I have been working since January but I still do not have benefits. I was promised benefits after 90 days. I also did not get the raise I was promised after 90 days. I wasn't given a raise until last week. Other white guys who got paid for show up time, but me and the black guys were not paid our show up time.

    I don't agree with the racist talk about black people and Mexicans at the job and I wish these other guys would keep that stuff to themselves. I was told that I should not let black guys ride with me because they would get dirt and grease in my car. Some of the other white guys get together and say racist stuff and I don't want any part of it. A foreman and a superintendent take part in this racist stuff. The black guys get in trouble for doing things and when the white guys do the same things they let it slide.

    If you could cut out some of that negative racist stuff everybody would be more productive and we could get this job done. I trust that this is strictly confidential because I don't want to be fired or retaliated against for telling what's going on. I am complaining because I want the workplace to operate better and for people to get along.

Sincerely,

*Jack Richardson* [signature]

Jack Richardson

PLAINTIFF'S EXHIBIT FIVE

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | |

_____ and EEOC
State or local Agency, if any

| NE (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Jack Richardson | (205) 247-5793 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2449 Rutherford Circle | Duncanville, Alabama 35456 | 02/20/84 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME Mansfield Industry Coating Corporation | NUMBER OF EMPLOYEES, MEMBERS More than 50 | TELEPHONE (Include Area Code) (225) 752-7564 |
|---|---|---|
| STREET ADDRESS 1029 La Creter | CITY, STATE AND ZIP CODE Baton Rouge, LA 70810 | COUNTY Parish |

| NAME K2 Industrial Services, Inc. | | TELEPHONE NUMBER (Include Area Code) (312) 645-7770 |
|---|---|---|
| STREET ADDRESS 414 N Orleans | CITY, STATE AND ZIP CODE Chicago, Illinois 60610 | COUNTY Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
September 2003 – December 2003

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHMENT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

2/17/04    [signature] Jack Richardson
Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

EEOC Particulars for Jack Richardson:

I was treated unfairly because I was friendly with black people on the job at GE. I started working in January 2003 but I did not have benefits as of November 2003. I was promised benefits after 90 days. I also did not get the raise I was promised after 90 days. I wasn't given a raise until around the beginning of November 2003. Other white guys who got paid for show up time, but me and the black guys were not paid our show up time.

I did not agree with the racist talk about black people and Mexicans at the job and expressed my displeasure with it in a letter to the corporate office in November 2003. While on the job, I have been told that I should not let black guys ride with me because they would get dirt and grease in my car. Some of the other white guys get together and say racist stuff and I don't want any part of it. A foreman and a superintendent take part in this racist stuff. The black guys get in trouble for doing things and when the white guys do the same things they let it slide. I was fired about a week or two before Christmas.

I was fired or retaliated against for telling what's going on. I was retaliated against because I complained of racial discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | MANSFIELD AMENDED CHARGE |

_____ State or local Agency, if any _____ and EEOC

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Jack Richardson | (205) 247-5793 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 9794 River Road Lot #30 | Selma, Alabama 36703 | 02/20/84 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Mansfield Industry Coating Corporation | More than 50 | (225) 752-7564 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1029 La Crete | Baton Rouge, Louisiana 70810 | Parish |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| K2 Industrial Services, Inc. | (312) 645-7770 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 414 N Orleans | Chicago, Illinois 60610 | Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE
☒ RETALIATION   ☐ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL)
September 2003–December 15, 200_

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):
OTHER EMPLOYER/AGENCY WHO DISCRIMINATED AGAINST ME:

NAME

General Electric Company

STREET ADDRESS

1 River Road

TELEPHONE

(518) 433-4308

CITY, STATE AND ZIP

Schenetady, New York 12345

SEE ATTACHMENT FOR THE PARTICULARS:

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

4-20-05               /s/ Jack Richardson
Date                  Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (10/94)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Birmingham District Office

Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205-2881
(205) 731-0082
TTY (205) 731-0175
FAX (205) 731-2101

