## STATEMENT OF RALO COLVIN

GE's stalls in Plants 2 and 5 had the words "niggers" and "white power" on the walls. Robert, a White craftsman, had a Nazi symbol tattooed on his hands. Robert, the White craftsman who freely used the word "nigger", wore Confederate battle flag headbands to work. Joey or ~~Joseph~~ Jeffrey Smith erman (White painter), who worked in Plant 2, regularly wore a Confederate shirt that stated, "The South Will Rise Again." Jeff Blado, a white journeyman painter with Mansfield, has a rebel flag tattoo on his right arm.

This is a true and correct statement.

_____
Ralo Colvin

8-31-05
Date



PLAINTIFF'S EXHIBIT
SIX

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | |

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Ralo Colvin | (334) 875-1158 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 770 B Circle Drive | Selma, AL 36701 | 11/02/76 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Mansfield Industry Coating Corporation | More than 50 | (225) 752-7564 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1029 La Crete | Baton Rouge, LA 70810 | Parish |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| K2 Industrial Services, Inc. | (312) 645-7770 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 414 N Orleans | Chicago, Illinois 60610 | Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL)
March 2003-December 2003

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHMENT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

Date 4-20-04   Charging Party (Signature) /s/ Ralo Colvin

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

Particulars of Ralo Colvin:

On March 17, 2003, I was hired as a painter making $10.00 per hour. I was a painter but not a journeyman painter. I was hired to work at Plant 2. At the time of hire, I had certification to spray industrial and work a forklift. I was primarily a brush painter and was told after 90 days I would get a $1.00 raise. I was put up high to paint many times. At least two white males who I worked with had the same position and made more money per hour than me. Johnny Reid, white supervisor, asked a white male to go up high and the white male replied, "I thought that's what ya'll hired the niggers for." This white male was not disciplined.

About October 2003 to November 2003, another white male and myself came to work late on a couple of occasions. I had already informed my supervisor that I would run a little late because I had another job and he was Ok with it. The white male would not get disciplined but I would be made to go home. I was sent home about four times between October and November 2003. After 90 days, I requested a raise and was not given a raise. I never got a raise. Whites were not written up when they refused to go up high or clean their paintbrushes.

Whites got raises and insurance. I was laid off November 5, 2003. That Sunday I was called back out to work. December 14, 2003, I was laid off again.

I got insurance papers finally in December 2003. The word "nigger" was openly used in front of the supervisor and even the superintendent. At Plant 2, where most of the whites were assigned, it was laid back. There was more work at Plant 5, which is where most blacks were assigned. The white supervisor once told me that Patrick, a black painter, was "on a monkey pill" and "on his way out."

I believe I was discriminated and retaliated against on the basis of my race, Black, in violation of the Civil Rights Act of 1964, as amended.

*/s/ Ralo J. Colvin*

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | 130-2004-02650 |
| ☒ EEOC | MANSFIELD AMENDED CHARGE |

and EEOC

State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| r. Ralo Colvin | (334) 875-1158 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 70 B Circle Drive | Selma, Alabama 36701 | 11/02/1976 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME Mansfield Industry ating Corporation | NUMBER OF EMPLOYEES, MEMBERS More than 50 | TELEPHONE (Include Area Code) (225) 752-7564 |
|---|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 029 La Crete | Baton Rouge, LA | Parish |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Industrial Services, Inc. | (312) 645-7770 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 4 N Orleans | Chicago, Illinois 60610 | Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE
☒ RETALIATION   ☐ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
March 2003 – December 2003

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

OTHER EMPLOYER/AGENCY WHO DISCRIMINATED AGAINST ME:

NAME                                 TELEPHONE
neral Electric Company               (518) 433-4308

STREET ADDRESS                       CITY, STATE AND ZIP
River Road                           Schenectady, New York 12345

SEE ATTACHMENT FOR THE PARTICULARS

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

4.14.05
Charging Party (Signature)

NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (10/94)

Particulars of Ralo Colvin:

On March 17, 2003, I was hired as a painter making $10.00 per hour for Mansfield and K-2 at General Electric. I was a painter but not a journeyman painter. I was hired to work at Plant 2. At the time of hire, I had certification to spray industrial and work a forklift. I was primarily a brush painter and was told after 90 days I would get a $1.00 raise. I was put up high to paint many times. At least two white males who I worked with had the same position and made more money per hour than me. Johnny Reid, white supervisor, asked a white male to go up high and the white male replied, "I thought that's what ya'll hired the niggers for." This white male was not disciplined.

