
### SUPPLEMENTAL STATEMENT OF WILLIAM RAGLAND

GE's bathroom stalls at Plants 1, 2 and 5 had racial slurs such as "I Hate Niggers" and someone also wrote underneath the slurs the words "Me Too!" On another occasion we had come back from a break when Nathaniel "Nate" Lamar had to use the bathroom. Michael "Corey" Watson, an assistant supervisor told me to go tell Nate to "bring his black ass on." I also witnessed a picture on a bathroom door at one of the plants where a white worker explained to me that the following picture was supposed to be four Klansmen looking down a well to make sure the man they threw down the well hit the bottom of the well. ~~Johnny Reed~~ [Micheal Watson] and Johnny Crutchfield wore Confederate battle flag stickers on their helmets. Robert, a white craftsman, wore Confederate battle flag headbands to work.

This is a true and correct statement.

William Ragland

1-3-06
Date

*what is this*

*Four Klansmen looking down into a well making sure the Nigger sunk to the bottom.*



PLAINTIFF'S EXHIBIT SEVEN

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

[ ] FEPA
[ ] EEOC

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| Mr. William Ragland | (334) 875-0807 | DATE OF BIRTH |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | 11/15/1961 |
| 1522 Plant Street | Selma, Alabama 36701 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME Mansfield Industry Coating Corporation | NUMBER OF EMPLOYEES, MEMBERS More than 50 | TELEPHONE (Include Area Code) (225) 752-7564 |
|---|---|---|
| STREET ADDRESS 1029 La Crete | CITY, STATE AND ZIP CODE Baton Rouge, LA 70810 | COUNTY Parish |
| NAME K2 Industrial Services, Inc. | | TELEPHONE NUMBER (Include Area Code) (312) 645-7770 |
| STREET ADDRESS 414 N Orleans | CITY, STATE AND ZIP CODE Chicago, Illinois 60610 | COUNTY Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
Sept. 2003 – Dec. 20, 2003

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHMENT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 2-17/04  Charging Party (Signature) William R. Ragland

NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (Test 10/94)

I started working with this company (Mansfield Industrial Coating) around the middle of March 2003. I worked the first seven months at the G.E. Plant in Burksville, Alabama. During those seven months a lot of racial incidents happened. Our Superintendent Johnny Krutchfield and our supervisor Michael "Cory" Watson were involved in those incidents. There were two crews at the G.E. Plant one crew mostly black at plant 5 and another mostly white at plant one or two. We caught a ride in with everyday he worked on the other end plant one or two. So is he missed a day we would have to catch a ride or we would call in to the office and let them know we were going to be late or we didn't have a ride. This on incident happened when Jack didn't show up and we couldn't catch a ride we all called in and told Johnny we couldn't make it. So the next morning when we got to work Johnny Krutchfield came in the break area he called all of us together for a meeting he said "I'm tired of this damn shit I miss a day, everybody miss a day he said from now on no more excuses doctor excuse nothing if you miss another day you might as well find you a job closer to home you will no longer work for Mansfield now I'm going down in the other end and have the same meeting with them. We already knew he was talking to us blacks because we were the only ones that had missed the day before that morning. So that evening we asked Jack Richardson when we all got in the car Nathaniel Lamar, Ervin Tarver and myself "did Johnny Krutchfield come and have a meeting with you all he said no we all witnessed one incident where Johnny Krutchfield told Johnny Reid if Rolo Covin comes in late send him home. Then he said from now on if anybody comes in late or miss a day and don't call in will be sent home for a day. Well Rolo Covin (a black guy)

came a few minutes late and was sent home on that same Jack Richardson didn't come in or call. So Johnny Reid said when Jack come in tomorrow I'm going to send him home. The next when Jack Richardson (a white guy) came in they put him straight to work no question asked. Rolo Covin was really upset. He said man they doing it in my face (letting the white guy work after they said they were going to send him home. Johnny Reid told us the only time we could smoke was on our 9:00 break our 12:00 lunch and our 3:00 break but when we would go the restroom. We would see some of the white guys over in the break area smoking sometimes Johnny Reid (also a white supervisor) would be standing over in the break smoking with them. There was another incident where me and Ervin Tarver we on 6 foot ladder spot priming and Michael Watson (a white supervisor) was standing over us and I pointed out to Ervin I said man he's over here watching us I said to Ervin look at those people sitting down doing nothing (white people our crew members) that's when Ervin said Cory you're standing over watching you need to be find those people over there sitting down something to do. That's when he moved. Didn't none of us blacks guys have insurance that worked at plant 5. Rolo Covin and Jack Richardson they worked at plant 1 or 2 they didn't have insurance either which was a concern for all of us because we worked around a lot of poison gases and chemicals. Another incident we were working on a silo, which was right next to a part on the plant that released carbon monoxide into the air. Before we when in that area G.E. Safety gave us a class on carbon monoxide. After the glass they gave us 1 monitor and told us if that monitor went off come down at once don't hesitate because that monitor is letting us know carbon

