## SUPPLEMENTAL STATEMENT OF NATHANIEL LAMAR

GE's stalls in Plants 2 and 5 had the words "niggers" and "white power" on the walls. Robert, a white co-worker, wore Confederate battle flag headbands to work. Mchael "Corey" Watson called me a "black ass".

This is a true and correct statement.

_Nathaniel Lamar_
Nathaniel Lamar

1-03-06
Date


PLAINTIFF'S EXHIBIT EIGHT

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA ☐ EEOC | 130-2004-02046 |

and EEOC

State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Nathaniel Lamar | (334) 874-6530 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 127 Felix Road | Selma, Alabama 36701 | 08/06/1958 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Mansfield Industry Coating Corporation | More than 50 | (225) 752-7564 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1029 La Crete | Baton Rouge, LA 70810 | Parish |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| K2 Industrial Services, Inc. | (312) 645-7770 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 414 N Orleans | Chicago, Illinois 60610 | Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
Sept. 2003 – Dec. 4, 2003

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHMENT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

Date 2-16-04   /s/ Nathaniel Lamar
Charging Party (Signature)

EEOC FORM 5 (Test 10/94)

I Nathaniel Lamar, testify about the week before July 4, 2003, was told by my lead men that if I wasn't going to work all day on Friday I could go home and come back on Monday. I came to work on Monday and was sent back home for two days without pay. I have witness.

The next time round about August 6, 2003, I was sent to work on the other side along with one more person, and was told not to go back until he come and got me. That was leading up to the weekend. So next Monday I went back to the other side to work for two hours and Johnny left for the day about 9:30 a.m. Then the two lead men call me to the office and ask what I was doing down there. I told them what the other man said. Then I was sent home for two days without pay. I would go to work from Selma to Burkville 37 miles one-way and then be turned around because of rain or if it looks like it's going to rain. But the white guys will be down at the break room and they will get show-up time but the black men wouldn't get it. I do not think its fair.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See Privacy Act Statement before completing this form.

AGENCY: [ ] FEPA  [X] EEOC

CHARGE NUMBER: 130-2004-02046 MANSFIELD, AMENDED CHARGE

_____ State or local Agency, if any _____ and EEOC

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Nathaniel Lamar | (334) 874-6530 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 127 Felix Road | Selma, Alabama 36701 | 08/06/1958 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Mansfield Industry Coating Corporation | More than 50 | (225) 752-7564 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1029 La Crete | Baton Rouge, LA 70810 | Parish |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| K2 Industrial Services, Inc. | (312) 645-7770 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 414 N Orleans | Chicago, Illinois 60610 | Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
September 2003-December 4, 2003

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

OTHER EMPLOYER/AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE |
|---|---|
| General Electric Company | (518) 433-4308 |

| STREET ADDRESS | CITY, STATE AND ZIP |
|---|---|
| 1 River Road | Schenetady, New York 12345 |

SEE ATTACHMENT FOR THE PARTICULARS

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date 4-18-05   Charging Party (Signature) Nathaniel Lamar

SIGNATURE OF COMPLAINANT Nathaniel Lamar

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (10/94)

Particulars of Nathaniel Lamar:

    I Nathaniel Lamar, testify about the week before July 4, 2003, was told by my lead men that if I wasn't going to work all day on Friday I could go home and come back on Monday. I came to work on Monday and was sent back home for two days without pay. I have witnesses. I worked for Mansfield and K-2 Industries at G.E.

    The next time round about August 6, 2003, I was sent to work on the other side along with one more person, and was told not to go back until he come and got me. That was leading up to the weekend. So next Monday I went back to the other side to work for two hours and Johnny left for the day about 9:30 a.m. Then the two lead men call me to the office and ask what I was doing down there. I told them what the other man said. Then I was sent home for two days without pay. I would go to work from Selma to Burkeville 37 miles one-way and then be turned around because of rain or if it looks like it's going to rain. But the white guys will be down at the break room and they will get show-up time but the black men wouldn't get it. I do not think its fair.

