## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | 130-2004-02047 |
| ☐ EEOC | and EEOC |

State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Ervin Tarver | (334) 419-1362 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2811 Earl Goodwin Parkway, Apt. 44 | | 12/02/1963 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Mansfield Industry Coating Corporation | More than 50 | (225) 752-7564 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1029 La Crete | Baton Rouge, LA 70810 | Parish |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| K2 Industrial Services, Inc. | | (312) 645-7770 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 414 N Orleans | Chicago, Illinois 60610 | Cook |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

| [X] RACE | [ ] COLOR | [ ] SEX | [ ] RELIGION | [ ] AGE |
| [X] RETALIATION | [ ] NATIONAL ORIGIN | [ ] DISABILITY | [ ] OTHER (Specify) | |

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL)
Sept. 2003 – Nov. 2003

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHMENT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 2-13-04   Charging Party (Signature) [signed]

NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

PLAINTIFF'S EXHIBIT
NINE

I Ervin Tarver declare that statements below are true. I witness many instances of discrimination while working with Mansfield (Kenny Industries) or K2. On February 28, 2003 Johnny Crutchfield promised me a foreman position he then in turn hired Corey Watson (a white man) whom had no painting experiences and was given the position as foreman when hired. I have been painting for eighteen years and had been employed by Mansfield for six or seven months. Johnny told Corey if any problems with painting should arise to come to me.

The company manual states that at the end of six months all employees are eligible for insurance. During the second week of July 2003 a white employee (Earl Souse) told me that he had his insurance at the time I had been with the company for ten months was never offered insurance. They are other statements from other employees about instances of discrimination that we all have witnessed.

RECEIVED
MAR 12 2004

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | 130-2004-02047 |
| ☒ EEOC | MANSFIELD AMENDED CHARGE |

_____ and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.): Mr. Ervin Tarver
**HOME TELEPHONE** (Include Area Code): (334) 419-1362
**STREET ADDRESS**: 2811 Earl Goodwin Parkway, Apt. 44
**CITY, STATE AND ZIP CODE**: Selma, Alabama 36701
**DATE OF BIRTH**: 12/02/1963

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Mansfield Industry Coating Corporation
**NUMBER OF EMPLOYEES, MEMBERS**: More than 50
**TELEPHONE** (Include Area Code): (225) 752-7564
**STREET ADDRESS**: 1029 La Crete
**CITY, STATE AND ZIP CODE**: Baton Rouge, LA 70810
**COUNTY**: Parish

**NAME**: K2 Industrial Services, Inc.
**TELEPHONE NUMBER** (Include Area Code): (312) 645-7770
**STREET ADDRESS**: 414 N Orleans
**CITY, STATE AND ZIP CODE**: Chicago, Illinois 60610
**COUNTY**: Cook

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)     LATEST (ALL)
September 2003–November 2003
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

OTHER EMPLOYER/AGENCY WHO DISCRIMINATED AGAINST ME:

**NAME**: General Electric Company
**TELEPHONE**: (518) 433-4308
**STREET ADDRESS**: 1 River Road
**CITY, STATE AND ZIP**: Schenectady, New York 12345

SEE ATTACHMENT FOR THE PARTICULARS

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

Date 4-14-04    Charging Party (Signature) _E. Tarver_

EEOC FORM 5 (Test 10/94)

Particulars of Ervin Tarver:

    I Ervin Tarver declare that statements below are true. I witness many instances of discrimination while working with Mansfield (Kenny Industries) or K2. On February 28, 2003 Johnny Crutchfield promised me a foreman position he then in turn hired Corey Watson (a white man) whom had no painting experiences and was given the position as foreman when hired. I have been painting for eighteen years and had been employed by Mansfield for six or seven months. Johnny told Corey if any problems with painting should arise to come to me.

    The company manual states that at the end of six months all employees are eligible for insurance. During the second week of July 2003 a white employee (Earl Souse) told me that he had his insurance at the time I had been with the company for ten months was never offered insurance. They are other statements from other employees about instances of discrimination that we all have witnessed.

    I believe I was subjected to a hostile work environment, discriminated and retaliated against on the basis of my race, Black, in violation of the Civil Rights Act of 1964, as amended.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Birmingham District Office

Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205-2881
(205) 731-0082
TTY (205) 731-0175
FAX (205) 731-2101

## AFFIDAVIT

My name is Ervin Tarver. I live at 810-A Moody Circle Selma, Alabama 36701 and my telephone number is (334) 877-4268; Cell (334) 419-1263. I was hired by Mansfield Industry Coating Corporation September 4, 2002. I was hired as a journeyman painter at $12.00 per hour at plant 5. My duties included painting structural steel, sand blasting, spray painting, brush painting and roll painting. There were about six to seven employees assigned to plant five, including five Blacks and two Whites Mark and Cindy. Mark was a painter and Cindy a helper. I did not know the salaries of the White employees. However, Nathaniel, who is Black and had painting experience, was hired as a helper at $8.00 per hour.

In December of 2002, Steve Bryant a foreman and his nephew were caught with drugs in the company truck. Bryant was shipped to another job site. I was promised the foreman's position at plant 5. On February 28, 2003, Corey (Michael Watson) a White was hired for the foreman's position even though he did not have any painting experience. Corey was just a figure head, I was running the plant.

In January and February 2003, Whites were getting paid show up time which is hours paid to show up for work even though we could not work due to the weather. I was paid show up time only once. The company treats Black and White employees differently. In April 2003, on a Friday, some of the Black employees asked Corey if we could leave early to pay some bills. Corey told us that if we left, we would be fired.. On that same day, Whites Jeff, Robert and Earl were allowed to leave early. Whites were given insurance benefits after six months and the Blacks were not offered insurance. Earl Shousel( White) told me in June, 2003, that had taken insurance out and that the company was taking money out of his check. I was never offered insurance. I do not know of any Blacks receiving insurance.

I was never disciplined while working at Mansfield. We all car pooled to work with Jack Richardson(White). On one morning, we had car trouble and did not come to work. The next morning, Cruthfield, superintendent, told the Blacks that if we could not come to work to find another job. He did not talk with the Whites about being absent. I did not witness any racial slurs on the job. However, Mark told me that Johnny Reed, White superior, called Patrick and arrogant "nigger." I heard that Robert Smitherman White painter used the word "nigger". I did not report his using the word. Robert was fired after he cursed Reed and Cruthfield. I did not know if Mansfield had a policy against harassment.

Mansfield treated Blacks and Whites differently in other situations. Black guys were always required to work in the high unsafe areas. Whites were allowed to work in the low areas. In July 3003, Ralo

( Black) came in to work late. Ralo was sent home. Jack Richardson ( White) took off for a week and the company never did anything to him. I worked with Mansfield before at Virginia Island, 1998-2001. There were no racial problems at that location. The pay scales were different at each site location. However. Whites were started at higher pay at G.E. plant than Blacks.