

December 4, 2003

Dear Employee,

It is open enrollment for health and dental insurance for Mansfield Industrial. You are eligible to participate in the group health insurance if you have been employed by Mansfield for at least six months.

Enclosed for your review are the three plans that are available to choose from for the health insurance along with the rates for each plan as well as the options for dental coverage.

You must complete the enclosed forms as per the samples enclosed (all highlighted areas) and return them to the Pensacola office no later than Thursday, December 11th. Failure to return the necessary forms by this date will disqualify you for health insurance for one full calendar year; so please recognize the urgency in responding promptly, we cannot make exceptions.

After review of these forms should you have any questions please feel free to contact Cecile Vezinat, Samantha Slayton or Karen Mansfield.

Sincerely,

*Cecile Vezinat*

Cecile Vezinat
Human Resource and ESH Manager – Gulf Coast Region

CV/kk

Enclosures



PLAINTIFF'S EXHIBIT TEN

1325 WEST DETROIT BOULEVARD  P.O. BOX 6205  PENSACOLA, FL 32503  PHONE 850.477.6437  FAX 850.477.8670



**K2 Industrial Services**

# Employee Benefits Review

Effective: January 1, 2004