IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, JACK RICHARDSON, NATHANIEL LAMAR, WILLIAM RAGLAND, RALO CALVIN & ERVIN TARVER, <br><br> PLAINTIFFS, <br><br> V. <br><br> K2 INDUSTRIAL SERVICES, INC. AND MANSFIELD INDUSTRIAL, <br><br> DEFENDANTS. | CASE NO. <br><br> 2:06-CV-497-SRW |

## DEFENDANTS' WITNESS LIST

Pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and this Court's September 20, 2006 Uniform Scheduling Order, defendants K2 Industrial Services, Inc.[1] and Mansfield Industrial, Inc. (collectively "Defendants" or "Mansfield") disclose the following witnesses that they expect to or will use at the trial of this case. Asterisks indicate those witnesses whom Mansfield expects to call; all others are those Mansfield may call if the need arises.

1.  Ted Mansfield

    c/o William King, Esq.
    400 20th Street North
    Birmingham, AL 35203

---

[1] K2 Industrial Services, Inc. ("K2") is the parent company of Mansfield Industrial, Inc. ("Mansfield"). Mansfield is a wholly-owned subsidiary of K2. At all relevant times, the Plaintiffs were solely employed by Mansfield. As the parent company, K2 does not exercise such control over Mansfield that the two corporations are essentially the same entity. K2 and Mansfield are not a single employer for purposes of Title VII, 42 U.S.C. § 2000(e). Accordingly, K2 is improperly named as a defendant in this case.

2. Dean Mansfield

   c/o William King, Esq.
   400 20th Street North
   Birmingham, AL 35203
   (205) 581-0700

3. *Cecile Vezinat

   c/o William King, Esq.
   400 20th Street North
   Birmingham, AL 35203
   (205) 581-0700

4. *Johnny Crutchfield

   c/o William King, Esq.
   400 20th Street North
   Birmingham, AL 35203
   (205) 581-0700

5. Johnny Reed

   1646 County Road 19, North
   Prattville, AL 36067
   (334) 365-1421

6. *Paul Calais

   c/o William King, Esq.
   400 20th Street North
   Birmingham, AL 35203
   (205) 581-0700

7. *Benjamin Gayle

   210 County Road 220
   Marion Junction, AL 36759
   (334) 872-1717

8. Richard Davenport

   706 Spring Ridge Ct., NE
   Kennesaw, GA 30144
   (770) 974-6724

9. Any witnesses listed of Plaintiffs' witness list(s).

10. Any impeachment or rebuttal witness deemed appropriate.

11. Any person identified in any response to discovery, whether that be in writing or in depositions.

12. Some or all of the plaintiffs, even if they are no longer parties to the litigation at the time of trial.

13. Any witness needed to authenticate or establish the admissibility of any document, exhibit or other evidence.

/s/ Natasha L. Wilson
One of the Attorneys for Defendants
K2 Industrial Services, Inc. and
Mansfield Industrial, Inc.

OF COUNSEL:
William H. King, III (KINGW5426)
Natasha L. Wilson (WILSN6654)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Collins Pettaway
CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, LLC
One Union Street
Post Office Box 1200
Selma, Alabama 36701


/s/ Natasha L. Wilson