IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, JACK RICHARDSON, ) <br> NATHANIEL LAMAR, WILLIAM ) <br> RAGLAND, RALO CALVIN & ERVIN ) <br> TARVER, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> V. ) <br> ) <br> K2 INDUSTRIAL SERVICES, INC. AND ) <br> MANSFIELD INDUSTRIAL, INC. ) <br> ) <br> DEFENDANTS. ) | CASE NO. <br><br> 2:06-CV-497-SRW |

## DEFENDANTS' EXHIBIT LIST

COME NOW Defendants, K2 Industrial Services, Inc. and Mansfield Industrial, Inc. (hereinafter "Defendants"), pursuant to the Court's Uniform Scheduling Order, and designate the following exhibits[1] expected to be used at trial:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1. | Deposition Transcript of Patrick Lewis taken on May 18, 2007, and any and all exhibits attached thereto. | | |

---

[1] This Exhibit List is simply a listing of those exhibits Defendants expect to use at trial and not the Defendants' official designation of exhibit numbers. In accordance with the Court's comments during the Pretrial Conference on October 29, 2007, Defendants will prepare those exhibits we believe are likely to be offered at trial in a notebook, pre-marked, before the trial and provide the required number of copies for the Court, Plaintiff's counsel and the jury as instructed.

| | | | |
|---|---|---|---|
| 2. | Exhibit 1 to Patrick Lewis' Deposition – May 4, 2004 letter from Cecile Vezinat to the EEOC with attachments regarding EEOC Charge No. 130-2004-02044 | | |
| 3. | Exhibit 2 to Patrick Lewis' Deposition – Conflict, Harassment, & Violence In the Workplace Program form signed by Patrick Lewis, dated October 2, 2003 | | |
| 4. | Exhibit 3 to Patrick Lewis' Deposition – Statement of Patrick Lewis | | |
| 5. | Exhibit 4 to Patrick Lewis' Deposition – Patrick Lewis' Application for Employment | | |
| 6. | Exhibit 5 to Patrick Lewis' Deposition – Patrick Lewis' New Hire Information form | | |
| 7. | Exhibit 6 to Patrick Lewis' Deposition – Substance Abuse Policy Statement and signed Mansfield Industrial Coatings Policy Consent/Release Form signed by Patrick Lewis | | |
| 8. | Exhibit 7 to Patrick Lewis' Deposition – Mansfield Industrial Coatings, Inc. Post-Hire Questionnaire for Patrick Lewis and various other post employment forms, including the Code of Safe Practices Handbook Orientation Testing Log and Tests | | |
| 9. | Exhibit 8 to Patrick Lewis' Deposition – Conflict, Harassment, & Violence in the Workplace Program chapter | | |
| 10. | Exhibit 9 to Patrick Lewis' Deposition – January 13, 2004 letter/particulars from Patrick Lewis to the EEOC | | |
| 11. | Exhibit 10 to Patrick Lewis' Deposition – Patrick Lewis EEOC Affidavit | | |
| 12. | Patrick Lewis' Response to Defendants' First Request for Production of Documents | | |
| 13. | Deposition Transcript of Jack Richardson taken on May 18, 2007, and any and all exhibits attached thereto. | | |

| | | | |
|---|---|---|---|
| 14. | Exhibit 1 to Jack Richardson's Deposition – Code of Safe Practices Handbook Receipt, Acknowledgment, & Consent Form signed by Jack Richardson on January 1, 2003 | | |
| 15. | Exhibit 2 to Jack Richardson's Deposition – Contingent Worker Background Checks: For GE Corporate and application | | |
| 16. | Exhibit 3 to Jack Richardson's Deposition – Applicant's Authorization to Obtain Past Drug and Alcohol Test Results | | |
| 17. | Exhibit 4 to Jack Richardson's Deposition – Rules and Regulations | | |
| 18. | Exhibit 5 to Jack Richardson's Deposition – Mansfield Industrial Coatings, Inc. Safety Discipline and Disciplinary Action System form signed by Jack Richardson on January 8, 2003 | | |
| 19. | Exhibit 6 to Jack Richardson's Deposition - Mansfield Industrial Coatings, Inc. workers' compensation information form signed by Jack Richardson on January 8, 2003 | | |
| 20. | Exhibit 7 to Jack Richardson's Deposition - Code of Safe Practices Handbook Orientation Testing Log signed by Jack Richardson on January 8, 2003 | | |
| 21. | Exhibit 8 to Jack Richardson's Deposition - Code of Safe Practices Handbook Orientation Tests performed by Jack Richardson on January 8, 2003 | | |
| 22. | Exhibit 9 to Jack Richardson's Deposition - Mansfield Industrial Coatings, Inc. Post-Hire Questionnaire for Jack Richardson | | |
| 23. | Exhibit 10 to Jack Richardson's Deposition – Code of Conduct & Safe Practices Employee Handbook | | |
| 24. | Exhibit 11 to Jack Richardson's Deposition – Mansfield Industrial Coatings, Inc. Wage Scale Adjustment for Jack Richardson | | |

