```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

**PATRICK LEWIS, ET AL.**

    Plaintiffs,

Vs.                                    Case No.2:06-CV-497

**K2 INDUSTRIAL, INC., ET AL.**

    Defendants.
_____/

**PLAINTIFFS' LIST OF WITNESSES, EXHIBITS and DESIGNATION OF DEPOSITION EXCERPTS**

Come now the plaintiffs, by and through counsel, and submit as follows:

**WITNESSES**

1. Patrick Lewis, 113 Furniss Ave., Selma, AL 36701, (334) 875-1643.

2. Jack Richardson, 805-B Purifoy Ave., Selma, AL 36701, (334) 872-1307.

3. Nathaniel Lamar, 612 Lawrence Street, Selma, AL 36701, (334) 872-4636.

4. William Ragland, 1522 Plant Street, Selma, AL 36703, (334) 875-0807.

5. Ralo Colvin, 739 Circle Drive, Selma, AL 36701, (334) 875-1158.

6. Ervin Tarver, 96 L.L. Anderson Ave., Selma, AL 36701, (334) 419-0483.

7. Jeff Smitherman, Address Unknown, Worked for the defendants.

8. Earl Shouse. Same

9. Glen Scott, Same.

10. Sylvia Franco, Same.

11. Carlos Marroquin, Same.

12. Johnny Reed, Same.

13. Eugene Henderson, U.S. EEOC, 1130 22nd Street, South, Birmingham, AL 35205. (205) 212-2100.

14. Custodian of Records, EEOC, Same.

15. District Director, EEOC, Same.

16. Custodian of Records of Defendant.

17. Any witnesses listed by the defendant.

18. Any witness needed for authentication.

19. Any witness needed for impeachment or rebuttal.

20. Any witness listed or disclosed in discovery.

**EXHIBITS**

Patrick Lewis

1. 2-12-04 EEOC Charge with 1-13-04 attachment and affidavit.
2. 1-3-06 Statement.
3. 3-24-03 Application.
4. 3-24-03 New Hire Sheet.
5. Termination.
6. EEOC Determination.

Jack Richardson

7. 11-5-03 Letter.
8. 2-17-04 EEOC Charge with attachment.
9. 4-20-04 EEOC Charge with attachment and affidavit.
10. 1-8-03 Application.
11. 10-16-03 Wage Adjustment.
12. Termination.
13. EEOC Determination.

Nathaniel Lamar

14. 2-16-04 EEOC Charge with attachment.
15. 4-18-04 EEOC Charge with attachment and affidavit.
16. 1-3-06 Statement.
17. 9-11-02 Application.
18. 9-11-02 New Hire Sheet.

19. 4-1-03 Wage Adjustment.

20. Termination.

21. EEOC Determination.

William Ragland

22. 2-17-04 EEOC Charge with attachment.

23. 4-14-05 EEOC Charge with attachment and affidavit.

24. 1-3-06 Statement.

25. 4-22-03 Application.

26. 4-23-04 New Hire Sheet.

27. 8-18-03 Wage Adjustment.

28. 11-9-03 to 12-21-03 Georgia Department Of Labor Determination Documents.

29. Termination.

30. EEOC Determination.

Ralo Colvin

31. 4-20-04 EEOC Charge with attachment.

32. 4-14-05 EEOC Charge with attachment and affidavit.

33. 12-21-05 Statement.

34. 3-31-03 Application.

35. 3-13-03 New Hire Sheet.

    36.    Termination.

    37.    EEOC Determination.

Ervin Tarver

    38.    2-13-04 EEOC Charge with attachment.

    39.    4-14-04 EEOC charge with attachment and affidavit.

    40.    8-29-02 Application.

    41.    9-4-02 New Hire Sheet.

    42.    5-13-03 wage Adjustment.

    43.    Mansfield Powered Operator Certificate.

    44.    11-21-03 Unemployment Determination.

    45.    Termination.

    46.    EEOC Determination.

General

    47.    12-4-03 Benefits Letter by Cecile Vezinat.

    48.    Employee Benefits Review dated 1-1-04.

    49.    Open Enrollment Notice for Insurance with attachments.

    50.    Mansfield Time Sheets for 3-24-03 to 12-26-03.

**DEPOSITION EXCERPTS**

Plaintiffs do not plan to use deposition excerpts taken of the Plaintiffs unless any one of them becomes unrepentantly ill or unavailable. Then, the entire deposition will be used.

Respectfully submitted,

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.

/s/ Collins Pettaway, Jr.
Collins Pettaway, Jr.(PET008)
Attorney for Plaintiffs
P. O. Box 1290
Selma, AL  36702-1290
(334) 875-9264

**CERTIFICATE OF SERVICE**

This is to certify that I have on this the 31st day of October 2007 electronically filed with this Court using the CM/CMF efiling system which will send notification upon all counsel of record.

/s/ Collins Pettaway,Jr.
OF COUNSEL