**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| Patrick Lewis, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| Mansfield Industrial, Inc., et al., ) | 2:06-CV-497-SRW |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

**DEFENDANTS' DEPOSITION DESIGNATIONS**

COME NOW Defendants, Mansfield Industrial, Inc. and K2 Industrial Services, Inc. (collectively "Defendants"), and state that, at this time, Defendants do not anticipate designating witnesses whose testimony is expected to be presented by means of deposition. Defendants reserve the right to designate deposition testimony should one or more Plaintiffs or other witnesses become unavailable for trial. Defendants reserve the right to supplement these deposition designations.

/s/ Haley A. Andrews
One of the Attorneys for Defendants
Mansfield Industrial, Inc. and
K2 Industrial Services, Inc.

OF COUNSEL:
William H. King, III
Natasha L. Wilson
Haley A. Andrews
LIGHTFOOT, FRANKLIN, & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Fax: (205) 581-0799

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Collins Pettaway
CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL
P.O. Box 1290
Selma, Alabama 36702

                              Respectfully submitted,

                              /s/ Haley A. Andrews
                              Of Counsel