IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | )   Case No. 2:06-cv-0497-WKW |
| | ) |
| K2 INDUSTRIAL SERVICES, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED that all claims are hereby DISMISSED WITH PREJUDICE. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 14th day of November, 2007.

                                                     /s/   W. Keith Watkins
                                                   UNITED STATES DISTRICT JUDGE