**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                TELEPHONE (334) 954-3600

November 14, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Lewis et al v. K2 Industrial Services, Inc. et al

Case Number:   2:06cv00497-WKW

**This Notice of Correction was filed in the referenced case this date to attach the Civil Appeals Checklist PDF document previously omitted.**

**The omitted PDF document is attached to this notice for your review.   Reference is made to document # 62   filed on    November 14, 2007.**