IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**PATRICK LEWIS, et al.,**

    Plaintiffs,

Vs.                                          Case No.: CV 06-497-WKW

**K2 INDUSTRIAL SERVICES, INC.,**

    Defendants.

_____/

## PLAINTIFFS' MOTION TO VACATE AND MODIFY SUMMARY JUDGMENT

Come now the plaintiffs, by and through their undersigned counsel, pursuant to FRCP Rule 59, and moves this court to vacate and modify the summary judgment entered in this case. As grounds, plaintiffs state as follows:

1. The court issued a Memorandum Opinion and Order on November 14, 2007, finding against each plaintiff and dismissing all claims.

2. In the opinion, the court found on certain issues that there were no specific citations to the evidence in the case for the court to consider. In light of that, Plaintiffs offer specific citations on the following claims and the argument listed below for the courts consideration.

### Patrick Lewis

3. In Mr. Lewis' deposition, Johnny Crutchfield called him an "arrogant nigger". Page11-ln 2, p.13-ln 14-16 (Reed also), p.14-ln 2 to p.15-ln 4. Also "black buzzard". Id. p.24-ln 11-19, Richardson Depo. p.63-ln 4-9. These acts were reported and brought to Mr. Crutchfield's attention with no remedy offered.

Lewis at p.23-ln 17 to p.24-ln 19, p.25-ln 12-19. Also, Robert Kimberlin often used racial slurs. Lewis at p.15-ln 5-12, p.17-ln 10 to p.18-ln 12, p.21-ln 16 to p.22-ln 6. Complaints of Kimberlin's conduct was made to Mansfield, Lewis at p. 17-ln 15-16, and to Corey Watson, Lewis p.20-ln 21-23. Johnny Crutchfield came out and moves Kimberlin, but nothing else. Lewis at p. 22-ln 13-17. Lewis' crew, the minority crew, had inadequate equipment, Lewis at p. 61-ln 12-16 and ordered to do the dangerous or dirty jobs that no white employees were asked to do. Lewis at p. 62-ln 1-4. The assignments were given out by the supervisor, Johnny Reed. Lewis at p. 64-ln 13 to p. 65-ln 6. The black employees on his crew were denied show up pay. Lewis at p.73-ln 11-19, p. 76-ln 18 to p.77-ln 12, p.79-ln 12-16, p. 100-ln 17-22. They were disciplined for being late when white employees were not. Lewis at p.79-ln 17 to p. 80-ln 6, p.81-ln6 to 83-ln 19. Ervin Tarver was threatened to be fired if he did not do the dangerous job. Lewis at p.63-ln 5-11. Mr. Lewis was retaliated against by Mr. Crutchfield. Mr. Crutchfield called him an arrogant nigger just a month prior to his discharge, Lewis at p. 24-ln 23 to p. 25-ln 19. He had Lewis working in the "hole" trying to break him (P.66 lines 5-6) and had no white employees working in there. Lewis at p. 67-ln 18 to p. 68-ln 23, p. 69-ln 3.

### Jack Richardson

4. Mr. Richardson reports that when he first went to the job site, Mr. Crutchfield told him "all niggers wanted to do was play cards, play spades. They always ask for their check early, and he wouldn't give the damn niggers a check

early" P.57, line 18 to p. 58 line 20. Robert Kimberlin told him that he was hanging out too much with the black folks and called him a nigger lover. P. 62 line 8-13 and p.83 line 20 to p. 85 line 6. Kimberlin added that his car stinks from niggers riding in it, p.62 line15-21, and cursed Patrick Lewis to his face (p.63 line1-3) while Mr. Crutchfield cursed Mr. Lewis behind his back, calling him a nigger and black buzzard. P. 63 line 4-9. Mr. Richardson reported that he, being a white male. Was not disciplined for being late. But the black employees were. P. 63 line10 to p.64 line 10. Mr. Crutchfield, in his presence, talked about minorities, let Kimberlin wear racial shirts and come in drunk with no discipline. P. 64 line 10-23, p. 65 line 1-15, p. 65 line 19 to p. 66 line 3. He also would get show up time if he left the blacks alone. P.67 line 4 to p. 65 line 12, p. 77 line 11-23. He says that all of the plaintiffs met with an attorney to file claims prior to discharge. P. 115 line 22 to p. 119 line 1.

