IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LEWIS, *et al.*,         ) | |
| )                                 | |
| Plaintiffs,                   ) | |
| )                                 | |
| v.                                ) | Case No. 2:06-cv-0497-WKW |
| )                                 | |
| K2 INDUSTRIAL SERVICES, INC., *et al.*,  ) | |
| )                                 | |
| Defendants.                   ) | |

## ORDER

This case is before the court on the Plaintiffs' Motion to Vacate and Modify Summary Judgment (Doc. # 64) pursuant to Rule 59 of the Federal Rules of Civil Procedure, which was filed on December 3, 2007. In their motion, the plaintiffs request the court to vacate and modify the memorandum opinion and order (Doc. # 61) that granted the defendants' motion for summary judgment on November 14, 2007—the same day final judgment was also entered. (Doc. # 62.)

Rule 59(e) of the Federal Rules of Civil Procedure requires a motion to alter or amend a judgment to "be filed no later than 10 days after the entry of the judgment." The plaintiffs' motion (Doc. # 64) was filed after the ten day period expired. Furthermore, the plaintiffs do not provide any reason for their failure to provide the additional citations and arguments contained in their motion to vacate at an earlier stage in the litigation. "Motions to amend should not be used to raise arguments which could, and should, have been made before the judgment was issued." *O'Neal v. Kennamer*, 958 F.2d 1044, 1047 (11th Cir. 1992). Therefore, it is ORDERED that the Plaintiffs' Motion to Vacate and Modify Summary Judgment (Doc. # 64) is DENIED.

DONE this 4th day of December, 2007.

    /s/ W. Keith Watkins
**UNITED STATES DISTRICT JUDGE**