### AFFIDAVIT          J.T.R

My name is Jack Richardson and I live at ~~2449 Rutherford Circle Duncanville~~ 9794 River Road Lot #30 Selma, Alabama. I am a White male and was hired by Mansfield Industry Coating Corporation in January 2003 as a helper at $8.00 per hour. My duties as a helper included climbing ladders, painting, mixing paint, cleaning and pressure washing. I did not have any painting experience before being hired by Mansfield I just started painting and was told by supervisor Johnny Reed that I was doing a good job. Johnny Reed was the foreman and Cruthfield was over him. I did not receive a raise until around November 2003, after the company found out that I was talking to a lawyer.

On one occasion, I was riding around the plant with Johnny Reed picking up garbage when he asked me if I thought that he was a racist. Reed told me that Yogi and them were getting a lawyer. I came to Attorney Prince about racism around the job site. I was hanging with Yogi and them. I was White and they were Black. Attorney Prince mailed the company a letter about the racism, but I never heard anything from them. They never gave me insurance, but I did get a raise to $9.00 per hour after Prince mailed the letter.

I usually drove to work. Blacks Nat, Bill Ragland, Yogi, and Ben rode with me. I was late for work once or twice. I was never written up for being late. Yogi and them told me that had conferences for being late or absent, but nothing was said to me. Around April 2003, I never showed up when it was raining and the supervisor never said anything to me. On one incident, I missed a day along with the Blacks who rode with me. They were told that they would be sent home, nothing was said to me.

I worked for Mansfield at the G.E. plant and was assigned to work in plants 1 and 2. The company would pay us two hours show up time on days that it rained and we could not work. If I showed up for work with the Blacks who wrote with me, I would not be paid show up time

In June or July 2003, the company hired Robert and he was a racist. He would use the term ignorant "niggers". He stated that he hated to work with "niggers" an Mexicans, the only thing they are good for is cheap labor. He referred to Blacks as stupid "niggers". He would make these statements around Supervisor Reed and Superintendent Cruthfield and nothing was said to him. They would laugh. I tried to stay away from them. They found out that Yogi was riding with me and called me a "nigger" lover. They said that I probably had grease all my seats because they were riding with me. Also, they said that my car was trash and dirty. I would just walk off because I did not want to lose my job. Robert was a little bit bigger than I was. I heard Johnny Cruthfield talking with my dad, when he said that he would not give them dumb "ass niggers" their checks because all they wanted to do was play cards. He would give them the checks after they got off. I never reported it to anyone else. I was threatened that I would loose my job, if we talked to G.E. personnel.

Ace, White, was hired as a full time painter. However, he was afraid of heights and would not go up ladders. In July 2003, Robert, White, cursed Johnny Reed. Reed reported the cursing to Cruthfield. Robert was not punished. Robert comes in drunk and cursing, nothing happens to him. I saw Pat, Black, curse a supervisor and they fired him. There is a lot of cursing at the site practically everyday. Earl, White, quit after cursing and telling the supervisor to kiss my White" ass" and walked off.

Johnny would be waiting at the gate for Ralo to be late, so that he could say something to him. If a White employee is late, nothing is said to them. I have took time off and never called in. I was off for a week without calling in and nothing happened. In December 2003, I was fired because I failed to show up on a Friday. The supervisor had included a note in my check that it was mandatory to work that Friday. I feel that they fired me because of this pending discrimination case. I missed so many days before and nothing happened. After the case, they just fired me on the spot. Another thing that happened, Bill sit in caustic acid and they made him take a drug test. I got in acid and they did not give me a drug test and ~~allowed~~ *did not allow* me to go to the doctor. This incident occurred after I came to Attorney Prince.

*did not allow*
J.T.R

_[signature]_ 4/14/05

SWORN TO AND SUBSCRIBED before me this the 14th day of April 2005.

_[signature]_
NOTARY PUBLIC

MY COMMISSION EXPIRES: 07/27/08
(SEAL)