About October 2003 to November 2003, another white male and myself came to work late on a couple of occasions. I had already informed my supervisor that I would run a little late because I had another job and he was Ok with it. The white male would not get disciplined but I would be made to go home. I was sent home about four times between October and November 2003. After 90 days, I requested a raise and was not given a raise. I never got a raise. Whites were not written up when they refused to go up high or clean their paintbrushes.

Whites got raises and insurance. I was laid off November 5, 2003. That Sunday I was called back out to work. December 14, 2003, I was laid off again.

I got insurance papers finally in December 2003. The word "nigger" was openly used in front of the supervisor and even the superintendent. At Plant 2, where most of the whites were assigned, it was laid back. There was more work at Plant 5, which is where most blacks were assigned. The white supervisor once told me that Patrick, a black painter, was "on a monkey pill" and "on his way out."

I believe I was subjected to a hostile work environment, discriminated and retaliated against on the basis of my race, Black, in violation of the Civil Rights Act of 1964, as amended.



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Birmingham District Office

Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205-2881
(205) 731-0082
TTY (205) 731-0175
FAX (205) 731-2101

## AFFIDAVIT

My name is Ralo Colvin and I am a Black male. I reside at 770 B Circle Drive Selma, Alabama. My telephone number is (334) 875-1158. I am presently employed at Team Work Barber Shop. I was hired a painter at Mansfield Industry Coating on March 17, 2003, at $10.00 per hour. At the time of hire, I had a spraying certification and forklift operator experience from another job. I was assigned by Mansfield to work at the G.E. plant 2. My duties included brush painting, rolling, painting beams and slacks. I was assured that I would be given a $1.00 raise after ninety days. I was able to mix paint. Jack, a White, and Nat, a Black, were the only employees hired as helpers. Younger and less experienced White guys were paid $12.00 per hour, Robert, Jeff and Earl. Johnny Reed was the supervisor and the Whites would not have to work as hard as the Blacks. In September 2003, Jeff Smitherman, White, was given a raise from $10.00 to $11.00 per hour. I was not given my raise.

In April 2003, I signed a slip concerning not showing up for work. Reed sent me home for being late at 7:00. He told me that I was sent home because I was with Patrick another Black employee. Jack Richardson, White, stayed off for four day and did not call. He was not sent home. Nat, Black, was made to get an excuse for being absent before he could come back to work. The company paid show up time when the job was rained out. After we moved to plant 5, the company stopped paying show up time and made the Blacks sit in the car for two hours, instead of just allowing them to go home, like they did the Whites. Robert and other Whites refused to paint in high places and I was required to paint in the high places. The White guys were not written up.

In July 2003, Robert, White, said in the pole barn that he did not want to work with "niggers" and that he would rather go home than work with "niggers. Johnny Reed heard him say that and did not say anything. Also, Robert cursed Reed and nothing was done. Robert told me that he did a little hunting. Robert said that I could not come and hunt down there because I might be hunted. Robert came in drunk and cursing, in June or July, during orientation at the Hyundai plant. Robert was not disciplined and is still working. Robert said that he was going to buy a fifty (crack cocaine) and Troy here I come. Johnny Reed told me that Pat, (Black), is playing on a monkey pill and he was going to get rid of himself. Jack Richardson told me that Superintendent Crutchfield told him that he was going to get rid of these buzzards in the Hyundai plant. In September 2003, Jeff Smitherman, White, was asleep in the pipe rack about 16 feet above the floor. Johnny Reed woke him up and told him to go to the pole barn. He came back to the plant and went to sleep again. Reid told him to go home. Also, he missed work for a week and told the company that his girlfriend had a baby. They fired him and hired him back. Johnny Reed told me this in the truck. Whites and I, who were assigned to plant 2, were allowed to leave work at 5:10 or 5:15. The Blacks assigned to plant 5 were not

allowed to leave early. Most of the Blacks were assigned to plant 5 where there was more work and more height.

In September 2003, Earl, White, got insurance after he maxed out at $12.00 per hour. I was laid off November 5, 2003 and recalled on the following Sunday at the same pay rate. I got my insurance papers in December 2003 and was laid off again in December

*[signature]*

*4.14.05*

SWORN TO AND SUBSCRIBED before me this the 14th day of April 2005.

*[signature]*
NOTARY PUBLIC

MY COMMISSION EXPIRES: 07/27/08
(SEAL)