2

monoxide is in the air. We (myself, Ervin Tarver and Nathaniel Lamar) worked on this silo a few days. On one day the monitor going off pretty regular so we kept coming down. They told us to go to the break room when the monitor goes off until the air was clear. We were back to the silo when Johnny Reid asked why were we coming down so much we told the monitor was going off. He said (the next time it goes off turn your head the other way) which we all knew that wasn't right because we all know carbon monoxide can kill you. We all have been through something, seen something, heard something or saw something. I told Ervin and Nathaniel on day I said "man everyday I get in this car going to work I wish I getting in the car to come home. Most of the meetings we had were threatening you couldn't even ask a question without them saying something like if you don't like it go to the gate don't come back etc. Another incident on Friday some of the black guys at plant 5 needed to get off all little early to go pay bills Johnny Krutchfield said "anybody leave early don't come back Monday. So we didn't go but when we got off that evening Jack Richardson said, "I thought you all were leaving early" we told him what Johnny said and he said that ain't right. We said what are you talking about Jack said Johnny let Earl and Jeff, two white guys go home early they left at 12:00. They came back the following Monday and went to work well all of the guys that are on this suit have been fired or laid off from this company. I was the last to go I got fired for no reason. When I went through the channels for filing my unemployment compensation The Department of Labor in Georgia said this company wasn't showing my wages for the 2nd or 3rd quarter so I had to call the Department of Labor in Alabama they couldn't pull it up

3

so I had to take 2 of my check stubs to the employment office here in Selma and have them take copies of my check stubs and fax them to the department of labor. So I don't know what was going on there. I wrote them a four page on how I was fired. They called me and asked me if there was any other reason I could consider for one being fired I told them only reason I could think of was retaliation of this lawsuit.

    Another thing I noticed, we didn't get show-up time if it rained us out at G.E., but we got show-up time at Haundi. There have also been time when they would let the white guys get overtime and the blacks guys wouldn't know about it until we got back to work on Monday.

4

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | |
|---|---|
| ☐ FEPA | 130-2004-02048 |
| ☒ EEOC | MANSFIELD AMENDED CHARGE |

_____ and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.): Mr. William Ragland
**HOME TELEPHONE** (Include Area Code): (334) 875-0807
**STREET ADDRESS**: 1522 Plant Street
**CITY, STATE AND ZIP CODE**: Selma, Alabama 36701
**DATE OF BIRTH**: 11/15/1961

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Mansfield Industry Coating Corporation
**NUMBER OF EMPLOYEES, MEMBERS**: More than 50
**TELEPHONE** (Include Area Code): (225) 752-7564
**STREET ADDRESS**: 1029 La Crete
**CITY, STATE AND ZIP CODE**: Baton Rouge, LA 70810
**COUNTY**: Parish

**NAME**: K2 Industrial Services, Inc.
**TELEPHONE NUMBER** (Include Area Code): (312) 645-7770
**STREET ADDRESS**: 414 N Orleans
**CITY, STATE AND ZIP CODE**: Chicago, Illinois 60610
**COUNTY**: Cook

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)   LATEST (ALL)
September 2003–December 20, 2003

☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

OTHER EMPLOYER/AGENCY WHO DISCRIMINATED AGAINST ME:

**NAME**: General Electric Company
**TELEPHONE**: (518) 433-4308
**STREET ADDRESS**: 1 River Road
**CITY, STATE AND ZIP**: Schenectady, New York 12345

SEE ATTACHMENT FOR THE PARTICULARS

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

Date 4-14-05   *William Ragland* Charging Party (Signature)

EEOC FORM 5 (Test 10/94)

Particulars of William Ragland:

I started working with this company (Mansfield Industrial Coating) around the middle of March 2003. I worked the first seven months at the G.E. Plant in Burksville, Alabama. During those seven months a lot of racial incidents happened. Our Superintendent Johnny Krutchfield and our supervisor Michael "Cory" Watson were involved in those incidents. There were two crews at the G.E. Plant one crew mostly black at plant 5 and another mostly white at plant one or two. We caught a ride in with everyday he worked on the other end plant one or two. So is he missed a day we would have to catch a ride or we would call in to the office and let them know we were going to be late or we didn't have a ride. This on incident happened when Jack didn't show up and we couldn't catch a ride we all called in and told Johnny we couldn't make it. So the next morning when we got to work Johnny Krutchfield came in the break area he called all of us together for a meeting he said "I'm tired of this damn shit I miss a day, everybody miss a day he said from now on no more excuses doctor excuse nothing if you miss another day you might as well find you a job closer to home you will no longer work for Mansfield now I'm going down in the other end and have the same meeting with them. We already knew he was talking to us blacks because we were the only ones that had missed the day before that morning. So that evening we asked Jack Richardson when we all got in the car Nathaniel Lamar, Ervin Tarver and myself "did Johnny Krutchfield come and have a meeting with you all he said no we all witnessed one incident where Johnny Krutchfield told Johnny Reid if Rolo Covin comes in late send him home. Then he said from now