    I believe I was subjected to a hostile work environment, discriminated and retaliated against on the basis of my race, Black, in violation of the Civil Rights Act of 1964, as amended.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Birmingham District Office

Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205-2881
(205) 731-0082
TTY (205) 731-0175
FAX (205) 731-2101

## AFFIDAVIT

My name is Nathaniel Lamar. I live at 127 Felix Road Selma, Alabama 36701. I was hired by Mansfield Industry Coating Corporation as a laborer in September of 2002 at $8.00 per hour. I was assigned by Mansfield to work at the G.E. plant in Burksville, Alabama. We were painting steel structures at the G.E. plant. My job duties included it all, painting, painting generators and water blasting. I did not have any special certifications when hired by Mansfield. However, I had already been doing industrial painting at Billingsley. I was performing the same duties as the painters, but I was not paid a painter's wages. Every White guy hired was paid painter's wages, but they were not painters, including some who could not mix paint and were afraid of heights (Earl, Jeff Smitherman and Ace). Earl (White) came in from Georgia at $10.00 per hour and Ace (White) at $11.50 per hour. After, I had worked for nine months, I was raised $1.00 to $9.00 per hour. In four or five months Jeff was raised from $10.00 to $12.50 per hour.

Mansfield treated Blacks and Whites differently when it came to discipline. Jeff was caught sleeping in the pipe rack one Monday in September of 2003. Johnny Reed (White) supervisor woke him up. Reed did nothing to him for sleeping on the job. On the next dat, Jeff was caught sleeping again in the pipe rack. He was told to go home, get some rest and come back the next day. In July of 2003, Ervin (Black), Cindy (White) and I were working when Ratcliff the G.E. safety man told us to come up because waste was backing up. Cindy and were sent to plant 1 and 2 by our supervision Corey (Michael Watson) and told to work down there until he calls us. So, on the following Monday, I returned to plant 1 and 2 to work. Cindy went back to plant 5. Supervisor Johnny Reed and Superintendent Cruthfield were at plant 1 and 2 and saw me working. After the first break, Corey came to plant 1 and 2 and sent me home for two days. He denied telling me to stay at the other plant until he came to get me.

Around two weeks later, in August 2003, Supervisor Corey was sent to Hunydai plant. Terry (White) became the new supervisor. Terry told us that if we could not come to work and stay all day, stay at home. When I went to work on Monday, I was sent home for two more days. This was witnessed by Ragland, Tarver, Cindy, Rolo and Steven Scott. I went to the plant on Friday after Bill called and said that if I did not come to work, I would be fired.

All of the time that I was working at Mansfield, I rode with Jack, Rolo or drove my truck. I was late sometimes. We always called when we were late with a flat or something. One time, Jeff York wrote up Yogi (Ervin) and I for being late. Ralo used to be late often. Johnny Cruthfield was waiting at the gate for Ralo. Cruthfield told Johnny Reed that if Ralo was late to send him home. Jack (White) missed a whole week because of a tire problem with his car and he was not disciplined or sent home. In fact, he was given a raise. I know this because I saw Jack's pay check.

There were different standard for the Blacks and Whites on the crews. Cruthfield would threaten to fired Blacks about being late. He told us that he was going to talk with the other guys(Whites) about being late. Jack (White) told us that Cruthfield did not have a meeting with them. Around September or maybe in October of 2003, Johnny Reed told me that I could not in the porter bend area outside of 9:00, 12:00 and 3:00. A White guy, Earl, told me that he was going to smoke every 30 minutes. He and supervisor Johnny Reed were smoking together. The next day, I smoked when I got ready. Reid did not discipline me or say anything else.

I heard Johnny Cruthfield tell Johnny Reed and another employee that everything was going well, except for one buzzard painter. I assumed that he was referring to Patrick because he was the only Black painter at the location.

In January or February 2003, Steven a White supervisor and another White employee were caught with drugs in the company truck. The supervisor was sent to another job site and the other guy was fired. I know of three Blacks being fired for not coming to work, Burk Gordon, Gary Shaw and Tyrone. From September 2002 to January 2003, Whites were being paid show time when it rained and Blacks were sent home In December 2003, Jack and I did not go to work on a Friday. On Monday, Johnny Reed called me to the truck and fired me, with no verbal warning, written warning or suspension. In May, 2003, Ace (White) told Steve that he was not going up on the ladder and was drunk everyday. He was not disciplined. He just quit the job.

*Nathaneel Lamar*