| | | | |
|---|---|---|---|
| 25. | Exhibit 12 to Jack Richardson's Deposition – November 5, 2003 letter from Jack Richardson to Paul Calais | | |
| 26. | Exhibit 13 to Jack Richardson's Deposition – Notice of Termination/Separation for Jack Richardson | | |
| 27. | Exhibit 14 to Jack Richardson's Deposition – Jack Richardson EEOC Affidavit | | |
| 28. | Exhibit 15 to Jack Richardson's Deposition – Jack Richardson's Response to Defendants' First Request for Production of Documents | | |
| 29. | Jack Richardson's Answers to Defendants' First Set of Interrogatories | | |
| 30. | Patrick Lewis' Answers to Defendants' First Set of Interrogatories | | |
| 31. | Deposition Transcript of Ralo Colvin taken on June 7, 2007, and any and all exhibits attached thereto. | | |
| 32. | Exhibit 1 to Ralo Colvin's Deposition - Code of Conduct & Safe Practices Employee Handbook | | |
| 33. | Exhibit 2 to Ralo Colvin's Deposition – Mansfield Industrial Coatings, Inc. Application, Post-Hiring Questionnaire, and various other post employment forms, including the Code of Safe Practices Handbook Orientation Testing Log and Tests | | |
| 34. | Exhibit 3 to Ralo Colvin's Deposition – April 20, 2004 Charge of Discrimination and Particulars | | |
| 35. | Exhibit 4 to Ralo Colvin's Deposition – April 14, 2005 Amended Charge of Discrimination and Affidavit | | |
| 36. | Exhibit 5 to Ralo Colvin's Deposition – December 21, 2005 Statement of Ralo Colvin | | |
| 37. | Exhibit 6 to Ralo Colvin's Deposition – Various EEOC Affidavits for Ralo Colvin | | |
| 38. | Exhibit 7 to Ralo Colvin's Deposition – Deposition Notice | | |

| | | | |
|---|---|---|---|
| 39. | Exhibit 8 to Ralo Colvin's Deposition – Ralo Colvin's Answers to Defendants' First Set of Interrogatories | | |
| 40. | Exhibit 9 to Ralo Colvin's Deposition – Complaint | | |
| 41. | Ralo Colvin's Response to Defendants' First Request for Production of Documents | | |
| 42. | Deposition Transcript of William Ragland taken on June 7, 2007, and any and all exhibits attached thereto. | | |
| 43. | Exhibit 1 to William Ragland's Deposition – Deposition Notice | | |
| 44. | Exhibit 2 to William Ragland's Deposition – Copies of Pay Records for William Ragland | | |
| 45. | Exhibit 3 to William Ragland's Deposition – Code of Conduct & Safe Practices Employee Handbook | | |
| 46. | Exhibit 4 to William Ragland's Deposition – Code of Safe Practices Handbook Receipt, Acknowledgment, & Consent Form signed by William Ragland on April 23, 2003 | | |
| 47. | Exhibit 5 to William Ragland's Deposition – the Code of Safe Practices Handbook Orientation Testing Log and Tests | | |
| 48. | Exhibit 6 to William Ragland's Deposition – Application | | |
| 49. | Exhibit 7 to William Ragland's Deposition – William Ragland's Responses to Defendants' First Requests for Production of Documents | | |
| 50. | Exhibit 8 to William Ragland's Deposition – William Ragland's Answers to Defendants' First Set of Interrogatories | | |
| 51. | Exhibit 9 to William Ragland's Deposition – Georgia Department of Labor Claim's Examiner's Determination documents | | |
| 52. | Exhibit 10 to William Ragland's Deposition – Charge of Discrimination and Particulars | | |