### Ralo Colvin

5. Mr. Colvin reports that Mr. Crutchfield made out the overall job assignments. P 94 line 1-5. Mr. Colvin worked with a white crew and Mr. Crutchfield told him that he had to get rid of a buzzard. P.102 line 21. He went on to say that he did not like his attitude. P.103 line 14-17. He was talking about Patrick Lewis and Mr. Lewis was gone a week or two later. P.103 line 17-19. Mr. Colvin learned about the show up time by accident. P.119 line 1 to 131 line 10. Endured racial comments by Johnny Reed and Robert Kimberlin, saying nigger (p.104 line 2-7) and if he went hunting with them, he might be hunted. P.105 line 3-21 and P.106 line13-15. Also offensive shirts and bandannas. P. 109 line 11-23, P. 110 line1 to

p.111 line 17. Mr. Crutchfield retaliated against Patrick by trying to make him quit (p.112 line 3 to 113 line 16) and laid Mr. Colvin off for two days when he helped Mr. Lewis. P.114 line 1-22. Also, Mr. Colvin suffered retaliation for giving gloves and supplies to Mr. Lewis' crew. P. 86 line 8 to p.89 line 17, and p. 75 line 19 to 78 line 2, p. 77 line 14-15, p. 192 line 15 to 193 line 13.

### William Ragland

6. Mr. Ragland states the supervisor, Johnny Reed, made them (the minority crew) work dangerous jobs. P.118 line 12 to p.119 line 12, p. 120 line 12 to p. 122 line 6. When white employees encountered danger, they were accommodated. P. 124 line 8-15. He also endured racial slurs (p.136 line 1-7), as did all of the plaintiffs, like when Corey Watson, a supervisor, told Nathaniel Lamar to bring his "black ass" on. P.126 line 21-23. They were called "boy" (p/126 line 23) and "nigger" a lot. P. 129.1-3. Jeff Smitherman, another supervisor, said niggers smell. P.134 line 7-16. He heard Robert Kimberlin say that he saw why Johnny got rid of Lewis. P.130 line 11-16. (shows the pretextual nature of the discharges) He also related that Ben Gayle was friend of Mr. Crutchfield and told him of the plaintiffs' complaints, and that Crutchfield was aware of the complaints. P.257 line 12-16, line 21 to p.258 line 5. This connects the discharges to the protected activity.

### Nathaniel Lamar

7. Mr. Lamar experienced Jeff Smitherman being asleep on the job, but not fired. P.73 line 5-18, p.75 line 6-12, p.76 line 18 to p.78 line 16. He learned about the show up time that he did not get, but white employees did. P.99 line 66 to p.100

line 23.  He was called a "black ass".  P.214 line 1-3.  Robert Kimberlin would come to work drunk and no discipline.  P.214 line 4-10.  Other disparate discipline was witnessed. P. 217 line 2-18.  He was made aware by Ben Gayle that Mr. Crutchfield found out that they sought and attorney and was fired one by one.  P/139 line 23 to p.140 line 1-7.

### Ervin Tarver

8. Mr. Tarver adds that Mr. Colvin was sent home for being late, but not Mr. Richardson, who was white.  P. 63 line 17 to p.64 line 18.  He endured racial remarks (p.50 line 23 to p.52 line 22) did not receive the show up pay as all plaintiffs on his crew (p.68 line 11-17, p.70 line 7-20) and suffered with a lack of supplies. P.69 line 8-13, p.76 line 13 to p.79 line 2.

9. The above deposition citations, when considered, should aid the court in modifying it ruling on the hostile work environment, direct evidence of discrimination, show up time, disparate discipline and retaliation issues.

WHEREFORE, counsel for plaintiffs request the court to vacate and modify summary judgment.

                        Respectfully submitted,

                        CHESTNUT, SANDERS, SANDERS,
                        PETTAWAY & CAMPBELL, L.L.C.

                        /s/ Collins Pettaway, Jr.
                        Collins Pettaway, Jr.(PETTC9796)
                        Attorney For Plaintiffs
                        P. O. Box 1290
                        Selma, AL  36702-1290
                        (334) 875-9264

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 30th day of November 2007, electronically field the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon counsel of record:

Haley A. Andrews
William H. King
Natasha L. Wilson
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL  35203-3200

/s/ Collins Pettaway, Jr.
OF COUNSEL