on if anybody comes in late or miss a day and don't call in will be sent home for a day. Well Rolo Covin (a black guy) came a few minutes late and was sent home on that same Jack Richardson didn't come in or call. So Johnny Reid said when Jack come in tomorrow I'm going to send him home. The next when Jack Richardson (a white guy) came in they put him straight to work no question asked. Rolo Covin was really upset. He said man they doing it in my face (letting the white guy work after they said they were going to send him home. Johnny Reid told us the only time we could smoke was on our 9:00 break our 12:00 lunch and our 3:00 break but when we would go the restroom. We would see some of the white guys over in the break area smoking sometimes Johnny Reid (also a white supervisor) would be standing over in the break smoking with them. There was another incident where me and Ervin Tarver we on 6 foot ladder spot priming and Michael Watson (a white supervisor) was standing over us and I pointed out to Ervin I said man he's over here watching us I said to Ervin look at those people sitting down doing nothing (white people our crew members) that's when Ervin said Cory you're standing over watching you need to be find those people over there sitting down something to do. That's when he moved. Didn't none of us blacks guys have insurance that worked at plant 5. Rolo Covin and Jack Richardson they worked at plant 1 or 2 they didn't have insurance either which was a concern for all of us because we worked around a lot of poison gases and chemicals. Another incident we were working on a silo, which was right next to a part on the plant that released carbon monoxide into the air. Before we when in that area G.E. Safety gave us a class on carbon monoxide. After the glass they gave us 1 monitor and told

2

us if that monitor went off come down at once don't hesitate because that monitor is letting us know carbon monoxide is in the air. We (myself, Ervin Tarver and Nathaniel Lamar) worked on this silo a few days. On one day the monitor going off pretty regular so we kept coming down. They told us to go to the break room when the monitor goes off until the air was clear. We were back to the silo when Johnny Reid asked why were we coming down so much we told the monitor was going off. He said (the next time it goes off turn your head the other way) which we all knew that wasn't right because we all know carbon monoxide can kill you. We all have been through something, seen something, heard something or saw something. I told Ervin and Nathaniel on day I said "man everyday I get in this car going to work I wish I getting in the car to come home. Most of the meetings we had were threatening you couldn't even ask a question without them saying something like if you don't like it go to the gate don't come back etc. Another incident on Friday some of the black guys at plant 5 needed to get off all little early to go pay bills Johnny Krutchfield said "anybody leave early don't come back Monday. So we didn't go but when we got off that evening Jack Richardson said, "I thought you all were leaving early" we told him what Johnny said and he said that ain't right. We said what are you talking about Jack said Johnny let Earl and Jeff, two white guys go home early they left at 12:00. They came back the following Monday and went to work well all of the guys that are on this suit have been fired or laid off from this company. I was the last to go I got fired for no reason. When I went through the channels for filing my unemployment compensation The Department of Labor in Georgia said this company wasn't

3

showing my wages for the 2nd or 3rd quarter so I had to call the Department of Labor in Alabama they couldn't pull it up so I had to take 2 of my check stubs to the employment office here in Selma and have them take copies of my check stubs and fax them to the department of labor. So I don't know what was going on there. I wrote them a four page on how I was fired. They called me and asked me if there was any other reason I could consider for one being fired I told them only reason I could think of was retaliation of this lawsuit.

Another thing I noticed, we didn't get show-up time if it rained us out at G.E., but we got show-up time at Haundi. There have also been time when they would let the white guys get overtime and the blacks guys wouldn't know about it until we got back to work on Monday.

I was subjected to a hostile work environment, discriminated and retaliated against on the basis of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

4



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
**Birmingham District Office**

Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205-2881
(205) 731-0082
TTY (205) 731-0175
FAX (205) 731-2101

## AFFIDAVIT

My name is William Ragland. My address is 1522 Plant Street Selma, 36701 and telephone number is (334)875-0807. I was hired by Mansfield around the middle of March 2003, as a helper at $9.00 per hour. I worked as a helper until May of 2003, when I was transferred to JLG with a raise to $10.00 per hour. My job duties included operating heavy equipment, assembling scaffolds, brush painting and roll painting. I worked for Mansfield at the G.E. plant site in Burksville Alabama, where the company was the subcontractor repainting the plant. I had coating experience with another employer and held a certification card. I was assigned by Mansfield to work at plant 5 at the G.E. site. There were about seven or eight Mansfield employees working at plant 5, including four Blacks Ervin (Yogi) Tarver, ~~Ralo Colvin~~, Patrick Lewis and ~~Steve~~. The Whites were Jack Richardson, Earl and Cindy. Michael (Corey) Watson, White male, was our immediate supervisor. He was hired with the company about a week before I started with them. Mansfield had three different paint locations at the G.E. plant. The plant sites were about a half of a mile apart. We did not have a union at either location.