| | | | |
|---|---|---|---|
| 53. | Exhibit 11 to William Ragland's Deposition – Amended Charge of Discrimination, Particulars, and EEOC Affidavit | | |
| 54. | Exhibit 12 to William Ragland's Deposition – Various EEOC Affidavits for William Ragland | | |
| 55. | Exhibit 13 to William Ragland's Deposition – Complaint | | |
| 56. | Deposition Transcript of Ervin Tarver taken on June 8, 2007, and any and all exhibits attached thereto. | | |
| 57. | Exhibit 1 to Ervin Tarver's Deposition – Mansfield Industrial Coatings, Inc. Application for Ervin Tarver dated August 29, 2002 | | |
| 58. | Exhibit 2 to Ervin Tarver's Deposition – New Hire Information form for Ervin Tarver | | |
| 59. | Exhibit 3 to Ervin Tarver's Deposition – Mansfield Industrial Coatings, Inc. Post-Hiring Questionnaire | | |
| 60. | Exhibit 4 to Ervin Tarver's Deposition - Ervin Tarver Form W-4 (2001) | | |
| 61. | Exhibit 5 to Ervin Tarver's Deposition - Ervin Tarver Form I-9 | | |
| 62. | Exhibit 6 to Ervin Tarver's Deposition - Ervin Tarver Notification and Release form | | |
| 63. | Exhibit 7 to Ervin Tarver's Deposition – Rules and Regulations | | |
| 64. | Exhibit 8 to Ervin Tarver's Deposition – Applicant's Authorization to Obtain Past Drug and Alcohol Test Results | | |
| 65. | Exhibit 9 to Ervin Tarver's Deposition – Mansfield Industrial Coatings, Inc. Safety Discipline and Disciplinary Action System signed by Ervin Tarver on September 4, 2002 | | |

| | | | |
|---|---|---|---|
| 66. | Exhibit 10 to Ervin Tarver's Deposition - Mansfield Industrial Coatings, Inc. Workers' Compensation Information form signed by Ervin Tarver on September 4, 2002 | | |
| 67. | Exhibit 11 to Ervin Tarver's Deposition - Conflict, Harassment, & Violence in the Workplace Program chapter | | |
| 68. | Exhibit 12 to Ervin Tarver's Deposition - Code of Conduct & Safe Practices Employee Handbook | | |
| 69. | Exhibit 13 to Ervin Tarver's Deposition - Code of Safe Practices Handbook Orientation Testing Log and Tests | | |
| 70. | Exhibit 14 to Ervin Tarver's Deposition – Code of Safe Practices Receipt, Acknowledgment, & Consent Form signed by Ervin Tarver on September 4, 2002 | | |
| 71. | Exhibit 15 to Ervin Tarver's Deposition - Mansfield Industrial Coatings, Inc. Wage Scale Adjustment for Ervin Tarver | | |
| 72. | Exhibit 16 to Ervin Tarver's Deposition – Hyundai Site Urine Drug Screen Report for Ervin Tarver dated March 31, 2004 | | |
| 73. | Exhibit 17 to Ervin Tarver's Deposition – Mansfield Industrial Coatings, Inc. Notice of Termination/Separation for Ervin Tarver | | |
| 74. | Exhibit 18 to Ervin Tarver's Deposition – March 11, 2004 letter from Prince Chestnut to the EEOC | | |
| 75. | Exhibit 19 to Ervin Tarver's Deposition – Ervin Tarver Charge of Discrimination and Particulars | | |
| 76. | Exhibit 20 to Ervin Tarver's Deposition – Ervin Tarver's Amended Charge of Discrimination and Particulars | | |
| 77. | Exhibit 21 to Ervin Tarver's Deposition – Johnny Crutchfield's handwritten note dated August 3, 2004 | | |
| 78. | Exhibit 22 to Ervin Tarver's Deposition – Ervin Tarver's handwritten notes | | |