There was no public transportation from my home in Selma to the job site in Burksville. I rode to work with Jack Richardson for about five months. Yogi, Nat and Ben (Black) also rode with Jack. When Jack would not go to work, he would loan Nat or Yogi his car to drive us to work. We had to be at work at 10 minutes to 7. If you were going to be late, you had to call an hour before the start time and notify the supervisor. I was late, roughly, 8 or 9 times because of car trouble, Jack was not going or Jack overslept. I would call the Superintendent Crutchfield or his recorder to report being late. I was never wrote up for being late. On one morning around the last of May 2003, Jack did not show up. We called Crutchfield and he said that he was getting tired of this "shit" and yall needed to do something about this. When we got to work, Johnny Crutchfield said he needed to talk to us. He told us that he was tired of this "shit" one man miss all miss and if anybody else misses a day you are fired. Crutchfield said that he was going to plant one and two, where most of the Whites worked, and tell them the same thing. We asked Jack Richardson if Crutchfield had a meeting with them and he said no.

Around the last of June 2003, we were scheduled to work our regular shift, 10 hours four days a week. Yogi, Nat and I wanted to leave work early because we had some bills to pay. We asked Johnny if we could get off early. He told us that if anybody leaves early don't come back on Monday. However, on the same day, he let Whites leave early, Earl, Jeff and Robert. Around July 1, 2003, I heard Crutchfield tell supervisor Johnny Reed (White) to sent Ralo Colvin (Black) home if he came in late. Ralo came late and he was sent home. However, Jack Richardson (White) did not show up and did not call. Crutchfield told Reed to send Jack home. However, Jack was allowed to work.

The superintendent and supervisors also treated Blacks and Whites differently when it came to smoke breaks. We were allowed to take smoke breaks in the pole barn. We were given breaks at 9.00, 12:00 and 3:00. However, we took smoke breaks more frequently. Around August 2003, we were moved to plant one and two to work. Reed had a meeting with us and told us that there would be no more smoking unless you were on breaks. He also said that if you were caught smoking outside of breaks you would be fired. About two hours later, I saw Earl (White) and Johnny Reed smoking outside of the break period. I told Yogi and Nat about the smoking. So, I went down and smoked to. I was not disciplined for smoking and do not know of any Black employees being disciplined for smoking violations.

There is another area where the company treats Blacks differently than Whites, health insurance. When I was hired in March 2003, Yogi and Nat had been with the company for about 9 or 10 months. Neither of us was offered insurance. Nat told us that the Whites had their insurance. Earl (White) showed us his insurance card and said he got it from the company. It was not until after I was transferred to th Hyundai plant in October 2003, that I was offered insurance. I did not take the insurance.

I was fired on December 20, 2003. We were working five days and supervisor Reed wanted us to work on Saturdays for straight hourly pay and Sundays. I told him that it was a default in wages, working Sunday to. I already had 60 hours. At 5:00 Corey Watson White supervisor came up to us and said we were working late. He told me that if you go home, you are going to be fired. I left at 5:30 and came back to work on Monday and nothing was done to me. On Friday December 19, 2003, I was riding with Glen Scott and Ben. Ben told me that whoever did not come in to work on Saturday they would not have a job. I went to work on Saturday and Corey Watson said that you better have had your tail here. I was fueling lifts, Corey said Bill get out that damn truck and two men do not need to be in the truck. I told him that two White guys were in the truck and nothing was said. Corey told me to get my box and clean up. He told me that I was fired. I went back to work. He came with the safety man and two security guards and told me to get off the property. Glen Scot (White) told the guys that he heard Johnny Reed and Corey plotting up that they were going to get rid of me. I witnessed Earl(White) come in a bad mood and refuse to get in the lift or prep tank. Nothing was done to him. Corey told Cindy (White) to paint safety cage ladders, she refused and painted motors. Nothing was done to her. Yogi and Nat witnessed Cindy's insubordination.

I have never heard any racial slurs being used on the job by management or non-management employees.

I declare under penalty of perjury that my statement is true and correct to the best of my knowledge and belief.

4-14-05                                William Ragland
Date                                   William Ragland

SWORN TO AND SUBSCRIBED before me this the 14th day of April 2005.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: 07/27/08

(SEAL)