| | | | |
|---|---|---|---|
| 79. | Exhibit 23 to Ervin Tarver's Deposition – Ervin Tarver's EEOC Affidavit | | |
| 80. | Exhibit 24 to Ervin Tarver's Deposition – Ervin Tarver's Answers to Defendants' First Set of Interrogatories | | |
| 81. | Exhibit 25 to Ervin Tarver's Deposition – Ervin Tarver's Response to Defendants' First Requests for Production of Documents | | |
| 82. | Deposition Transcript of Nathaniel Lamar taken on June 8, 2007, and any and all exhibits attached thereto. | | |
| 83. | Exhibit 1 to Nathaniel Lamar's Deposition – Nathaniel Lamar's application | | |
| 84. | Exhibit 2 to Nathaniel Lamar's Deposition – Nathaniel Lamar's New Hire Form | | |
| 85. | Exhibit 3 to Nathaniel Lamar's Deposition – Mansfield Industrial Coatings, Inc. Post-Hiring Questionnaire | | |
| 86. | Exhibit 4 to Nathaniel Lamar's Deposition – Nathaniel Lamar's Employee Authorization form dated September 11, 2002 | | |
| 87. | Exhibit 5 to Nathaniel Lamar's Deposition – Rules and Regulations | | |
| 88. | Exhibit 6 to Nathaniel Lamar's Deposition – Applicant's Authorization to Obtain Past Drug and Alcohol Test Results | | |
| 89. | Exhibit 7 to Nathaniel Lamar's Deposition – Mansfield Industrial Coatings, Inc. Safety Discipline and Disciplinary Action System signed by Nathaniel Lamar on September 11, 2002 | | |
| 90. | Exhibit 8 to Nathaniel Lamar's Deposition – Mansfield Industrial Coatings, Inc. Worker's Compensation Information form signed by Nathaniel Lamar on September 11, 2002 | | |

| | | | |
|---|---|---|---|
| 91. | Exhibit 9 to Nathaniel Lamar's Deposition – Nathaniel Lamar's Form W-4 (2001) | | |
| 92. | Exhibit 10 to Nathaniel Lamar's Deposition – Nathaniel Lamar's Form I-9 | | |
| 93. | Exhibit 11 to Nathaniel Lamar's Deposition – Conflict, Harassment, & Violence in the Workplace Program chapter | | |
| 94. | Exhibit 12 to Nathaniel Lamar's Deposition – Code of Conduct & Safe Practices Employee Handbook | | |
| 95. | Exhibit 13 to Nathaniel Lamar's Deposition – Code of Safe Practices Handbook Orientation Testing Log and Tests | | |
| 96. | Exhibit 14 to Nathaniel Lamar's Deposition – Code of Safe Practices Receipt, Acknowledgment, & Consent Form signed by Nathaniel Lamar on September 11, 2002 | | |
| 97. | Exhibit 15 to Nathaniel Lamar's Deposition – Mansfield Industrial Coatings, Inc. Wage Scale Adjustment for Nathaniel Lamar | | |
| 98. | Exhibit 16 to Nathaniel Lamar's Deposition – Mansfield Industrial Coatings, Inc. Notice of Termination/Separation for Nathaniel Lamar | | |
| 99. | Exhibit 17 to Nathaniel Lamar's Deposition – March 11, 2004 letter from Prince Chestnut to the EEOC | | |
| 100. | Exhibit 18 to Nathaniel Lamar's Deposition – Charge of Discrimination and Particulars | | |
| 101. | Exhibit 19 to Nathaniel Lamar's Deposition – Amended Charge of Discrimination and Particulars | | |
| 102. | Exhibit 20 to Nathaniel Lamar's Deposition – EEOC Affidavit for Nathaniel Lamar | | |
| 103. | Exhibit 21 to Nathaniel Lamar's Deposition – Nathaniel Lamar's Answers to Defendants' First Set of Interrogatories | | |

| | | | |
|---|---|---|---|
| 104. | Exhibit 22 to Nathaniel Lamar's Deposition – Nathaniel Lamar's Response to Defendants' First Requests for Production of Documents | | |
| 105. | Patrick Lewis' Charge of Discrimination and Particulars | | |
| 106. | Patrick Lewis' Amended Charge of Discrimination, Particulars, and EEOC Affidavit | | |
| 107. | Jack Richardson's Charge of Discrimination and Particulars | | |
| 108. | Jack Richardson's Amended Charge of Discrimination, Particulars, and EEOC Affidavit | | |
| 109. | The Affidavit of Cecile Vezinat. | | |
| 110. | The Affidavit of Johnny Crutchfield. | | |
| 111. | The Affidavit of Ben Gayle. | | |
| 112. | The various affidavits and drafts of Plaintiffs' affidavits included in the EEOC file. | | |
| 113. | Code of Conduct & Safe Practices: Employee Handbook. | | |
| 114. | Code of Safe Practices Receipt, Acknowledgment, & Consent Forms for all Plaintiffs. | | |
| 115. | Time Sheets for the G.E. jobsite. | | |
| 116. | Notices of Termination/Separation for all Plaintiffs. | | |
| 117. | October 29, 2003 written statement by Johnny Reed. | | |
| 118. | Cecile Vezinat's log entries of conversations with Patrick Lewis. | | |
| 119. | Richard Davenport's written statement regarding Patrick Lewis. | | |
| 120. | October 2, 2003 memo by Paul Calais. | | |
| 121. | Code of Safe Practices Receipt, Acknowledgment, & Consent Form for Ralo Colvin signed on April 2, 2003 | | |
| 122. | Articles of Incorporation for K2 Industrial Services, Inc. and/or Mansfield Industrial, Inc. | | |

|  | Any and all documents contained in the personnel files for all Plaintiffs. |  |  |
|---|---|---|---|
|  | Any and all documents contained in the EEOC File for each Plaintiff. |  |  |
|  | Exhibits and documents necessary for rebuttal or impeachment. |  |  |
|  | Defendants reserve the right to use any exhibit necessary for cross-examination. |  |  |
|  | Defendants reserve the right to prepare certain demonstrative exhibits to aid the Court and the jury in the trial of this matter, including (without limitation) diagrams, blow-up exhibits, and computer generated versions of documents. |  |  |
|  | Defendants reserve the right to prepare Rule 1006 compilations and summaries. |  |  |
|  | Any and all documents produced and or received during discovery (or not yet received) pursuant to non-party subpoenas issued or other parties not yet subpoenaed, deposition notices or request for production. |  |  |
|  | Defendants reserve the right to call any witness necessary to authenticate any exhibits listed by any party. |  |  |
|  | Any and all correspondence between the parties in this matter. |  |  |
|  | All exhibits revealed in further discovery. |  |  |
|  | Although Defendants do not concede the admissibility of all exhibits identified by Plaintiffs, Defendants reserve the right to introduce all exhibits listed on Plaintiffs' exhibit list. |  |  |

|   | By identifying documents in this list, Defendants do not admit that the documents are relevant, admissible or authentic. Some documents have been listed in anticipation of documents Plaintiffs may identify on Plaintiffs' list. Defendants reserve the right to withdraw documents or object to documents on Plaintiffs' list, similar to or even identical to those on this list. |   |   |
|---|---|---|---|
|   | Plaintiffs' completed exhibit list was not supplied to Defendants before it prepared this list. Therefore, Defendants do not know all of the issues or documents Plaintiffs intend to use. Defendants reserve the right to amend this exhibit list to add documents that respond to or clarify the documents Plaintiffs ultimately identify. |   |   |
|   | Any documents which may be discovered by Defendants after the date of this exhibit list which will be furnished to counsel for Plaintiffs immediately upon discovery of said document. |   |   |
|   | Defendants reserve the right to amend and supplement this exhibit list. |   |   |

/s/ Natasha L. Wilson
One of the Attorneys for Defendants
K2 Industrial Services, Inc. and Mansfield Industrial, Inc.

OF COUNSEL:
William H. King, III (KINGW5426)
Natasha L. Wilson (WILSN6654)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Collins Pettaway
CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, LLC
One Union Street
Post Office Box 1200
Selma, Alabama 36701

/s/ Natasha L. Wilson